**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| OPTICAL SOLUTIONS INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>NANOMETRICS INCORPORATED,<br><br>Defendant. | Lead Case No. 18-cv-00417-BLF<br>Case No.  18-cv-03276-BLF<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR LEAVE TO FILE ITS MOTION FOR RECONSIDERATION** |

On June 23, 2020, this Court granted Defendant Nanometrics's motion to dismiss Plaintiff's third amended complaint. *See* Order, ECF 87. Now—nearly two months later and more than a month after Plaintiff filed its fourth amended complaint—before the Court is Defendant's motion for leave to file its motion for reconsideration of the Court's ruling on the motion to dismiss the third amended complaint. *See* Mot., ECF 98. The Civil Local Rules provide that no response need be filed and no hearing need be held with respect to a motion for leave to file a motion for reconsideration. Civ. L.R. 7-9(d).

A motion for leave to file a motion for reconsideration may be filed prior to the entry of a final judgment in the case. Civ. L.R. 7-9(a). As a threshold matter, "*The moving party must specifically show reasonable diligence in bringing the motion*" *Id.* (emphasis added). A motion for reconsideration is an "extraordinary remedy." *Kona Enters. v. Estate of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000). Whether to grant leave to file under Rule 7-9 is committed to the Court's sound discretion. *See Montebueno Mktg., Inc. v. Del Monte Corp.-USA*, 570 F. App'x 675, 676 (9th Cir. 2014).

The Court does not find reasonable diligence on the part of Defendant in bringing this motion

so long after the Court's initial order, arguing about a version of the complaint that is no longer operative. Further, in issuing its order on the third amended complaint, the Court necessarily re-evaluated its prior rulings in light of the allegations in the third amended complaint and the authority cited by the parties. Further reconsideration is not warranted. The Court will consider the viability of the fourth amended complaint on its merits. Accordingly, the Court DENIES Defendant's motion for leave to file its motion for reconsideration.

**IT IS SO ORDERED.**

Dated: August 17, 2020

_____
BETH LABSON FREEMAN
United States District Judge