UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NANOMETRICS, INCORPORATED, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>OPTICAL SOLUTIONS, INC., et al.,<br><br>Defendants. | Case No. 18-cv-00417-BLF<br><br>**ORDER VACATING DECEMBER 3, 2020 HEARING AND DENYING MOTION TO DISMISS FOURTH AMENDED COMPLAINT**<br><br>[Re: ECF 99] |

Before the Court is a motion filed by Nanometrics Incorporated ("Nanometrics") to dismiss the Fourth Amended Complaint ("4AC") of Optical Solutions, Inc. ("OSI").[1] *See* Mot. To Dismiss ("Mot."), ECF 99. Pursuant to Civil Local Rule 7-1(b), the Court finds the motion suitable for submission without oral argument and hereby VACATES the hearing scheduled for December 3, 2020.

The parties are familiar with the facts of this case as detailed in previous orders. *See* Order Granting Mot. To Dismiss Third Am. Compl. ("TAC Order"), ECF 87. Nanometrics brings this motion to dismiss OSI's claim for promissory estoppel on the basis that OSI failed to allege facts supporting the essential elements of a promissory estoppel claim: "(1) a clear promise, (2) reliance, (3) substantial detriment, and (4) damages." *Toscano v. Greene Music*, 124 Cal. App. 4th 685, 692 (2004). *See* Mot. OSI disagrees and opposes the motion. *See* Opp'n, ECF 101.

In the Court's previous order dismissing the promissory estoppel claim, the Court stated,

---

[1] On June 14, 2018, *Optical Solutions, Inc. v. Nanometrics Incorporated*, Case No. 18-cv-3276, was consolidated with this action. ECF 39. Although Nanometrics is the Plaintiff in the above-captioned action, Nanometrics brings this motion to dismiss with respect to the complaint filed by OSI in Case No. 18-cv-3276.

"OSI has failed to adequately allege that it met the conditions necessary to become Nanometrics's exclusive supplier; namely, OSI has failed to allege in a non-conclusory manner that it delivered small spot lenses that met the design specifications." TAC Order 19. Having reviewed the fourth amended complaint, the Court finds that OSI has alleged facts in accordance with this Court's prior order. Therefore, the Court will DENY this motion to dismiss. While the claim has been adequately pled at this early stage of the case, the Court may, on a more developed record, come to a different conclusion at summary judgment.

**IT IS SO ORDERED.**

Dated: December 1, 2020

_____
BETH LABSON FREEMAN
United States District Judge