1  COOLEY LLP
   KATHLEEN H. GOODHART (165659)
2  (kgoodhart@cooley.com)
   AMY M. SMITH (287813)
3  (amsmith@cooley.com)
   ELIZABETH SANCHEZ SANTIAGO (333789)
4  (lsanchezsantiago@cooley.com)
   3 Embarcadero Center, 20th Floor
5  San Francisco, CA  94111-4004
   Telephone:    (415) 693-2000
6  Facsimile:    (415) 693-2222

7  Attorneys for Defendant
   NANOMETRICS INCORPORATED, now known as
8  ONTO INNOVATION INC.

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE DIVISION

12

13 | OPTICAL SOLUTIONS, INC. a New Hampshire corporation, | Lead Case No.  5:18-cv-00417-BLF<br>Case No. 5:18-cv-03276 |
| --- | --- |
14 | | |
15 | Plaintiff, | **DECLARATION OF AMY SMITH IN SUPPORT OF DEFENDANT NANOMETRICS INC.'S MOTION FOR SUMMARY JUDGMENT** |
16 | v. | |
17 | NANOMETRICS INCORPORATED, a Delaware corporation, | |
18 | Defendant. | |

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO
1.
**DECLARATION OF AMY SMITH
ISO NANOMETRICS' MOT. FOR SUMM. J.
5:18-CV-00417-BLF**

I, Amy M. Smith, declare as follows:

1.      I am an attorney licensed to practice law in the State of California.  I am an associate at Cooley LLP, counsel for Nanometrics Inc., now known as Onto Innovation Inc. ("Nanometrics") in this action. Except as otherwise noted, I have personal knowledge of the following facts and if called upon to testify could and would testify competently thereto.

**<u>Deposition Transcripts, Hearing Transcripts, and Discovery Responses</u>**

2.      Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the transcript of the deposition of Bradley Piccirillo, taken on June 30, 2022.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the transcript of the deposition of Bradley Piccirillo, in his capacity an expert witness disclosed by Plaintiff Optical Solutions Inc. ("OSI"), taken on January 12, 2023.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the transcript of the deposition of Richard Trissel, taken on June 21, 2022.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the transcript of the deposition of Richard Trissel, in his capacity as an expert witness disclosed by OSI, taken on January 18, 2023.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the transcript of the deposition of Andrew Dugrenier, taken on June 6, 2022.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the transcript of the deposition of Andrew Barada, taken on June 26, 2022.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from the transcript of the deposition of Patrick Kinney, taken on May 16, 2022.

9.      Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from the transcript of the deposition of Dennis McAllister, taken on December 15, 2021.

10.      Attached hereto as **Exhibit 9** is a true and correct copy of OSI's Responses to Nanometrics' First Set of Interrogatories, verified by Brad Piccirillo, which OSI served on Nanometrics on September 27, 2021.  This document was introduced as Exhibit 10 at the deposition of Bruce Crawford, taken on March 31, 2022.  Exhibit 10 is additionally presumed to be authentic

Cooley LLP
Attorneys at Law
San Francisco

2.

Declaration of Amy Smith
ISO Nanometrics' Mot. for Summ. J.
5:18-cv-00417-BLF

1    because it was produced by OSI.

2    **11.**    Attached hereto as **Exhibit 10** is a true and correct copy of OSI's Responses to

3    Nanometrics' First Set of Requests for Admission in this litigation, which OSI served on

4    Nanometrics on July 1, 2022.  Exhibit 10 is additionally presumed to be authentic because it was

5    prepared by OSI.

6    **12.**    Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from the

7    transcript of the hearing on Nanometrics' Motion to Dismiss the Third Amended Complaint, held

8    on June 11, 2020.

9    <u>**Expert Reports and Disclosures**</u>

10   **13.**    Attached hereto as **Exhibit 12** is a true and correct copy of the Expert Report of

11   Julie Bentley, Ph.D. (the "Bentley Report"), which Nanometrics served on OSI on September 13,

12   2022.  The Bentley Report was introduced as Exhibit 292 at the deposition of Dr. Bentley on

13   January 25, 2023.

14   <u>**Documents Produced in Discovery**</u>

15   **14.**    Attached hereto as **Exhibit 13** is a true and correct copy of a document produced by

16   Nanometrics in this litigation, Bates-numbered NANO_000039756 to NANO_000039759. It is

17   email correspondence from Brad Piccirillo to John Leon, Bruce Crawford and Tony Beddard from

18   July 9, 2013.  This document was introduced as Exhibit 1 at the deposition of Bruce Crawford,

19   taken on March 31, 2022.  Among other possible sources, the foundation for the exhibit is addressed

20   in the Declaration of John Leon in Support of Nanometrics, Inc.'s Motion for Summary Judgment

21   ("Leon Declaration") at ¶¶ 8-9 and the Declaration of Bruce Crawford in Support of Nanometrics,

22   Inc.'s Motion for Summary Judgment ("Crawford Declaration") at ¶ 7.

23   **15.**    Attached hereto as **Exhibit 14** is a true and correct copy of a document produced by

24   OSI in this litigation, Bates-numbered OSI0027185 to OSI0027186.  This document includes email

25   correspondence from Brad Piccirillo to Bruce Crawford, John Leon, Tony Beddard, Haiming Wang

26   and Andrew Barada from July 9, 2013.  Among other possible sources, the foundation for the

27   exhibit is addressed in the Leon Declaration at ¶ 10.  Exhibit 14 is additionally presumed to be

28   authentic because it was produced by OSI.

Cooley LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

DECLARATION OF AMY SMITH
ISO NANOMETRICS' MOT. FOR SUMM. J.
5:18-CV-00417-BLF

16.     Attached hereto as **Exhibit 15** is a true and correct copy of a document produced by OSI in this litigation, Bates-numbered OSI0056583 to OSI0056585.  This document includes email correspondence from Brad Piccirillo to Haiming Wang, John Leon, Andrew Barada, Tony Beddard, and Barry Blasenheim from July 26, 2013.  Among other possible sources, the foundation for the exhibit is addressed in the Leon Declaration at ¶ 11.  Exhibit 15 is additionally presumed to be authentic because it was produced by OSI.

17.     Attached hereto as **Exhibit 16** is a true and correct copy of a document produced by OSI in this litigation, Bates-numbered OSI0055564 to OSI0055565.  This document includes email correspondence from Brad Piccirillo to John Leon with Bruce Crawford and Tony Beddard from June 26, 2013.  This document was introduced as Exhibit 267 at the deposition of Brad Piccirillo, taken on June 30, 2022. Among other possible sources, the foundation for the exhibit is addressed in the Leon Declaration at ¶ 14 and the Crawford Declaration at ¶ 8.  Exhibit 16 is additionally presumed to be authentic because it was produced by OSI.

18.     Attached hereto as **Exhibit 17** is a true and correct copy of a document produced by OSI in this litigation, Bates-numbered OSI0057582 to OSI0057587.  This document includes email correspondence from James Schmid to Brad Piccirillo with John Leon, Haiming Wang, and Andrew Barada from August 7, 2013.  This document was introduced as Exhibit 2 at the deposition of Bruce Crawford, taken on March 31, 2022. Among other possible sources, the foundation for the exhibit is addressed in the Leon Declaration at ¶ 15.  Exhibit 17 is additionally presumed to be authentic because it was produced by OSI.

19.     Attached hereto as **Exhibit 18** is a true and correct copy of a document produced by OSI in this litigation, Bates-numbered OSI0530027 to OSI0530030.  This document includes email correspondence from Brad Piccirillo to John Leon attaching an invoice from August 7, 2013.  Among other possible sources, the foundation for the exhibit is addressed in the Leon Declaration at ¶ 17.  Exhibit 18 is additionally presumed to be authentic because it was produced by OSI.

20.     Attached hereto as **Exhibit 19** is a true and correct copy of a document produced by OSI in this litigation, Bates-numbered OSI0057566 to OSI0057569.  This document includes email correspondence from Brad Piccirillo with James Schmid with John Leon, Haiming Wang, and

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4.

DECLARATION OF AMY SMITH
ISO NANOMETRICS' MOT. FOR SUMM. J.
5:18-CV-00417-BLF

1  Andrew Barada from August 7, 2013.  Among other possible sources, the foundation for the exhibit

2  is addressed in the Leon Declaration at ¶ 18.  Exhibit 19 is additionally presumed to be authentic

3  because it was produced by OSI.

4      21.     Attached hereto as **Exhibit 20** is a true and correct copy of a document produced by

5  Nanometrics in this litigation, Bates-numbered NANO_000466621 to NANO_000466626.  This

6  document includes email correspondence from Brad Piccirrillo to John Leon from November 25,

7  2013.  This document was introduced as Exhibit 8 at the deposition of Bruce Crawford, taken on

8  March 31, 2022. Among other possible sources, the foundation for the exhibit is addressed in the

9  Leon Declaration at ¶ 26 and the Crawford Declaration at ¶ 25.

10      22.     Attached hereto as **Exhibit 21** is a true and correct copy of a document produced by

11  OSI in this litigation, Bates-numbered OSI0057818 to OSI0057819.  This document includes email

12  correspondence from Brad Piccirillo to John Leon from November 26, 2013.  Among other possible

13  sources, the foundation for the exhibit is addressed in the Leon Declaration at ¶ 28.  Exhibit 21 is

14  additionally presumed to be authentic because it was produced by OSI.

15      23.     Attached hereto as **Exhibit 22** is a true and correct copy of a document produced by

16  OSI in this litigation, Bates-numbered OSI0011966 to OSI0011967.  This document includes email

17  correspondence between John Leon and Brad Piccirillo on December 13, 2013.  This document

18  was introduced as Exhibit 90 at the deposition of Andrew Dugrenier, taken on June 6, 2022.  Among

19  other possible sources, the foundation for the exhibit is addressed in the Leon Declaration at ¶ 30.

20  Exhibit 22 is additionally presumed to be authentic because it was produced by OSI.

21      24.     Attached hereto as **Exhibit 23** is a true and correct copy of a document produced by

22  Nanometrics in this litigation, Bates-numbered NANO_000466915 to NANO_000466917.  This

23  document includes email correspondence from Andrew Dugrenier to Andrew Barada, Daniel

24  Thompson, Rick Yarussi, and John Leon on February 13, 2014.  This document was introduced as

25  Exhibit 177 at the deposition of Andrew Barada, taken on June 16, 2022.  Among other possible

26  sources, the foundation for the exhibit is addressed in the Leon Declaration at ¶ 31 and the

27  Declaration of Daniel W. Thompson in Support of Nanometrics, Inc.'s Motion for Summary

28  Judgment ("Thompson Declaration") at ¶ 14.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5.

DECLARATION OF AMY SMITH
ISO NANOMETRICS' MOT. FOR SUMM. J.
5:18-CV-00417-BLF

25.     Attached hereto as **Exhibit 24** is a true and correct copy of a document produced by Nanometrics in this litigation, Bates-numbered NANO_000458354 to NANO_000458363.  This document includes email correspondence from Andrew Dugrenier to Billy Huang, Brad Piccirillo, Andrew Barada, John Leon, Rod Johnson, Daniel Thompson, Rick Yarussi, Richard Trissel, and other Nanometrics personnel on June 4, 2014.  This document was introduced as Exhibit 119 at the deposition of Andrew Dugrenier, taken on June 6, 2022.  Among other possible sources, the foundation for the exhibit is addressed in the Leon Declaration at ¶ 34.

26.     Attached hereto as **Exhibit 25** is a true and correct copy of a document produced by Nanometrics in this litigation, Bates-numbered NANO_000467223 to NANO_000467224.  This document includes email correspondence between John Leon and Tony Beddard on March 25, 2014.  Among other possible sources, the foundation for the exhibit is addressed in the Leon Declaration at ¶ 35.

27.     Attached hereto as **Exhibit 26** is a true and correct copy of a document produced by OSI in this litigation, Bates-numbered OSI0000406 to OSI0000410.  This document includes email correspondence between Andrew Dugrenier, Brad Piccirillo, James Schmid, Billy Huang, Daniel Thompson, Rick Yarussi, Rod Johnson, Andrew Barada, John Leon, Terry Yang, John Leon, and Tony Beddard between April 11, 2014 to April 14, 2014.  This document was introduced as Exhibit 110 at the deposition of Andrew Dugrenier, taken on June 6, 2022.  Among other possible sources, the foundation for the exhibit is addressed in the Leon Declaration at ¶ 36 and the Thompson Declaration at ¶ 20.  Exhibit 26 is additionally presumed to be authentic because it was produced by OSI.

28.     Attached hereto as **Exhibit 27** is a true and correct copy of a document produced by OSI in this litigation, Bates-numbered OSI0000317 to OSI0000325.  This document includes email correspondence from Billy Huang to Andrew Dugrenier, Brad Piccirillo, Richard Trissel, Andrew Barada, John Leon, Rod Johnson, Daniel Thompson, Rick Yarussi and other Nanometrics personnel from April 23, 2014 to May 9, 2014.  This document was introduced as Exhibit 112 at the deposition of Andrew Dugrenier, taken on June 6, 2022.  Among other possible sources, the foundation for the exhibit is addressed in the Leon Declaration at ¶ 37 and the Thompson

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6.

DECLARATION OF AMY SMITH
ISO NANOMETRICS' MOT. FOR SUMM. J.
5:18-CV-00417-BLF

1   Declaration at ¶ 24.  Exhibit 27 is additionally presumed to be authentic because it was produced
2   by OSI.

3       **29.**     Attached hereto as **Exhibit 28** is a true and correct copy of a document produced
4   by OSI in this litigation, Bates-numbered OSI0010581 to OSI0010592.  This document includes
5   email correspondence from Billy Huang to Andrew Dugrenier, Brad Piccirillo, Richard Trissel,
6   Andrew Barada, John Leon, Rod Johnson, Daniel Thompson, Rick Yarussi, and others from April
7   23, 2014 to June 13, 2014.  This document was introduced as Exhibit 121 at the deposition of
8   Andrew Dugrenier, taken on June 6, 2022.  Among other possible sources, the foundation for the
9   exhibit is addressed in the Leon Declaration at ¶ 38.  Exhibit 28 is additionally presumed to be
10  authentic because it was produced by OSI.

11      **30.**     Attached hereto as **Exhibit 29** is a true and correct copy of a document produced by
12  Nanometrics in this litigation, Bates-numbered NANO_000465229 to NANO_000465230.  This
13  document includes email correspondence from John Leon to Brad Piccirillo and Andrew Barada,
14  with Daniel Thompson, Billy Huang, Andrew Dugrenier and Summer Dumont from July 9, 2014.
15  This document was introduced as Exhibit 32 at the deposition of Bruce Crawford, taken on March
16  31, 2022.  Among other possible sources, the foundation for the exhibit is addressed in the Leon
17  Declaration at ¶ 40.

18      **31.**     Attached hereto as **Exhibit 30** is a true and correct copy of a document produced by
19  OSI in this litigation, Bates-numbered OSI0064344 to OSI0064345.  This document includes email
20  correspondence from Brad Piccirillo to John Leon from June 18, 2014.  This document was
21  introduced as Exhibit 275 at the deposition of Brad Piccirillo, taken on June 30, 2022.  Among
22  other possible sources, the foundation for the exhibit is addressed in the Leon Declaration at ¶ 42.
23  Exhibit 30 is additionally presumed to be authentic because it was produced by OSI.

24      **32.**     Attached hereto as **Exhibit 31** is a true and correct copy of a document produced by
25  Nanometrics in this litigation, Bates-numbered NANO_000476988 to NANO_000476989.  This
26  document includes email correspondence from John Leon to Daniel Thompson, Andrew Barada
27  and Billy Huang from June 18, 2014.  This document was introduced as Exhibit 187 at the
28  deposition of Andrew Barada, taken on June 16, 2022.  Among other possible sources, the

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7.

DECLARATION OF AMY SMITH
ISO NANOMETRICS' MOT. FOR SUMM. J.
5:18-CV-00417-BLF

foundation for the exhibit is addressed in the Leon Declaration at ¶ 44.

33.    Attached hereto as **Exhibit 32** is a true and correct copy of a document produced by OSI in this litigation, Bates-numbered OSI0042914 to OSI0042917.  This document includes email correspondence between John Leon and Brad Piccirillo from July 8 to July 9, 2014.  This document was introduced as Exhibit 276 at the deposition of Brad Piccirillo taken on June 30, 2022.  Among other possible sources, the foundation for the exhibit is addressed in the Leon Declaration at ¶ 45. Exhibit 32 is additionally presumed to be authentic because it was produced by OSI.

34.    Attached hereto as **Exhibit 33** is a true and correct copy of a document produced by OSI in this litigation, Bates-numbered OSI0064294 to OSI0064296.  This document includes email correspondence between John Leon and Brad Piccirillo from July 10, 2014.  This document was introduced as Exhibit 7 at the deposition of Bruce Crawford taken on March 31, 2022.  Among other possible sources, the foundation for the exhibit is addressed in the Leon Declaration at ¶ 47. Exhibit 33 is additionally presumed to be authentic because it was produced by OSI.

35.    Attached hereto as **Exhibit 34** is a true and correct copy of a document produced by OSI in this litigation, Bates-numbered OSI0043336 to OSI0043337.  This document includes email correspondence between Brad Piccirillo, John Leon, Summer Dumont, and Christy Frost from February 6, 2014.  Among other possible sources, the foundation for the exhibit is addressed in the Leon Declaration at ¶ 48.  Exhibit 34 is additionally presumed to be authentic because it was produced by OSI.

36.    Attached hereto as **Exhibit 35** is a true and correct copy of a document produced by OSI in this litigation, Bates-numbered OSI0063524 to OSI0063533.  This document includes email correspondence between James Schmid, Brad Piccirillo, Andrew Dugrenier, John Leon, Billy Huang, and Summer Dumont with an attached purchase order from September 15, 2014.  This document was introduced as Exhibit 277 at the deposition of Brad Piccirillo taken on June 30, 2022. Among other possible sources, the foundation for the exhibit is addressed in the Leon Declaration at ¶ 49.  Exhibit 35 is additionally presumed to be authentic because it was produced by OSI.

37.    Attached hereto as **Exhibit 36** is a true and correct copy of a document produced by OSI in this litigation, Bates-numbered OSI0042675 to OSI0042677.  This document includes email

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8.

DECLARATION OF AMY SMITH
ISO NANOMETRICS' MOT. FOR SUMM. J.
5:18-CV-00417-BLF

correspondence between Brad Piccirillo and John Leon from September 23, 2014.  Among other possible sources, the foundation for the exhibit is addressed in the Leon Declaration at ¶ 50.  Exhibit 36 is additionally presumed to be authentic because it was produced by OSI.

38.    Attached hereto as **Exhibit 37** is a true and correct copy of a document produced by OSI in this litigation, Bates-numbered OSI0524091. This document is a quote for an optical lens from January 15, 2015.  Among other possible sources, the foundation for the exhibit is addressed in the Leon Declaration at ¶ 52.  Exhibit 37 is additionally presumed to be authentic because it was produced by OSI.

39.    Attached hereto as **Exhibit 38** is a true and correct copy of a document produced by OSI in this litigation, Bates-numbered OSI0042301 to OSI0042302. This document includes email correspondence from John Leon to Brad Piccirillo from February 6, 2015. Among other possible sources, the foundation for the exhibit is addressed in the Leon Declaration at ¶ 53.  Exhibit 38 is additionally presumed to be authentic because it was produced by OSI.

40.    Attached hereto as **Exhibit 39** is a true and correct copy of a document produced by OSI in this litigation, Bates-numbered OSI0042180 to OSI0042181. This document includes email correspondence between John Leon, Brad Piccirillo, Rich Trissel, Billy Huang, and James Schmid from February 26, 2015.  Among other possible sources, the foundation for the exhibit is addressed in the Leon Declaration at ¶ 54.  Exhibit 39 is additionally presumed to be authentic because it was produced by OSI.

41.    Attached hereto as **Exhibit 40** is a true and correct copy of a document produced by Nanometrics in this litigation, Bates-numbered NANO_000039924 to NANO_000039929.  This document includes email correspondence from Bruce Crawford to James Schmid and John Leon with Haiming Wang, Andrew Barada, and Billy Huang from August 7, 2013.   Among other possible sources, the foundation for the exhibit is addressed in the Crawford Declaration at ¶ 11.

42.    Attached hereto as **Exhibit 41** is a true and correct copy of a document produced by Nanometrics in this litigation, Bates-numbered NANO_000041017 to NANO_000041018.  This document is an Addendum to purchase agreement signed by Bruce Crawford and Brad Piccirillo on September 9, 2013.  This document was introduced as Exhibit 4 at the deposition of Bruce

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

9.

DECLARATION OF AMY SMITH
ISO NANOMETRICS' MOT. FOR SUMM. J.
5:18-CV-00417-BLF

Crawford, taken on March 31, 2022.  Among other possible sources, the foundation for the exhibit is addressed in the Crawford Declaration at ¶ 13 and the Leon Declaration at ¶ 19.

43.     Attached hereto as **Exhibit 42** is a true and correct copy of a document produced by Nanometrics in this litigation, Bates-numbered NANO_000041187 to NANO_000041189.  This document includes email correspondence from Brad Piccirillo to Bruce Crawford from September 27, 2013.  This document was introduced as Exhibit 5 at the deposition of Bruce Crawford, taken on March 31, 2022.  Among other possible sources, the foundation for the exhibit is addressed in the Crawford Declaration at ¶ 21.

44.     Attached hereto as **Exhibit 43** is a true and correct copy of a document produced by OSI in this litigation, Bates-numbered OSI0058097 to OSI0058100.  This document includes email correspondence from Brad Piccirillo to Bruce Crawford from November 19, 2013.  This document was introduced as Exhibit 134 at the deposition of Holly Piccirillo, taken on June 7, 2022.  Among other possible sources, the foundation for the exhibit is addressed in the Crawford Declaration at ¶ 23. Exhibit 43 is additionally presumed to be authentic because it was produced by OSI.

45.     Attached hereto as **Exhibit 44** is a true and correct copy of a document produced by Nanometrics in this litigation, Bates-numbered NANO_000042983 to NANO_000042984.  This document includes email correspondence from Andrew Barada to Bruce Crawford and Tony Beddard from February 23, 2014.  This document was introduced as Exhibit 12 at the deposition of Bruce Crawford, taken on March 31, 2022.  Among other possible sources, the foundation for the exhibit is addressed in the Crawford Declaration at ¶ 27.  Nanometrics is proposing that portions of this exhibit be filed under seal.

46.     Attached hereto as **Exhibit 45** is a true and correct copy of a document produced by Nanometrics in this litigation, Bates-numbered NANO_000044029 to NANO_000044030.  This document includes email correspondence from Billy Huang to John Leon, Bruce Crawford, Daniel Thompson, Andrew Barada, and other Nanometrics personnel from April 14, 2014.  This document was introduced as Exhibit 13 at the deposition of Bruce Crawford, taken on March 31, 2022.  Among other possible sources, the foundation for the exhibit is addressed in the Crawford Declaration at ¶ 29.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

10.

DECLARATION OF AMY SMITH
ISO NANOMETRICS' MOT. FOR SUMM. J.
5:18-CV-00417-BLF

47.     Attached hereto as **Exhibit 46** is a true and correct copy of a document produced by OSI in this litigation, Bates-numbered OSI0001856 to OSI0001861.  This document includes email correspondence from Scott Gibb to Brad Piccirillo and Richard Trissel, Daniel Thompson, Andrew Barada, Barry Blasenheim, Jennifer Harwell, and Haiming Wang.  This document was introduced as Exhibit 74 at the deposition of Andrew Dugrenier, taken on June 6, 2022.  Among other possible sources, the foundation for the exhibit is addressed in the Thompson Declaration at ¶¶ 8-9. Exhibit 46 is additionally presumed to be authentic because it was produced by OSI.  Nanometrics is proposing that this exhibit be filed under seal.

48.     Attached hereto as **Exhibit 47** is a true and correct copy of a document produced by Nanometrics in this litigation, Bates-numbered NANO_000459431 to NANO_000459437.  This document includes email correspondence from Haiming Wang to Daniel Thompson, Anthony Beddard, Andrew Barada, Barry Blasenheim, Patrick Kinney, Haixing Zou, John Loen, Jonathan Kaefer, Randy Li, and Brandon Ford and an attached lens specification document from August 13, 2013.  This document was introduced as Exhibit 178 at the deposition of Andrew Barada, taken on June 16, 2022.  Among other possible sources, the foundation for the exhibit is addressed in the Thompson Declaration at ¶ 12.  Nanometrics is proposing that this exhibit be filed under seal.

49.     Attached hereto as **Exhibit 48** is a true and correct copy of a document produced by Nanometrics in this litigation, Bates-numbered NANO_000472360 to NANO_000472363.  This document includes email correspondence between Rick Yarussi, Brad Piccirillo, Daniel Thompson, Andrew Barada, Andrew Dugrenier, Patrick Kinney, and Tony Beddard, from February 17, 2014. This document was introduced as Exhibit 52 at the deposition of Patrick Kinney, taken on May 16, 2022.  Among other possible sources, the foundation for the exhibit is addressed in the Thompson Declaration at ¶ 16.

50.     Attached hereto as **Exhibit 49** is a true and correct copy of a document produced by Nanometrics in this litigation, Bates-numbered NANO_000472305 to NANO_000472312.  This document includes email correspondence from Patrick Kinney to Andrew Barada, Rick Yarussi, Randy Li, Daniel Thompson, Brandon Ford, and Tony Beddard from February 16, 2014.  This document was introduced as Exhibit 50 at the deposition of Patrick Kinney, taken on May 16, 2022.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

11.

DECLARATION OF AMY SMITH
ISO NANOMETRICS' MOT. FOR SUMM. J.
5:18-CV-00417-BLF

Among other possible sources, the foundation for the exhibit is addressed in the Thompson Declaration at ¶ 18. Nanometrics is proposing that portions of this exhibit be filed under seal.

51.     Attached hereto as **Exhibit 50** is a true and correct copy of a document produced by Nanometrics in this litigation, Bates-numbered NANO_000473530 to NANO_000473536.  This document is a presentation made by Patrick Kinney to Daniel Thompson and Nanometrics personnel from April 7, 2014.  This document was introduced as Exhibit 58 at the deposition of Patrick Kinney, taken on May 16, 2022.  Among other possible sources, the foundation for the exhibit is addressed in the Thompson Declaration at ¶ 19. Nanometrics is proposing that this exhibit be filed under seal.

52.     Attached hereto as **Exhibit 51** is a true and correct copy of a document produced by Nanometrics in this litigation, Bates-numbered NANO_000458222 to NANO_000458229.  This document includes email correspondence between Andrew Dugrenier, Richard Trissel, Brad Piccirillo, Billy Huang, Andrew Barada, John Leon, Rod Johnson, Rick Yarussi, Daniel Thompson, and other Nanometrics personnel from May 8, 2014.  This document was introduced as Exhibit 111 at the deposition of Andrew Dugrenier, taken on June 6, 2022.  Among other possible sources, the foundation for the exhibit is addressed in the Thompson Declaration at ¶ 21.

53.     Attached hereto as **Exhibit 52** is a true and correct copy of a document produced by Nanometrics in this litigation, Bates-numbered NANO_ 000474239 to NANO_000474253.  This document includes email correspondence from Daniel Thompson to Brad Piccirillo, Andrew Dugrenier, Rick Yarussi, and Li Wang from May 24, 2014.  Among other possible sources, the foundation for the exhibit is addressed in the Thompson Declaration at ¶ 23.

54.     Attached hereto as **Exhibit 53** is a true and correct copy of a document produced by Nanometrics in this litigation, Bates-numbered NANO_000477642 to NANO_000477643.  This document includes email correspondence from Daniel Thompson to Rick Yarussi, Andrew Barada, Li Wang, Ron Onaka, and other Nanometrics personnel from August 25, 2014.  This document was introduced as Exhibit 188 at the deposition of Andrew Barada, taken on June 16, 2022.  Among other possible sources, the foundation for the exhibit is addressed in the Thompson Declaration at ¶ 25.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

12.

DECLARATION OF AMY SMITH
ISO NANOMETRICS' MOT. FOR SUMM. J.
5:18-CV-00417-BLF

55.     Attached hereto as **Exhibit 54** is a true and correct copy of excerpts of a document produced by Nanometrics in this litigation, Bates-numbered NANO_000466261.  This document is a spreadsheet of test results maintained and referenced by Nanometrics personnel including Daniel Thompson.  This document was introduced as Exhibit 300 at the expert deposition of Julie Bentley, taken on January 25, 2023.  Among other possible sources, the foundation for the exhibit is addressed in the Thompson Declaration at ¶ 31. Nanometrics is proposing that this exhibit be filed under seal.

56.     Attached hereto as **Exhibit 55** is a true and correct copy of a document produced by Nanometrics in this litigation, Bates-numbered NANO_000477757 to NANO_000477763.  This document includes email correspondence between Daniel Thompson and Brad Piccirillo from September 2014.  This document was introduced as Exhibit 34 at the deposition of Bruce Crawford, taken on March 31, 2022.  Among other possible sources, the foundation for the exhibit is addressed in the Thompson Declaration at ¶ 32.

57.     Attached hereto as **Exhibit 56** is a true and correct copy of a document produced by Nanometrics in this litigation, Bates-numbered NANO_000036974 to NANO_000036975.  This document includes email correspondence from Li Wang to Tony Beddard, John Leon, Andrew Barada, Rick Yarussi, Daniel Thompson, Patrick Kinney, and other Nanometrics personnel from October 27, 2014.  This document was introduced as Exhibit 190 at the deposition of Andrew Barada, taken on June 16, 2022.  Among other possible sources, the foundation for the exhibit is addressed in the Thompson Declaration at ¶ 33.  Nanometrics is proposing that portions of this exhibit be filed under seal.

58.     Attached hereto as **Exhibit 57** is a true and correct copy of a document produced by OSI in this litigation, Bates-numbered OSI0056203 to OSI0056204.  This document includes email correspondence from Bruce Crawford to Brad Piccirillo, John Leon, Tony Beddard, Haiming Wang and Andrew Barada from July 9, 2013.  This document was introduced as Exhibit 174 at the deposition of Andrew Barada, taken on June 16, 2022.  Among other possible sources, the foundation for the exhibit is addressed in the Barada deposition testimony at 160:25-161:15 (*see* Exhibit 6).  Exhibit 57 is additionally presumed to be authentic because it was produced by OSI.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

13.

DECLARATION OF AMY SMITH
ISO NANOMETRICS' MOT. FOR SUMM. J.
5:18-CV-00417-BLF

59.      Attached hereto as **Exhibit 58** is a true and correct copy of a document produced by OSI in this litigation, Bates-numbered OSI0026849 to OSI0026853.  This document includes email correspondence from Brad Piccirillo to Scott Gibb from November 8, 2012.  This document was introduced as Exhibit 254 at the deposition of Brad Piccirillo, taken on June 30, 2022.  Among other possible sources, the foundation for the exhibit is addressed in the Piccirillo deposition testimony at 31:5-21 (*see* Exhibit 1).  Exhibit 58 is additionally presumed to be authentic because it was produced by OSI.

60.      Attached hereto as **Exhibit 59** is a true and correct copy of a document produced by OSI in this litigation, Bates-numbered OSI0026714 to OSI0026726.  This document includes email correspondence from Brad Piccirillo to Scott Gibb from November 27, 2012.  This document was introduced as Exhibit 255 at the deposition of Brad Piccirillo, taken on June 30, 2022.  Among other possible sources, the foundation for the exhibit is addressed in the Piccirillo deposition testimony at 40:18-41:21 (*see* Exhibit 1).  Exhibit 59 is additionally presumed to be authentic because it was produced by OSI.

61.      Attached hereto as **Exhibit 60** is a true and correct copy of a document produced by OSI in this litigation, Bates-numbered OSI0011963 to OSI0011964.  This document includes email correspondence from Brad Piccirillo to Andrew Barada and Andrew Dugrenier.  This document was introduced as Exhibit 9 at the deposition of Andrew Barada, taken on June 16, 2022.  Among other possible sources, the foundation for the exhibit is addressed in the Barada deposition testimony at 195:19-196:18 (*see* Exhibit 6).  Exhibit 60 is additionally presumed to be authentic because it was produced by OSI.

62.      Attached hereto as **Exhibit 61** is a true and correct copy of a document produced by OSI in this litigation, Bates-numbered OSI0012196 to OSI0012197.  This document includes email correspondence from Brad Piccirillo to Andrew Dugrenier on November 6, 2013.  This document was introduced as Exhibit 82 at the deposition of Andrew Dugrenier, taken on June 6, 2022. Among other possible sources, the foundation for the exhibit is addressed in the Dugrenier deposition testimony at 91:14-15 (*see* Exhibit 5). Exhibit 61 is additionally presumed to be authentic because it was produced by OSI.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

14.                DECLARATION OF AMY SMITH
ISO NANOMETRICS' MOT. FOR SUMM. J.
5:18-CV-00417-BLF

63.     Attached hereto as **Exhibit 62** is a true and correct copy of a document produced by OSI in this litigation, Bates-numbered OSI0011029. This document includes email correspondence from Andrew Dugrenier to Richard Trissel  form March 24, 2014.  This document was introduced as Exhibit 106 at the deposition of Andrew Dugrenier, taken on June 6, 2022. Among other possible sources, the foundation for the exhibit is addressed in the Dugrenier deposition testimony at 210:18-22 (*see* Exhibit 5). Exhibit 62 is additionally presumed to be authentic because it was produced by OSI.

64.     Attached hereto as **Exhibit 63** is a true and correct copy of a document produced by OSI in this litigation, Bates-numbered OSI0000416 to OSI0000420. This document includes email correspondence from Richard Trissel to Andrew Dugrenier and Brad Piccirillo from April 11, 2014. This document was introduced as Exhibit 108 at the deposition of Andrew Dugrenier, taken on June 6, 2022. Among other possible sources, the foundation for the exhibit is addressed in the Dugrenier deposition testimony at 215:10-12 (*see* Exhibit 5). Exhibit 63 is additionally presumed to be authentic because it was produced by OSI.

65.     Attached hereto as **Exhibit 64** is a true and correct copy of a document produced by third party Richard Trissel in this litigation, Bates-numbered TRISSEL_004136 to TRISSEL_004138. This document includes email correspondence from Andrew Dugrenier to Richard Trissel and Brad Piccirillo from May 22, 2014.  This document was introduced as Exhibit 114 at the deposition of Andrew Dugrenier, taken on June 6, 2022. Among other possible sources, the foundation for the exhibit is addressed in the Dugrenier deposition testimony at 233:14-20 (*see* Exhibit 5).

66.     Attached hereto as **Exhibit 65** is a true and correct copy of a document produced by third party Richard Trissel in this litigation, Bates-numbered TRISSEL_004204 to TRISSEL_004205. This document includes email correspondence from Andrew Dugrenier to Richard Trissel and Brad Piccirillo from June 3, 2014.  This document was introduced as Exhibit 118 at the deposition of Andrew Dugrenier, taken on June 6, 2022.  Among other possible sources, the foundation for the exhibit is addressed in the Dugrenier deposition testimony at 244:17-18 (*see* Exhibit 5).

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

15.

DECLARATION OF AMY SMITH
ISO NANOMETRICS' MOT. FOR SUMM. J.
5:18-CV-00417-BLF

67.     Attached hereto as **Exhibit 66** is a true and correct copy of a document produced by OSI in this litigation, Bates-numbered OSI0010417 to OSI0010420. This document includes email correspondence from Andrew Dugrenier to Brad Piccirillo from June 25, 2014.  This document was introduced as Exhibit 124 at the deposition of Andrew Dugrenier, taken on June 6, 2022.  Among other possible sources, the foundation for the exhibit is addressed in the Dugrenier deposition testimony at 259:16-18 (*see* Exhibit 5).  Exhibit 66 is additionally presumed to be authentic because it was produced by OSI.

68.     Attached hereto as **Exhibit 67** is a true and correct copy of a document produced by third party Richard Trissel in this litigation, Bates-numbered TRISSEL_004726. This document includes email correspondence from Rich Trissel to Brad Piccirillo from June 25, 2014.  This document was introduced as Exhibit 194 at the deposition of Richard Trissel, taken on June 21, 2022.  Among other possible sources, the foundation for the exhibit is addressed in the Trissel deposition testimony at 98:18-20 (*see* Exhibit 3).

69.     Attached hereto as **Exhibit 68** is a true and correct copy of a document produced by OSI in this litigation, Bates-numbered OSI0010428 to OSI0010430. This document includes email correspondence from Brad Piccirillo to Rich Trissel and Andrew Dugrenier from June 25, 2014. This document was introduced as Exhibit 125 at the deposition of Andrew Dugrenier, taken on June 6, 2022.  Among other possible sources, the foundation for the exhibit is addressed in the Dugrenier deposition testimony at 268:17-21 (*see* Exhibit 5). Exhibit 68 is additionally presumed to be authentic because it was produced by OSI.

70.     Attached hereto as **Exhibit 69** is a true and correct copy of a document produced by third party Richard Trissel in this litigation, Bates-numbered TRISSEL_004642.  This document includes email correspondence from Richard Trissel to Brad Piccirillo from June 25, 2014.  This document was introduced as Exhibit 193 at the deposition of Richard Trissel, taken on June 21, 2022.  Among other possible sources, the foundation for the exhibit is addressed in the Trissel deposition testimony at 82:11-25 (*see* Exhibit 3). Exhibit 69 is additionally presumed to be authentic because it was produced by OSI.

71.     Attached hereto as **Exhibit 70** is a true and correct copy of a document produced by

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

16.

DECLARATION OF AMY SMITH
ISO NANOMETRICS' MOT. FOR SUMM. J.
5:18-CV-00417-BLF

OSI in this litigation, Bates-numbered OSI0040989 to OSI0040993. This document includes email correspondence between Brad Piccirillo, Ingo Riedl, and Richard Trissel between June 18, 2015 to July 8, 2015. This document was introduced as Exhibit 200 at the deposition of Richard Trissel, taken on June 21, 2022. Among other possible sources, the foundation for the exhibit is addressed in the Trissel deposition testimony at 247:17-248:1 (*see* Exhibit 3). Exhibit 70 is additionally presumed to be authentic because it was produced by OSI.

72. Attached hereto as **Exhibit 71** is a true and correct copy of a document produced by OSI in this litigation, Bates-numbered OSI0064301 to OSI0064302. This document includes email correspondence from Brad Piccirillo to Andrew Dugrenier and Richard Trissel from July 9, 2014. This document was introduced as Exhibit 126 at the deposition of Andrew Dugrenier taken on June 6, 2022. Among other possible sources, the foundation for the exhibit is addressed in the Dugrenier deposition testimony at 269:23-270:11 (*see* Exhibit 5). Exhibit 71 is additionally presumed to be authentic because it was produced by OSI.

73. Attached hereto as **Exhibit 72** is a true and correct copy of a document produced by OSI in this litigation, Bates-numbered OSI0042897 to OSI 0042898. This document includes email correspondence between Brad Piccirillo, Andrew Dugrenier, and Richard Trissel from July 19, 2014. This document was introduced as Exhibit 127 at the deposition of Richard Trissel taken on June 21, 2022. Among other possible sources, the foundation for the exhibit is addressed in the Trissel deposition testimony at 145:21-146:10 (*see* Exhibit 3). Exhibit 72 is additionally presumed to be authentic because it was produced by OSI.

74. Attached hereto as **Exhibit 73** is a true and correct copy of a document produced by OSI in this litigation, Bates-numbered OSI0042755 to OSI0042763. This document includes email correspondence from Brad Piccirillo to Richard Trissel from September 4, 2014. This document was introduced as Exhibit 196 at the deposition of Richard Trissel taken on June 21, 2022. Among other possible sources, the foundation for the exhibit is addressed in the Trissel deposition testimony at 222:8-15 (*see* Exhibit 3). Exhibit 73 is additionally presumed to be authentic because it was produced by OSI.

75. Attached hereto as **Exhibit 74** is a true and correct copy of a document produced by

Cooley LLP
Attorneys at Law
San Francisco

17.

Declaration of Amy Smith
ISO Nanometrics' Mot. for Summ. J.
5:18-cv-00417-BLF

OSI in this litigation, Bates-numbered OSI0061428 to OSI0061429.  This document includes email correspondence from Richard Trissel to Mike Van Vranken, Donna Morancy, Summer Dumont, and Brad Piccirillo from February 13, 2015. Exhibit 74 is presumed to be authentic because it was produced by OSI.

76.     Attached hereto as **Exhibit 75** is a true and correct copy of a document produced by OSI in this litigation, Bates-numbered OSI0041059 to OSI0041063.  This document includes email correspondence from Brad Piccirillo to Ingo Riedl from June 26, 2015. This document was introduced as Exhibit 287 at the deposition of Brad Piccirillo taken on January 12, 2023.  Among other possible sources, the foundation for the exhibit is addressed in the Piccirillo deposition testimony at 264:9-16 (*see* Exhibit 2). Exhibit 75 is additionally presumed to be authentic because it was produced by OSI.

77.     Attached hereto as **Exhibit 76** is a true and correct copy of a document produced by OSI in this litigation, Bates-numbered OSI00126444. This document includes email correspondence between Brad Piccirillo, Mike Van Vranken, Richard Trissel, and Matthew Grabowski from February 8, 2016.  This document was introduced as Exhibit 204 at the deposition of Richard Trissel taken on June 21, 2022.  Among other possible sources, the foundation for the exhibit is addressed in the Trissel deposition testimony at 280:22-281:14 (*see* Exhibit 3). Exhibit 76 is additionally presumed to be authentic because it was produced by OSI.

78.     Attached hereto as **Exhibit 77** is a true and correct copy of a document produced by OSI in this litigation, Bates-numbered OSI0227523 to OSI00227524. This document includes email correspondence between Dennis McAllister, Mike Van Vranken, and Richard Trissel from August 31, 2016.  This document was introduced as Exhibit 205 at the deposition of Richard Trissel taken on June 21, 2022.  Among other possible sources, the foundation for the exhibit is addressed in the Trissel deposition testimony at 283:15-284:18 (*see* Exhibit 3). Exhibit 77 is additionally presumed to be authentic because it was produced by OSI.

79.     Attached hereto as **Exhibit 78** is a true and correct copy of a document produced by Opticraft in this litigation, Bates-numbered 00085. This document includes an asset purchase agreement dated July 1, 2015.  This document was introduced as Exhibit 2 at the deposition of

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

18.

DECLARATION OF AMY SMITH
ISO NANOMETRICS' MOT. FOR SUMM. J.
5:18-CV-00417-BLF

Dennis McAllister taken on December 15, 2021. Among other possible sources, the foundation for the exhibit is addressed in the McAllister deposition testimony at 83:16-85:20 (*see* Exhibit 8).

80.    Attached hereto as **Exhibit 79** is a true and correct copy of a document produced by OSI in this litigation, Bates-numbered OSI0064286 to OSI0064287. This document includes email correspondence between Richard Trissel, Andrew Dugrenier, and Brad Piccirillo from July 18, 2014 and July 19, 2014. This document was introduced as Exhibit 195 at the deposition of Richard Trissel taken on June 21, 2022. Among other possible sources, the foundation for the exhibit is addressed in the Trissel deposition testimony at 142:21-143:4 (*see* Exhibit 3). Exhibit 79 is additionally presumed to be authentic because it was produced by OSI.

81.    Attached hereto as **Exhibit 80** is a true and correct copy of a document produced by OSI in this litigation, Bates-numbered OSI0073517 to OSI0073520. This document includes email correspondence between Richard Trissel, Dennis McAllister, Matthew Grabowski and Brad Piccirillo from January 21, 2016 to January 22, 2016. This document was introduced as Exhibit 203 at the deposition of Richard Trissel taken on June 21, 2022. Among other possible sources, the foundation for the exhibit is addressed in the Trissel deposition testimony at 277:17-278:5 (*see* Exhibit 3). Exhibit 80 is additionally presumed to be authentic because it was produced by OSI.

82.    Attached hereto as **Exhibit 81** is a true and correct copy of a document produced by OSI in this litigation, Bates-numbered OSI0074827. This document includes email correspondence between Dennis McAllister and Brad Piccirillo from June 22, 2016. This document was introduced as Exhibit 282 at the deposition of Brad Piccirillo taken on June 30, 2022. Among other possible sources, the foundation for the exhibit is addressed in the Piccirillo deposition testimony at 324:3-17 (*see* Exhibit 1). Exhibit 81 is additionally presumed to be authentic because it was produced by OSI.

83.    Attached hereto as **Exhibit 82** is a true and correct copy of a document produced by OSI in this litigation, Bates-numbered OSI0042784. This document includes email correspondence between Brad Piccirillo and John Leon from September 4, 2014. Among other possible sources, the foundation for the exhibit is addressed in the Leon Declaration at ¶ 51. Exhibit 82 is presumed to be authentic because it was produced by OSI.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

19.

DECLARATION OF AMY SMITH
ISO NANOMETRICS' MOT. FOR SUMM. J.
5:18-CV-00417-BLF

1       **84.**    Attached hereto as **Exhibit 83** is a true and correct copy of a document produced by

2   OSI in this litigation, Bates-numbered OSI0042323 to OSI0042327.  This document includes email

3   correspondence between Richard Trissel, Brad Piccirillo, and Mike Van Vranken from January 21,

4   2015. Exhibit 83 is additionally presumed to be authentic because it was produced by OSI.

5       I declare under penalty of perjury that the foregoing is true and correct. Executed on

6   March 1, 2023 in San Francisco, California.

7       */s/ Amy M. Smith*

8       Amy M. Smith

9   281330769

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF AMY SMITH
ISO NANOMETRICS' MOT. FOR SUMM. J.
5:18-CV-00417-BLF