COOLEY LLP
KATHLEEN H. GOODHART (165659)
(kgoodhart@cooley.com)
AMY M. SMITH (287813)
(amsmith@cooley.com)
ELIZABETH SANCHEZ SANTIAGO (333789)
(lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:     (415) 693-2000
Facsimile:     (415) 693-2222

Attorneys for Defendant
NANOMETRICS INCORPORATED, now known as
ONTO INNOVATION INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| OPTICAL SOLUTIONS, INC. a New Hampshire corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>NANOMETRICS INCORPORATED, a Delaware corporation,<br><br>                    Defendant. | Lead Case No.  5:18-cv-00417-BLF<br>Case No. 5:18-cv-03276<br><br>**EXHIBITS 1-49 TO DECLARATION OF AMY SMITH IN SUPPORT OF DEFENDANT NANOMETRICS INC.'S MOTION FOR SUMMARY JUDGMENT** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

EXHIBITS 1-49 TO DECL. OF A. SMITH
ISO MOT. FOR SUMMARY JUDGMENT
5:18-CV-00417-BLF

# EXHIBIT 1

CONFIDENTIAL

```
 1            UNITED STATES DISTRICT COURT

 2           NORTHERN DISTRICT OF CALIFORNIA

 3                 SAN JOSE DIVISION

 4

 5    ------------------------------------
                                        )
 6    OPTICAL SOLUTIONS, INC., a New    )
      Hampshire corporation,            )
 7                                      )
                   Plaintiff           )
 8                                      )
      vs.                               ) Case No. 5:18:CV-00417-BLF
 9                                      )
      NANOMETRICS INCORPORATED, a       )
10    Delaware corporation,             )
                                        )
11                 Defendant            )
                                        )
12    ------------------------------------

13

14                  CONFIDENTIAL

15           VIDEOTAPED DEPOSITION OF

16            BRADLEY J. PICCIRILLO

17           THURSDAY, JUNE 30, 2022

18             9:42 a.m. - 6:45 p.m.

19                 COOLEY LLP

20             500 BOYLSTON STREET

21            BOSTON, MASSACHUSETTS

22

23    Reported by:  Sandra A. Deschaine, CSR, RPR,

24    CLR, CRA

25    Job No. 5285854
```

Page 1

CONFIDENTIAL

```
 1                    P R O C E E D I N G S

 2               THE VIDEOGRAPHER:  Good morning.

 3          We are on the record.  This is the

 4          videographer speaking, Bob Giannini,

 5          with court reporter Sandra Deschaine,        09:42 AM

 6          with Veritext Legal Solutions.  Today's

 7          date is June 30, 2022.  The time is 9:42

 8          a.m. Eastern time.  We're currently in

 9          the office of Cooley, LLP, located in

10          Boston, Massachusetts, to take the          09:43 AM

11          videotaped deposition of Bradley

12          Piccirillo.  The matter of Optical

13          Solutions, Inc., v Nanometrics, Inc.

14               Will counsel please introduce

15          themselves for the record.                  09:43 AM

16               MR. JOHNSON:  Matt Johnson, Devine

17          Millimet on behalf of Optical Solutions,

18          Inc.

19               MS. GOODHART:  Kathleen Goodhart,

20          Cooley.  With me is Liz Sanchez            09:43 AM

21          Santiago, and we represent Nanometrics.

22               THE VIDEOGRAPHER:  Okay.  Thank

23          you.  Will the court reporter please

24          swear in the witness.

25               BRADLEY J. PICCIRILLO, Deponent,       09:43 AM
```

Page 8

1    having first been duly sworn by the Notary

2    Public, was examined and testified as

3    follows:

4                          EXAMINATION

5    BY MS. GOODHART:                              09:44 AM

6         Q.   All right.  Mr. Piccirillo, good

7    morning.

8         A.   Good morning.

9         Q.   Have you ever been deposed before?

10        A.   No.                                 09:44 AM

11        Q.   This is your first one?

12        A.   I've just been in a bunch of them,

13   but, yes, this is my first one.

14        Q.   All right.  You've been watching

15   other people being deposed in this case?       09:44 AM

16        A.   Yes.  It's quite boring.

17        Q.   First thing about depositions.

18   It's very important that you let me finish my

19   question --

20        A.   Oh, okay.                           09:44 AM

21        Q.   -- before you say anything at all,

22   and then you need to answer so that the court

23   reporter can take it down.

24             Can you do that today?

25        A.   I will try.                         09:44 AM

Page 9

1    polishers, and they were very, very good

2    polishers, and they asked me to start a

3    company with them, because that's something

4    they always wanted to do, so I did.

5          Q.   Mr. Piccirillo, I'm showing you          10:11 AM

6    Exhibit 254.

7    (Exhibit 254, Bates Number OSI0026849, email

8    string from Brad Piccirillo dated 11/8/22,

9    marked for identification.)

10   BY MS. GOODHART:                                     10:11 AM

11         Q.   This is the quote you sent to

12   Nanometrics for 40 micron lenses, correct?

13              THE WITNESS:  Matt, what do I do

14         with these?

15         Q.   You just put them aside.                  10:11 AM

16              You wrote to Mr. Gibb, "Attached

17   is your quote for the Objective lens.  We

18   would really like to work with you on these,

19   so please work with us to make that happen,"

20   correct?                                             10:12 AM

21         A.   Uh-huh.  Yes.

22         Q.   And, again, why did you want to

23   work with Nanometrics on the 40 micron lens?

24         A.   I want to work with any company

25   that is -- I want to work with anything.  I          10:12 AM

Page 31

```
 1        would deliver in 18 to 22 months, correct?

 2             A.   Yes.

 3             Q.   And you said, "We hope this meets

 4        your needs," correct?

 5             A.   Yes.                              10:23 AM

 6             Q.   Mr. Gibb responded to your quote,

 7        correct?

 8             A.   No, he didn't respond to my quote.

 9             Q.   All right.  Let me know you -- oh,

10        not on that document.  You can set that       10:23 AM

11        document aside, I'm sorry.

12                  Do you recall Mr. Gibb's response

13        to your quote?

14             A.   I would assume that he would

15        respond to my quote.                          10:23 AM

16             Q.   I'm asking you whether or not --

17             A.   I don't recall, no.

18             Q.   You don't recall.  I'm going to

19        show you a document that has been marked 255.

20        (Exhibit 255, Bates Number OSI0026714-6726,   10:24 AM

21        email string from Brad Piccirillo dated

22        11/29/22, marked for identification.)

23             Q.   This is OSI0026714 through 726 --

24        BY MS. GOODHART:

25             Q.   And if you to the end of the        10:24 AM
```

Page 40

1       document, Mr. Piccirillo, the emails, and

2       you'll see that the Bates number at the

3       bottom ends with 722.

4              This is another email chain, and

5       we can see that you have sent the quote.  So         10:24 AM

6       we see your same email there on November 8th,

7       2012, on the Bates ending 721.

8              Attached is your quote.  "We'd

9       really like to work with you."

10       A.   Uh-huh.                                         10:24 AM

11       Q.   Mr. Gibbs responds to you that he

12       has looked it over and passed it on to Barry

13       and his manager, and he said, "We're still

14       waiting for the other quotations to come in,"

15       correct?                                             10:25 AM

16       A.   What Bates number are you on?

17       Q.   It ends with 721.

18       A.   Okay.

19       Q.   And it's Mr. Gibbs email to you on

20       November 8, 2012, correct?                           10:25 AM

21       A.   Yes.

22       Q.   So Nanometrics was obtaining

23       multiple quotes for the 40 micron work,

24       correct?

25       A.   I don't know.                                   10:25 AM

Page 41

1    my gut tells me they put down a delivery date

2    that was one of the expedited times is what

3    I'm getting at.  So --

4         Q.   Mr. Piccirillo, my question for

5    you is this:  In the purchase order, you        10:39 AM

6    agreed to provide 40 micron lenses for them

7    on April 1st, 2013, correct?

8         A.   I believe I agreed to allow them

9    to put one of the expedited dates on, not

10   what my quote reflected.                         10:39 AM

11        Q.   That was not my question.

12             This exhibit, 256, is a purchase

13   order for the 40 micron lenses, correct?

14        A.   Yes.

15        Q.   And you accepted this purchase       10:40 AM

16   order, correct?

17        A.   Uh-huh.

18             MR. JOHNSON:  You have to say yes

19   or no.

20        A.   Yes.                                  10:40 AM

21   BY MS. GOODHART:

22        Q.   This is a contract, correct?

23        A.   Purchase order is always a

24   contract with a date and a purchase order

25   number and the delivery, yes.                   10:40 AM

Page 53

CONFIDENTIAL

1        Q.   And what is the purchase order

2   number on this 40 micron lens?

3        A.   It is 55637.

4        Q.   Which is the due date in your 40

5   micron prototype lenses?                          10:40 AM

6        A.   4/1/13.

7        Q.   April 1st, 2013.  Okay.

8             What is the price per lens that

9   you contracted with Nanometrics to accept for

10  the 40 microns?                                   10:40 AM

11       A.   $15,000 each.

12       Q.   How much NRE did you contract with

13  Nanometrics to pay for the 40 micron lenses?

14       A.   Looks like 42,000.

15       Q.   Had you done a merger with another    10:41 AM

16  company as of the time that you agreed to

17  this purchase order with Nanometrics?

18       A.   No.

19       Q.   Were you still negotiating with a

20  company for the merger that you told Mr. Gibb    10:41 AM

21  about when you agreed to this purchase order?

22       A.   I do not recall.  I don't recall

23  if I did.

24       Q.   Merging with another company is an

25  important step in the life of a company.         10:41 AM

Page 54

```
 1        Wouldn't you agree?
 2                MR. JOHNSON:  Objection to form.
 3            Calls for speculation.
 4            A.    Truthfully, for me, no.
 5   BY MS. GOODHART:                              10:42 AM
 6            Q.   How many mergers has OSI had?
 7            A.   I've had zero mergers.
 8            Q.   Did OSI acquire Opticraft?
 9            A.   I did.
10            Q.   Has OSI had any other           10:42 AM
11   acquisitions?
12            A.   No.  Opticraft is the only company
13   I've purchased.
14            Q.   Have you had any merger
15   discussions with any other company for OSI?   10:42 AM
16            A.   Just Opticraft ran the full
17   circle.  That's the only company I've ever
18   bought.
19            Q.   My question was, have you had any
20   merger discussions on behalf of OSI with any  10:42 AM
21   company other than Opticraft?
22            A.   No.
23            Q.   I'm going to show you Exhibit 257.
24   This is an email in which you are confirming
25   your agreement to the 40 micron purchase      10:43 AM
```

Page 55

1      decided to quote.

2            Q.   Down below we see NRE for

3      prototype quantity up to 24 units, 54,350.

4            What did that NRE cover for those

5      prototype units?                              12:49 PM

6            A.   Okay.  That NRE was John Leon

7      wanted to get -- they were behind on these

8      parts, okay.  He wanted -- he asked me to put

9      an NRE in there so that he would -- so that I

10     would pay for material and get running with    12:49 PM

11     this stuff.  That was for me to go buy --

12     that was specific.  It was to go buy optical

13     materials.

14           Q.   All right.  So the $54,350 NRE for

15     prototype quantity was for the purchase of     12:49 PM

16     optical materials, correct?

17           A.   Yeah, if I remember, that's what I

18     recall.  It was -- he wanted me to jump on

19     these -- (Reading document).  That's what I

20     recall, yes.                                   12:50 PM

21           Q.   You then provide a quote for

22     production units, correct?

23           A.   Yes, item 2, yes.

24           Q.   You quoted for 100 to 240

25     production units, $17,460 for each lens,       12:50 PM

Page 140

CONFIDENTIAL

1      correct?

2          A.   I did, yes.

3          Q.   Well, you just said that is cheap?

4          A.   That is half the price.

5          Q.   Why do you say this is cheap?        12:50 PM

6          A.   Because this is a -- this is an

7      extremely, extremely, extremely difficult

8      lens.  You -- I get the benefit of production

9      if they give me a lot of parts so I can run a

10     whole bunch of lens elements --              12:50 PM

11              THE REPORTER:  If they give you a

12          lot of hears or parts?

13              THE WITNESS:  Yeah if they

14          ordered a lot of production parts --

15              MR. JOHNSON:  Did you get it?        12:50 PM

16              I'm sorry.  I'll go slower.  My

17          brain says go.

18              So that's cheap because there's

19          different aspects of manufacturing.  The

20          value I would get is making a lot of     12:51 PM

21          element 1, 2, 3, 4, 5, 6, 7, 8 and then

22          run those through the shop.  But at the

23          end of the day, in order to make these

24          lenses, I have to finish each individual

25          lens and then assemble on a one-per      12:51 PM

                                              Page 141

1            basis.  So half price is a lot.

2      BY MS. GOODHART:

3            Q.    Were you committing to that price

4      on July 9th, 2013?

5            A.    Absolutely.                          12:51 PM

6            Q.    So Nanometrics could have accepted

7      that offer for those production lenses and

8      OSI would have made that at that price?

9            A.    Absolutely.

10           Q.    And OSI would have provided lenses   12:51 PM

11     at that price without a capital investment of

12     $1.3 million for dedicated machines, correct?

13           A.    Incorrect.

14           Q.    How is that incorrect?

15           A.    Because I have a very specific      12:52 PM

16     note there.

17           Q.    I'm sorry.  I said 15.  We jumped

18     to 15.  I would like to stick with the 100 to

19     240 units at $17,460.  And my question for

20     you, Mr. Piccirillo is, was that a            12:52 PM

21     commitment -- a committed offer that OSI was

22     making?

23           A.    Sure.  This is a quote.  I would

24     have accepted that, yes.

25           Q.    So Nanometrics could have accepted  12:52 PM

                                              Page 142

1    is that every customer has a different need

2    and the applications and the marketing work

3    with the customer to define what a need is

4    for their particular application.

5         Q.   Had you ever worked with                01:57 PM

6    semiconductor chip metrology before the 40

7    micron work with Nanometrics?

8         A.   I have not.

9         Q.   Do you have an understanding of

10   the term "copy exact"?                            01:58 PM

11        A.   I have learned through Nanometrics

12   the basic concept of copy exact.

13        Q.   And what is your understanding of

14   that?

15        A.   My understanding of copy exact is       01:58 PM

16   that they have -- they make an effort to

17   provide a customer with an instrument that's

18   as closely related in performance as they

19   can.

20        Q.   Did you understand, in 2013, that       01:58 PM

21   once Nanometrics presented a customer with a

22   tool and the customer accepted that tool,

23   that the tool and all the parts in it would

24   need to be exact copies of the tool that had

25   presented -- that Nanometrics had presented    01:59 PM

Page 153

```
 1        purchase order was good to go, that that

 2        wasn't a contract?

 3              A.   No, it's a contract.  A purchase

 4        order is a contract, yes.

 5              Q.   And you and Mr. Trissel were          02:35 PM

 6        working on the design, correct?

 7              A.   Yes.

 8              Q.   Let's take a look at the addendum

 9        that you have referenced.

10                   MS. GOODHART:  It's Exhibit 531.      02:35 PM

11        BY MS. GOODHART:

12              Q.   Before we do that, let's stick on

13        the timing for a moment.  So when you

14        committed to Brad the prototype lenses on

15        December 10th, what is it that OSI had to do    02:35 PM

16        in order to meet that deadline?

17                   MR. JOHNSON:  Objection, just

18              clarification.  Which purchase order?

19                   MS. GOODHART:  The 25 micron.

20                   MR. JOHNSON:  You said December      02:36 PM

21              10th?

22        BY MS. GOODHART:

23              Q.   Yes, the 25 micron prototype

24        lenses were due on December 10, 2013,

25        correct?                                        02:36 PM
```

Page 181

1         A.    Initially they were, yes.

2         Q.    What is it that OSI had to do

3    between August 1st, the date of the purchase

4    order and December 10th, the due date for the

5    25 micron prototype lenses?                02:36 PM

6               MR. JOHNSON:   Objection, vague.

7         A.    So in order to come up with -- so

8    you have -- an optical design is something in

9    theory.  And what Nanometrics presented to

10   us -- there's a reason why it's a feasibility   02:36 PM

11   study.  Is because -- and we accepted this

12   on.  But the reason it is not like the 40

13   micron statement of work that could go into

14   production, is because Nanometrics could not

15   design that lens.  They didn't know if it      02:36 PM

16   could even be made.

17              So what they threw at us is this

18   conceptual, as you see in the results, it's

19   like, we don't know what can be done, how the

20   elements can be used, you know, whatever, and  02:37 PM

21   I took that and made something.  So there was

22   no part number, no real statement of work.

23   It was literally a feasibility study.

24              So we got this, we go and present

25   what we designed, and Nanometrics said your    02:37 PM

                                        Page 182

```
 1      BY MS. GOODHART:

 2            Q.    These are the specifications that

 3      you discussed with Nanometrics on August

 4      13th, 2013, correct?

 5            A.    Incorrect.                          02:43 PM

 6            Q.    Why is that incorrect?

 7            A.    Because we got this on 2013.  On

 8      the day we were out there, they presented

 9      this to us.  We didn't design for this.  Not

10      that there's much difference, but we didn't   02:43 PM

11      design to that.

12            Q.    You were attempting to design your

13      25 micron prototype lenses to this

14      specification, correct?

15            A.    Incorrect.                          02:43 PM

16            Q.    So after August 13th when you met

17      with them, did you ever tell Nanometrics, no

18      I'm not going to design to these

19      specifications?

20            A.    No.  No.  They provided a rev 3     02:43 PM

21      and said that they added -- please note page

22      4, retardant stability.

23                 I think the only difference in

24      this document is that -- they're almost

25      identical.  They have the same result at the  02:43 PM
```

Page 188

```
 1      end and -- I don't have the other one in
 2      front of me, but I think they added that box
 3      right there, retardant stability.  Anyway,
 4      that's what he identifies, on page 4 --
 5      please note that -- they put this line in        02:44 PM
 6      there.
 7              Q.   OSI was designing 25 micron
 8      prototype lenses to these specifications,
 9      correct?
10              A.   After we received them, yes.        02:44 PM
11              Q.   And you sent this specification to
12      -- strike that.
13                   Mr. Barada sent you this
14      specification on August 13th, 2013, correct?
15              A.   This spec is attached from          02:44 PM
16      Haiming.
17                   MR. JOHNSON:  What exhibit number
18              are we on?  I don't think I have a copy
19              of that.
20      (Exhibit 270, skipped.)                          02:44 PM
21                   MS. GOODHART:  Oh, Exhibit 270.
22                   MR. JOHNSON:  I got 270.  That's
23              the other one.  He looked like he was
24              looking at another one.
25                   MS. GOODHART:  That's Exhibit 178.  02:45 PM
```

Page 189

CONFIDENTIAL

1       BY MS. GOODHART:

2               Q.   So 178 is the specification and

3       Exhibit 270 --

4                    MR. JOHNSON:   Can I see the cover

5           of it?                                  02:45 PM

6       BY MS. GOODHART:

7               Q.   Is your email?   Is the email to

8       you from Mr. Barada with the specification,

9       correct?

10              A.   Incorrect.   The email that you    02:45 PM

11      gave me that includes a specification with

12      the attachment is from Haiming.

13              Q.   Correct.   And Haiming is on

14      Exhibit 178, correct?

15              A.   Okay.                              02:45 PM

16              Q.   Regardless, you agree with me that

17      Exhibit 178 are the specifications to which

18      OSI was designing 25 micron prototype

19      licenses, correct?

20              A.   As of 8/13 when they provided it   02:45 PM

21      to us, that was a modified feasibility study

22      revision.   Yes, that's when they provided it

23      to us.

24              Q.   And that is the specification to

25      which OSI was designing 25 micron lenses as   02:46 PM

Page 190

1      of and after August 13th, 2013, correct?

2              A.   The specification that we designed

3      to was to the feasibility study.  The only

4      change was that modification, then -- they're

5      one and the same --                          02:46 PM

6                  THE REPORTER:  Sir.  If you're

7          going to --

8                  THE WITNESS:  I'm sorry.

9                  THE REPORTER:  I know but I have

10         to take -- and you're kind of talking     02:46 PM

11         under your breath, so It's hard for me

12         to get that.

13                 THE WITNESS:  I get it.

14         Understand.

15             A.   Yep, I'm okay with that, right.   02:46 PM

16     BY MS. GOODHART:

17             Q.   I'm going to show you a document

18     from a bit later in time.  It's OSI0028623

19     through 25.  It's a message that you sent to

20     John Leon on November 25th, 2013.  And this   02:47 PM

21     is Exhibit 271A.

22     (Exhibit 271A, Bates Numbers

23     OSI0028623-8626, email from Brad Piccirillo

24     dated 11/25/2013, marked for identification.)

25     /                                            02:47 PM

                                              Page 191

```
 1          established in the design specification."

 2               A.    Uh-huh.

 3               Q.    What was the date of completion

 4          for the 25 micron prototype lenses?

 5               A.    The date of completion for the 25      03:19 PM

 6          micron prototype lenses was September 30th,

 7          2014.

 8               Q.    What is the basis for that

 9          testimony?

10               A.    The contract that I have, that we     03:20 PM

11          negotiated and agreed to.

12               Q.    It's true that the purchase order

13          that is referenced at the beginning of the

14          addendum for the 25 micron prototype lenses

15          requires delivery on December 10th, 2013,        03:20 PM

16          right?

17               A.    I agree.

18               Q.    And at this point in time, on

19          September 9th, 2013, there were no other

20          purchase orders for 25 micron prototype          03:20 PM

21          lenses, correct?

22               A.    That's hard to answer because they

23          technically changed the purchase orders.  So

24          the only one that I received -- no, I had

25          other ones received.  They had multiple          03:21 PM
```

                                               Page 219

CONFIDENTIAL

```
 1      performance specification or a design

 2      specification until you figured out what you

 3      needed for production.

 4      BY MS. GOODHART:

 5           Q.   And for the 25 micron prototype          03:25 PM

 6      lenses that you were providing, that is the

 7      specification that we reviewed and you

 8      received on August 13th, 2013, correct?

 9           A.   Yes.

10           Q.   And what are the commercial              03:25 PM

11      product performance specifications?

12           A.   I don't know what they are.  I

13      never got them.

14           Q.   All right.  Is it your

15      understanding that includes the price for the     03:26 PM

16      lenses?

17           A.   Absolutely not.

18           Q.   Why not?

19           A.   Because, as you can see, that

20      you've already seen, looking at all the           03:26 PM

21      documents so far in the early stages of my

22      relationship with them, there is a -- there

23      is a whole nother part of negotiating with

24      Nanometrics on what the price will be.  So

25      the driving factor on that is -- it says          03:26 PM
```

Page 224

CONFIDENTIAL

1      somewhere in here, it says, once you --

2      "yeah, purchase of small spot lenses shall be

3      at the price and terms and conditions set

4      forth in the PO."

5                  MR. JOHNSON:   Slow down.              03:26 PM

6           A.   Okay.

7                  "Purchase of small spot lenses

8      shall be at the price and terms and

9      conditions set forth in the PO.  So for those

10     lenses not yet subject to PO price will be     03:26 PM

11     negotiated by the parties, and terms and

12     conditions shall be Nano's standard terms and

13     conditions."

14                 So what that says is that it's

15     standard practice for them, and I'm okay with    03:27 PM

16     that -- is that you don't know what the cost

17     of this stuff is going to be up front, and

18     there's a -- there's a -- there is a process

19     that they are very well aware that they will

20     negotiate with you on the terms of the price   03:27 PM

21     and the delivery.  That's what that is.

22     BY MS. GOODHART:

23          Q.   You had already offered for the 25

24     micron production lenses a price in your

25     quote, correct?                                  03:27 PM

                                                    Page 225

CONFIDENTIAL

1      Nanometrics -- the appeal to OSI, they do the

2      same appeal to me.  And their appeal to me

3      was, was, look, Brad, there is a node,

4      there's a node.  And a node typically lasts

5      anywhere from --                                    05:27 PM

6      (Reporter clarification.)

7              THE WITNESS:  A node, n-o-d-e,

8          node.

9          A.  There's a node, and each cycle has

10     a node, and the node lasts anywhere from four      05:27 PM

11     to more years, four seemed always to be the

12     minimum number, and then there is a -- I

13     forgot what they call -- like end of life.

14     There's product that they have to keep in

15     inventory because their relationship with          05:28 PM

16     their customer says you need to be able to --

17     you need to be able to provide us parts if

18     our machine goes down.

19              That's what my basic understanding

20     at this time frame was, yes.                       05:28 PM

21          Q.  And you go on to explain that this

22     tool cycle for this semiconductor industry

23     has an important aspect in that these

24     companies require that the approved product

25     remain the initial supplier of the product,        05:28 PM

                                                           Page 294

1    I've read I saved them with TSMC, so I don't

2    know if they messed it up, but I definitely

3    know that -- like I said, from what I've

4    read, I -- OSI lenses kept them in the game

5    with TSMC.  So that was very huge for them.          05:37 PM

6         Q.    But on September 4th, you knew

7    that Nanometrics -- strike that.

8              On September 4th, you were told

9    that Nanometrics lost the TSMC business by

10   John Leon, correct?                                 05:37 PM

11        A.    That's what John said, yes.

12        Q.    And then you went and checked with

13   Tony Beddard, who formerly worked at

14   Nanometrics, correct?

15        A.    What did I do?  Did I sent an         05:37 PM

16   email?  I don't know, but they were all

17   responding back to me.

18        Q.    At the very top of the document

19   I've shown to you, you tell Mr. Trissel, "I

20   just talked with Tony; they definitely lost       05:37 PM

21   all the 25 micron business."

22        A.    Yep, that's what they were telling

23   me.

24        Q.    And so with that understanding in

25   September of 2014, you went out and bought         05:37 PM

Page 302

```
 1                When were those lenses shipped?
 2           A.   I don't know.  I wanted to send
 3      them -- I don't know when.  But I know -- so
 4      I don't know when they were shipped.  But
 5      what happened here was that I wanted to close      05:50 PM
 6      two orders together.  But what happened was
 7      that the inventory -- I wasn't expecting to
 8      ship parts based on that.
 9              But the inventory that we had --
10      we tried to use what we had but it wasn't --     05:50 PM
11      we had not made them right and they were like
12      in the maybe pile.  And we tried to
13      hodgepodge something up that was good, but I
14      insisted that they meet the spec, and I think
15      we had to go make more.  We tried to use what    05:51 PM
16      we had is what happened.
17           Q.   And you don't recall the date that
18      those lenses were eventually shipped?
19           A.   I don't.  The only thing I recall
20      on this -- and I don't know why at the time,     05:51 PM
21      because I was probably upset at Nano that
22      they did this to me, and I wanted to get
23      those out on the same -- I wanted to close
24      the 40 micron order, which was like a
25      year-long order, and this order on the same      05:51 PM
```

Page 314

```
 1              at Exhibit 282, which is OSI0074827.

 2                    THE WITNESS:  Uh-huh.

 3          (Exhibit 282, Bates Number OSI0074827, email

 4          from Dennis McAllister dated 6/22/16, marked

 5          for identification.)                         06:18 PM

 6          BY MS. GOODHART:

 7              Q.    You write in that email, "I don't

 8          have a warm, fuzzy feeling."

 9                    And this was on June 22nd, 2016,

10          again, before Supplier Day.                  06:18 PM

11                    Do you see that?

12              A.    I do.

13              Q.    And you tell Mr. McAllister that

14          this order is years old, correct?

15              A.    Uh-huh.                            06:18 PM

16                    THE REPORTER:  Is that a yes, sir?

17              A.    Yes.

18          BY MS. GOODHART:

19              Q.    And this includes your concern

20          that you thought the last opportunity for OSI   06:19 PM

21          to get paid for these lenses was when you

22          shipped the 40 micron lenses, correct?

23              A.    I had a desire to ship the

24          final 25 micron lenses with the final 40

25          micron lens order because all Nanometrics      06:19 PM
```

Page 324

```
 1        if they've sold any.  My expectation would be

 2        that they did, but I don't -- I don't know

 3        what Nano sales are.

 4             Q.   What margins do you get on optical

 5        lenses at OSI?                              06:32 PM

 6             A.   We make -- these are highly

 7        profitable lenses for us.  Our margins are

 8        very high.  I would say that to make

 9        a $29,000 lens, I would probably put -- I'd

10        say somewhere between 4500 bucks, give or     06:33 PM

11        take a few buck -- give or take a few

12        hundred, I would say.

13             Q.   What is your percentage margin for

14        these types of lenses?

15             A.   Our cost of goods on these are      06:33 PM

16        probably, I would say off the top of my head,

17        maybe 15 to 20 percent is what my cost is.

18             Q.   Do you track that information

19        anywhere?

20             A.   I do not.                          06:33 PM

21             Q.   Why not?

22             A.   I just, as a -- as a person, as a

23        company owner, it's just something that I

24        kind of wheel around in my brain, and it's

25        just how I've always done business.          06:34 PM
```

Page 335

CONFIDENTIAL

1      Q.   Do you have any consultants who

2   help you?

3      A.   No, I do not.

4      Q.   Do you prepare any projections of

5   anticipated revenue?                          06:34 PM

6      A.   I do not.

7      Q.   Have you ever done that?

8      A.   I have not.

9      Q.   How is it that you have arrived at

10   your conclusion with respect to margin if      06:34 PM

11   that isn't information that you track or

12   analyze?

13      A.   Because, like I said before, I'll

14   look at a project and I'll mull it over for

15   many days, and I'll think it through and       06:34 PM

16   I'll -- there's a -- whatever my rationale

17   is, I will literally come to a decision,

18   whatever I decide on, and I will just type up

19   a quote.  Yes, it's all in my head.

20      Q.   With respect to the equipment in      06:35 PM

21   interrogatory number 3 on page 11 of Exhibit

22   Number 10, when did you start using that

23   equipment for work other than Nanometrics?

24      A.   I -- I don't -- I can't answer

25   that.                                         06:35 PM

Page 336

CONFIDENTIAL

```
 1    COMMONWEALTH OF MASSACHUSETTS
 2    SUFFOLK, SS.
 3
 4        I, Sandra A. Deschaine, Registered
      Professional Reporter and Notary Public
 5    within and for the Commonwealth of
      Massachusetts at large, do hereby certify
 6    that the videotaped deposition of Bradley J.
      Piccirillo, in the matter of Optical
 7    Solutions, Inc. vs. Nanometrics Incorporated,
      at the offices of Cooley LLP, 500 Boylston
 8    Street, Boston, Massachusetts, on June 30,
      2022, taken and transcribed by me; that the
 9    witness provided satisfactory evidence of
      identification as prescribed by Executive
10    Order 455 (03-13) issued by the Governor of
      the Commonwealth of Massachusetts; that the
11    transcript produced by me is a true record of
      the proceedings to the best of my ability;
12    that the witness is reading and signing; that
      I am neither counsel for, related to, nor
13    employed by any of the parties to the action
      in which this deposition was taken, and
14    further that I am not a relative or employee
      of any attorney or counsel employed by the
15    parties thereto, nor financially or otherwise
      interested in the outcome of the action, on
16    this 15th day of July 2022.
17
18
19
20            Sandra A. Deschaine
21            Registered Professional Reporter
22
23
24
      My Commission Expires:
25    July 5, 2024


                                        Page 346
```

# EXHIBIT 2

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

```
 1              UNITED STATES DISTRICT COURT

 2      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

 3

 4   OPTICAL SOLUTIONS INC., a New   ) Case No.

     Hampshire corporation,          ) 5:18-cv-00417-BLF

 5                                    ) (Consolidated)

             Plaintiff,              )

 6                                    )

             vs.                     )

 7                                    )

     NANOMETRICS INCORPORATED, a     )

 8   Delaware corporation,           )

                                      )

 9           Defendant.              )

     _____ )

10

11

12      CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

13          VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED

14          EXPERT DEPOSITION OF BRAD PICCIRILLO

15

16             Thursday, January 12, 2023

17    Remotely Testifying from Manchester, New Hampshire

18

19

20

21

22

23   Stenographically Reported By:

24   Hanna Kim, CLR, CSR No. 13083

25   Job No. 5626972
```

                                                    Page 1

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

1                    BRAD PICCIRILLO,

2          having been duly administered an oath over

3      videoconference as stipulated by all counsel, was

4              examined and testified as follows:

5

6                       EXAMINATION

7    BY MS. SMITH:

8          Q.   Hello, Mr. Piccirillo.  It's good to meet

9    you.

10         A.   Nice to meet you.                    12:10:06

11         Q.   Thank you for being here today.

12         A.   Sure.

13         Q.   Now, this is your second deposition in

14   this case; is that right?

15         A.   It is.                               12:10:15

16         Q.   So you understand the deposition

17   proceedings of the general matter?

18         A.   I do.

19         Q.   You understand that you just took an oath

20   to tell the truth, same as you would in a courtroom?   12:10:22

21         A.   Yes.

22         Q.    Is there anything preventing you from

23   testifying truthfully and completely today?

24         A.   No.

25         Q.   Any medications that you are taking that   12:10:32

Page  9

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

```
 1    may impair your ability to testify?

 2         A.   No.

 3         Q.   And the court reporter is recording

 4    everything that is said in a transcript.  So just to

 5    make sure that we have a clear record, I will do my      12:10:44

 6    best to make it clear when I've stopped asking a

 7    question and allow you to give a full and complete

 8    answer so that we don't talk over each other.

 9              Does that make sense?

10         A.   Sure.  Yes, it does.                           12:11:00

11         Q.   Okay, great.

12              All right.  So the plaintiff in this case

13    is Optical Solutions, Inc.  Is it all right if I

14    refer to that company as OSI?

15         A.   Yes, please.                                  12:11:10

16         Q.   And that is your company?

17         A.   Yes, it is.

18         Q.   You're the president?

19         A.   Yes.

20         Q.   Do you have any other titles at the            12:11:15

21    company?

22         A.   I am the secretary, also, I believe, yes.

23         Q.   Any other titles?

24         A.   No.

25         Q.   OSI disclosed you as an expert in this         12:11:30
```

Page 10

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

1    case; correct?

2         A.    Yes.

3         Q.    So we're going to look at our first

4    exhibit.  This will be tab A in the folder,

5    introducing it as Exhibit 284.                    12:11:46

6              (Piccirillo Deposition Exhibit 284 was

7              marked electronically.)

8              THE WITNESS:  Is it this here?

9              MR. JOHNSON:  It's going to be there.  Let

10   me know when it's in there, and we'll refresh our   12:12:02

11   screens.

12             THE CONCIERGE:  It should be up now.

13             MS. SMITH:  Thank you.

14             MR. JOHNSON:  So click on that.

15   BY MS. SMITH:                                       12:12:28

16        Q.    Do you see Exhibit 284 on your screen?

17        A.    I do.

18             THE WITNESS:  How do I get this bigger,

19   Matt?  Just like that?  Yes, okay, I'll do it by

20   hand.                                               12:12:43

21             MR. JOHNSON:  He's just trying to adjust

22   the size on his screen.

23             THE WITNESS:  Yeah, and I can't see very

24   well.

25             Okay, yes, I see it.                      12:12:51

                                        Page 11

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

```
 1    quote, theirs is a line that says, "Delivery:
 2    Initial 16 units in 20 weeks.  Additional units at a
 3    rate of 20 per month."
 4            Do you see that?
 5        A.  I see that -- yes, I see that.          12:31:47
 6        Q.  Were you communicating to Nanometrics that
 7    you were prepared to deliver the initial 16 units of
 8    this lens in 20 weeks?
 9        A.  Yes.
10        Q.  Okay.  So not only were you -- had you      12:31:59
11    designed the lens, you were telling Nanometrics that
12    you were prepared to actually build and deliver the
13    lens; correct?
14        A.  Yes.
15        Q.  And the lens that you were prepare --      12:32:11
16    proposing to deliver would meet these specifications
17    laid out in your paragraph, the first paragraph of
18    your quote?
19        A.  No.  I said we designed a lens that could
20    achieve that.  And based on the -- based on these      12:32:24
21    specifications you gave us as a feasibility study,
22    we are all in to try to design and build a lens for
23    you, and the expectation is that I will get it to
24    you in 16 to 20 weeks -- or 20 weeks, I would've
25    said.  Yeah, 20 weeks.                              12:32:42
```

Page 25

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

1      A.    Yeah.   I worked on focal plane

2   manufacturing potentials.

3      Q.    So you were not designing a lens similar

4   to what was designed for Nanometrics here?

5      A.    No, I was not.                          12:37:09

6      Q.    And you're not assembling a lens similar

7   to what was assembled for Nanometrics here?

8      A.    No.

9      Q.    So safe to say that this was your first

10  opportunity to design and assemble a lens in the    12:37:23

11  semiconductor industry?

12     A.    No.   We had done the 40-micron lenses

13  before this.

14     Q.    Other than the 40-micron lens and the

15  25-micron lens, you had no other experience working  12:37:37

16  in the semiconductor industry designing and

17  assembling lenses?

18     A.    No, we had not.

19     Q.    Okay.   You mentioned "Zemax.

20           Do you know how to use Zemax?             12:37:51

21     A.    I do not.   I am not a designer.

22     Q.    You've never designed a lens yourself?

23     A.    I have not -- I'm not -- I'm not a

24  designer.

25     Q.    And you're not an opto-mechanical        12:38:02

Page 29

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

1    engineer; correct?

2         A.   Can you define that, please.

3         Q.   Sure.

4              Do you have a degree in mechanical

5    engineering?                                    12:38:14

6         A.   I do not.

7         Q.   Have you held the title at any company of

8    optic- -- opto-mechanical engineer?

9         A.   I have not.

10        Q.   You have experience fabricating lenses;    12:38:22

11   correct?

12        A.   I've done a lot more than that.  That --

13        Q.   What else have you done?

14        A.   That's a small portion.

15             In this, the level of my expertise ranges   12:38:36

16   from everything from the finished Zemax design to

17   the full fabrication -- design of the mechanics,

18   fabrication of the optics, assembly of the optics

19   in- -- into mechanics.  I'm very fluent in all of

20   that.                                            12:39:03

21        Q.   Do you assemble optics yourself?

22        A.   I do.

23        Q.   So when you say that you're fluent in the

24   design of mechanics, what do you mean by that?

25        A.   I'm going to tell you how fluent I am in   12:39:24

Page 30

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

1    35-year career.  And it's my understanding that your

2    35-year career is the basis for your expert

3    testimony here today.

4              So I'm asking to understand better your

5    relationship with Rich Trissel.                    12:55:48

6              Is he a friend of yours?

7        A.   Yes.  We've been friends for -- for

8    30-some years.

9        Q.   Mm-hmm.

10       A.   My expert opinion is not based on my        12:55:57

11   35 years of being in this business.  So, let's be

12   clear on that.

13             My -- I am extremely good at what I do.

14   And not -- not to sound conceited, but it's very

15   common that I get phone calls where people are --    12:56:12

16   are, Brad, everybody knows you're the best.  Period.

17             My expert opinion is based on the fact

18   that I have created a company and understand the

19   intricacies of the tolerances that are required and

20   can be achieved in certain applications.             12:56:35

21             I have a -- an extremely long history of

22   taking on extremely difficult jobs, and I,

23   personally, am 100 percent in every job that I've

24   ever taken on.  So my expertise isn't just that I've

25   done something for 35 years.  It's not even close to  12:56:54

Page 43

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

```
1          Q.   So have you -- had you ever used a lateral

2    color test bench before?

3          A.   No.  I don't know of any commercially

4    available lateral color test benches.

5          Q.   Are you aware of any lateral color test      14:12:38

6    benches with active alignment capabilities?

7          A.   I'm not aware of any lateral color test

8    benches.

9          Q.   So this was your first opportunity to use

10   a lateral color test bench?                             14:12:53

11         A.   This was my support trying to support

12   Nanometrics to give them some information, but they

13   had to, like the ellipsometer, give me something

14   useful to do it with.  I do it for you; I'll help

15   you as much as I can.                                   14:13:13

16         Q.   So for the lateral color specification,

17   you were shooting for two microns or less; right?

18         A.   Yeah, I was shooting for zero.

19         Q.   All right.

20              So without the lateral color test bench      14:13:28

21   that Nanometrics provided, OSI had no other way to

22   test for lateral color?

23         A.   No, we did not.

24         Q.   OSI also didn't have the ability to test

25   axial color?                                            14:13:44
```

Page 91

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

1      A.   Right, that's correct.

2      Q.   And OSI didn't have the op- -- the

3    capability of testing spot size?

4      A.   Right.   And circled energy, no, we did

5    not.                                          14:13:57

6      Q.   Okay.   For the 40-micron lens, OSI was

7    also given a lateral color specification; right?

8      A.   I don't know.   Do you -- I don't remember.

9    Do you have the spec in front of you?

10     Q.   In theory.   I just have to figure out     14:14:17

11   which number it is.   But before we get there, we can

12   look at it once I find it.

13     A.   I don't remember.

14          MS. SMITH:   Can we go off the record for a

15   moment, and I'll grab that for you.              14:14:35

16          THE WITNESS:   Sure.

17          THE VIDEOGRAPHER:   We are off the record.

18   The time is 2:18 p.m.

19          (Short recess taken.)

20          THE VIDEOGRAPHER:   We are back on the      14:18:05

21   record.   The time is 2:21 p.m.

22   BY MS. SMITH:

23     Q.   All right.

24          Mr. Piccirillo, we were talking about the

25   40-micron lateral color specification.   So let's    14:18:26

Page 92

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

1      Q.   Okay.

2      A.   The standard practice assumptions, yes.

3      Q.   Okay.  And Rev 3 that you received is no

4   longer a titled feasibility study; correct?

5      A.   Mm-hmm.                                    14:44:25

6           THE COURT REPORTER:  I'm sorry, can you

7   provide verbal answers, please.

8           THE WITNESS:  Yes, that's correct.

9   BY MS. SMITH:

10     Q.   And so, Rev 3 was the document and the set   14:44:36

11   of requirements that OSI was working toward for the

12   25-micron lens; right?

13     A.   Yes.

14     Q.   And is it your position that OSI was

15   required to meet this -- the requirements in that   14:44:49

16   document for the prototype lenses for the 25-micron

17   lens?

18     A.   All right, Ms. Smith.  I don't want to

19   repeat this again.

20          It is my position, I don't care if the      14:45:01

21   title on the top changed.  The integrity of the

22   document is what I keep repeating what it is, and I

23   do not want to repeat that again.  That is my

24   position.  That is what that document is.

25     Q.   Thank you, sir.  It was a yes-or-no          14:45:16

                                            Page 112

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

```
 1        A.   I can't answer that because I think my
 2   lawyer has more information, and I'm not exposed to
 3   any of this.  So I'm saying there is more
 4   information we have.
 5        Q.   Okay.  But you don't have any particulars    18:27:04
 6   at this moment as you sit here today, you
 7   personally?
 8        A.   I do.  I have testimony from -- from
 9   Nanometrics employees that these instruments were
10   sold.  I do have -- I do have information on that.    18:27:16
11        Q.   OSI and Nanometrics never reached
12   agreement about the pricing for any of the lenses
13   identified in Section 2.2; is that correct?
14        A.   We did -- I never -- I was never offered a
15   design to quote anything in 2.2, so we couldn't      18:27:36
16   negotiate price.  They never asked me to bid on
17   anything.
18        Q.   You also don't know what Nanometrics'
19   commercial volume needs would be for each of the
20   lenses in Section 2.2; is that correct?               18:27:58
21        A.   I can't answer that.
22        Q.   So you don't know?
23        A.   No, I don't know to the full extent, but I
24   know that they sold in that marketplace and they
25   supported that node.  I just don't know to the full   18:28:10
```

Page 248

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

```
1    needs as they develop future products.

2        Q.   Okay.  So it all comes down to

3    Nanometrics' needs for these products?

4        A.   Yes.

5        Q.   Okay.  So you write in your report that      18:32:41

6    the profit margin on the 40 -- I'm sorry, on the

7    25-micron lens was 80 percent.

8            Do you recall that from your report?

9        A.   Yes.  Somewhere in that range, yes, I do.

10       Q.   How do you calculate the profit margin to    18:33:01

11   arrive at that number?

12       A.   It's in my head.

13       Q.   All right.

14           When did you calculate that profit margin

15   number in your head?                                  18:33:12

16       A.   When I bid the job.

17       Q.   So that would be July 2013?

18       A.   Yes.  It was July 2013, that's correct.

19   Yes.

20       Q.   Does profit margin depend at all on the      18:33:26

21   difficulty of building the lens?

22       A.   That is the main consideration because in

23   this particular case and the -- the difficulty as

24   well, the -- the 40-micron len is -- lens is 12,350

25   bucks, and this is $29,000.  So it's significantly    18:33:56
```

Page 253

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

1    more difficult.  So, yes, that -- that -- that plays

2    a significant role.

3         Q.   And the profit margin for the 40-micron

4    lens you say is also 80 percent?

5         A.   Yes.                                      18:34:13

6         Q.   Okay.  And when did you calculate that

7    profit margin?

8         A.   I didn't.

9         Q.   Did someone else?

10        A.   No.  I took -- I took the -- I guess I did   18:34:27

11   calculate it.  I took the material cost and the --

12   and the relative time to make these and came up with

13   a 20 percent cost of goods for us to make.

14        Q.   And did you do that analysis for the

15   40-micron when you bid that job?                     18:34:56

16        A.   I did not do the analysis, but I

17   definitely compared what I expected.  So at the time

18   when I bid the job, I hadn't made them, obviously.

19   So I -- it was a relative comparison that I made of

20   burden or cost associated with making something      18:35:24

21   of -- of this nature.

22        Q.   What did you compare it to?

23        A.   I compared it to the selling price of

24   the -- of the 40-micron lens with what I felt the

25   cost were to make it.  And then, you know, simply    18:35:43

Page 254

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

1    said, okay, if that's the time and effort to put

2    into that, then this is what the time and effort

3    will be to put into this, and I came up with a

4    price.

5        Q.   Okay.  It's confusing to deal with all        18:35:55

6    these lens.  I just want to make sure we're talking

7    about the same lens.

8            When you're -- are you talking about

9    calculating the 25-micron profit margin, you

10   compared it to the 40; or were you com- -- in        18:36:17

11   talking about the 40-micron profit margin, you

12   compared that to a different lens?

13       A.   No.  I compared the difficulty in the cost

14   associated with the 40-micron lens and what it

15   would -- what type of cost burden relative to --     18:36:32

16   to -- because they're similar in -- in -- in nature,

17   except the other one is -- is harder to make, but

18   they're still cells within a cell.  So I compared

19   what it would -- what it cost us to -- to make the

20   40-micron lens and then came -- came up with a       18:36:49

21   25-micron cost accordingly.

22       Q.   Okay.  And so that's how you arrived at

23   the 80 percent profit margin for the 25-micron lens

24   when you bid the 25-micron job in July of 2013?

25       A.   Yes.                                          18:37:08

Page 255

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

1      Q.    And how did you come up with the 40-micron

2   profit margin?

3      A.    Well, I looked at what we spent, the

4   material in housings.  And, you know, said it --

5   it'd cost me X amount of money.  And then I had a          18:37:20

6   $12,000 price.  And then I said, okay, well, what's

7   the relative cost to make the -- the 25-micron lens

8   and came up with a cost and -- and made that

9   20 percent of my -- of my selling cost so I had my

10  80 percent profit margin.                                  18:37:39

11     Q.    So in arriving at the 25-micron profit

12  margin number, you were looking at actual costs from

13  the 40-micron work?

14     A.    You know, it -- it's hard to do actual

15  cost, because as -- as you've seen in all my          18:37:57

16  e-mails, I kept telling Nanometrics they owe me

17  hundreds of thousands of dollars.  Because I did so

18  much extra work to satisfy what they were asking

19  for, that the cost -- my cost isn't a projection

20  from what I thought the -- the price would be.          18:38:16

21  And -- and I could not compare that to what I was

22  actually spending because it -- because I was doing

23  so much for Nanometrics that those costs were --

24  weren't related to what I was trying to do for them.

25  But if they would have given me the, you know, 4-,          18:38:34

Page 256

1    5-, 600,000, 800-, whatever I asked them for to help

2    support me in all the effort that I did, it would be

3    more of an ac- -- actual, you know, cost analysis I

4    guess.

5              But I don't look at it like that.  I'm              18:38:47

6    like, okay, I look at it like if I were to -- if I

7    were to be in production, what do I expect once it

8    all evened out, and I -- you know, I'll -- I'll

9    spend the money for the engineering up front.  I've

10   always done that.  But the big knot is to get to     18:39:05

11   production.  And once you figure out all the

12   engineering, which is standard for what we do, then

13   I'm like, okay, the cost should be this.

14             So, you know, I never got to that point.

15   So I based all this on what my expectations were      18:39:14

16   when I priced it.  And that's how I price things.

17       Q.   Okay.  So you did not include in your

18   analysis the additional cost that you accrued in

19   making the 40-micron lens, the cost that you weren't

20   expecting and that you say that you asked            18:39:37

21   Nanometrics for later on?

22       A.   No.  On my behalf, because I do think I'm

23   a very good person when it comes to this type of

24   stuff, I don't know, because I'm so used to doing

25   engineering solutions that are very difficult to do,  18:39:49

                                            Page 257

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

1    I do know that this is part of it.  And sometimes --

2    and a really good example is a 25-micron lens.  I

3    did not expect the change to be so hard.  That was

4    what it was.

5            The 40-micron lens, I didn't expect when I        18:40:04

6    bid it -- and I never, ever changed the price on

7    that.  When I bid that thing and made it and shipped

8    it in May, it -- it was wonderful.  Then all of a

9    sudden it had all these retardance issues.  I spent

10   hundreds of thousands of dollars trying to come up        18:40:20

11   with answers.  I'd do it again.  I'll -- I do it

12   with -- with customers because my real goal is to

13   get the production work.

14           And it's like, okay, this is engineering.

15   I'll pay for it.  But I want the long -- I want the       18:40:30

16   long haul.  I'm not in -- it's just the nature of my

17   business.

18       Q.   All right.

19            So just -- if you could identify for me

20   what items or pieces of information you considered         18:40:42

21   in coming up with the 80 percent profit margin for

22   the 25-micron lens.

23       A.   So if I look at the material cost on -- so

24   let's say it's a $12,000 lens.  Okay.  So 20 percent

25   of that's like three grand.  I look at the material        18:40:57

Page 258

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

```
 1              MR. JOHNSON:  No, it's at -- 2 -- keep
 2     going.  Redo your -- refresh your screen --
 3              THE WITNESS:  Okay.
 4              MR. JOHNSON:  -- and then go all the
 5     way down.                                    18:55:43
 6              THE WITNESS:  Okay.  There it is.  I got
 7     it.  Yeah, okay.
 8     BY MS. SMITH:
 9          Q.   All right.  Do you recognize Exhibit 287?
10          A.   I do.                               18:55:50
11          Q.   And this is an e-mail that you sent to
12     Ingo Riedl -- Riedl -- I'm not sure -- at
13     Nanometrics.
14               This is an e-mail you sent June 26, 2015.
15               Do you see that?                    18:56:16
16          A.   Yes.
17          Q.   And the attachment is entitled
18     "Nanometrics1867c.doc -- docx" [as read].
19               Do you see that?
20          A.   Mm-hmm.                             18:56:27
21          Q.   Okay.  So if you scroll down, you'll see
22     the attachment.  And is this the quote with the
23     pricing that you're referring to in your rebuttal
24     report?
25          A.   1867C.                              18:56:37
```

Page 264

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

1          Q.   That --

2          A.   I maintained the price -- even though the

3     changes were significant, I kept that price at

4     29,850.  I did not change that.

5          Q.   All right.  So OSI and Nanometrics never      18:58:33

6     agreed to this price or to any price for production

7     units of the 25-micron lens; right?

8          A.   Yeah, they never -- they never -- they

9     only placed the one order for the -- for the

10    prototypes, but they -- we didn't agree on anything.     18:58:47

11    There was no order placed.

12         Q.   Okay.  So let's go back to Exhibit 1.

13              This is your July 2013 quote.

14         A.   Okay.

15         Q.   All right.  And on the third page of the       18:59:17

16    document, there's a section for production pricing.

17              Do you see that?

18         A.   Production pricing, where?  On the third

19    page?

20         Q.   Yes.                                           18:59:32

21         A.   Okay.  Yeah, I see it.

22         Q.   And the pricing for production lenses

23    ranges from about 15,000 to 17,000.

24              Do you see that?

25         A.   Yeah, this wouldn't apply.  Because this       18:59:50

                                                 Page 266

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

```
 1    lens --

 2         A.   Okay.

 3         Q.   -- scenario.  So --

 4         A.   Okay.

 5              (Interruption in audio/video.)          19:01:26

 6              THE COURT REPORTER:  One second.  One

 7    person at a time, please.

 8    BY MS. SMITH:

 9         Q.   So in that scenario for the 25-micron

10    lens, you knew the specifications that Nanometrics   19:01:32

11    was looking for; right?

12         A.   I -- what I knew, to be technical, is I

13    knew that Rich -- I knew that Rich presented me with

14    a design that I could manufacture.

15         Q.   Now, for the lenses that OSI, in your      19:01:53

16    position, never got the opportunity to build, you

17    never received specifications for those lenses;

18    right?

19         A.   I never received specifications for the

20    commercial product optical requirements that         19:02:11

21    Nanometrics had for their instruments.

22         Q.   Did you receive any type of specifications

23    for the SR 25-micron lenses under Section 2.2?

24         A.   No.

25         Q.   So without receiving any type of           19:02:29
```

Page 268

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

1    specifications, how do you know that OSI would have

2    been able to build those lenses?

3         A.   I don't.   I -- I'd have to see the

4    specifications.   But they would not in any way,

5    shape, or form be more difficult than the 25-micron      19:02:45

6    lens that we designed.   So that --

7         Q.   And how do you know that?

8         A.   That would be an assumption, but I don't

9    know.   If I don't see anything, I -- I don't know.

10   I mean, that's a -- that's a loaded question.   I       19:02:56

11   could never know if I didn't see something.

12        Q.   And the same would be true for the future

13   next-gen lens that's listed in the addendum?   You

14   never received specifications for that either;

15   right?                                                   19:03:12

16        A.   Right.

17        Q.   So without those specifications, you would

18   not know how -- whether OSI could build that lens?

19        A.   Right.   I wouldn't know, just like you

20   wouldn't know, an answer to something if you didn't      19:03:22

21   see it.   So everything's an unknown unless you are

22   presented with it.

23        Q.   So in order to know -- strike that.

24             All right.   So you write in your report

25   that OSI could have built the lens -- or let me back     19:03:39

                                              Page 269

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

```
 1    and build our lens.  So if there's modifications,

 2    because ours was such an extreme lens, it's going to

 3    be less than anything that we have to offer.  So

 4    that was my position with that.  They'll never

 5    achieve what we did.  Ever.                    19:17:08

 6         Q.   So the fourth line down in that same

 7    paragraph in the middle it starts, "After you left,

 8    we had our scheduled conference call with Rodney."

 9         A.   Mm-hmm.

10         Q.   Do you see that?                      19:17:20

11         A.   Yes.

12         Q.   All right.  So, "As we listened to what he

13    had to say, it became apparent that the lens you are

14    using is in fact limited and causing technical

15    issues."                                        19:17:33

16           Do you see that?

17         A.   No, but yes.  Okay.

18         Q.   So did you discuss an oth- -- another lens

19    with Rodney during your conference call with him?

20         A.   I must have, because I know that Rodney   19:17:42

21    was saying the lenses -- if I remember my

22    conversation with Rodney correctly, his position

23    was, "Our supplier is horrible, and we are getting

24    these lenses" -- and I don't know if they were

25    prototypes or what they were doing.  But I'm like,   19:18:02
```

Page 280

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

1    okay, I'll sit back and watch this thing play out,

2    because there's no way in hell they're going to meet

3    what our lens was.  I don't care how many designs

4    they did, it had to be a narrower scope, and it

5    could not be what our lens was offering.          19:18:12

6           And the fact that when Rodney came -- this

7    all came from a visit that Rich did when he went to

8    Nano.  And then, you know, Rodney -- like I said,

9    Rodney described his wish list.  I'm like, "Rodney,

10   that's our lens."                                19:18:28

11          And then he was off on this, "Well, we

12   have this garbage," and I'm like, okay, I'm just

13   going to sit here and be confident that whatever

14   you're working with at your end, I can't control

15   what people do, but it isn't going to be as good as 19:18:40

16   ours.

17        Q.   Okay.

18        A.   That was my position.

19        Q.   So June of 28 -- sorry, June of 2015, you

20   knew that Nanometrics was working with another      19:18:48

21   supplier about -- on a 25-micron lens?

22        A.   I knew that as of June 2015, I knew that

23   Nanometrics would never -- they might have been

24   pursuing something in trying to evaluate something

25   while I'm doing my thing.  But if what -- from what  19:19:09

Page 281

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

```
 1    not -- I -- unbeknownst to me, that is not what was
 2    happening there.
 3    BY MS. SMITH:
 4        Q.   Okay.  So in June of 2015, you thought
 5    that Nanometrics was working with another supplier      19:24:18
 6    to compare their lens against your lens, apples to
 7    apples?
 8        A.   I'll put -- that's right.  That is -- that
 9    is right.
10        Q.   Okay.  Who told you at Nanometrics that      19:24:29
11    yours was the lens that they needed?  You said that
12    several times.  I just want to know who told you
13    that.
14        A.   Rodney.  Rodney described the lens that
15    they want -- wanted, that was their dream lens.  I'm    19:24:50
16    like, "Rodney, that's our lens."
17            See, Rodney was new.
18        Q.   Okay.
19        A.   Okay.  And they did the same thing with
20    Ingo that they did with Rodney and Ingo.  When         19:25:00
21    they -- when they went back to say, "Let's go to
22    OSI," I don't know who was the culprit inside that
23    company that didn't want to work with us, but
24    somebody in that company, they went out of their way
25    not to send us our -- this work.  And I can            19:25:18
```

Page 286

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

```
1          Q.   So the third page of the document.

2               MR. JOHNSON:  Go one page down from where

3     you are.

4               THE WITNESS:  Okay.  Yeah, okay.

5               MR. JOHNSON:  It's down in here.          19:28:08

6     BY MS. SMITH:

7          Q.   In the -- the bottom e-mail --

8          A.   Yeah, "He told us," yeah.

9          Q.   Okay.  Great.

10              You write, "He told us the current lens   19:28:12

11    held a 25 micron spot" --

12         A.   Yeah.

13         Q.   -- through that wavelength, "but then

14    performance dropped."

15              So you're referring to an actual lens     19:28:23

16    there that Rodney was telling you about; right?

17         A.   Yes.  He -- I be- -- yeah, I believe

18    Rodney said they had some lens -- again, I was

19    sitting back waiting saying, "You need somebody to

20    design something across the whole wavelength that we  19:28:41

21    did," and then Rodney said, "They said that it drops

22    off after 1,000 nanometers."

23              And I'm like, "Yeah, sure it is because

24    you're not -- you're -- this is a small window

25    compared to what ours was."                         19:28:52
```

                                        Page 289

1          And, again, it reinforced my, go ahead,

2    guys.  Nobody's going to design this lens for you.

3    But, yeah, Rod- -- that's what Rodney was saying.

4    He -- Rodney basically was saying we're getting

5    garbage.                                        19:29:08

6        Q.    So Rodney was telling you about another

7    supplier's 25-micron lens that wasn't performing to

8    his satisfaction?

9        A.    So Rodney defined a 195 nanometer, which

10   was our -- ours was not -- and the next bottom --   19:29:22

11   next line down, ours is 195 to 1700.  Rodney

12   described to us that the 195 to -- to a thousand

13   nanometers did some performance.  Then it died off

14   to something really crummy up at the -- does he even

15   say they went to seven -- yeah, up to the 1700s.   19:29:39

16          So I'm like you're trying to find somebody

17   that can do the full 195 to 1700, and he just

18   verified to me that they're not even close.

19          So, again, Nanometrics is telling me I

20   need the full 195 to 1700.  He's telling me they had  19:29:55

21   something made by somebody, and then he's telling me

22   it's garbage.

23       Q.    Okay.  Did he tell you who was making this

24   lens?

25       A.    No, because I didn't know it was         19:30:08

Page 290

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

1    Melles until -- no, because I did not know it was

2    Melles until I got all the information from this.

3         Q.   Did you know that Nanometrics wasn't

4    building that lens themselves?

5         A.   Yeah, Nanometrics can't make optics.  They    19:30:25

6    wouldn't have done that themselves.  I don't -- I

7    didn't -- to answer your question, I -- the answer

8    is, no, I didn't know they didn't.  But the real

9    reality is, they -- they don't do that.  They

10   couldn't make a lens themselves.                       19:30:32

11        Q.   Okay.  So you knew in June of 2015 that

12   Rodney was referring to another supplier's 25-micron

13   lens?

14        A.   Right.  I knew in 2013 that Nanometrics

15   was trying to get it in this -- based on this e-mail    19:30:51

16   a 195 to 1700 from somebody else and was

17   unsuccessful in accomplishing that.  That's what I

18   knew.

19        Q.   Did you discuss the addendum with Rodney?

20        A.   I wouldn't think so.  I -- I don't recall.    19:31:09

21        Q.   Did you ever discuss the addendum with

22   Ingo?

23        A.   Again, same thing.  Ingo was only there

24   for, god, three -- he was there for a really short

25   period of time.                                         19:31:21

Page 291

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

```
 1    about it.  I only know they described it to me, and

 2    that's it.

 3         Q.   So in July 2015, you purchased Opticraft;

 4    correct?

 5         A.   Yes.                                        19:55:59

 6         Q.   Okay.  And that was a purchase that you

 7    personally made?

 8         A.   Yes.

 9         Q.   That was not purchased by OSI?

10         A.   Oh, no.  No, it's not a subsidiary.  I --   19:56:06

11    they're independent.  I own -- I own them both.

12         Q.   Okay.  And you purchased Opticraft for

13    1.25 million; correct?

14              THE COURT REPORTER:  I didn't get an

15    answer.                                               19:56:31

16              THE WITNESS:  I --

17              THE COURT REPORTER:  Oh.

18              THE WITNESS:  I'm trying to think how to

19    answer this one.

20              On paper, it was 1.25, but it was -- it     19:56:35

21    was more than that.  It was -- it was -- it was more

22    than that.

23    BY MS. SMITH:

24         Q.   Okay.

25         A.   It was --                                   19:56:43
```

Page 302

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

1      Q.    Okay.  So Nanometrics emphasized the need

2    for speed?

3      A.    In reality, looking back, because this is

4    knowledge, they could not have got the 40-micron

5    business they had if they were real in their          20:02:08

6    comments to me saying they needed the parts when

7    they needed them.  They would have lost all that

8    business.  So I think it's just how they do

9    business.

10     Q.    I'm not sure I understood that last --         20:02:24

11     A.    I think that's how they do business.  They

12   don't kee- -- they keep you in the dark.  They just

13   keep telling you to push, push, push, push, push.

14     Q.    And in pushing, they're emphasizing the

15   need to deliver quickly; right?                        20:02:41

16     A.    Yeah, like I said, based on my 40-micron

17   experience where we became supplier of record and

18   they -- they solidified a solid 40-micron instrument

19   base to make a product and, you know, move it to

20   market, if they were true to what they were asking    20:03:03

21   me about my delivery schedules, they never would

22   have gotten any of that market.

23     Q.    Okay.  So you're the 100 percent owner of

24   OSI; is that accurate?

25     A.    Yes.                                           20:03:39

Page 307

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

```
 1              CERTIFICATE OF REPORTER

 2         I, Hanna Kim, a Certified Shorthand

 3    Reporter, do hereby certify:

 4         That prior to being examined, the witness

 5    in the foregoing proceedings was by me duly sworn to

 6    testify to the truth, the whole truth, and nothing

 7    but the truth;

 8         That said proceedings were taken before me

 9    at the time and place therein set forth remotely via

10    videoconference and were taken down by me in

11    shorthand and thereafter transcribed into

12    typewriting under my direction and supervision;

13         I further certify that I am neither

14    counsel for, nor related to, any party to said

15    proceedings, not in anywise interested in the

16    outcome thereof.

17         Further, that if the foregoing pertains to

18    the original transcript of a deposition in a federal

19    case, before completion of the proceedings, review

20    of the transcript [x] was [ ] was not requested.

21         In witness whereof, I have hereunto

22    subscribed my name.

23    Dated:  February 1, 2023.

24

25         Hanna Kim, CLR, CSR No. 13083
```

Page 315

# EXHIBIT 3

```
 1              UNITED STATES DISTRICT COURT

 2       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

 3

 4   OPTICAL SOLUTIONS INC., a New   ) Case No.
     Hampshire corporation,          ) 5:18-cv-00417-BLF
 5                                    ) (Consolidated)
                 Plaintiff,          )
 6                                    )
                 vs.                 )
 7                                    )
     NANOMETRICS INCORPORATED, a     )
 8   Delaware corporation,           )
                                      )
 9               Defendant.          )
     _____ )

10

11

12        CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

13            VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED

14                 DEPOSITION OF RICH TRISSEL

15

16                 Tuesday, June 21, 2022

17      Remotely Testifying from Guadalala, California

18

19

20

21

22

23   Reported By:

24   Hanna Kim, CLR, CSR No. 13083

25   Job No. 5235607

                                                    Page 1
```

```
 1                    RICHARD TRISSEL,

 2        having been duly administered an oath over

 3     videoconference as stipulated by all counsel, was

 4             examined and testified as follows:

 5

 6                      EXAMINATION

 7   BY MS. SMITH:

 8        Q.   Good morning, Mr. Trissel.  Thank you very

 9   much --

10        A.   Hi.                                    09:46:49

11        Q.   -- for your time today.

12        A.   All right.

13        Q.   All right.

14             So you just took an oath to tell the truth

15   today; correct?                                 09:46:54

16        A.   Correct.

17        Q.   And do you understand that that is the

18   same oath that you would take in a courtroom?

19        A.   Yes.

20        Q.   Is there anything preventing you from     09:47:01

21   testifying truthfully today?

22        A.   No.

23        Q.   So no medications that you're taking?

24        A.   No.

25        Q.   Great.                                    09:47:11
```

Page 13

```
 1    design the glass elements, the actual optical

 2    elements that make up the lens system.  And the

 3    opto-mechanical engineer designs the housing that

 4    houses those elements.

 5            So it's definitely two different          10:07:06

 6    expertise -- two different specific things that we

 7    do.  There's a lot of interaction between the

 8    optical design like myself and then the

 9    opto-mechanical engineer because things have to work

10    well together through temperature and shock and vibe 10:07:25

11    and hold the elements precisely enough to meet the

12    performance.

13            So there is a fair amount of interaction

14    between myself and the opto-mechanical engineer, but

15    they're two separate disciplines.                 10:07:34

16    BY MS. SMITH:

17        Q.   Mm-hmm.

18            So you would be reviewing the

19    opto-mechanical engineer's work and vice versa?

20        A.   Yes.  The opto-mechanical engineer would  10:07:43

21    only really be reviewing my work insomuch as the --

22    the physical size of the elements of it, he

23    understood what those were.

24            As far as the optical parameters and

25    performance, usually the opto-mechanical engineer   10:07:57
```

Page 33

CONFIDENTIAL

```
1          A.    Correct.

2          Q.    Nanometrics supplied a lateral color test

3    bench?

4          A.    Yes.

5          Q.    That was the only lateral color test bench    11:14:27

6    that OSI had at the time?

7          A.    Yes.

8          Q.    Mm-hmm.  All right.

9                Let's go to Exhibit 193.

10               THE CONCIERGE:  One moment.              11:14:51

11               Exhibit 193 has been introduced.

12               (Trissel Deposition Exhibit 193 was marked

13               electronically.)

14   BY MS. SMITH:

15         Q.    So the exhibit we just looked at were the    11:15:31

16   specifications that you shared with Andy on

17   June 25th, 2013; correct?

18         A.    Yes.

19         Q.    And so this is now a year later,

20   June 25th, 2014, you're sending an e-mail to Brad    11:15:44

21   Piccirillo.

22         A.    Okay.

23         Q.    Exhibit 193, is this an e-mail that you

24   sent to Brad Piccirillo?

25         A.    Yes.                                    11:15:55
```

Page 82

```
 1        Q.   At that point in time, in June 2014, OSI

 2   was not meeting the two-micron specification for

 3   lateral color?

 4            MR. JOHNSON:   Objection.   Foundation.

 5   Speculation.                                        11:17:16

 6            THE WITNESS:   Yeah, I don't know if that's

 7   true or not.   That was one particular lens that he

 8   was working on.   I -- I don't recall if we'd already

 9   met the -- had a lens that met the spec or not.

10   BY MS. SMITH:                                       11:17:26

11        Q.   So what are you discussing in this e-mail

12   where you were asking if there's "Any word from

13   Andy?  If this shits the bed, I'm gonna be pissed"?

14        A.   Yeah, but I need to read it.   So give me a

15   second here.                                        11:17:40

16            (Witness reviews.)

17            Okay.   Yeah, I read the e-mail.   I'm

18   sorry.  Go ahead and ask -- what was the question?

19        Q.   Mm-hmm.

20            The question is, what are you discussing   11:18:16

21   in this e-mail?

22        A.   Oh.   Well, in broader strokes, I'm

23   discussing the fact that Andy did not appear to be

24   up to the challenge for this, that this is a very

25   difficult lens, very difficult lens.   And I don't   11:18:28
```

Page 84

```
1    comment from the e-mail we just looked at that,

2    quote:  "'Contrary to what you believe, Nano can and

3    will bail on this if we don't deliver soon.'"

4              Do you see that?

5         A.   Yes.                                    11:28:27

6         Q.   Mm-hmm.

7              So you and Brad Piccirillo agreed that

8    Nanometrics can and will bail soon if OSI did not

9    deliver?

10        A.   Yes.                                    11:28:38

11        Q.   Mm-hmm.

12             The last sentence of his e-mail:  "Every

13   day that goes by without us shipping dependable

14   parts on a repeatable basis is jeopardizing us as a

15   supplier....."                                    11:28:56

16             Do you see that?

17        A.   Yes.

18        Q.   It was understood that OSI needed to ship

19   dependable parts on a repeatable basis in order to

20   be a supplier for Nanometrics?                    11:29:06

21        A.   Yes.

22             MR. JOHNSON:  Objection.  Foundation.

23             THE WITNESS:  Yes, I believe that's what

24   that would imply.

25   BY MS. SMITH:                                     11:29:16
```

Page 94

```
 1        Q.    Mm-hmm.

 2              So this was a year after receiving the

 3    specifications from Nanometrics?

 4        A.    Yep, that sounds right.

 5        Q.    Mm-hmm.                                    11:29:26

 6              And you and Mr. Piccirillo were both

 7    concerned that Nanometrics would find another

 8    supplier because "every day that goes by without us

 9    shipping dependable parts on a repeatable basis is

10    jeopardizing us as a supplier"; correct?          11:29:42

11        A.    Yes.

12        Q.    Mm-hmm.

13              So this was a prototype lens?

14        A.    Yes.

15        Q.    And Andy was assembling one lens at a time  11:29:52

16    at this point?

17        A.    Yes.

18        Q.    How many -- strike that.

19              If OSI were to produce production volume

20    for this lens, how many more lenses, approximately,  11:30:11

21    would OSI need to be fabricating and assembling at a

22    given time?

23              MR. JOHNSON:  Objection.  Compound.

24    Foundation.  Speculation.  And --

25              THE WITNESS:  Yeah, that --              11:30:24
```

Page 95

```
 1              Has no bearing on what would happen in

 2     production.  The lens could -- who knows between

 3     prototype and three stages down the line when you're

 4     actually in production on something.

 5     BY MS. SMITH:                              11:32:32

 6         Q.   Mm-hmm.  All right.

 7              Let's go to Exhibit 194.

 8              THE CONCIERGE:  One moment.

 9              (Trissel Deposition Exhibit 194 was marked

10              electronically.)                  11:32:41

11              THE CONCIERGE:  Exhibit 194 has been

12     introduced.  Please refresh.

13     BY MS. SMITH:

14         Q.   Mr. Trissel, this is an ex- -- an e-mail

15     from you to Mr. Piccirillo on June 25th, 2014.   11:33:19

16              Do you see that?

17         A.   Yes.

18         Q.   Did you send this e-mail at the top of

19     page -- or excuse me -- at the top of Exhibit 194?

20         A.   Yes.                              11:33:31

21         Q.   This is more discussion about the manner

22     of holding of Element 8 in the housing?

23         A.   Okay.  I'm looking to -- I'm sorry.  I'm

24     just reading down the thread to see what -- what

25     this thread was.                           11:33:51
```

Page 98

CONFIDENTIAL

```
 1          Q.    Mm-hmm.

 2          A.    (Witness reviews.)

 3                Okay.  Go -- go ahead.

 4          Q.    This thread is more discussion about

 5    manner of holding Element 8 in the housing?        11:34:09

 6          A.    Yeah.  Yes.

 7          Q.    At the bottom of the thread,

 8    Mr. Piccirillo says that he did not think that Andy

 9    was doing anything wrong?

10          A.    Okay.  I see it.                         11:34:22

11          Q.    You see that he tells you that in his

12    e-mail?

13          A.    Yes.

14          Q.    And you respond at 8:30 p.m., and you say:

15    "Yes, and no.  He knows how critical E8 is and yet   11:34:52

16    he still has a design that stresses it.  If you knew

17    that you'd NEVER have loaded it up and bonded it.

18    How many more little mysteries like this do we have

19    to reveal before this is done right?  3 weeks ago we

20    thought we had it.  Still ain't got it."             11:35:12

21                Do you see that?

22          A.    Yes.

23          Q.    Mm-hmm.

24                So you were concerned that Andy was not up

25    to the challenge of designing and assembling these   11:35:19
```

Page 99

1    lenses?

2              MR. JOHNSON:   Objection.   Foundation.

3    Speculation.

4              THE WITNESS:   Yeah.   Again, as I stated

5    be- -- before, I think he needed support.          11:35:27

6    BY MS. SMITH:

7         Q.   Mm-hmm.

8              You reference 30 million in your e-mail.

9              What is that a reference to?

10        A.   $30 million.  Oh, that's probably what    11:35:41

11   Brad and I thought this eventually could result for

12   OSI.  But that -- that's a -- that's just me maybe

13   remembering what that -- what that -- what that said

14   and what that meant.

15        Q.   Mm-hmm.                                   11:35:55

16        A.   You know, Brad and I certainly would

17   discuss if things really took off, and we were the

18   sole supplier to Nanometrics, that it could be worth

19   a lot.  So I believe that that's what that refers

20   to.                                                 11:36:08

21        Q.   So if Nanometrics was a sole supplier

22   for -- excuse me.

23              If OSI was a sole supplier for

24   Nanometrics, you thought the value of that

25   opportunity could be $30 million?                   11:36:23

                                          Page 100

CONFIDENTIAL

```
 1    your June 2014 trip at any point?

 2         A.   Yes, I definitely had seen these before

 3    that trip.

 4         Q.   Do you recall when?

 5         A.   No, I don't.                          12:00:54

 6         Q.   Did you approve these drawings?

 7         A.   I wasn't in the chain of -- of,

 8    quote/unquote, approval, but they certainly had to

 9    pass my criteria, my -- my -- what's the right word.

10    It wasn't formally approved, but it was certainly   12:01:22

11    reviewed and found to be adequate.

12         Q.   Because the lens -- the optical lens

13    design would need to work in harmony with the

14    opto-mechanical design; is that right?

15         A.   Correct.                              12:01:30

16         Q.   So this is in a point in time where you as

17    the optical lens designer would collaborate with the

18    opto-mechanical engineer?

19         A.   Yes.

20         Q.   But you don't recall approving these    12:01:44

21    drawings?

22         A.   I'm going to say that, yes, I did approve

23    them.  So I'm just -- was saying that they're -- it

24    wasn't -- I wasn't part of the formal approval

25    procedure where I have to sign off on it.  But, yes,  12:01:59
```

Page 120

CONFIDENTIAL

1    I clearly had to have seen and reviewed them and

2    agreed that they were acceptable.

3        Q.   Do you recall when you would have reviewed

4    them and agreed that they were acceptable?

5        A.   No, cannot.                              12:02:15

6        Q.   But it was prior to your June four -- 2014

7    trip to OSI?

8        A.   Yes.

9        Q.   And you don't recall whether you reviewed

10   these again at your -- during your June 2014 trip to   12:02:31

11   OSI?

12       A.   Right.  Certainly I don't recall a formal

13   review process where they brought out and -- and

14   used almost certainly.

15       Q.   Mm-hmm.                                   12:02:41

16            So on the first page here, this is the --

17   the assembly for the T1 lens.

18            Do you see that?

19       A.   I'm sorry, what -- which page are we on

20   for that?                                          12:02:53

21       Q.   The very first one.

22       A.   Yeah.  Okay.

23       Q.   In which lens was the T1 lens?

24       A.   That -- that whole assembly is the T1

25   lens.                                              12:03:07

                                           Page 121

```
1    don't ever remember that.

2         Q.   You don't remember any discussions with

3    Nanometrics about other vendors for the 25-micron

4    lens?

5         A.   No.  I -- I mean, unless it was done in      12:17:03

6    sort of a offhand, Hey, ship us these lens

7    [verbatim] or we're going to go elsewhere kind of

8    thing.  But I -- I -- no, nothing specific that I

9    can remember.

10        Q.   Mm-hmm.                                       12:17:16

11             Did someone at Nanometrics say, Ship us

12   these lenses or else we're going to go elsewhere?

13        A.   Not that I recall.  I think this was Brad

14   just being frustrated, so I -- I don't know if...

15        Q.   Mm-hmm.                                       12:17:32

16             So at the very top e-mail on the chain,

17   you wrote it:  "Ugh.  You either got [sic] light a

18   fire under this guy or get someone else in there to

19   make these."

20             Do you see that?                              12:17:48

21        A.   Yes.

22        Q.   So you still had concerns about Andy's

23   ability to make these lenses?

24             MR. JOHNSON:  Objection.  Foundation.

25             THE WITNESS:  Yes.                            12:17:59
```

Page 134

```
 1          A.   Yes, got it.  Oh, no, no.  Sorry.  One --
 2     did you say "195"?
 3          Q.   Yes.
 4          A.   It brought up 93 again.  What the heck.  I
 5     didn't do that.  Sorry.  Oh.  It checked all of          01:01:21
 6     them.  I don't know why it's doing that.  Technical
 7     difficulties.
 8          Q.   I hear you.
 9          A.   I don't know what the deal is.
10          THE COURT REPORTER:  Would you like to go         01:01:49
11     off the record so I could help the witness?
12          MS. SMITH:  Yes, let's do that, please.
13     Thank you.
14          THE VIDEOGRAPHER:  This is the end of
15     Media Number 3.  Off the record at 1:01 p.m.            01:02:03
16          (Off the record.)
17          THE VIDEOGRAPHER:  We are back on the
18     record at 1:03 p.m.  This is the beginning of Media
19     Number 4.
20     BY MS. SMITH:                                           01:03:17
21          Q.   Mr. Trissel, do you see document -- excuse
22     me -- Exhibit 195 in front of you?
23          A.   Yes.
24          Q.   This is an e-mail from you to
25     Mr. Piccirillo dated July 19, 2014.                     01:03:29
```

Page 142

1          Do you see that?

2     A.   Yes.

3     Q.   Did you send Mr. Piccirillo this e-mail?

4     A.   Yes.

5     Q.   So July 19, 2014, this is after the e-mail   01:03:36

6  we reviewed before the break where John Leon was

7  telling OSI that Nanometrics still did not have a

8  good working set of OSI lenses; right?

9          MR. JOHNSON:  Objection.  Compound.

10         THE WITNESS:  Okay.                          01:04:04

11 BY MS. SMITH:

12    Q.   So this is a later in time e-mail?

13    A.   Later in time e-mail.

14    Q.   Now, below your e-mail is an e-mail from

15 Andy to Mr. Piccirillo dated July 18, 2014.          01:04:13

16         Do you see that?

17    A.   Yes.

18    Q.   And Andy's describing another problem that

19 he has with the 25-micron lenses?

20         MR. JOHNSON:  Objection.  Foundation.         01:04:28

21 Speculation.

22         THE WITNESS:  Okay.  Yeah, I'm reading it

23 now.  Okay.  I see it.

24 BY MS. SMITH:

25    Q.   And Andy says that he has a -- a problem    01:04:38

                                        Page 143

CONFIDENTIAL

```
 1              MR. JOHNSON:  Objection.  Foundation.

 2      Speculation.

 3              THE WITNESS:  This stage I'm frustrated.

 4      BY MS. SMITH:

 5          Q.   Mm-hmm.                              01:05:52

 6              You thought a different opto-mechanical

 7      engineer should be involved besides Andy?

 8          A.   Oh, I don't know if that's the case, but

 9      some- -- somehow somebody needed to help out here.

10          Q.   Mm-hmm.                              01:06:05

11              And by "risking it all," were you

12      referring to the Nanometrics project for the

13      25-micron lens?

14          A.   Yes.

15          Q.   So Andy's involvement imposed a risk on  01:06:15

16      OSI being able to win the Nanometrics' business?

17          A.   Yeah.  My view is that we needed to -- to

18      change what we were doing to -- to make it happen.

19              MS. SMITH:  Let's go to Exhibit 127.

20              THE CONCIERGE:  One moment.           01:06:42

21              (Previously marked Deposition Exhibit 127

22              was referenced.)

23              THE CONCIERGE:  Exhibit 127 has been

24      introduced.  Please refresh.

25      BY MS. SMITH:                                 01:07:16
```

Page 145

1    Q.    Mr. Trissel, let me know when you see

2    Exhibit 127.

3    A.    I've got it.   Thank you.

4    Q.    The top e-mail is an e-mail from Brad to

5    you dated July 19, 2014.                               01:07:26

6          Do you see that?

7    A.    Yes.

8    Q.    Did you receive this e-mail from Brad

9    Piccirillo?

10   A.    Yes.                                              01:07:40

11   Q.    If you go down one e-mail, middle of the

12   page, there's an e-mail from you to Mr. Piccirillo

13   also dated July 19, 2014.

14         Do you see that?

15   A.    Yes.                                              01:07:49

16   Q.    You write, "I got my fingers crossed that

17   Nano doesn't pull the plug next week before they get

18   a lens."

19         Do you see that?

20   A.    Yes.

21   Q.    So you were worried that Nanometrics would

22   pull the plug soon?

23   A.    Yes.

24   Q.    You were pretty stressed about this?

25   A.    Yes.

Page 146

1          Q.   And in response, Mr. Piccirillo says, "I'm

2     an extremely calm person when it comes to stuff like

3     this however, if we lose nano Andy's ass is

4     gone......"

5               Do you see that?

6          A.   Yes.

7          Q.   So OSI was at risk of losing Nanometrics

8     as a customer?

9               MR. JOHNSON:   Objection.   Speculation.

10    Foundation.                                        01:08:32

11              THE WITNESS:   That was my perception

12    there.

13    BY MS. SMITH:

14         Q.   And Mr. Piccirillo agreed with you?

15         A.   That's -- that seems like there, yes.     01:08:40

16         Q.   And this is July 2014.   Andy was fired in

17    the fall of 2014?

18         A.   Correct.

19         Q.   Was that due to his performance on the

20    Nanometrics lenses?                                01:09:02

21         A.   Yes.

22         Q.   Did you support that decision?

23         A.   Yes.

24         Q.   Was Andy replaced by anyone else as an

25    opto-mechanical engineer at OSI?                   01:09:12

                                          Page 147

1    25-micron lens prototype that OSI was producing for

2    Nanometrics?

3         A.   Yes.

4         Q.   So the date of completion for these lenses

5    was December 10, 2013?                              01:12:03

6         A.   Yes.

7         Q.   OSI did not deliver the 25-micron lens by

8    December 10, 2013; is that right?

9              MR. JOHNSON:  Objection.  Asked --

10             THE WITNESS:  Correct.                    01:12:17

11             MR. JOHNSON:  -- and answered.

12             THE WITNESS:  Oh, sorry.

13             MR. JOHNSON:  No, go ahead.  You're doing

14   fine.

15             THE WITNESS:  Yeah, that's correct.       01:12:22

16   BY MS. SMITH:

17        Q.   All right.

18             Let's go next to Exhibit 90.

19             THE CONCIERGE:  One moment.

20             (Previously marked Deposition Exhibit 90   01:12:38

21             was referenced.)

22             THE CONCIERGE:  Exhibit 90 has been

23   introduced.  Please refresh.

24   BY MS. SMITH:

25        Q.   Do you have Exhibit 90 --                 01:12:58

                                          Page 150

 1     the 40-micron lens sets and the 25 micron lens sets.

 2     Please confirm that this is the committed schedule."

 3              Do you see where I read that?

 4        A.   I see that.

 5        Q.   At the very bottom of this chart, do you          01:14:03

 6     see two entries for 25-micron lens?

 7        A.   Yes.

 8        Q.   And the dates are 28 of January and 31st

 9     of January?

10        A.   Yes, I see that.                                  01:14:17

11        Q.   And in response to this e-mail, Brad

12     writes, "This schedule looks fine to me...."

13              Do you see that?

14        A.   Oh, I'm sorry, I got to scroll.  This --

15     yep, I see that.                                          01:14:30

16        Q.   So -- so after OSI did not deliver lenses

17     on -- by December 10, 2013, OSI committed to

18     delivering lenses by the end of January 2013

19     [verbatim]?

20              MR. JOHNSON:  Objection.  Mischaracterizes       01:14:48

21     the evidence.

22              THE WITNESS:  I -- I see the chart.

23     BY MS. SMITH:

24        Q.   Was that your understanding as well as far

25     as the -- the deadline for the set of lenses?            01:14:54

Page 152

1       A.   Yes.

2       Q.   Did you go to New Hampshire in January

3    of 2014 to assemble lenses with Andy?

4       A.   I don't remember doing that.  No.  I -- I

5    don't -- I don't remember, but I -- I don't -- I          01:15:16

6    don't know.

7       Q.   You don't remember working with Andy in

8    person together on the first set of lenses to be

9    delivered to Nanometrics?

10      A.   No, I do not remember that.                        01:15:27

11           MS. SMITH:  Let's go to Exhibit 98.

12           THE CONCIERGE:  One moment.

13           Ms. Smith, did you say 9-8?

14           MS. SMITH:  Yes, 9-8, yeah.

15           THE CONCIERGE:  I am checking.  I don't            01:15:47

16    see a 9-8 in the folder.

17           MS. SMITH:  Okay.  So that is my fault.

18    We will go to a different exhibit.  We can come back

19    to it.

20           Okay.  Let's see.  Let's go to Exhibit 100         01:16:00

21    if it's there.

22           THE CONCIERGE:  It is not.  I don't see

23    100.

24           MS. SMITH:  All right.  Let's see.  Can we

25    take a very quick break, and I will update that?          01:16:14

Page 153

```
 1    was working on a reflexive lens design?

 2         A.   Yes.

 3         Q.   Okay.

 4              MS. SMITH:  Let's go to Exhibit 196.

 5              THE CONCIERGE:  One moment.           02:52:24

 6              (Trissel Deposition Exhibit 196 was marked

 7              electronically.)

 8              THE CONCIERGE:  Exhibit 196 has been

 9    introduced.  Please refresh.

10              THE WITNESS:  I have it open.         02:52:59

11    BY MS. SMITH:

12         Q.   So this is another version of the same

13    e-mail thread we were just looking at.

14              Do you recognize it?

15         A.   Oh, okay.  Yes, yes.                  02:53:07

16         Q.   The top of Exhibit 196 is an e-mail from

17    Brad Piccirillo to you dated September 5th, 2014.

18              Do you see that?

19         A.   Yes.

20         Q.   So this is the same day as the last e-mail  02:53:18

21    we just reviewed?

22         A.   Right.  Okay.

23         Q.   He writes:  I just talked with Tony.  They

24    definitely lost all the 25 micron business.  He said

25    it was," quote, '"promin-'" -- excuse me --        02:53:30
```

Page 222

```
 1        A.   Okay.

 2        Q.   But the deadline on that purchase order

 3   was December 10th, 2013; correct?

 4        A.   Yes.

 5        Q.   Okay.  So as of the sign -- as of      03:04:39

 6   September 9th, 2013, when this Addendum to Purchase

 7   Agreement was signed, OSI's deadline or date of

 8   completion for the lenses was December 10, 2013; is

 9   that right?

10        A.   Yes.                                    03:04:58

11        Q.   So under Section 2.2, there's a paragraph,

12   "Small Spot Lens."

13             Do you see that?

14        A.   Yes.

15        Q.   And there are five bullet points?        03:05:06

16        A.   Yes.

17        Q.   The 40-micron lens that OSI made for

18   Nanometrics is not listed here, is it?

19             MR. JOHNSON:   Objection.  Calls for legal

20   conclusion.                                        03:05:20

21             THE WITNESS:   SE, SE, SR, SR, those are

22   25-micron spots.  35 -- yeah, I don't see a

23   40-micron here.

24   BY MS. SMITH:

25        Q.   Mm-hmm.                                  03:05:37
```

Page 233

```
 1    from your call with Rodney in or around June 2015?

 2         A.   No.  Definitely -- seven years ago, no.

 3         Q.   Okay.

 4         A.   Sorry.

 5         Q.   No need to apologize.                    03:21:06

 6              Let's see.

 7              MS. SMITH:  All right.  Let's go to

 8    Exhibit 200.

 9              THE CONCIERGE:  One moment.

10              (Trissel Deposition Exhibit 200 was marked   03:21:21

11              electronically.)

12              THE CONCIERGE:  Exhibit 200 has been

13    introduced.  Please refresh.

14              THE WITNESS:  It's working every time now.

15    Cool.  All right.  I've got it, yeah.           03:21:45

16    BY MS. SMITH:

17         Q.   Okay.  Exhibit 200, the middle of the

18    first page, there's an e-mail from Brad Piccirillo

19    to Ingo Riedl and you dated July 8, 2015.

20              Do you see that?                        03:22:10

21         A.   Yes.

22         Q.   Okay.  So you received the e-mails that

23    preceded this e- -- on the e-mail string, that

24    July 8th, 2015, e-mail; is that right?

25         A.   Yeah, I'm scrolling down here to make sure  03:22:18
```

                                            Page 247

1    I'm in the loop here.   Yes.   Yep.

2        Q.   And who is Ingo Riedl, Riedl?

3        A.   I think he was -- I think he was in

4    purchasing at Nano.

5        Q.   Did you have conversations with Ingo?      03:22:31

6        A.   Yes.

7        Q.   What were your conversations about?

8        A.   Yeah, about the purchase order, you know,

9    what -- what's expected and what -- what all we were

10   going to do, and what we were going to --            03:22:44

11       Q.   Were your --

12       A.   -- expect from them.   Yes.

13       Q.   Were your discussions about the 40-micron

14   lens?

15       A.   That was included, also, sure.   Yeah.     03:22:51

16       Q.   So at this time in 2015, was OSI providing

17   40-micron lenses to Nanometrics for production?

18       A.   Yes.

19       Q.   At this time, OSI was not providing any

20   25-micron lenses for production?                     03:23:09

21       A.   No.   We were never providing production

22   25-mi- -- they were all prototypes.   At this point

23   we were still in the middle of developing that.

24       Q.   Okay.   Let's look at the bottom of that

25   first page, the e-mail.   It's next to that exhibit   03:23:24

                                              Page 248

```
 1    obviously, he wanted the income to be more than the

 2    expenditures.  And at that point in that month, it

 3    was not.  So I -- but I don't know about the cash

 4    reserves, so I -- I -- I can't speak to that.

 5         Q.   Mm-hmm.                                    03:55:06

 6              So the issue with the two elements

 7    physically interfering, you determined that that was

 8    a fabrication error?

 9         A.   I believe that's the case, yes.

10         Q.   Was it also a design error?              03:55:17

11         A.   No, no.  We -- we had many, many lens

12    cells at this point.  It's just that for some

13    reason, in fab, there was a mistake.

14         Q.   All right.

15              MS. SMITH:  Let's go to Exhibit 203.      03:55:31

16              THE CONCIERGE:  One moment.

17              (Trissel Deposition Exhibit 203 was marked

18              electronically.)

19              THE CONCIERGE:  Exhibit 203 has been

20    introduced.  Please refresh.                        03:55:54

21              THE WITNESS:  Okay.  I have it open.

22    BY MS. SMITH:

23         Q.   All right.

24              January -- let's see.  The top e-mail is

25    an e-mail from Dennis to you and others dated        03:56:17
```

Page 277

CONFIDENTIAL

1    January 22nd, 2016.

2         Do you see that?

3    A.   Yes.

4    Q.   So you received this e-mail string?

5    A.   Yes.                                    03:56:27

6    Q.   So two e-mails down from that top e-mail,

7    there's a January 22nd, 2016, e-mail from Brad

8    Piccirillo at 8:36 a.m.

9         Do you see that?

10   A.   Yes.                                    03:56:40

11   Q.   All right.

12        He writes:  "Also, in Nano's response to

13   me yesterday, Rodney commented that they were,"

14   quote, 'set with the 25 micron lenses.'"

15        Do you see that?                        03:56:56

16   A.   Yes.

17   Q.   He writes:  "I say this because when you

18   make the next shipment" -- and then this is all

19   caps -- "MAKE SURE THE BALANCE OF WHAT WE OWE GETS

20   SHIPPED TOGETHER."                           03:57:08

21        Do you see that?

22   A.   Yes.

23   Q.   Okay.  "All good parts so that" -- "so

24   they don't get rejected.  I foresee a battle over

25   $108,000 [verbatim] worth of parts they don't really   03:57:16

                                         Page 278

```
1        A.   Yes.

2        Q.   You say, "I think I just found the

3   culprit.  I believe the interference is between ele4

4   and ele5 and is due to the OD of the cc surface of

5   ele4 being too large.  It's REALLY tight right          03:58:44

6   there."

7            Do you see that?

8        A.   Yes.

9        Q.   Okay.

10           So had you figured out the problem with        03:58:49

11  the elements physically interfering with each other?

12       A.   I think that's the case, yeah.  Yeah.

13       Q.   How did you go about figuring that out?

14       A.   Yeah, that one definitely took a bit of

15  investigation to sort that one out.  I don't           03:59:05

16  remember all the -- the steps, but we could tell

17  just by looking at where there were either marks on

18  adjacent cells or marks on the optics that something

19  was not fabbed to the prints.  So it was clearly

20  wrong.                                                 03:59:25

21       Q.   Mm-hmm.  Okay.

22            MS. SMITH:  Let's go to Exhibit 204.

23            THE CONCIERGE:  One moment.

24            (Trissel Deposition Exhibit 204 was marked

25            electronically.)                             03:59:43
```

Page 280

```
 1              THE CONCIERGE:  Exhibit 204 has been

 2    introduced.  Please refresh.

 3              THE WITNESS:  Yes, I have it.

 4    BY MS. SMITH:

 5        Q.   So the bottom e-mail, first page of        04:00:00

 6    Exhibit 204, is an e-mail from Brad Piccirillo to

 7    Dennis McAllister, Mike Van Vranken, sorry.

 8        A.   Yeah, yeah, that's right.

 9        Q.   Okay.

10              Rich Trissel and Matthew Grabowski.       04:00:16

11              Do you see that e-mail?

12        A.   Yes.

13        Q.   Did you receive this e-mail?

14        A.   Yes.

15        Q.   And it's dated February 8th, 2016?          04:00:24

16        A.   Yes.

17        Q.   And who is Mike?

18        A.   Mike is one of the workers at OSI.  He

19    does diamond turning and other optical fab things.

20        Q.   And who is Matthew?                         04:00:38

21        A.   Matthew was hired on.  He's a systems

22    engineer.  So he was working on various OSI projects

23    that had -- that were systems rather than just

24    individual lenses.

25        Q.   Did OSI have an opto-mechanical engineer    04:00:52
```

Page 281

1        Q.   OSI was doing the fabrication of these

2   lenses?

3        A.   OSI or Opticraft, and I don't know who was

4   doing what.  But OS- -- I mean under OSI's company.

5        Q.   Okay.  So either OSI or Opticraft were        04:02:06

6   fabricating these elements?

7        A.   Yep.  Yes.

8        Q.   So fab- -- so fabrication error would be

9   caused by either OSI or Opticraft?

10       A.   Yes.                                           04:02:18

11       Q.   Did the lenses still have a lockdown

12   problem at this point in time?

13       A.   No that I remember.  I think we had it all

14   sorted out at this point.

15            MS. SMITH:  Let's look at Exhibit 205.         04:02:39

16            THE CONCIERGE:  One moment.

17            (Trissel Deposition Exhibit 205 was marked

18            electronically.)

19            THE CONCIERGE:  Exhibit 205 has been

20   introduced.  Please refresh.                            04:03:04

21            THE WITNESS:  Yes, I have it.

22   BY MS. SMITH:

23       Q.   All right.

24            This is August 31st, 2016.  The top e-mail

25   is an e-mail from you to Dennis McAllister.             04:03:17

Page 283

1          Do you see that?

2     A.   Yes.

3     Q.   The subject is "25 micron"?

4     A.   Yes.

5     Q.   So middle of the page, there's an e-mail        04:03:28

6  from Mike to Dennis.

7          Do you see that?

8     A.   Yes.

9     Q.   And Mike says, "I have absolutely no idea

10  if the parts are good enough to make a working        04:03:39

11  system."

12          Do you see that?

13     A.   Yes.

14     Q.   Okay.  And then Dennis forwarded that

15  e-mail to you on August 31st, 2016?                   04:03:46

16     A.   Yes.

17     Q.   You received this e-mail?

18     A.   Yes.

19     Q.   And Dennis asked you, "Is this statement

20  true?"  And you respond, "Yes.  God help us."         04:03:54

21     A.   Would I say that?  I guess I might have

22  said that.  Okay.  I guess I should read what --

23  what -- I'm not sure what part of this I need to --

24  to read through, then.  Is there more --

25          MR. JOHNSON:  Why don't you look at the        04:04:08

Page 284

CONFIDENTIAL

1          Q.    So at this meeting, was it only a

2      discussion about the design in the specifications?

3          A.    No.  There are other logistics and things

4      discussed, also.

5          Q.    Anything else?                          04:34:50

6          A.    Not that I remember.

7          Q.    So the attachment here is "25 micron Box

8      Refractive SE Lens Specification Rev 3."

9              Is this the specification that you used

10     for your design?                                 04:35:09

11         A.    So that's a -- a clickable link that I

12     can -- that...

13         Q.    It's attached to Exhibit 178, if you

14     scroll --

15         A.    Oh, oh -- pardon me, it opened it up but  04:35:22

16     not as an attachment.  Yes.  Yes, that's it.

17     Uh-huh.

18         Q.    So this is the specification that you

19     worked off of for your design?

20         A.    Yes.                                    04:35:32

21         Q.    Okay.  All right.

22              MS. SMITH:  Let's go to Exhibit 75.

23              THE CONCIERGE:  One moment.

24              (Previously marked Deposition Exhibit 75

25              was referenced.)                         04:36:02

Page 299

CERTIFICATE OF REPORTER

1                    CERTIFICATE OF REPORTER

2          I, Hanna Kim, a Certified Shorthand

3   Reporter, do hereby certify:

4         That prior to being examined, the witness

5   in the foregoing proceedings was by me duly sworn to

6   testify to the truth, the whole truth, and nothing

7   but the truth;

8         That said proceedings were taken before me

9   at the time and place remotely therein set forth and

10  were taken down by me in shorthand and thereafter

11  transcribed into typewriting under my direction and

12  supervision;

13        I further certify that I am neither

14  counsel for, nor related to, any party to said

15  proceedings, not in anywise interested in the

16  outcome thereof.

17        Further, that if the foregoing pertains to

18  the original transcript of a deposition in a federal

19  case, before completion of the proceedings, review

20  of the transcript [x] was [ ] was not requested.

21        In witness whereof, I have hereunto

22  subscribed my name. Dated:  11TH day of JULY, 2022

23

24

                  Hanna Kim

25             CLR, CSR No. 13083

Page 336

# EXHIBIT 4

CONFIDENTIAL

1              UNITED STATES DISTRICT COURT

2      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

3

4    OPTICAL SOLUTIONS INC., a New   ) Case No.
     Hampshire corporation,          ) 5:18-cv-00417-BLF
5                                     ) (Consolidated)
              Plaintiff,             )
6                                     )
              vs.                    )
7                                     )
     NANOMETRICS INCORPORATED, a     )
8    Delaware corporation,           )
                                      )
9             Defendant.             )
     _____ )

10

11

12       CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

13         VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED

14         EXPERT DEPOSITION OF RICHARD TRISSEL

15

16           Wednesday, January 18, 2023

17   Remotely Testifying from Santa Clarita, California

18

19

20

21

22

23   Stenographically Reported By:

24   Hanna Kim, CLR, CSR No. 13083

25   Job No. 5626975

                                              Page 1

 1    Veritext Legal Solutions.

 2         I'm not related to any party in this

 3    action nor am I financially interested in the

 4    outcome.

 5         If there are any objections to proceeding,   09:08:31

 6    please state them at the time of your appearance.

 7    Counsel and all present will now state their

 8    appearances and affiliations for the record,

 9    beginning with the noticing attorney.

10         MS. SMITH:  Good morning.  Amy Smith,   09:08:43

11    Cooley, on behalf of Defendant Nanometrics

12    Incorporated.  With me today are my colleagues Liz

13    Sanchez Santiago and Prianka Misra, also of Cooley

14    on behalf of Defendant.

15         MR. JOHNSON:  Good afternoon.  Matt   09:09:04

16    Johnson, Devine Millimet on behalf of the Plaintiff,

17    Optical Solutions.  And also present for the

18    deposition is Brad Piccirillo.

19         THE VIDEOGRAPHER:  The witness may be

20    sworn in.   09:09:14

21

22         RICHARD TRISSEL,

23    having been duly administered an oath over

24    videoconference as stipulated by all counsel, was

25    examined and testified as follows:

                                             Page 7

```
 1    concluded and so, that you may proceed with your

 2    answer.

 3            Does that make sense?

 4        A.   Yes.

 5        Q.   Okay.  Mr. Trissel, OSI disclosed you as        09:10:37

 6    an expert in this case; correct?

 7        A.   Yes.

 8        Q.   And you have never served as an expert

 9    witness in ligation before?

10        A.   That's correct.                                 09:10:49

11        Q.   You have not published any materials

12    concerning optical design in the last ten years;

13    correct?

14        A.   Correct.

15        Q.   Have you ever published any materials          09:10:58

16    concerning optical design?

17        A.   Yes.

18        Q.   So those materials would have been

19    published longer ago than ten years?

20        A.   Yes.                                            09:11:10

21        Q.   And what are those materials?

22        A.   It was a paper for an SPIE proceedings

23    back in the -- the mid-'90s.

24        Q.   All right.

25            We're going to look at our first exhibit,       09:11:28
```

Page 9

CONFIDENTIAL

```
 1    all.  I -- I just don't have a good feel for that

 2    right now.

 3    BY MS. SMITH:

 4         Q.   Do you have documents that would reflect

 5    that information?                                    10:40:07

 6         A.   Sure.  Yes.

 7         Q.   Okay.  So you designed the 25-micron lens

 8    that OSI offered to Nanometrics; correct?

 9         A.   Yes.

10         Q.   So let's look at the first page of your    10:40:24

11    report.

12         A.   Let's see here.

13              And -- and which exhibit is this one?

14         Q.   Exhibit 289.

15         A.   Okay.                                       10:40:40

16         Q.   In the middle of the page you write,

17    "While working as an optical design consultant for

18    OSI, I designed the 25 micron lens that OSI offered

19    to Nanometrics based on the specifications

20    Nanometrics provided."                               10:40:59

21              Do you see that?

22         A.   Yes.

23         Q.   Now, let's go down to the second page of

24    that same report.  The first full paragraph you

25    write, "Based on my knowledge, education and         10:41:14
```

Page 60

```
 1    not meeting both the transmitted wavefront and the

 2    lateral color specification.

 3         A.   Okay.

 4         Q.   So was this a surprise to you, based on

 5    your analysis, that several months into attempts to     12:51:14

 6    build the lens OSI was not able to obtain acceptable

 7    level for lateral color and transmitted wavefront?

 8         A.   Yes.  That was -- I was surprised that

 9    that was the case.

10         Q.   All right.  Let's now go to another new      12:51:32

11    exhibit, Exhibit 178.  Let me know when you see it.

12              (Previously marked Deposition Exhibit 178

13              was referenced.)

14              THE WITNESS:  Okay.  Yes.

15    BY MS. SMITH:                                            12:51:55

16         Q.   Exhibit 178 has an attachment entitled

17    "25-micron Box Refractive SE Lens Specification

18    Rev 3."

19              Do you see that?

20         A.   Yes.                                           12:52:17

21         Q.   Okay.  And that document is attached to an

22    e-mail dated August 13, 2013.

23              Do you see that?

24         A.   Yes.

25         Q.   So earlier we looked at Exhibit 74 which       12:52:24
```

Page 133

CONFIDENTIAL

1    had the specifications for the 25-micron lens.  And

2    you referred to that as the spec- -- the feasibility

3    study; correct?

4         A.   Yes.

5         Q.   So this is a later version of that          12:52:40

6    document; right?

7         A.   Well, it looks like it has all the same

8    things on there, but it looks like the title's been

9    changed.  But, okay, yeah.

10        Q.   Right.                                       12:52:56

11             So the title no longer says "feasibility

12   study"; correct?

13        A.   Right, right.

14        Q.   Now, did you make any changes to your lens

15   design to account for the specifications in this       12:53:08

16   document?

17        A.   Oh, I -- no, I don't think so.  I think we

18   were already making the lenses at this point,

19   weren't we?  So I don't think so.

20             Well, I guess, may- -- maybe I need to       12:53:24

21   take a minute to -- to scroll through the whole

22   thing?

23        Q.   Sure, take your time.

24        A.   Because I am trying to figure out what

25   was -- what, if anything, was different in this        12:53:34

                                                            Page 134

 1    specification than the original specification.   And

 2    I -- I don't have them side by side.   So was it the

 3    addition of that drawing, the mechanical envelope

 4    drawing?

 5            So --                                    12:53:51

 6       Q.   Take your time to review.   I'm not sure if

 7    there's a way to look side by side with Exhibit 74,

 8    if that would help you.

 9       A.   Yeah, no, it's -- that's too difficult to

10    do.  But I guess I would ask, so what was it about   12:54:02

11    this that was a -- either a change or a -- an

12    addition?

13       Q.   Let me ask it this way, do you recall --

14       A.   Okay.

15       Q.   -- receiving this document and proceeding   12:54:12

16    to make any changes to your design?

17       A.   Well, I can confirm that I received the

18    document, and I understand what's in here.   I don't

19    think at this stage of the development that we made

20    any changes to the design.                        12:54:31

21            What's the date of this one again?   I

22    apologize.  I'm -- this -- oh, this is August of

23    2013.  Oh, I -- I -- I thought this was later on in

24    the -- in the process.

25            So it's possible that there was a change    12:54:53

                                                      Page 135

1          A.    Yes.

2          Q.    But OSI could not test for axial color;

3     correct?

4          A.    Axial color?

5                Hold on.  We have test equipment for axial    13:48:49

6     color?  Hmm.

7                I'm going to say I don't recall on that

8     one.  Yeah, I don't recall for sure on that one.

9     But axial color ends up that there was no way we

10    were off an axial color if we met the RMS wavefront.    13:49:14

11    That -- that one was definitely in the same boat as

12    the 40-micron lens situation, where if you met RMS

13    wavefront, you were going to meet lateral color.

14                If we met RMS wavefront in this 25-micron

15    lens, we were going to meet axial color.  And           13:49:35

16    that -- I don't remember that ever being an issue.

17          Q.    But you don't recall ever testing for

18    axial color of the as-built lenses?

19          A.    Correct.

20          Q.    And OSI had no way to test the as-built      13:49:47

21    lenses for spot size?

22          A.    Oh, no.  That's the -- that's effectively

23    the same as RMS wavefront -- oh, on -- I know I

24    was -- I think I know what you're asking.  I

25    apologize.                                                13:50:02

                                           Page 174

```
 1          Q.    So you do not have a contingency fee

 2    for --

 3          A.    That's correct.

 4          Q.    -- your services in this case?

 5          A.    That's correct.                      14:46:05

 6          Q.    Do you have any ownership in OSI?

 7          A.    No.

 8          Q.    Do you have an ownership interest in any

 9    company that is owned by Brad Piccirillo?

10          A.    No.                                  14:46:15

11          Q.    All right.

12                Are you and Mr. Piccirillo friends?

13          A.    Yes.

14          Q.    Okay.  So you reviewed the expert report

15    of Dr. Julie Bentley; correct?                   14:46:25

16          A.    Yes.

17          Q.    Okay.  Other than the opinion you

18    expressed about her report in your rebuttal report,

19    do you have any other opinions about her opinions in

20    her report?                                      14:46:47

21          A.    No.

22          Q.    You have no basis to question her

23    credentials or her qualifications?

24          A.    Correct.

25          Q.    Have you reviewed the expert report of    14:46:59
```

                                              Page 205

CONFIDENTIAL

```
 1              CERTIFICATE OF REPORTER

 2              I, Hanna Kim, a Certified Shorthand

 3    Reporter, do hereby certify:

 4              That prior to being examined, the witness

 5    in the foregoing proceedings was by me duly sworn to

 6    testify to the truth, the whole truth, and nothing

 7    but the truth;

 8              That said proceedings were taken before me

 9    at the time and place therein set forth remotely via

10    videoconference and were taken down by me in

11    shorthand and thereafter transcribed into

12    typewriting under my direction and supervision;

13              I further certify that I am neither

14    counsel for, nor related to, any party to said

15    proceedings, not in anywise interested in the

16    outcome thereof.

17              Further, that if the foregoing pertains to

18    the original transcript of a deposition in a federal

19    case, before completion of the proceedings, review

20    of the transcript [x] was [ ] was not requested.

21              In witness whereof, I have hereunto

22    subscribed my name:  February 2, 2023.

23

24

25              Hanna Kim, CLR, CSR No. 13083
```

Page 208

# EXHIBIT 5

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

```
 1              UNITED STATES DISTRICT COURT

 2      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

 3

 4   OPTICAL SOLUTIONS INC., a New   ) Case No.

     Hampshire corporation,          ) 5:18-cv-00417-BLF

 5                                    ) (Consolidated)

             Plaintiff,              )

 6                                    )

             vs.                     )

 7                                    )

     NANOMETRICS INCORPORATED, a     )

 8   Delaware corporation,           )

                                      )

 9           Defendant.              )

     _____ )

10

11

12      CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

13         VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED

14            DEPOSITION OF ANDREW DUGRENIER

15

16              Monday, June 6, 2022

17      Remotely Testifying from Keene, New Hampshire

18

19

20

21

22

23   Reported By:

24   Hanna Kim, CLR, CSR No. 13083

25   Job No. 5253237
```

Page 1

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

1    with me in the room.

2          MS. SANTIAGO:  Hi.  Liz Sanchez Santiago

3    here in the room for Defendant Onto.

4          THE VIDEOGRAPHER:  Okay.  Swear in the

5    witness.                                   12:11:51

6

7                ANDREW DUGRENIER,

8       having been duly administered an oath over

9     videoconference as stipulated by all counsel, was

10         examined and testified as follows:      12:07:08

11

12          THE VIDEOGRAPHER:  Okay.  Please proceed.

13                  EXAMINATION

14   BY MS. SMITH:

15      Q.   Hello, Mr. Dugrenier.  My name is Amy   12:12:19

16   Smith.  I'm counsel for the defendant in this case.

17   Thank you very much for your time today.  We

18   appreciate it.

19      A.   Sure.

20      Q.   So do you understand that you have sworn   12:12:28

21   an oath, the same oath that you would be taking in a

22   courtroom?

23      A.   I do.

24      Q.   Is there anything that would prevent you

25   from speaking clearly and testifying truthfully   12:12:37

                                            Page 17

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

```
 1   lens as well as the -- as well as accurately holding
 2   it within any kind of mechanical cell.
 3        Q.   Okay.  So the concern was about
 4   fabrication and alignment or adhering it in the
 5   cell?                                            14:10:59
 6        A.   Correct.
 7        Q.   All right.
 8             MS. SMITH:  Let's look at Exhibit 82.
 9             (Dugrenier Deposition Exhibit 82 was
10             marked electronically.)               14:11:26
11             THE CONCIERGE:  If you hit refresh, it
12   should be in your folder.
13   BY MS. SMITH:
14        Q.   Do you recognize Exhibit 82?
15        A.   I do.                                 14:11:48
16        Q.   And what is it?
17        A.   This looks like an e-mail from Brad to me,
18   but it's dated 11 -- so November 6, 2013.
19        Q.   So if you look at the bottom e-mail in the
20   chain, an e-mail from Brad to you dated November 6,  14:12:13
21   2013.
22             Do you see that?
23        A.   I do.
24        Q.   And Brad writes, "I think we should make a
25   parallel mechanical design on the 25 micron nano    14:12:27
```

Page 91

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

1    that we were having some difficulty.

2         Q.   Difficulty meeting the schedule?

3         A.   Correct.

4         Q.   Okay.  And Nanometrics needed OSI to

5    deliver those lenses by December 2013; is that          15:49:39

6    right?

7         A.   Correct.

8         Q.   Nanometrics wanted OSI to stick to the

9    December 2013 schedule?

10        A.   That's right.  Yes.                            15:49:54

11        Q.   So in the -- let's see.

12             The middle of the second page of this

13   exhibit, there's a November 26, 2013, e-mail from

14   Brad to John Leon, Andrew Barada, Tony Beddard, and

15   you.                                                     15:50:22

16             Do you see that?

17        A.   I do.

18        Q.   Okay.  And he writes, "John, I don't see

19   it happening.  There is way too much work yet to be

20   done.  I have folks that have been working nonstop      15:50:30

21   on Nano parts and are asking/demanding their

22   vacation."  [As read]

23             Do you see that?

24        A.   I do see that.

25        Q.   Okay.  So OSI was saying that they could      15:50:46

Page 133

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

```
1        Q.   And you received this e-mail?

2        A.   I did.

3        Q.   And it's dated December 13, 2013; right?

4        A.   Yes.

5        Q.   And the subject is "RE:  40m and 25 micron   15:52:41

6   Q1 14 ship commitments"; right?

7        A.   That's correct.

8        Q.   Okay.  Ship commitments are deadlines for

9   delivery?

10            Or let me -- let me rephrase that.           15:53:02

11            Are ship commitments deadlines to ship

12   lenses?

13       A.   Yes, that's how I would interpret that.

14       Q.   And John's e-mail, which is the bottom of

15   the first page, he has a chart.                       15:53:15

16            Do you see that?

17       A.   I do, yes.

18       Q.   At the bottom of the chart, there are two

19   entries for 25 micron.

20            Do you see that?                             15:53:25

21       A.   I do, yes.

22       Q.   And the dates next to those lenses, 28

23   January and 31 January.

24            Do you see that?

25       A.   I do, yes.                                   15:53:34
```

Page 135

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

1        Q.    Okay.  And Brad's response at the top of

2    the exhibit is, "This schedule looks fine to me...."

3               Do you see that?

4        A.    I do.

5        Q.    So Brad was agreeing to this schedule for      15:53:50

6    the 25-micron ship commitments?

7        A.    It would appear so, yes.

8        Q.    OSI didn't deliver any 25-micron lenses in

9    December of 2013; right?

10       A.    I don't -- I don't recall.                      15:54:09

11       Q.    Okay.  According to this, Nanometrics was

12   asking OSI to commit to shipping a total of two

13   lenses at the end of January of 2014; right?

14       A.    Correct.

15       Q.    And I should clarify, a total of two           15:54:31

16   25-micron lenses at the end of January 2014; right?

17       A.    Correct.

18       Q.    All right.

19             MS. SMITH:  Let's look at Exhibit 91.

20             (Dugrenier Deposition Exhibit 91 was            15:54:44

21             marked electronically.)

22             THE CONCIERGE:  If you hit refresh, it

23   should be in your folder.

24   BY MS. SMITH:

25       Q.    Do you recognize Exhibit 91?                    15:55:02

                                                    Page 136

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

1    did have some ability; correct.   Yeah.

2         Q.   So then at that point, OSI could measure

3    for lateral color?

4         A.   I believe so, to some extent.

5         Q.   Yeah.  Okay.                         18:00:56

6              Do you remember making any changes to the

7    opto-mechanical design to account for the element

8    eight decentration?

9         A.   I don't recall.

10             MS. SMITH:  Let's look at Exhibit 106.    18:01:24

11             (Dugrenier Deposition Exhibit 106 was

12             marked electronically.)

13             THE WITNESS:  I was going to say, I'm sure

14    you have more information about this than I do.

15             THE CONCIERGE:  If you hit refresh, it     18:01:36

16    should be in your folder.

17    BY MS. SMITH:

18         Q.   Okay.  Do you recognize Exhibit 106?

19         A.   It looks like an e-mail from Rich to me

20    and Brad.  It looks like all the way into March at    18:01:55

21    this point, the 24th of March.

22         Q.   Right.

23             And in your e-mail to Rich at the bottom,

24    you write:  "I got a transmitted wavefront of .022

25    wave RMS on the damned lens but the LC is measuring    18:02:13

                                              Page 210

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

```
 1            Did adjusting element eight fix the issue?

 2            MR. JOHNSON:  Objection.

 3            THE WITNESS:  Again, I -- I don't recall.

 4            MS. SMITH:  Let's look at Exhibit 108.

 5            (Dugrenier Deposition Exhibit 108 was        18:08:00

 6            marked electronically.)

 7            THE CONCIERGE:  If you hit refresh, it

 8     should be in your folder.

 9     BY MS. SMITH:

10        Q.   Do you recognize Exhibit 108?            18:08:21

11        A.   It looks like an e-mail from Rich to me

12     and Brad on the 11th of April.

13        Q.   Okay.  And below that is an e-mail from

14     you to Rich and Brad also on April 11th, 2014.

15            Do you see that?                          18:08:39

16        A.   I do.

17        Q.   Okay.  And you say:  "Something doesn't

18     seem right with that element 8..."

19            Do you see that?

20        A.   I see that.                             18:08:45

21        Q.   Okay.  So element eight's position in the

22     alignment, was that still causing problems at this

23     point?

24        A.   It appears so, yes.

25        Q.   Then below that, you write:  "Either     18:08:57
```

Page 215

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

1    met specification; right?

2        A.   It would seem that way, yes.

3        Q.   Mm-hmm.

4             And, indeed, no lens had met all

5    specifications yet?                              18:34:20

6        A.   Correct.

7        Q.   All right.

8             MS. SMITH:  Exhibit 114.

9             (Dugrenier Deposition Exhibit 114 was

10            marked electronically.)                  18:34:35

11            THE CONCIERGE:  If you hit refresh, it

12   should be in your folder.

13   BY MS. SMITH:

14       Q.   Have you seen Exhibit 114 before?

15       A.   Looks like an e-mail chain.  At the top  18:34:52

16   it's from Rich to me and Brad.

17       Q.   And if you go to the bottom, there's an

18   e-mail from you to Rich and Brad dated May 22nd,

19   2014.

20       A.   Okay.                                    18:35:16

21       Q.   Okay.  All right.

22            And you say, "I had glued the stack

23   together the other day and loaded the stack into the

24   housing.  I got the final numbers today and got .025

25   [sic] waves rms wavefront and 7-micron lateral      18:35:27

                                        Page 233

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

```
 1   BY MS. SMITH:

 2        Q.   But you'd not successfully done so; right?

 3        A.   It would appear that way, yes.

 4        Q.   The purchase order was issued in

 5   August 2013; right?                              18:49:08

 6        A.   Correct.  Yep.

 7        Q.   So this is June of 2014, and OSI had not

 8   yet delivered a lens that met specifications?

 9        A.   Correct.

10        Q.   Okay.                                   18:49:28

11             MS. SMITH:  Let's look at Exhibit 118.

12             (Dugrenier Deposition Exhibit 118 was

13             marked electronically.)

14             THE CONCIERGE:  Hit refresh, it should be

15   in your folder.                                   18:49:41

16   BY MS. SMITH:

17        Q.   Do you recognize Exhibit 118?

18        A.   I do, yep.

19        Q.   Okay.  And so, the bottom e-mail is an

20   e-mail from you dated June 3rd, 2014; is that right?  18:50:04

21        A.   Very bottom e-mail?

22        Q.   Yes.

23        A.   Looks like June 3rd; right?

24        Q.   Yes, June 3rd, 2014.  Mm-hmm.

25        A.   Yes, I see that.                        18:50:30
```

Page 244

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

```
 1     to element 7 before this?

 2          A.   I don't recall.

 3          Q.   Okay.  Did you try cementing element 8 to

 4     element 7 upon Brad's instructions here?

 5          A.   More than likely, yes.                    19:10:14

 6          Q.   Do you remember how that went?

 7          A.   I -- I don't.

 8          Q.   All right.

 9               MS. SMITH:  Let's go to Exhibit 124.

10               (Dugrenier Deposition Exhibit 124 was      19:10:30

11               marked electronically.)

12               THE CONCIERGE:  Hit refresh, and it should

13     be in your folder.

14     BY MS. SMITH:

15          Q.   All right.                                19:10:40

16               Do you recognize Exhibit 124?

17          A.   Yep, it's another e-mail from Brad to me

18     and Rich.

19          Q.   All right.

20               Let's go to the bottom -- or the last      19:10:51

21     page.  And the top e-mail on the last page is an

22     e-mail from you to Brad dated June 25th, 2014.

23               Do you see that?

24          A.   Say that one more time.

25          Q.   So the last page of the document --        19:11:11
```

Page 259

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

1    question?

2        Q.   Sure.   Okay.

3             So in your e-mail you say, "Element 8

4    can't be just hanging out.   The whole idea is that

5    E8 centers the stack within the housing and also        19:21:45

6    positions the stack axially."   So --

7        A.   Correct.

8        Q.   -- my -- my question is, that sounds like

9    element 8 is designed to do exactly what it is doing

10   right now; is that fair?                                 19:22:01

11       A.   That's fair, yes.

12       Q.   So to change element 8 and how it is fixed

13   in the housing, that would require a design change?

14       A.   Yes, that's -- that's fair.   If we were to

15   revamp the -- the approach, yes, that's -- that's --     19:22:24

16   that's true.

17       Q.   Okay.

18            MS. SMITH:   Let's look at Exhibit 125.

19            THE COURT REPORTER:   Actually, Counsel,

20   could we take a break?   We've been going over an        19:22:41

21   hour and a half.

22            MS. SMITH:   Yes, absolutely.   And I am

23   very close to being done, I promise.

24            THE WITNESS:   I was going to ask you how

25   much longer we have --                                   19:22:55

                                              Page 267

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

```
 1              MS. SMITH:  Yeah.

 2              THE WITNESS:  -- because I -- I agreed to

 3     seven hours, but we're past that now.

 4              THE VIDEOGRAPHER:  No, we're not.

 5              Let's go off the record.  We can discuss.   19:23:01

 6              Okay.  We're going off the record.  The

 7     time is 7:22 p.m., and this is the end of Media Unit

 8     Number 4.  One moment.

 9              (Short recess taken.)

10              THE VIDEOGRAPHER:  All right.  We are back   19:35:26

11     on the record at 7:35 p.m., and this is the

12     beginning of Media Unit Number 5.  Go ahead, please.

13              (Dugrenier Deposition Exhibit 125 was

14              marked electronically.)

15              MS. SMITH:  All right.                        19:35:45

16     BY MS. SMITH:

17        Q.   We entered Exhibit 125 during the break.

18     Would you mind taking a look.

19        A.   I see that now, yep.

20        Q.   Okay.  Do you recognize this exhibit?         19:36:08

21        A.   I do.

22        Q.   Okay.  All right.

23              And this is an e-mail from Brad to Rich

24     and to you on June 25th, 2014; right?

25        A.   Correct.                                       19:36:23
```

                                                    Page 268

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

```
 1        Q.   Okay.  All right.

 2             And Brad writes, "Guys, we're getting

 3   there but we are seriously running out of time."

 4             Do you see that?

 5        A.   I do.                               19:36:33

 6        Q.   Okay.  Do you know what Brad was referring

 7   to when he made that statement?

 8        A.   Just that I think we were at this point

 9   late in getting them the -- the lenses.

10        Q.   Okay.  And the last sentence of this    19:36:47

11   paragraph he says, "Every day that goes by without

12   us shipping dependable parts on a repeatable basis

13   is jeopardizing us as a supplier...."

14             Do you see that?

15        A.   I do see that, yes.                  19:37:03

16        Q.   Do you agree that OSI's status as a

17   supplier was jeopardized by not shipping dependable

18   parts on a repeatable basis?

19        A.   I can see that.

20        Q.   Do you agree with that?              19:37:24

21        A.   Yes.

22        Q.   All right.

23             MS. SMITH:   Let's look at Exhibit 126.

24             (Dugrenier Deposition Exhibit 126 was

25             marked electronically.)              19:37:33
```

Page 269

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

1           THE CONCIERGE:  It should be in your

2    folder, if you refresh.

3    BY MS. SMITH:

4         Q.   Do you recognize Exhibit 126?

5         A.   It's from Rich just to Brad.            19:38:06

6         Q.   If you scroll down to the bottom, the last

7    page, you write to Brad on July 9, 2014, "I just

8    tested the LC on that lens again, and this time got

9    0.7 and 1 micron."

10          Do you see that?                          19:38:28

11        A.   I do, yeah.

12        Q.   Okay.  And Brad responds, "We don't want

13   drifting!  We are about to lose the 25 micron job

14   with Nano.  It's taking us too long, and they are

15   looking else where."  [As read]                  19:38:47

16        A.   I do see that, yes.

17        Q.   Okay.  What is drifting?

18        A.   What is drifting?  When something moves I

19   guess over -- over time or without -- without being

20   manipulated.                                      19:39:08

21        Q.   And so you don't want drifting in the lens

22   assembly?

23        A.   No.

24        Q.   Okay.  And so Brad is telling you that

25   OSI's about to lose the 25-micron job with Nano;   19:39:20

                                              Page 270

CONFIDENTIAL SUBJECT TO THE PROTECTIVE ORDER

```
 1                   CERTIFICATE OF REPORTER
 2           I, Hanna Kim, a Certified Shorthand
 3   Reporter, do hereby certify:
 4           That prior to being examined, the witness
 5   in the foregoing proceedings was by me duly sworn to
 6   testify to the truth, the whole truth, and nothing
 7   but the truth;
 8           That said proceedings were taken before me
 9   at the time and place therein set forth and were
10   taken down by me in shorthand and thereafter
11   transcribed into typewriting under my direction and
12   supervision;
13           I further certify that I am neither
14   counsel for, nor related to, any party to said
15   proceedings, not in anywise interested in the
16   outcome thereof.
17           Further, that if the foregoing pertains to
18   the original transcript of a deposition in a federal
19   case, before completion of the proceedings, review
20   of the transcript [ ] was [ ] was not requested.
21           In witness whereof, I have hereunto
22   subscribed my name.
23   Dated:  10th day of June, 202
24
25           Hanna Kim CLR, CSR No. 13083
```

Page 284

# EXHIBIT 6

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
 5   OPTICAL SOLUTIONS, INC., a    )
     New Hampshire corporation,    )
 6                                 )
                 Plaintiff,        )Lead Case No.
 7                                 )5:18-cv-00417-BLF
                 vs.               )Case No.
 8                                 )5:18-cv-03276
     NANOMETRICS INCORPORATED, a   )
 9   Delaware corporation,         )
                                   )
10               Defendant.        )
     _____)
11
12
13
14
15         VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF
16                     ANDREW BARADA
17               Thursday, June 16, 2022
18                     Volume I
19
20               *** CONFIDENTIAL ***
21
22   Reported by:
     CARLA SOARES
23   CSR No. 5908
24   Job No. 5273390
25   Pages 1 - 323
```

Page 1

CONFIDENTIAL

```
 1    outcome.                                          09:08:34

 2           Counsel and everyone attending remotely

 3    will now state their appearances and affiliations

 4    for the record.

 5           If there are any objections to proceeding,   09:08:40

 6    please state them at the time of your appearance,

 7    beginning with the noticing attorney.

 8           MR. JOHNSON:  Good morning, everybody.

 9    Matt Johnson, Devine Millimet & Branch, on behalf of

10    Optical Solutions, Inc.  In the conference room with  09:08:53

11    me is my client, Bradley Piccirillo, but nobody else

12    is present.

13           MR. LENTON-YOUNG:  Remington Lenton-Young,

14    from Hoge Fenton, also with Optical Solutions, Inc.

15           MS. SMITH:  Good morning.  Amy Smith of       09:09:06

16    Cooley, counsel for Onto Innovation, formerly known

17    as Nanometrics.

18           MS. SANTIAGO:  Good morning.  Liz

19    Sanchez Santiago for defendant Onto Innovation, with

20    Cooley.                                            09:09:21

21           THE VIDEO OPERATOR:  Will the court

22    reporter please swear in the witness.

23                    ANDREW BARADA,

24    having been administered an oath, was examined and

25    testified as follows:                              09:09:25
```

Page 14

```
 1    time in order to place the PO.                     13:45:02

 2    BY MS. SMITH:

 3         Q    So the 20-week estimate was used to set

 4    the firm date of December 10th in the purchase

 5    order?                                             13:45:13

 6              MR. JOHNSON:  Objection.  Mischaracterizes

 7    the testimony.

 8              THE WITNESS:  All I can say is the

 9    December 10th date was based on an interpretation,

10    and honestly, I don't know how 20 weeks compares to   13:45:25

11    12-10 based on this date, but I'm assuming it's

12    somewhere in that range.

13              MS. SMITH:  One moment.  A window popped

14    up.

15              MR. JOHNSON:  The system is decent, but     13:46:33

16    it's still -- I hit a lot of wrong buttons.

17              MS. SMITH:  I think I held a button down

18    too long, and it didn't like that.

19              Here we go.  All right.  If we refresh our

20    browsers, it should be there.                     13:47:11

21              (Exhibit 174 was marked for identification

22         and is attached hereto.)

23              THE WITNESS:  174?

24    BY MS. SMITH:

25         Q    Yes, Exhibit 174, another e-mail.          13:47:20
```

Page 160

1          And if you look at the bottom e-mail on          13:47:25

2     the first page, it's an e-mail from Bruce Crawford

3     to you and others, dated July 9, 2013.

4          Do you see that?

5      A    From Bruce, the one to Brad and John and          13:47:41

6     Tony, dated July 9, 1:48 p.m.

7      Q    Yes.

8      A    Okay.  I see it.

9      Q    And do you see that you are also copied on

10    that e-mail?          13:47:53

11     A    I am copied on it, yes.

12     Q    If you scroll down further, do you see

13    that this is in response to Brad Piccirillo's

14    e-mail, attaching the quote that we just looked at?

15     A    Yes.          13:48:11

16     Q    And back to Bruce's e-mail to Brad

17    Piccirillo, he says, "Can we have a comparison slide

18    with expected outcomes against critical spec needs,

19    i.e., spot size, et cetera?"

20          Do you see that?          13:48:23

21     A    Yes.

22     Q    Did you have discussions with OSI about

23    the critical spec needs like spot size?

24     A    Yeah.  I mean, quite frankly, the entire

25    intent as well as the name of the lens and why we          13:48:38

Page 161

```
 1    the node out.  Again, you know, you're going to have       14:01:32

 2    a node that's going to be in production for a number

 3    of years past its leading edgeness, if you want to

 4    call it that, so a node could last, you know, three,

 5    five years.                                                 14:01:47

 6        Q   How long did the node last for TSMC?

 7        A   I don't know.

 8        Q   If Nanometrics missed a node, would that

 9    result in millions of dollars of lost revenue?

10        A   I don't --                                          14:02:08

11            MR. JOHNSON:  Objection.  Asked and

12    answered.

13            THE WITNESS:  I don't know.

14    BY MS. SMITH:

15        Q   Okay.  So back to this December 2013               14:02:16

16    deadline.

17            In your role on the project, you were

18    making it clear to OSI how important that deadline

19    was; is that right?

20            MR. JOHNSON:  Objection.  Foundation,              14:02:29

21    leading.

22            THE WITNESS:  Any supplier working on any

23    of my programs was clearly told what the

24    criticalness of their delivery is and their

25    requirements to meet a deliverable.                         14:02:43
```

Page 171

```
1    there were still so many open questions that still      14:16:31

2    remained obligated to -- I couldn't get an answer to

3    them.  So a lot of it was a chicken-and-egg type of

4    thing.

5              (Exhibit 176 was marked for identification    14:16:41

6         and is attached hereto.)

7    BY MS. SMITH:

8         Q    All right.  If you go back to your folder

9    and open up Exhibit 176.

10        A    Sure.  176.  Oh, this is new.              14:17:00

11        Q    All right.  Do you recognize Exhibit 176?

12        A    I'll zoom in so I can read it.

13             Okay.  John Leon to Tony Beddard.  So this

14   is from Brad in late November.  Okay.  We were

15   finishing with an issue in this time frame -- yeah.   14:17:39

16   So this is what we just talked about.

17        Q    OSI told Nanometrics that it would not

18   meet the end of 2013 time frame for delivering

19   lenses.

20             MR. JOHNSON:  Object to the form.  The     14:17:58

21   document speaks for itself.

22             THE WITNESS:  Then there's a time frame

23   here.  What's the date on this?  Late November?

24   Yeah, this was when I was having the conversations

25   with John.  Yeah.                                    14:18:15
```

Page 181

1    BY MS. SMITH:                                                14:18:16

2         Q    So the date of this e-mail from Brad

3    Piccirillo to John Leon and you is November 25th,

4    2013.

5              And was this OSI's communication to you         14:18:26

6    notifying you that the end of December 2013 would

7    not be when OSI was delivering lenses?

8         A    Yeah, because this would -- this would

9    dovetail with my pushing Brad to give me dates so

10   that I could, you know, figure out what my schedule     14:18:51

11   looked like.

12             And so based on this, he was talking

13   about, yeah, the February -- you know, delaying it

14   out into the February time frame.

15        Q    So Brad attached to his e-mail a schedule,     14:19:04

16   a proposed schedule for completing and shipping the

17   lenses; is that right?

18        A    Yes.

19        Q    And based on this, he was proposing to

20   ship lenses to Nanometrics on February 19, 2014?        14:19:21

21        A    Based on the schedule that's shown here,

22   yes.

23        Q    And how did that schedule impact your

24   overall need to get a tool to TSMC in a timely

25   manner?                                                  14:19:42

                                                             Page 182

CONFIDENTIAL

1        A    Obviously it would have a severe impact.        14:19:44

2    He was not the only one slipping stuff out.

3             But I know that it was a -- put a severe

4    crunch in our schedule in order to get that lens

5    in-house, tested, and qualified, and determined the        14:19:58

6    best configuration for shipment.

7        Q    So OSI's proposing to push back the

8    delivery of its lenses by two months from the

9    December 10, 2013, deadline?

10       A    You know, based on the fact that the final        14:20:15

11   design hadn't been completed in time to support that

12   original date, yes.

13       Q    As of this date, was the optical design

14   completed?

15       A    I'm going to have to say I don't recall        14:20:36

16   when that down was nailed down.  There were so many

17   changes that we made.  Small, simple, little things,

18   but as you saw, just changing to a conjugate -- to

19   an infinite conjugate, you know, significantly

20   changed the optical design.  So I'm going to have to        14:20:54

21   say honestly I don't recall.

22       Q    So changing from an infinite to a finite

23   conjugate, having two separate designs, do you know

24   what was involved in making those changes?

25             MR. JOHNSON:  Object to the form.  Calls        14:21:11

Page 183

CONFIDENTIAL

```
 1          A   Yes, I see that.                    14:41:14

 2          Q   And above that e-mail is John Leon's

 3    response.  And do you see that you're cc'd as well?

 4          A   Yes.

 5          Q   Okay.  And John Leon writes, "Brad, please   14:41:24

 6    call me to discuss options in which to recover the

 7    schedule back to December 2013."

 8              Do you see that?

 9          A   Yes.

10          Q   So John was trying to work with OSI to get   14:41:38

11    the lenses delivered by December 2013?

12          A   Yes.

13          Q   He goes on, "This schedule slip to

14    February 2014 causes unwelcomed jeopardy to our

15    business."                                    14:41:55

16              Do you see that?

17          A   Yes.

18          Q   And by pushing lens delivery to February

19    of 2014, that would jeopardize Nanometrics'

20    business?                                     14:42:05

21              MR. JOHNSON:  Object to form.

22    Speculation, foundation.

23              THE WITNESS:  Well, based on -- based on

24    our schedule, original commit, et cetera, yes.

25    ///                                           14:42:19
```

1    BY MS. SMITH:                                           14:42:19

2        Q    So based on Nanometrics's commitments for

3    delivery to TSMC, this would jeopardize that?

4        A    Yeah.

5        Q    All right.  Now, if you look at page 3,       14:42:43

6    bottom of page 3, there's an e-mail from you to

7    Brad, Tony Beddard, and John Leon.

8             Do you see that?

9        A    Bottoms of page 3?  Yes.  "I reviewed the

10   mechanical envelope," is that it?                       14:43:04

11       Q    Yes.

12       A    Okay.

13       Q    And you are providing information about

14   the mechanical envelope here?

15       A    Correct.  I assume.  I haven't read it,       14:43:13

16   but yes.

17       Q    Go ahead and take a chance to read it, and

18   then let me know if you agree that you're providing

19   information on the mechanical envelope.

20       A    Give me one moment.  Yes.                      14:43:25

21       Q    All right.  Now, bottom of page 2, there's

22   an e-mail from John Leon to Brad, you, and others,

23   dated November 26.

24             Do you see that?

25       A    I do.  8:58?                                   14:44:00

Page 191

```
 1              Do you see that in the third line of that          14:47:50

 2    paragraph?

 3         A    Let me go to it.  Hold on one second.

 4    Yeah.  Offering to pay costs.

 5         Q    So four paragraphs down, there's a                14:48:11

 6    one-line sense that says, "We have one shot at this,

 7    and it's a 'whatever it takes' mentality."

 8              Do you see that?

 9         A    With a smiley face.

10         Q    With a smiley face.  That's right.               14:48:21

11              So this was -- as you mentioned just now,

12    this was the mentality that Nanometrics was adopting

13    and asking OSI to adopt as well?

14         A    That is correct.

15              MR. JOHNSON:  Object to form.                    14:48:36

16    Speculation, foundation.

17              THE WITNESS:  Yes.

18    BY MS. SMITH:

19         Q    If you go back to your folder and look at

20    Exhibit 9 next, do you recognize Exhibit 9?                14:48:50

21         A    It's a little slow coming up.  Hold on.

22              Oh, another e-mail.  What a surprise.

23              Do I recognize this?  Sent to me from

24    Brad.  This was dated 12-18, 9:37 a.m.  "We do the

25    edging here."  Okay.                                       14:49:22
```

Page 195

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q   Do you -- strike that. | 14:49:28 |
| 2 | Did you receive this e-mail from Brad | |
| 3 | Piccirillo? | |
| 4 | A   This is the first time I've read it in | |
| 5 | eight years.  I assume I got it. | 14:49:35 |
| 6 | Q   You have no reason to believe you didn't | |
| 7 | receive it in December of 2013? | |
| 8 | (Interruption in audio/video.) | |
| 9 | MS. SMITH:  It looks like we lost him | |
| 10 | again. | 14:49:58 |
| 11 | Q   Mr. Barada, are you there? | |
| 12 | A   I'm back. | |
| 13 | Q   You're back.  Great.  Welcome back. | |
| 14 | A   Where are we? | |
| 15 | Q   I was asking if you had any reason to | 14:50:48 |
| 16 | believe that you did not receive this e-mail on | |
| 17 | December 18, 2013. | |
| 18 | A   No, I'm sure that I got it. | |
| 19 | Q   All right.  If you look at the bottom | |
| 20 | e-mail, it's an e-mail from Brad to you, | 14:51:03 |
| 21 | December 18, 2013, 8:35 a.m. | |
| 22 | Do you see that? | |
| 23 | A   12-18, 8:35.  I see that. | |
| 24 | Q   And Brad is telling you that he and Andy | |
| 25 | Dugrenier are not going to participate in the daily | 14:51:23 |

Page 196

CONFIDENTIAL

```
 1              I, the undersigned, a Certified Shorthand
 2    Reporter of the State of California, do hereby
 3    certify:
 4              That the foregoing proceedings were taken
 5    before me at the time and place herein set forth;
 6    that any witnesses in the foregoing proceedings,
 7    prior to testifying, were administered an oath; that
 8    a record of the proceedings was made by me using
 9    machine shorthand which was thereafter transcribed
10    under my direction; that the foregoing transcript is
11    a true record of the testimony given.
12              Further, that if the foregoing pertains to
13    the original transcript of a deposition in a Federal
14    Case, before completion of the proceedings, review
15    of the transcript [ ] was [x] was not requested.
16              I further certify I am neither financially
17    interested in the action nor a relative or employee
18    of any attorney or any party to this action.
19              IN WITNESS WHEREOF, I have this date
20    subscribed my name.
21
22    Dated: June 28, 2022
23
24                         Carla Soares
25                         CARLA SOARES
                           CSR No. 5908

                                          Page 323
```

# EXHIBIT 7

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN JOSE DIVISION
 4
 5   OPTICAL SOLUTIONS, INC., a    )
     New Hampshire corporation,    )
 6                                 )
                 Plaintiff,        )Lead Case No.
 7                                 )5:18-cv-00417-BLF
                     vs.           )Case No.
 8                                 )5:18-cv-03276
     NANOMETRICS INCORPORATED, a   )
 9   Delaware corporation,         )
                                   )
10               Defendant.        )
     _____)
11
12
13
14
15         VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF
16                   PATRICK KINNEY
17                Monday, May 16, 2022
18                    Volume I
19
20              *** CONFIDENTIAL ***
21
22   Reported by:
     CARLA SOARES
23   CSR No. 5908
24   Job No. 5234632
25   Pages 1 - 196
```

Page 1

CONFIDENTIAL

```
 1              MS. SANTIAGO:  Good morning.  Liz Sanchez        09:29:01

 2     Santiago, with Cooley, for defendant Onto.

 3              MR. LENTON-YOUNG:  Good morning.  This is

 4     Remington Lenton-Young, also on behalf of plaintiff,

 5     Optical Solutions, Inc.                                 09:29:12

 6                        PATRICK KINNEY,

 7     having been administered an oath, was examined and

 8     testified as follows:

 9              THE VIDEO OPERATOR:  Please proceed.

10              MR. JOHNSON:  Thank you.                        09:29:35

11                        EXAMINATION

12     BY MR. JOHNSON:

13         Q   Mr. Kinney, can you state your full name,

14     please?

15         A   Patrick Daniel Kinney.                           09:29:38

16         Q   Mr. Kinney, have you ever been deposed?

17         A   No.

18         Q   Okay.  I'm going to go over a few ground

19     rules for the process.

20              I'm going to ask you a series of                09:29:53

21     questions.  Please do your best to wait until I

22     finish my question, and then try to give your

23     answer.  I, too, will try to wait until you finish

24     your answer before asking another question.  That

25     way, the court reporter can keep track of what both     09:30:08
```

Page 16

1    remember that, although I -- I remember at some          10:17:45

2    point testing different combinations of lenses.

3    BY MR. JOHNSON:

4         Q   And why were you doing that, if you

5    recall?                                                   10:18:01

6         A   I think we were desperate to improve the

7    performance and having difficulty finding a

8    combination or finding -- we were hunting for a

9    combination that would meet the requirement, and we

10   were not finding it.                                      10:18:30

11        Q   Were you personally -- were you personally

12   involved in that hunt to find a combination of

13   lenses that worked?

14        A   On the 25-micron lens effort, I recall

15   personally being involved.                                10:19:01

16        Q   And tell me what you can remember of your

17   involvement in looking for combinations of lenses.

18        A   So I -- I think my basic memory was that

19   we received lenses, and we had a very short period

20   of time to -- before we wanted to demonstrate            10:19:38

21   something to the customer.   And we were not

22   achieving what we wanted to or what we had hoped to,

23   and then there was a desperate hunt for anything

24   that would potentially improve the spot size

25   performance.                                              10:20:11

Page 43

1          So I think there were what's called          10:20:18

2     shotgunning-type searches for any parameter or

3     adjustment or probably combination of different

4     lenses, trying to find something that would meet the

5     spot size requirement.                              10:20:44

6          Q    Mr. Kinney, is another term for that

7     "dysfunctional configuration"?

8          A    I don't know what that means.

9          Q    Mr. Kinney, in your role as a research

10    scientist, did you ever perform any system-level     10:21:07

11    tests on OSI 25-micron lenses that were operating

12    within an actual instrument?

13               MS. SMITH:   Objection.   Vague.

14               THE WITNESS:   Yeah, I guess it depends

15    what you mean by "system-level tests."   I don't know  10:21:27

16    what that means.

17    BY MR. JOHNSON:

18          Q    Sure.

19               Were you ever testing performance of a

20    Nanometrics instrument that contained OSI lenses      10:21:42

21    within it?

22          A    Yes.

23          Q    And describe that type of testing for me.

24          A    That would be -- the basic knife edge test

25    that I was using was a system-level test, and it was   10:22:06

Page 44

CONFIDENTIAL

```
 1              MR. JOHNSON:  Object.  Calls for          15:35:40

 2     speculation.

 3              THE WITNESS:  I think that was the hope.

 4     BY MS. SMITH:

 5         Q   And was Nanometrics going to use the T1    15:35:58

 6     and the T2 lens from OSI together on the same tool?

 7         A   That was the belief and the goal.

 8         Q   But that's not what ended up happening; is

 9     that right?  Nanometrics had to mix and match lenses

10     to get the best result that it could?             15:36:20

11         A   Yeah.  I think the outcome everybody

12     wanted was to receive the lenses and install them

13     and verify that from the spot size standpoint, we

14     were good to go.

15              And I think since that didn't happen, it  15:36:49

16     created kind of a little bit of an R&D crisis to

17     figure out what we were going to do.

18         Q   Do you recall why the -- or do you have an

19     understanding as to why the OSI 25-micron lenses

20     that were delivered in February did not achieve the 15:37:17

21     25-micron spot size requirement when tested

22     together?

23         A   I don't.  I think I could speculate about

24     possible explanations, but it would just be

25     speculation.                                       15:37:40
```

Page 171

1    Q   All right.  So -- and below the chart, it    15:49:40

2    says, "A smaller spot size was observed with

3    25-micron OSI lenses than modified JAW lens."

4        Do you see that?

5    A   Yep.    15:49:53

6    Q   So the smaller spot size was observed, but

7    did it still stay below 25-micron for the full

8    wavelength?

9    A   This chart is showing that it was above 25

10   for all but one range between 400- and    15:50:11

11   500-nanometer.

12   Q   Okay.  So is it fair to say that the

13   25-micron lens was smaller than the modified jaw

14   lens but still not meeting the 25-micron performance

15   requirement?    15:50:36

16       MR. JOHNSON:  Objection.

17       THE WITNESS:  That would be my conclusion

18   looking at this data, consistent with my memory of

19   there being a problem on spot size.

20   BY MS. SMITH:    15:50:58

21   Q   Earlier we looked at an e-mail that you

22   sent with the title "Christmas Comes Early."

23       Do you remember that e-mail?

24   A   Yes.

25   Q   And you mentioned a Hail Mary solution by    15:51:09

Page 179

```
 1    combining an OSI lens with a JAW lens.              15:51:11

 2            Do you recall that?

 3       A    Yep.

 4       Q    Had Nanometrics expected to combine

 5    different suppliers' lenses in that manner?        15:51:21

 6            MR. JOHNSON:  Objection.  Speculation.

 7            THE WITNESS:  I think that -- no, that was

 8    not the expectation.

 9            The expectation was that we would use two

10    OSI lenses, and we needed to test them after we     15:51:44

11    received them.  And I think if they had performed

12    differently, we would have happily used them

13    together.

14    BY MS. SMITH:

15       Q    And if you had been able to use them         15:52:19

16    together, you would have been able to avoid testing

17    different combinations of lenses?

18       A    Correct.

19       Q    Do you recall the results of the testing

20    of the two OSI lenses together?                     15:52:53

21       A    I don't have a memory of doing it, but I'm

22    looking at this data that -- the spots we just

23    looked at.

24            I saw earlier some other knife edge data

25    showing results from the two lenses together.  And  15:53:18
```

Page 180

1    JAW lens, meet the 25-micron spot size requirement?        15:58:50

2         A   I don't believe so.

3         Q   But Nanometrics still shipped that lens to

4    TSMC, right?

5         A   Yes.                                              15:59:09

6         Q   Would you agree that shipping the OSI lens

7    to TSMC does not necessarily mean that the lens met

8    the spot size requirements?

9             MS. SMITH:   Objection.   Calls for

10   speculation.                                               15:59:19

11            THE WITNESS:   It's my recollection that we

12   did not receive 25-micron spot size with any

13   combination of lenses.   And we shipped the best

14   result we could get.

15   BY MS. SMITH:                                              15:59:59

16        Q   So you shipped the best result you could

17   get even though it did not meet 25 microns?

18        A   That's my memory of it.

19            So I felt a little bad about -- I think

20   there was -- you know, it was not the, you know,         16:00:19

21   happy path, high-five situation.

22            We were kind of not sure if it would be

23   good enough for the customer, and it was not -- we

24   weren't hitting the -- what was understood to be the

25   internal requirement.                                     16:00:44

Page 184

1      Q    But it was the best you had, and you had a        16:00:49

2    deadline to meet; is that fair?

3      A    Yep.

4      Q    And after shipping that tool to TSMC on

5    March 7th, Nanometrics kept trying to improve the        16:01:02

6    spot size to be able to send an upgrade kit that met

7    the 25-micron requirement?

8           MR. JOHNSON:  Objection.  Speculation,

9    compound.

10          THE WITNESS:  I don't really recall.            16:01:20

11   BY MS. SMITH:

12     Q    So Nanometrics sent upgrade kits after

13   March 7th to TSMC; is that right?

14     A    That's my understanding from the

15   documents, and I have a vague memory of it.             16:01:40

16          I suspect there was ongoing effort to

17   continue working on the problem, that deadline.

18     Q    Were you involved in further testing of

19   OSI lenses after March 7th?

20     A    Possibly, but I don't have memory of it.        16:02:13

21          (Exhibit 72 was marked for identification

22        and is attached hereto.)

23   BY MS. SMITH:

24     Q    I just introduced another exhibit.  This

25   is 72.                                                  16:03:10

Page 185

CONFIDENTIAL

```
 1              Do you see that?                     16:06:11

 2      A    Yes.

 3          Q    Now, do any of these test results show

 4   that the tool -- excuse me -- Atlas 72 or the

 5   upgrade kits met the 25-micron spot size requirement    16:06:22

 6   throughout the entire wavelength?

 7              MR. JOHNSON:   Objection.

 8              THE WITNESS:   No.

 9   BY MS. SMITH:

10      Q    If you go down to page 15 of 16, the        16:07:02

11   heading there says, "Recommendations and

12   Conclusions."

13              Do you see that?

14      A    Yes.

15      Q    And under "D," it says, "SE lens supplier    16:07:19

16   OSI appears to be unable to manufacture the 2517

17   lens in a reliable manner, and lens pricing and

18   future availability is uncertain."

19              Do you see that?

20      A    Yes.                                       16:07:36

21      Q    Do you understand "2517 lens" to refer to

22   the OSI 25-micron lens?

23      A    I think that's what it is.  It doesn't

24   necessarily -- I'm not completely positive.

25      Q    Was it important for Nanometrics to be      16:08:00
```

Page 188

```
 1    able to count on its lens supplier to manufacture        16:08:02

 2    lenses in a reliable manner?

 3          A   Yes.

 4          Q   And was it important for Nanometrics to be

 5    able to count on its lens supplier to meet              16:08:16

 6    manufacturing schedules?

 7          A   Yes.

 8          Q   Did any of the lenses that you tested

 9    for -- excuse me.

10              Did any of the 25-micron OSI lenses that      16:08:35

11    you tested using the knife edge test meet the

12    25-micron spot size requirement?

13          A   I don't recall ever seeing a lens that

14    would meet that requirement of any type.

15              MS. SMITH:  If we can take, like, a           16:09:10

16    two-minute break, I'll be able to come back and let

17    you know if I have any further questions, but likely

18    not.

19              MR. JOHNSON:  Okay.

20              THE WITNESS:  Okay.                           16:09:18

21              MS. SMITH:  Thank you.

22              THE VIDEO OPERATOR:  All right.  We are

23    going off the record at 4:09 p.m.

24              (Recess, 4:09 p.m. - 4:12 p.m.)

25              THE VIDEO OPERATOR:  All right.  We're        16:12:39
```

Page 189

CONFIDENTIAL

1            I, the undersigned, a Certified Shorthand

2    Reporter of the State of California, do hereby

3    certify:

4            That the foregoing proceedings were taken

5    before me at the time and place herein set forth;

6    that any witnesses in the foregoing proceedings,

7    prior to testifying, were administered an oath; that

8    a record of the proceedings was made by me using

9    machine shorthand which was thereafter transcribed

10   under my direction; that the foregoing transcript is

11   a true record of the testimony given.

12           Further, that if the foregoing pertains to

13   the original transcript of a deposition in a Federal

14   Case, before completion of the proceedings, review

15   of the transcript [ ] was [X] was not requested.

16           I further certify I am neither financially

17   interested in the action nor a relative or employee

18   of any attorney or any party to this action.

19           IN WITNESS WHEREOF, I have this date

20   subscribed my name.

21

22   Dated: May 31, 2022

23                              *Carla Soares*

24                         CARLA SOARES

25                         CSR No. 5908

                                              Page 193

# EXHIBIT 8

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN JOSE DIVISION
 4
 5   OPTICAL SOLUTIONS, INC., a    )
     New Hampshire corporation,    )
 6                                 )
                 Plaintiff,        )Lead Case No.
 7                                 )5:18-cv-00417-BLF
                 vs.               )Case No.
 8                                 )5:18-cv-03276
     NANOMETRICS INCORPORATED, a   )
 9   Delaware corporation,         )
                                   )
10               Defendant.        )
     _____)
11
12
13
14
15
16        VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF
17                  DENNIS McALLISTER
18            Wednesday, December 15, 2021
19                     Volume I
20
21
22   Reported by:
     CARLA SOARES
23   CSR No. 5908
24   Job No. 4976123
25   Pages 1 - 212
```

                                              Page 1

```
1     will now state their appearances and affiliations        12:30:35

2     for the record.  If there are any objections to

3     proceeding, please state them at the time of your

4     appearance, beginning with the noticing attorney.

5            MS. SMITH:  My name is Amy Smith, from            12:30:49

6     Cooley, and I represent Nanometrics Incorporated,

7     which is now called Onto Innovation.

8            MR CLARK:  My name is Cameron Clark, and I

9     also represent Nanometrics, and I'll be here

10    supporting Amy.                                           12:31:08

11           MR. JOHNSON:  Matt Johnson, Devine

12    Milliment, on behalf of Dennis McAllister.

13           THE WITNESS:  Dennis McAllister, vice

14    president, operations, Opticraft, Incorporated.

15           THE VIDEO OPERATOR:  And Remington?              12:31:35

16           MR. LENTON-YOUNG:  Remington Lenton-Young,

17    of Hoge Fenton Johnson Appel, on behalf of OSI.

18           THE VIDEO OPERATOR:  Will the court

19    reporter please swear in the witness.

20                  DENNIS McALLISTER,                         12:31:47

21    having been administered an oath, was examined and

22    testified as follows:

23                    EXAMINATION

24    BY MS. SMITH:

25       Q   Hello, Mr. McAllister.  Nice to meet you.        12:32:04
```

Page 9

```
 1              THE WITNESS:  As an individual as opposed      15:23:59

 2    to --

 3    BY MS. SMITH:

 4         Q   Or did you sell the company to a company?

 5         A   The company was purchased by another           15:24:10

 6    company.

 7         Q   What was the name of that company?

 8         A   I believe they started a company called

 9    the Opticraft Acquisition Company, but I could be

10    mistaken.                                                15:24:27

11              MS. SMITH:  Just one moment.  Bear with

12    me.

13              (Exhibit 2 was marked for identification

14         and is attached hereto.)

15    BY MS. SMITH:                                            15:25:58

16         Q   I've just marked Exhibit No. 2 in your

17    "Marked Exhibits" folder.  If you could let me know

18    when you see it, we can start talking about it.

19              Mr. McAllister, do you see Exhibit 2?

20         A   Yes, I'm just going through it.  Or should      15:27:07

21    I not?

22         Q   Yes.  Feel free to take your time looking

23    through it.  My question will then be whether you

24    recognize this document.

25         A   Okay.  I -- I do recognize the document.       15:27:22
```

Page 83

```
 1           Q    What is it?                              15:27:26

 2           A    So this is the asset purchase agreement.

 3           Q    This is the asset purchase agreement

 4    between Opticraft Acquisition, Inc., and you, Dennis

 5    McAllister, and Opticraft, Inc.; is that correct?      15:27:57

 6           A    That is correct.

 7           Q    And Opticraft Acquisition Company is

 8    listed in paragraph 1 as the buyer; is that right?

 9           A    I have to scroll back up here.

10                Yes, that is correct.                     15:28:28

11           Q    Who owns Opticraft Acquisition Company?

12           A    Brad and Holly Piccirillo, I believe.

13           Q    After entering this agreement, who became

14    your new employer?   Which company?

15           A    Opticraft, Incorporated.                  15:29:10

16           Q    And in paragraph 1 of this asset purchase

17    agreement, it says, "This asset purchase agreement,"

18    defined as "this agreement," "entered into this 1st

19    day of July, 2015."

20                Do you see that?                          15:29:24

21           A    Yep.   Yes, I do.

22           Q    Is July 1, 2015, the date that Opticraft

23    was sold to Acquisition -- to Opticraft Acquisition

24    Company?

25           A    That seems correct.                       15:29:41
```

Page 84

| | | |
|---|---|---|
| 1 | Q   And this agreement is signed by you; is | 15:29:55 |
| 2 | that right?  You can look at page 18. | |
| 3 | A   Yeah, I'm just scrolling down here. | |
| 4 | Yes, that is my signature. | |
| 5 | Q   And you signed twice here; is that right? | 15:30:47 |
| 6 | A   I did. | |
| 7 | Q   Sorry.  Your signature appears twice on | |
| 8 | that page? | |
| 9 | A   That is correct. | |
| 10 | Q   Once as president of Opticraft? | 15:31:04 |
| 11 | A   That is also correct. | |
| 12 | Q   And once as Dennis McAllister | |
| 13 | individually? | |
| 14 | A   Yes. | |
| 15 | Q   Do you recognize the third signature on | 15:31:21 |
| 16 | that page? | |
| 17 | A   Brad Piccirillo. | |
| 18 | Q   And he's listed as president of Opticraft | |
| 19 | Acquisition Company; is that right? | |
| 20 | A   Yes. | 15:31:37 |
| 21 | Q   So if you can scroll up to Section 2.1, | |
| 22 | which is the second page of the document, we'll look | |
| 23 | at that. | |
| 24 | A   Okay. | |
| 25 | Q   Section 2.2 [sic], "Purchase Price," do | 15:32:16 |

Page 85

1                    I, the undersigned, a Certified Shorthand

2        Reporter of the State of California, do hereby

3        certify:

4                    That the foregoing proceedings were taken

5        before me at the time and place herein set forth;

6        that any witnesses in the foregoing proceedings,

7        prior to testifying, were administered an oath; that

8        a record of the proceedings was made by me using

9        machine shorthand which was thereafter transcribed

10       under my direction; that the foregoing transcript is

11       a true record of the testimony given.

12                   Further, that if the foregoing pertains to

13       the original transcript of a deposition in a Federal

14       Case, before completion of the proceedings, review

15       of the transcript [x] was [ ] was not requested.

16                   I further certify I am neither financially

17       interested in the action nor a relative or employee

18       of any attorney or any party to this action.

19                   IN WITNESS WHEREOF, I have this date

20       subscribed my name.

21       Dated: December 30, 2021

22

23

24            *Carla Soares*

25                            CARLA SOARES

                              CSR No. 5908

                                        Page 209

# EXHIBIT 9

EXHIBIT 3

-10- 3/

Crawford 31/22

PENGAD 800-631-6989

1  SHELLA DEEN, BAR NO. 149735
   shella.deen@hogefenton.com
2  DANIEL MARSH, BAR NO. 284948
   daniel.marsh@hogefenton.com
3  HOGE, FENTON, JONES & APPEL, INC.
   55 South Market Street, Suite 900
4  San Jose, California 95113-2324
   Telephone: 408.287.9501
5  Facsimile: 408.287.2583

6  MATTHEW JOHNSON (NH13076, PRO HAC VICE)
   mjohnson@devinemillimet.com
7  DEVINE, MILLIMET & BRANCH, P.A.
   111 Amherst Street
8  Manchester, NH 03101
   Telephone: (603) 695-8727
9  Facsimile: (603) 669-8547

10 Attorneys for Plaintiff
   OPTICAL SOLUTIONS, INC.

11

12                    UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

14

15 OPTICAL SOLUTIONS INC., a New           Case No. 5:18-cv-00417-BLF
   Hampshire corporation,                  (consolidated)
16
                  Plaintiff,               **PLAINTIFF OPTICAL SOLUTIONS,
17                                          INC.'S RESPONSE TO FIRST SET OF
            vs.                             INTERROGATORIES PROPOUNDED BY
18                                          DEFENDANT NANOMETRICS
   NANOMETRICS INCORPORATED, a             INCORPORATED**
19 Delaware corporation,

20                Defendant.

21

22 PROPOUNDING PARTY:      Defendant Nanometrics Incorporated

23 RESPONDING PARTY:       Plaintiff Optical Solutions, Inc.

24 SET NO.:                One

25        Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff Optical

26 Solutions, Inc. ("Responding Party" or "OSI") hereby submits these objections and

27 responses to the First Set of Interrogatories propounded by Defendant Nanometrics

28 Incorporated ("Propounding Party" or "Nanometrics").

4550631
                              -1-        Case No. 5:18-cv-00417-BLF (consolidated)

**PRELIMINARY STATEMENT**

Responding Party has not completed its investigation of the facts relating to this case, its discovery or its preparation for trial. All responses and objections contained herein are based only upon information that is presently available to and specifically known by Responding Party. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional facts and add meaning to known facts, as well as establish entirely new factual conclusions and legal contentions, all of which may lead to substantial additions to, changes in and variations from the responses set forth herein.

These responses, while based on diligent inquiry and investigation by Responding Party, reflect only the current state of Responding Party's knowledge, understanding, and belief, based upon the information reasonably available to it at this time. As this action proceeds, and further investigation and discovery are conducted, additional or different facts and information could be revealed to Responding Party. Moreover, Responding Party anticipates that Propounding Party may make legal or factual contentions presently unknown to and unforeseen by Responding Party which may require Responding Party to adduce further facts in rebuttal to such contentions. Consequently, Responding Party may not yet have knowledge and may not fully understand the significance of information potentially pertinent to these responses. Accordingly, these responses are provided without prejudice to Responding Party's right to rely upon and use any information that it subsequently discovers, or that was omitted from these responses as a result of mistake, inadvertence, surprise, or excusable neglect. Without in any way obligating itself to do so, Responding Party reserves the right to modify, supplement, revise, or amend these responses, and to correct any inadvertent errors or omissions which may be contained herein, in light of the information that Responding Party may subsequently obtain or discover.

Nothing in this response should be construed as an admission by Responding Party with respect to the admissibility or relevance of any fact or document, or of the truth

PLAINTIFF OPTICAL SOLUTIONS, INC.'S RESPONSE TO FIRST SET OF INTERROGATORIES
PROPOUNDED BY DEFENDANT NANOMETRICS INCORPORATED

1    or accuracy of any characterization or statement of any kind contained in Propounding

2    Party's interrogatories.

3         Each of the following responses is made solely for the purpose of this action.

4    Each response is subject to all objections as to relevance, materiality, and admissibility,

5    and to any and all objections on any ground that would require exclusion of any response

6    if it were introduced in court.  All objections and grounds are expressly reserved and may

7    be interposed at the time of trial, hearing, or otherwise.  Furthermore, each of the

8    objections contained herein is incorporated by reference as though fully set forth in each

9    response.

10        The following objections and responses are made without prejudice to Responding

11   Party's right to produce at trial, or otherwise, evidence regarding any subsequently

12   discovered information.  Responding Party accordingly reserves the right to modify and

13   amend any and all responses herein as research is completed and contentions are

14   made.

15        Nothing contained herein is to be construed as a waiver of any attorney-client

16   privilege, work product doctrine, or any other applicable privilege or doctrine.  To the

17   extent any interrogatory may be construed as calling for disclosure of information

18   protected from discovery by the attorney-client privilege, the work product doctrine, or

19   any other privilege or protection, a continuing objection to each and every such

20   interrogatory is hereby interposed.

21                        **GENERAL OBJECTIONS**

22        Responding Party generally objects to the Interrogatories as follows:

23        1.    Responding Party objects generally to the Interrogatories to the extent that

24   they seek to elicit information that is neither relevant to the subject matter of this action,

25   nor reasonably calculated to lead to the discovery of admissible evidence;

26        2.    Responding Party objects generally to the Interrogatories to the extent that

27   they are unreasonably overbroad in scope, and thus burdensome and oppressive, in that

28   each such request seeks information pertaining to items and matters that are not relevant

1  to the subject matter of this action, or, if relevant, so remote therefrom as to make its

2  disclosure of little or no practical benefit to Propounding Party, while placing a wholly

3  unwarranted burden and expense on Responding Party in locating, reviewing and

4  producing the requested information;

5       3.     Responding Party objects generally to the Interrogatories to the extent that

6  they are burdensome and oppressive, in that ascertaining the information necessary to

7  respond to them would require the review and compilation of information from multiple

8  locations, and voluminous records and files, thereby involving substantial time of

9  employees of Responding Party and great expense to Responding Party, whereas the

10  information sought to be obtained by Propounding Party would be of little use or benefit

11  to Propounding Party;

12       4.     Responding Party objects generally to the Interrogatories to the extent that

13  they are vague, uncertain, overbroad, and without limitation as to time or specific subject

14  matter;

15       5.     Responding Party objects generally to the Interrogatories to the extent that

16  they seek information at least some of which is protected by the attorney-client privilege

17  or the attorney work-product doctrine, or both;

18       6.     Responding Party objects generally to the Interrogatories to the extent that

19  they seek to have Responding Party furnish information that is a matter of the public

20  record or already within the possession of the Propounding Party, and therefore is

21  equally available to the Propounding Party as they are to Responding Party; and

22       7.     Responding Party objects generally to the Interrogatories to the extent that

23  they seek to have Responding Party furnish information that is proprietary to Responding

24  Party and contain confidential information.

25       8.     Responding Party objects to the interrogatories, and to any individual

26  interrogatory set forth therein, to the extent that they are compound and constitute an

27  impermissible effort to circumvent the 25 interrogatory limit set by Rule 33 of the Federal

28  Rules of Civil Procedure.

1       9.      Responding Party expressly incorporates each of the foregoing General

2   Objections into each specific response to the requests set forth below as if set forth in full

3   therein.  An answer to a request is not intended to be a waiver of any applicable specific

4   or general objection to such request.

5       Without waiver of the foregoing, Responding Party further responds as follows:

6                              **RESPONSES TO INTERROGATORIES**

7   **INTERROGATORY NO. 1:**

8       Please provide the following information for each OPTICAL LENS that OSI alleges

9   it provided to Nanometrics:

10      a. The specifications associated with the OPTICAL LENS;

11      b. The quote associated with the OPTICAL LENS;

12      c. The purchase order associated with the OPTICAL LENS;

13      d. The date OSI completed the design of the OPTICAL LENS;

14      e. The date OSI completed the production and/or manufacture of the OPTICAL

15      LENS;

16      f. The price at which OSI sold the OPTICAL LENS to NANOMETRICS;

17      g. The payment amount OSI received from NANOMETRICS for the OPTICAL

18      LENS;

19      h. The date that OSI shipped the OPTICAL LENS to NANOMETRICS; *and*

20      i. The date that the OPTICAL LENS was delivered to NANOMETRICS.

21  **RESPONSE TO INTERROGATORY NO. 1:**

22      Responding Party objects to this interrogatory to the extent it seeks the premature

23  disclosure of expert opinion.  Responding Party further objects to this interrogatory to the

24  extent it seeks Responding Party's confidential and proprietary information, constituting

25  trade secrets.  Responding Party provides its response to this interrogatory subject to the

26  January 28, 2019 Protective Order in this action.

27      Responding Party further objects to this interrogatory on the grounds that it is

28  overbroad, vague and ambiguous and calls for speculation as to the terms "OPTICAL

4550631                                          -5-         Case No. 5:18-cv-00417-BLF (consolidated)

1  LENS" and "design".  The terms "OPTICAL LENS" and "design" are not clearly defined in

2  the interrogatory.  Responding Party further objects that, as written, the interrogatory is

3  overly broad as to the term "OPTICAL LENS," in that the term "OPTICAL LENS,"

4  purports to include a multitude of lens types as well as individual lenses and the term

5  "design" is subject to multiple interpretations.

6         Responding Party further objects to this interrogatory to the extent it seeks

7  information already known to the Propounding Party or within the Propounding Party's

8  custody, possession, or control.

9         Responding Party further objects to the provision of information concerning the 40

10  micron lenses supplied by OSI to Nanometrics because the information sought as to

11  those lenses is overbroad, unduly burdensome, and not likely to lead to the discovery of

12  admissible evidence concerning any claim or defense associated with the design and

13  production of the 40 micron lenses.  Furthermore, all such requested information is

14  already within the possession of the Propounding Party.

15         Subject to and without waiving the foregoing objections, Responding Party

16  responds as follows:

17        a. Initially Nanometrics provided OSI with a document captioned "25μm Box

18           Refractive SE Lens Feasibility Study Specification."  This document indicated

19           that "Nanometrics seeks to develop a microscope objective lens for the RC2

20           spectroscopic ellipsometer (SE) that provides a system box size, based on a

21           99.5% ensquared energy box size criterium, of 25μm."  The document later

22           stated that "Nanometrics is in the process of determining the objective lens NA

23           and axial color required for a 25μm box size."  Propounding Party has this

24           document in its possession, custody or control.   Nanometrics then provided

25           OSI with a document captioned "25μm Box Refractive SE Lens Specification

26           Rev 3."  To the best of OSI's knowledge, other than the title of the document

27           and the inclusion of a Retardance Stability Criteria on page four of the

28           document, nothing else changed.  This document is also in Propounding

1  Party's possession, custody or control.  Discovery has just commenced and is

2  continuing. Responding Party reserves the right to add, alter, or vary the

3  response herein set forth or otherwise produce evidence subsequently

4  discovered or developed.

5  b.  The relevant quote was attached as an exhibit to Plaintiff's Fourth Amended

6  Complaint at Document 92-2.  Discovery has just commenced and is

7  continuing. Responding Party reserves the right to add, alter, or vary the

8  response herein set forth or otherwise produce evidence subsequently

9  discovered or developed.

10  c.  The relevant purchase orders were attached as an exhibit to Plaintiff's Fourth

11  Amended Complaint at Document 92-3 and 92-4. Discovery has just

12  commenced and is continuing. Responding Party reserves the right to add,

13  alter, or vary the response herein set forth or otherwise produce evidence

14  subsequently discovered or developed

15  d.  OSI completed the design for the 25 micron lens on or about December 12,

16  2013. Discovery has just commenced and is continuing. Responding Party

17  reserves the right to add, alter, or vary the response herein set forth or

18  otherwise produce evidence subsequently discovered or developed.

19  e.  f. and g. OSI produced 25 micron lenses over a period of time as reflected in

20  the chart set forth below. Discovery has just commenced and is continuing.

21  Responding Party reserves the right to add, alter, or vary the response herein

22  set forth or otherwise produce evidence subsequently discovered or

23  developed.

24

25

26

27

28

PLAINTIFF OPTICAL SOLUTIONS, INC.'S RESPONSE TO FIRST SET OF INTERROGATORIES
PROPOUNDED BY DEFENDANT NANOMETRICS INCORPORATED

| OSI Invoice # | Invoice Date | Invoice Amount | Date Paid | Payment # | Amount Paid |
|---|---|---|---|---|---|
| 3289 | 2/13/2014 | 2 @ $29,870 = $59,740 | 3/17/2014 | 110010538 / 1832 | $ 59,740.00 |
| 3307 | 4/14/2014 | 1 @ $29,870 = $29,870 | 5/16/2014 | 110011084 / 3600 | $ 29,870.00 |
| 3321 | 5/22/2014 | 1 @ $29,870 = $29,870 | 6/23/2014 | 110011442 / 4587 | $ 29,870.00 |
| 3328 | 6/13/2014 | 1 @ $29,870 = $29,870 | 7/14/2014 | 110011623 / 5308 | $ 29,870.00 |
| 3340 | 7/28/2014 | 1 @ $29,870 = $29,870 | 8/22/2014 | 110012077 / 6524 | $ 29,870.00 |
| 3341 | 7/31/2014 | 1 @ $29,870 = $29,870 | 9/19/2014 | 110012252 / 7273 | $ 29,870.00 |
| 3346 | 8/14/2014 | 2 @ $29,870 = $59,740 | 9/19/2014 | 110012252 / 7273 | $ 59,740.00 |
| 3348 | 8/21/2014 | 2 @ $29,870 = $29,870 | 10/23/2014 | 110012523 / 8191 | $ 59,740.00 |
| 3357 | 11/4/2014 | 2 @ $29,870 = $29,870 | 1/8/2015 | 110013030 / 0121 | $ 59,740.00 |
| 3388 | 3/18/2015 | 2 @ $29,870 = $29,870 | 4/22/2015 | 110013962 / 2840 | $ 59,740.00 |
| 3424 | 6/29/2015 | 2 @ $29,870 = $29,870 | 7/31/2015 | 110014843 / 5612 | $ 59,740.00 |
| 3458 | 10/15/2015 | 1 @ $29,870 = $29,870 | 12/3/2015 | 110015910 / 8668 | $ 29,870.00 |
| 3493 | 10/6/2016 | 6 @ $29,870 = 179,220 | 12/28/2016 | 110002143 / 9620 | $ 179,220.00 |

h. All of the lenses were shipped the date of the invoice and set to arrive the next day.  Discovery has just commenced and is continuing. Responding Party reserves the right to add, alter, or vary the response herein set forth or otherwise produce evidence subsequently discovered or developed.

i. OSI checked the following day after each shipment to ensure the shipment had been received by Nanometrics.  Discovery has just commenced and is continuing. Responding Party reserves the right to add, alter, or vary the response herein set forth or otherwise produce evidence subsequently discovered or developed.

**INTERROGATORY NO. 2:**

Did the ADDENDUM impose any REQUIREMENTS on OSI to design, manufacture, or produce OPTICAL LENSES for NANOMETRICS? If so, IDENTIFY all of OSI's REQUIREMENTS pursuant to the ADDENDUM, whether each REQUIREMENT was satisfied, and the consequences for OSI's failure to satisfy and REQUIREMENT.

**RESPONSE TO INTERROGATORY NO. 2:**

Responding Party objects to this interrogatory on the grounds that it seeks a legal conclusion.  Responding Party further objects to this interrogatory on the grounds that it is argumentative and speculative.

1    Responding Party further objects to this interrogatory on the grounds that it is
2  burdensome as written with its incorporation of a vague and overly broad definition of the
3  term "REQUIREMENTS."  Responding Party interprets the term "REQUIREMENTS" to
4  have its commonly used meaning.  Responding Party further objects to this interrogatory
5  on the grounds that it is vague and ambiguous as to the term "OPTICAL LENS."  The
6  term "OPTICAL LENS" is not clearly defined in the interrogatory.  Responding Party
7  further objects that, as written, the interrogatory is overly broad as to the term "OPTICAL
8  LENS," in that the term "OPTICAL LENS," purports to include a multitude of lens types as
9  well as individual lenses.

10    Responding Party further objects to this interrogatory to the extent it seeks
11  information already known to the Propounding Party or within the Propounding Party's
12  custody, possession, or control.

13    Subject to and without waiving the foregoing objections, Responding Party
14  responds as follows:

15  The Exclusivity Agreement found at Document 92-5 required Nanometrics to offer OSI
16  the opportunity to meet the specifications and commercial product performance
17  specifications established by Nanometrics and provided by Nanometrics to OSI.
18  Nanometrics provided the specifications for the 40 micron and 25 micron lens projects
19  but did not provide any specifications for future lens projects as required by the
20  Exclusivity Agreement.  Once the specifications were provided, OSI had to design lenses
21  that met the design specifications and commercial product performance specifications
22  provided to it by Nanometrics.  If, after notice, OSI could not meet the design
23  specifications and commercial product performance specifications, then, and only then,
24  could Nanometrics purchase such lenses from an alternative supplier. Discovery has just
25  commenced and is continuing. Responding Party reserves the right to add, alter, or vary
26  the response herein set forth or otherwise produce evidence subsequently discovered or

4550631                                                  -9-        Case No. 5:18-cv-00417-BLF (consolidated)

1   developed.

2   **INTERROGATORY NO. 3:**

3       For all damages, lost revenue, and EXPENDITURES that OSI claims as damages,

4   IDENTIFY the date(s) the alleged damages were incurred, how the alleged damages are

5   calculated, all efforts to mitigate the alleged damages, and the amount of damages that

6   have been mitigated.

7   **RESPONSE TO INTERROGATORY NO. 3:**

8       Responding Party objects to this interrogatory on the grounds it seeks information

9   protected from disclosure by the attorney-client privilege, work product doctrine, and/or

10   seeks the premature disclosure of expert opinion.

11       Responding Party further objects to this interrogatory on the grounds that it seeks

12   a legal conclusion.  Responding Party further objects to this interrogatory on the grounds

13   that it is argumentative.  Responding Party further objects to this interrogatory on the

14   grounds that it is speculative.

15       Responding Party further objects to this interrogatory on the grounds that it is

16   burdensome as written with its incorporation of a vague and overly broad definition of the

17   term "EXPENDITURES."  Responding Party interprets the term "expenditures" to have its

18   commonly used meaning.

19       Responding Party further reserves the right to revise, amend or supplement this

20   answer because discovery is ongoing and most of the information for Responding Party

21   to determine the full extent of its damages is in the possession of the Propounding Party.

22       Responding Party further objects to this interrogatory on the grounds that it

23   requires a compilation and/or summary.  Responding Party further objects to this

24   interrogatory on the grounds that it is overly broad as to scope, unduly burdensome, and

25   oppressive.  The subparts contained in this interrogatory result in this set of

26   interrogatories exceeding the 25 interrogatory limit provided for in Federal Rule of Civil

27   Procedure 33(a)(1).

28

4550631

-10-    Case No. 5:18-cv-00417-BLF (consolidated)

PLAINTIFF OPTICAL SOLUTIONS, INC.'S RESPONSE TO FIRST SET OF INTERROGATORIES
PROPOUNDED BY DEFENDANT NANOMETRICS INCORPORATED

1    Subject to and without waiving the foregoing objection, Responding Party

2   responds as follows:

3    On January 15, 2013, OSI purchased 1 Larsen Radial Arm Polisher for $10,000.

4   Between August 2, 2013 and August 7, 2013, OSI purchased two ultra precision CNC

5   lathes with associated hardware and software and a high precision centering machine for

6   $838,606.  On August 16, 2013, OSI purchased a Zygo 4 inch Verifire Interferometer for

7   $145,189.35. On September 27, 2013, OSI purchased Laser Mill Optical Tables for

8   $8,250.00.  Also in September 2013, OSI purchased two additional high precision

9   machines for grinding and polishing micro lenses for approximately $310,300.  On

10   October 4, 2013, OSI purchased a Nanotech WECS for $15,850.00.  On December 2,

11   2013, OSI spent another $163,200 for equipment necessary to support future

12   manufacturing needs.  On February 4, 2014, OSI purchased at Abtech Thickness

13   Comparative Gauge for $15,363.00.  On April 11, 2014, OSI purchased an OptiPro

14   Airblast Upgrade for $4690.00.  On December 15, 2014, OSI purchased 1 spindle arcing

15   polisher – Model ARP102 for $36,300.00.  On March 5, 2015 OSI purchased a Larsen

16   Refurbished ARP-102 for $3,500.  On April 21, 2015, OSI placed another purchase order

17   for $147,100 for equipment to support OSI's manufacturing needs.  On June 18, 2015,

18   OSI purchased MATLAB software for $3,150.00.  Finally, OSI negotiated the purchase of

19   and closed on the acquisition of Opticraft, Inc. for the price of $1,700,000 in cash and

20   assumed liabilities.  This acquisition was made so that OSI would be in position to meet

21   Nanometrics' commercial requirements.  All of these capital expenditures were made in

22   reliance on the Exclusivity Agreement.

23    OSI also lost profits on the last round of 40 micron lenses when Nanometrics

24   terminated the purchase order improperly.  OSI cannot presently calculate the lost profits

25   on the canceled purchase order for 40 micron lenses because this information is in the

26   possession of Propounding Party and OSI is still evaluating whether Nanometrics'

27   provided documents to permit OSI to make such calculations.

28

4550631                                          -11-        Case No. 5:18-cv-00417-BLF (consolidated)

1    OSI cannot presently calculate the lost profits on the 25 micron lenses it should
2    have been able to sell to Nanometrics because this information needed to make this
3    calculation is in the possession of Propounding Party and OSI is still evaluating whether
4    Nanometrics' provided sufficient documents to permit OSI to make such calculations.

5    OSI cannot calculate the lost profits on the future lenses OSI should have been
6    given the opportunity to design and produce for Nanometrics because this information is
7    in the possession of Propounding Party and OSI is still evaluating whether Nanometrics'
8    provided any documents to permit OSI to make such calculations.

9    Nanometrics' has never provided notice to OSI that it is terminating the Exclusivity
10   Agreement, so it is OSI's position that it must remain ready to perform its obligations
11   under the Exclusivity Agreement.  OSI believes it is still entitled to receive the
12   specifications for the future lens projects outlined in the Exclusivity Agreement.  Further, ,
13   the work OSI committed to perform for Nanometrics is extremely specialized so there is
14   no ready or easy way to mitigate the losses OSI suffered as a result of Nanometrics'
15   conduct as alleged in the pleadings.  OSI has continued to conduct business and solicit
16   work from other suppliers but cannot come close to matching the long-term revenue
17   potential it should have earned from the Exclusivity Agreement.  The universe of entities
18   that require state of the art specialized small spot optical lenses is very limited.  OSI has
19   tried to find replacement work but cannot come close to the volume envisioned by the
20   Exclusivity Agreement.  The equipment purchased for the Nanometrics' project is also not
21   easily recalibrated to be used in other projects.  To the extent it can, OSI has repurposed
22   such equipment but such repurposing is also dependent on having comparable projects,
23   which have been difficult to find.

24   Finally, the other loss that OSI has suffered is that the Exclusivity Agreement
25   dramatically increased the overall value of OSI as an enterprise.  Nanometrics' conduct
26   stripped OSI of all of that value, which cannot be replaced or replicated.

27

28

PLAINTIFF OPTICAL SOLUTIONS, INC.'S RESPONSE TO FIRST SET OF INTERROGATORIES
PROPOUNDED BY DEFENDANT NANOMETRICS INCORPORATED

1    Discovery has just commenced and is continuing. OSI is still evaluating all of the

2    information provided and to be provided in this case and reserves the right to revise,

3    amend, or supplement this answer as needed or otherwise produce evidence

4    subsequently discovered or developed.

5    DATED:  September 27, 2021          HOGE, FENTON, JONES & APPEL, INC.

6

7                                                  By:  _____/s/ Shella Deen_____

8                                                       Shella Deen
                                                       Attorneys for Plaintiff
9                                                       OPTICAL SOLUTIONS, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4550631
                                        -13-      Case No. 5:18-cv-00417-BLF (consolidated)
            PLAINTIFF OPTICAL SOLUTIONS, INC.'S RESPONSE TO FIRST SET OF INTERROGATORIES
                      PROPOUNDED BY DEFENDANT NANOMETRICS INCORPORATED

## VERIFICATIONS

I, Bradley J. Piccirillo, am the President and an authorized agent for Plaintiff Optical Solutions, Inc. I have read the foregoing: PLAINTIFF OPTICAL SOLUTIONS, INC.'S RESPONSES TO FIRST SET OF INTERROGATORIES PROPOUNDED BY DEFENDANT NANOMETRICS INCORPORATED. I am informed and believe that the matters stated herein are true and correct.

I declare under oath and under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 27, 2021, at Charlestown, New Hampshire.

Bradley J. Piccirillo

4550631

-14-   Case No. 5:18-cv-00417-BLF (consolidated)

PLAINTIFF OPTICAL SOLUTIONS, INC.'S RESPONSE TO FIRST SET OF INTERROGATORIES
PROPOUNDED BY DEFENDANT NANOMETRICS INCORPORATED

# EXHIBIT 10

1  DANIEL BALLESTEROS, BAR NO. 142300
   dan.ballesteros@hogefenton.com
2  STEPHANIE O. SPARKS, BAR NO. 218438
   sos@hogefenton.com
3  REMINGTON LENTON-YOUNG, BAR NO. 295392
   Remington.lenton-young@hogefenton.com
4  HOGE, FENTON, JONES & APPEL, INC.
   55 South Market Street, Suite 900
5  San Jose, California 95113-2324
   Telephone: 408.287.9501
6  Facsimile: 408.287.2583

7  MATTHEW JOHNSON (NH13076, PRO HAC VICE)
   mjohnson@devinemillimet.com
8  DEVINE, MILLIMET & BRANCH, P.A.
   111 Amherst Street
9  Manchester, NH 03101
   Telephone: (603) 695-8727
10 Facsimile: (603) 669-8547

11 Attorneys for Plaintiff
   OPTICAL SOLUTIONS, INC.

12

13                    UNITED STATES DISTRICT COURT

14        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

15

16 | OPTICAL SOLUTIONS INC., a New        | Case No. 5:18-cv-00417-BLF (consolidated)
   | Hampshire corporation,               |
17 |                                      | **PLAINTIFF OPTICAL SOLUTIONS,**
   |                 Plaintiff,           | **INC.'S RESPONSES TO FIRST SET OF**
18 |                                      | **REQUESTS FOR ADMISSION**
   |            vs.                       |
19 |                                      |
   | NANOMETRICS INCORPORATED, a          |
20 | Delaware corporation,                |
   |                                      |
21 |                 Defendant.           |

22

23

24

25

26

27

28

PLAINTIFF OPTICAL SOLUTIONS, INC.'S RESPONSES TO FIRST SET OF REQUESTS FOR ADMISSIONS
BY NANOMETRICS INCORPORATED

1

2 **PLAINTIFF OPTICAL SOLUTIONS, INC.'S RESPONSES TO**

3 **DEFENDANT NANOMETRICS INCORPORATED'S**

4 **FIRST SET OF REQUESTS FOR ADMISSION**

5

6 PROPOUNDING PARTY:      Defendant NANOMETRICS INCORPORATED

7 RESPONDING PARTY:        Plaintiff OPTICAL SOLUTIONS, INC.

8 SET NO.:                          ONE

9         Pursuant to Rule 36 of the Federal Rules of Civil Procedure, the Plaintiff, Optical Solutions,

10 Inc. ("OSI"), by and through its attorneys, Devine, Millimet & Branch, P.A., responds to the

11 following requests for admission (the "Requests") propounded by the Defendant, Nanometrics

12 Incorporated:

13                          **<u>GENERAL OBJECTIONS</u>**

14         1.      OSI objects to these Requests to the extent they ask OSI to admit questions of law.

15         2.      OSI objects to the definitions contained in these Requests to the extent that they seek

16 to expand OSI's obligations beyond those required by the applicable law and are vague and

17 confusing.

18         3.      OSI objects to the extent that these Requests seek information protected by the

19 attorney/client privilege and/or the attorney/work product doctrine.

20         4.      OSI objects to these Requests to the extent they seek answers to questions for which

21 OSI lacks information.

22         5.      OSI objects to these Requests to the extent they seek the premature disclosure of

23 expert opinion.

24         6.      OSI's responses are based on its knowledge, information and belief at this time.  OSI

25 reserves the right to amend, supplement, revise or otherwise alter these answers to Requests at any

26 time if it discovers any additional relevant information.

27         7.      OSI objects to the definition of "DESIGN SPECIFICATION" as that definition is

28 inconsistent with the evidence in this case and designed to be intentionally misleading.

8.      OSI objects to the definition of "Relevant Time Period" as being beyond the scope of what is calculated to lead to the discovery of relevant and admissible evidence.  The appropriate time period should be limited to the date Nanometrics ceased ordering optical lenses from OSI.

9.      Each of these general objections is incorporated by reference into each of OSI's responses to Defendant's Requests as if fully set forth in response to each specific Request.

## I.    REQUESTS FOR ADMISSION.

**REQUEST FOR ADMISSION NO. 1:**

Admit that one or more 25 MICRON LENSES that YOU shipped to NANOMETRICS exceeded 2 microns lateral color.

**RESPONSE:**

OSI can neither admit nor deny this Request because OSI is unable to know whether the lateral color bench test results from the lateral color bench provided to OSI from Nanometrics are accurate and OSI was never provided raw data on Nanometrics' test results or information to allow OSI to validate any potential Nanometrics' test results.

**REQUEST FOR ADMISSION NO. 2:**

Admit that the 25 MICRON LENS (Serial Number T1 #001) YOU shipped to NANOMETRICS on February 13, 2014 exceeded 2 microns lateral color.

**RESPONSE:**  OSI can neither admit nor deny this Request because OSI is unable to know whether the lateral color bench test results from the lateral color bench provided to OSI from Nanometrics are accurate and OSI was never provided raw data on Nanometrics' test results or information to allow OSI to validate any potential Nanometrics' test results.

**REQUEST FOR ADMISSION NO. 3:**

Admit that the 25 MICRON LENS (Serial Number T2 #001) YOU shipped to NANOMETRICS on February 13, 2014 exceeded 2 microns lateral color.

**RESPONSE:**  OSI can neither admit nor deny this Request because OSI is unable to know whether the lateral color bench test results from the lateral color bench provided to OSI from Nanometrics are accurate and OSI was never provided raw data on Nanometrics' test results or

PLAINTIFF OPTICAL SOLUTIONS, INC.'S RESPONSES TO FIRST SET OF REQUESTS FOR ADMISSION BY DEFENDANT NANOMETRICS INCORPORATED

1  information to allow OSI to validate any potential Nanometrics' test results.

2  **REQUEST FOR ADMISSION NO. 4:**

3      Admit that the 25 MICRON LENS (Serial Number T2 #002) YOU shipped to

4  NANOMETRICS on April 14, 2014 exceeded 2 microns lateral color.

5      <u>**RESPONSE:**</u>  OSI can neither admit nor deny this Request because OSI is unable to know

6  whether the lateral color bench test results from the lateral color bench provided to OSI from

7  Nanometrics are accurate and OSI was never provided raw data on Nanometrics' test results or

8  information to allow OSI to validate any potential Nanometrics' test results.

9  **REQUEST FOR ADMISSION NO. 5:**

10     Admit that the 25 MICRON LENS (Serial Number T2 #003) YOU shipped to

11 NANOMETRICS on May 22, 2014 exceeded 2 microns lateral color.

12     <u>**RESPONSE:**</u>  OSI can neither admit nor deny this Request because OSI is unable to know

13 whether the lateral color bench test results from the lateral color bench provided to OSI from

14 Nanometrics are accurate and OSI was never provided raw data on Nanometrics' test results or

15 information to allow OSI to validate any potential Nanometrics' test results.

16 **REQUEST FOR ADMISSION NO. 6:**

17     Admit that 25 MICRON LENSES that exceeded 2 microns lateral color failed to meet the

18 DESIGN SPECIFICATIONS.

19     <u>**RESPONSE:**</u>  Denied.  The design specifications make it clear that meeting this requirement

20 is not mandatory at the prototype stage or if other specifications are met that achieves the desired

21 result and NANOMETRICS advised OSI that the specification could be adjusted when the

22 production design specifications were finalized.

23 **REQUEST FOR ADMISSION NO. 7:**

24     Admit that one or more 25 MICRON LENSES YOU shipped to NANOMETRICS exceeded

25 65 microns axial color.

26     <u>**RESPONSE:**</u>  OSI can neither admit or deny this request because it lacks the raw data from

27 Nanometrics' testing and lacks information to confirm the validity of any Nanometrics' testing.

28 Furthermore, this axial color limit was not part of the feasibility study specification.

1  **REQUEST FOR ADMISSION NO. 8:**

2      Admit that YOU could not test or measure the 25 MICRON LENSES for spot size.

3      **RESPONSE:**  Admitted.

4  **REQUEST FOR ADMISSION NO. 9:**

5      Admit that YOU did not have the equipment to test or measure the 25 MICRON LENSES

6  for spot size.

7      **RESPONSE:**  Admitted.  NANOMETRICS never provided an Instrument to allow OSI to

8  perform this test.

9  **REQUEST FOR ADMISSION NO. 10:**

10      Admit that NANOMETRICS' test results determined whether the 25 MICRON LENSES

11  met the DESIGN SPECIFICATIONS.

12      **RESPONSE:**  Denied.

13  **REQUEST FOR ADMISSION NO. 11:**

14      Admit that the 25 MICRON LENSES that did not achieve 25 micron spot size throughout

15  the 190-1700nm wavelength in NANOMETRICS' products failed to meet the DESIGN

16  SPECIFICATIONS.

17      **RESPONSE:**  Denied. Nanometrics changed the design specifications.  Furthermore,

18  Nanometrics' reports demonstrate that OSI lenses met performance targets set by Nanometrics'

19  applications team.

20  **REQUEST FOR ADMISSION NO. 12:**

21      Admit that NANOMETRICS never told YOU that the 25 MICRON LENSES achieved the

22  25 micron spot size requirement.

23      **RESPONSE:**  Admitted.

24  **REQUEST FOR ADMISSION NO. 13:**

25      Admit that the DESIGN SPECIFICATIONS for the 25 MICRON LENSES did not change

26  after August 2013.

27      **RESPONSE:**  Denied.

28

PLAINTIFF OPTICAL SOLUTIONS, INC.'S RESPONSES TO FIRST SET OF REQUESTS FOR ADMISSION
BY DEFENDANT NANOMETRICS INCORPORATED

**REQUEST FOR ADMISSION NO. 14:**

Admit that NANOMETRICS never told YOU that the 25 MICRON LENSES met all DESIGN SPECIFICATIONS.

**RESPONSE:** Denied. Mr. Thompson provided data showing qualification lenses meeting design specifications.

**REQUEST FOR ADMISSION NO. 15:**

Admit that NANOMETRICS never told you that NANOMETRICS qualified the 25 MICRON LENSES for production.

**RESPONSE:** Denied. Mr. Thompson provided data on qualification lenses that met design specifications.

**REQUEST FOR ADMISSION NO. 16:**

Admit that YOU did not disclose all prescription information to NANOMETRICS for its review of the 25 MICRON LENS design.

**RESPONSE:** Admitted.

**REQUEST FOR ADMISSION NO. 17:**

Admit that YOU did not make any changes to the design for the 25 MICRON LENS after December 2013.

**RESPONSE:** Admitted.

**REQUEST FOR ADMISSION NO. 18:**

Admit that YOU did not make any changes to the assembly process for the 25 MICRON LENSES after December 2013.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 19:**

Admit that YOU did not receive approval or authorization from NANOMETRICS to change the design or assembly process for the 25 MICRON LENSES after December 2013.

**RESPONSE:** Denied. OSI constantly collaborated with NANOMETRICS and informed NANOMETRICS' of any updates in the process.

1  **REQUEST FOR ADMISSION NO. 20:**

2        Admit that on July 9, 2013, YOU represented to NANOMETRICS that YOU would deliver

3  the initial 16 units of 25 MICRON LENSES within 20 weeks.

4        **RESPONSE:**  OSI admits only that this was the initial delivery estimate pursuant to the

5  feasibility study specifications based on then existing information which NANOMETRICS later

6  changed.

7  **REQUEST FOR ADMISSION NO. 21:**

8        Admit that in the AUGUST PURCHASE ORDER between YOU and NANOMETRICS,

9  YOU agreed to deliver 25 MICRON LENSES to NANOMETRICS by December 10, 2013.

10        **RESPONSE:**  OSI admits only that this was the initial deadline later amended by

11  NANOMETRICS after it required OSI to make design and mechanical changes in the late fall of

12  2013.

13  **REQUEST FOR ADMISSION NO. 22:**

14        Admit that YOU did not deliver any 25 MICRON LENSES to NANOMETRICS by

15  December 10, 2013.

16        **RESPONSE:**  OSI admits only that it was unable to deliver lenses by that date because it

17  lacked critical information from NANOMETRICS.

18  **REQUEST FOR ADMISSION NO. 23:**

19        Admit that YOU were required to meet delivery schedules for the 25 MICRON LENSES set

20  by NANOMETRICS.

21        **RESPONSE:**  Denied.

22  **REQUEST FOR ADMISSION NO. 24:**

23        Admit that NANOMETRICS set January 30, 2014 as a delivery deadline for 25 MICRON

24  LENSES.

25        **RESPONSE:**  OSI admits only that NANOMETRICS made that request for early delivery.

26  The contractual deadline was September 30, 2014.

27  **REQUEST FOR ADMISSION NO. 25:**

28        Admit that YOU did not deliver any 25 MICRON LENSES to NANOMETRICS by January

1    30, 2014.

2         **RESPONSE:**  Admitted because NANOMETRICS' made design and assembly changes.

3    **REQUEST FOR ADMISSION NO. 26:**

4         Admit that NANOMETRICS set February 7, 2014 as a delivery deadline for 25 MICRON

5    LENSES.

6         **RESPONSE:**  OSI admits only that NANOMETRICS made that request for early delivery.

7    The contractual deadline was September 30, 2014.

8    **REQUEST FOR ADMISSION NO. 27:**

9         Admit that YOU did not deliver any 25 MICRON LENSES to NANOMETRICS by

10   February 7, 2014.

11        **RESPONSE:**  Admitted because NANOMETRICS' made design and assembly changes.

12   **REQUEST FOR ADMISSION NO. 28:**

13        Admit that YOU shipped YOUR first two 25 MICRON LENSES to NANOMETRICS

14   (Serial Numbers T1 #001 and T2 #001) on February 13, 2014.

15        **RESPONSE:**  Admitted.

16   **REQUEST FOR ADMISSION NO. 29:**

17        Admit that on February 17, 2014, NANOMETRICS told YOU the first two 25 MICRON

18   LENSES YOU shipped to NANOMETRICS did not meet the lateral color specifications and YOU

19   needed "to replace them as soon as possible."

20        **RESPONSE:**  OSI admits only that this was NANOMETRICS' statement.  OSI had no way

21   to verify the accuracy of this statement because it was not provided any actual raw test data and OSI

22   could not test for lateral color at that time.

23   **REQUEST FOR ADMISSION NO. 30:**

24        Admit that YOU shipped YOUR third 25 MICRON LENS (Serial Number T2 #002) on

25   April 14, 2014.

26        **RESPONSE:**  Admitted.

27   **REQUEST FOR ADMISSION NO. 31:**

28        Admit that YOU knew YOUR third 25 MICRON LENS (Serial Number T2 #002) did not

1  meet the lateral color specifications of 2 microns or less when YOU shipped it.

2  **RESPONSE:**  OSI can neither admit nor deny this Request because OSI is unable to know

3  whether the lateral color bench test results from the lateral color bench provided to OSI from

4  Nanometrics are accurate and OSI was never provided raw data on Nanometrics' test results or

5  information to allow OSI to validate any potential Nanometrics' test results.

6  **REQUEST FOR ADMISSION NO. 32:**

7  Admit that YOU told NANOMETRICS YOU would ship YOUR fourth 25 MICRON LENS

8  (Serial Number T2 #003) to NANOMETRICS by April 30, 2014.

9  **RESPONSE:**  OSI admits only that this was an estimated date to try to accommodate

10  NANOMETRICS' early delivery request.

11  **REQUEST FOR ADMISSION NO. 33:**

12  Admit that YOU did not ship YOUR fourth 25 MICRON LENS (Serial Number T2 #003)

13  to NANOMETRICS until May 22, 2014.

14  **RESPONSE:**  Admitted.

15  **REQUEST FOR ADMISSION NO. 34:**

16  Admit that NANOMETRICS informed YOU that the May 22, 2014 ship date for the fourth

17  24 MICRON LENS (Serial Number T2 #003) "will severely jeopardize our customer commitment."

18  **RESPONSE:**  OSI admits only that NANOMETRICS made this statement in an email but

19  OSI has no way to verify the accuracy of this statement as NANOMETRICS kept OSI completely

20  in the dark on how it used OSI lenses and these lenses were prototypes never intended to be used

21  with customers.

22  **REQUEST FOR ADMISSION NO. 35:**

23  Admit that on May 9, 2014, YOU told NANOMETRICS YOU would ship YOUR fifth 25

24  MICRON LENS (Serial Number T2 #005) on June 6, 2014.

25  **RESPONSE:**  OSI admits only that this was an estimated date to try to accommodate

26  NANOMETRICS' early delivery request.

27  **REQUEST FOR ADMISSION NO. 36:**

28  Admit that YOU did not ship YOUR fifth MICRON LENS (Serial Number T2 #005) to

1  NANOMETRICS on June 6, 2014.

2        **RESPONSE:**  Admitted.

3  **REQUEST FOR ADMISSION NO. 37:**

4        Admit that YOU did not ship YOUR fifth 25 MICRON LENS (Serial Number T2 #005) to

5  NANOMETRICS until June 13, 2014.

6        **RESPONSE:**  Admitted.

7  **REQUEST FOR ADMISSION NO. 38:**

8        Admit that YOU told NANOMETRICS YOU would ship YOUR sixth 25 MICRON LENS

9  (Serial Number T2 #006) to NANOMETRICS on June 20, 2014.

10       **RESPONSE:**  OSI admits only that this was an estimated date to try to accommodate

11 NANOMETRICS' early delivery request.

12 **REQUEST FOR ADMISSION NO. 39:**

13       Admit that on June 17, 2014, NANOMETRICS told YOU that the 25 MICRON LENS

14 expected to ship on June 20, 2014, was "on the critical path" and "[e]fforts to make the 6/20

15 shipment are greatly appreciated."

16       **RESPONSE:**  OSI admits only that NANOMETRICS made this statement in an email but

17 has no way to verify the accuracy of this statement as NANOMETRICS never provided more

18 information.

19 **REQUEST FOR ADMISSION NO. 40:**

20       Admit that YOU did not ship YOUR sixth 25 MICRON LENS (Serial Number T2 #006) to

21 NANOMETRICS on June 20, 2014.

22       **RESPONSE:**  Admitted.

23 **REQUEST FOR ADMISSION NO. 41:**

24       Admit that YOU shipped YOUR sixth 25 MICRON LENS (Serial Number T2 #006) forty

25 days after June 20, 2014, on July 30, 2014.

26       **RESPONSE:**  Denied.

27 **REQUEST FOR ADMISSION NO. 42:**

28       Admit that YOU delivered thirteen 25 MICRON LENSES to NANOMETRICS after

Case No. 5:18-cv-00417-BLF (consolidated)

PLAINTIFF OPTICAL SOLUTIONS, INC.'S RESPONSES TO FIRST SET OF REQUESTS FOR ADMISSION
BY DEFENDANT NANOMETRICS INCORPORATED

1  September 30, 2014.

2  **RESPONSE:**  OSI admits only that it delivered the remaining 25 micron lenses in

3  accordance with specific instructions given to it by John Leon, its supply chain contact.

4  **REQUEST FOR ADMISSION NO. 43:**

5  Admit that YOU did not deliver the last six 25 MICRON LENSES to NANOMETRICS

6  until November 2016.

7  **RESPONSE:**  Admitted.

8  **REQUEST FOR ADMISSION NO. 44:**

9  Admit that the ADDENDUM did not require YOU to produce prototype units of 25

10  MICRON LENSES.

11  **RESPONSE:**  Admitted.

12  **REQUEST FOR ADMISSION NO. 45:**

13  Admit that the ADDENDUM did not require YOU to produce production units of 25

14  MICRON LENSES.

15  **RESPONSE:**  Denied.  The Addendum committed OSI to becoming the production supplier

16  of 25 micron lenses.

17  **REQUEST FOR ADMISSION NO. 46:**

18  Admit that the ADDENDUM does not include any reference to NRE.

19  **RESPONSE:**  Denied.  The Addendum supplemented the purchase orders.

20  **REQUEST FOR ADMISSION NO. 47:**

21  Admit that December 10, 2013 was the "date of completion" identified in Section 3 of the

22  ADDENDUM.

23  **RESPONSE:**  Denied.

24  **REQUEST FOR ADMISSION NO. 48:**

25  Admit that YOU needed to meet NANOMETRICS' delivery deadlines in order to qualify as

26  the exclusive supplier under the ADDENDUM.

27

28

**RESPONSE:**  OSI admits only that it had to provide one or more prototype lenses that met the relevant design specifications, to be determined, to meet the September 30, 2014 deadline subsequently modified by John Leon.

**REQUEST FOR ADMISSION NO. 49:**

Admit that YOU needed to meet "commercial product performance specifications established by" NANOMETRICS in order to qualify as the exclusive supplier under the ADDENDUM.

**RESPONSE:**  OSI admits only that it had to meet  final design specifications, which encompassed the commercial product performance specifications.

**REQUEST FOR ADMISSION NO. 50:**

Admit that "commercial product performance specifications" in Section 2.2 and Section 3 of the ADDENDUM includes the lens unit price.

**RESPONSE:**  Denied.

**REQUEST FOR ADMISSION NO. 51:**

Admit that "commercial product performance specifications" in Section 2.2 and Section 3 of the ADDENDUM includes meeting NANOMETRICS' lead time and delivery schedule requirements.

**RESPONSE:**  Denied.

**REQUEST FOR ADMISSION NO. 52:**

Admit that YOU needed to meet the "design specifications" and "commercial product performance specifications" in order to qualify as the exclusive supplier under the ADDENDUM.

**RESPONSE:**  OSI admits only that it had to meet the design specifications but was never given the final design specification.  The commercial product performance specifications would be included within the final design specifications.

**REQUEST FOR ADMISSION NO. 53:**

Admit that the 40 MICRON LENS YOU produced for NANOMETRICS is not listed in Section 2.2 of the ADDENDUM.

1  **RESPONSE:**  OSI admits that it is not specifically included in section 2.2 but is included

2  in the Addendum because the Addendum modifies the 40 micron purchase order.  The 40 Micron

3  Lens was intended to be included in the Addendum and the reference to a 35 micron lens is an error

4  as no such lens project existed.

5  **REQUEST FOR ADMISSION NO. 54:**

6  Admit that YOU quoted $436,000 in NRE for production units of 25 micron SE lenses on

7  January 14, 2015.

8  **RESPONSE:**  OSI admits only that it quoted NRE after specific discussions with

9  NANOMETRICS about recouping excess costs it incurred to save NANOMETRICS' 40 micron

10  lens project.

11  **REQUEST FOR ADMISSION NO. 55:**

12  Admit that YOU did not reduce or eliminate YOUR demand for $436,000 in NRE for

13  production units of 25 micron SE lenses.

14  **RESPONSE:**  OSI admits only that it made this request as part of negotiations that were

15  never finished.

16  **REQUEST FOR ADMISSION NO. 56:**

17  Admit that YOU did not reduce or eliminate YOUR demand for $436,000 in NRE for

18  production units of 25 micron SE lenses.

19  **RESPONSE:**  Denied.

20  **REQUEST FOR ADMISSION NO. 57:**

21  Admit that NANOMETRICS never agreed to pay YOU $436,000 in NRE for production

22  units of 25 micron SE lenses.

23  **RESPONSE:**  Admitted.

24  **REQUEST FOR ADMISSION NO. 58:**

25  Admit that NANOMETRICS never agreed to pay any NRE for production units of 25 micron

26  SE lenses.

27

28

PLAINTIFF OPTICAL SOLUTIONS, INC.'S RESPONSES TO FIRST SET OF REQUESTS FOR ADMISSION
BY DEFENDANT NANOMETRICS INCORPORATED

1  **RESPONSE:**  OSI admits that NANOMETRICS never agreed to pay any NRE for

2  production units of 25 micron SE lenses because instead it offered OSI an exclusive supply

3  agreement for prototype and production lenses.

4  **REQUEST FOR ADMISSION NO. 59:**

5  Admit that YOU never offered NANOMETRICS less than 26-30 weeks for delivery of 25

6  micron SE production lenses.

7  **RESPONSE:**  Denied.

8  **REQUEST FOR ADMISSION NO. 60:**

9  Admit that NANOMETRICS never provided YOU with anticipated production unit volume

10  for any small spot lenses identified in Section 2.2 of the ADDENDUM.

11  **RESPONSE:**  Denied.  NANOMETRICS did provide estimates for the 40 micron lenses

12  and initial production quantities of the 25 micron lens in the preliminary design specification.

13  **REQUEST FOR ADMISSION NO. 61:**

14  Admit that YOU and NANOMETRICS never agreed on any price or volume terms for

15  production units of the lenses identified in Section 2.2 of the ADDENDUM.

16  **RESPONSE:**  OSI admits only that it did not agree on price or volume terms because

17  NANOMETRICS did not qualify OSI lenses and NANOMETRICS did not give the design

18  specifications for the other lenses to OSI as expressly required by the Addendum.

19  **REQUEST FOR ADMISSION NO. 62:**

20  Admit that YOU refused to provide NANOMETRICS with further 40 MICRON LENSES

21  after November 2017.

22  **RESPONSE:**  Denied.

23  **REQUEST FOR ADMISSION NO. 63:**

24  Admit that Opticraft Acquisition Company is owned by Brad Piccirillo.

25  **RESPONSE:**  Denied.  This company does not exist.

26  **REQUEST FOR ADMISSION NO. 64:**

27  Admit that Opticraft Acquisition Company is not owned by OSI.

28  **RESPONSE:**  Denied.  This company does not exist.

PLAINTIFF OPTICAL SOLUTIONS, INC.'S RESPONSES TO FIRST SET OF REQUESTS FOR ADMISSION
BY DEFENDANT NANOMETRICS INCORPORATED

1  **REQUEST FOR ADMISSION NO. 65:**

2     Admit that Opticraft Acquisition Company is not a subsidiary of OSI.

3     **RESPONSE:**  Denied.  This company does not exist.

4  **REQUEST FOR ADMISSION NO. 66:**

5     Admit that OPTICRAFT is not owned by OSI.

6     **RESPONSE:**  OSI admits only that it is owned and controlled by Mr. Piccirillo, the owner

7  of both companies.

8  **REQUEST FOR ADMISSION NO. 67:**

9     Admit that as of July 1, 2015, YOU and NANOMETRICS had not agreed on any terms for

10 the purchase of production units of any lenses identified in Section 2.2 of the ADDENDUM.

11    **RESPONSE:**  OSI admits only that NANOMETRICS had not qualified OSI lenses as it

12 promised to do or provided other design specifications to OSI as required by the Addendum.

13 **REQUEST FOR ADMISSION NO. 68:**

14    Admit that as of July 1, 2015, Brad Piccirillo had not disclosed to NANOMETRICS his

15 intent to purchase OPTICRAFT or any other lens manufacturing company.

16    **RESPONSE:**  Denied. OSI believes it did inform Nanometrics of its intent to purchase

17 OPTICRAFT.

18 **REQUEST FOR ADMISSION NO. 69:**

19    Admit that NANOMETRICS paid YOU the PROTOTYPE NRE for the 25 MICRON LENS.

20    **RESPONSE:**  OSI admits that the purchase order references NRE but in fact that amount

21 reflected material purchases that NANOMETRICS instructed OSI to buy.

22 **REQUEST FOR ADMISSION NO. 70:**

23    Admit that YOU purchased one or more pieces of equipment identified in YOUR Response

24 to Interrogatory No. 3 before the ADDENDUM was signed on September 9, 2013.

25    **RESPONSE:**  Denied.  OSI could have canceled the orders if the ADDENDUM which

26 Nanometrics promised to provide had not been signed.

27 **REQUEST FOR ADMISSION NO. 71:**

28    Admit that YOU purchased one or more pieces of equipment identified in YOUR Response

1  to Interrogatory No. 3 before the ADDENDUM was signed on September 9, 2013.

2  **RESPONSE:**  OSI admits only that it purchased equipment in August <u>after</u> Nanometrics

3  promised to provide an Addendum and the orders could have been canceled if the ADDENDUM

4  had not been signed.

5  **REQUEST FOR ADMISSION NO. 72:**

6  Admit that one or more pieces of equipment identified in YOUR Response to Interrogatory

7  No. 3 was used to design or manufacture prototype units of the 25 MICRON LENS.

8  **RESPONSE:**  OSI denies that it used any equipment to design prototype units but did use

9  some of the equipment for the manufacture of prototype 25 MICRON LENS once the equipment

10  arrived.

11  **REQUEST FOR ADMISSION NO. 73:**

12  Admit that one or more pieces of equipment identified in YOUR Response to Interrogatory

13  No. 3 has been used for lenses other than the 25 MICRON LENS.

14  **RESPONSE:**  Denied.  This equipment was used exclusively for Nanometrics' 40 micron

15  and 25 micron lenses for many years.  It was used for other lenses only after OSI no longer had

16  Nanometrics' work.

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 5:18-cv-00417-BLF (consolidated)

PLAINTIFF OPTICAL SOLUTIONS, INC.'S RESPONSES TO FIRST SET OF REQUESTS FOR ADMISSION
BY DEFENDANT NANOMETRICS INCORPORATED

1

2

3

4

5

6 | DATED:  July 1, 2022

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEVINE, MILLIMET & BRANCH, P.A.

By:      /s/Matthew R. Johnson
         Matthew R. Johnson (pro hac vice)
         Attorneys for Plaintiff
         OPTICAL SOLUTIONS, INC.

PLAINTIFF OPTICAL SOLUTIONS, INC.'S RESPONSES TO FIRST SET OF REQUESTS FOR ADMISSION
BY DEFENDANT NANOMETRICS INCORPORATED

# EXHIBIT 11

```
 1                 IN THE UNITED STATES DISTRICT COURT

 2              FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                         SAN JOSE DIVISION

 4

 5   NANOMETRICS, INCORPORATED,      )   CV-18-00417-BLF
                                     )
 6                  PLAINTIFF,       )   SAN JOSE, CALIFORNIA
                                     )
 7         VS.                       )   JUNE 11, 2020
                                     )
 8   OPTICAL SOLUTIONS, INC.,        )   PAGES 1-35
                                     )
 9                  DEFENDANT.       )
                                     )
10   _____  )

11                   TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE BETH LABSON FREEMAN
12                 UNITED STATES DISTRICT JUDGE

13

14                   A P P E A R A N C E S

15

16       FOR THE PLAINTIFF:     BY:  MATTHEW REEVES JOHNSON
                                DEVINE MILLIMET BRANCH, P.A.
17                              111 AMHERST STREET
                                MANCHESTER, NH 03101

18

19

20       FOR THE PLAINTIFF:     BY:  SHELLA DEEN
                                HOGE, FENTON, JONES & APPEL INC.
21                              60 SOUTH MARKET STREET
                                SUITE 1400
22                              SAN JOSE, CA 95113

23            APPEARANCES CONTINUED ON THE NEXT PAGE

24   OFFICIAL COURT REPORTER:      SUMMER FISHER, CSR, CRR
                                   CERTIFICATE NUMBER 13185

25           PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1        APPEARANCES CONTINUED:

 2        FOR THE PLAINTIFF:      BY:  DANIEL JOSEPH MARSH
                                  WILLOUGHBY, STUART, BENING & COOK
 3                                60 SOUTH MARKET STREET
                                  SUITE 1400
 4                                SAN JOSE, CA 95113

 5        FOR THE DEFENDANT:      BY:  KATHLEEN HOWARD GOODHART
                                       DAVID HOUSKA
 6                                COOLEY LLP
                                  101 CALIFORNIA STREET, 5TH FLOOR
 7                                SAN FRANCISCO, CA 94111

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    APPLY.  THIS IS A COMMERCIAL CONTRACT.  THAT LINE OF THINKING

2    DOES NOT APPLY IN THIS CASE.  THERE WAS NO DUTY TO DISCLOSE.

3         AND THAT COVERS ALL THE CLAIMS.  OF COURSE THE UNFAIR

4    COMPETITION LIVES AND DIES WITH THE CONCEALMENT.

5         THANK YOU, YOUR HONOR.  I APPRECIATE YOUR PATIENCE.

6         THE COURT:  YES, LET ME TURN TO OSI.

7         MR. JOHNSON, WERE YOU TAKING THE LEAD, OR MS. DEEN?

8         MR. JOHNSON:  IT WILL BE ME TODAY, YOUR HONOR.  THANK

9    YOU FOR THE OPPORTUNITY.

10        A LOT TO COVER HERE.  LET ME TRY TO GO THROUGH IT.  I WILL

11   TRY TO TAKE THE ARGUMENTS IN ORDER FOR EFFICIENCY FOR THE

12   COURT.  AND PLEASE, IF THE COURT HAS ANY QUESTIONS, BECAUSE I

13   WANT TO ADDRESS ANY CONCERNS THE COURT HAS.

14        WITH RESPECT TO THE INTEGRATION CLAUSE, I DO BELIEVE THE

15   DOCUMENTS ARE NOT INCONSISTENT WITH THEMSELVES.  I THINK ONE OF

16   THE THINGS THAT GOES OVERLOOKED IN NANOMETRICS'S MOTION TO

17   DISMISS IS THE PLEADING ALLEGATIONS THAT ARE SPECIFIC, RELATIVE

18   TO THE PROMISES IN THE AGREEMENTS SURROUNDING THE CREATION OF

19   THE EXCLUSIVITY AGREEMENT AND HOW THAT EXCLUSIVITY AGREEMENT

20   WAS PART AND PARCEL OF PURCHASE ORDERS AND INTENDED TO BE SORT

21   OF THE MASTER AGREEMENT, WHICH IS WHAT WE PLED.

22        THOSE FACTS COME FROM SENIOR PEOPLE AT NANOMETRICS.  THESE

23   ARE NOT JUST OSI PEOPLE WHO, YOU KNOW, OSI IS SAYING THESE

24   THINGS.  I ACTUALLY HAVE SWORN AFFIDAVITS FROM BRUCE CRAWFORD

25   AND JOHN LEON SUPPORTING THOSE FACTS, JUST TO ALLAY THE COURTS

1    CONCERNS THAT WE ARE GOING TO GET OVER THE MOTION TO DISMISS

2    STAGE, AND THEN WOULD HAVE ISSUES ON PROOF MOVING FORWARD.  I

3    THINK WE WOULD OVERCOME THAT, SO I DID WANT TO ALERT THE COURT

4    TO THAT.

5        I THINK THE -- WE HAVE PLED IN PARAGRAPH 31 OF OUR

6    COMPLAINT, THAT AS PART OF THE NEGOTIATIONS WITH THE

7    EXCLUSIVITY AGREEMENT, NANOMETRICS AGREED THAT THEY WOULD AMEND

8    THE 25 MICRON PROTOTYPE PURCHASE ORDER AFTER THE EXCLUSIVITY

9    AGREEMENT WAS SIGNED, AND THEY, IN FACT, DID DO THAT.  SO THERE

10   WAS AN AGREEMENT OR UNDERSTANDING WELL BEFORE THE EXCLUSIVITY

11   AGREEMENT WAS SIGNED, AND THAT WAS GOING TO COME NEXT.  AND IN

12   FACT, THAT DID COME NEXT.

13       AND YOU KNOW, THAT PROMISE WOULD BE MEANINGLESS IF THAT

14   ONE NOTE AT THE BOTTOM OF THE TERMS AND CONDITIONS OF AN

15   AMENDED PURCHASE ORDER WAS SOMEHOW GOING TO NEGATE AN

16   ENTIRELY -- AN EXCLUSIVITY AGREEMENT THAT CLEARLY WAS, BY OUR

17   OWN PLEADINGS, NEGOTIATED OVER A MONTH BETWEEN THE PARTIES AND

18   SPEAKS TO A LONG-TERM RELATIONSHIP, AND SORT OF AN OVERARCHING

19   AGREEMENT WE PLED IN OUR COMPLAINT AS WELL THAT NANOMETRICS

20   USED SIMILAR STRUCTURE BEFORE, AND TO OUR KNOWLEDGE HAS NEVER

21   ARGUED THAT A PROVISION IN THE PURCHASE ORDER UNDERCUTS THAT

22   PROVISION.

23       I THINK IT'S IMPORTANT AS WELL ON THE SINGLE TRANSACTION

24   CONCEPT, TO UNDERSTAND THAT NANOMETRICS CARRIED THE SAME

25   PURCHASE ORDER NUMBERS BOTH FOR THE 40 MICRON PURCHASE ORDER

1    AND THE 25 MICRON, BOTH BEFORE THE EXCLUSIVITY AGREEMENT WAS

2    SIGNED, REFERENCED IN THE EXCLUSIVITY AGREEMENT, AND THEN WHEN

3    THESE WERE MODIFIED AFTERWARDS.

4         THE EXCLUSIVITY AGREEMENT SPECIFICALLY TALKS ABOUT OR

5    ANTICIPATES THAT THESE TERMS, RELATIVE TO PRICE AND DELIVERY,

6    ARE GOING TO BE MODIFIED.

7         I WOULD TURN THE COURT'S ATTENTION TO PARAGRAPH 3, AGAIN

8    IT'S 79-5.  IT EVEN SPEAKS ABOUT THE DATE BEING AMENDED BY

9    MUTUAL AGREEMENT.

10        SO AGAIN, THERE'S A WHOLE CONCEPT HERE THAT THIS IS AN

11   EVOLVING OR AN ITERATIVE PROCESS BECAUSE YOU'RE GOING TO DESIGN

12   THE PROTOTYPE LENSES AND THEN YOU ARE GOING TO MOVE TO THE

13   PRODUCTION PHASE, AND THAT THIS IS GOING TO TAKE A PERIOD OF

14   TIME.  AND THIS IS NOT LOCK STEP, ALWAYS THINGS GET MODIFIED

15   AND ADJUSTED.

16        WE HAVE ALWAYS PLED SPECIFICALLY IN PARAGRAPH 105 OF OUR

17   COMPLAINT, THAT WE DID IN FACT MEET ALL THE OBLIGATIONS OF THE

18   EXCLUSIVITY AGREEMENT AND WE PROPERLY TENDERED PERFORMANCE.  I

19   THINK A POINT TO THIS, ALSO OVERLOOKED, IS EARLIER IN OUR

20   PLEADING, WE ALSO HAVE NOTED THAT AS OF AUGUST 13TH, WE HAD MET

21   THE DESIGN SPECIFICATION CRITERIA, BECAUSE THAT'S WHERE WE

22   PLEAD THAT THERE WAS A MEETING BETWEEN NANOMETRICS AND OSI

23   WHERE NANOMETRICS REVIEWED THE DESIGN THAT WE WERE PROPOSING

24   FOR THE 25 MICRON LENSES AND SIGNED OFF ON THAT.

25        SO IN FACT, WE HAD MET THAT CRITERIA THAT EARLY, AND THEN

1   THAT WAS FOLLOWED UP BY THE PERFORMANCE BY OSI OF DELIVERING

2   THE 25 MICRON LENSES, AND WE HAVE PLED THAT WE DELIVERED THEM

3   SPECIFICALLY TO MEET THE DEADLINES ESTABLISHED BY NANOMETRICS,

4   NANOMETRICS HAS INDICATED -- WHAT HAPPENED WAS THEY INDICATED

5   WE DIDN'T HAVE TO SEND ALL OF THEM AT THE SAME TIME, THEY

6   WANTED SOME OF THEM FOR US TO MODIFY AS THINGS WERE ADJUSTED

7   AND MOVED TO A PRODUCTION PHASE.

8        SO AGAIN, NANOMETRICS WANTS TO LOOK AT THE ATTACHMENTS,

9   BUT THERE IS A WHOLE BODY OF THE COMPLAINT THAT PROVIDES THE

10  CONTEXT AND UNDERSTANDING AROUND THIS AND PROVIDES INSIGHT INTO

11  WHAT THE RELATIONSHIP REALLY WAS, AND FRANKLY, WHAT THE INTENT

12  OF NANOMETRICS WAS AT THE TIME WHEN THEY ENTERED INTO THIS.

13       THERE IS AN ARGUMENT THAT THIS IS CONDITIONAL OR ILLUSORY.

14  FAR FROM IT.  THIS AGREEMENT TALKS ABOUT IN ITS PURPOSE CLAUSE,

15  THAT IT'S SETTING UP AN EXCLUSIVE SUPPLY AGREEMENT.  NOWHERE IN

16  THERE DOES IT SAY IF OSI SO CHOOSES OR IF OSI WANTS TO DO IT,

17  BUT THIS WAS AN EXCLUSIVE AGREEMENT.

18       AND OSI WAS --

19       THE COURT:  MR. JOHNSON, IT WAS ONLY EXCLUSIVE IF OSI

20   PRODUCED CONFORMING PROTOTYPE LENSES.

21       MR. JOHNSON:  TO THAT POINT, YOUR HONOR, AS OF

22   AUGUST 13TH, THEY ALREADY KNEW THAT THE DESIGN SPECIFICATION

23   THAT THEY WERE GOING TO USE FOR THE LENSES MET NANOMETRICS'S

24   SPECIFICATIONS, AND THEN THEY WERE ON TO THE NEXT STEP OF

25   BUILDING THE PROTOTYPE LENSES.

1              THE COURT:  WELL, THAT CONFLICTS WITH THE LANGUAGE OF

2     THE ADDENDUM.  THE ADDENDUM IN AUGUST DOES NOT ACKNOWLEDGE THAT

3     THE LENS DESIGN HAS ALREADY QUALIFIED AND THERE IS AN

4     EXCLUSIVITY REQUIREMENT.  THERE WAS STILL THE REQUIREMENT OF

5     TIMELY SUBMITTING THE 25 PROTOTYPES, OR 24 PROTOTYPES FOR

6     INSPECTION.

7              MR. JOHNSON:  RESPECTFULLY, YOUR HONOR, THE

8     EXCLUSIVITY AGREEMENT DOESN'T TALK ABOUT THAT ONE WAY OR THE

9     OTHER, IT JUST SAYS AS A GENERAL MATTER, APPLICABLE TO BOTH THE

10    CURRENT PROJECTS AND THE FUTURE PROJECTS, WHAT THE

11    SPECIFICATION OBLIGATIONS WOULD BE.

12         AND THE AGREEMENT IS CONDITIONAL ONLY IN THE SENSE THAT

13    OSI HAD TO MEET THE TECHNICAL SPECIFICATIONS.  OBVIOUSLY IF

14    THEY CAN'T DESIGN THE LENSES, THEN THEY DON'T HAVE ANY RIGHT TO

15    BE AN EXCLUSIVE SUPPLIER.  BUT THAT'S THE ONLY --

16             THE COURT:  WHERE IN THE ADDENDUM DOES IT TELL ME

17    THAT THE DESIGN HAS ALREADY QUALIFIED?

18             MR. JOHNSON:  IT DOES NOT SPECIFY THAT, YOUR HONOR.

19         AND THAT IS IN OUR PLEADING, THAT THEY APPROVED THE DESIGN

20    ON AUGUST 13TH AT A MEETING.

21             THE COURT:  AND THE ADDENDUM IS SIGNED.

22             MR. JOHNSON:  THE ADDENDUM IS SIGNED IN SEPTEMBER.

23             THE COURT:  RIGHT.  SO I'M JUST LOOKING AT IT.

24         SO YOU ARE SAYING REGARDLESS OF THE LENSES SUPPLIED WITH

25    THE PURCHASE ORDER, THERE WAS STILL AN EXCLUSIVE AGREEMENT.

```
 1        THEY COULD HAVE BEEN ALL BROKEN AND NONFUNCTIONING.

 2               MR. JOHNSON:  NO, YOUR HONOR.

 3        I'M NOT SAYING THAT, I'M SAYING IT'S TWO PARTS.  ONE THEY

 4    ALREADY HAD THE APPROVED DESIGN THEY HAD THE ADDENDUM AND THEN

 5    THEY --

 6               THE COURT:  I'M LOOKING AT THE SUPPLY TERMS.  I'M

 7    LOOKING AT PARAGRAPH 3.  IF ON OR BEFORE THE DATE OF

 8    COMPLETION, ESTABLISHED IN THE DESIGN SPECIFICATION, WHICH DATE

 9    MAY BE AMENDED, OSI IS ABLE TO PRODUCE SMALL SPOT LENSES WHICH

10    MEET THE SPECIFICATIONS AND COMMERCIAL PRODUCT.  IT DOESN'T SAY

11    "IS ABLE TO DESIGN," IT SAYS "ABLE TO PRODUCE."

12        AND SO YOUR ARGUMENT IS NOT HELPFUL HERE BECAUSE PRODUCING

13    SOMETHING IS A DIFFERENT PHASE THAN DESIGNING IT.

14               MR. JOHNSON:  AND JUST TO BE CLEAR, AND SORRY TO

15    CONFUSE THE COURT, OSI DID PRODUCE THEM AND WE HAVE PLED THAT.

16               THE COURT:  OKAY.  THAT, I UNDERSTAND.

17        BUT YOU ARE SAYING THAT THE DESIGN WAS APPROVED BEFORE THE

18    EXCLUSIVITY AGREEMENT WAS EVEN SIGNED.  AND I'M SAYING THAT'S

19    IRRELEVANT BECAUSE THE EXCLUSIVITY AGREEMENT REQUIRED

20    SUBMISSION OF PRODUCED LENSES THAT MEET THE SPECIFICATIONS, NOT

21    SUSPICION OF THE DESIGN PAPERS.

22               MR. JOHNSON:  MY BROADER POINT, YOUR HONOR, AND SORRY

23    FOR THE CONFUSION, WAS JUST THAT FURTHER PROOF THAT THIS WAS

24    NOT CONDITIONAL AND THAT OSI WAS IN FACT PERFORMING AND HAD

25    BEEN PERFORMING, AND IN FACT COMPLETED ITS PERFORMANCE UNDER
```

1    AGREE TO BE THE PRODUCTION SUPPLIER FOR THE 40 MICRON LENSES.

2         AS WE'VE ALLEGED IN OUR COMPLAINT, THAT WAS ONE OF THE

3    BENEFITS AND THE VALUES TO NANOMETRICS TO HAVE THIS EXCLUSIVITY

4    AGREEMENT DONE BECAUSE THEY WANTED TO LOCK IN OSI AS A SUPPLIER

5    AND INCENTIVIZE OSI TO BE AN EFFICIENT SUPPLIER AND A MORE COST

6    EFFECTIVE SUPPLIER, BOTH FOR THE 40 MICRON LENSES AND THE 25

7    MICRON LENSES.

8         AND NANOMETRICS'S ARGUMENT SAYS IF NANOMETRICS NEVER GOT

9    ANYTHING OUT OF IT, WELL, THEY DID GET SOMETHING OUT OF THIS,

10   THEY GOT OSI'S COMMITMENT THAT THEY WOULD DO THAT.

11        AND WE HAVE IN OUR COMPLAINT, CHAPTER AND VERSE, SPECIFIC

12   DATES AND SPECIFIC AMOUNTS, THE EFFORTS AND ACTIVITY AND

13   EXPENDITURES INCURRED BY OSI MOVING FORWARD TO BE ABLE TO MEET

14   THOSE PRODUCTION NEEDS.

15        AND WE HAVE EVEN ALLEGED THAT OSI MADE NANOMETRICS AWARE

16   OF THAT, THAT THEY WERE MAKING THESE EXPENDITURES TO BE IN A

17   POSITION TO BE ABLE TO DO THE PRODUCTION CAPACITY ONCE THEY

18   MOVED FROM THE 25 MICRON LENS PROTOTYPE STAGE ON TO THE

19   PRODUCTION STAGE.

20        THE COURT:  OKAY.

21        MR. JOHNSON:  SO THAT IS WHERE THE CONSIDERATION IS

22   SEPARATE AND APART AND DISTINCT FROM ANYTHING RELATIVE TO THE

23   PURCHASE ORDERS.

24        AND I THINK THE ORIGINAL 25 MICRON PURCHASE ORDER HAS TO

25   BE VIEWED IN THE CONTEXT OF THE NEGOTIATION OF THE EXCLUSIVITY

1    AGREEMENT.  AS WE PLED IT, OSI AGREED TO IT ONLY BASED ON THE

2    ASSURANCE THAT AN EXCLUSIVE SUPPLY AGREEMENT WOULD BE ENTERED

3    AND THAT IT WOULD LATER BE MODIFIED.  AND IN FACT, BASED ON THE

4    EXHIBITS WE SUBMITTED, THAT'S EXACTLY WHAT HAS HAPPENED.

5         SO AGAIN, THE CONSIDERATION PIECE OF THAT IS VALID, IT IS

6    NOT AN OPTIONAL OR CONDITIONAL AGREEMENT.  EVEN WERE IT AN

7    OPTIONAL OR CONDITIONAL AGREEMENT UNDER THE BURGERMEISTER CASE,

8    THERE WAS PERFORMANCE, AS WE HAVE ALLEGED THAT THEY PERFORMED

9    AND DELIVERED THE 25 MICRON LENSES WITHOUT REJECTION.  WE'VE

10   ALLEGED THAT WHEN PRODUCTS ARE REJECTED, THEY ARE SENT BACK.

11        WE ALLEGE THAT THAT HAPPENED WITH THE 40 MICRON LENSES

12   PERIODICALLY, THEY WOULDN'T CONFORM AND THEY GOT SENT BACK.

13   NONE OF THAT HAPPENED IN THIS CASE.  AND THAT WE HAVE ALSO

14   ALLEGED THAT THE PEOPLE INVOLVED IN THE PROJECT, NO ONE HAD

15   BEEN AWARE THAT THERE WAS ANY INDICATION THAT THESE PRODUCTS

16   DID NOT CONFORM TO THE SPECIFICATIONS.

17        SO PARTICULARLY AT A MOTION TO DISMISS STAGE, I THINK THAT

18   PROVES WE HAVE MET THE PERFORMANCE AND WE HAVE MET THE

19   CONDITIONS.  AND EVEN TO THE EXTENT THE CONTRACT WAS OPTIONAL,

20   IT'S TAKEN OUT OF THAT BY THE PERFORMANCE OF OSI MOVING FORWARD

21   AND DELIVERING THOSE LENSES OR RECEIVING PAYMENT FOR THOSE

22   LENSES.

23        RELATIVE TO THE PROMISSORY ESTOPPEL, AS PLED IN OUR

24   COMPLAINT, OSI PROMISED, SORRY, NANOMETRICS PROMISED OSI THE

25   RIGHT TO BE AN EXCLUSIVE SUPPLIER IF THEY COULD MEET THE DESIGN

1    SPECIFICATIONS, THAT WAS THE INDUCEMENT FOR OSI TO GIVE UP ON

2    CERTAIN CROSS-ITEMS IF IT WANTED.

3         FRANKLY, JUST SO THE COURT REMEMBERS, THESE WERE COSTS

4    THAT OSI GOT AS PART OF THE 40 MICRON PROJECT DEVELOPMENT.  BUT

5    WHEN IT CAME TO THE 25 MICRON PROJECT DEVELOPMENT, NANOMETRICS

6    DIDN'T WANT TO GIVE THOSE COSTS.

7         SO THE EXCHANGE OR THE VALUE RECEIVED WAS THIS EXCLUSIVE

8    SUPPLY AGREEMENT BECAUSE THAT PROVIDED A MECHANISM BY WHICH OSI

9    COULD RECOUP THE COSTS IT WAS OTHERWISE GIVING UP BECAUSE IT

10   KNEW IT WAS TAKING A RISK IF IT INVESTED THE TIME AND COULD

11   DELIVER THE PERFORMING PARTS, IT WOULD BE THE SUPPLIER OF

12   RECORD AND IT WOULD HAVE THE ABILITY TO PRODUCE THOSE PARTS ON

13   A GOING FORWARD BASIS FOR NANOMETRICS.

14        AND SO THAT WAS THE PROMISE.  THE RELIANCE WAS REASONABLE.

15   THE RELIANCE WAS TO BUILD UP THE CAPACITY TO DESIGN AND

16   MANUFACTURE BOTH PROTOTYPE AND PRODUCTION LENSES.  THEY DID

17   THAT OVER A PERIOD OF TIME.  NANOMETRICS WAS MADE AWARE THAT

18   THEY WERE DOING THAT.

19        OSI BOUGHT ANOTHER COMPANY, OPTIGRAPH, TO BE ABLE TO MEET

20   THE PRODUCTION CAPABILITIES OSI MADE NANOMETRICS AWARE OF THAT

21   FACT.  AT NO POINT IN TIME DID NANOMETRICS EVER SAY NO, YOU

22   SHOULDN'T DO THAT, NO, WE DON'T HAVE AN AGREEMENT, NO THIS

23   PURCHASE ORDER WIPED OUT THE EXCLUSIVITY AGREEMENT.

24        AND THE REASON THEY DIDN'T IS BECAUSE THE PEOPLE THAT

25   ACTUALLY WERE INVOLVED IN DEALING WITH NANOMETRICS UNDERSTOOD

1

2

3

4                    **CERTIFICATE OF REPORTER**

5

6

7

8            I, THE UNDERSIGNED OFFICIAL COURT

9    REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10   THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11   FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12   CERTIFY:

13           THAT THE FOREGOING TRANSCRIPT,

14   CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

15   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS

16   SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17   HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18   TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21

22

23

24   _____

25   SUMMER A. FISHER, CSR, CRR
     CERTIFICATE NUMBER 13185          DATED: 6/24/20

# EXHIBIT 12

**CONFIDENTIAL**

*Optical Solutions, Inc. v. Nanometrics Incorporated*

Case Nos. 5:18-cv-00417-BLF, 5:18-cv-03276

# Expert Report of Julie L. Bentley, Ph.D.

September 13, 2022

**CONFIDENTIAL**

**Pursuant to Protective Order**

**Exhibit
00292**

Bentley

REPORT OF JULIE
5:18-CV-00417-BLF

**CONFIDENTIAL**

## TABLE OF CONTENTS

Page

I.  INTRODUCTION ...................................................................................................1

    A.  Assignment ...............................................................................................1

II.  BACKGROUND ...................................................................................................1

    A.  Experience and Qualifications .................................................................1

    B.  Information Considered for Opinions ........................................................3

    C.  Compensation ...........................................................................................3

III.  SUMMARY OF OPINIONS ................................................................................3

IV.  BACKGROUND .................................................................................................4

    A.  The Parties and Their Dispute ..................................................................4

    B.  The Semiconductor Metrology Instrument Industry .................................5

    C.  Steps to Designing and Assembling Optical Lens Assemblies ................6

        1.  The optical design. ........................................................................6

        2.  The opto-mechanical design. .........................................................7

        3.  Fabricating the lens elements and mechanical components. ..........9

        4.  Assembling and testing the lens. ................................................10

V.  OSI'S FAILURES REGARDING THE 40 MICRON LENSES .........................10

    A.  OSI Was Aware of the Need for Low Retardance. .................................10

    B.  OSI's Misrepresentations to Nanometrics. ............................................12

        1.  OSI's misrepresentations to Nanometrics before receiving the specifications. .............................................................................13

        2.  OSI's misrepresentations to Nanometrics after receiving the specifications. .............................................................................14

    C.  OSI Did Not Deliver Performing 40 Micron Lenses On Time. ..............17

    D.  OSI's 40 Micron Lenses Suffered from High Retardance and Failed to Meet Spot Size. ........................................................................................19

        1.  OSI failed to perform sufficient tolerance analysis of the 40 micron lens. ................................................................................20

        2.  OSI's opto-mechanical design did not use a mounting method that minimized stress birefringence. ..................................................22

        3.  OSI's 40 micron lenses failed the spot size and stability requirements. ..............................................................................28

        4.  An optical lens manufacturer of OSI's claimed capabilities should have been able to produce lenses to Nanometrics' specifications .....29

VI.  OSI'S 25 MICRON LENSES ............................................................................30

    A.  OSI's Misrepresentations to Nanometrics. ............................................30

    B.  OSI's 25 Micron Optical and Mechanical Design Was Flawed. ............33

    C.  OSI's 25 Micron Lenses Did Not Meet Nanometrics' Specifications .....38

REPORT OF JULIE L. BENTLEY, PH.D.
5:18-CV-00417-BLF

**CONFIDENTIAL**

**TABLE OF CONTENTS**
**(continued)**

**Page**

|  |  |  |  |
|---|---|---|---|
| | 1. | OSI's lenses failed the lateral color specification | 38 |
| | 2. | OSI's lenses failed the optical aberrations specifications | 39 |
| | 3. | OSI's lenses failed the axial color specification | 39 |
| | 4. | OSI's lenses failed the spot size specification | 39 |
| VII. | | CONTRARY TO OSI'S REPRESENTATIONS, OSI WAS NOT EQUIPPED TO DESIGN, ASSEMBLE, AND PRODUCE CONFORMING LENSES ON TIME | 40 |
| | A. | OSI Knew It Did Not Meet Nanometrics' Clean Room Specifications. | 40 |
| | B. | OSI Did Not Have Sufficient High-End Equipment for the Manufacturing Capacity It Claimed. | 41 |
| | C. | OSI Did Not Have Personnel with Sufficient Design Expertise | 41 |

**CONFIDENTIAL**

## I.    INTRODUCTION

### A.    Assignment

1.    I have been retained by Cooley LLP, counsel for Nanometrics Inc. I was asked to provide my professional opinions regarding OSI's 40 micron and 25 micron lenses provided to Nanometrics, including OSI's representations regarding its capabilities; its manufacture of the 40 micron lens; its design and manufacture of the 25 micron lens; the timing associated with OSI's efforts pertaining to those lenses; and whether the lenses met Nanometrics' design specifications and reasonable commercial expectations.

## II.    BACKGROUND

### A.    Experience and Qualifications

2.    As indicated in my Curriculum Vitae, attached as Appendix A, I received my Ph.D. in Optics from the University of Rochester in New York in 1995. I also received an M.S. in Optics from the University of Rochester in 1992 and a B.S. in Optics from the University of Rochester in 1990.

3.    As further described in my Curriculum Vitae, I am a full-time Professor of Optics at the Institute of Optics at the University of Rochester and have held that position since 2009. Prior to that I taught part-time as an adjunct Professor at the Institute of Optics at the University of Rochester, starting in 1998. In all, I have taught geometrical optics and optical design to both undergraduate and graduate students for more than 20 years. I have also taught more than 50 industry-focused short courses and tutorials in optics, optical design, and optical fabrication for a wide variety of optical societies including SPIE (international society for optics and photonics), Optical Society of America (OSA), American Society for Precision Engineering (ASPE), and American Precision Optics Manufacturers Association (APOMA).

4.    I also have extensive professional experience in the field of optical design and engineering (including 10+ years in semiconductor optics). I worked for Hughes Aircraft Company from 1995-1997 where I was responsible for the optical design of visible and infrared military systems. In 1997, I joined Corning Tropel, a company specializing in the design and fabrication of precision optical assemblies primarily targeted for use in the microlithography

**REPORT OF JULIE L. BENTLEY, PH.D.**
**5:18-CV-00417-BLF**

**CONFIDENTIAL**

industry. I spent 12 years at Corning Tropel as optical designer, project manager, commercial technology manager, and advanced conceptual design manager. In 2009, I founded and became President of Bentley Optical Design, an optical design and engineering consulting services company where I actively consult for a wide variety of companies with a focus on the design and tolerancing of precision optical assemblies. My Curriculum Vitae (Appendix A) details various other professional positions I have held in the fields of optics and engineering over the last 25 years.

5.       I am an SPIE fellow for my work in optics and was elected to the SPIE Board of Directors in 2014. I am also an OSA fellow and have served as the President of the Rochester Optical Society of America (OSA) in 2011. I was also an associate editor for Optics Express from 2009 to 2012. I served as the chair of the William H. Price optical design scholarship committee for more than 8 years and I currently serve on several other scholarship and award committees in the field of optical design. I was the conference chair for the SPIE conference in optical fabrication and testing for more than 5 years and I was the co-chair for the International Optical Design Conference in 2010.

6.       I have been awarded several honors over the course of my career. This year (2022) I was awarded one of the highest honors given out by SPIE, the SPIE Directors' Award and I have also been awarded Optica's (formerly OSA) Esther Hoffman Beller Medal for Education Excellence (one of the top awards given out by this society). In 2014, I was awarded the Goergen Excellence in Undergraduate Teaching Award from the University of Rochester. I have also received the Sproull Distinguished Alumni Award in Optics in 2007, the Price Scholarship in Optical Engineering in 1993, and the D.J. Lovell scholarship from SPIE (SPIE's highest student award). My students routinely win the annual Optical Research Associates (ORA) Student Optical Design Competition for their optical design class projects.

7.       I have published two books in the field of optics (*Lens Design* and *Designing Optics with CODEV*) and will submit two more manuscripts by the end of this year. I have also authored or co-authored over 40 publications in the field of Optics. I have also given over 60 presentations on Optics, many of which were invited talks and tutorials. I am an inventor of 4

**CONFIDENTIAL**

issued U.S. patents related to optics. A list of my publications is included in my Curriculum Vitae (Appendix A).

8.      In the last four years, I have testified as an expert witness in the cases identified in Appendix B.

> **B.      Information Considered for Opinions**

9.      Appendix C to this Report contains a list of documents and deposition transcripts that I considered in this matter. Certain pages or excerpts of documents listed in Appendix C, and my analysis of that information, may be used as exhibits or in demonstratives at trial. I have also had a discussion with Dan Thompson, Principal Scientist at Onto Innovation.

10.      My opinions and analyses in this Report are based on currently available documents and information. My work on this matter is ongoing and I reserve the right to update my opinions. I may amend or supplement my opinions or analyses if additional information, documents, or testimony becomes available, including my own testimony, if any.

11.      I executed a copy of the Protective Order in this matter. Some of the documents considered have been designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY." As a result, this Report may be designated under the Protective Order.

> **C.      Compensation**

12.      I am being compensated at my standard hourly rate of $350 for the time I spend on this matter. My compensation is not contingent on my opinions or the outcome of this litigation.

**III.   SUMMARY OF OPINIONS**

13.      My opinions are based on my analysis to date, consideration of the documents and transcripts identified in Appendix C, and my skills, knowledge, experience, education, and training. My conclusions and opinions are described in more detail below, but can be summarized briefly as follows:

a)   Time to delivery and consistency with specifications are critical aspects of the optical assembly manufacturing business. This is especially true for semiconductor optics.

CONFIDENTIAL

b) Based on OSI's representations regarding its optical design and manufacturing capabilities, Nanometrics reasonably expected that OSI would produce 40 micron lenses and, later, 25 micron lenses that met Nanometrics' specifications in the time frame that OSI proposed and on which Nanometrics relied.

c) Based on OSI's representations regarding its optical design and manufacturing capabilities, OSI should have been able to produce 40 micron lenses meeting the birefringence and retardance criteria necessary for the 40 micron lenses that OSI sought to provide for Nanometrics.

d) OSI's mounting technique for assembling the 40 micron lenses was flawed and caused high levels of retardance, making those lenses not usable for the spectroscopic ellipsometer application in Nanometrics' tool without Nanometrics' intervention.

e) OSI's optical and mechanical design of the 25 micron lens for Nanometrics was flawed and could not have been built to meet Nanometrics' specifications.

f) The 25 micron lenses that OSI delivered to Nanometrics did not meet Nanometrics' specifications.

g) OSI's optical design and manufacturing capabilities were not consistent with the representations OSI made to Nanometrics.

## IV.   BACKGROUND

### A.   The Parties and Their Dispute.

14.    I understand that this matter is a dispute between two companies—Nanometrics, which builds and sells advanced, high-performance semiconductor process control metrology and inspection systems—and OSI, which supplies optical components and assemblies.

15.    In 2012 and 2013, Nanometrics and OSI entered into purchase orders pursuant to which OSI agreed to supply two different optical lens assemblies to Nanometrics for use in Nanometrics' instruments. The purchase order dated December 19, 2012, was for the purchase and sale of lens assemblies with a 40 micron spot size for use in Nanometrics' Atlas II+ instrument (the "40 Micron Purchase Order"). (Piccirillo Ex. 256, OSI0100888-91 (Dec. 19, 2012 40 Micron

CONFIDENTIAL

Purchase Order).)[1] The purchase order dated August 1, 2013 was for the purchase and sale of lens assemblies with a smaller 25 micron spot size (the "25 Micron Purchase Order"). (Crawford Ex. 2, OSI0057582-87 (Aug. 7, 2013 email from Schmid to Piccirillo with 25 Micron Purchase Order).)

16.     OSI claims that its 40 micron and 25 micron lenses met Nanometrics' specifications, and as a result, it was entitled to be Nanometrics' exclusive supplier of lenses identified in the Addendum. (*See* OSI's Fourth Amended Complaint, ¶¶ 62, 105.) Nanometrics asserts that, contrary to OSI's representations, promises and contractual obligations, OSI failed to timely deliver lenses that met the performance requirements, and as a result, Nanometrics lost business and suffered damage to its reputation in the industry. (*See* Nanometrics' Complaint ¶¶ 1-13, filed December 20, 2017.)

### B.     The Semiconductor Metrology Instrument Industry.

17.     Two Nanometrics instruments (also known as "tools") are relevant to this case—Atlas II/+ and Atlas III. Both use spectroscopic ellipsometry to measure film thickness and optical critical dimension (OCD) on patterned semiconductor wafers. Spectroscopic ellipsometry is a non-contact (and therefore non-destructive) optical technique that measures changes in polarized light upon reflection (or transmission) as a function of wavelength. The Nanometrics tool directs a small spot of light through one optical lens assembly (the "illuminating lens") onto a semiconductor wafer and then collects the light reflected from the semiconductor wafer with a second lens assembly (the "receiving lens"). Small changes in the polarization of the reflected light are used to measure film thickness and OCD. The smaller the spot of light—or "spot size"—that a tool is able to achieve through this process, the more precise the measurements of the semiconductor wafer, which is important as semiconductor chips get smaller and more sophisticated.

18.     Every three to five years, the semiconductor chip industry moves to the next generation of semiconductor wafer technology—also called a "node"—leading to smaller semiconductor chips with more capacity, capability, and complexity. The term "copy exact" refers to the semiconductor industry practice of implementing exactly matching manufacturing and

---

[1] References to "Ex." are references to deposition exhibits entered in this case.

REPORT OF JULIE L. BENTLEY, PH.D.
5:18-CV-00417-BLF

CONFIDENTIAL

testing tools and processes to maintain consistent quality for the duration of the node. This practice includes selecting a measurement "tool of record"—one metrology system to measure all wafers—to ensure consistent measurement results. The customer purchases many of these very large, multi-million dollar metrology systems (weighing more than one ton each) to be used in their manufacturing operations around the world. All of these tools must produce accurate and consistent measurements for all wafers at all locations. The tool of record is the ruler against which all later measurements are evaluated, and thus changing the tool of record, or making changes to the tool itself, is rare and discouraged.

19.     As a result, Nanometrics is in a race against its competitors (e.g., KLA-Tencor) to establish its metrology system as the tool of record at a given customer, for the life of the node. Nanometrics' potential customers include Samsung, TSMC, and Intel. Nanometrics must demonstrate to the customer that its tool can meet the customer's specifications, price, and delivery requirements before its competitors in order to be chosen as the tool of record, and secure three to five years' worth of tool sales for the node in the process. If Nanometrics cannot meet the customer's measurement criteria, or do so before the competition, then Nanometrics loses multiple years of sales, and is at a disadvantage for anticipating the customer's needs for the next node. Given the stakes of the tool of record decision, Nanometrics must demonstrate its capabilities in a timely manner, often with prototype tools and components, in order to secure multiple years of revenue at a customer, such as Samsung, TSMC, Intel, GlobalFoundries, Hynix, and others.

### C.     Steps to Designing and Assembling Optical Lens Assemblies.

Below, I describe the general steps to designing, fabricating, and assembling an optical lens assembly.

#### 1.     The optical design.

20.     The customer (here, Nanometrics) provides specifications for the lenses needed for its next generation tool. The optical designer uses the specification document to determine the best starting point for the optical system. This can be anything from a single lens (from "scratch") to a known design form. The starting point is entered into an optical design software program (e.g., CODE V or Zemax) and evaluated against the specification. If the lens does not meet specification,

**CONFIDENTIAL**

variables for optimization are chosen (e.g., lens curvatures, thicknesses, and materials, and the airspaces between the lenses). The lens is optimized in the software (often with manual intervention, e.g., adding or subtracting elements) until acceptable performance is achieved and the result is called the nominal design.

21.     An optical system cannot be fabricated perfectly so it is important that the nominal optical design have better performance than the specification, leaving room in the design for manufacturing margin. The optical designer needs to ensure that the optical design is feasible to fabricate and assemble by performing a thorough tolerance analysis. The most common statistical tolerancing algorithm is a Monte Carlo procedure. It generates a large number of lens configurations with lens parameters (e.g., radius, thickness, and airspace) whose values are distributed randomly within their assigned tolerances ranges. Each lens configuration is called a run or a trial, and the use of a random distribution of lens parameters is the "Monte Carlo" part of the analysis. Then, the as-built performance of each perturbed configuration is analyzed. The data for all of the trials is collected and used to predict a statistical probability for the lens to achieve a particular performance with the assigned tolerances and compensators. For example, if the optical designer runs 10,000 Monte Carlo trials, and the results show that only 60% of lenses in a 10,000 lens manufacturing run would meet all specifications, the designer may decide to make changes to the lens design and/or the tolerances in order to increase the yield (or percentage) of lenses that meet specifications. By performing this tolerance analysis, the designer will know the likelihood that the as-built lens system will meet certain specifications. This analysis is even more important when the optical lens manufacturer is not planning to, or does not have a means to, test the as-built lenses on one or more specific specifications.

### 2.     The opto-mechanical design.

22.     Once the optical design and a preliminary tolerance analysis is complete, or close to complete, the mechanical engineer takes the optical design and determines how the lens elements will be held together in a mechanical mount(s). This includes how the elements will be fixed in place (e.g., the type of adhesive or mechanical bonding) and the manner of assembly. It is important that the optical designer and the mechanical engineer review each other's designs and

**CONFIDENTIAL**

communicate frequently to ensure that the optical design and the mechanical design are compatible. The mechanical engineer's choice of mounting and assembly methods for a lens system impacts the tolerances and compensators needed to finalize the tolerance analysis. After discussions with the mechanical engineer, the optical design should feed the new tolerances/compensators back into the tolerance analysis and update the predicted manufacturing yield before the mechanical (and optical) design is approved for release. The opto-mechanical design and the assembly method is just as critical to the success of the as-built lens assembly as the optical design.

23.    Improperly designed mechanics, inappropriate adhesives, and/or adhesive application techniques can cause mechanical stress on the lens elements by pulling on the lens elements in an uneven way. Mechanical stress on a lens element introduces birefringence into the lens material. Birefringence is the difference in a material's refractive index ($\Delta n = n_{max} - n_{min}$) for different incident polarization states of light. Birefringence causes the polarization of a light ray to be rotated after passing through the lens where the amount of rotation is dependent on the wavelength of light. As light passes through a birefringent material, the polarization state parallel to $n_{max}$ will progressively lag further and further behind the polarization state aligned with $n_{min}$. This lag is called the retardance. In units of length, the retardance is simply $\delta = \Delta n \, t$ where t is the material thickness and $\Delta n$ is the birefringence. In (angular) units of phase, where 360° is one wavelength, the retardance is $\delta = 360° \, \Delta n \, t \, / \, \lambda$ where $\lambda$ is the wavelength of the light. In an improperly designed lens assembly with too much stress-induced birefringence, the stress (and therefore the birefringence/retardance) is not uniform across the lens element(s). The result is that if this lens assembly is used in a spectroscopic ellipsometer application that measures polarized light on the semiconductor wafer, the stress induces birefringence that can interfere with the tool's ability to measure the semiconductor wafer. The terms birefringence and retardance are often used interchangeably as retardance is a measure of the birefringence of a material with thickness, t.

24.    To avoid problems caused by poor adhesives and/or mounting techniques, the mechanical engineer should perform a finite element analysis ("FEA") on the nominal opto-mechanical design. FEA uses mathematical models and computer simulations to understand and

CONFIDENTIAL

quantify the effects of real-world conditions on a part or assembly. These simulations allow engineers to locate potential problems in a design, including areas of tension and weak spots that might cause stress in an optical element before parts are sent to manufacturing. If needed, the opto-mechanical design can be adjusted to improve performance. Performing adequate analysis before building the lens is even more important when the mechanical engineer does not have the means to test the as-built lens on one or more specifications. As with the optical design, a mechanical engineer should not commit to a specification for a design that they do not model and do not have a means to test in the as-built assembly. Once the opto-mechanical design and modeling analysis is complete, the mechanical engineer prepares a full set of optical element and mechanical part drawings (that include all appropriate tolerances) along with documentation on how the lens elements will be assembled together and fixed into the mechanical housing for proper alignment and stability.

25.     When the optical designer and mechanical engineer are satisfied with the opto-mechanical design, the design should be subjected to a design review. The design review ensures that other stakeholders in the process can review the design for flaws and offer any suggestions or changes to make sure that the nominal, theoretical design can indeed be built using real world materials, tolerances, and capabilities. The people who should be involved in the design review include (a) the fabricator, who will grind, and polish the individual lens elements, (b) the coater, who will apply a coating to the elements, (c) the machinist, who will create the mechanical housing that the lens elements will be assembled into, and (d) the assembly and test technicians who will assemble the lens elements into the mechanical housing and test the completed assembly.

### 3.     Fabricating the lens elements and mechanical components.

26.     Once the design review is complete, the lens supplier orders the raw materials for the lens elements, such as optical glasses, fused silica, barium fluoride, and calcium fluoride. It is important for the supplier to order the right materials for the application, with the correct tolerances on index of refraction, dispersion, homogeneity, and birefringence. These specifications are derived from the optical design tolerance analysis and can be found on the element drawings for the lenses. Once received, the fabricator takes the raw materials—usually shaped like hockey

**CONFIDENTIAL**

pucks—and grinds and polishes them to the size, shape, and thickness required by the lens design. The lens elements are then sent to be coated with anti-reflection coatings (to increase transmission). The mechanical components are also fabricated from their mechanical drawings according to the dimensions and tolerances on the drawings.

### 4.    Assembling and testing the lens.

27.    After the lens elements and their respective mechanical mounts are fabricated according to the element drawings and mechanical prints, an assembly technician(s) puts the lens assembly together and tests the performance of the optical system. For optical systems that will be used in semiconductor metrology tools, assembling in a clean room is required. A clean room is an enclosed space designed to reduce airborne and surface particles and monitor and stabilize environmental conditions, such as temperature and humidity. In general, clean rooms involve the use of HEPA filtration systems, wiping down surfaces regularly, making sure doors remain closed, prohibiting eating or drinking, wearing clean room suits over street clothes, and wiping down any equipment or material brought into the clean room. Items with uncontrolled microbes like paper, fabric, and pencils are often not used in a clean room and would be replaced with an alternative. Assembling lenses in a clean room is necessary given the exacting nature of the semiconductor application.

28.    Depending on the type of lens assembly, the technician may either test the assembly alignment and/or performance during the assembly process or after all elements are adhered in place. Once assembled, the technician tests the lens assembly's performance against the specifications. For example, wavefront specifications are tested using an interferometer, which measures the transmitted wavefront error and aberrations such as spherical, coma, and astigmatism.

## V.    OSI's FAILURES REGARDING THE 40 MICRON LENSES

### A.    OSI Was Aware of the Need for Low Retardance.

29.    I understand OSI argues that OSI failed to timely deliver 40 micron lenses to Nanometrics because Nanometrics did not provide a particular specification for retardance for the 40 micron lenses. In my opinion, that statement is not accurate.

10.

**CONFIDENTIAL**

30.      Even before Scott Gibb of Nanometrics sent Mr. Piccirillo the specifications, they discussed the 40 micron lens design and needs, including retardance. (OSI0052626 at OSI0052628 (Aug. 21, 2012 email from Mr. Piccirillo to Mr. Gibb).) Mr. Piccirillo knew that "Nanometrics requires Axial Color, Lateral Color, and Retardance validity," and that the retardance for the entire lens needed to be "0.5 deg to 1 deg at 500nm." (*Id.* at OSI0052628-29.)

31.      Mr. Gibb designed the 40 micron lens, and provided the specifications to Mr. Piccirillo on October 25, 2012. (Piccirillo Ex. 253, OSI0025524-34 (email from Gibb to Piccirillo with 40 Micron specifications).) The specification document is entitled, "Assy, Lens, SE Objective, 200-1700NM," and the overview states that this "document is the specification for the 200-1700nm Spectroscopic Ellipsometer (SE) Lens Assembly, from now on referred to as the SE Lens or the Lens." (*Id.* at OSI0025525, OSI0025527.) By the title and overview, Nanometrics made clear that this lens would be used in its tool for a spectroscopic ellipsometry application across an operational wavelength of 200nm to 1700nm. Nanometrics provided the lens prescription, tolerances, compensator information, specifications for the performance (e.g., optical aberrations), specifications for the coatings, specifications for the outside dimensions of the mechanical housing, and the clean room conditions for lens assembly, in addition to other information. (*Id.* at OSI0025525-34.) Notably, the material specifications included specifications for birefringence, which was quantified in units of retardance (nm/cm). (*Id.* at OSI0025530.)

32.      Based on these specifications, a competent optical lens supplier would have known that a lens assembly to be used on spectroscopic ellipsometry tools would require mounting methods and adhesives that do not cause stress on the lens elements. As explained in Section IV.C. above, stress on the lenses causes birefringence, which is quantified by measuring the retardance of a lens. Birefringence/retardance in the lens elements will interfere with the spectroscopic ellipsometer's ability to measure small changes in polarized light on the semiconductor wafer.

33.      Even though the word "retardance" does not appear in Nanometrics' October 2012 specification document for the 40 micron lens, it does include specifications for birefringence. Nanometrics made clear that the "[m]echanical housing design shall minimize *variation of stress induced birefringence over the operating temperature range*." (Piccirillo Ex. 253, OSI0025524 at

CONFIDENTIAL

OSI0025533 (emphasis added).) Retardance is the metric used to measure/quantify birefringence and is directly proportional to birefringence. Further, Nanometrics stated that it "will validate mounting method" to ensure that the optical lens supplier's design minimizes variation of stress induced birefringence over the operating temperature range. (*Id*.)

34.     Immediately after receiving the specifications, Mr. Piccirillo sent them to Mr. Trissel, asking for his thoughts. (Piccirillo Ex. 253, OSI0025524 (Oct. 25, 2012 email from Piccirillo to Trissel with 40 Micron specifications).) At the time, Mr. Trissel was an independent contractor optical designer, not employed by OSI, and OSI had no optical lens designer on staff. (Trissel Dep. Tr. 23:17-24; Piccirillo Dep. Tr. 25:13-16.) As became clear later, Andrew Dugrenier, OSI's Vice President of Operations who was acting as OSI's opto-mechanical engineer, did not know what retardance was, or how to design a mechanical housing that minimized stress birefringence. (OSI0023059 (May 20, 2013 email from Dugrenier to Piccirillo).)

35.     As shown by these discussions and the specifications themselves, OSI knew that it had to minimize stress birefringence and retardance long before OSI delivered 40 micron lenses to Nanometrics with unacceptably high retardance.

**B.     OSI's Misrepresentations to Nanometrics.**

36.     In seeking to win business with Nanometrics, OSI claimed to be a world class optics manufacturer, superior to its competition, and capable of manufacturing high quality lenses on time. With the optical design completed by Nanometrics, OSI did not need to design a lens, but would need to procure the raw materials, fabricate and coat the lens elements, and then assemble the lens elements in a mechanical housing, so that the resulting lens assembly met Nanometrics' specifications for its spectroscopic ellipsometer tool. OSI would also need to test the lenses (e.g., for wavefront and lateral color) before shipment. OSI claimed it could accomplish all this and deliver lenses by April 2013 when it agreed to the purchase order terms for this lens. (OSI0055070 (Jan. 1, 2013 email from Piccirillo to Jim Schimd confirming acknowledgment of PO55637); NANO_000045409 (Purchase Order 55637 showing delivery date as April 1, 2013); OSI0026714 at OSI0026715 (November 28, 2012 email from Piccirillo to Gibb negotiating a quote for the 40

CONFIDENTIAL

micron prototype lenses and claiming "I know that we will be successful making these so I'm not worried about the technical aspects.").) It is my opinion that OSI did not have the experience or expertise necessary to make these representations to Nanometrics, and OSI's statements to Nanometrics were contrary to OSI's contemporaneous internal documents.

### 1.   OSI's misrepresentations to Nanometrics before receiving the specifications.

37.    Mr. Piccirillo made representations to Mr. Gibb about OSI's manufacturing, assembly, and testing capabilities before receiving Mr. Gibb's specifications, in order to be considered for the forthcoming 40 micron project.

38.    For example, in emails with Mr. Gibb in August 2012, Mr. Piccirillo discussed Nanometrics' need for a lens with "low birefringence optical materials as well as appropriately engineered housings and cements," as well as "Axial Color, Lateral Color, and Retardance validity." (OSI0052626 at OSI0052628 (Aug. 21, 2012 email from Piccirillo to Gibb).) To meet these needs, Mr. Piccirillo represented to Nanometrics that OSI could "proceed with optics and mechanics fabrication, and alignment methods, consistent with high precision optics assembly." (*Id*. at OSI0052628.) He also told Nanometrics that if "a more involved approach[] will need to be developed for massaging axially and radial alignment, till desired performance is achieved," then "OSI possesses manufacturing means from which we can generate much greater tolerances than standard machining potentials." (*Id*.) Based on this email discussion, Mr. Piccirillo represented that OSI had the capability to—and indeed intended to—actively align optics in a low stress manner for the Nanometrics lenses. Yet, in a subsequent email to Mr. Trissel, Mr. Piccirillo indicated that he would not be interferometrically aligning each optic—as most sophisticated lens suppliers do—but would instead use an approach he had "never done" before. (OSI0025683 (Sept. 27, 2012 email from Mr. Piccirillo to Mr. Trissel).)

39.    Mr. Piccirillo also represented to Nanometrics that OSI had adequate clean room facilities for lens assembly. When Mr. Gibb asked "[w]hat sort of cleanrooms and techniques [d]o you use at OSI to keep lenses clean," Mr. Piccirillo confirmed that OSI works "in laminar flow stations for cleaning and assembly of parts," and they use dry nitrogen or something similar to

**CONFIDENTIAL**

blow dust particles off lenses, and they "are proficient with microscope inspection/assembly procedures." (*Id.* at OSI0052626-27.) For UV optics in particular, Mr. Piccirillo claimed that "the way we fabricate and handle optics around here is beyond the industry standards. Everything is scrutinized, and a standard of excellence applied that is typically beyond anything available in the industry." (*Id.* at OSI0052626.) Contrary to these representations, as discussed below, OSI did not have a clean room and later hid that fact from Nanometrics when Nanometrics' engineers visited OSI.

40.     On September 28, 2012, Mr. Gibb provided more information about the lens project to Mr. Piccirillo, and noted that "You've told me already that you can hold 5 micron decentration on elements," so Mr. Gibb used 5 microns for the default element decentration tolerance in his Monte Carlo analysis. (OSI0025683 at OSI0025684 (Sept. 28, 2012 email from Gibb to Piccirillo).) However, in OSI's contemporaneous internal discussion, Mr. Trissel told Mr. Piccirillo: "Oh boy. Where to start. The decentration tolerance that he is referring to includes not just the OD spec you can hit but also the tolerance on the ID of the barrel and the clearance needed to get the lens in the barrel." (OSI0025683.) As a result, even though Mr. Piccirillo told Mr. Gibb that OSI "can hold 5 micron decentration on elements," Mr. Trissel knew that to get "5 micron total for all of these is VERY challenging *unless you are doing active alignment on every element*." (*Id.* at OSI0025683-84 (emphasis added).) That active alignment is what Mr. Piccirillo represented to Mr. Gibb would be done but, instead, Mr. Piccirillo told Mr. Trissel that OSI would use a technique that he had "never done" before in order to get "as closely toleranced . . . without interferometrically aligning each optic (which is a whole different ball game)." (*Id.*) Mr. Piccirillo steered away from the advice of his optical designer and the customer to insist on an untested method of assembly, despite representing to Nanometrics that OSI could hold these tolerances.

41.     After Mr. Piccirillo's representations to Mr. Gibb, Nanometrics provided the 40 micron lens assembly specifications for OSI to review and quote.

### 2.     OSI's misrepresentations to Nanometrics after receiving the specifications.

42.     By the time it received the specifications, OSI knew that it needed to use

**CONFIDENTIAL**

Nanometrics' design to assemble a lens that met specifications for birefringence and lateral color, among other specifications, in a conforming clean room.

43.     OSI also knew that it needed to build a lateral color test bench to measure and provide feedback on the lateral color in its lenses, in order to make any necessary adjustments before shipping to Nanometrics. Mr. Gibb had made this obligation clear to OSI even before he sent the specifications: "[t]he lateral color feedback bench is a custom built setup that you'd need to build." (OSI0025683 at OSI0025684 (Sept. 28, 2012 email from Gibb to Piccirillo).) The specifications state that "lateral color shall be measured in the Lateral Color Test configuration" provided in the document. (Piccirillo Ex. 253, OSI0025524 at OSI0025528.) If OSI did not build a lateral color test bench, it would not be able to dial in the lateral color with the compensator that was included by Nanometrics in the specifications, and therefore OSI would need to hold even tighter tolerances to get the system to work.

44.     After sending the specifications, Mr. Gibb provided OSI with a suggestion about how OSI could build a lateral color test bench, and Mr. Trissel acknowledged this "[m]akes sense to me." (OSI0018740 (Oct. 31, 2012 email from Trissel to Gibb).) Mr. Piccirillo told Mr. Gibb that OSI had "come up with an awesome repeatable means of manufacture and assemble for these objectives – seriously, I don't think you'll find another supplier that will produce the performance that we will be able to! Anyway, your testing method makes sense so well [sic] proceed along those lines." (OSI0026888 (Nov. 2, 2012 email from Piccirillo to Gibb).)

45.     Mr. Piccirillo sent OSI's quote for the 40 micron lens on November 8, 2012. (Piccirillo Ex. 254, OSI0026849-53.) OSI quoted three prototype lenses at $49,380 per lens, 50 production lenses at $36,920 per lens, and 100 production lenses at $27,840 per lens, to be delivered within 18-22 months. (*Id.* at OSI0026852-53.)

46.     In OSI's November 8, 2012 quote and subsequent communications to Nanometrics, Mr. Piccirillo made numerous representations that it had the equipment, expertise, and experience necessary to build the 40 micron lens specified:

**CONFIDENTIAL**

a)  OSI "can technically meet the challenges associated with your current SOW for these Objective Lenses," the 40 Micron lens. (Piccirillo Ex. 254, OSI0026849 at OSI0026852 (Nov. 8, 2012 40 Micron quote from Piccirillo to Gibb).)

b)  OSI possesses "unique manufacturing and tolerancing capabilities" and "possesses manufacturing techniques that are beyond any other optics manufacturer" (Piccirillo Ex. 254, OSI0026849 at OSI0026852 (Nov. 8, 2012 40 Micron quote from Piccirillo to Gibb).)

c)  The "technology we bring to the table for making your objectives is second to none" (OSI0026793 at OSI0026796 (Nov. 26, 2012 email from Piccirillo to Gibb).)

d)  "[W]hen you find OSI's performance superior to anything you are accustomed to, if this acquisition [between OSI and an unnamed optics company] doesn't take place, I can assure you that we are in a standalone position to fabricate the higher quantities you are looking for." (OSI0026793 at OSI0026796 (Nov. 26, 2012 email from Piccirillo to Gibb).)

e)  "OSI has freaky good manufacturing capabilities – literally second to none." (*See* Piccirillo Ex. 255, OSI0026714 at OSI0026716 (Nov. 27, 2012 email from Piccirillo to Gibb).)

f)  "I know we will be successful making these so I'm not worried about the technical aspects." (Piccirillo Ex. 255, OSI0026714 at OSI0026715 (Nov. 28, 2012 email from Piccirillo to Gibb).)

g)  "[O]nce [Nanometrics] work[s] with us, and expose yourselves to our level of quality and engineering/manufacturing skills, it will open up scenarios that will place Nanometrics ahead of its competition" (OSI0026697 (Dec. 4, 2012 email from Piccirillo to Gibb, to pass to John Leon of Nanometrics).)

h)  "[A]s owner of this company, I can commit to maintaining pricing as I have presented in this quotation." (OSI0026697 (Dec. 4, 2012 email from Piccirillo to Gibb, to pass to Leon).)

47.     In response to OSI's November 8, 2012 quote, Mr. Gibb told Mr. Piccirillo that

REPORT OF JULIE L. BENTLEY, PH.D.
5:18-CV-00417-BLF

CONFIDENTIAL

OSI's price was five times higher than OSI's competition. (Piccirillo Ex. 255, OSI0026714 at OSI0026715 (Nov. 28, 2012 email from Gibb to Piccirillo explaining OSI's price is "5x the competition").) Mr. Gibb also emphasized the urgent need for prototype lenses as soon as possible, starting in February 2013. (*Id.* (Nov. 28, 2012 email from Gibb to Piccirillo emphasizing that "this is important" if OSI "can [] bring the schedule in" and quote delivery options starting in February 2013).)

48.    Then Mr. Piccirillo drastically cut OSI's quoted pricing and lead times to convince Nanometrics that OSI could produce the 40 micron lenses on time and at a reasonable price. (OSI0026736 (Nov. 29, 2012 email from Piccirillo to Gibb); Piccirillo Ex. 255, OSI0026714 at OSI0026725-26 (Revised 40 micron quote).) OSI's November 29, 2012 subsequent amended quote promised delivery within 18-22 weeks, instead of 18-22 months, and bonus incentives starting at delivery within 12 weeks. (OSI0026736 at OSI0026746-47.) Twelve weeks would mean delivery by mid-February 2013, and eighteen weeks would mean delivery by the end of March 2013. OSI's quote also noted that while the unit cost was higher than competitors' bids, "we are technically competent meeting the tolerances and/or performance provided in the SOW[.]" (*Id.* at OSI0026726.)

49.    Nanometrics subsequently issued the 40 Micron Purchase Order to OSI on December 19, 2012, with a deadline of April 1, 2013 for delivery of four prototype lenses. (Piccirillo Ex. 256, OSI0100888 at OSI0100889 (40 Micron Purchase Order).) OSI agreed to the terms of this purchase order, including the delivery deadline. (OSI0055070 (Jan. 4, 2013 email from Piccirillo to James Schmid of Nanometrics confirming receipt of 40 Micron Purchase Order, telling him everything is "good to go").)

### C.    OSI Did Not Deliver Performing 40 Micron Lenses On Time.

50.    OSI's first four 40 micron lenses were due by April 1, 2013. (Piccirillo Ex. 256, OSI0100888 at OSI0100889 (40 Micron Purchase Order).) However, OSI did not finish its first set of two 40 micron lenses until May 17, 2013, about six weeks after the April 1, 2013 deadline in the 40 Micron Purchase Order, and many weeks after the promised timeline in OSI's November 29, 2012 quote. (*Id.*; Piccirillo Ex. 255, OSI0026714 at OSI0026725-26.) Mr. Gibb flew to OSI in

REPORT OF JULIE L. BENTLEY, PH.D.
5:18-CV-00417-BLF

CONFIDENTIAL

New Hampshire to pick up the lenses to avoid further delay. (*See* OSI0018234-35 (May 1, 2013 email from Gibb to Piccirillo to schedule his trip to OSI to pick up the 40 micron lenses and evaluate OSI's facilities).)

51.     Documents I considered show that OSI was fully aware of Nanometrics' need to deliver the first prototype lenses on time in order for Nanometrics to win business. (*See* OSI0026736 at OSI0026747 (Nov. 29, 2012 amended 40 micron lens assembly quote with delivery incentives and penalties); TRISSEL_000131 (Dec. 19, 2012 email from Piccirillo to Trissel ("We have a tight delivery schedule on this"); OSI0054737 at OSI0054738 (Feb. 22, 2013 email from Gibb to Piccirillo: "Tell me your [sic] done with the lens. There's an urgent need for the lens now!"); OSI0028294 at OSI0028295 (Mar. 27, 2013 Gibb asking Piccirillo to expedite delivery); OSI0028137 (May 3, 2013 email from Gibb addressed to Piccirillo as "Way-Behind-Schedule"); Piccirillo Ex. 259, OSI0018265 at OSI0018266 (Apr. 29, 2013 email from Nanometrics' Andrew Barada to Piccirillo, "On or about April 9th you had a conversation with our Chief Operating Officer, Bruce Crawford, at which you gave a verbal commit to have at a minimum the first two lenses completed and shipped by May 17th. . . . Quite a bit of future business is dependent on meeting the May 17th ship date so I trust that OSI will do whatever is necessary to meet its commitments for that date"; Piccirillo responds, "[I]t's apparent to us that there is business potential dependent on the outcome and timeframe of these"); *id.* at OSI0018265 (Apr. 29, 2013 email from Leon to Piccirillo, "May 17th is a critical date for [N]anometrics . . . What we need from [y]ou and your team is a confidence that May 17th will be met. We have made a commitment to a Customer based on a May 17th worst date delivery for prototypes from OSI. To slip that date would [] cause negative implications in business opportunities for [N]anometrics. Please confirm, ensure that May 17th will be met"; Piccirillo responds, "I know we are making plans to accommodate this date").)

52.     Nanometrics also told OSI that its very first lenses would go to its customer, Samsung, for evaluation in order to win business. (OSI0028102 (May 17, 2013 email from Tony Beddard to Piccirillo and others, noting that he is "bracing for a beating in the woodshed without HQ data to show" because "the first optic goes straight to Samsung!"); OSI0023059 (May 20,

**CONFIDENTIAL**

2013 email from Gibb to Piccirillo noting that OSI's initial set of 40 micron lenses were sent to Samsung despite high-retardance problems).)

53.     I understand it is OSI's position that because its initial lenses (for both the 40 micron and 25 micron lens) were "prototype" lenses, there was no expectation that the initial lenses would meet all specifications or be ready to send to customers. (Piccirillo Dep. Tr. 227:8-16; Trissel Dep. Tr. 74:1-17, 103:07-104:11, 205:9-207:5.) In my opinion, those positions are inaccurate, contrary to the practice in the semiconductor industry, and inconsistent with the documents I considered.

54.     Semiconductor metrology equipment manufacturers routinely put prototype lenses into their tools and send to customers for evaluation in hopes of winning the customer's business for that node. Because time is of the essence, and high performance is critical, there is no room for delay or allowance for prototype lenses that do not meet specifications. The expectation is that the prototype lenses meet specifications and will perform as needed in the tool by the purchase order due date. Nanometrics told OSI the importance of delivering working lenses that met specifications as soon as possible because those lenses would be sent to its customer for evaluation. OSI failed to deliver its lenses on time or in accordance with the specifications.

**D.      OSI's 40 Micron Lenses Suffered from High Retardance and Failed to Meet Spot Size.**

55.     OSI's first set of 40 micron lenses had large birefringence, as measured by their high retardance values, and could not operate in Nanometrics' tool. (*See* OSI0023059 at OSI0023060 (May 17, 2013 email from Gibb to Piccirillo notifying OSI that "one or both of these lenses might have many times more retardance than our old lens and is causing a failure in our retardance calibration routine").) OSI stated that they were surprised that retardance was a problem, but they should not have been.

56.     Nanometrics informed OSI that the 40 micron lens assembly would be used for spectroscopic ellipsometry measurements of semiconductor wafers. (TRISSEL_000147 (Dec. 20, 2012 email from Trissel to Dugrenier and Piccirillo reporting on his call with Gibb, who gave him "background on the Ellipsometer these lenses are going into").) This was also indicated in the title

of the 40 Micron lens, the specification overview, and the birefringence specifications. (Piccirillo Ex. 253, OSI0025524 at OSI0025525, OSI0025527, OSI0025530 (40 Micron specifications' title page, overview, and birefringence specifications).) In light of this information, a competent opto-mechanical designer would have used low-stress lens mounting techniques in the optical assembly to avoid stress-birefringence and the resulting changes to the polarization of the transmitted light. Further, absent a means to measure the induced stress-birefringence via retardance, the opto-mechanical designer should have modeled the anticipated impact of the proposed assembly and adhesive methods with FEA. OSI's assembly and adhesive methods caused retardance, and OSI did not perform any FEA analysis to avoid that outcome.

### 1. OSI failed to perform sufficient tolerance analysis of the 40 micron lens.

57.    Mr. Trissel was responsible for OSI's tolerancing and optical lens drawings, and Mr. Dugrenier was responsible for OSI's "mechanical engineering, fixtures and tooling." (TRISSEL_000131 (Dec. 19, 2012 email from Piccirillo to Trissel).)

58.    Mr. Trissel did some tolerancing analysis, but did not run sufficient Monte Carlo trials to perform an adequate yield analysis. (*See* TRISSEL_000181 (Jan. 2, 2013 email from Trissel reporting his preliminary tolerance results without attaching the analysis); OSI0018615-18 (Jan. 9, 2013 email from Trissel sending tolerance analysis for lateral color); OSI0018613-14 (Jan. 10, 2013 email from Trissel providing tolerance summary for "8mm ODs"); OSI0018602-03 (Jan. 11, 2013 email from Trissel revising the tolerance summary for "8mm ODs").)

59.    Mr. Trissel concluded from his limited tolerance analysis that the element tilts could be 6x looser than Nanometrics' specified tolerances, and still meet the performance specifications. (*See* TRISSEL_000181 (Jan. 2, 2013 email from Trissel reporting to Piccirillo and Dugrenier that his tolerancing "does not support" the element tilt tolerances in Nanometrics' design).) However, Mr. Trissel did not turn on ray aiming in Zemax when he ran these tolerances. (*See* OSI0018615-18 (Jan. 9, 2013 email from Mr. Trissel to Mr. Piccirillo attaching his "inverse tolerance analysis").) The Zemax software explicitly warns that this causes inaccuracies in the tolerancing results: "WARNING: RAY AIMING IS OFF. Very loose tolerances may not be computer accurately." (*Id.* at OSI0018616.) Contrary to Mr. Piccirillo's earlier promise to Nanometrics that

REPORT OF JULIE L. BENTLEY, PH.D.
5:18-CV-00417-BLF

**CONFIDENTIAL**

OSI possessed "unique manufacturing and tolerancing capabilities," Mr. Trissel's analysis and approach here was flawed, leading to OSI loosening element tilts. (Piccirillo Ex. 254, OSI0026849 at OSI0026852 (Nov. 8, 2012 40 Micron quote from Piccirillo to Gibb).) Mr. Trissel then told Mr. Gibb that the element tilts did not need to be that tight, and he assured Mr. Gibb that the "way we are assembling the system allows us to relax the tilt tolerance and still meet spec." (TRISSEL_000423 (Jan. 16, 2013 email from Trissel to Gibb).)

60. After making this representation to Mr. Gibb, Mr. Trissel's further analysis showed unfavorable yield estimates, particularly for the lateral color specification. (OSI0018583-85 (Jan. 17, 2013 email from Trissel with updated tolerances); TRISSEL_000432 (Jan. 17, 2013 email from Trissel to Piccirillo and Dugrenier estimating that the odds of staying within 2 microns for the lateral color specification is 65-70%); TRISSEL_000529-35 (Jan. 25, 2013 email from Trissel to Piccirillo and Dugrenier with updated element drawings); TRISSEL_000522 at TRISSEL_000523 (Jan. 17, 2013 email from Piccirillo instructing Trissel to label drawings with final tolerances); *see also* OSI0056120 (Aug. 28, 2013 email from Trissel providing tolerance summary to Rick Yarussi of Nanometrics); OSI0056100 (Aug. 28, 2013 email from Trissel providing tolerance file to Yarussi, showing 20 Monte Carlo trials).)

61. Mr. Trissel's inadequate tolerance analysis for lateral color was compounded by OSI's inability to test lateral color. Although OSI committed to building a lateral color test bench for the 40 micron lens, OSI failed to do so and did not test lateral color until Nanometrics provided a lateral color test bench in 2014. (*See* TRISSEL_000147 (Dec. 20, 2012 email from Trissel to Dugrenier and Piccirillo reporting on his call with Gibb, noting that Gibb provided background on how "they test lateral color using the system," but "[w]e are on our own as far as our testing. No problem. I said that I would send him a description of what we come up with before we order parts and commit to an approach"); TRISSEL_000181 (Jan. 2, 2013 email from Trissel to Piccirillo, describing his research into "equipment for the lateral color testing" and noting he ran "into a small potential glitch" in finding the equipment necessary to measure the full wavelength); OSI0028296 at OSI0028297 (Mar. 25, 2013 email from Gibb to Piccirillo, asking "Lateral color test bench complete?"); OSI0018225-26 (May 1, 2013 email from Trissel to Summer Dumont of OSI

**CONFIDENTIAL**

regarding parts to order and step by step set up of lateral color test); OSI0530215 (May 15, 2013 email from Dugrenier to Piccirillo, asking "Did you try the lateral color test at all?"); Piccirillo Dep. Tr. 252:16-17 ("I did not have the ability to measure lateral color"); Trissel Dep. Tr. 81:24-82:7.)

62.     A tolerancing analysis is always necessary, but it was all the more important because OSI did not have the ability to test lateral color. OSI should have conducted a tolerance analysis that would have ensured that the opto-mechanical design would yield sufficient as-built lens assemblies that met specification. If the current opto-mechanical design/tolerances could not support the lateral color specification with high yield, the tolerances should have been tightened and/or the opto-mechanical design changed until the yield was sufficient. Further, Nanometrics' specifications indicated that Element 4 should be used as a decentration compensator to correct for out-of-specification lateral color, but it appears that Mr. Trissel did not perform that analysis in 2013, if ever, because it was too time consuming. (OSI0021530 (Feb. 20, 2014 emails between Dugrenier and Trissel).) OSI did not test lateral color, as required by Nanometrics' specifications, and did not use the compensation techniques that Nanometrics recommended they use. Instead, OSI used Mr. Piccirillo's alignment technique that he had "never done" before. (OSI0025683 (Sept. 27, 2012 email from Mr. Piccirillo to Mr. Trissel).)

### 2.     OSI's opto-mechanical design did not use a mounting method that minimized stress birefringence.

63.     Nanometrics' specifications included material birefringence specifications and called for the mounting method to be validated by Nanometrics to ensure the method minimized stress induced birefringence, which is quantified by measuring retardance. (Piccirillo Ex. 253, OSI0025524 at OSI0025530, OSI0025533.) However, OSI refused to share its mounting technique with Nanometrics, declaring OSI's assembly procedures to be proprietary. (*See* OSI0054737 (Feb. 22, 2013 email from Gibb to Piccirillo ("If you guys show me your secret techniques I'll come out there for acceptance testing")); OSI0028296 (Mar. 26, 2013 email from Gibb to Piccirillo, admonishing him for changing a lens element diameter from the specification without telling Gibb, noting that OSI "want[ing] to keep stuff secret" does not allow them to deviate from the

**CONFIDENTIAL**

specifications without prior approval); OSI0018234 (May 1, 2013 email from Piccirillo to Nanometrics, stating that "the components and assembly procedures we are applying to these objective lenses is proprietary and under NO condition will you be allowed to 'see' your parts under construction").) As a result, OSI prevented Nanometrics from reviewing, let alone validating, the mounting method until Nanometrics forced the issue for its trip to New Hampshire in August 2013 to resolve the shortcomings in the lenses that OSI provided. OSI still has not produced details or drawings of its mounting technique for the 40 micron lens in this litigation, despite document requests seeking their production. (*See* Nanometrics' First Set of Requests for Production of Documents, Request Nos. 3, 28; Nanometrics' Second Set of Requests for Production of Documents, Request Nos. 55.)

64.     In the meantime, Mr. Dugrenier's mechanical lens mounts, adhesives, and assembly process caused high stress-birefringence and therefore high retardance, and failed to meet Nanometrics' specifications. Mr. Dugrenier was responsible for OSI's 40 micron assembly, but had never heard of retardance, and did not know how to design an assembly to avoid it. (OSI0023059 (May 20, 2013 email from Dugrenier to Piccirillo ("I was going to chime in but didn't want to until I understood what [Gibb was] talking about. What the hell is retardance?" and "Is this different than stress-induced bi-refrigance [sic]?")); *see also* TRISSEL_001210 (June 4, 2013 email from Dugrenier to Trissel, asking "Any hints you can give me concerning retardance?" and asking for "titles/authors for books on optical engineering and design").) Just weeks before the first lens delivery, and weeks after the original April 1, 2013 due date, OSI outsourced the fabrication of elements to a third-party, which provided out-of-tolerance elements. (OSI0055842 (May 3, 2013 email from Piccirillo to Trissel).) However, rather than fix the underlying problem with the elements being out of tolerance, Mr. Piccirillo decided to heat the metal cells to "approx. 100 degrees so that it expands about 25 microns so that we can ship [sic] these little whores in." (*Id.*) Mr. Trissel approved this method. (*Id.*) However, using temperature changes to expand and then shrink metal cell housings around lens elements causes high levels of stress (and therefore stress birefringence) in the lens elements. The low-stress assembly option would entail measuring the elements and actively aligning them in a mechanical mount—this is the method that Mr.

**CONFIDENTIAL**

Piccirillo represented to Nanometrics that it could do. By contrast, OSI used a high-stress mounting method which was the opposite of what Nanometrics' specifications called for.

65.    Mr. Dugrenier should have performed an FEA analysis on the opto-mechanical design to evaluate whether the mounting technique and adhesive would cause stress birefringence (or other problems) in the as-built lenses. He did not do so. (Dugrenier Dep. Tr. 150:6-18.) Mr. Dugrenier believed that adhesives cannot be modeled in FEA. (*Id.* at 250:1-23.) To the contrary, FEA does identify problems with adhesives and adhesive mounting methods in opto-mechanical designs.

66.    OSI did not have the experience or expertise to identify or resolve the high-retardance issue, and refused to disclose its mounting technique to allow Nanometrics to "validate [the] mounting method" to ensure that the design minimized stress induced birefringence. (*See* Piccirillo Ex. 253 (OSI0025524 at OSI0025533).) Instead, OSI forced Nanometrics to go to great lengths—beyond what is normally expected of a customer who received deficient lenses—to research adhesive options and ultimately teach OSI how to build low-retardance lenses as required by the 40 micron specifications. Nanometrics was at a significant disadvantage in this process because OSI did not disclose any details about its mounting methods or assembly procedures.

a)  By May 23, 2013, Nanometrics had thoroughly researched adhesive options to reduce OSI lenses' retardance, and OSI agreed to use the recommended adhesive. (NANO_000459094 (May 23, 2013 email from Gibb to Nanometrics personnel noting "Brad and I have reached agreement on the path forward to reduce retardance . . . I've sufficiently researched the adhesive options and . . . Brad is in agreement to use [Dow Corning] 93-500 on at least one complete lens").) OSI then said it was not able to get that adhesive to work. (NANO_000467707 at NANO_000467708 (June 5, 2013 email from Piccirillo to Gibb, Leon, reporting that "we've spent the last week playing around with the 93-500 and isn't cutting the cake").)

b)  On June 5, 2013, Nanometrics provided a retardance specification, in addition to the birefringence specifications already provided with the October 2012 40

REPORT OF JULIE L. BENTLEY, PH.D.
5:18-CV-00417-BLF

**CONFIDENTIAL**

Micron specification document, because OSI still prevented Nanometrics from seeing its mechanical design or mounting methods. (NANO_000467707 (June 5, 2013 email from Gibb to Piccirillo and Dugrenier providing a retardance specification at 200 nm and 500 nm wavelength); *see also* OSI0027567 (June 5, 2013 email from Piccirillo forwarding the retardance specification to Trissel).) Mr. Piccirillo did not know "if the retardance levels indicated below are easy, moderate, or difficult" but nevertheless expressed he was "quite confident we will get there . . . ." (*Id.*) Nanometrics expected new low-retardance lenses by mid-June. (OSI0017242 (June 5, 2013 email from Gibb to Piccirillo, noting Nanometrics expected to "receive first iteration of low-retardance prototype lenses mid-June"; Piccirillo forwards to Dugrenier).)

c) Nanometrics also purchased a J.A. Woollam M-2000 193nm ellipsometer with the widest spectral range for OSI to measure retardance. (*See* NANO_000503286 (June 3, 2013 J.A. Woollam Purchase Order for M-2000 Model D spectroscopic ellipsometer, $91,000).)

d) By this time, Mr. Piccirillo "d[id]n't want to work at the engineering level with these clowns," referring to Nanometrics, and admitted that OSI still had not "figured out how to control the retardance." (Piccirillo Ex. 261, OSI0055677 (June 8, 2013 email from Piccirillo to Joseph Piccirillo).)

e) On June 10, 2013, Nanometrics provided OSI with a list of four adhesives that met its outgassing specifications, and directed OSI to use an adhesive that met the outgassing specifications, all requirements in the October 2012 40 micron lens specification document, and reduced retardance to a minimum. (TRISSEL_001401 (June 10, 2013 email from Gibb to Piccirillo, Dugrenier, Trissel, and others).)

f) Nanometrics personnel searched for and procured adhesive for OSI when OSI was unable to do so. (NANO_000463959 at NANO_000463960 (June 10, 2013 email from Piccirillo to Leon, asking Nanometrics to purchase adhesive for OSI).)

**REPORT OF JULIE L. BENTLEY, PH.D.**
**5:18-CV-00417-BLF**

CONFIDENTIAL

    g) On July 12, 2013, OSI received the spectroscopic ellipsometer, and Gibb flew to OSI's New Hampshire office so that OSI could be trained in how to use the device. (OSI0001801-35 (July 12, 2013 email from Gibb to Dugrenier and others with materials about the spectroscopic ellipsometer for the spectroscopic ellipsometer training); OSI0001837 (July 12, 2013 email from Dugrenier to Gibb confirming receipt of the spectroscopic ellipsometer).)

67.    Despite Nanometrics' direction, OSI still used the wrong adhesive as late as July 9, 2013, and was reticent to disclose that to Nanometrics. (*See* TRISSEL_001210 (June 4, 2013 email showing Trissel and Dugrenier agree to use Momentive 630 adhesive without asking "Scott directly," because "Brad really wants to keep this under-raps for some reason"); NANO_000459189 (June 7, 2013 email from Gibb to Dugrenier, Trissel, and others, noting that "Momentive RTV 630 will likely cause transmission problems . . . Please do not use this adhesive"); OSI0001842 (July 9, 2013 email from Gibb to Piccirillo and Dugrenier, "You went with the Momentive 630?!!! I told you not to use that one!").)

68.    When OSI's retardance levels finally started to improve in mid July 2013, the retardance was still too high and there was significant drift in the data over time, such that future OSI 40 micron lenses would need to be stabilized. (NANO_000459365 (July 11, 2013 email from Dan Thompson of Nanometrics to OSI reporting data for latest set of 40 micron lenses, noting "20x improvement in retardance and thickness drift compared to the previous lens, but . . . there is a clear drift in the data that we do not normally see without our previous lens" (emphasis omitted)).) The 40 micron lens problems continued into late August 2013.

69.    OSI failed to fix these problems it promised it could solve. Out of options, Nanometrics sent a "support team" of several engineers (Tony Beddard, Dan Thompson, Rick Yarussi, Nigel Bland, and Richard Sykes) to OSI in New Hampshire on a three-day trip from August 26-29, 2013 to address this drift issue and train OSI to manufacture stable lenses with low retardance. (OSI0013798 at OSI0013801-02 (Aug. 23, 2013 email from Beddard identifying the need for the trip).) Because OSI had not shared its mechanical design or mounting methods, Nanometrics was "starting from near zero . . . in relation to OSI details," so Nanometrics needed

CONFIDENTIAL

to learn "the process and design, and what tests are done at each step," to begin to understand what OSI was doing to cause these problems in lens performance. (*Id.* at OSI0013799; *see also* OSI0056133 (Aug. 28, 2013 email from Beddard noting that OSI would require an NDA before it would "disclose sensitive details to enable better understanding of fixing these current problems").)

70.     Once Nanometrics was finally able to access details about OSI's mounting process, Nanometrics' team identified that the "likely root cause" of OSI's retardance problem by the next day. Retardance was caused by how two specific elements were bonded in the housing. (OSI0068191-96 (Aug. 29, 2013 Nanometrics presentation, "OSI Lens Schedule," shared with OSI for an Aug. 29, 2013 conference call).) After diagnosing this problem, Nanometrics directed a "[m]odified mounting method and tested retardance shift after overnight RTV cure." (*Id.*) This modified mounting method resulted in significant improvement in retardance value. (*Id.*) Whereas previous mounted elements "ranged from 1.6 to 26nm depending on adhesive used," the new mounting method resulted in less than 0.2nm retardance in the mounted element. (*Id.*)

71.     Nanometrics also showed OSI how to remove elements from bonding in order to use them with the new mounting method: "[s]oaked RTV mounted lens in acetone and successfully remove element," returned the element's retardance to "original value," and "[s]uccessfully demonstrated method to recover potted elements." (*Id.*) Because the elements had 0.0 nm retardance unmounted, and Nanometrics was able to return the lenses to that original retardance value, this shows that the retardance problem was caused by OSI's mounting method, not a retardance issue caused by the elements' raw material, coating, or fabrication. (*Id.*) All the "time expended to resolve retardance issues" pushed back the expected ship date on production lenses to October 11, 2013, and ultimately, beyond. (*Id.*)

72.     Nanometrics "reworked" the mounting mechanics to use a "6-point spot-bond at two thick silica elements (E1 & E6) to replace ring-bond to reduce stress," and this "showed significant improvement in birefringence." (NANO_000347131 at NANO_000347139 (Sept. 19, 2013 Nanometrics presentation describing bonding changes and remaining problems with OSI's 40 micron lenses).) However, one of the lenses had a "wavefront and axial/lateral color issue,"

indicating additional problems. (*Id.*) Indeed, Nanometrics acknowledged that this spot-bond for E1 and E6 "may be insufficient to solve birefringence problem" and the "[s]pot-bond for all elements may have risk for OSI's processes," in addition to requiring "multiple weeks" for the lenses to stabilize, thus "impacting schedule." (*Id.*)

73.     OSI would not have been able to ship acceptable lenses with sufficiently low stress-birefringence/retardance levels if Nanometrics had not intervened to correct OSI's flawed element mounting method. Indeed, Nanometrics had sought to avoid these problems from the start, by specifying that Nanometrics would validate the mounting method to minimize stress birefringence over the operating range. (Piccirillo Ex. 253, OSI0025524 at OSI0025533 (40 micron lens mechanical housing specifications).) Contrary to its representations before receiving the purchase order, OSI refused to provide details on its mounting method until Nanometrics forced the issue during the August 2013 visit. Thus, OSI wasted months of valuable time by refusing to collaborate with Nanometrics on a mounting method to minimize stress induced birefringence, when Nanometrics could (and did) identify the problem and potential resolution in less than two days. However, even then, Nanometrics was trying to salvage OSI's already compromised mechanical design, and the options were limited and time-consuming. Had OSI used a low-stress active alignment method for mounting the lens elements from the beginning, Nanometrics would not have needed to resort to these measures to prop up OSI's flawed design.

### 3.     OSI's 40 micron lenses failed the spot size and stability requirements.

74.     Despite Nanometrics' efforts to educate OSI on how to build the 40 micron lenses, OSI's lenses continued to fail to meet the 40 micron spot size requirement in fall 2013. (*See* NANO_000346942 (Sept. 10, 2013 email from Beddard noting that OSI's 40 micron lenses were "out of design spec"); Crawford Ex. 36, NANO_000041393 (Oct. 17, 2013 email from Drew Barada of Nanometrics noting that OSI's 40 micron lens set "does not meet the spot size specification and are unusable as is" (emphasis omitted)); Crawford Ex. 38, NANO_000041795 (Oct. 28, 2013 email from Piccirillo stating he is "at a loss" for why the lenses are not meeting spot size, and Bruce Crawford of Nanometrics replying, "[a]t the end of the day…We are losing

CONFIDENTIAL

market share").)

75.     When the lenses finally met the 40 micron spot size in November 2013, they still suffered from drift, and slid out of the spot size specification over time. (*See* NANO_000462641 at NANO_000462650 (Nov. 16, 2013 email from Barada to Piccirillo and others reporting that they now had three sets of lenses that met the 40 micron spot size specification, subject to stability testing); *id*. at NANO_000462641 (Nov. 21, 2013 email reporting that lenses that previously met spot size continued to drift and, with the exception of one set, were not stable).) The lens assemblies were required to stay stable and not change over time in order to be usable in Nanometrics' tools.

### 4.     An optical lens manufacturer of OSI's claimed capabilities should have been able to produce lenses to Nanometrics' specifications.

76.     If OSI had the design and manufacturing experience and capabilities that it claimed, it would have designed the lens assembly and used appropriate adhesive and mounting techniques to avoid retardance from the outset. The specifications made clear that it would be important to meet the birefringence specifications, which OSI should have known was connected to retardance (the quantity used to measure birefringence), in order to allow Nanometrics' spectroscopic ellipsometer tool to measure small changes in light polarization on the semiconductor wafer. Further, once the retardance problem was identified, an optical manufacturer of OSI's claimed capabilities should have been able to resolve the retardance and spot size problems to produce usable lenses. OSI prolonged its inadequate performance by protecting the intellectual property of its poor opto-mechanical design. By not disclosing the opto-mechanical design and mounting technique to Nanometrics, as required in the specification document, OSI prevented Nanometrics from being able to offer more help and insight to diagnose the problems with OSI's approach.

77.     Even after the retardance problem was largely resolved in fall 2013, thanks to Nanometrics forcing a trip to OSI to review and propose modifications to OSI's mounting method, OSI's lenses continued to fail the 40 micron spot size requirement. This indicates that there were latent issues that OSI had not addressed. Indeed, OSI knew this, and Mr. Piccirillo wanted to change the mounting method of the 40 micron lenses to match the 25 micron method to address

CONFIDENTIAL

these problems. (OSI0021530 (Feb. 20, 2014 emails between Dugrenier and Trissel discussing Piccirillo's desire to "'convert[]' the 40um lens to how we build the 25um").) If OSI's representations regarding its capabilities had been accurate, it is my opinion that OSI should have been able to timely produce conforming lenses without all of Nanometrics' help.

## VI.   OSI's 25 MICRON LENSES

### A.   OSI's Misrepresentations to Nanometrics.

78.   OSI aggressively pursued the 25 micron lens business from Nanometrics, just as it had aggressively pursued the 40 micron lens business, and asked Nanometrics to share its specifications for its 25 micron lens needs. (OSI0028102 at OSI0028104 (May 16, 2013 email from Piccirillo to Bruce Crawford of Nanometrics asking to see next lens design); Piccirillo Ex. 261, OSI0055677 at OSI0055679-80 (June 6, 2013 email from Trissel to Gibb proposing that "OSI design a 0.1 NA refractive system that has the same (or better) axial color as the existing 0.067 NA lens and that meets all the other specs and mechanical constraints").) On top of the representations OSI made to secure the 40 Micron Purchase Order, OSI continued to claim that it had the engineering prowess and manufacturing capacity to meet Nanometrics current and future needs:

> I started thinking about our visit and it occurred to me that one of your primary concerns is OSI capacity (including employees). I'm not worried about mechanical or manufacturing resources for [the NGSR lens] project as a I believe we are sufficiently staffed to meet the design/manufacturing considerations required in support of this SOW. If for some reason we need extra support, we have a full slate of high level professional engineers that have proven track records with us if we need to tap into them. I really don't think we will need them as the knack is to marriage manufacturing with the mechanical design. I can assure you that the cumbersome methods you are accustomed to will not be incorporated into our design. We definitely envision a platform that utilizes many fixed features, allowing for much better optical accuracies while minimizing alignment and other timely tasks, resulting in a less sensitive, more robust product. . . . Anyway, we are familiar with the tolerances we can generate and how they can be applied/transferred into your product. . . . Please don't think we are 'too small' for this, we possess the technology, have the desire to share our manufacturing means, and definitely represent a partner that will grow with you….

CONFIDENTIAL

(Piccirillo Ex. 264, OSI0026425 (Feb. 11, 2013 email from Piccirillo to Nanometrics in the context of asking to compete for the NGSR lens business).)

79.    Before seeing the specifications for the 25 micron SE lens, OSI represented that it could "definitely design and fabricate this lens – 100% confident," and that OSI "has the manufacturing capability to support [Nanometrics'] current needs[.]" (Piccirillo Ex. 261, OSI0055677 at OSI0055678-79 (June 7, 2013 email from Piccirillo to Gibb).)

80.    Nanometrics sent OSI the 25 micron specifications in a document labeled "25um Box Refractive SE Lens Feasibility Study Specification" on June 21, 2013. (NANO_000459302-07 (June 21, 2013 email from Gibb to Piccirillo with 25 micron specification).) For a feasibility study, typically a customer provides specifications and an optical designer provides the customer with a prescription and tolerance analysis that either meets those specifications, or analysis explaining why the specifications are not feasible to meet the desired yield. However, OSI did not provide a feasibility analysis or its prescription or a tolerance analysis. Instead, OSI represented that its "design simply meets ALL of your specs" and OSI was ready to proceed with a purchase order to build 24 prototype units, with the initial 16 units delivered in 20 weeks. (OSI0027185 (July 9, 2013 email from Piccirillo to Nanometrics); Crawford Ex. 1, NANO_000039756 at NANO_000039758-59; *see also* OSI0056583 (July 26, 2013 email from Piccirillo to Nanometrics confirming that OSI would be "moving forward . . . regarding a mid December delivery of the first units" which Piccirillo expected to be 8-12 sets of lenses).)

81.    Specifically, OSI claimed that it had designed a lens ("a thing of beauty") that was "designed to achieve: 0.1NA (3.75mm EPD, 18.75mm EFL), 190-1700nm (195nm min design wavelength), +/-0.064mm Image Height, <65um Axial Color, <0.025 waves RMS wavefront at 633nm, >13mm Working Distance, Total Track < 83mm (Image to Stop Distance), with predicted On-Axis Lateral Color within Specification." (Crawford Ex. 1, NANO_000039756 at NANO_000039756, NANO_000039758 (July 9, 2013 email from Piccirillo to Nanometrics with quote for 25 micron lens).) These are consistent with the specifications in Nanometrics' specification documents. (*See* NANO_000459302-07 (June 21, 2013 specifications); Barada Ex. 178, NANO_000459431-37 (Aug. 13, 2013 specifications).) With respect to lateral color, the

REPORT OF JULIE L. BENTLEY, PH.D.
5:18-CV-00417-BLF

CONFIDENTIAL

communications between OSI and Nanometrics make clear that 2 micron was the required specification. (OSI0011433 at OSI0011434 (Feb. 19, 2014 email from Piccirillo to Trissel and Dugrenier, noting that the "optics for the . . . 25 micron lenses validate the design, "and "it has been the premise that .025 TWF . . . and 2 micron LC (25 micron lens) are required in order to meet final system performance"); Kinney Ex. 52, NANO_000472360 at NANO_000472361 (Feb. 17, 2014 email from Piccirillo to Nanometrics about the first pair of 25 micron lenses having high lateral color ("something seems seriously out of whack here! We were expecting less than 2 microns for both of these")); Dugrenier Ex. 115, OSI0043040 (May 24, 2014 Thompson email to OSI noting that "2 micron LC spec. (Yes, that's the spec.)"); OSI0042911 (July 9, 2014 email from Piccirillo to Nanometrics re 25 micron lens: "I am 1000% confident we will make all of these to meet the 0.025TWF and 2 micron LC").)

82.     When Nanometrics pressed for the prescription or analysis (e.g., a "comparison slide with expected outcomes against critical spec needs ie, spot size, etc.") OSI refused to provide that information or analysis, and kept insisting that the design "meets ALL of your specs." (OSI0027185 (July 9, 2013 email from Piccirillo to Nanometrics); OSI0056203 (July 9, 2013 email from Trissel to Piccirillo: "What part of 'meets all specs' does he not understand? Wanker"); OSI0056583 (July 26, 2013 email from Piccirillo to Haiming Wang and others, claiming OSI's design met the 25 micron spot size requirement).)

83.     OSI only provided Nanometrics with black box files from Zemax. (Piccirillo Ex. 261, OSI0055677 at OSI0055678-79 (June 7, 2013 email from Piccirillo to Gibb and others proposing for OSI to keep the lens design and only provide a Nanometrics with a Zemax black box file).) Black box files in Zemax show the input and output of OSI's design, without any of the lens elements, prescription information (radii, thickness, materials), and tolerances that would allow Nanometrics to verify on its own whether the as-built design was expected to meet specification. (OSI0056698-7556 (Aug. 10, 2013 email from Trissel to Nanometrics with Zemax files); Dugrenier Ex. 78, OSI0012471.) OSI kept its prescription secret from Nanometrics to preserve its intellectual property, but that also meant that Nanometrics did not have all the information it needed to verify OSI's statements that both the design and the as-built lenses would

**CONFIDENTIAL**

meet all specifications.

84. On August 13, 2013, Nanometrics met with OSI and discussed the design, but again OSI did not disclose design details. (Barada Ex. 178, NANO_000459431-37 (Aug. 13, 2013 25 micron specifications); Piccirillo Ex. 271, OSI0056678 (Aug. 13, 2013 email from Barada to Piccirillo and Trissel forwarding Aug. 13, 2013 specifications).) On October 7, 2013, OSI updated the design and sent black box files of the design (without the prescription) to Nanometrics. (TRISSEL_002426-30 (Oct. 7, 2013 email from Trissel to Nanometrics with Zemax black box files).) Without the full prescription information, Nanometrics could not definitely confirm the accuracy of OSI's claim that its design met the specifications and was feasible to build. OSI also did not provide any as-built tolerance analysis results (like you would see in a formal design review) to back up their claims.

**B.   OSI's 25 Micron Optical and Mechanical Design Was Flawed.**

85. OSI cut corners in the design process, resulting in a flawed optical and mechanical design that could not be reliably built to meet specifications. Below are six errors in OSI's design process and execution that resulted in as-built lenses that did not meet specifications.

86. *First*, when designing the lens in Zemax, Trissel turned off ray aiming, so that the rays that make it through the lens system compute quickly but not necessarily accurately. (Trissel Dep. Tr. 305:2-4 ("if the ray aiming is off, then you could have a problem").) As a result, the nominal design performance and the as-built performance expectation can only be, at best, an approximate estimate of the real values.

87. *Second*, Trissel ran an insufficient number of Monte Carlo trials on his designs in his tolerance analyses. For example, Trissel only ran the Zemax default number of Monte Carlo trials (20 trials) on his preliminary August 6, 2013 design. (Dugrenier Ex. 75, TRISSEL_001876 (Aug. 6, 2013 email from Trissel to Piccirillo and Dugrenier with tolerance analysis for 25 micron design that made him "start[] to feel marginally hopeful").) In order to perform a statistically defensible analysis of the design's anticipated yield, designers must increase that default to significantly exceed the number of tolerance inputs (typically requiring anywhere from 500 to 10,000 trials). Trissel's August 6, 2013 design had more than 75 tolerances, so the 20 Monte Carlo

CONFIDENTIAL

trials Mr. Trissel performed are woefully deficient. (*Id.*) Although Mr. Trissel updated the lens prescription on October 7, 2013, there is no record of Mr. Trissel running any Monte Carlo trials on this design that OSI ultimately built and sent to Nanometrics. (Dugrenier Ex. 79, OSI0012461-70 (Oct. 7, 2013 prescription for the infinite conjugate lens); Dugrenier Ex. 80, TRISSEL_002431-32 (Oct. 7, 2013 prescription for the finite conjugate lens).)

88.　　Without running a proper Monte Carlo tolerance analysis, Mr. Trissel had no basis to assert that the design could be built to meet all specifications. Mr. Trissel admitted that 20 Monte Carlo trials are insufficient to perform a yield analysis, but claimed that there was no need to run enough Monte Carlo trials and he stopped short because he was only working on a prototype design. (*See* Trissel Dep. Tr. 303:13-24 ("Q. Is 20 enough Monte Carlo trials to run for this analysis, in your opinion? A. Well, like I said, basically, the Monte Carlo and the yields that come out of that are not even the -- that's just the default setting that -- that Zemax has to run the Monte Carlo. So that -- that's not even germane to this. If -- if I was doing a for-real production run, no, it would be many more than 20 Monte Carlo runs.").)

89.　　However, a proper tolerance analysis is required for *all* lens designs in order to ascertain whether the nominal design is feasible to build at any scale. Further, OSI knew that these 25 micron lenses (like the 40 micron lenses) would be going to customers immediately, and needed to meet all specifications immediately, so the yield on lenses that would meet all specifications would be critical information for Trissel to know when designing the lens. (*See, e.g.*, OSI0028102 (May 17, 2013 email from Beddard to Piccirillo noting "the first optic goes straight to Samsung!"); OSI0023059 (May 20, 2013 email from Gibb to Piccirillo noting that OSI's initial set of 40 micron lenses were sent to Samsung); Crawford Ex. 37, OSI0058295 (Oct. 17, 2013 email from Bruce Crawford to Piccirillo telling him to resolve issues regarding the 40 micron lens with Beddard and that he is "[r]unning out of dialogue with the customer"); Dugrenier Ex. 112, OSI0000317 (May 9, 2014 email from Billy Huang to Dugrenier and others noting that slip in May 22nd ship date for the next 25 micron lens will "severely jeopardize our customer commitment."); NANO_000456894 (June 4, 2014 email from Huang to Dugrenier and others explaining that June 13th ship date for the 25 micron lens is "impacting our Q2 commitment to our customer").)

**CONFIDENTIAL**

90.    *Third*, OSI did not conduct any opto-mechanical design reviews with stakeholders, which—together with a proper tolerance analysis—would have uncovered flaws in both the nominal optical design and the nominal mechanical design that made the lens assembly very difficult, if not impossible, to fabricate and assemble to specification. For example, Mr. Trissel's optical design includes extremely tight airspaces between elements, which makes the mechanical mounting and assembly of these elements challenging. Mr. Dugrenier prepared the 25 micron opto-mechanical drawings using the SolidWorks software, and was responsible for the lens assembly. (Dugrenier Dep. Tr. 139:15-16; Trissel Dep. Tr. 35:18-23; Dugrenier Ex. 93, OS001769 (Dec. 12, 2013 opto-mechanical drawings for 25 micron lens).) His opto-mechanical design includes 90 degree mounting bevels to elements 4 and 6. (Dugrenier Ex. 93, OS001769 at OS001778 (Element 4), OS001782 (Element 6).) Mr. Dugrenier said that he included those bevels in order to fit the elements inside the housing. (Dugrenier Ex. 91, OSI0022054-64 at OSI0022055 (Dec. 3, 2013 email from Dugrenier to Trissel with proposed drawings); Dugrenier Dep. Tr. 140:3-141:20.) Mr. Trissel concluded that the geometry of these bevels was "a bit odd," but OSI proceeded with the design, despite the fact that the bevels can cause the lens assembly to not meet specifications when built as the bevels are additional sources of alignment errors. (*See* Dugrenier Ex. 92, TRISSEL_002864 (Trissel noting that the geometry of elements 4 and 6 "look[s] a bit odd").) A complete design review would have uncovered this issue and the optical design should have been modified to make the lens (and the lens mounts) easier to build.

91.    *Fourth*, Mr. Dugrenier and Mr. Trissel miscommunicated on a fundamental issue concerning the method to secure Element 8, the element they were using as a compensator to adjust for lateral color. OSI's first four lenses, delivered between February 2014 and June 2014, all failed the lateral color specification. (Kinney Ex. 52, NANO_000472360 (Feb. 17, 2014 email from Yarussi to Piccirillo and others reporting "9-10um" and "4-5um" lateral color for OSI's first two 25 micron lenses); NANO_000466261 (Nanometrics' Incoming QC Testing).) Throughout this time, OSI did not know why the lateral color in its assemblies was so high. (*See, e.g.*, Dugrenier Ex. 106, OSI0011029 (Mar. 24, 2014 email from Dugrenier to Trissel and Piccirillo, reporting 8.5 microns lateral color and asking "WTH?"); Dugrenier Ex. 108, OSI0000416 (Apr. 11, 2014 email

CONFIDENTIAL

from Dugrenier to Trissel, Piccirillo, reporting 7um lateral color); Dugrenier Ex. 110, OSI0000406 at OSI0000409-10 (Apr. 11, 2014 email from Dugrenier to Nanometrics reporting 7um lateral color); Dugrenier Ex. 124, OSI0010417 at OSI0010420 (June 25, 2014 email from Dugrenier to Piccirillo ("The lateral color jumped to 5.8um, so that f-ing sucks")).)

92.     Mr. Trissel, who lived in California, visited OSI, in New Hampshire, in June 2014 in person for the first time to review the 25 micron assembly process developed by Mr. Dugrenier, but Mr. Trissel did not recall whether he reviewed Mr. Dugrenier's opto-mechanical drawings on that trip. (Trissel Dep. Tr. 120:20-121:14.) If Mr. Trissel had reviewed Mr. Dugrenier's opto-mechanical drawings, either during his June 2014 trip or at some point earlier, when he claims he approved the drawings, he should have known that Mr. Dugrenier's design called for Element 8 to be held by a mechanical contact. However, Mr. Trissel was evidently surprised and alarmed to realize on June 25, 2014 (6 months after OSI had promised to deliver lenses to Nanometrics) that Element 8 was in mechanical contact with the housing, as he believed that was inconsistent with his optical design. (Dugrenier Ex. 124, OSI0010417 at OSI0010418 ("Uh-oh. Element 8 can[]not be in mechanical contact with the housing. Any lateral loading will move it and cause LC. The stack needs to be bonded to the housing away from ele 8 and ele 8 needs to be clear of the housing.").)

93.     The fact that Mr. Trissel discovered this issue so late in the process, long after Mr. Dugrenier finalized his opto-mechanical drawings and had been trying various assembly techniques for months, shows the optical lens designer and opto-mechanical engineer were not communicating sufficiently, were not reviewing each other's work, or both. Mr. Trissel failed to properly review Mr. Dugrenier's opto-mechanical drawings and assembly process. Again, a complete design review with all stakeholders would have caught this error.

94.     *Fifth,* OSI had an unstable lockdown process. After aligning the lens assembly and testing it, Mr. Dugrenier found that the lateral color value increased significantly. This was due to OSI's approach of aligning the elements in a vblock and then putting too much adhesive on the assembly to "lock" it into place. (*See* Dugrenier Ex. 102, OSI0021617 at OSI0021618 (Feb. 11, 2014 email from Piccirillo to Dugrenier ("Are you bonding the cells with epoxy or uv curing

CONFIDENTIAL

cement? Make sure you cement the shit out of that thing [in] the housing – including the end cap!")); Dugrenier Ex. 103, OSI0021634 (Feb. 5, 2014 email from Piccirillo to Dugrenier, reporting that "Nano wants to unscrew the end caps of the 25 micron lens to put different diameter pinholes in . . . our response to this is NO. We will need to somehow epoxy the inner lens assembly to the wall of the housing or epoxy the end cap on so they can't take this thing apart").) However, because the adhesive method OSI used was not appropriate for this application, and OSI did not allow enough time for the adhesive to cure, the lens elements moved and shifted while the adhesive cured. Thus, OSI's pre- and post-lockdown measurements yielded very different results, and the latter were not in specification for the first four lenses OSI shipped to Nanometrics. (*See* Dugrenier Ex. 109, NANO_000450683 (Apr. 11, 2014 email from Piccirillo to Nanometrics reporting that OSI's lens measured at 3.7um lateral color when they locked it down and then it jumped to 7um lateral color).) Nanometrics realized that there was a lockdown issue before OSI did (*see* Dugrenier Ex. 115, OSI0043040 (May 24, 2014 email from Thompson asking OSI to review the lockdown process in light of the change in lateral color from 2um to 7um)), and it took OSI more time to acknowledge this problem internally (Dugrenier Ex. 114, TRISSEL_004136 (May 22, 2014 emails between Trissel and Dugrenier trying to figure out lockdown error); Dugrenier Ex. 116, OSI0000258 (May 27, 2014 email from Dugrenier admitting this "sounds like more of a 'lockdown' problem – getting all of the elements to stay put with relation to each other going from the positioning fixture to the final housing"); Dugrenier Ex. 117, TRISSEL_004184 (June 2, 2014 email from Piccirillo proposing experiments to test alignment)).

95.     As with the 40 micron lens assembly, OSI's refusal to share details about its assembly process and mounting techniques hid the underlying problems of the 25 micron lens, and their inability to fix them. OSI insisted on "cement[ing] the shit" out of the assembly, "including the end cap!" in order to conceal assembly information from Nanometrics, but ultimately OSI was shielding a flawed procedure and precluding Nanometrics' ability to potentially resolve problems. (Dugrenier Ex. 102, OSI0021617 at OSI0021618.)

96.     **Sixth,** Mr. Dugrenier did not document changes he made to his design or assembly process as he made those changes. As a result, there was no documentation for Mr. Trissel or others

CONFIDENTIAL

at OSI to review for errors, or to understand what processes Mr. Dugrenier tried and failed. (Dugrenier Dep. Tr. 212:21-25.) Mr. Dugrenier was terminated from OSI after Mr. Trissel and Mr. Piccirillo raised questions about Mr. Dugrenier's performance on the 25 micron lens assembly, and discussed removing Mr. Dugrenier from the "critical path" for assembling those lenses. (*See* Trissel Ex. 193, TRISSEL_004642; Trissel Ex. 194, TRISSEL_004726; Trissel Ex. 195, OSI0064286.) Without documentation of Mr. Dugrenier's design and process changes, and the results of his trial-and-error, any OSI employees who would be tasked with assembling the 25 micron lenses after him were prone to repeat the same mistakes. Indeed, later OSI employees who tried to assemble the 25 micron lens well into 2016 still struggled with the assembly and failed to produce lenses that met Nanometrics' specifications. (Trissel Ex. 203, OSI0073517 at OSI00517-19 (January 21, 2016 email from Trissel to Piccirillo and McAllister regarding "cell fab" issues with the 25 micron lenses); Trissel Ex. 204, OSI0126444 (February 8, 2016 emails between Piccirillo and others at OSI regarding 25 micron lens elements hitting each other); Trissel Ex. 205, OSI0227523 (August 31, 2016 emails from Trissel to McAllister commenting on the issues regarding 25 micron assemblies and commenting, "God help us.").)

### C.    OSI's 25 Micron Lenses Did Not Meet Nanometrics' Specifications.

97.    Nanometrics' results show that OSI's 25 micron lenses failed to meet specifications in multiple areas. I understand that Nanometrics' counsel sought OSI's test results in discovery, and OSI asserted that it had produced all of its 25 micron lens test data. (*See* letters from A. Smith to M. Johnson dated April 20 and 25, 2022; letters from M. Johnson to A. Smith dated February 23 and March 11, 2022.) However, there does not appear to be interferometer tests performed by OSI on each set of lenses, and OSI's lateral color test results were only documented in emails. As such, there are no OSI testing documents to support a conclusion that OSI's 25 micron lenses met Nanometrics' specifications.

### 1.    OSI's lenses failed the lateral color specification.

98.    Nanometrics' tests show that OSI's first four 25 micron lenses delivered to Nanometrics did not meet the 2 micron lateral color specification. (*See* Kinney Ex. 52, NANO_000472360 (Feb. 17, 2014 email from Nanometrics reporting high lateral color on first

CONFIDENTIAL

two lenses); NANO_000466261 (Nanometrics' Incoming QC Testing shows high lateral color for third and fourth lenses); Dugrenier Ex. 109, NANO_000450683 (Apr. 11, 2014 email from Piccirillo to Thompson and others reporting that OSI could not improve the lateral color because the lens were "locked in place."); Dugrenier Ex. 114, TRISSEL_004136 (May 22, 2014 emails between Trissel and Dugrenier regarding lateral color issues, with Trissel concluding, "[s]omething must have shifted. Bummer."); Dugrenier Ex. 116, OSI0000258 (May 27, 2014 email from Dugrenier to Trissel regarding changing lateral color measurements and noting "sounds like more of a 'lockdown problem'—getting all of the elements to stay put . . .").)

### 2.      OSI's lenses failed the optical aberrations specifications.

99.      The adjustments OSI made to the assembly to bring lateral color into specification caused astigmatism, coma, and/or spherical to fall out of specification. (NANO_000466261 (Nanometrics' Incoming QC Testing); Dugrenier Ex. 112, OSI0000317 (May 9, 2014 email from Andy Dugrenier to Billy Huang and others explaining that "the new tooling works as predicted, and we're able to dial down the LC. Now we just have to find the balance between LC and transmitted wavefront.").) The flaws in the optical and opto-mechanical designs meant that Mr. Dugrenier (and later others) had no margin to bring the lens into specification (with a compensator) for lateral color and still meet the other specifications (like wavefront).

### 3.      OSI's lenses failed the axial color specification.

100.      OSI's 25 micron lenses all exceeded the maximum 130 micron axial color specification for a pair of lenses. No combination of OSI's lenses would have met this specification. (NANO_000466261 (Nanometrics' Incoming QC Testing).)

### 4.      OSI's lenses failed the spot size specification.

101.      OSI's lenses failed to meet the 25 micron spot size requirement. Nanometrics tested OSI's initial pair of lenses delivered in February 2014 on the Nanometrics tool, and those lenses failed to meet spot size. (*See* Kinney Ex. 70, NANO_000472184-94; NANO_000473074-80; Kinney Ex. 58, NANO_000473530.)

102.      Nanometrics' definitive spot size measurements were done on a Nanometrics tool, measuring two lenses with the knife edge method. (*See* Thompson Dep. Tr. 28:10-29:11.)

**CONFIDENTIAL**

Nanometrics tested the first five OSI lenses on the tool soon after they were received, and none of these lenses satisfied the 25 micron specification through the required wavelength range. (Kinney Ex. 72, NANO_000457234 at NANO_000457242.) Nanometrics also tested OSI lenses on a tool in October 2014 and concluded that they did not meet the 25 micron spot size requirement for the full wavelength range. (Barada Ex. 190, NANO_000036974.)

## VII.   Contrary to OSI's Representations, OSI Was Not Equipped to Design, Assemble, and Produce Conforming Lenses on Time.

103.   Before Nanometrics issued the 40 Micron Purchase Order and 25 Micron Purchase Order, OSI claimed that it had the design and engineering expertise and manufacturing facilities needed to produce conforming lenses according to Nanometrics' schedule. (*See* Section IV.A and V.A.) It is my opinion that OSI did not have the necessary expertise or facilities to justify these claims.

### A.   OSI Knew It Did Not Meet Nanometrics' Clean Room Specifications.

104.   Fundamentally, OSI did not have a clean room, a requirement for any optical lens components manufactured for use in semiconductor metrology equipment, and required by Nanometrics. (*See* Piccirillo Ex. 253, OSI0025524 at OSI0025532 ("Lens assembly and test to be performed in Class 1000 clean room or better, according to DUV contamination control practices").)

105.   OSI knew that it was not compliant with Nanometrics' clean room specifications, and appears to have sought to hide that fact from Nanometrics. (Dugrenier Ex. 217, OSI0023094 (Apr. 30, 2013 email from Dugrenier to Piccirillo in response to Nanometrics' intent to visit OSI's facility for quality assessment, stating "Brad – this scares the hell out of me. We're not compliant with their cleanroom specifications!").) To avoid close examination of OSI's non-compliant clean room, Mr. Piccirillo told Mr. Gibb that he would not be able to see any of Nanometrics' components under construction, and directed OSI employees to clean up and block or move equipment out of Mr. Gibb's view during his visit. (*See* OSI0018234 (May 1, 2013 email from Piccirillo to Nanometrics, stating that "under NO condition will you be allowed to 'see' your parts under construction."); OSI0530215 (May 15, 2013 email from Piccirillo to Dugrenier and others

**CONFIDENTIAL**

directing them to clean up and block or move equipment out of Gibb's view during his quality assurance visit).)

106.    As explained above, assembling lenses in a clean room is necessary given the exacting nature of the semiconductor application that will use these lenses. OSI did not have a clean room, and knew that they were not in compliance with Nanometrics' requirements.

**B.    OSI Did Not Have Sufficient High-End Equipment for the Manufacturing Capacity It Claimed.**

107.    Despite representing to Nanometrics that it had sufficient capacities and capabilities to meet Nanometrics' needs, OSI did not already possess the equipment necessary for manufacturing a high volume of the lenses that OSI told Nanometrics it could manufacture in order to obtain Nanometrics' purchase orders. OSI told Nanometrics that it could produce high quantities of 40 micron lenses, and that it already had all the manufacturing capacity necessary to do so. (OSI0026793 at OSI0026795-96 (Nov. 26, 2012 email from Piccirillo to Gibb, stating "[W]hen you find OSI's performance superior to anything you are accustomed to, if this acquisition [between OSI and an unnamed optics company] doesn't take place, I can assure you that we are in a standalone position to fabricate the higher quantities your [sic] are looking for."); Piccirillo Ex. 255, OSI0026714 at OSI0026725-26 (Nov. 29, 2012 quote for 50-100 pairs of lenses); Piccirillo Ex. 261, OSI0055677 at OSI0055678-79 (June 7, 2013 email from Piccirillo to Gibb stating OSI "has the manufacturing capability to support [Nanometrics'] current needs").)

108.    Contrary to these claims, OSI then purchased equipment it claimed was necessary for the production phase of the 25 micron lens. (Crawford Ex. 10 at p. 11 (OSI's response to Interrogatory No. 3, identifying equipment purchases OSI made "in reliance on" the Addendum).) However, OSI used this equipment for the 40 micron lenses and the 25 micron prototype lenses. (Piccirillo Dep. Tr. 330:3-22; OSI's Response to Request for Admission No. 73 ("This equipment was used exclusively for Nanometrics' 40 micron and 25 micron lenses for many years.").)

**C.    OSI Did Not Have Personnel with Sufficient Design Expertise.**

109.    OSI did not have personnel with the necessary design and engineering expertise to design, assemble, and manufacture the 25 micron lens.

REPORT OF JULIE L. BENTLEY, PH.D.
5:18-CV-00417-BLF

CONFIDENTIAL

110.    Mr. Trissel was an independent consultant working from California, with infrequent visits to OSI in New Hampshire. (Trissel Dep. Tr. 86:1-10.) Mr. Trissel was not in New Hampshire when Mr. Dugrenier designed or assembled the 25 micron lens assembly. (Trissel Dep. Tr. 86:1-10, 153:2-6.) Indeed, Mr. Trissel was traveling and unavailable at key points in the design process, including during finalization of the opto-mechanical design in October and November 2013, and assembly of the first pair of lenses in January and February 2014. (*See* Dugrenier Ex. 98, OSI0011524; Dugrenier Ex. 100, OSI0000889.)

111.    Mr. Dugrenier was acting as OSI's only opto-mechanical engineer on staff, even though he did not hold that title, and had no experience engineering or designing lenses in his prior jobs. (*See* Dugrenier Ex. 73; Dugrenier Dep. Tr. 23:1-24.)  Mr. Piccirillo is not an optical designer and has relied on Mr. Trissel "throughout [his] whole career" for optical designs and guidance regarding the same. (Piccirillo Dep. Tr. at 22:22-24:21.) OSI had no other engineers or designers with the necessary expertise, and no one performed a design review. The documents that I considered demonstrate that Mr. Trissel and Mr. Dugrenier did not adequately communicate or share necessary information to make the project successful.

112.    Right after he finished the nominal optical lens design on October 7, 2013, Mr. Trissel left for at least five weeks of travel abroad, without his design files, in October and November 2013. (Dugrenier Ex. 79, OSI0012461-70; Dugrenier Ex. 80, TRISSEL_002431-32; Trissel Dep. Tr. 315:1-16, 317:25-318:6.) OSI had promised (in its quote and purchase order) to deliver lenses to Nanometrics in December 2013. During Mr. Trissel's international travel in October and November 2013, Mr. Dugrenier was evidently trying to finalize the opto-mechanical design, but he had questions for Mr. Trissel about his design, questions that went unanswered in the weeks leading up to the promised delivery date. (Dugrenier Ex. 81, OSI0012453; Dugrenier Ex. 82, OSI0012196; Dugrenier Ex. 83, TRISSEL_002656; Dugrenier Ex. 84, TRISSEL_002717.)

113.    Upon his return from his five week trip abroad, Mr. Trissel approved Mr. Dugrenier's element drawings—including the problematic bevels on elements 4 and 6, discussed above—but it is unclear whether he approved the complete opto-mechanical design/mechanical drawings. (Dugrenier Ex. 92, TRISSEL_002864.) Mr. Trissel testified that he believes he reviewed

REPORT OF JULIE L. BENTLEY, PH.D.
5:18-CV-00417-BLF

and approved the opto-mechanical design drawings, but he did not recall details. (Trissel Dep. Tr. 118:8-121:14; Dugrenier Dep. Tr. 254:21-255:4.) The fact that Mr. Trissel was surprised by the treatment of Element 8 as late as June 2014 indicates he did not adequately review or approve the opto-mechanical design.

114.    Mr. Trissel and Mr. Piccirillo appeared to blame Mr. Dugrenier for the 25 micron lens failings as late as June 2014, expressing their frustration over his performance and the misunderstanding about the Element 8 design in email. Mr. Dugrenier was terminated, apparently due to his performance. (Trissel Dep. Tr. 146:1-147:23; Trissel Ex. 193, TRISSEL_004642 (June 25, 2014 email from Trissel to Piccirillo about Dugrenier: "Any word from Andy? If this shits the bed, I'm gonna be pissed. . . . What he did was [f***ed] up. We may get lucky but, once again, he's endangering the whole thing. You need to face the fact that Andy needs to be out of the critical path. He's B team (or worse). This won't be the last time he endangers the order. Contrary to what you believe, Nano can and will bail on this if we don't deliver soon."); Dugrenier Ex. 126, OSI0064301 (July 9, 2014 email from Trissel to Piccirillo about Dugrenier, "You either got [to] light a fire under this guy or get someone else in there to make these [25 micron lenses]"); Trissel Ex. 195, OSI0064286 (July 19, 2014 email from Trissel to Piccirillo about Dugrenier, "He just doesn't care. Or he's so incompetent he's dangerous. Either way you are risking it all on this guy. Are you on drugs or [f***ing] stupid? It just keeps going on and on and on. . . This won't be the last time he does this."); Dugrenier Ex. 127, OSI0042897 (July 19, 2014 email from Piccirillo to Trissel, "if we lose Nano[,] Andy's ass is gone").) Mr. Trissel then became an employee and "technical lead" of OSI, and was responsible for the 25 micron lens assembly. (Trissel Dep. Tr. 22:11-16, 25:2-10, 36:2-5.) However, OSI still failed to build 25 micron lenses within specification under Mr. Trissel's supervision.

115.    OSI never had an opto-mechanical engineer work on the 25 micron lens assembly after Mr. Dugrenier was terminated. (*See* Trissel Dep. Tr. 290:8-12.) As late as 2016, two years after the initial delivery deadline set in the 25 Micron Purchase Order, Mr. Trissel and others at OSI did not know how to fix the 25 micron lenses. The elements physically interfered with each other in the assembly, which Mr. Trissel believed to be a fabrication problem. (Trissel Ex. 203,

**CONFIDENTIAL**

OSI0073517 (Jan. 21, 2016 email from Trissel: "I think I just found the culprit. I believe the interference is between ele4 and ele5 and is due to the OD of the cc surface on ele4 being too large."); Trissel Dep. Tr. 282:10-283:10.) OSI (and/or Opticraft, a company that Mr. Piccirillo purchased) was unable to fabricate the 25 micron lenses. (Trissel Dep. Tr. 282:24-283:10.)

116.    But fabrication was not the only problem, because OSI could not assemble lenses to Nanometrics' specification using OSI's optical and mechanical design. (Trissel Ex. 204, OSI0126444 (Feb. 8, 2016 email from Piccirillo: "the lenses are hitting each other . . . one of three things is happening; lens 4 is physically hitting 5, cell 5 has to[o] much RTV on it causing lens 4 to hit it, or cell number 5 is cut to[o] thin violating the allowable airspace needed," and "the 3-6 lenses are all scratched"); *id.* (Feb. 8, 2016 email from Mike Van Vranken of OSI: "we don't know what the problem is so making [the lenses] again may just produce the same results" because "[a]ll of these parts are within the original designed specs").) These mysteries continued through August 2016. On August 31, 2016, Mike Van Vranken reported that he had "absolutely no idea if the parts are good enough to make a working system. . . . Still haven't gotten one of those to work yet." (Trissel Ex. 205, OSI0227523 (Aug. 31, 2016 email).) When asked if this was true, Mr. Trissel replied, "yes. God help us." (*Id.*)

117.    Despite Mr. Trissel being a full time employee overseeing the assembly, and a new team (Mike Van Vranken and Donna Morancy) working on the lenses instead of Mr. Dugrenier, OSI still could not build 25 micron lenses according to its optical and mechanical design that met Nanometrics' specifications three years after OSI issued a quote promising "a thing of beauty" and agreeing to a purchase order with a December 2013 delivery date.

Dated: September 13, 2022

*/s/ Julie L. Bentley*

Julie L. Bentley, Ph.D.

# Appendix A

# Curriculum Vitae

# Julie L. Bentley

5 Center Court Lane
Penfield, New York 14526
(585) 402-3543
bentley@optics.rochester.edu

## Education

**Ph.D. Optics.** University of Rochester, Rochester, NY. September 1995. GPA 4.0/4.0.
   Thesis: "Integration of the Design and Manufacture of Gradient Index Optical Systems."

**M.S. Optics.** University of Rochester, Rochester, NY, January 1992. GPA 3.8/4.0.

**B.S. Optics.** University of Rochester, Rochester, NY, May 1990.  GPA 3.9/4.0. Highest Distinction.

## Experience

**Institute of Optics, University of Rochester, Rochester, NY (1998-present)**

*Professor.*  Develop course material, homework problems, and exams for an undergraduate geometrical optics course, a senior product design course, and two graduate level courses in lens design:  Introduction to Lens Design and Advanced Topics in Lens Design.  Advise students on a wide variety of optical design projects including microscope objectives, digital and film camera lenses, zoom lenses, fisheye lens, riflescopes, FLIRs and other IR optical systems, UV optical systems, projection lenses, adaptive optics, HMDs, and reflective optical systems.  Advise Master students on their final essays in topics related to optical design.  Advise PhD students.

**Bentley Optical Design, Rochester, NY (2009-present)**

*President.*  Optical design and engineering consulting services.  Design and tolerance custom optical solutions for a variety of optical problems and then manage their fabrication and testing with outside suppliers.  Recent projects include:  a broadband zoom lens for cancer screening, several high-resolution broadband infrared cameras, a multi-photon endoscope objective, and various refracting and reflecting high NA objectives.

**Corning Tropel, Fairport, NY (1997-2009)**

*Advanced Conceptual Design Manager.*  Manage a team responsible for evaluating new opportunities, writing project proposals, and developing innovative solutions to customer problems.  Technical lead coordinating output of engineering and research teams for opto-mechanical projects.  Active member of leadership team that sets goals and direction for company.

*Commercial Technology Manager.*  Managed a team responsible for monitoring customer roadmaps, writing technology roadmaps, and providing the link between the commercial organization and the research and development groups.  Served as the key technical interface with customer.

*Project Manager.*  Managed customer interface, program schedules, and milestone deliveries.

*Optical Designer.*  Optical design, tolerancing, and manufacturing support of wide variety of microlithography systems including projection lenses, DUV μCAT lenses, mask and wafer inspection lenses, null lenses, and 12" interferometric lenses for surface testing.  Over 40 optical systems designed, toleranced, and released to manufacturing.

**Micron/GGC Imaging Systems, Brighton, NY (2006-2008)**

*Optical Design Consultant.*  Designed and toleranced a visible and an IR telescope to test extended depth of field (EDOF) concepts.  Analyzed optical designs that employed EDOF technology for mobile applications.

**Raytheon/Hughes Aircraft Company, El Segundo, CA (1995-1997)**

*Optical Designer/Stray Light Analyst.*  Optical design of visible and infrared military systems:  from reflective three mirror anastigmats (TMA) to laser range finders to an optical test setup for a missile tracking system.  Stray light analysis, detector non-uniformity calculations, dewar design/baffle placement, and FPA crosstalk analysis.  Novel LCD display design using holographic lenses.  Innovative solid state laser cavity design that optimized cavity and diode pumping geometry for uniformity and efficiency.

**Institute of Optics, University of Rochester, Rochester, NY (1988-1995)**

*Research Assistant.*  Gradient Index Laboratory—glass melting from batch compositions, ion exchange experiments, and interferometric measurements of index of refraction profiles. Developed new glass systems for gradient index lens design. Supervised undergraduate senior honors thesis and undergraduate laboratory assistants.

*Gradient-index Lens Design.*  Extensive use of CodeV for the analysis and optimization of gradient index lenses. Incorporated user-defined subroutine to numerically model ion exchange process.

*Teaching Assistant.*  Opt. 444 Lens Design and Opt. 441 Geometrical Optics.  Responsible for grading homework assignments and exams, two class lectures, and weekly recitations.

*Senior Honors Project.*  Completed the design, fabrication, and testing of a compact disc lens system composed of a homogeneous singlet and a gradient index corrector element.

**Welch Allyn, Skaneatales. NY (May 1990-Sept. 1990)**

*Optical Engineer.*  Assisted with the design, analysis, and prototype of several types of medical imaging instruments including the opthalmoscope and the otoscope.

## History of Litigation Support/Expert Witness Experience

ASPHERICON GmbH v. THORLABS Inc., Civil Action No.: 15-cv-679 (ES) (JAD)

ULTRAVISION TECHNOLOGIES, LLC v. LAMAR ADVERTISING, UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF TEXAS MARSHALL DIVISION, Civil Action No.  2:16-cv-374

LARGAN PRECISION CO., LTD., v. SAMSUNG ELECTRONICS CO., LTD., UNITED STATES
DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA, Case No. 13-CV-2740 DMS (NLS)

LARGAN PRECISION CO., LTD., v. GENIUS ELECTRONIC OPTICAL CO., LTD., UNITED STATES
DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, Case No. 3:13-CV-02502-JD

## Books

*Lens Design*, J. Bentley, C. Olson, SPIE Field Guide Series, SPIE, 2012

*Designing Optics with CODE V*, D. O'Shea, J. Bentley SPIE Press 2018

## Patents

**US # 7,952,799,** J.L, Bentley, J. Kunick "Extreme Broadband Compact Optical System with Multiple
Fields of View," 2011.

**US #6246711,** R. D. Stultz, H. W. Bruesselbach, D. S. Sumida, J.L, Bentley, "Integrating Diode Pump
Cavity for an Er, Yb:glass Laser," 2001.

**US #6055260,** R. W. Byren, J.L, Bentley, R. A. Reeder, "Laser Pump Cavity Apparatus with Integral
Concentrator and Method," 2000.

**US #5831718A, EP0932811,** D. Desai, J L Ferrano, J.L, Bentley, C.N. Sakamoto, "Portable Laser Range
Finder and Digital Compass Assembly," 1998.

## Courses, Short Courses, & Tutorials

"Opt. 214 Introduction to Optical System Layout and Analysis" Institute of Optics, University of
Rochester (2018-present)

"Opt. 241 Geometrical Optics" Institute of Optics, University of Rochester (2010-present)

"Opt. 310/311 Senior Product Design" Institute of Optics, University of Rochester (2010-present)

"Opt. 544 Advanced Topics in Lens Design," Institute of Optics, University of Rochester (2005-present)

"Opt. 244/444 Introduction to Lens Design," Institute of Optics, University of Rochester (1998-present)

"Optical System Design," (1 full week of short courses including labs), Institute of Optics Summer
School, University of Rochester. (2012-present).

"Introduction to Lens Design and Aberration Theory," Institute of Optics Summer School, University of
Rochester. (2000-present).

"Introduction to Lens Design," SPIE Full Day Short Course (2008-present)

"Intermediate Lens Design," SPIE Full Day Short Course (2008-present)

"Optical System Layout," SPIE Full Day Short Course (2008-present)

"Understanding Optical System Specifications: Identifying and Managing Hidden Conflicts," SPIE half Day Short Course (2022-present)

"Designing Optical Systems with Manufacturable Aspheres," SPIE half day Short Course (2012)

"A Tutorial in Reflective Optical Design," OSA, Rochester Chapter Meeting (2008)

"Basic Lens Design for the Non-Optical Engineer," American Society for Precision Engineering (ASPE) Annual Meeting Short Course (2005, 2006, 2021).

"Where do optical tolerances come from?" American Precision Optics Manufacturers Association (APOMA) Tutorial (2000, 2001).

"Where do optical tolerances come from?" Center for Optics Manufacturing (COM), Summer School Tutorial (2001, 2002).

Internal short courses in geometrical optics, optical systems, optical design, and tolerancing for Corning employees, Corning Tropel, Fairport, NY (2000-2009)

## Professional Affiliations & Service

SPIE Board of Directors (2014-2017)

OSA FIO Optical Design and Instrumentation Conference Chair (2015-2016)

OSA FIO-1 Optical Design and Instrumentation Subcommittee (2018-present)

OPTIFAB Conference Co-chair (2012-2017)

Associate Editor for Optics Express (2009-2012)

Past-president Rochester Optical Society of America (2012)

President Rochester Optical Society of America (2011)

President-elect Rochester Optical Society of America (2010)

ROSA family night chair (2012)

National Science Foundation Review Panel (2012-present)

Chair for the Joseph W. Goodman Book Writing Award (OSA & SPIE)

OSA FDI Technical Group Chair (2009-2012)

OSA Joseph Fraunhofer Award/Robert M. Burley Prize Committee (2010-2018)

SPIE "Current Developments in Lens Design and Optical Engineering" Committee (2009-present)

SPIE Scholarship Committee (2010-2014)

SPIE IT Committee (2015-2018)

SPIE Education Committee (2016-2017)

SPIE Awards Committee (2016-2021)

SPIE Publications Committee (2017-2020)

William H. Price Scholarship Committee (2003-2019)

Kidger Scholarship Committee (2009-present)

Referee for SPIE Optical Engineering (2004-present)

IODC Conference Co-chair (2010)

SPIE Photonics Asia Conference Co-chair (2010)

SPIE Annual Meeting Session Chair (2007)

IODC Optical Design Problem Committee (2006)

IODC Paper Review and Selection Committee (2006)

Student outreach (2000 – 2009)

    Livonia High School

    Niagara College

    OSA optical fabrication tours

SPIE Member

OSA Member

## Publications & Presentations

David H. Lippman, Robert Chou, Ankur X. Desai, Nicholas S. Kochan, Tianyi Yang, Greg R. Schmidt, Julie L. Bentley, and Duncan T. Moore, "Polychromatic annular folded lenses using freeform gradient-index optics," Appl. Opt. 61, A1-A9 (2022).

David H. Lippman, Nicholas S. Kochan, Tianyi Yang, Greg R. Schmidt, Julie L. Bentley, and Duncan T. Moore, "Freeform gradient-index media: a new frontier in freeform optics," Opt. Express 29, 36997-37012 (2021)

David H. Lippman, Robert Chou, Ankur X. Desai, Nicholas S. Kochan, Tianyi Yang, Greg R. Schmidt, Julie L. Bentley, Duncan T. Moore, "Design of annular folded lenses using freeform gradient-index optics," Proc. SPIE 12078, International Optical Design Conference 2021, 120781S (19 November 2021); https://doi.org/10.1117/12.2603679.

Tianyi Yang, David H. Lippman, Robert Y. Chou, Nicholas S. Kochan, Ankur X. Desai , Greg R. Schmidt, Julie L. Bentley, Duncan T. Moore, "Material optimization in the design of broadband gradient-index optics," Proc. SPIE 12078, International Optical Design Conference 2021, 120780Z (19 November 2021); https://doi.org/10.1117/12.2603644.

David H. Lippman, Julie L. Bentley, Duncan T. Moore, "Learning lens design from Rudolf Kingslake," Proc. SPIE 12078, International Optical Design Conference 2021, 1207809 (19 November 2021); https://doi.org/10.1117/12.2603618.

David H. Lippman, Doran S. Teverovsky, Julie L. Bentley, "Monte Carlo first-order design method for anamorphic cinema zoom lenses," Opt. Eng. 60(5), 051203 (2021)

Julie Bentley, "Automated Monte Carlo starting point search methods for the rapid design of complex zoom lenses," EOSAM 2021 ***(Invited)***

Julie Bentley, "10 years of development of first-order search and evaluation tools for the design of complex zoom lenses," IODC 2021 ***(Invited)***

Julie Bentley, "Optical Systems Design: Top 10 Specification Considerations," Photonics Spectra Conference (Jan. 2021) ***(Invited)***

Tianyi Yang, Nick Takaki, Julie Bentley, Greg Schmidt, Duncan T. Moore, "Efficient representation of freeform gradient-index profiles for non-rotationally symmetric optical design," Opt. Express 28(10), 14788-14806 (2020)

Samuel Steven, Julie Bentley, and Alfredo Dubra, "Design of two spherical mirror unobscured relay telescopes using nodal aberration theory." Opt. Express 27(8), 11205-11226 (2019)

Max Bruggeman, Julie Bentley, "Determining optimal first-order focal lengths of zoom lenses through Monte Carlo simulations," Proc. SPIE 11106, Zoom Lenses VI (2019)

Jake R. Rosvold, Luis Alemán Castañeda, Jaren Ashcraft, Dylan Beckman, Maximillian C. Bruggeman, Pellegrino Conte, Shenghan Gao, Qi Jin, Nicholas Kochan, Zilong Li, Yuxuan Liu, Matthew Page, John Piotrowski, Jordan Rabinowitz, Colleen Stone, Julie L. Bentley, "Comparing optical design complexity of high zoom ratio lenses within the VIS, SWIR, and LWIR," Proc. SPIE 11106, Zoom Lenses VI, 111060B (2019)

Steven, Samuel; Sulai, Yusufu N.; Cheong, Soon K.; Bentley, Julie; Dubra, Alfredo, "Long eye relief fundus camera and fixation target with partial correction of ocular longitudinal chromatic aberration," Biomedical Optics Express, 9(12) 6017-6037 (Oct 2018)

J. Dalmasson, G. Gratta, A. Jamil, S. Kravitz, M. Malek, K. Wells, J. Bentley, S. Steven, and J. Su, "Distributed imaging for liquid scintillation detectors," Phys. Rev. D 97, 052006 – March 2018

Matthew D. Bergkoetter, Julie L. Bentley, "Extended depth of field in an intrinsically wavefront-encoded biometric iris camera," Opt. Eng. 57(5) 055103 (15 May 2018)

Kameron Tinkham, Xiaojing Huang, Wooyoun Kim, David Lippman, Angel Morales, Martin Tangari, Tianyi Yang, Julie L. Bentley, "Optical design of a compact high power riflescope with a large zoom ratio," SPIE European Optical Systems Design, 2018.

Julie L. Bentley, John P. Harmon, Don B. Conkey, Joseph M. Howard, Garrett J. West, "Aberration balancing in a two mirror freeform optical system with freeform GRIN corrector elements," SPIE European Optical Systems Design, 2018 *(Invited)*

John P. Harmon, Don B. Conkey, George M. Williams, Julie L. Bentley, "Additively manufactured freeform gradient optics," SPIE European Optical Systems Design, 2018

Samuel Steven, Yang Zhao, Greg Schmidt, Julie Bentley, Duncan Moore, "Augmented reality display system for smart glasses with streamlined form factor," Proc. SPIE 10676, Digital Optics for Immersive Displays, 106761I (21 May 2018)

Nicholas Takaki, Wanyue Song, Anthony J. Yee, Julie Bentley, Duncan Moore, Jannick P. Rolland, "Over-designed and under-performing: design and analysis of a freeform prism via careful use of orthogonal surface descriptions," Proc. SPIE 10676, Digital Optics for Immersive Displays, 1067616 (21 May 2018)

Anthony J. Yee, Wanyue Song, Nick Takaki, Tianyi Yang, Yang Zhao, Yunhui Ni, S. Yvonne Bodell, Jannick P. Rolland, Julie L. Bentley, Duncan T. Moore, "Design of a freeform gradient-index prism for mixed reality head mounted display," Proc. SPIE 10676, Digital Optics for Immersive Displays, 106760S (21 May 2018)

Tianyi Yang, Nicholas S. Kochan, Samuel J. Steven, Greg Schmidt, Julie L. Bentley, Duncan T. Moore, "Design of a spatially multiplexed light field display on curved surfaces for VR HMD applications," Proc. SPIE 10676, Digital Optics for Immersive Displays, 106760Y (21 May 2018)

Yang Zhao, Julie L. Bentley, Duncan T. Moore, "Dual FOV afocal zoom system with stationary pupils using single moving group", Published in Proceedings Volume 10590: International Optical Design Conference 2017, December 2017

Wanyue Song, Yang Zhao, Rebecca Berman, S. Yvonne Bodell, Eryn Fennig, Yunhui Ni, Jonathan C. Papa, Tianyi Yang, Anthony J. Yee, Duncan T. Moore, Julie L. Bentley, "Optimal power distribution for minimizing pupil walk in a 7.5X afocal zoom lens" Published in Proceedings Volume 10590: International Optical Design Conference 2017, December 2017

Julie L. Bentley "Pupil Matching Challenges in the Design of a Modular High Resolution Zoom Inspection System" International Optical Design Conference 2017 ***(Invited)***

Sam Steven, Alfredo Dubra, Julie L. Bentley "Analysis of 3rd-order aberration nodes of off-axis two-mirror telescopes" International Optical Design Conference 2017

Rebecca Berman, Erin Fennig, Julie L. Bentley "Design Forms and Pupil Management for a High Resolution, Long Working Distance Zooming Microscope" International Optical Design Conference 2017

J.L. Bentley, S. Stoebenau – Optifab 2017 – Proc. Of SPIE Vol, 2017.

Anthony J. Yee, Yang Zhao, Samuel J. Steven, Julie L. Bentley, et al. "The first order solutions for two configurations of discrete zoom lenses", Proc. SPIE 9822, Advanced Optics for Defense Applications: UV through LWIR, 982215 (May 18, 2016)

Nagendra Nag, Santosh Jha, Julie Bentley, et al. "ALON GRIN optics for visible-MWIR applications", Proc. SPIE 9822, Advanced Optics for Defense Applications: UV through LWIR, 98220V (May 18, 2016);

Anthony Vella, Heng Li, Yang Zhao, Julie Bentley, et al., "Design study for a 16x zoom lens system for visible surveillance camera", Proceedings of SPIE Vol. 9580, 95800L (2015)

Anthony Vella, Julie Bentley, "Extreme retrofocus zoom lens for single-shot single-lens HDR photography and video", Proceedings of SPIE Vol. 9580, 95800G (2015)

Yang Zhao, Daniel J. L. Williams, Peter McCarthy, Julie Bentley, et al., "Chromatic correction for a VIS-SWIR zoom lens using optical glasses", Proceedings of SPIE Vol. 9580, 95800E (2015)

Anthony J. Yee, Daniel J. L. Williams, Gustavo A. Gandara-Montano, Julie Bentley, et al., "New tools for finding first-order zoom lens solutions and the analysis of zoom lenses during the design process", Proceedings of SPIE Vol. 9580, 958006 (2015)

Rebecca Berman, James A. Corsetti, Kejia Fang, Julie Bentley, et al., "Optical design study of a VIS-SWIR 3X zoom lens", Proceedings of SPIE Vol. 9580, 95800D (2015)

Chinni, B.; Dogra, V.; Han, Z.; Rao, N.; Vallejo, P.; Knox, W.; Bentley, J.; Wood, R., "Fabrication of a novel C-scan photoacoustic imaging camera," in *Biomedical Circuits and Systems Conference (BioCAS), 2015 IEEE*, vol., no., pp.1-4, 22-24 (2015)

J. M. Jabbour, J. L. Bentley, B. H. Malik, J. Nemechek, J. Warda, R. Cuenca, S. Cheng, J. A. Jo, and K. C. Maitland, " Reflectance confocal endomicroscope with optical axial scanning for in vivo imaging of the oral mucosa," Biomedical Optics Express, 5(11), 3781-3791 (2014).

J. L. Bentley, "The role of aberration analysis in modern optical design with a focus on zoom lenses," SPIE Annual meeting, Proc. SPIE (2014) ***(Invited)***

A. J. Visconti, J. L. Bentley, "Broadband High-Resolution Gradient-Index Micro-Objectives for Optical Biopsy Systems," IODC 2014, Hawaii, Proc. SPIE (2014).

M. D. Bergkoetter, J. L. Bentley, "Extended Depth of Field in an Intrinsically Wavefront-Encoded Biometric Iris Camera," IODC 2014, Hawaii, Proc. SPIE (2014).

Anthony J. Visconti, Julie L. Bentley, "Fabrication of large-diameter radial gradient-index lenses by ion exchange of Na+ for Li+ in titania silicate glass", Opt. Eng. 52 (11), 112103 (August 02, 2013)

Anthony J. Visconti, Julie L. Bentley, "Design of radial gradient-index lenses for dual-band visible to short-wave infrared imaging systems," Opt. Eng. 52 (11), 112106 (July 30, 2013)

D. G. Ouzounov, David R. Rivera, Wendy O. Williams, John A. Stupinski, Teresa L. Southard, Kelly H. Hume, Julie Bentley, Robert S. Weiss, Watt W. Webb, and Chris Xu, "Dual modality endomicroscope with optical zoom capability," Biomedical Optics Express Vol. 4, Iss. 9, pp. 1494–1503 (2013)

D. G. Ouzounov, D. R. Rivera, W. W. Webb, J. Bentley, and C. Xu, "Miniature varifocal objective lens for endomicroscopy," Opt. Lett. 38, 3103-3106 (2013)

J. L. Bentley, Vivek Venugopal, John Frangioni, and Sylvain Gioux, ,"The design and integration of a custom broadband 15x zoom lens for NIR fluorescence-guided surgery," Rochester OSA meeting. (2013)

J. L. Bentley, Vivek Venugopal, John Frangioni, and Sylvain Gioux,"The design and integration of a custom broadband 15x zoom lens for NIR fluorescence-guided surgery," SPIE BIOS conference, Proc. SPIE (2013) **(Invited)**

J. L. Bentley, "Techniques for correcting color and Petzval in complex zoom lenses," SPIE Annual meeting, Proc. SPIE (2012)

R. T. McMichael, J. L. Bentley, "Modeling centroid distortion in the New Horizons Long-Range Reconnaissance Imager," SPIE Annual meeting, Proc. SPIE (2012)

J. L. Bentley, John Frangioni, and Sylvain Gioux,"The Design of a 15x Broadband Macro Zoom Lens for NIR Fluorescence-guided Surgery," SPIE Annual meeting, Proc. SPIE (2012)

A. Visconti, D. T. Moore, J. L. Bentley, "Large Diameter Radial Gradient-Index Lenses Fabricated by Ion Exchange," Imaging and Applied Optics Congress, OSA June 2012.

J. L. Bentley, "The role of aberration analysis in modern optical design," SPIE tutorial , SPIE European Optical Design, Marseille, France (2011) **(Invited)**

J. L. Bentley, "The Role of Aberration Analysis in Modern Optical Design," Minnesota local chapter OSA meeting. (2011)

J. L. Bentley, Craig Olson, Richard N. Youngworth "Aberration theory: still the key to designing superior optical systems. 24 May 2011, SPIE Newsroom. DOI: 10.1117/2.1201104.003458

J. L. Bentley, Craig Olson, Richard N. Youngworth "In the era of global optimization, the understanding of aberrations remains the key to designing superior optical systems", Photonics Asia, Beijing, China, Proc. SPIE (2010). **(Invited)**

J. L. Bentley, C. Glazowski, and J. Zavislan, "Apochromatic immersion objective for in-vivo imaging for low coherence confocal microscopy." IODC 2006, Vancouver, Proc. SPIE 6342 (2007).

J. L. Bentley, C. T. Tienvieri, T. McMichael, "Design for Manufacture of Precision Optical Systems: From Prototype to Volume Production." SPIE Microlithography, San Jose (Feb. 2006).

J. L. Bentley, "Optical Design Solutions for DUV (Deep UltraViolet) Microlithography Optics with a Focus on Color Correction."  University of Rochester Colloquium, Rochester, NY (Jan. 2006).

J. L. Bentley, "Color Correction Challenges and Optical Design Solutions for DUV Microlithography." College of Optical Sciences Colloquium, University of Arizona, Tucson, AZ (Oct. 2005).

J. L. Bentley, "Thirty different views of a lens design solution space:  a good example for teaching students how to design (and not to design) a lens." SPIE Annual Meeting, San Diego, CA, Proc. SPIE 5875 (2005). ***(Invited)***

R. Cortesi, J. L. Bentley, J. Zavislan, "A look back at 50 years of lens designs from the Tropel attic: do improvements in computer optimization overcome the current restrictions of available glass materials?" SPIE Annual meeting, San Diego, CA, Proc. SPIE 5874 (2005).

J. L. Bentley, "Where Do Optical Tolerances Come From?"  Optifab, Rochester, NY (May 2005).

D. Aronstein, J. L. Bentley, P. G. Dewa, etal, "Optical metrology for 193 nm immersion objective characterization," Proc. SPIE 5377 (2004).

J. Bentley, S. Cadel, etal., "Matter matters: optical materials rise to the microlithography challenge." OE Magazine (October 2003).

J. L. Bentley, C. J. Schwarz, S. Smolev, S.R.J. Brueck, "Printing 0.1 mm structures with a 244nm μCAT™ Cheetah Objective using Imaging Interferometric Lithography." SPIE Microlithography, San Jose, CA (Feb. 2003).

J. L. Bentley and L. Denes, "Semi-Custom DUV Micro-Objectives for OEM Applications,"  SPIE Microlithography, San Jose, CA (March 2002).

J. Webb, J. Bentley, P. Michaloski, A. Phillips, T. Tienvieri.  "Optical Design Forms for DUV and VUV Microlithographic Processes." Optical Microlithography XIV, Proceedings of SPIE Vol. 4346 (2001).

J.L. Bentley, "Optimization of manufacturing parameters for gradient-index optical design." OSA Annual Meeting. Rochester, NY (Oct. 20-24, 1996). ***(Invited)***

J.L. Bentley and D.T. Moore. "Design of gradient-index lens systems using manufacturing parameters," OSA Annual Meeting, Portland, OR (Sept. 1995).

J.L. Bentley and D.T. Moore. "Modeling Li+ for Na+ Ion Exchange in Aluminosilicate Glasses using a Modified Quasi-Chemical Diffusion Coefficient," OSA Annual Meeting, Portland, OR (Sept. 1995).

J. L. Bentley. J.L. Rouke. D.S. Kindred, and D.T. Moore, "Li+ for Na+ and Na+ for Li+ Ion Exchange in Alumina Borate Glasses," Gradient-index Optical Systems topical meeting, Rochester (June 1994).

T. H. Tomkinson, J. L. Bentley, M. K. Crawford, C. J. Harkrider, D. T. Moore, and J. L. Rouke, "Rigid endoscopic relay systems: a comparative study," Appl. Opt. 35, 6674-6683 (1996).

J.L. Bentley, J.M. Inman, S.N. Houde-Walter. "Modeling Ion-Exchanged Glass Photonics: the Modified Quasi-Chemical Diffusion Coefficient." Non-Crystn. Solids 191, 209-215 (1995).

J.L. Bentley, D.S. Kindred, and D.T. Moore, "Design and Fabrication of a Gradient Index Compact Disk Objective." The OSA Technical Digest of the Gradient-lndex (MOC GRIN) topical meeting, Monterey, CA (April, 1991).

D.S. Kindred, J. Bentley, and D.T. Moore, "Axial and radial gradient-index titania flint glasses," Appl. Opt. 29. 4036-4041 (1990).

## Honors, Awards & Fellowships

Optica's Esther Hoffman Beller Medal for Education Excellence (2022)

SPIE Directors' Award (2022)

OSA Fellow (2019)

RRPC Education Award (2019)

Goergen Excellence in Undergraduate Teaching Award (2014)

SPIE Fellow (2012)

Sproull Distinguished Alumni Award in Optics (2007).

William H. Price Scholarship in Optical Engineering, 1993-1994.

Office of Naval Research Graduate Fellowship, 1990-1993.

Sproull Fellowship, University of Rochester, 1990-1992.

College of Engineering and Applied Science Honors, University of Rochester, 1990.

NSF Graduate Fellowship - Honorable Mention Recipient. 1990.

Represent graduating class as chief student marshal at commencement ceremony, 1990.

Awarded membership on the 1990 All-USA Today Academic Team.

D.J. Lovell and SPIE Scholarships, 1989.

Perkin-Elmer Scholarship, 1989.

Tau Beta Pi. & Phi Beta Kappa.

## Student Optical Design Competition Winners

"Cat-Car-Cam: A Panoramic Objective for Videography in F1 Racing," Jacob Sacks (2021)

"Underwater Camera Lens," Erin Sumfleth (2019)

"Dual-Band (SWIR, VIS) Lens for Remote Sensing of Atmospheric Clouds," Ben Moon (2019)

"Design of a Wide Angle Rectilinear Lens for Large Format Cinema," Michelle Fuksa (2019)

"The Design of a High Zoom Ratio Riflescope," David Lippman (2018)

"Design of a Compact Telephoto Lens for Cellphone Cameras," Dylan Beckman (2018)

"Design Study: Dual Band Solar Concentrator/Coupler," Nicholas Kochan (2017)

"Design of a Telephoto SLR Camera Lens from Scratch," Maximillian Bruggeman (2017)

"LWIR Multi Sensor Aerial Reconnaissance Camera," Francisco Santos (2016)

"Wide Angle Climbing Camera," Scott Paine (2015)

"Retrofocus 2.5x Zoom Lens for Single-Shot, Single-Lens HDR Photography and Video," Anthony Vella (2014)

"Pushing the Envelope of Mobile Phone Imaging with Curved Sensors," Nicolas Brown (2014)

"220 Degree Field of View Fisheye Lens for Full Frame SLR Camera," Jonathan Papa (2013)

"Extended Depth of Field in an Intrinsically Wavefront-Encoded Biometric Iris Camera," Matthew Bergkoetter (2013)

"Optical Passive Athermalization using Schott Chalcogenide Glasses," Anthony Visconti (2012)

"190° FFOV Fisheye for Autonomous Robots," Brett Sternfield (2012)

"A High Resolution Four-Pi Steradian Panoramic Video System," Dustin Moore (2011)

"193nm Catadioptric Photolithography Lens for Manufacturing Semiconductor Devices," Kyle Fuerschbach. (2010).

"Telecentric zoom lens design for DLP projection," Yuhong Yao. (2009).

"Wide FOV Head Mounted Display for Virtual Reality," Xinye Lou. (2008).

"Design of a 360 degree panoramic camera lens," Manuel Guizar-Sicairos. (2007).

"All-plastic Compact HMD design," Yijing Fu. (2006).

"Design of a Sparse-Aperture Interferometric Telescope," Matthew Bolcar. (2004).

"Design of Backwards Compatible Blu-Ray and HD-DVD Objectives for Reading High Capacity (15 GB and 23 GB) DVDs," Chris Supranowitz. (2004).

## Supervised PhD Theses

"Optical Design of Translational Broadband Reflective Adaptive Optics Ophthalmoscopes," Sam Stevens (2020)

"Design and Fabrication of Large Diameter GRIN Lenses for Dual-Band Visible to Short-Wave Infrared Imaging Applications," Anthony Visconti (2015)

## Supervised Masters Essays

"A Comparison Review of Digital Cameras in the Current Competitive Market," Wanyue Song (2021)

"Curved Optical Sensors: Advantages, Applications, and Production Methods," Nicole Naselaris (2021)

"Optical Waveguides and Gratings in Modern Near Eye Displays," Jiwon Jung (2021)

"Designing Optical Systems for Space Missions," Colleen Stone (2020)

"Aspheric Lenses: Definition and Tolerancing," Mahmudur Rahman Siddiqui (2019)

"A Review on the Recent Advancements of Chalcogenide Glasses," Anthony Jan Yee (2016)

"The Microlithographic Lens: Challenges and Requirements," James MacNeil (2016)

"Fractography of Optical Glass," Daniel K. Nikolov (2016)

"The design of smartphone thermal imaging lens using molded aspheric chalcogenide glass," Hungwei Chiang (2015)

"Optical Tolerancing for Mobile Phone Cameras," Kevin Sweeney (2015)

"Freeform Optics: Mathematical Representation and Design," Andromeda Huffman (2015)

"Nodal Aberration Theory: Properties and Applications," Di Xu (2014)

"Eyepiece Design," Teddy Lambropoulos (2014)

"Fisheye Lenses in Projection: Pixel Sizes, Pupils, and Illumination," Chad Byler (2014)

"A History of Video Projector Technology," Gavin Perrella (2013)

"Gradient-Index ZnS/ZnSe for Color Correction in the Mid-Wave Infrared," James Corsetti (2013)

"James Webb Space Telescope (JWST): An overview of the NASA's Next Generation Space Telescope," Garrett West (2013)

"Optical Passive Athermalization using Schott Chalcogenide Glasses," Anthony Visconti (2012)

"Free Form Optics," Kejia Fang (2011)

"Modeling the Centroid Distortion of the LORRI Telescope," Ryan McMichael (2011)

"Hyperspectral Imaging and its Applications," Michael Olson (2011)

"Liquid Lens: Tunable Miniature Lens for the Future," Poer Sung.

"Opto-Mechanical Design:  A Review of Lens Mounting Techniques," Dan Staloff.

"Optical Properties of the Tear Film Break Up in the Human Eye," Peter Kazunas.

"Varifocal Liquid Lenses Based on Principles of Electrowetting," Kit Pancy.

"Effectively Utilizing Off-the-Shelf Optics," Nicholas Antipa.

## Supervised Senior Theses

"Optical Softening of Brittle Materials for Laser Assisted Machining - An Investigation of Laser Heating," Isaac Trumper (2015)

## Student Optical Design Projects

| 2021 | IR Plastic Detection Camera | Anis Idrizovic |
|------|------|------|
| | Fisheye Planetarium Projector | Nicholas Achuthan |
| | Super Wide-Angle Backup Camera | Yuning Xia |
| | Dual-Band Refractive Imager: Adventures in Color Correction | Jason Salmanowitz |
| | MEMS-based f-Theta Wide-Angle Lidar System | Brianna Holmes |
| | Pushbroom Hyperspectral Drone Objective | Luke Potter |
| | Telephoto Lens with Variable Internal Focus | Everett Schafer |
| | Picoprojection lens | Jonny Cobb |
| | TranScribe Glass in BirdBath design | Vitek Stepien |
| | f-theta lens for multiple fiber-chip fusion | Marissa Granados Baez |
| | Zoom University in High-Def: Improving the Built-In Laptop Webcam | Emma Foley |
| | Wide Field Microscopic Objective for Fourier Ptychographic Aperture Synthesis | Sparrow Tian |
| | Zoomable Laparoscope With Two Liquid Lenses | Yuchen Wu |
| | Two-Photon Microscope Objective | Rachel Chan |
| | Intraventricular neuroendoscope objective | Junran Ye |
| | Cat-Car-Cam: Panoramic Objective for POV Videography in F1 Racing | Jake Sacks |
| | Turkeys on Mars? A Mars Zoom Lens on Earth | Ben Cohen |
| | Home Invasion? What's it Like Inside a Human or Turkey or Cow... | Adam Smith |
| | Translation for Tomorrow | Will Eisold |
| | UV Cell Phone Camera for Crime Scene Scanning | Ovishek Morshed |
| | Wide-Angle Backup Camera From Scratch | Alex Davie |
| | FLIR Thermal Camera | Noah Leibowitz |
| | DUV Immersion Litho Lens | Sirui Tang |

| 2020 | The camera that just needed some space (social distancing) | Mike Taylor & Jiwon Jung |
| | Telephoto tilt-shift camera lens | Yimin Xie & Tianshu Xu |
| | Automotive AR HUD Design: What Really is an Image Anyway? | Benjamin Nussbaum, Adam Briggs & Peter Dean-Erlander |
| | End-me-scope | Jenna Montague & George Funkenbusch |
| | AR/VR Headset: Project J.A.R.V.O.S - Just a Rather Very Optical System | Liangyu Qiu, Han Dong, Andres Garcia Coleto |
| | Redesign Classic Leica collapsible summicron | Chi Huang |
| | The optics behind electronics: design of a UV lithography lens | Arunabh Mukherjee |
| | Camera fisheye lens for canon SLR | Chi Zhang |
| | Printing Butterfly Wings With Photolithography | Jonathan Musgrave |
| | Laser Scanning Fluorescence Confocal Microscope Objective | Lauren Scheg |
| | Modern Cell phone camera | Alen Philip |
| | Optical design of a Brillouin scattering experiment | Matthias Banet |
| | Magic hole finder | John Stephan |
| | Unfolded Origami Lens | Evan James |
| | F theta lens design for scanning | Tialei Li |
| | Mirau Objectives and Sleep Schedule Interference | Chris Pressimone |
| | High NA microscope objective for quantitative phase imaging | Katie Dunn |
| | Designing a Multi-immersion Objective for Two-photon Microscopy | Vincent Ching-Roa |
| | Telecentric Catadioptric Lens | Sam Pentolino |
| | | |
| 2019 | Ultimate Intestine Cancer Destroyer (Capsule Endoscope) | Jiacheng Zhao |
| | Zooming in on a Problem: Designing a Rifle Scope | Doran Teverosky |
| | A Solid Immersion Lens to Increase the Effective NA of a Microscope Objective | Brandon Walter |
| | Large Aperture Mirrorless Camera Zoom Lens | Kristoffer Olsen |
| | Wide Angle Cellphone Camera Lens | Nicole Naselaris |
| | Designing a Telephoto Cell Phone Lens | Jason Tiemer |
| | Design of a Photographic Zoom Fisheye Lens for an LSDR Camera | Xinying Zhu |
| | Multiband Thermal Satellite Camera | Cooper Conran |
| | Rectilinear Wide Angle Lens for Large Format Camera | Michelle Fuksa |
| | Remote Sensing Camera | Yiyang Wu |
| | (Cheap) Pocket Projector | Yiwen Fan |
| | Wide Angle Lens for Sony a7 Camera | Peisheng Ding |
| | Star Tracker Lens | Shixin Xue |
| | Wide Angle Camera for Moon Mapping | Matthew Ferguson |
| | Compact 150° Fisheye Lens | Samara Levy |
| | HUD for Snowmobile Helmet | Jeremy Goodsell |
| | My Trash Lens | Erin Sumfleth |
| | Wide Angle Lens for a Backup Camera | Christian Tolfa |
| | The World from a Bird's Eye View | Jocelyn Smith |
| | Dual-band (VIS, SWIR) Lens for Remote Sensing of Atmospheric Clouds | Ben Moon |
| | Ultrashort Throw Projection Lens | Jessica Steidle |
| | Fast Wide Angle Mirrorless Camera Lens | Hongrui Ma |
| | Design of Mirau Objective for AO-registration of Flourescence and Phase | Arturo Canales |
| | Canon EOS 60D Camera Lens Design | Xiaoyun Li |
| | | |
| 2018 | "400 mm Telephoto Camera for Sports Photography" | Colleen Stone |

| | |
|---|---|
| "Pico Projector" | Yang Deng |
| "Linear Hyperchromat Design" | Gregory Jenkins |
| "Catadioptric Litho Lens: My Attempt to Copy Shafer" | Ani Sonde |
| "A Telephoto Lens for Cell Phone Cameras" | Dylan Beckman |
| "Design of a PAL lens" | Matthew Page |
| "WFOV camera lens design" | Jack Piotrowski |
| "Plastic Expert: designing the 6 element, wide angle cellphone camera" | Jake Rosvold |
| "150% Offset Projector" | Johana Escudero |
| "Project Valkyrie" | Zilong Li |
| "10,000 Optimizations Under the Sea: Design of an Underwater Fisheye Lens" | Jaren Ashcraft |
| "F/1.6 Compact Camera Lens" | Qi Jin |
| "135 mm F/1.8 Telephoto Camera Lens" | Ran Wei |
| "F/2.8 Wide Angle Camera Lens" | Shenghan Gao |
| "Replicating Nikon's 50mm F/1.8 SLR Camera Lens" | Obaid Khan |
| "Camera for Wingless Automobile" | Chun-Hao Fann |
| "Compact Dyson Spectrometer for Cubesat" | Yuxuan Liu |

| | | |
|---|---|---|
| 2017 | "Lessons learned through designing a cell phone lens" | Joseph Tang |
| | "Wide angle plastic lens: exploration in design and desensitization" | Angel Morales |
| | "A Sun Without Windows: the Future of Solar Concentrators" | Nick Kochan |
| | "Offset Single Lens Reflective Scanning Relay for Ophthalmic Imaging" | Joe Malone |
| | "Compact 4K projection lenses" | Brandon Dube |
| | "Just Keep Splitting: Design of a Telephoto Lens from Scratch" | Max Bruggeman |
| | "Somewhere over the rainbow: design of a microspectrophotometry objective" | Kami Tinkham |
| | "High resolution virtual reality eyepiece" | Jiakai Lyu |
| | "Drone Camera" | Shaodan Hu |
| | "42 mm 10x Riflescope" | Danila |
| | "Nyx - Fast Camera Lens" | Yifan Niu |
| | "Breaking the symmetry in an EUV lithography system" | R. Gutierrez Cuevas |
| | "Wide-angle Projection Lens for Structured Light Depth Sensing" | Amber Betzold |
| | "Two Wavelength Transmission Sphere" | Martin Tangari |
| | "10X zoom lens designed for a cyber-shot camera" | Ruiting Huang |
| | "High NA, telecentric, broadband microscope objective for point scanning" | Romita Chaudhuri |
| | "Dry-type Microscope Objective for Animal Cornea Fluorescence Imaging" | Dan Yu |
| | "Mobile Phone Camera-Projector Combo" | David H. Lippman |
| | "Mass production: Lithography Lens for Mesoscopic photonic devices" | Robert Chou |
| | "Lens design for Google cardboard VR setup using Galaxy S6 phone" | Olga Sachkouskaya |
| | "Serval cat and why we don't see - a 400mm f/5.6 catadioptric telephoto lens" | Tianyi Yang |
| 2016 | "Optimization of an illumination/lighting system," | Madhu Ashok |
| | "The 8 mexa pixel crazy asphere cellphone lens (based on the iphone 6)," | Steve Haddad |
| | "A water immersion microscope objective for high resolution two-photon fluorescence in the cornea," | Sara Gearhart |
| | "Wide-angle projection lens for projector with short throw distance," | Chang Wang |
| | "Movie camera zoom lens with a forward-located stop," | Haoyu Chen |
| | "Camera telephoto lens design," | Yifeng Gao |
| | "Catching bacteria: an oil-immersed 100x microscope objective," | Rui Luo |
| | "Projection Lens for Augmented Reality?" | Betty Sun |
| | "LWIR Multi Sensor Aerial Reconnaissance Camera," | Francisco Santos |

| | | |
|---|---|---|
| | "Compact Wide Angle Camera," | Guanping Feng |
| | "How We Plan to Win (Defining the Precise Location of Far Away Objects)," | Joseph Linden |
| | "Cameras Two: Asphere Boogaloo," | Nick Takaki |
| | "Folded Optic Cell Phone Camera Lens," | James MacNeil |
| | "Fisheye Projector Lens for Planetarium," | Mariia Borovkova |
| | "Wide FOV Virtual Reality Head Mounted Display," | Chumeng Zheng |
| | "Towards a hybrid, retrofocal light-field and SLR camera design," | Rohit Prakash |
| | "Rayleigh Lens for Scanning Aberrometer," | Quizhi Ji |
| | "Soft Focus Movie Lens: A Modern Classic," | Drew Doares |
| | "Small, Low-Cost LWIR Camera Lens with Chalcogenide Materials," | Sam Birsa |
| | "Miniature Cryogenic Microscope Objective for Optical Trapping" | Zhaoyu Nie |
| | "Super Apochromat Microscope Objective for Immunohistochemistry," | Kaitlin Wozniak |
| | "Modernizing a fast, near-IR system," | Trevor O'Loughlin |
| | "I Shrunk the Optics: Designing a miniature, plastic microscope objective," | Robert Draham |
| 2015 | A view from the top: Designing a wide-field climbing camera | Scott Paine |
| | Underwater fisheye camera lens | Xiaoyu Du |
| | Using 193 nm light to find 32 nm node defects | Daniel Mulkey |
| | Interference microscope objective for metrology applications | Eryn Fennig |
| | EF 40 mm F/2.8 Full Frame Camera Lens | Di Yu |
| | Go Amateur Action Camera:  Fisheye Lens for Head-mounted Video Camera | A. Huffman |
| | Next Generation Smartphone Camera | Hungwei Chiang |
| | As-Built Performance Comparison of Mobile Phone Camera Lenses with 3, 4, and 5 Elements | Sweeney, Kevin |
| | Embassy Security Camera | Amy Entin |
| | Wide Angle Lens for Cave Photography | P. Vallejo Ramirez |
| | Compact MEMS retina scanner for biometric identification | Charlie Granger |
| | Fast and Prime:  Looking at life through a new lens | Daniel Morgan |
| | Wide Field Cell Phone Lens with Curved Detector | Robert Wright |
| | Wide Angles in Small Packages: Constructing a Cell Phone-Type Camera Lens | Joe Difabio |
| | Spy Pen Camera | Feng Pan |
| | Miniature body camera | Addison Stavlo |
| | Czerny-Turner Spectrometer for Spectral-Domain OCT | Changsik Yoon |
| | Making smart boards smarter:  the pursuit of a short throw projector | Jenkins He |
| | | York Chen |
| | | Alex Anderson |
| | | Sean Reid |
| | Broadband objective lens for second harmonic generation-enabled microendoscope | Aaron Allen and Anchal Sharma |
| | OLED Pico projector: Glass vs. Plastic | Danlu Huang |
| | | David Manly |
| | | Sheldon Agbayani |
| | | Guanyao Wang |
| | Uncovering the truth: UV-Visible-IR Forensic Camera | Krysta Boccuzzi |
| | | Dare Bodington |
| | | Matthew Dalzell |
| | | Xing Fan |
| | | Natalie Pastuszka |
| | | Lindsey Willstatter |

| | | |
|---|---|---|
| Stepping through i-line, or how I learned to love the litho lens | Michael Bozarth | |
| | Amy Frantz | |
| | David Kim | |
| | D. Petropavlovskiy | |
| Fiber bronchoscope objective design | Rui Qi | |
| | Jane Xia | |
| | Kara Lambson | |
| Handheld FLIR camera with visible system overlay: applications in veterinarian medicine, fire-fighting, home and electronic inspection and volcanic activity monitoring | Tess Jacobs | |
| | Ty Adair | |
| | Ben Feifke | |
| | Aby Joseph | |
| | Kara Morse | |
| Miniature Wide Angle Vehicle Rear Back-Up Camera - Saving Miniature Humans One Vehicle at a Time | Julia Kent | |
| | Rebecca Pettenski | |
| Underwater fisheye lens | Michael Dupuis | |
| | Bryan Maas | |
| | Peter Kim | |
| | Weston Moore | |

| | | |
|---|---|---|
| 2014 | See the Heat: A Look at Thermal Imaging for Your iPhone | Hillary Maben |
| | Design of a Reflective Triplet for use in an Imaging Spectrometer | Isaac Trumper |
| | I Can See Clearly Now, My AO System is Calibrated | W.Spencer Klubben |
| | Retrofocus 2.5x Zoom Lens for Single-shot, Single-lens HDR Photography | Anthony Vella |
| | Modeling and Analysis of Retro-reflectors | Lindsey Willstater |
| | Oculus Rift VR (Virtual Reality) | Elie Glik |
| | 35mm f/2.8 Wide-Angle Camera Lens (Digital SLR) | Zhengsheng Zhu |
| | Efforts and Trials to Replicate a Nikon f/1.4 58mm lens system | Yingxing Qian |
| | Design 28mm f/2.8 wide-angle DSLR camera lens | Jenny Won |
| | A 185 degree fisheye lens used for surveillance | Jiahan Yan |
| | Design of an Photoacoustic Lens for Prostrate Cancer Detection | P. Vallejo-Ramirez |
| | Wide Angle LWIR Lens for Wheel Well Mounted Thermography in Motorsports | Duncan Spaulding |
| | The Compact Offner-Chrisp Spectrometer | Coby Reimers |
| | Zoom Stereomicroscope for Surgical Applications | Andres Guevara |
| | A Distorted Point of View | Leva McIntire |
| | High Resolution Microstereolithography in 3D Printers | Dan Brennan |
| | Off-axis Microscope Objective for Micromachining in Contact Lenses | Gustavo Montano |
| | F-theta Lens for a 1200 DPI Laser Printer | Brent Plansinis |
| | Dual color high NA long working distance spherical objective | Kang Liu |
| | A Lesson in Patience: an I-line Lithography Projection Lens | Brittany Taylor |
| | Mars Descent Imager Lens System | Sandi Westover |
| | Experimental application of curved sensors on smart phone cameras | Runyu Bi |
| | Deep ocean adapter for Pentax zoom lens | Yang Zhao |
| | 200-400 mm Fixed f/4 Zoom Lens | Amanda Pendleton |
| | Reverse-engineering of 20x LUCPLFLN objective | Adam Ivansky |
| | The Yolo Reflecto | Di Xu |
| | Collimator for Head-Mounted Display | Daniel Nikolov |
| | Nagler Eyepiece Design | T. Lambropoulos |
| | 160 Degree Field of View DLP Dome-Theatre Projection System | Kramer Harrison |

| | |
|---|---|
| 8X telephoto lens for Google Nexus | Heng Li |
| Long Working Distance Microscope Objective for Laser with Visible Wavelength | Lanbing Kang |
| Wide Angle EF Lens for a Canon EOS DSLR | Joe Cosentino |
| F/2.8 Wide Angle DSLR Camera Lens for a Canon EF Mount | Asher Thoeming |
| Analysis of Optical Designs Utilizing Curved Sensors for Mobile Phone | Nick Brown |
| Iphone 5s Camera: Curved Sensor team | N. Cirucci |
| | R. Dore |
| | T. Ivanov |
| | Ke Xu |
| | Changchen Chen |
| Pass The Popcorn team | Christopher Marsh |
| | Nick Lovullo |
| | Edward Pei |
| | Jacob Begis |
| The Hand Held Fire Sighter & Infrared Security Camera team | D. Oles |
| | J. Centurelli |

| Year | | |
|---|---|---|
| 2013 | Extended Depth of Field in a Wavefront-Encoded Biometric Iris Camera | Matthew Bergkoetter |
| | High NA micro-objective for Micromachining | Daniel Brooks |
| | Compact Mirrorless Interchangeable Zoom Camera Lens | James Feeks |
| | Pure Water Immersion Catadioptric Lithography Projection Objective | Stephen Hager |
| | 25 degree field of view 5x Handheld Ophthalmoscope Design | Scott Levy |
| | 8 - 15mm Fish Eye Zoom Lens | Aaron Michalko |
| | Gun Scope and Camera: Fixing the Problems of a Visual System | David Nelson |
| | 220 degree field of view fisheye lens for Full Frame SLR Camera | Jonathan Papa |
| | Iris Biometrics in the NIR Spectrum | Steven Powers |
| | The World's Smallest Projector Lens | Dallas Smith |
| | Visible Lunar Telescope | James Wood |
| | Super SLR Telephoto Lens for Near-IR Bird Photography | Xuxin Zhang |
| | How Many Lenses are needed to make an i-phone 4 Cell Phone Camera? | Shengtong Chen |
| | Free Form Prism HMD (Head Mounted Display) | Lingbo Xu |

| Year | | |
|---|---|---|
| 2012 | LWIR Dyson (not the vacuum) Spectrometer | Daniel Balonek |
| | Have no fear aspheres! (50mm F/1.4 SLR lens) | Gregory Balonek |
| | Evaluating the Manufacturability of 0.80, 0.85, and 0.90 NA Microscope Objectives | John Boule |
| | Near-Infrared Adaptive Optical Coronagraph | Eric Brost |
| | Far Ultraviolet Survey Explorer | Joshua Brown |
| | Zooming optical pickup objective lens for BD, DVD and CD | Xiaowei Cai |
| | 127x Entangled Photon" Objective- Balancing NA, WD and Etendue | Joseph Choi |
| | Rear-projection Television Wide Angle Lens | Andrew Fisher |
| | Long eye relief 4X rifle scope | Boshen Gao |
| | A Hand Held Midwave IR Forest Fire Detector | Robert Gray |
| | 100 mm Medium Telephoto Digital SLR Camera Lens | Shuyuan Han |
| | Design of Objective Lens for an Opthalmic Laser Surgery System | Stephen Head |
| | Poor man's 3x zoom lens | Hae Won Jung |

| | |
|---|---|
| 50mm f/0.95 Hyperprime Digital Camera Lens | Paul Leung |
| 50 mm f/1.8 SLR camera lens | Tom Karo |
| 160° wide angle underwater afocal attachment | Fanny Keller |
| Nature At A Distance: DSLR Telephoto Macro Lens | Karen Martuscello |
| A front projection display device system | Je Sun Oh |
| Fisheye Lens for Environment Mapping in Autonomous Robots | Brett Sternfield |
| SpyCam: A Multispectral Cellphone Camera | Samuel Steven |
| Airborne Long-Wave Infrared Camera for Wildfire Monitoring | James Talerico |
| Optical Tweezers in Classical Model | Halley Tsai |
| The Hunter's Seeker Scope: A variable magnification scope for rapid alternation of target acquisition and precision aiming | Jay Voris |
| High NA, Wide Field Water-Immersion Microscope Objective for Multiphoton Fluorescence Laser Scanning Microscopy | Sarah Walters |
| Defect inspecting microscope objective | Jianing Yao |
| 70-200mm f/2.8 telephoto zoom lens for DSLR camera | Anthony Yee |
| 1.7X MP long eye relief handgun scope | Aizhong Zhang |
| Star Test Polarimetry for atmospheric aerosol and particle characterization | Brandon Zimmerman |
| An Optical Transport for the Particle Temporal Diagnostic | Joe Katz |
| Optical Coherence Microscopy Endoscope Objective | Tyler McKean |
| 360 Degree Panoramic Imaging System With Minimal Parallax | Zak Niazi |
| | |
| **2011** Commando 8: Thermal Weapon Sight | Aaron Bauer |
| 0.6 to 1 Throw Ratio DLP Projection Lens | Michael Brindak |
| 85mm F/2.0 DSLR lens (full frame) | Kejia Fang |
| Missile Tip Optics | Jay Komsa |
| High Resolution Four-Pi Steradian Panoramic Video System | Dustin Moore |
| Full HD VIS-IR Wide-Angle Security Camera | Michael Olson |
| Projection Lens System for Excimer Laser Exposure Lithography | Gavin Perrella |
| Schmidt-Cassegrain Telescope | Omer Ropri |
| DLP Projection Lens for Micro DMD | Eric Schiesser |
| Forbes Polynomials vs. Power Series: A Comparison of Aspheric Descriptions | Katelynn Sharma |
| Wide Angle Lens for the Micro Four Thirds Camera | Michael Spilatro |
| Looking at Through Zoom Performance of a Wide-Angle-Low-Distortion-Security Camera | Garrett West |
| 193nm Refractive Photolithography Objective for Manufacturing Semiconductor Devices | Zeyu Zhao |
| 2-LWIR Band Temperature Scanner for Environmental Satellite | Patricio Fluxa |
| Applying Anamorphic Optics to Large Format Photography | Frank Dewitt |
| Webcam design | Cheng Zhao |
| | |
| **2010** Nudibranch Macro Reef Lens | Jonathan Brand |
| GRIN Endoscope for Optical Coherence Tomography | Cristina Canavesi |
| Hybrid Reflective VIS-NIR Adaptation of Olympus 1.1NA 60X  Water Immersion Microscope Objective | Dan Christensen |
| Toroidal Spectrometer | Albert Consentino |
| Designing a 45° HFOV Wide Angle Camera Lens | James Corsetti |

| | |
|---|---|
| NIR-ly an Infrared Wide Angle Camera | Zach Darling |
| LWIR Offner Spectrometer for Hyperspectral Imaging | Zach DeSantis |
| Three Mirror Anastigmatic Fore-optic for a hyperspectral imaging system | Dennis Fantone |
| 193nm Catadioptric Photolithography Lens for Manufacturing Semiconductor Devices | Kyle Fuerschbach |
| Macro UV Zoom Lens for Fingerprint Capture | Alexander Iacchetta |
| Fisheye Security Camera | Alden Jurling |
| Opto-Mechanical Design of the LSST Telescope | Adam Kalb |
| UAV Aerial Imaging Lens | Peter Kazunas |
| Full Aperture Inspection System for Meter-Scale Optics | Colin Kingsley |
| Optical Analysis of a Lightweight Solar Concentrator | Ryan McMichael |
| Backyard Cassegrain Telescope with Coma-Correcting Eyepiece | Kit Pancy |
| Replacing a customized paper weight | Steven Person |
| A long working distance microscope object for surface inspection | Daniel Savage |
| Design of a reflective objective for high resolution imaging of aqueous humor outflow pathway structures in the human eye | Robin Sharma |
| An Ultra Wide-angle Flat-field Eyepiece for Amateur Astronomy | Daniel Sidor |
| Forward Looking Infrared Camera: F/1 60 degree field of view | Brandon Sosa |
| Miniature Adaptive Optics Scanning Laser Ophthalmoscope | Yusufu Sulai |
| 3.5 x 30 ACOG Riflescope | Anthony Visconti |
| Refractive Terrestrial Spotting Scope | Dan Williams |
| | |
| 2009 Fundus Camera from off-the-shelf parts | Nick Antipa |
| Wide Angle Digital Camera Lens | Gretchen Bauer |
| Fisheye Lens for a Digital Planetarium Projector | Rebecca Berman |
| A very complex pinhole camera | Michael Brown |
| Afocal zoom riflescope | Alan Heins |
| Zoom Camera: Film to Digital | William Hurley |
| Telephoto Zoom Lens | Cheonha Jeon |
| 2.5x Point & Shoot Zoom Lens | Jenna Keller |
| Design of a Wide Angle Lens for a Digital SLR Camera | Michael Kornhauser |
| Are you afraid of the dark? | Jonathan Kung |
| Portable Pocket Projector | Jordan Leidner |
| 6x50 Riflescope | Alexander Lyubarsky |
| 4x and 20x microscope design | Ezra Milby |
| Where do you put the Galvo? - take II | Brandon Rodenburg |
| Next generation IR zoom | Greg Savich |
| Car-Cam | Sean Sullivan |
| Six Mirror EUV Lithography Projection System | Mike Theisen |
| Fundus camera from custom parts | Raisa Trubko |
| A Study On The Limitations And Benefits Of On-Axis TMA Systems | Alex Wesley |
| The DLP Wide Angle Projection Lens | Bin Yang |
| A 1.4x Zoom ratio telecentric lens design for DLP Projector | Yuhong Yao |
| Design of a wide angle electronic endoscope objective | Xuefeng Zhang |

| 2008 | Modernization of a 248 nm photolithography projection lens | Amber Beckley |
|---|---|---|
| | Computer Web Cam Design | Brian Bennett |
| | High resolution Compact Objective for Semiconductor Image Sensors | Joseph Bos |
| | Design of an Augmented Reality Head Mounted Display | Chad Byler |
| | Camera Phone with Zoom Lens Changer | Brooke Chuzles |
| | Projection System Design for Digital Cinema | Derec Ciafre |
| | The Catadioptric LWIR/NIR Objective: A Thorough Study of Design and Review | Luke Constanza |
| | Design of a Movie Projection Lens | Stephen Goodridge |
| | Fisheye Lens for Digital SLR Camera | Katherine Hasman |
| | LWIR Camera | Oscar Herrera |
| | Replication of in-vivo endoscopic capsule camera | Russell Howe |
| | The Optical Design of A Low Cost Compact Fundus Camera | Irfan |
| | Head-Up Display Design Form Analysis | Morgan Jolley |
| | Design of a stereoscopic microscope objective for fiber laser alignment | Aaron Kaplan |
| | Wide FOV Head Mounted Display for Virtual Reality | Xinye Lou |
| | Design of a Portable LCD Projection Lens System | Meng Lu |
| | Let's Get Real - custom vs off-the-shelf lenses | Adam Magruder |
| | Design of a High-Concentration Cost-Effective Solar Cell | Peter McCarthy |
| | Spy Camera Design | Daniel McCormick |
| | 70-200mm F/2.8 Telephoto Zoom Lens for a Digital SLR Camera | Vijay Paruchuru |
| | The Next Generation Cameras for the Mars Rover | Phillip Poon |
| | 0.75NA Microscope Objective to Image Cells Tagged with Near IR Fluorescent Dyes | Derek Pulhamus |
| | Heads-Up Display for Eyeglasses: A New View for Parkinson's Patients | Katie Schwertz |
| | Optical Zoom Variable-focus Liquid Lens for Use in Ultra-thin Cell Phone Camera Design | Abbie Tippie |
| | Design of a 400mm f/4.0 DO Camera Lens | David Tisdale |
| | Wide Angle Night Vision Objective | Steven Vollmer |
| | Design of an Ultrafast Laser Scanning System with High Numerical-aperture Microscope Objective | Lisen Xu |
| | Design of the scanning arm of an OCT system | Rahul Yadav |
| | | |
| 2007 | 180 degree Field of View, 8mm Focal Length Fisheye Lens: Astronomical Applications | Amanda Kingston |
| | Alvarez Lens for Wavefront Correction | Ben Masella |
| | Bertele Biogon: the Zeiss Biogon T* 4.5/38 Cfi | Dianne Lancia |
| | Ring Aperture Thin Camera | Eric Christensen |
| | Forward Looking Infrared (FLIR): an application in firefighting | Joshua Shoenly |
| | Design of a high NA microscope objective for fiber-optic confocal reflectance microscope | Liping Cui |
| | IR Terrestrial Zoom | Nate Burdick |
| | Projection lens design | Nicholas Smith |
| | CritterCam | Rebecca Wilson |
| | Zoom Lens: (fun with aspheres) | Robert Schultz |
| | Telecentric Projection Lens Design for DLP Pocket Projector | Tammy Lee |
| | OMNIMAX Projection Lens | Thomas Kraus |

| | | |
|---|---|---|
| | Design of a 360 degree panoramic camera lens | Manuel Guizar |
| | A Full Frame Fisheye Lens for a SLR 35 mm Film Camera | Christopher Todd |
| | Vehicle Observation System | William Barker |
| | Unobscured Three Mirror Reflecting Telescope Design | Keita Oka |
| | NUV Zoom Camera Lens...Concept to Product | Joseph Mulley |
| | Evaluation & Optimization of an Ocular Adaptive Optics system in CODEV | Ramkumar Sabesan |
| | Designing an unobscured reflective triplet with a real entrance pupil | Ying Geng |
| | Schwarzschild Objective Study | Nathan Clark |
| | IR Beam Steering Using Decentered Lenses | Alice Chang |
| 2006 | 35mm SLR Camera Lens | Tony Cocola |
| | Riflescope Design | Bryan Lau |
| | Apochromatic Collimator for Fiber-Based Confocal Microscope Illumination | Chris Glazowski |
| | Field Performance Comparison of a TMA and Reflective Triplet | Tom Zielinski |
| | All-plastic Compact HMD design | Yijing Fu |
| | Patience with a Patent: Cell Phone Camera Design | Rupal Varshneya |
| | Objective for Multiphoton Microscopy | Len Zheleznyak |
| | SLR Lens: 20mm f/2.8 | Graham Marsh |
| | High NA Objective for a Fluorescence Microscope | Pat McGhee |
| 2005 | Photographic Enlarger | Nicole Carlson |
| | HUD Design for Civilian Aircraft | David Irwin |
| | Zoom Digital Movie Projection Lens | Mindy Lee |
| | MWIR Ritchey-Chrétien Telescope with Attached Corrector System | Brian Metro |
| | Multi-Cell Cuvette Reader, CCD Based | Jim Baughman |
| | Thermal Camera Design for Miniature Unmanned Aerial Vehicles | Edwine Michel |
| | Recovering the Field of View in DSLR Cameras | Will Rusin |
| | The Liquid Lens - Variable Focus Lens for camera in portable devices | Poer Sung |
| | How to build (and how not to build) a Rifle Scope | Jason Taniguchi |
| | Unobstructed Afocal Telescope for 3-5um Imaging System | Blair Unger |
| 2004 | i-Line Lithography Inspection Lens | Kevin Mille |
| | Portable UV Scope | John Jackson |
| | Thermal Video Camera | Kathleen Adelsberger |
| | Riflescope Design | Gary Devries |
| | High Magnification Telescope With Large Field of View | Katie Spencer |
| | Reverse Engineering of Wide angle Photographic Lens | Weihua Guan |
| | Plastic Lens Micro Camera Optical Design | Dongmin Yang |
| | Long Working Distance Objective for Laser Surgery | Anant Mathur |
| | Keystone Distortion | Jennifer Steinberg |
| | Barcode Scanner Design | Lianghong Yin |
| | Riflescope Design | Matt Jenkins |
| | Wide angle Lens: A Reverse Engineering Project | Jennifer Chen |
| | Movie Projection Lens | Rong Liu |

| | |
|---|---|
| Field Flattened Ritchey-Chretien Objective | William Cottrell |
| Riflescope Eyepiece | Jessica DeGroote |
| F/4 200 mm Telephoto Lens for 35 mm Camera | Alex Demogines |
| AOSLO Scan Subsystem | Dan Gray |
| Modeling the Emmetropic and Myopic Human Eye through Accommodation and Correction | Holly Bender |
| Double Gauss Photographic Objective Design Study | Rebecca Cortesi |
| f-theta Scan Lens | Daniel Staloff |
| Wide Angle Lens for a Digital SLR Camera | Stephen Odonohue |
| FLIR security camera | Brian Strandberg |
| Golf Ball Laser Rangefinder:  Visual System | David Doyle |
| Spherical Compound Micro-Lens Array | Greg Schmidt |
| A 'Full Field' Optical Transmitter/Receiver | |
| Projection Lens for High-Definition Television | Haskall Kent |
| Design of a Sparse-Aperture Interferometric Telescope | Matthew Bolcar |
| Design of Backwards Compatible Blu-Ray and HD-DVD Objectives for Reading High Capacity (15 GB and 23 GB) DVDs | Chris Supranowitz |
| Fiber coupling aspheric microlens and matching null lens | Gregory Brady |

CONFIDENTIAL

# Appendix B

# Expert Witness Testimony

*Largan Precision Co. v. Motorola Mobility LLC.*, Case No.: 4:21-cv-09138-JSW (N.D. Cal.)

*Johnson & Johnson Surgical Vision, Inc. v. Alcon, Inc.*, Case No.: IPR2021-01053 (U.S. Patent and Trademark Office)

*Asphericon GmbH v. Thorlabs, Inc.*, Case No.: 2:15-cv-00679 (ES) (JAD) (D.N.J.)

*Largan Precision Co. Ltd. v. Genius Electronic Optical Co. Ltd.*, Case No.: 3:13-CV-02502-JD (N.D. Cal.)

CONFIDENTIAL

# Appendix C
## List of Documents Considered

**Court Documents**

Defendant Nanometrics Incorporated's Complaint, dated December 20, 2017
Plaintiff Optical Solutions, Inc.'s Fourth Amended Complaint, dated July 7, 2020

**Depositions**

Confidential Deposition Transcript of A. Dugrenier, dated June 6, 2022
Confidential Deposition Transcript of B. Piccirillo, dated June 30, 2022
Confidential Deposition Transcript of D. Thompson, dated June 29, 2022, 30(b)(1) portion
Confidential Deposition Transcript of R. Trissel, dated June 21, 2022

**Written Discovery**

Defendant Nanometrics Incorporated's First Set of Requests for Production of Documents to
    Plaintiff Optical Solutions, Inc., dated January 22, 2021
Defendant Nanometrics Incorporated's Second Set of Requests for Production of Documents to
    Plaintiff Optical Solutions, Inc., dated January 24, 2022
Plaintiff Optical Solutions, Inc.'s Response to First Set of Interrogatories Propounded by
    Defendant Nanometrics Incorporated, dated September 27, 2021  (Crawford Ex. 10)
Plaintiff Optical Solutions, Inc.'s Responses to First Set of Requests for Admission, dated July 1,
    2022

**Produced Documents**

NANO_000036974-75 (Barada Ex. 190)
NANO_000039756-59 (Crawford Ex. 1)
NANO_000041393-95 (Crawford Ex. 36)
NANO_000041795-96 (Crawford Ex. 38)
NANO_000045409-11
NANO_000346942-45
NANO_000347131-80
NANO_000450683-84 (Dugrenier Ex. 109)
NANO_000456894-904
NANO_000457234-49 (Kinney Ex. 72)
NANO_000459094-95
NANO_000459189-223
NANO_000459302-07
NANO_000459365-67
NANO_000459431-37 (Barada Ex. 178)
NANO_000462641-51
NANO_000463959-61

**CONFIDENTIAL**

NANO_000466261
NANO_000467707-08
NANO_000472184-94 (Kinney Ex. 70)
NANO_000472360-63 (Kinney Ex. 52)
NANO_000473074-80
NANO_000473530-36 (Kinney Ex. 58)
NANO_000503286-87
OS001769-804 (Dugrenier Ex. 93)
OSI0000258-61 (Dugrenier Ex. 116)
OSI0000317-25 (Dugrenier Ex. 112)
OSI0000406-10 (Dugrenier Ex. 110)
OSI0000416-20 (Dugrenier Ex. 108)
OSI0000889-93 (Dugrenier Ex. 100)
OSI0001801-35
OSI0001837
OSI0001842-43
OSI0010417-20 (Dugrenier Ex. 124)
OSI0011029 (Dugrenier Ex. 106)
OSI0011433-35
OSI0011524-26 (Dugrenier Ex. 98)
OSI0012196-97 (Dugrenier Ex. 82)
OSI0012453 (Dugrenier Ex. 81)
OSI0012461-70 (Dugrenier Ex. 79)
OSI0012471 (Dugrenier Ex. 78)
OSI0013798-803
OSI0017242-43
OSI0018225-27
OSI0018234-45
OSI0018265-67 (Piccirillo Ex. 259)
OSI0018583-85
OSI0018602-03
OSI0018613-14
OSI0018615-18
OSI0018740
OSI0021530-31
OSI0021617-19 (Dugrenier Ex. 102)
OSI0021634 (Dugrenier Ex. 103)
OSI0022054-64 (Dugrenier Ex. 91)
OSI0023059-60
OSI0023094 (Dugrenier Ex. 217)
OSI0025524-34 (Piccirillo Ex. 253)
OSI0025683-85
OSI0026425-27 (Piccirillo Ex. 264)
OSI0026697
OSI0026714-26 (Piccirillo Ex. 255)
OSI0026736-48

**CONFIDENTIAL**

OSI0026793-98
OSI0026849-53 (Piccirillo Ex. 254)
OSI0026888-89
OSI0027185-86
OSI0027567-68
OSI0028102-04
OSI0028137-38
OSI0028294-95
OSI0028296-97
OSI0042897-98 (Dugrenier Ex. 127)
OSI0042911-13
OSI0043040-54 (Dugrenier Ex. 115)
OSI0052626-30
OSI0052683-85
OSI0054737-38
OSI0055070-71
OSI0055677-81 (Piccirillo Ex. 261)
OSI0055842-43
OSI0056100-18
OSI0056120-31
OSI0056133-34
OSI0056203-04
OSI0056583-85
OSI0056678 (Piccirillo Ex. 271)
OSI0056698-7556
OSI0057582-87 (Crawford Ex. 2)
OSI0058295-99 (Crawford Ex. 37)
OSI0064286-87 (Trissel Ex. 195)
OSI0064301-02 (Dugrenier Ex. 126)
OSI0068191-96
OSI0073517-20 (Trissel Ex. 203)
OSI0100888-91 (Piccirillo Ex. 256)
OSI0126444 (Trissel Ex. 204)
OSI0227523-24 (Trissel Ex. 205)
OSI0530215-16
TRISSEL_000131-32
TRISSEL_000147
TRISSEL_000181
TRISSEL_000423-24
TRISSEL_000432
TRISSEL_000522-23
TRISSEL_000529-35
TRISSEL_001210
TRISSEL_001401
TRISSEL_001876-77 (Dugrenier Ex. 75)
TRISSEL_002426-30

**CONFIDENTIAL**

TRISSEL_002431-32 (Dugrenier Ex. 80)
TRISSEL_002656 (Dugrenier Ex. 83)
TRISSEL_002717 (Dugrenier Ex. 84)
TRISSEL_002864-65 (Dugrenier Ex. 92)
TRISSEL_004136-38 (Dugrenier Ex. 114)
TRISSEL_004184-85 (Dugrenier Ex. 117)
TRISSEL_004642 (Trissel Ex. 193)
TRISSEL_004726 (Trissel Ex. 194)


**Other Sources**

Letter from M. Johnson to A. Smith, dated February 23, 2022
Letter from M. Johnson to A. Smith, dated March 11, 2022
Letter from A. Smith to M. Johnson, dated April 20, 2022
Letter from A. Smith to M. Johnson, dated April 25, 2022
A. Dugrenier LinkedIn Profile (Dugrenier Ex. 73)

# EXHIBIT 13

| | |
|---|---|
| **From:** | Brad Piccirillo [Brad.Piccirillo@osi.us.com] |
| **Sent:** | 7/9/2013 10:19:52 AM |
| **To:** | Leon, John [jleon@nanometrics.com] |
| **CC:** | Crawford, Bruce [bcrawford@nanometrics.com]; Beddard, Tony [tbeddard@nanometrics.com] |
| **Subject:** | Refractive SE Objective, 0.10NA |
| **Attachments:** | Brad Piccirillo.vcf; Nanometrics1867.docx; OSI Proposed Nanometrics Refractive SE Objective, 0.10 NA Feasibility Results.pptx |

Gentlemen,

Attached is a thing of beauty!  I know of no other that can make such a lens so I leave it up to you guys to sell this little darlin'.  I guarantee you this lens will way out perform (and be more consistent) then anything your competition would ever come close to realizing!!!!!

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com



| | |
|---|---|
| **Full Name:** | Brad Piccirillo |
| **Last Name:** | Piccirillo |
| **First Name:** | Brad |
| **Company:** | Optical Solutions Inc. |
| **Business Address:** | 26 Bull Run Charlestown, NH 03603 |
| **Business Phone:** | (603) 826-4411 |
| **Mobile Phone:** | (603) 504-2305 |
| **Web Page:** | www.opticalsolutionsinc.com |
| **E-mail:** | Brad.Piccirillo@OSI.us.com |

CONFIDENTIAL



## Optical Solutions Incorporated

26 Bull Run 4411
Charlestown, NH  03603 4488

phone: (603) 826-4411
fax: (603) 826-4488

Company: Nanometrics
attention: John Leon
phone: 408 545-6156
1 of 1

date: 7/9/13
log#: 1867
page:

**Ref: REFRACTIVE SE OBJECTIVE, 0.10NA, 190-1700NM**

John,

Here's the quote for the very high end refractive objective that Tony identified as marketing's future "necessity" ie. <25 micron spot size, etc.  Based on our meeting and subsequent excel spreadsheet emailed to us all by Dan Thompson on 6/19/13 (LensesNeededMatrix.xlsx), this would be the 5th lens option identified as Atlas III (logic), Lens #5.  It is designed to achieve; 0.10NA (3.75mm EPD, 18.75mm EFL), 190-1700nm (195nm min design wavelength), +/-0.064mm Image Height, <65um Axial Color, <0.025 waves RMS wavefront at 633nm, >13mm Working Distance, Total Track < 83mm (Image to Stop Distance), with predicted On-Axis Lateral Color within Specification.

**Item 1: REFRACTIVE SE OBJECTIVE, 0.10NA, 190-1700NM (prototype)**
16 units (8 sets) = $35,350.00 ea.
24 units (12 sets) = $29,870.00 ea.
NRE for prototype quantity up to 24 units = $54,350.00

**Item 2: REFRACTIVE SE OBJECTIVE, 0.10NA, 190-1700NM (production)**
100 - 240 units (50 - 120 sets) = $17,460.00 ea.
*240 units (120 sets projected yearly requirement) = $15,320.00 ea.
NRE for production quantity = TBD

* As previously discussed, unit price reduction is possible with $1.3M Nanometrics capital investment to OSI.  This cost covers dedicated machines and other necessary manufacturing considerations. OSI will facilitate the

NANO_000039758

hardware and provide professional labor, support and maintenance. OSI will have complete ownership of these investments, without tax burden. As you can see, return on investment can be obtained very quickly – within 3 years.

Delivery: Initial 16 units in 20 weeks. Additional units at a rate of 20 per month.

We hope this meets your needs. Let me know if you need anything more from us.

Sincerely,

Bradley J. Piccirillo

CONFIDENTIAL

# EXHIBIT 14

Message

| | |
|---|---|
| **From**: | Brad Piccirillo |
| **Sent**: | 7/9/2013 1:12:58 PM |
| **To**: | 'Crawford, Bruce' [bcrawford@nanometrics.com]; Leon, John [jleon@nanometrics.com]; Beddard, Tony [tbeddard@nanometrics.com] |
| **CC**: | Wang, Haiming [hmwang@nanometrics.com]; Barada, Andrew [abarada@nanometrics.com] |
| **Subject**: | RE: Refractive SE Objective, 0.10NA |
| **Attachments**: | Brad Piccirillo2.vcf |

Guys, our design simply meets ALL of your specs.!

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

---

**From:** Crawford, Bruce [mailto:bcrawford@nanometrics.com]
**Sent:** Tuesday, July 09, 2013 1:48 PM
**To:** Brad Piccirillo; Leon, John; Beddard, Tony
**Cc:** Wang, Haiming; Barada, Andrew
**Subject:** RE: Refractive SE Objective, 0.10NA

# Can we have a comparison slide with expected outcomes against critical spec needs ie, spot size, etc.

B

Bruce A. Crawford
Chief Operating Officer
Direct: (408) 545-6155  Milpitas, Ca.
Direct: (541) 322-2508 Bend, Or.
Cell:   (541) 460-3010
Fax:   (408) 232-5910 Milpitas, Ca.
E-Mail: bcrawford@nanometrics.com

---

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Tuesday, July 09, 2013 10:20 AM
**To:** Leon, John
**Cc:** Crawford, Bruce; Beddard, Tony
**Subject:** Refractive SE Objective, 0.10NA

Gentlemen,

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Attached is a thing of beauty!  I know of no other that can make such a lens so I leave it up to you guys to sell this little darlin'.  I guarantee you this lens will way out perform (and be more consistent) then anything your competition would ever come close to realizing!!!!!

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 15

Message

| | |
|---|---|
| **From**: | Wang, Haiming [hmwang@nanometrics.com] |
| **Sent**: | 7/26/2013 4:37:01 PM |
| **To**: | Brad Piccirillo [Brad.Piccirillo@osi.us.com] |
| **CC**: | Leon, John [jleon@nanometrics.com]; richtrissel@gmail.com; Barada, Andrew [abarada@nanometrics.com]; Beddard, Tony [tbeddard@nanometrics.com]; Blasenheim, Barry [bblasenheim@nanometrics.com] |
| **Subject**: | RE: New SE Lens |

Thank you much, Brad. Have a nice weekend somewhere (Probably New Hampshire) ☺

---

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Friday, July 26, 2013 4:35 PM
**To:** Wang, Haiming
**Cc:** Leon, John; richtrissel@gmail.com; Barada, Andrew; Beddard, Tony; Blasenheim, Barry
**Subject:** RE: New SE Lens

Haiming,

Your notes are accurate. We did have a phone discussion detailing moving forward with the design, with a visit from Rich in two weeks. I have asked rich to coordinate the actual date directly with Nanometrics. I also commented to Rich that meeting the 25 micron spot size wa a concern from your end and he said that the current design does meet that criteria. Anyway, I leave it totally up to Rich to commit OSI to the specifications you all agree on so feel free to massage the final details with him.

Also, you are correct with us moving forward in parallel with this effort regarding a mid December delivery of the first units. John Leon with key me know how many are required on Monday.  It is our expectation that it will be 8-12sets.

On a side note, we are progressively moving forward on isolating and controlling the retardance via each shipment with its respective results.

Brad

Sent from my Verizon Wireless 4G LTE Smartphone

-------- Original message --------
From: "Wang, Haiming" <hmwang@nanometrics.com>
Date: 07/26/2013 6:56 PM (GMT-05:00)
To: Brad Piccirillo <Brad.Piccirillo@osi.us.com>
Cc: "Leon, John" <jleon@nanometrics.com>,richtrissel@gmail.com,"Barada, Andrew" <abarada@nanometrics.com>,"Beddard, Tony" <tbeddard@nanometrics.com>,"Blasenheim, Barry" <bblasenheim@nanometrics.com>
Subject: RE: New SE Lens

Brad:

Thank you for help the verification of this new 25 micron SE lens. As you may have seen from Barry's plan, it is a comprehensive, yet executable plan.

Drew and I had a discussion. Drew told me that you guys had a phone call, basically:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

- Rich will provide Barry the simulation results Barry described in his ppt-file in two weeks, or by 8/9
- In the meanwhile, you guys are just move forward in parallel, so we will have the 1st batch of the lenses by mid December

One more important note, Brad. We sent you the specs document a while ago. Could you please review the specs and sign up?

Thank you. Have a nice weekend.

Haiming

**From:** Leon, John
**Sent:** Friday, July 26, 2013 12:29 PM
**To:** Wang, Haiming
**Cc:** Blasenheim, Barry
**Subject:** FW: New SE Lens

Haiming,
Is this what you are looking for?

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Saturday, July 20, 2013 3:46 AM
**To:** Leon, John
**Cc:** Rich Trissel
**Subject:** Fw: New SE Lens

John,

We just received the attached SE Lens Verification Tasks. We can support Option 2, and will begin engineering a solution immediately. In order for us to evaluate what you are asking, it will require us to fully complete all optical and (most) mechanical tolerances - to the point of manufacturability. This is a very large undertaking that could take up to a couple weeks (if you remember, I outlined this on the white board for Drew). Once we get to that point, Rich can visit Nanometrics and go over the areas defined in the attachment. Based on the fact that we have a current design developed to a point where we could share expected performance results (as outlined in the quote we provided), we are 100 percent confident we will finalize this design to a manufacturable solution that yields as modeled performance. I am expecting we can further support this modeled performance by demonstrating that the modeled performance of the lens we are currently making, directly reflects the as predicted design results after manufacture. In short, our manufactured lenses are performing as they were expected to. What I would like to propose in this case, is to create a win-win scenario by having you place an order for these lenses now. This will be extremely helpful for both of us, as this task is not as simple as a couple engineers sitting at a computer jockeying around theoretical values. It encompasses many other support areas such as materials, machining, procedures, tooling, fixturing, etc.. If I process this through as a normal PO, all of the support areas will follow, and generate the necessary manufacturing mechanisms (it's actually quite complex and detailed on sophisticated assemblies such as these). If we don't do it this way, we will need to back track on everything once an order is placed. Two things happen then; chance for error goes way up, and delivery gets pushed way out - in this case at least 4 weeks (2 for Rich to finish the design, a week or so to meet with nano engineers, and another couple to coordinate this into a manufacturable order once these things are complete). Make you a deal. If you place the order by next Tuesday, I will start the clock ticking on the 20 week delivery and there will be no time loss for us finalizing the design and collaborating with Nano engineers. I can get materials on order and keep

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

moving along while we are finalizing everything.  I wouldn't make this offer if we weren't 100% confident that we had a manufacturable solution for this NA.10 lens.......

On another note, this is a significant product.  Please consider the longer term NRE that I have proposed.  It will truly allow for dedicated manufacturing that will be leaps and bounds ahead of our standard processing!

Brad

Sent from Somewhere (Probably New Hampshire)

---

**From:** Rich Trissel
**Sent:** Friday, July 19, 2013 7:22 PM
**To:** Brad Piccirillo

Just got this

---

**From:** Blasenheim, Barry [mailto:bblasenheim@nanometrics.com]
**Sent:** Friday, July 19, 2013 3:34 PM
**To:** Rich Trissel (richtrissel@gmail.com)
**Cc:** Wang, Haiming; Gibb, Scott
**Subject:** New SE Lens

Hi Rich,

The attached presentation lists the information that we need to see if the lens you designed will function well in our system

Thanks,
Barry

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 16

Message

**From:**       Rich Trissel [richtrissel@gmail.com]
**Sent:**       6/26/2013 8:16:04 AM
**To:**         Brad Piccirillo [Brad.Piccirillo@osi.us.com]
**Subject:**    RE: Nanometrics dedicated machines at OSI

Yeah, John needs a cost reduction argument to sell this to his bean counters.  The schedule and risk argument don't carry much weight with accountants.  You need to figure out how to charge them less per lens (recurring) but hit them up for more NRE.  Public company accounting tricks.

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Wednesday, June 26, 2013 8:03 AM
**To:** Rich Trissel
**Subject:** FW: Nanometrics dedicated machines at OSI

Not sure if this is what John Leon expected as I believe his impression was that the unit cost will significantly be reduced if they forked over the $1.3M.  Unit cost will go down but not to the extent that it will pay for this 18 million times over.  My position is that I am willing to take this stuff in with OSI commitment to provide our expertise and allow then a better shake at getting good stuff on time.  Hell, I'll buy the damn machine myself if it represents a huge savings!

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

**From:** Brad Piccirillo
**Sent:** Wednesday, June 26, 2013 11:00 AM
**To:** John Leon
**Cc:** Bruce Crawford; Tony Beddard
**Subject:** Nanometrics dedicated machines at OSI

John,

Benefits to Nanometrics if dedicated machines are purchased
        - OSI represents the greatest state-of-the-art manufacturing entity available for the manufacture of Nanometrics demanding optical products.  Our knowledge of design, and manufacture of the
         optical imaging lenses Nanometrics seeks is second to none, for which we will provide these expertise at no cost to Nanometrics, so that we can create a solid partnership from which
         Nanometrics can achieve a much greater industry competitive edge.
        - These machines will be dedicated for the sole purpose of making Nanometrics components.
        - More predictable and/or greater accuracy for predicting schedule(s).
        - Immediately allows for quicker "ramp-up" to meet current Nanometrics deliverable needs.
        - Allows for greater accuracies in achieving required tolerances via less set-ups with known machine characteristics.
        - Generates increased capacity and supports future product(s) growth.

Benefits related to unit cost reduction

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER


EXHIBIT 267
B.P.
6/30/22 JB
PENGAD 800-631-6989

OSI0055564

- Being that the machines are dedicated, OSI can develop a costing matrix that minimizes machine set-up labor costs.

- The greatest cost benefit will be achieved when the machines are continually utilized. At present, there is a cost to OSI for providing facility, professional operators and maintenance. As these components play less of a part in unit cost, savings can be directly transferred to Nanometrics products. If I were to venture a guess at unit cost reduction, you're probably looking at 10%-20% savings at quantity 400 SE units a year. With that being said, our current plate appears to have 100 SE lenses (6 element design), 240 SE lenses with the higher NA .10 refractive design we're currently working on (probably 8-9 elements), and we will very soon be looking at an all reflective solution (which OSI is as fluent in the manufacture of as the refractive parts we are currently making).

- The current Nanometrics requirements fall within OSI's existing manufacturing capacity, so there is minimal cost saving relative to the actual product, right now. However, the wise business person should recognize that enhancing these capacities, sooner than later, will very easily lead to many more financial benefits than unit cost alone.

- Never lose sight of the costs to Nanometrics associated with poor quality optics, suppliers that can't meet your future needs, late deliveries, and suppliers that aren't committed to "the team".

We are all looking for ways to minimize costs – that's a given. However, this proposition is much more than that. OSI has unique capabilities, capabilities that no one in your industry have any idea even exist. Your optical designers have worked long and hard to come up a refractive version that will yield your desired 25 micron spot size, while supporting the necessary lateral and axial color characteristics. My gut's telling me we'll have a manufacturable solution for that very soon. My proposition to you is not for obtaining money for machines (I can care less as I have an array of them already) but the opportunity for Nanometrics to establish a long term relationship with OSI. One that can run much more smoothly, have more predictable results, allow for future potentials, and so on. Nanometrics does not have to make this commitment (PLEASE don't if it represents a financial burden to your company) as OSI possesses all of the manufacturing technology needed to support your products, they will simply have to be processed in a manner conducive with the needs of OSI, without the usage of dedicated machines. In this view, the main considerations you will be faced with relate to OSI's ability to "fit" your parts into our manufacture schedule, and are subject to our discretion for the purchase of additional manufacturing capacities as your demands increase. If you chose to create this "bond" we will need to iron out the purchase of these machines as OSI needs to acquire ownership (2 diamond turning machines and an edging machine, totaling approx. $1.3M give or take a smidgeon). Also, when purchased, please work out the accounting details so that OSI does not have any tax implications. It's import that you truly provide these tools to us and that we take ownership and maintain them.

I hope you find the above acceptable. I closing, I can't over emphasize the urgency of making a decision quickly as stuff will start to pile up and you'll be pulling your hair out trying to schedule deliveries and dealing with unknowns. Off the top of my head I see your need for; two versions of the SE lens, which will need to be in manufacturing at the same time, I expect the new version we're currently designing will be greatly desired and will be slated for immediate production, plus there's the reflective option that needs to be designed and prototyped and immediately put into production if you are to have any chance of flooding the market once the patent expires.

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

OSI0055565

# EXHIBIT 17

Message

| | |
|---|---|
| **From:** | Schmid, James [jschmid@nanometrics.com] |
| **Sent:** | 8/7/2013 11:40:37 AM |
| **To:** | Brad Piccirillo [Brad.Piccirillo@osi.us.com] |
| **CC:** | Leon, John [jleon@nanometrics.com]; Wang, Haiming [hmwang@nanometrics.com]; Barada, Andrew [abarada@nanometrics.com] |
| **Subject:** | RE: PO 59325 - OPTICAL SOLUTIONS INC. (Revised PO 59325 attached) |
| **Attachments:** | PO 59325 (Revised).doc |

Hi Brad,

    Attached is the revised PO correcting the price per of the (18) unit lens line. Please confirm receipt of revised PO and I will processes the invoices from your recent email once they are approved. Also I will be in the office next week so I hope to meet you then. Thank you and let me know if you have any questions.

Regards,
**Jim Schmid**
**Sr. Planner/Buyer**

**nano**metrics
**Direct  USA:  408-545-6296**
**Facimile USA:  408-433-4699**
**E-mail**: jschmid@nanometrics.com

---------------------------------------------------
**Corporate Headquarters:**
---------------------------------------------------
Nanometrics Incorporated
1550 Buckeye Drive
Milpitas, CA 95035 USA

**www.nanometrics.com**
**advanced process control systems and solutions**

This e-mail and any file transmitted with it, is confidential and intended solely for the person or organisation to which it is addressed. It may contain privileged or confidential information and, if you are not the intended recipient, you must not disclose, copy, distribute or take any action in reliance upon it. Any views or opinions presented are solely those of the author and do not necessarily represent those of Nanometrics inc. If you have received this E-mail in error, please notify us as soon as possible and delete it from all data storage systems. All reasonable steps have been taken to ensure that this e-mail and its attachments are free from computer viruses. Nanometrics accepts no liability in respect of any loss, cost, damage or expenses suffered as a result of accessing this message or any of its attachments.

.....................................................................................................................

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Friday, August 02, 2013 6:29 AM
**To:** Schmid, James
**Cc:** Leon, John; Wang, Haiming; Barada, Andrew
**Subject:** Re: PO 59325 - OPTICAL SOLUTIONS INC.

Guys,

The attached PO is not what I agreed to with John. It was suppose to be the 12 set price applied to the 3 set requirement, with a contingency that we would "deal with" residual costs if additional requirements weren't needed (probably 50% of the residual PO value).  This solved both our problems.  For you, reduction in unit pricing.  For me, the ability to make additional parts so that we are not stuck flipping the bill for time and effort to muster up additional units once your customers realize exactly what you are sitting on (there was a serious cost to us the past few months trying to make extras parts from basically nothing).  We did it in



support of Nano's marketing efforts, and did not pass costs along to you. The same things going to happen this time, but on a much larger scale because these things will be in a league of their own, and I expect huge customer interest. Even though I feel it is totally wrong that you applied the 240 unit production pricing to 8 of these sets, I understand that you are trying to minimize the upfront engineering costs. Based on the fact that the last order went from prototype quantities directly to 100 units (50 sets), I expect this will not only happen again, it will be on a larger scale. It is not my intention to over inflate the cost of your product, but you should understand and appreciate how much time, effort and talent goes into making optics at this level, and it's extremely expensive to develop something like this. It is always my intention to create a win-win scenario, and not to burden the engineering process with undo costs, as we both know the reward lies in presenting a superior product that will generate significant market interest. I have been looking at my quote and will try and help reduce this cost burden even further. You guys shouldn't look at this purchase order as a bottom line cost to make 3 sets, it should be viewed as a conduit that covers product realization, ironing out engineering concerns, providing a buffer to risk, and supports additional customer interests to fill the void when product requirements are needed and our ability to make more product in non existent. I'll bet you anything you want the lay on the table, that these 12 sets will not be enough to carry us over this threshold! Anyway, I will meet you half way on the extra 8 sets by offering a unit price between the 12 set ($29,870) and 100 set pricing ($17,460), which is $23,665.

Just so there's no confusion the PO should reflect this:

6 @ $29,870 = $179,220
18 @ $23,665 = $425,970
NRE = $54,350

If any of you are reading this and pissing and moaning about the cost, you're on the wrong page. We are about to knock the socks off your competition!!!

Sent from Somewhere (Probably New Hampshire)

---

**From:** Schmid, James
**Sent:** Thursday, August 1, 2013 5:30 PM
**To:** Brad Piccirillo
**Cc:** Leon, John, Wang, Haiming, Barada, Andrew

Hi Brad,
     Attached is a PO for items from your log#1867. Please confirm receipt of PO and let me know if everything looks good to you. Thank you and have a nice rest of your day.

Regards,
Jim Schmid
Sr. Planner/Buyer
nanometrics
Direct  USA:  408-545-6296
Facimile USA:  408-433-4699
E-mail: jschmid@nanometrics.com

-----------------------------------------------------------
Corporate Headquarters:
-----------------------------------------------------------

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Nanometrics Incorporated
1550 Buckeye Drive
Milpitas, CA 95035 USA

www.nanometrics.com

This e-mail and any file transmitted with it, is confidential and intended solely for the person or organisation to which it is addressed. It may contain privileged or confidential information and, if you are not the intended recipient, you must not disclose, copy, distribute or take any action in reliance upon it. Any views or opinions presented are solely those of the author and do not necessarily represent those of Nanometrics inc. If you have received this E-mail in error, please notify us as soon as possible and delete it from all data storage systems. All reasonable steps have been taken to ensure that this e-mail and its attachments are free from computer viruses. Nanometrics accepts no liability in respect of any loss, cost, damage or expenses suffered as a result of accessing this message or any of its attachments.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

[ INCLUDEPICTURE
"cid:image001.jpg@01C825F8.B9623F80" \*
MERGEFORMATINET ]

**NANOMETRICS INCORPORATED**
1550 Buckeye Drive, Milpitas,  CA 95035-7418
Tel. (408) 545-6000  FAX (408) 433-4699
[ HYPERLINK "http://www.nanometrics.com" ]

# Purchase Order

| Date: | 08/01/13 |
| --- | --- |
| | 59325 |
| Vendor #: | 4949 |
| Buyer: | M13 |
| Terms: | NET 30 |

**Note: This purchase order number must appear on all invoices, shipping documents and cartons pertaining to this order.**

Supplier:  OPTICAL SOLUTIONS INC.
26 BULL RUN

CHARLESTOWN
NH
USA     03603-
Contact:   BRAD PICCIRILLO (603) 504-2305
(MOBILE)
Phone:     (603) 826-4411
Fax:        (603) 826-4488
Ship Via:   BEST WAY
NOTE:  All Deliveries to 1550 Buckeye Dr
Must be made at RECEIVING DOCK

Ship to:   NANOMETRICS, INC.
1550 Buckeye Drive
Milpitas, CA  95035

FOB:
Memo date:  08/01/13

**Resale Number**
SR-GH-102-042309

| Line | Part Number/Description/ Current Rev/Rel. | Quantity | U/M | Due Date | Job # / Req # | W/H / Source | Unit Price | Extension/Tax |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | ENG MATERIAL  - SE LENS,25 MICRON PAD,190-1700 -  -  - | 6 | | 12/10/13 | | ** | 29870.00 | |
| | | | | | | | | 179220.00 |
| | Vendor P/N: WAVELENGTH (ITEM 1) | | | | 0000054783 | JS | Tax Code: | 0.00 |
| 3 | ENG MATERIAL  - NRE CHARGE FOR FIRST PROTOTYPE -  -  - | 1 | | 12/10/13 | | ** | 54350.00 | |
| | | | | | | | | 54350.00 |
| | Vendor P/N: | | | | 0000054783 | JS | Tax Code: | 0.00 |
| 9 | ENG MATERIAL  - SE LENS,25 MICRON PAD,190-1700 -  -  - | 18 | | 12/10/13 | | ** | 23665.00 | |
| | | | | | | | | 425970.00 |
| | Vendor P/N: WAVELENGTH | | | | 0000054915 | JS | Tax Code: | 0.00 |

**Comments**

| 10 | |
| --- | --- |
| 11 | REFERENCE LOG# 1867 |
| 12 | |
| 13 | NOTE: PO REVISED TO AMEND PRICING FOR (18) |
| 14 | LENSES ON LINE #9. |
| 15 | |
| 16 | RECEIVING DEPT: PLEASE CONTACT HAIMING WANG |
| 17 | (X12121) UPON RECEIPT. |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Purchase Order #  59325

**Important**:  Be sure the PO# is on all
**invoices, shipping documents and cartons.**

| Subtotal (before discounts) | | 659540.00 |
|---|---|---|
| Freight | | 0.00 |
| Misc. Charges | | 0.00 |
| Sales Tax | | 0.00 |
| ORDER DISCOUNT | ( | 0.00) |
| **TOTAL** | | 659540.00 |

### INSTRUCTIONS TO VENDOR

NO RESPONSIBILITY WILL BE ASSUMED FOR VERBAL ORDERS.

ANY CHANGES MUST BE CONFIRMED IN WRITING

ALL MATERIALS must be forwarded in accordance with routing instructions above or as furnished by us prior to shipment, otherwise any difference in freight rates and extra cost of transportation will be charged to your account.

Acceptance of this order constitutes agreement to all terms and conditions shown on the following page and/or attached and made part of this purchase order.

AN EQUAL OPPORTUNITY EMPLOYER

Buyer:

Jim Schmid
Direct Dial:  408-545-6296

AUTHORIZED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

NANOMETRICS, INC.
TERMS AND CONDITIONS OF PURCHASE

1. ACCEPTANCE: Acceptance by the person to whom this Order is addressed ("Seller") must be in exact compliance with its terms and shall be effective only upon receipt by Nanometrics of the acknowledgment portion of this Order Form signed by Seller, or, upon commencement of performance by Seller pursuant to this Order. A failure to object promptly in writing to any such term shall constitute its acceptance by Seller. Any terms and conditions stated by the Seller in acknowledging receipt of this Order which attempts to modify, contradict, or add to its provisions shall not be binding unless expressly agreed to in writing by Nanometrics.

2. PACKING AND TRANSPORTATION: All shipments will be prepaid to prevent damage in transit, secure lowest transportation cost and meet carriers tariff requirements. No charge to Nanometrics will be made for boxing, crating, or storage without its prior written authorization.

3. SHIPPING: DELIVERY; RISK OF LOSS: (a) Delivery schedules as provide in connection with this Order by Nanometrics shall be binding upon Seller. Time shall be of the essence with respect to any delivery or work schedule hereunder, if without authorization from Nanometrics, Seller ships goods so as to arrive more than two (2) days in advance of schedule, Nanometrics may either return the goods or store them at Sellers expense and risk. Any anticipated or actual delays in shipments shall be reported immediately to Nanometrics. Upon receiving such a report, Nanometrics may at its sole discretion either approve a revised schedule or, by written notice, terminate this Order in whole or in part without further liability to Seller, except for goods delivered or service performed prior to the date on which notice of termination is given to Seller. (b) Seller shall be liable for any damages resulting to Nanometrics as a result of any revision in schedule or termination under subparagraph (a) of this clause, unless the delay is due to causes beyond Sellers control and without its fault or negligence. Failure or delay by a subcontractor of Seller of any tier shall not excuse Seller unless it arises from causes beyond the control of both the Seller and the subcontractor and without the fault or negligence of either of them, and the supplies or services to be furnished by the subcontractor where not obtainable from other sources in time sufficient to permit the Seller to meet the schedule. (c) In case it is determined at any time that a delay is excusable under subparagraph (b) of this clause, any termination of this Order, in whole or in part by Nanometrics under subparagraph (a) of this clause shall be in accordance with clause 5 below entitled "CHANGES". (d) It is the Sellers responsibility to furnish the exact quantities called for on this Order, and no variation will be accepted as compliance, except by prior written agreement. Nanometrics may return excess shipments (or make either disposition at Sellers discretion) at Sellers expense. (e) If shipment as specified on this order is "F.O.B Nanometrics", then Seller shall retain title to the goods, pay shipping costs and bear the risk of loss or damage to the goods in transit. Notwithstanding the foregoing, Seller shall be liable for any loss or damage discovered after transfer of title which is determined by Nanometrics to be a result of faulty packaging or handling by Seller.

4. INSPECTION: TESTING: REJECTION: (a) Acceptance by Nanometrics of the items to be supplied under this Order shall not occur until final inspection and testing at Nanometrics plant, not withstanding any payment or other prior inspections or design approvals. If any of the goods or services provided hereunder are found to be defective in material or workmanship, or otherwise not in conformity with the requirements of this Order, at any time within one (1) year after delivery, Nanometrics shall have the right to reject and return such goods or services at Sellers expense (including Nanometrics handling charges), or require that such defects be corrected, or such goods be replaced promptly with satisfactory goods, materials or workmanship, such adjustments to include an equitable reduction in the price of this Order for rejected items. Seller shall bear all risk of loss or damage in connection with rejected goods or services after receiving notice of rejection from Nanometrics. If Nanometrics to reject the goods or if Seller, when required by Nanometrics, fails to proceed promptly with the replacement or correction thereof, Nanometrics may either terminate this Order for default or may replace or correct such goods, using other sources and in either event may charge Seller the cost of damage occasioned thereby. (b) Seller shall not resubmit rejected items unless written approval and instructions by Nanometrics. Seller shall identify resubmitted items as previously rejected. Nanometrics may witness final tests and inspect quality assurance records at Sellers plant prior to delivery of units and items purchased under this Order. Inspection by Nanometrics shall not relieve Seller from responsibility for quality control and inspection.
Nothing in this clause 4 shall limit any of Nanometrics rights under any warranty or other clause of the contract formed pursuant to this Order.

5. CHANGES: (a) Nanometrics may at anytime, by written order, make changes within the general scope of this Order, in any one or more of the following:
   (1)  The drawings, designs, or specifications for goods which are to be specially manufactured in accordance herewith.
   (2)  The method of shipment or packing.
   (3)  The place of delivery, inspection, and acceptance.
(b) Nanometrics may change its schedule of delivery dates and the qualities of items specified therein, including the cancellation of the items, at any time. The price and payment schedule shall be automatically modified to reflect such changes.
(c) Nanometrics technical personnel may exchange technical information with Sellers technical personnel concerning goods to be furnished hereunder, pay shipping cost and bear the risk of the loss or damage until delivery is made to Nanometrics at the place designated on this Order. Nanometrics shall not be bound by any change or adjustments affected by Seller unless it is authorized by Nanometrics in accordance with subparagraph (d) Of this clause.
Subject to the qualification of subparagraph 5 (b), If any such change causes an increase or decrease in the cost of, or the time required to performance of this Order, or otherwise affects any other provision of this Order, and equitable adjustment shall be negotiated in the price or delivery schedule, or both , and in such other provisions of this Order as may be so affected, such adjustment shall be accomplished by a written amendment of this Order signed by Nanometrics. Any claim by the Seller for adjustment under this clause must be asserted within twenty (20) days from the date of receipt by the Seller of Nanometrics if it decides that the facts justify such action, may receive and act upon any such claim asserted at any time prior to final payment under this Order. However, nothing in this clause shall excuse the Seller from proceeding with its contract under this Order as changed.

6. UNAUTHORIZED CHANGES IN APPROVED DESIGNS PARTS OR PROCESSES: Seller specifically agrees that it shall make no changes in any design, configurations, material, part or manufacturing process which has been approved by Nanometrics and which is applicable to this order without the prior approval by Nanometrics. Breach of this obligation shall be considered a material breach of contract.

7. COMPLIANCE WITH LAWS: Seller represents that the goods to be furnished hereunder were or will be produced in compliance with the requirements of the Fair Labor Standards Act of 1938 as amended. Seller shall comply with all other applicable Federal, state, and local laws, rules, and regulations.

8. TAXES: except as may be otherwise provided in this Order, the price includes all applicable Federal, state, or local taxes and duties.

9. DEFAULT: Seller shall be in default in its performance of this Order for any action or omission constituting to breach of contract of law, including but not limited to: (a) Sellers failure to deliver the goods in compliance with the delivery schedules. (b) Sellers failure to comply within ten (10) days of having received written notice from Nanometrics with any other provision of this Order. (c) sellers failure to make progress so as to endanger performance; or (d) Sellers breach of the warranties set forth in clause 10.
Notice of default will be given by Nanometrics to Seller, If Seller is in default Nanometrics may terminate this Order of any part thereof and invoke all rights and remedies provided by law or under this Order or any part thereof and settle all rights and remedies provided by law or under this Order, including but not limited to the procurement of similar goods from other supplies in such terms and conditions as Nanometrics determine to be appropriate. Nanometrics may charge Seller for any excess costs thereby incurred, in addition to any other damages it suffers as a result the default.

10. WARRANTIES: (a) Acceptance of this Order by Seller constitutes its affirmation that goods delivered hereunder are warranted against defects in materials or workmanship and will conform with the specifications, model, or other description of goods contained in this Order. These warranties shall extend to the future performance of the goods provided pursuant to this Order. Such warranties, together with Sellers service warranties and guarantees, if any, shall survive inspection, testing, acceptance of, and payment for the items provided hereunder and shall run to Nanometrics, its successors, assigns, and customers. (1) Except for latent defects and defects which may no reasonable be discovered until the later performance of the goods sold under this Order, notice of any defect or nonconformity shall be given by Nanometrics to the Seller within one (1) year after acceptance. Notice of an expected defect shall be given promptly upon its discovery. Nanometrics may, at its option, return for credit or require prompt correction or replacement of the defective or nonconforming items at Sellers expense. However, Seller shall not replace or correct defective items except under Nanometrics written authorization. Items required to be corrected or replaced shall be subject to the applicable provisions of clause 4 hereof in the same manner as item rejected after initial inspection and testing.

11. CONFIDENTIAL INFORMATION: (a) Goods made in accordance with Nanometrics' specification, drawings, or samples, shall not be furnished or quoted for any other person or firm nor shall they be copied, sold, offered, or advertised for sale by Seller without the written consent of Nanometrics. All specifications, drawings, technical, data, tools, jigs, dyes, fixtures, materials and other items either furnished by Nanometrics or the cost of which is charged to Nanometrics without additional cost immediately upon request. Seller agrees to protect all materials subject to such confidence against unauthorized disclosure, to mark all such items with the legend " Property of Nanometrics Corporation," and to use such items only in filling orders from Nanometrics. Seller shall be liable for any loss or damage to any item covered by this clause. (b) Any knowledge, data or information which Seller has disclosed or shall hereafter disclose to Nanometrics in connection with the goods or services covered by this Order shall not, unless otherwise specifically agreed upon in writing by Nanometrics, be deemed to be confidential or proprietary information and shall be acquired free from any restrictions (other than a claim or patent infringement) as a part of the consideration for this order. (c) Seller shall not, without first obtaining Nanometrics consent, in any manner advertise or publish this fact that the goods ordered hereunder have been contracted for or furnished. Details of this order shall not be disclosed to any third party, nor shall goods be made to Nanometrics designs or specifications be supplied to any third party without written consent.

12. INDEMNIFICATION: In the event Seller, its employees, agents or subcontractors enters premises occupied or under control of Nanometrics or its customers in the performance of its obligations under this Order, Seller shall identify and hold Nanometrics, its officers, directors, employees and customers harmless from any loss, cost, damage, expense liability by reason of loss, property damage or personal injury of any nature or kind whatsoever arising out of, as result of, or in connection with such performance and occasioned in whole or in part by the acts or omissions of Seller, its employees, agents or subcontractors. In addition, except as specifically provide in this Order, seller shall indemnify Nanometrics against any other loss, cost, damage, expense or liability by reason of loss, property damage or personal injury of any nature or kind whatsoever, arising out of any performance by Seller under this Order, and occasioned by the acts or omissions of the Seller, its agents, employees, or subcontractors.

13. PATENT INDEMNITY: (a) Nanometrics shall hold Seller harmless against any expense or loss resulting from infringement of any patent or trademark due to compliance with Nanometrics designs, specifications or instructions.
(b) Seller warrants and guarantees that items delivered under this Order do not infringe any valid patent, trademark or copyright owned or controlled by any other corporation, firm or person. Except as otherwise provided, in subparagraph 13(a) Seller shall defend any suit or proceeding brought against Nanometrics, its successors or assigns, so far as the same is based on a claim that any product, or any part thereof, furnished under this Order, constitutes an infringement of any trademark or right of the United States or any foreign country or justification. Seller shall be notified promptly in writing and given authority, information, and assistance for the same by Nanometrics (at Sellers expense). Seller shall pay all damages and costs awarded therein against Nanometrics, its successors or assigns. In case any part thereof, is in suit out held to constitute an infringement and the use of said product or any part is enjoined, Seller shall, it its own expense, either procure for Nanometrics, it successors or assigns, the right to continue using said product or part, replace the same with noninfringing products, or modify it so it becomes noninfringing.

14. NON-ASSIGNMENT: Any assignment by Seller of this Order, any interest herein, or any payment due hereunder, or any delegation of Sellers obligations hereunder, without the written consent of Nanometrics shall void. All claims for monies due or to become due from Nanometrics hereunder shall be subject to setoff or counterclaim arising out of this Order or any other Nanometrics contract with Seller whether before of after the date of this Order.

15. TERMINATION: If seller ceases to conduct its operations in the normal course of business (including inability to meet its obligations as they mature) or if any proceeding under any bankruptcy or insolvency laws is brought against Seller or receiver for Seller is appointed or applied for, or an assignment for the benefit of creditors is made by Seller, Nanometrics may terminate this Order without liability except for deliveries previously made for goods and subsequently delivered in accordance with the terms of this Order.

16. GENERAL: (a) Non Waiver. Failure by Nanometrics to enforce at any time or for any period of time any of the provisions hereof shall not be construed to be a waiver of such provisions nor the right of Nanometrics thereafter to enforce each and every provision herein contained. (b) Entire Agreement. This Order and its related schedules constitutes the entire understanding between the parties with respect to goods and services and supersedes all previous negotions, commitments and writings with respect thereto. No alteration, modification, or amendment to duly authorized representatives of both parties. (c) Governing Law. This Order shall be governed in all respects and interpreted in accordance with the laws of the State of California.

**Acceptance Criteria for Fabricated Parts**

1. Cosmetic Inspection for sheet metal and machine parts after coating:
   - Parts will be free of blemishes which will include the following:
     a.  Discoloration - Any change from original color or unintended inconsistent color.
     b.  Glossiness - An area of excessive or deficient gloss.
     c.  Lint - Any unintended foreign substance in the coating on the surface.
     d.  Marks - Pits, sanding or other marks on the base material that remain visible after coating
     e.  Blisters - Non adhesion. Lack of proper sticking of the coating to the surface.
     f.  Non-uniform coverage - Areas that have an insufficient or excessive coating.
     g.  Runs - Excessive coating that causes drips or non-uniform coating.
     h.  Scratches - Shallow grooves.
     i.  Specks - Small Particles.
   - Cosmetic Inspection of finished parts shall be performed as the last inspection by Nanometrics and the first inspection by the customer.
   - Manufacturing steps that might affect finished part appearance shall be prepared to enable compliance with this cosmetic specification.

2. Any discrepancy of the model and the detailed drawing will require immediate notification to Nanometrics for resolution prior to fabrication.

3. Any fabricated part associated with Mil Spec-A-8625(current Revision), Type II or III callout will require special plating conforming to Nanometrics plating requirements identified in document 7540-029779, current revision.  Any parts not conforming to this document is subject to rejection and will not be responsible for any associated costs.

OSI0057587

# EXHIBIT 18

Message

| | |
|---|---|
| **From**: | Brad Piccirillo [/O=OEXCH015/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BRAD.PICCIRILLO_OSI] |
| **Sent**: | 8/7/2013 10:59:12 AM |
| **To**: | John Leon [jleon@nanometrics.com] |
| **CC**: | Jim Schmid [jschmid@nanometrics.com]; Summer Dumont [Summer.Dumont@osi.us.com] |
| **Attachments**: | Brad Piccirillo.vcf; OSI Invoice #3236.pdf; OSI Invoice #3237.pdf |

Attached are a couple invoices for NRE.

Invoice 3236 – The $50K is mentioned in your notes on the PO but there isn't a line item for it. The $8,272 is an agreed to expense that cover expedite fees and RTV's for the prototype lenses, again there is no direct line item on the PO.

Invoice 3237 – is a direct line item on the PO so all should be in order there.

I'm not mailing these so please move them forward at your end.

Jim, I missed you the last couple times I visited. I will be there next Tuesday afternoon and Wednesday morning. I will try to remember to catch up with you this time – please do the same….

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Contact

---

**Full Name**:     Brad Piccirillo
**Last Name**:     Piccirillo
**First Name**:    Brad
**Company**:       Optical Solutions Inc.

**Business**       26 Bull Run Charlestown, NH 03603
**Address**:

**Business**       (603) 826-4411
**Phone**:
**Mobile Phone**:  (603) 504-2305

**Web Page**:      www.opticalsolutionsinc.com

**E-mail**:        Brad.Piccirillo@OSI.us.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                          OSI0530028

# *Optical Solutions, Inc.*

26 Bull Run
Charlestown, NH 03603
(603) 826 - 4411

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/7/2013 | 3236 |

| BILL TO |
|---------|
| Nanometrics Incorporated<br>1550 Buckeye Drive<br>Milpitas, CA 95035 |

| SHIP TO |
|---------|
| Nanometrics Incorporated<br>1550 Buckeye Drive<br>Milpitas, CA 95035 |

| P.O. NUMBER | TERMS | SHIP | VIA | F.O.B. | WO# |
|-------------|-------|------|-----|--------|-----|
| 58019 | Net 30 | 8/7/2013 | none | | |

| QUANTITY | PART NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|----------|-------------|-------------|------------|--------|
| 1 | NPN | NRE - Tooling Charges | 50,000.00 | 50,000.00 |
| 1 | NPN | NRE - RTV and Expedited Machine Shop Costs for Addidtional Prototypes | 8,272.00 | 8,272.00 |

| | **Total** | $58,272.00 |
|---|---|---|

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0530029

# *Optical Solutions, Inc.*

26 Bull Run
Charlestown, NH 03603
(603) 826 - 4411

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/7/2013 | 3237 |

| BILL TO |
|---------|
| Nanometrics Incorporated
1550 Buckeye Drive
Milpitas, CA 95035 |

| SHIP TO |
|---------|
| Nanometrics Incorporated
1550 Buckeye Drive
Milpitas, CA 95035 |

| P.O. NUMBER | TERMS | SHIP | VIA | F.O.B. | WO# |
|-------------|-------|------|-----|--------|-----|
| 59325 | Net 30 | 8/7/2013 | none | | |

| QUANTITY | PART NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|----------|-------------|-------------|------------|--------|
| 1 | NPN | NRE Charges for First Prototype | 54,350.00 | 54,350.00 |

| | **Total** | $54,350.00 |
|--|-----------|------------|

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0530030

# EXHIBIT 19

Message

_____

**From**: Schmid, James [jschmid@nanometrics.com]
**Sent**: 8/7/2013 1:04:04 PM
**To**: Brad Piccirillo [Brad.Piccirillo@osi.us.com]
**Subject**: RE: PO 59325 - OPTICAL SOLUTIONS INC. (Revised PO 59325 attached)

Hi Brad,
    This is sufficient.

Thank you,
Jim Schmid
Sr. Planner/Buyer

**nano**metrics
Direct  USA: **408-545-6296**
Facimile USA: **408-433-4699**
E-mail: jschmid@nanometrics.com

_____

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Wednesday, August 07, 2013 11:47 AM
**To:** Schmid, James
**Cc:** Leon, John; Wang, Haiming; Barada, Andrew
**Subject:** RE: PO 59325 - OPTICAL SOLUTIONS INC. (Revised PO 59325 attached)

Jim,

Got it – thanks.

It is written as we agreed.  Do you want me to sign and return, or is this confirmation sufficient?

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

**From:** Schmid, James [mailto:jschmid@nanometrics.com]
**Sent:** Wednesday, August 07, 2013 2:41 PM
**To:** Brad Piccirillo
**Cc:** Leon, John; Wang, Haiming; Barada, Andrew
**Subject:** RE: PO 59325 - OPTICAL SOLUTIONS INC. (Revised PO 59325 attached)

Hi Brad,
    Attached is the revised PO correcting the price per of the (18) unit lens line. Please confirm receipt of revised PO and I will processes the invoices from your recent email once they are approved. Also I will be in the office next week so I hope to meet you then. Thank you and let me know if you have any questions.

**Exhibit 00159**
6/15/2022
Leon

OSI0057566

Regards,

**Jim Schmid**
**Sr. Planner/Buyer**

**nano**metrics
**Direct USA:  408-545-6296**
**Facimile USA:  408-433-4699**
**E-mail:** jschmid@nanometrics.com

---------------------------------------------------
Corporate Headquarters:
---------------------------------------------------
Nanometrics Incorporated
1550 Buckeye Drive
Milpitas, CA 95035 USA

www.nanometrics.com

advanced process control systems and solutions

This e-mail and any file transmitted with it, is confidential and intended solely for the person or organisation to which it is addressed. It may contain privileged or confidential information and, if you are not the intended recipient, you must not disclose, copy, distribute or take any action in reliance upon it. Any views or opinions presented are solely those of the author and do not necessarily represent those of Nanometrics inc. If you have received this E-mail in error, please notify us as soon as possible and delete it from all data storage systems. All reasonable steps have been taken to ensure that this e-mail and its attachments are free from computer viruses. Nanometrics accepts no liability in respect of any loss, cost, damage or expenses suffered as a result of accessing this message or any of its attachments.

---

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Friday, August 02, 2013 6:29 AM
**To:** Schmid, James
**Cc:** Leon, John; Wang, Haiming; Barada, Andrew
**Subject:** Re: PO 59325 - OPTICAL SOLUTIONS INC.

Guys,

The attached PO is not what I agreed to with John. It was suppose to be the 12 set price applied to the 3 set requirement, with a contingency that we would "deal with" residual costs if additional requirements weren't needed (probably 50% of the residual PO value).  This solved both our problems.  For you, reduction in unit pricing.  For me, the ability to make additional parts so that we are not stuck flipping the bill for time and effort to muster up additional units once your customers realize exactly what you are sitting on (there was a serious cost to us the past few months trying to make extras parts from basically nothing).  We did it in support of Nano's marketing efforts, and did not pass costs along to you.  The same things going to happen this time, but on a much larger scale because these things will be in a league of their own, and I expect huge customer interest.  Even though I feel it is totally wrong that you applied the 240 unit production pricing to 8 of these sets, I understand that you are trying to minimize the upfront engineering costs.  Based on the fact that the last order went from prototype quantities directly to 100 units (50 sets), I expect this will not only happen again, it will be on a larger scale.  It is not my intention to over inflate the cost of your product, but you should understand and appreciate how much time, effort and talent goes into making optics at this level, and it's extremely expensive to develop something like this.  It is always my intention to create a win-win scenario, and not to burden the engineering process with undo costs, as we both know the reward lies in presenting a superior product that will generate significant market interest.  I have been looking at my quote and will try and help reduce this cost burden even further.  You guys shouldn't look at this purchase order as a bottom line cost to make 3 sets, it should be viewed as a conduit that covers product realization, ironing out engineering concerns, providing a buffer to risk, and supports additional customer interests to fill the void when product requirements are needed and our ability to make more product in non existent.  I'll bet you anything you want

OSI0057567

the lay on the table, that these 12 sets will not be enough to carry us over this threshold!  Anyway, I will meet you half way on the extra 8 sets by offering a unit price between the 12 set ($29,870) and 100 set pricing ($17,460), which is $23,665.

Just so there's no confusion the PO should reflect this:

6 @ $29,870 = $179,220
18 @ $23,665 = $425,970
NRE = $54,350

If any of you are reading this and pissing and moaning about the cost, you're on the wrong page.  We are about to knock the socks off your competition!!!

Sent from Somewhere (Probably New Hampshire)

---

**From:** Schmid, James
**Sent:** Thursday, August 1, 2013 5:30 PM
**To:** Brad Piccirillo
**Cc:** Leon, John, Wang, Haiming, Barada, Andrew

Hi Brad,
     Attached is a PO for items from your log#1867. Please confirm receipt of PO and let me know if everything looks good to you. Thank you and have a nice rest of your day.

Regards,
Jim Schmid
Sr. Planner/Buyer
nanometrics
Direct  USA:  408-545-6296
Facimile USA:  408-433-4699
E-mail: jschmid@nanometrics.com


-------------------------------------------------------------
Corporate Headquarters:
-------------------------------------------------------------
Nanometrics Incorporated
1550 Buckeye Drive
Milpitas, CA 95035 USA


www.nanometrics.com


This e-mail and any file transmitted with it, is confidential and intended solely for the person or organisation to which it is addressed. It may contain privileged or confidential information and, if you are not the intended recipient, you must not disclose, copy, distribute or take any action in reliance upon it. Any views or opinions presented are solely those of the author and do not necessarily represent those of Nanometrics inc. If you have received this E-mail in error, please notify us as soon as possible and delete it from all data storage systems. All reasonable steps have been taken to ensure that this e-mail and its attachments are free from computer viruses. Nanometrics accepts no liability in respect of any loss, cost, damage or expenses suffered as

a result of accessing this message or any of its attachments.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0057569

# EXHIBIT 20

| From: | Leon, John [/O=NANOMETRICS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JLEON] |
|---|---|
| Sent: | 11/26/2013 2:28:23 PM |
| To: | Crawford, Bruce [bcrawford@nanometrics.com] |
| Subject: | FW: OSI 25 Micron Lens Schedule |

FYI

**From:** Beddard, Tony
**Sent:** Tuesday, November 26, 2013 2:27 PM
**To:** Brad Piccirillo
**Subject:** RE: OSI 25 Micron Lens Schedule

Brad,
 I need your help…
Remember appollo13 movie?  The section when the guy gives the speech "we have our men here… but that's just not good enough, I want them all the way home…"

I need a solution in December, whatever it takes….  Outsource as required…  if it takes other vendors to do some of the work, that's OK! At the end of the day it's an OSI solution after all.
If we need to pick-up that one off cost, then lets discuss it.  Time is our enemy here..

Forget "best in world, has to be OSI labour and love!", it's all about hitting the target before the buck is lost in the distance.   Use whoever you need.

We have one shot at this, and it's a "whatever it takes" mentality ☺

I put my commitment and trust and confidence in your ability to hit this target, and I still have faith you can do it!

I need your help.  Please.

I'm in Germany but can call you in the morning?

T

**Tony Beddard**
**Vice President, Engineering / R&D**

**Direct  UK:**     **+44 (0)1904 529712**
**Direct  USA:**  **+1     408-545-6191**
**Mobile UK:**      **+44 (0)7834 636520**
**Mobile USA:**  **+1     408-766-9615**

**E-mail**: **tbeddard@nanometrics.com**

----------------------------------------------
**Corporate Headquarters:**
----------------------------------------------
Nanometrics Incorporated
1550 Buckeye Drive
Milpitas, CA 95035 USA

----------------------------------------------
Nanometrics UK Ltd
----------------------------------------------
Units 3-7 Rose Avenue
York Business Park
Nether Poppleton



York YO26 6RU
United Kingdom
---------------------------------------------------

[www.nanometrics.com](www.nanometrics.com)

This e-mail and any file transmitted with it, is confidential and intended solely for the person or organisation to which it is addressed. It may contain privileged or confidential information and, if you are not the intended recipient, you must not disclose, copy, distribute or take any action in reliance upon it. Any views or opinions presented are solely those of the author and do not necessarily represent those of Nanometrics inc. If you have received this E-mail in error, please notify us as soon as possible and delete it from all data storage systems. All reasonable steps have been taken to ensure that this e-mail and its attachments are free from computer viruses. Nanometrics accepts no liability in respect of any loss, cost, damage or expenses suffered as a result of accessing this message or any of its attachments.

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** 26 November, 2013 9:24 AM
**To:** Leon, John; Barada, Andrew
**Cc:** Beddard, Tony; Andrew Dugrenier
**Subject:** RE: OSI 25 Micron Lens Schedule

John,

I don't see it happening.  There is way too much work yet to be done. I have folks here that have been working nonstop on Nano parts and are asking/demanding their vacation (so they can relax a bit) – losing moral my friend.  Above and beyond that, I need to utilize resources in an effort to minimize our financial losses this year.  I'm in a tough spot and need to manage this appropriately....

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

**From:** Leon, John [mailto:jleon@nanometrics.com]
**Sent:** Tuesday, November 26, 2013 12:05 PM
**To:** Brad Piccirillo; Barada, Andrew
**Cc:** Beddard, Tony; Andrew Dugrenier
**Subject:** RE: OSI 25 Micron Lens Schedule
**Importance:** High

Brad correction...I meant a recovery plan for 25micron lenses in December

**From:** Leon, John
**Sent:** Tuesday, November 26, 2013 8:58 AM
**To:** 'Brad Piccirillo'; Barada, Andrew
**Cc:** Beddard, Tony; Andrew Dugrenier
**Subject:** RE: OSI 25 Micron Lens Schedule

Brad,
We must discuss a plan with possible contingencies to recover a December delivery for 40micron lenses.

This will be the main topic in the 10:00 call today.

**John Leon**

NANO_000466622

**Sr. Director of World Wide Operations**

**nano**metrics

**Direct  USA:  408-545-6156**
**Mobile USA:  408-561-5834**
**E-mail**: jleon@nanometrics.com

-----------------------------------------------
**Corporate Headquarters:**
-----------------------------------------------
Nanometrics Incorporated
1550 Buckeye Drive
Milpitas, CA 95035 USA

www.nanometrics.com

*What's the fastest way to get Nano Technical Support? Submit an email to* tps@nanometrics.com*!*

This e-mail and any file transmitted with it, is confidential and intended solely for the person or organisation to which it is addressed. It may contain privileged or confidential information and, if you are not the intended recipient, you must not disclose, copy, distribute or take any action in reliance upon it. Any views or opinions presented are solely those of the author and do not necessarily represent those of Nanometrics inc. If you have received this E-mail in error, please notify us as soon as possible and delete it from all data storage systems. All reasonable steps have been taken to ensure that this e-mail and its attachments are free from computer viruses. Nanometrics accepts no liability in respect of any loss, cost, damage or expenses suffered as a result of accessing this message or any of its attachments.

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Tuesday, November 26, 2013 2:48 AM
**To:** Barada, Andrew
**Cc:** Beddard, Tony; Leon, John; Andrew Dugrenier
**Subject:** Re: OSI 25 Micron Lens Schedule

Andy, can you please evaluate this and coordinate with the folks at Nano - thanks.

Sent from Somewhere (Probably New Hampshire)

**From:** Barada, Andrew
**Sent:** Monday, November 25, 2013 7:52 PM
**To:** Brad Piccirillo
**Cc:** Beddard, Tony, Leon, John

Brad,

I reviewed the mechanical envelope and we can accommodate up to 3mm increase in the outer diameter of the housing before we start running into tolerancing issues with the internals of the lens mounting focus mechanism.  We would prefer to keep the outer diameter the same as it is now as any changes will require rework/replacement of existing components that the OSI lens slides into.

Also note that the 25 degree max conical section on the front of the lens cannot change and needs to remain the same as it is today.

Please let us know if this helps or if you can keep the lens diameter the same.

I will have Rick or Dan provide you with an updated mechanical drawing once you let us know what diameter you decide on.

Thanks.

NANO_000466623

DrewB

**From:** Leon, John
**Sent:** Monday, November 25, 2013 4:08 PM
**To:** Brad Piccirillo
**Cc:** Barada, Andrew; Beddard, Tony
**Subject:** RE: OSI 25 Micron Lens Schedule

Brad,

Drew is working on the envelope dimensions and will have that resolved. We need to have a discussion tonite or first thing in the morning to fully understand the obstacles and develop plans with contingencies to ensure December delivery. Which timeslot do you prefer? Tonite or tomorrow morning?

**John Leon**
**Sr. Director of World Wide Operations**

**nano**metrics

**Direct  USA:  408-545-6156**
**Mobile USA:  408-561-5834**
**E-mail**: jleon@nanometrics.com

---------------------------------------------------------
**Corporate Headquarters:**
---------------------------------------------------------
Nanometrics Incorporated
1550 Buckeye Drive
Milpitas, CA 95035 USA

www.nanometrics.com
*What's the fastest way to get Nano Technical Support? Submit an email to tps@nanometrics.com!*

This e-mail and any file transmitted with it, is confidential and intended solely for the person or organisation to which it is addressed. It may contain privileged or confidential information and, if you are not the intended recipient, you must not disclose, copy, distribute or take any action in reliance upon it. Any views or opinions presented are solely those of the author and do not necessarily represent those of Nanometrics inc. If you have received this E-mail in error, please notify us as soon as possible and delete it from all data storage systems. All reasonable steps have been taken to ensure that this e-mail and its attachments are free from computer viruses. Nanometrics accepts no liability in respect of any loss, cost, damage or expenses suffered as a result of accessing this message or any of its attachments.

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Monday, November 25, 2013 3:38 PM
**To:** Leon, John
**Cc:** Barada, Andrew; Beddard, Tony
**Subject:** RE: OSI 25 Micron Lens Schedule

John,

I looked at this indepth and it's real. We will try to get these out to you sooner but they are proving to be more difficult to make then originally thought. Best thing Nano can do for us is to finalize the envelope dimensions so we can proceed with fabrication of the metals.

Brad

Sent by a not-so-smart phone user

CONFIDENTIAL

-------- Original message --------
From: "Leon, John" <jleon@nanometrics.com>
Date: 11/25/2013 6:13 PM (GMT-05:00)
To: Brad Piccirillo <Brad.Piccirillo@osi.us.com>
Cc: "Barada, Andrew" <abarada@nanometrics.com>,"Beddard, Tony" <tbeddard@nanometrics.com>
Subject: RE: OSI 25 Micron Lens Schedule

Brad,

Please call me to discuss options in which to recover the schedule back to Dec 2013. This schedule slip to February 2014 causes unwelcomed jeopardy to our business.

**John Leon**
**Sr. Director of World Wide Operations**

**nano**metrics

**Direct  USA:  408-545-6156**
**Mobile USA:  408-561-5834**
**E-mail**: jleon@nanometrics.com

------------------------------------------------------
**Corporate Headquarters:**
------------------------------------------------------
Nanometrics Incorporated
1550 Buckeye Drive
Milpitas, CA 95035 USA

www.nanometrics.com
*What's the fastest way to get Nano Technical Support? Submit an email to* **tps@nanometrics.com***!*
This e-mail and any file transmitted with it, is confidential and intended solely for the person or organisation to which it is addressed. It may contain privileged or confidential information and, if you are not the intended recipient, you must not disclose, copy, distribute or take any action in reliance upon it. Any views or opinions presented are solely those of the author and do not necessarily represent those of Nanometrics Inc. If you have received this E-mail in error, please notify us as soon as possible and delete it from all data storage systems. All reasonable steps have been taken to ensure that this e-mail and its attachments are free from computer viruses. Nanometrics accepts no liability in respect of any loss, cost, damage or expenses suffered as a result of accessing this message or any of its attachments.

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Monday, November 25, 2013 8:55 AM
**To:** Leon, John
**Cc:** Barada, Andrew
**Subject:** OSI 25 Micron Lens Schedule

John/Drew,

I have reviewed our progression of the 25 micron lens assembly and it's not looking good for finishing within this year's timeframe.  In short, the optics are turning out to be much more difficult to fabricate than we originally expected and the engineering uncertainties related to defining final mechanical housing parameters, stability, etc. are all adding weight to the project.  I have a bit added complexity due to the holidays and vacation time people have remaining.  Typically vacation this time of year isn't an issue as I usually only have to deal with Christmas thru New Year however, this year people have stock piled time due to not taking summer vacation in efforts related to fabrication of the 40 micron parts.  Anyway, attached is a realistic timeframe that is still aggressive from our end.

CONFIDENTIAL

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

CONFIDENTIAL

# EXHIBIT 21

Message

---

**From:** Leon, John [jleon@nanometrics.com]
**Sent:** 11/26/2013 2:24:57 PM
**To:** Brad Piccirillo [Brad.Piccirillo@osi.us.com]
**CC:** Beddard, Tony [tbeddard@nanometrics.com]
**Subject:** RE: follow up call

Brad...I am trying to reach you. From our conference call earlier today, you and I had a follow up call scheduled for 2:00 today...Tony is planning to join us. Please call me and I will conference Tony into the call.

John Leon
**Sr. Director of World Wide Operations**

**nano**metrics

**Direct USA: 408-545-6156**
**Mobile USA: 408-561-5834**
E-mail: jleon@nanometrics.com

------------------------------------------------------
**Corporate Headquarters:**
------------------------------------------------------
Nanometrics Incorporated
1550 Buckeye Drive
Milpitas, CA 95035 USA

www.nanometrics.com

*What's the fastest way to get Nano Technical Support? Submit an email to tps@nanometrics.com!*

This e-mail and any file transmitted with it, is confidential and intended solely for the person or organisation to which it is addressed. It may contain privileged or confidential information and, if you are not the intended recipient, you must not disclose, copy, distribute or take any action in reliance upon it. Any views or opinions presented are solely those of the author and do not necessarily represent those of Nanometrics inc. If you have received this E-mail in error, please notify us as soon as possible and delete it from all data storage systems. All reasonable steps have been taken to ensure that this e-mail and its attachments are free from computer viruses. Nanometrics accepts no liability in respect of any loss, cost, damage or expenses suffered as a result of accessing this message or any of its attachments.

---

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Tuesday, November 26, 2013 12:09 PM
**To:** Leon, John
**Subject:**

John,

I'm not going to approach anyone else on these parts. I've discussed this situation with the folks in the shop and they are passionate about finishing these optics off, and will do so as fast as they can. They feel, as I do, that it's unfair that OSI engineer a solution, develop manufacturing processes to achieve the required (demanding) tolerances, and not be allowed the necessary time to deal with difficulties as they arise – it's inevitable that working with tolerances at these levels will produce unexpected difficulties. Furthermore, every lens to date (40 micron lenses as well as these) have all been fabricated complete to required specifications - without failure! Realistically, most of the delays we are experiencing are a derivative of the shops demand for making additional 40 micron lenses in support of finding a solution to a problem that wasn't our doing. As I stated before, we are in the 80 and 90 part numbers for components and we have only shipped 20 parts – that's 4x-5x the burden and cost related to that project. You owe us the time we need on this.....

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0057819

# EXHIBIT 22

Message
_____

| | |
|---|---|
| **From**: | Brad Piccirillo [/O=OEXCH015/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BRAD.PICCIRILLO_OSI] |
| **Sent**: | 12/13/2013 10:06:19 AM |
| **To**: | Leon, John [jleon@nanometrics.com] |
| **CC**: | Beddard, Tony [tbeddard@nanometrics.com]; Andrew Dugrenier [Andy.Dugrenier@osi.us.com] |
| **Subject**: | RE: 40m and 25 micron Q1 14 ship commitments |
| **Attachments**: | Brad Piccirillo.vcf |

This schedule looks fine to me....

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

---

**From:** Leon, John [mailto:jleon@nanometrics.com]
**Sent:** Friday, December 13, 2013 12:58 PM
**To:** Brad Piccirillo
**Cc:** Beddard, Tony
**Subject:** 40m and 25 micron Q1 14 ship commitments

Brad,
Here is the schedule we discussed this morning for the 40micron lens sets and the 25 micron lens sets .Please confirm
that this is the committed schedule.

| sets | qty | ship date |
|---|---|---|
| 40 micron | 1 | 20-Dec |
| 40 micron | 1 | 3-Jan |
| 40 micron | 1 | 10-Jan |
| 40 micron | 1 | 17-Jan |
| 40 micron | 1 | 24-Jan |
| 40 micron | 1 | 17-Feb |
| 40 micron | 1 | 24-Feb |
| 40 micron | 1 | 28-Feb |
| 40 micron | 1 | 5-Mar |
| 40 micron | 1 | 11-Mar |
| 40 micron | 1 | 14-Mar |
| 40 micron | 1 | 19-Mar |
| 40 micron | 1 | 25-Mar |
| 40 micron | 1 | 31-Mar |
| TOTAL | 14 | |
| 25 micron | 1 | 28-Jan |
| 25 micron | 1 | 31-Jan |

**John Leon**
**Sr. Director of World Wide Operations**

**Exhibit 0090**

6/6/2022
Dugrenier

**nano**metrics

Direct USA: **408-545-6156**
Mobile USA: **408-561-5834**
E-mail: jleon@nanometrics.com

--------------------------------------------------------
**Corporate Headquarters:**
--------------------------------------------------------
Nanometrics Incorporated
1550 Buckeye Drive
Milpitas, CA 95035 USA

www.nanometrics.com

***What's the fastest way to get Nano Technical Support? Submit an email to** tps@nanometrics.com**!***

This e-mail and any file transmitted with it, is confidential and intended solely for the person or organisation to which it is addressed. It may contain privileged or confidential information and, if you are not the intended recipient, you must not disclose, copy, distribute or take any action in reliance upon it. Any views or opinions presented are solely those of the author and do not necessarily represent those of Nanometrics inc. If you have received this E-mail in error, please notify us as soon as possible and delete it from all data storage systems. All reasonable steps have been taken to ensure that this e-mail and its attachments are free from computer viruses. Nanometrics accepts no liability in respect of any loss, cost, damage or expenses suffered as a result of accessing this message or any of its attachments.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 23

| | |
|---|---|
| **From**: | Andrew Dugrenier [Andy.Dugrenier@osi.us.com] |
| **Sent**: | 2/13/2014 12:02:06 PM |
| **To**: | Barada, Andrew [abarada@nanometrics.com]; Thompson, Dan [dthompson@nanometrics.com]; Yarussi, Rick [ryarussi@nanometrics.com]; Leon, John [jleon@nanometrics.com] |
| **Subject**: | OSI lens shipment |
| **Attachments**: | 2-13-14.pdf |

Gentlemen:

Our first set of 25um lenses are shipped, tracking number:

91 W30 51X 9817 89882 00001 5.

Data is attached.

Best,
Andy

**Andy Dugrenier**
Optical Solutions Inc.
Vice President of Operations
(603) 826-4411 Work
(603) 831-4535 Mobile
Andy.Dugrenier@osi.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

ATTORNEY EYES ONLY - HIGHLY CONFIDENTIAL



ATTORNEY EYES ONLY - HIGHLY CONFIDENTIAL



ATTORNEY EYES ONLY - HIGHLY CONFIDENTIAL

# EXHIBIT 24

| From: | Andrew Dugrenier [Andy.Dugrenier@osi.us.com] |
|---|---|
| Sent: | 6/4/2014 12:47:57 PM |
| To: | Huang, Billy [bhuang@nanometrics.com]; Brad Piccirillo [Brad.Piccirillo@osi.us.com]; Barada, Andrew [abarada@nanometrics.com]; Leon, John [jleon@nanometrics.com]; Johnson, Rod [rjohnson@nanometrics.com]; Thompson, Dan [dthompson@nanometrics.com]; Yarussi, Rick [ryarussi@nanometrics.com]; Tang, Jerry [jerry.tang@nanometrics.com] |
| CC: | Schmid, James [jschmid@nanometrics.com]; Onaka, Ron [ronaka@nanometrics.com]; richtrissel@gmail.com; Hazelton, Andrew [ahazelton@nanometrics.com] |
| Subject: | RE: Target ship date 6/6 for the next T2 lens |

Hi Billy –

Unfortunately we're not looking good for the 6/6 ship date.

We're battling the balance between transmitted wavefront and lateral color.  We're able to get both – just having trouble getting them together!

Even so, we've made some very good headway in the past several days, and gaining a much better understanding of how this lens reacts during adjustment.  This, in turn, will improve our assembly and adjustment process.  We're getting very, very close – we're basically at the level of the last couple of lenses we've sent, but we're dialing this in to get a lens that's within specification.

My goal is to ship this current build by 6/13 – and will try to improve that date, of course.

Best,
Andy

---

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Monday, June 02, 2014 3:16 PM
**To:** Andrew Dugrenier; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com; Hazelton, Andrew
**Subject:** RE: Target ship date 6/6 for the next T2 lens

Hi, Andy:

1.    Please assess the situation and confirm the 6/6 ship date is on track.
2.    Please explore if the 6/20 ship date can be improved.

Best regards,

Billy

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Tuesday, May 13, 2014 6:28 AM
**To:** Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com; Hazelton, Andrew
**Subject:** RE: Target ship date for the next three 25 Micron T2 lenses

Good Morning Billy –



**Exhibit 0119**

6/6/2022
Dugrenier

CONFIDENTIAL

I believe an optimistic schedule would be

6/6 and 6/20,

following the shipment of the lens currently being processed.

Thanks,
Andy

---

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Monday, May 12, 2014 6:52 PM
**To:** Andrew Dugrenier; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com; Hazelton, Andrew
**Subject:** Target ship date for the next three 25 Micron T2 lenses

Hi, Andy:

For planning purpose, please provide the next two T2 lenses target ship date beyond the one shipping on 5/22.  Knowing this is an estimated schedule, please use "best efforts" approach such as one week apart, or two weeks apart to derive an estimated ship schedule.

Best regards,

Billy

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Friday, May 09, 2014 10:51 AM
**To:** Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com; Hazelton, Andrew
**Subject:** RE: Follow Up: Target ship date for T2 lens

Good Afternoon Billy –

We're still in the process of tweaking our procedure.  As previously stated, the new tooling works as predicted, and we're able to dial down the LC.  Now we just have to find the balance between LC and transmitted wavefront.

At this point my target ship date is May 22nd.

There are still a few challenges for us to resolve, and as we work through those, I should have much more certainty with the ship date.

As this is obviously an extremely challenging lens to align, we appreciate Nanometric's patience and willingness to work with us.  We understand the importance of this project and want to provide you a top-performing product.

Best,

NANO_000458355

Andy

---

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Thursday, May 08, 2014 6:26 PM
**To:** Andrew Dugrenier; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com; Hazelton, Andrew
**Subject:** RE: Follow Up: Target ship date for T2 lens

Hi, Andy:

There is a 4:00 PM PST meeting to review the schedule.  Efforts to provide a target ship date are greatly appreciated.

Best regards,

Billy

---

**From:** Huang, Billy
**Sent:** Thursday, May 08, 2014 7:24 AM
**To:** 'Andrew Dugrenier'; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com; Hazelton, Andrew
**Subject:** RE: Follow Up: Target ship date for T2 lens

Hi, Andy:

Acknowledged the status.

Every day counts.  Please use "best efforts" approach to estimate the target ship date by 3:00 PM PST today so that Nanometrics can plan for schedule adjustment and resource allocation accordingly.

Best regards,

Billy

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Thursday, May 08, 2014 6:43 AM
**To:** Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** RE: Follow Up: Target ship date for T2 lens

Good Morning Billy –

At this point we cannot meet the 5/9 ship date.

The good news is that the new tooling worked as planned and we're able to dial in lateral color.

Right now we're still tweaking to bring in both the transmitted wavefront and lateral color.

Thanks,
Andy

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Wednesday, May 07, 2014 9:10 PM
**To:** Andrew Dugrenier; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** RE: Follow Up: Target ship date for T2 lens

Hi, Andy:

Please advise the status of meeting 5/9 target ship date.

Best regards,

Billy

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Tuesday, May 06, 2014 2:16 PM
**To:** Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** RE: Follow Up: Target ship date for T2 lens

Hi Billy –

We're using the additional tooling which is working as planned so far.

After our first iteration, we still don't have an acceptable level for lateral color.

Transmitted wavefront, as before, is not a problem at all.

If I'm not able to get lateral color by the end of the day tomorrow, we will not meet the 5/9 ship date.

I'll keep you posted.

Thanks,
Andy

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Monday, May 05, 2014 7:11 PM
**To:** Andrew Dugrenier; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** Follow Up: Target ship date for T2 lens

Hi, Andy:

Please advise the status of meeting 5/9 target ship date.

Regards,

Billy

CONFIDENTIAL

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Friday, May 02, 2014 2:50 PM
**To:** Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** RE: Target ship date for T2 lens

Hi Billy –

I received the new tooling today and have started setting it up.  I hope to get some initial results over the weekend.

IF the new approach works as planned, my new target date would be a week from today, May 9th.

Thanks,
Andy

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Thursday, May 01, 2014 9:17 PM
**To:** Andrew Dugrenier; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** RE: Target ship date for T2 lens

Hi, Andy:

Acknowledged the status.  Thank you and OSI team's efforts.

Please use the "best efforts" approach to derive a new target ship date.

Best regards,

Billy

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Thursday, May 01, 2014 2:14 PM
**To:** Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** RE: Target ship date for T2 lens

Hi Billy –

Unfortunately I still haven't been able to lock down lateral color, but the good news is that I'll be picking up the new tooling tomorrow.

I'll let you know how that works.

Thanks,
Andy

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Wednesday, April 30, 2014 7:16 PM
**To:** Andrew Dugrenier; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang,

CONFIDENTIAL

NANO_000458358

Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** RE: Target ship date for T2 lens

Hi, Andy:

Please advise lateral color lock down status and the target ship date.

Best regards,

Billy

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Tuesday, April 29, 2014 4:20 PM
**To:** Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** Re: Target ship date for T2 lens on 4/30

Hi Billy-
Unfortunately we're not there yet- still battling lateral color. I'm working with the tooling we have until the new tooling is ready which should be by the end of the week. I'll let you know if I'm able to lock down the lateral color tomorrow.
Thanks,
Andy

---

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Tuesday, April 29, 2014 02:53 PM
**To:** Andrew Dugrenier; Brad Piccirillo; Barada, Andrew <abarada@nanometrics.com>; Leon, John <jleon@nanometrics.com>; Johnson, Rod <rjohnson@nanometrics.com>; Thompson, Dan <dthompson@nanometrics.com>; Yarussi, Rick <ryarussi@nanometrics.com>; Tang, Jerry <jerry.tang@nanometrics.com>
**Cc:** Schmid, James <jschmid@nanometrics.com>; Onaka, Ron <ronaka@nanometrics.com>; richtrissel@gmail.com <richtrissel@gmail.com>
**Subject:** RE: Target ship date for T2 lens on 4/30

Hi, Andy:

Please provide status and assessment for target ship date of 4/30.

Best regards,
Billy

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Monday, April 28, 2014 3:26 PM
**To:** Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** Re: Target ship date for T2 lens on 4/30

Hi Billy-
While we are very close, the 4/30 ship date would be optimistic at this point. We are making every effort to deliver this lens asap.

Thanks, Andy

CONFIDENTIAL                                                                 NANO_000458359

**From**: Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent**: Monday, April 28, 2014 02:46 PM
**To**: Brad Piccirillo; Barada, Andrew <abarada@nanometrics.com>; Andrew Dugrenier; Leon, John <jleon@nanometrics.com>; Johnson, Rod <rjohnson@nanometrics.com>; Thompson, Dan <dthompson@nanometrics.com>; Yarussi, Rick <ryarussi@nanometrics.com>; Tang, Jerry <jerry.tang@nanometrics.com>
**Cc**: Schmid, James <jschmid@nanometrics.com>; Onaka, Ron <ronaka@nanometrics.com>; Rich Trissel (richtrissel@gmail.com) <richtrissel@gmail.com>
**Subject**: RE: Target ship date for T2 lens on 4/30

Hi, Andy and Brad:

Please advise the status of the next T2 lens ship date.  Is 4/30 ship date on track?
Regards,

Billy

---

**From**: Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent**: Friday, April 25, 2014 1:54 PM
**To**: Barada, Andrew; Huang, Billy; Andrew Dugrenier; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc**: Schmid, James; Onaka, Ron; Rich Trissel (richtrissel@gmail.com)
**Subject**: RE: Target ship date for T2 lens on 4/30

Drew,

Hoping to have completed tooling by end of next week. We have developed a process that allows us to fix everything in place, except for one lens, so we simply need to translate that around till we find its optimal position. If we had a way of monitoring this movement relative to the lc it produces, we would be locking these things in place and shipping finish parts to you. In this view, we need nano to create an lc bench that allows us to do that.

We determined why, and have made corrections for the variation that occurred in final lc measurements on the last lens. Measurements were taken at the wrong working distance ie, it was set up for T1 distance when we made a T2 (or the other way around). Anyway, it wasn't a situation where something unexpectedly shifted.....

Brad

Sent by a not-so-smart phone user


-------- Original message --------
From: "Barada, Andrew"
Date:04/25/2014 4:38 PM (GMT-05:00)
To: Brad Piccirillo ,"Huang, Billy" ,Andrew Dugrenier ,"Leon, John" ,"Johnson, Rod" ,"Thompson, Dan" ,"Yarussi, Rick" ,"Tang, Jerry"
Cc: "Schmid, James" ,"Onaka, Ron" ,"Rich Trissel (richtrissel@gmail.com)"
Subject: RE: Target ship date for T2 lens on 4/30

Brad,

What is your timeframe for the new tooling that you are having made and what support are you looking for from us?  Do you have an active alignment concept that you are implementing or are you in need of us working with you to develop this capability?

And finally, do you still have a commit to ship on 4/30?

Regards,
Drew Barada
Nanometrics Inc.

---

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Friday, April 25, 2014 1:34 PM
**To:** Huang, Billy; Andrew Dugrenier; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Barada, Andrew; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; Rich Trissel (richtrissel@gmail.com)
**Subject:** RE: Target ship date for T2 lens on 4/30

We are soooooo closer on these things we can smell it! Consistent with many in the past, have have a continual chain of finished assemblies that meet the .025 TWF - so this process that the tolerances of the optics we have assembled can yield both twf and lc. The problem is that we need more sophisticated tooling for tweaking the lc in - this is already designed and being made. What we REALLY REALLY NEED is the ability for the lc bench to have active alignment capabilities. The time and effort associated with making little tweaks, taking a measurement (which is a 45 minute process) is exhausting and is like finding a needle in a haystack.


Brad

Sent by a not-so-smart phone user


-------- Original message --------
From: "Huang, Billy"
Date:04/25/2014 4:25 PM (GMT-05:00)
To: Andrew Dugrenier ,"Leon, John" ,"Johnson, Rod" ,Brad Piccirillo ,"Thompson, Dan" ,"Yarussi, Rick" ,"Barada, Andrew" ,"Tang, Jerry"
Cc: "Schmid, James" ,"Onaka, Ron" ,"Rich Trissel (richtrissel@gmail.com)" ,"Huang, Billy"
Subject: RE: Target ship date for T2 lens on 4/30

Hi, Andy:

Thank you for the update.

It is disappointing to learn that the 4/30 ship date may slip.  Efforts to maintain the 4/30 ship date are greatly appreciated. Please keep us posted.

In addition, as Jim Schmid mentioned in his previous email, Nanometrics has not completed the performance evaluation of the sample lens which we received on 4/15.

Best regards,

NANO_000458361

## Billy

| LENS #1 | SHIPPED, ENGINEERING UNIT |
| LENS #2 | SHIPPED 4/14 |
| LENS #3 | TARGET SHIP DATE 4/30, DOCK DATE 5/1 |
| LENS #4 | TARGET SHIP DATE 5/15, DOCK DATE 5/16 |

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Friday, April 25, 2014 1:08 PM
**To:** Huang, Billy
**Subject:** RE: Reminder: Target ship date for T2 lens on 4/30

Hi Billy –

We're still working away on the next 25um lens.  We're able to get the required wavefront time and time again, but the lateral color is still giving us a challenge!  We have more tooling on the way to help, but are trying to muscle through until it arrives, which could be the end of this coming week.  It should give us much more control.

All said, we're very, very confident we'll be able to get you compliant product, although the ship date may slip if we can't get the lens to fall within specification without this additional tooling.

I'll chime in again early next week.

Thanks,
Andy

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Thursday, April 24, 2014 10:17 AM
**To:** Andrew Dugrenier
**Subject:** RE: Reminder: Target ship date for T2 lens on 4/30

Thank you.

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Thursday, April 24, 2014 5:08 AM
**To:** Huang, Billy; Leon, John; Johnson, Rod; Brad Piccirillo; Thompson, Dan; Yarussi, Rick; Barada, Andrew; Tang, Jerry
**Cc:** Schmid, James; Rich Trissel; Onaka, Ron
**Subject:** RE: Reminder: Target ship date for T2 lens on 4/30

Good Morning –

We are working towards this date.  I should know my confidence level by the end of tomorrow.

Thanks,
Andy

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Wednesday, April 23, 2014 7:32 PM
**To:** Andrew Dugrenier; Leon, John; Johnson, Rod; Brad Piccirillo; Thompson, Dan; Yarussi, Rick; Barada, Andrew; Tang, Jerry

NANO_000458362

**Cc:** Schmid, James; Rich Trissel; Onaka, Ron
**Subject:** Reminder: Target ship date for T2 lens on 4/30

Hi, Andy:

Please confirm the 4/30 ship date is on track.

Best regards,

Billy

---

**From:** Huang, Billy
**Sent:** Wednesday, April 23, 2014 7:26 AM
**To:** 'Andrew Dugrenier'; Leon, John; Johnson, Rod; Brad Piccirillo; Thompson, Dan; Yarussi, Rick; Barada, Andrew; Tang, Jerry
**Cc:** Schmid, James; Rich Trissel; Onaka, Ron
**Subject:** Target ship date for T2 lens on 4/30

Hi, Andy:

As we are approaching April 30th quickly, please provide daily status for the next T2 lens to confirm the 4/30 ship date is on track.

Best regards,


**Billy Huang**
**Sr. Materials Manager**

**nano**metrics
**Direct  USA:  408-545-6277**
**E-mail:** bhuang@nanometrics.com
-------------------------------------------------------
Corporate Headquarters:
-------------------------------------------------------
Nanometrics Incorporated
1550 Buckeye Drive
Milpitas, CA 95035 USA

CONFIDENTIAL

# EXHIBIT 25

| From: | Leon, John [/O=NANOMETRICS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JLEON] |
|---|---|
| Sent: | 3/25/2014 1:39:43 PM |
| To: | Beddard, Tony [tbeddard@nanometrics.com] |
| Subject: | RE: TSMC 25um upgrade kit |

I am aligned on the required dates. The lenses are on order but OSI is struggling with producing good lenses with acceptable lateral color.

JL

-----Original Message-----
From: Beddard, Tony
Sent: Tuesday, March 25, 2014 1:07 PM
To: Leon, John
Subject: FW: TSMC 25um upgrade kit

Just a double check that your aligned with the below?

T
Tony Beddard
Vice President, Engineering / R&D

Direct  UK:    +44 (0)1904 529712
Direct  USA: +1     408-545-6191
Mobile UK:    +44 (0)7834 636520
Mobile USA: +1     408-766-9615

E-mail: tbeddard@nanometrics.com

------------------------------------------------------------
_____
From: Barada, Andrew
Sent: 25 March 2014 20:04
To: Beddard, Tony; Yarussi, Rick
Cc: Wang, Li
Subject: RE: TSMC 25um upgrade kit

Tony,

Li and I are working with Ron and Billy to ensure that we have the necessary kits on order.  The BOM and part numbers are being assigned and the necessary documentation has been identified with owners to complete.

The planned upgrades at tsmc are 5/12, 6/2, and 7/1 per product marketing. Engineering's goal is to have everything completed and ready by 4/30.  The gating item is the delivery of the next OSI lens which we do not have a firm commit on a delivery date.  Brad is struggling to achieve the lateral color spec with the optical test bench.

DrewB

-----Original Message-----
From: Beddard, Tony
Sent: Tuesday, March 25, 2014 12:15 PM
To: Yarussi, Rick
Cc: Barada, Andrew; Wang, Li
Subject: TSMC 25um upgrade kit

Rick,
  Can you double check with the teams that the 25um upgrade kits (3x sets minimum) are on order for TSMC? Thanks!!
T


Tony Beddard
Vice President, Engineering / R&D

Direct  UK:    +44 (0)1904 529712

CONFIDENTIAL

NANO_000467223

```
Direct  USA:  +1      408-545-6191
Mobile UK:    +44 (0)7834 636520
Mobile USA:  +1      408-766-9615

E-mail: tbeddard@nanometrics.com

------------------------------------------------------------
```

CONFIDENTIAL

NANO_000467224

# EXHIBIT 26

Message
_____

**From**:     Schmid, James [jschmid@nanometrics.com]
**Sent**:     4/14/2014 10:53:23 AM
**To**:       Brad Piccirillo [Brad.Piccirillo@osi.us.com]; Leon, John [jleon@nanometrics.com]; Johnson, Rod
              [rjohnson@nanometrics.com]; Andrew Dugrenier [Andy.Dugrenier@osi.us.com]; Thompson, Dan
              [dthompson@nanometrics.com]; Huang, Billy [bhuang@nanometrics.com]; Yarussi, Rick
              [ryarussi@nanometrics.com]; Barada, Andrew [abarada@nanometrics.com]; Tang, Jerry
              [jerry.tang@nanometrics.com]
**CC**:       Rich Trissel [richtrissel@gmail.com]; Summer Dumont [Summer.Dumont@osi.us.com]
**Subject**:  RE: Status for OSI 25 Micron T2 lens 4/14 target ship


Please ship overnight.

Thank you,
Jim

---

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Monday, April 14, 2014 10:52 AM
**To:** Leon, John; Johnson, Rod; Andrew Dugrenier; Thompson, Dan; Huang, Billy; Yarussi, Rick; Barada, Andrew; Tang, Jerry
**Cc:** Schmid, James; Rich Trissel; Summer Dumont
**Subject:** RE: Status for OSI 25 Micron T2 lens 4/14 target ship

Summer, per below, ship this lens out today and let them know what the tracking number is. Thanks.

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

---

**From:** Leon, John [mailto:jleon@nanometrics.com]
**Sent:** Monday, April 14, 2014 1:50 PM
**To:** Johnson, Rod; Brad Piccirillo; Andrew Dugrenier; Thompson, Dan; Huang, Billy; Yarussi, Rick; Barada, Andrew; Tang, Jerry
**Cc:** Schmid, James; Rich Trissel
**Subject:** RE: Status for OSI 25 Micron T2 lens 4/14 target ship

Brad will ship this lens to Nano for us to test here. We can then provide feedback based on our results. In the meantime Brad is assessing when a second T2 25micron lense can be manufactured.

John Leon
**VP of World Wide Operations**
nanometrics

Direct  USA: **408-545-6156**
Mobile USA: **408-561-5834**
E-mail: jleon@nanometrics.com



Exhibit
0110
6/6/2022
Dugrenier

**From:** Johnson, Rod
**Sent:** Monday, April 14, 2014 9:53 AM
**To:** Brad Piccirillo; Andrew Dugrenier; Thompson, Dan; Huang, Billy; Yarussi, Rick; Barada, Andrew; Leon, John; Tang, Jerry
**Cc:** Schmid, James; Rich Trissel
**Subject:** RE: Status for OSI 25 Micron T2 lens 4/14 target ship

I just looked at the 2 raw data sets from Andy.
Bottom line:  Both measurements appear to be  legit.

I don't see any problems at all with the 1st set.
Very good calibration, LC "squares" look square, not trapezoidal, small boresight error, Vis and UV circles not too far apart.

The 2nd set is almost as good as the 1st, except the squares are somewhat trapezoidal for both the Vis and UV.
This makes the circle models not fit very well, but since the fit errors are nearly identical in both the Vis and UV, it doesn't affect the LC measurement much at all.
When one or more points don't fit in the exact same way for both Vis and UV, it usually means mechanically something moved a little during the data acquisition at those angles of rotation.

Rod Johnson
**Systems Engineer**

Direct  USA:  **408-545-6358**
Cell USA:      **408-219-3237**
E-mail: rjohnson@nanometrics.com

-------------------------------------------------------
**Corporate Headquarters:**
-------------------------------------------------------
Nanometrics Incorporated
1550 Buckeye Drive
Milpitas, CA 95035 USA
-------------------------------------------------------

**www.nanometrics.com**

This e-mail and any file transmitted with it, is confidential and intended solely for the person or organisation to which it is addressed. It may contain privileged or confidential information and, if you are not the intended recipient, you must not disclose, copy, distribute or take any action in reliance upon it. Any views or opinions presented are solely those of the author and do not necessarily represent those of Nanometrics inc. If you have received this E-mail in error, please notify us as soon as possible and delete it from all data storage systems. All reasonable steps have been taken to ensure that this e-mail and its attachments are free from computer viruses. Nanometrics accepts no liability in respect of any loss, cost, damage or expenses suffered as a result of accessing this message or any of its attachments.

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Monday, April 14, 2014 9:35 AM
**To:** Johnson, Rod; Andrew Dugrenier; Thompson, Dan; Huang, Billy; Yarussi, Rick; Barada, Andrew; Leon, John; Tang, Jerry
**Cc:** Schmid, James; Rich Trissel
**Subject:** RE: Status for OSI 25 Micron T2 lens 4/14 target ship

Rod, I appreciate you looking at this data.  Obviously, if something pops out at you, let us know.  Like I said, we have never experienced a change in TWF or LC during our final stage. We are working hard to understand what is happening, as well as making real time modifications that will improve our assembly process.  If there is something flakey going on with the test it would be hard for us to determine, so I recommend that we send you the finished T2 lens so that you can determine a lateral color value as well.....

OSI0000407

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

---

**From:** Johnson, Rod [mailto:rjohnson@nanometrics.com]
**Sent:** Monday, April 14, 2014 11:12 AM
**To:** Andrew Dugrenier; Thompson, Dan; Huang, Billy; Yarussi, Rick; Barada, Andrew; Leon, John; Tang, Jerry
**Cc:** Schmid, James; Brad Piccirillo
**Subject:** RE: Status for OSI 25 Micron T2 lens 4/14 target ship

Hi Andy,

Brad mentioned that he wasn't sure why the latest LC measurement was 7um, when it was 3.86 prior to locking it down.
I'd like to see the raw data from the 7um measurement, for comparison to the 3.86um data.
Also, if the raw data is somehow bad, I think I'd be able to spot something, although this has not been an issue in any of
your recent data.

**Rod Johnson**
**Systems Engineer**

Direct  USA:  **408-545-6358**
Cell USA:      **408-219-3237**
E-mail: rjohnson@nanometrics.com

-------------------------------------------------------
Corporate Headquarters:
-------------------------------------------------------
Nanometrics Incorporated
1550 Buckeye Drive
Milpitas, CA 95035 USA
-------------------------------------------------------

**www.nanometrics.com**

This e-mail and any file transmitted with it, is confidential and intended solely for the person or organisation to which it is addressed. It may contain
privileged or confidential information and, if you are not the intended recipient, you must not disclose, copy, distribute or take any action in reliance upon
it. Any views or opinions presented are solely those of the author and do not necessarily represent those of Nanometrics inc. If you have received this E-
mail in error, please notify us as soon as possible and delete it from all data storage systems. All reasonable steps have been taken to ensure that this
e-mail and its attachments are free from computer viruses. Nanometrics accepts no liability in respect of any loss, cost, damage or expenses suffered as
a result of accessing this message or any of its attachments.

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Saturday, April 12, 2014 4:36 AM
**To:** Thompson, Dan; Huang, Billy; Yarussi, Rick; Johnson, Rod; Barada, Andrew; Leon, John; Tang, Jerry
**Cc:** Schmid, James; Brad Piccirillo
**Subject:** Re: Status for OSI 25 Micron T2 lens 4/14 target ship

Good morning-

As Brad said, unfortunately the current lens cannot be improved.

We'll be working this weekend to better understand the reason behind the differing measurements and further improve

OSI0000408

our controls and alignment process.

We'll also be working on additional components for future lenses.

As Brad said, we're very sorry for the inconvenience, but please be assured we're working very hard on these challenges and will improve lateral color.

This is a very, very sensitive design, which I hope you can appreciate, and maintaining the transmitted wavefront itself is a huge challenge to overcome. Unfortunately the lateral color is proving to be even more of a challenge, but it's one we will also overcome.

Thanks,
Andy

---

**From**: Thompson, Dan [mailto:dthompson@nanometrics.com]
**Sent**: Friday, April 11, 2014 05:25 PM
**To**: Huang, Billy <bhuang@nanometrics.com>; Andrew Dugrenier; Yarussi, Rick <ryarussi@nanometrics.com>; Johnson, Rod <rjohnson@nanometrics.com>; Barada, Andrew <abarada@nanometrics.com>; Leon, John <jleon@nanometrics.com>; Tang, Jerry <jerry.tang@nanometrics.com>
**Cc**: Schmid, James <jschmid@nanometrics.com>; Brad Piccirillo
**Subject**: RE: Status for OSI 25 Micron T2 lens 4/14 target ship

Can you improve lateral color and ship Monday?

---

**From:** Huang, Billy
**Sent:** 2014-04-11 Friday 4:43 PM
**To:** Andrew Dugrenier; Thompson, Dan; Yarussi, Rick; Johnson, Rod; Barada, Andrew; Leon, John; Tang, Jerry
**Cc:** Schmid, James; Brad Piccirillo
**Subject:** RE: Status for OSI 25 Micron T2 lens 4/14 target ship

Hi, Andy;

Thank you for the status.

Please advise if OSI is working during this weekend for the second T2 lens and the target completion date for the second unit.

Best regards,

Billy

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Friday, April 11, 2014 1:06 PM
**To:** Huang, Billy; Thompson, Dan; Yarussi, Rick; Johnson, Rod; Barada, Andrew; Leon, John; Tang, Jerry
**Cc:** Schmid, James; Brad Piccirillo
**Subject:** RE: Status for OSI 25 Micron T2 lens 4/14 target ship

Good afternoon –

We do have a 25um lens assembly nearly ready to ship.

It's measuring at 0.022 waves RMS transmitted wavefront.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

However, the lateral color value did not hold during the assembly process and is now reading at 7um, where previously we had it down to 3.7um.

We're in process of another build, and also determining an improved process for correcting and maintaining lateral color.

If you'd like to evaluate this lens, please let us know as we'll be in the position to ship it out on Monday.

Thanks,
Andy

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 27

Message

| | |
|---|---|
| **From**: | Huang, Billy [bhuang@nanometrics.com] |
| **Sent**: | 5/9/2014 12:45:03 PM |
| **To**: | Andrew Dugrenier [Andy.Dugrenier@osi.us.com]; Brad Piccirillo [Brad.Piccirillo@osi.us.com]; Barada, Andrew [abarada@nanometrics.com]; Leon, John [jleon@nanometrics.com]; Johnson, Rod [rjohnson@nanometrics.com]; Thompson, Dan [dthompson@nanometrics.com]; Yarussi, Rick [ryarussi@nanometrics.com]; Tang, Jerry [jerry.tang@nanometrics.com] |
| **CC**: | Schmid, James [jschmid@nanometrics.com]; Onaka, Ron [ronaka@nanometrics.com]; richtrissel@gmail.com; Hazelton, Andrew [ahazelton@nanometrics.com] |
| **Subject**: | RE: Follow Up: Target ship date for T2 lens |

Hi, Andy:

Nanometrics acknowledges and thanks OSI's efforts.  Time is of the essence.  May 22nd ship date will severely jeopardize our customer commitment.

Reading the email below, there are few challenges to resolve.  Please bulletize the few challenges and provide a target completion date for those challenges.  Doing this will build a baseline and enable us to communicate more effectively. The ultimate goal is to resolve the challenges sooner and to improve the ship date.

Thank you and best regards,

Billy

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Friday, May 09, 2014 10:51 AM
**To:** Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com; Hazelton, Andrew
**Subject:** RE: Follow Up: Target ship date for T2 lens

Good Afternoon Billy –

We're still in the process of tweaking our procedure.  As previously stated, the new tooling works as predicted, and we're able to dial down the LC.  Now we just have to find the balance between LC and transmitted wavefront.

At this point my target ship date is May 22nd.

There are still a few challenges for us to resolve, and as we work through those, I should have much more certainty with the ship date.

As this is obviously an extremely challenging lens to align, we appreciate Nanometric's patience and willingness to work with us.  We understand the importance of this project and want to provide you a top-performing product.

Best,
Andy



**Exhibit 0112**

6/6/2022
Dugrenier

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Thursday, May 08, 2014 6:26 PM
**To:** Andrew Dugrenier; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com; Hazelton, Andrew
**Subject:** RE: Follow Up: Target ship date for T2 lens

Hi, Andy:

There is a 4:00 PM PST meeting to review the schedule.  Efforts to provide a target ship date are greatly appreciated.

Best regards,

Billy

---

**From:** Huang, Billy
**Sent:** Thursday, May 08, 2014 7:24 AM
**To:** 'Andrew Dugrenier'; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com; Hazelton, Andrew
**Subject:** RE: Follow Up: Target ship date for T2 lens

Hi, Andy:

Acknowledged the status.

Every day counts.  Please use "best efforts" approach to estimate the target ship date by 3:00 PM PST today so that Nanometrics can plan for schedule adjustment and resource allocation accordingly.

Best regards,

Billy

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Thursday, May 08, 2014 6:43 AM
**To:** Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** RE: Follow Up: Target ship date for T2 lens

Good Morning Billy –

At this point we cannot meet the 5/9 ship date.

The good news is that the new tooling worked as planned and we're able to dial in lateral color.

Right now we're still tweaking to bring in both the transmitted wavefront and lateral color.

Thanks,
Andy

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0000318

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Wednesday, May 07, 2014 9:10 PM
**To:** Andrew Dugrenier; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** RE: Follow Up: Target ship date for T2 lens

Hi, Andy:

Please advise the status of meeting 5/9 target ship date.

Best regards,

Billy

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Tuesday, May 06, 2014 2:16 PM
**To:** Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** RE: Follow Up: Target ship date for T2 lens

Hi Billy —

We're using the additional tooling which is working as planned so far.

After our first iteration, we still don't have an acceptable level for lateral color.

Transmitted wavefront, as before, is not a problem at all.

If I'm not able to get lateral color by the end of the day tomorrow, we will not meet the 5/9 ship date.

I'll keep you posted.

Thanks,
Andy

---

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Monday, May 05, 2014 7:11 PM
**To:** Andrew Dugrenier; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** Follow Up: Target ship date for T2 lens

Hi, Andy:

Please advise the status of meeting 5/9 target ship date.

Regards,

Billy

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Friday, May 02, 2014 2:50 PM

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0000319

**To:** Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** RE: Target ship date for T2 lens

Hi Billy —

I received the new tooling today and have started setting it up.  I hope to get some initial results over the weekend.

IF the new approach works as planned, my new target date would be a week from today, May 9th.

Thanks,
Andy

---

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Thursday, May 01, 2014 9:17 PM
**To:** Andrew Dugrenier; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** RE: Target ship date for T2 lens

Hi, Andy:

Acknowledged the status.  Thank you and OSI team's efforts.

Please use the "best efforts" approach to derive a new target ship date.

Best regards,

Billy

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Thursday, May 01, 2014 2:14 PM
**To:** Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** RE: Target ship date for T2 lens

Hi Billy —

Unfortunately I still haven't been able to lock down lateral color, but the good news is that I'll be picking up the new tooling tomorrow.

I'll let you know how that works.

Thanks,
Andy

---

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Wednesday, April 30, 2014 7:16 PM
**To:** Andrew Dugrenier; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** RE: Target ship date for T2 lens

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
OSI0000320

Hi, Andy:

Please advise lateral color lock down status and the target ship date.

Best regards,

Billy

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Tuesday, April 29, 2014 4:20 PM
**To:** Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** Re: Target ship date for T2 lens on 4/30

Hi Billy-
Unfortunately we're not there yet- still battling lateral color. I'm working with the tooling we have until the new tooling is ready which should be by the end of the week. I'll let you know if I'm able to lock down the lateral color tomorrow.
Thanks,
Andy

---

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Tuesday, April 29, 2014 02:53 PM
**To:** Andrew Dugrenier; Brad Piccirillo; Barada, Andrew <abarada@nanometrics.com>; Leon, John <jleon@nanometrics.com>; Johnson, Rod <rjohnson@nanometrics.com>; Thompson, Dan <dthompson@nanometrics.com>; Yarussi, Rick <ryarussi@nanometrics.com>; Tang, Jerry <jerry.tang@nanometrics.com>
**Cc:** Schmid, James <jschmid@nanometrics.com>; Onaka, Ron <ronaka@nanometrics.com>; richtrissel@gmail.com <richtrissel@gmail.com>
**Subject:** RE: Target ship date for T2 lens on 4/30

Hi, Andy:

Please provide status and assessment for target ship date of 4/30.

Best regards,
Billy

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Monday, April 28, 2014 3:26 PM
**To:** Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** Re: Target ship date for T2 lens on 4/30

Hi Billy-
While we are very close, the 4/30 ship date would be optimistic at this point. We are making every effort to deliver this lens asap.

Thanks, Andy

---

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Monday, April 28, 2014 02:46 PM
**To:** Brad Piccirillo; Barada, Andrew <abarada@nanometrics.com>; Andrew Dugrenier; Leon, John

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

<jleon@nanometrics.com>; Johnson, Rod <rjohnson@nanometrics.com>; Thompson, Dan
<dthompson@nanometrics.com>; Yarussi, Rick <ryarussi@nanometrics.com>; Tang, Jerry
<jerry.tang@nanometrics.com>
**Cc:** Schmid, James <jschmid@nanometrics.com>; Onaka, Ron <ronaka@nanometrics.com>; Rich Trissel
(richtrissel@gmail.com) <richtrissel@gmail.com>
**Subject:** RE: Target ship date for T2 lens on 4/30

Hi, Andy and Brad:

Please advise the status of the next T2 lens ship date.  Is 4/30 ship date on track?
Regards,


Billy

---

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Friday, April 25, 2014 1:54 PM
**To:** Barada, Andrew; Huang, Billy; Andrew Dugrenier; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang,
Jerry
**Cc:** Schmid, James; Onaka, Ron; Rich Trissel (richtrissel@gmail.com)
**Subject:** RE: Target ship date for T2 lens on 4/30

Drew,

Hoping to have completed tooling by end of next week. We have developed a process that allows us to fix
everything in place, except for one lens, so we simply need to translate that around till we find its optimal
position. If we had a way of monitoring this movement relative to the lc it produces, we would be locking these
things in place and shipping finish parts to you. In this view, we need nano to create an lc bench that allows us
to do that.

We determined why, and have made corrections for the variation that occurred in final lc measurements on the
last lens. Measurements were taken at the wrong working distance ie, it was set up for T1 distance when we
made a T2 (or the other way around). Anyway, it wasn't a situation where something unexpectedly shifted.....

Brad

Sent by a not-so-smart phone user


-------- Original message --------
From: "Barada, Andrew"
Date:04/25/2014 4:38 PM (GMT-05:00)
To: Brad Piccirillo ,"Huang, Billy" ,Andrew Dugrenier ,"Leon, John" ,"Johnson, Rod" ,"Thompson, Dan"
,"Yarussi, Rick" ,"Tang, Jerry"
Cc: "Schmid, James" ,"Onaka, Ron" ,"Rich Trissel (richtrissel@gmail.com)"
Subject: RE: Target ship date for T2 lens on 4/30

Brad,

What is your timeframe for the new tooling that you are having made and what support are you looking for from us?  Do
you have an active alignment concept that you are implementing or are you in need of us working with you to develop
this capability?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

And finally, do you still have a commit to ship on 4/30?

Regards,
Drew Barada
Nanometrics Inc.

---

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Friday, April 25, 2014 1:34 PM
**To:** Huang, Billy; Andrew Dugrenier; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Barada, Andrew; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; Rich Trissel (richtrissel@gmail.com)
**Subject:** RE: Target ship date for T2 lens on 4/30

We are soooooo closer on these things we can smell it! Consistent with many in the past, have have a continual chain of finished assemblies that meet the .025 TWF - so this process that the tolerances of the optics we have assembled can yield both twf and lc. The problem is that we need more sophisticated tooling for tweaking the lc in - this is already designed and being made. What we REALLY REALLY NEED is the ability for the lc bench to have active alignment capabilities. The time and effort associated with making little tweaks, taking a measurement (which is a 45 minute process) is exhausting and is like finding a needle in a haystack.


Brad

Sent by a not-so-smart phone user


-------- Original message --------
From: "Huang, Billy"
Date:04/25/2014 4:25 PM (GMT-05:00)
To: Andrew Dugrenier ,"Leon, John" ,"Johnson, Rod" ,Brad Piccirillo ,"Thompson, Dan" ,"Yarussi, Rick" ,"Barada, Andrew" ,"Tang, Jerry"
Cc: "Schmid, James" ,"Onaka, Ron" ,"Rich Trissel (richtrissel@gmail.com)" ,"Huang, Billy"
Subject: RE: Target ship date for T2 lens on 4/30

Hi, Andy:

Thank you for the update.

It is disappointing to learn that the 4/30 ship date may slip.  Efforts to maintain the 4/30 ship date are greatly appreciated. Please keep us posted.

In addition, as Jim Schmid mentioned in his previous email, Nanometrics has not completed the performance evaluation of the sample lens which we received on 4/15.

Best regards,

Billy

| LENS #1 | SHIPPED, ENGINEERING UNIT |
| LENS #2 | SHIPPED 4/14 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| LENS #3 | TARGET SHIP DATE 4/30, DOCK DATE 5/1 |
| LENS #4 | TARGET SHIP DATE 5/15, DOCK DATE 5/16 |

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Friday, April 25, 2014 1:08 PM
**To:** Huang, Billy
**Subject:** RE: Reminder: Target ship date for T2 lens on 4/30

Hi Billy —

We're still working away on the next 25um lens.  We're able to get the required wavefront time and time again, but the lateral color is still giving us a challenge!  We have more tooling on the way to help, but are trying to muscle through until it arrives, which could be the end of this coming week.  It should give us much more control.

All said, we're very, very confident we'll be able to get you compliant product, although the ship date may slip if we can't get the lens to fall within specification without this additional tooling.

I'll chime in again early next week.

Thanks,
Andy

---

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Thursday, April 24, 2014 10:17 AM
**To:** Andrew Dugrenier
**Subject:** RE: Reminder: Target ship date for T2 lens on 4/30

Thank you.

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Thursday, April 24, 2014 5:08 AM
**To:** Huang, Billy; Leon, John; Johnson, Rod; Brad Piccirillo; Thompson, Dan; Yarussi, Rick; Barada, Andrew; Tang, Jerry
**Cc:** Schmid, James; Rich Trissel; Onaka, Ron
**Subject:** RE: Reminder: Target ship date for T2 lens on 4/30

Good Morning —

We are working towards this date.  I should know my confidence level by the end of tomorrow.

Thanks,
Andy

---

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Wednesday, April 23, 2014 7:32 PM
**To:** Andrew Dugrenier; Leon, John; Johnson, Rod; Brad Piccirillo; Thompson, Dan; Yarussi, Rick; Barada, Andrew; Tang, Jerry
**Cc:** Schmid, James; Rich Trissel; Onaka, Ron
**Subject:** Reminder: Target ship date for T2 lens on 4/30

Hi, Andy:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Please confirm the 4/30 ship date is on track.

Best regards,

Billy

---

**From:** Huang, Billy
**Sent:** Wednesday, April 23, 2014 7:26 AM
**To:** 'Andrew Dugrenier'; Leon, John; Johnson, Rod; Brad Piccirillo; Thompson, Dan; Yarussi, Rick; Barada, Andrew; Tang, Jerry
**Cc:** Schmid, James; Rich Trissel; Onaka, Ron
**Subject:** Target ship date for T2 lens on 4/30

Hi, Andy:

As we are approaching April 30th quickly, please provide daily status for the next T2 lens to confirm the 4/30 ship date is on track.

Best regards,

**Billy Huang**
**Sr. Materials Manager**

**nanO**metrics
Direct  USA:  **408-545-6277**
E-mail: bhuang@nanometrics.com
--------------------------------------------------------
Corporate Headquarters:
--------------------------------------------------------
Nanometrics Incorporated
1550 Buckeye Drive
Milpitas, CA 95035 USA

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 28

Message

| | |
|---|---|
| **From:** | Brad Piccirillo [/O=OEXCH015/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BRAD.PICCIRILLO_OSI] |
| **Sent:** | 6/13/2014 6:10:16 AM |
| **To:** | Barada, Andrew [abarada@nanometrics.com]; Andrew Dugrenier [Andy.Dugrenier@osi.us.com] |
| **CC:** | Huang, Billy [bhuang@nanometrics.com]; Leon, John [jleon@nanometrics.com]; Johnson, Rod [rjohnson@nanometrics.com]; Thompson, Dan [dthompson@nanometrics.com]; Yarussi, Rick [ryarussi@nanometrics.com]; Tang, Jerry [jerry.tang@nanometrics.com]; Schmid, James [jschmid@nanometrics.com]; Onaka, Ron [ronaka@nanometrics.com]; richtrissel@gmail.com; Hazelton, Andrew [ahazelton@nanometrics.com] |
| **Subject:** | RE: Target ship date for the next T2 lens |

Drew,

We are shipping out a 25 micron lens today. It's final measurements were .018 TWF with 2.3 LC. Believe it or not, these are disappointing numbers for us. We had this thing down to .015 TWF with .74 LC. The good news is that we had figured out why the final numbers change on us. We had another one running in parallel with this one but it shit the bed. We are hopeful to save it and should know within the next few days. We are short a couple lenses in order for us to make more, but the turn around time should be reasonable as they were sent to the coaters yesterday. We will continue to modify our process until we home in on the exact recipe however, I can assure you that producing your desired matched set of .025 and 2 is a bar that we will meet every time.

Brad

Sent by a not-so-smart phone user


-------- Original message --------
From: "Barada, Andrew"
Date:06/12/2014 12:40 AM (GMT-05:00)
To: Andrew Dugrenier
Cc: "Huang, Billy" ,Brad Piccirillo ,"Leon, John" ,"Johnson, Rod" ,"Thompson, Dan" ,"Yarussi, Rick" ,"Tang, Jerry" ,"Schmid, James" ,"Onaka, Ron" ,richtrissel@gmail.com,"Hazelton, Andrew"
Subject: Re: Target ship date for the next T2 lens

Andrew,

Do you have the final wavefront and LC results of the T2 lens after completing the assembly?

DrewB

*Sent from my Verizon Wireless 4G LTE DROID*


Andrew Dugrenier <Andy.Dugrenier@osi.us.com> wrote:

Hi Billy –

We should have the next T2 out to you by the end of the week.

Thanks,

**Exhibit 0121**
6/6/2022
Dugrenier

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Andy

---

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Monday, June 09, 2014 4:37 PM
**To:** Andrew Dugrenier; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com; Hazelton, Andrew
**Subject:** RE: Target ship date for the next T2 lens

Hi, Andy:

Please provide update for the next T2 lens ship date.
Regards,

Billy

---

**From:** Huang, Billy
**Sent:** Wednesday, June 04, 2014 12:55 PM
**To:** 'Andrew Dugrenier'; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com; Hazelton, Andrew
**Subject:** RE: Target ship date 6/6 for the next T2 lens

Hi, Andy:

6/13 ship date with 6/16 Nano dock date will not work.  It is impacting our Q2 commitment to our customer.
Every day counts.  Efforts to make the 6/6 ship date are greatly appreciated.

Regards,

Billy

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Wednesday, June 04, 2014 12:48 PM
**To:** Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com; Hazelton, Andrew
**Subject:** RE: Target ship date 6/6 for the next T2 lens

Hi Billy –

Unfortunately we're not looking good for the 6/6 ship date.

We're battling the balance between transmitted wavefront and lateral color.  We're able to get both – just having trouble getting them together!

Even so, we've made some very good headway in the past several days, and gaining a much better understanding of how this lens reacts during adjustment.  This, in turn, will improve our assembly and adjustment process.  We're getting

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

very, very close – we're basically at the level of the last couple of lenses we've sent, but we're dialing this in to get a lens that's within specification.

My goal is to ship this current build by 6/13 – and will try to improve that date, of course.

Best,
Andy

---

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Monday, June 02, 2014 3:16 PM
**To:** Andrew Dugrenier; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com; Hazelton, Andrew
**Subject:** RE: Target ship date 6/6 for the next T2 lens

Hi, Andy:

1. Please assess the situation and confirm the 6/6 ship date is on track.
2. Please explore if the 6/20 ship date can be improved.

Best regards,

Billy

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Tuesday, May 13, 2014 6:28 AM
**To:** Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com; Hazelton, Andrew
**Subject:** RE: Target ship date for the next three 25 Micron T2 lenses

Good Morning Billy –

I believe an optimistic schedule would be

6/6 and 6/20,

following the shipment of the lens currently being processed.

Thanks,
Andy

---

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Monday, May 12, 2014 6:52 PM
**To:** Andrew Dugrenier; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com; Hazelton, Andrew
**Subject:** Target ship date for the next three 25 Micron T2 lenses

Hi, Andy:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

For planning purpose, please provide the next two T2 lenses target ship date beyond the one shipping on 5/22. Knowing this is an estimated schedule, please use "best efforts" approach such as one week apart, or two weeks apart to derive an estimated ship schedule.

Best regards,

Billy

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Friday, May 09, 2014 10:51 AM
**To:** Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com; Hazelton, Andrew
**Subject:** RE: Follow Up: Target ship date for T2 lens

Good Afternoon Billy --

We're still in the process of tweaking our procedure. As previously stated, the new tooling works as predicted, and we're able to dial down the LC. Now we just have to find the balance between LC and transmitted wavefront.

At this point my target ship date is May 22nd.

There are still a few challenges for us to resolve, and as we work through those, I should have much more certainty with the ship date.

As this is obviously an extremely challenging lens to align, we appreciate Nanometric's patience and willingness to work with us. We understand the importance of this project and want to provide you a top-performing product.

Best,
Andy

---

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Thursday, May 08, 2014 6:26 PM
**To:** Andrew Dugrenier; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com; Hazelton, Andrew
**Subject:** RE: Follow Up: Target ship date for T2 lens

Hi, Andy:

There is a 4:00 PM PST meeting to review the schedule. Efforts to provide a target ship date are greatly appreciated.

Best regards,

Billy

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**From:** Huang, Billy
**Sent:** Thursday, May 08, 2014 7:24 AM
**To:** 'Andrew Dugrenier'; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com; Hazelton, Andrew
**Subject:** RE: Follow Up: Target ship date for T2 lens

Hi, Andy:

Acknowledged the status.

Every day counts.  Please use "best efforts" approach to estimate the target ship date by 3:00 PM PST today so that Nanometrics can plan for schedule adjustment and resource allocation accordingly.

Best regards,

Billy

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Thursday, May 08, 2014 6:43 AM
**To:** Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** RE: Follow Up: Target ship date for T2 lens

Good Morning Billy –

At this point we cannot meet the 5/9 ship date.

The good news is that the new tooling worked as planned and we're able to dial in lateral color.

Right now we're still tweaking to bring in both the transmitted wavefront and lateral color.

Thanks,
Andy


**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Wednesday, May 07, 2014 9:10 PM
**To:** Andrew Dugrenier; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** RE: Follow Up: Target ship date for T2 lens

Hi, Andy:

Please advise the status of meeting 5/9 target ship date.

Best regards,

Billy

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Tuesday, May 06, 2014 2:16 PM
**To:** Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** RE: Follow Up: Target ship date for T2 lens

Hi Billy –

We're using the additional tooling which is working as planned so far.

After our first iteration, we still don't have an acceptable level for lateral color.

Transmitted wavefront, as before, is not a problem at all.

If I'm not able to get lateral color by the end of the day tomorrow, we will not meet the 5/9 ship date.

I'll keep you posted.

Thanks,
Andy

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Monday, May 05, 2014 7:11 PM
**To:** Andrew Dugrenier; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** Follow Up: Target ship date for T2 lens

Hi, Andy:

Please advise the status of meeting 5/9 target ship date.

Regards,

Billy

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Friday, May 02, 2014 2:50 PM
**To:** Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** RE: Target ship date for T2 lens

Hi Billy –

I received the new tooling today and have started setting it up.  I hope to get some initial results over the weekend.

IF the new approach works as planned, my new target date would be a week from today, May 9th.

Thanks,
Andy

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Thursday, May 01, 2014 9:17 PM

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**To:** Andrew Dugrenier; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** RE: Target ship date for T2 lens

Hi, Andy:

Acknowledged the status.  Thank you and OSI team's efforts.

Please use the "best efforts" approach to derive a new target ship date.

Best regards,

Billy

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Thursday, May 01, 2014 2:14 PM
**To:** Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** RE: Target ship date for T2 lens

Hi Billy –

Unfortunately I still haven't been able to lock down lateral color, but the good news is that I'll be picking up the new tooling tomorrow.

I'll let you know how that works.

Thanks,
Andy

---

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Wednesday, April 30, 2014 7:16 PM
**To:** Andrew Dugrenier; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** RE: Target ship date for T2 lens

Hi, Andy:

Please advise lateral color lock down status and the target ship date.
Best regards,

Billy

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Tuesday, April 29, 2014 4:20 PM
**To:** Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** Re: Target ship date for T2 lens on 4/30

Hi Billy-
Unfortunately we're not there yet- still battling lateral color. I'm working with the tooling we have until the new tooling

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

is ready which should be by the end of the week. I'll let you know if I'm able to lock down the lateral color tomorrow.

Thanks,

Andy

---

**From**: Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent**: Tuesday, April 29, 2014 02:53 PM
**To**: Andrew Dugrenier; Brad Piccirillo; Barada, Andrew <abarada@nanometrics.com>; Leon, John <jleon@nanometrics.com>; Johnson, Rod <rjohnson@nanometrics.com>; Thompson, Dan <dthompson@nanometrics.com>; Yarussi, Rick <ryarussi@nanometrics.com>; Tang, Jerry <jerry.tang@nanometrics.com>
**Cc**: Schmid, James <jschmid@nanometrics.com>; Onaka, Ron <ronaka@nanometrics.com>; richtrissel@gmail.com <richtrissel@gmail.com>
**Subject**: RE: Target ship date for T2 lens on 4/30

Hi, Andy:

Please provide status and assessment for target ship date of 4/30.

Best regards,
Billy

---

**From**: Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent**: Monday, April 28, 2014 3:26 PM
**To**: Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc**: Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject**: Re: Target ship date for T2 lens on 4/30

Hi Billy-
While we are very close, the 4/30 ship date would be optimistic at this point. We are making every effort to deliver this lens asap.

Thanks, Andy

---

**From**: Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent**: Monday, April 28, 2014 02:46 PM
**To**: Brad Piccirillo; Barada, Andrew <abarada@nanometrics.com>; Andrew Dugrenier; Leon, John <jleon@nanometrics.com>; Johnson, Rod <rjohnson@nanometrics.com>; Thompson, Dan <dthompson@nanometrics.com>; Yarussi, Rick <ryarussi@nanometrics.com>; Tang, Jerry <jerry.tang@nanometrics.com>
**Cc**: Schmid, James <jschmid@nanometrics.com>; Onaka, Ron <ronaka@nanometrics.com>; Rich Trissel (richtrissel@gmail.com) <richtrissel@gmail.com>
**Subject**: RE: Target ship date for T2 lens on 4/30

Hi, Andy and Brad:

Please advise the status of the next T2 lens ship date.  Is 4/30 ship date on track?

Regards,

Billy

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0010588

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Friday, April 25, 2014 1:54 PM
**To:** Barada, Andrew; Huang, Billy; Andrew Dugrenier; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; Rich Trissel (richtrissel@gmail.com)
**Subject:** RE: Target ship date for T2 lens on 4/30

Drew,

Hoping to have completed tooling by end of next week. We have developed a process that allows us to fix everything in place, except for one lens, so we simply need to translate that around till we find its optimal position. If we had a way of monitoring this movement relative to the lc it produces, we would be locking these things in place and shipping finish parts to you. In this view, we need nano to create an lc bench that allows us to do that.

We determined why, and have made corrections for the variation that occurred in final lc measurements on the last lens. Measurements were taken at the wrong working distance ie, it was set up for T1 distance when we made a T2 (or the other way around). Anyway, it wasn't a situation where something unexpectedly shifted.....

Brad

Sent by a not-so-smart phone user

-------- Original message --------
From: "Barada, Andrew"
Date:04/25/2014 4:38 PM (GMT-05:00)
To: Brad Piccirillo ,"Huang, Billy" ,Andrew Dugrenier ,"Leon, John" ,"Johnson, Rod" ,"Thompson, Dan" ,"Yarussi, Rick" ,"Tang, Jerry"
Cc: "Schmid, James" ,"Onaka, Ron" ,"Rich Trissel (richtrissel@gmail.com)"
Subject: RE: Target ship date for T2 lens on 4/30

Brad,

What is your timeframe for the new tooling that you are having made and what support are you looking for from us?  Do you have an active alignment concept that you are implementing or are you in need of us working with you to develop this capability?

And finally, do you still have a commit to ship on 4/30?

Regards,
Drew Barada
Nanometrics Inc.

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Friday, April 25, 2014 1:34 PM
**To:** Huang, Billy; Andrew Dugrenier; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Barada, Andrew; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; Rich Trissel (richtrissel@gmail.com)
**Subject:** RE: Target ship date for T2 lens on 4/30

We are soooooo closer on these things we can smell it! Consistent with many in the past, have have a continual chain of finished assemblies that meet the .025 TWF - so this process that the tolerances of the optics we have

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0010589

assembled can yield both twf and lc. The problem is that we need more sophisticated tooling for tweaking the lc in - this is already designed and being made. What we REALLY REALLY NEED is the ability for the lc bench to have active alignment capabilities. The time and effort associated with making little tweaks, taking a measurement (which is a 45 minute process) is exhausting and is like finding a needle in a haystack.


Brad

Sent by a not-so-smart phone user


-------- Original message --------
From: "Huang, Billy"
Date:04/25/2014 4:25 PM (GMT-05:00)
To: Andrew Dugrenier ,"Leon, John" ,"Johnson, Rod" ,Brad Piccirillo ,"Thompson, Dan" ,"Yarussi, Rick" ,"Barada, Andrew" ,"Tang, Jerry"
Cc: "Schmid, James" ,"Onaka, Ron" ,"Rich Trissel (richtrissel@gmail.com)" ,"Huang, Billy"
Subject: RE: Target ship date for T2 lens on 4/30

Hi, Andy:

Thank you for the update.

It is disappointing to learn that the 4/30 ship date may slip.  Efforts to maintain the 4/30 ship date are greatly appreciated. Please keep us posted.

In addition, as Jim Schmid mentioned in his previous email, Nanometrics has not completed the performance evaluation of the sample lens which we received on 4/15.

Best regards,

Billy

| LENS #1 | SHIPPED, ENGINEERING UNIT |
| LENS #2 | SHIPPED 4/14 |
| LENS #3 | TARGET SHIP DATE 4/30, DOCK DATE 5/1 |
| LENS #4 | TARGET SHIP DATE 5/15, DOCK DATE 5/16 |

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Friday, April 25, 2014 1:08 PM
**To:** Huang, Billy
**Subject:** RE: Reminder: Target ship date for T2 lens on 4/30

Hi Billy –

We're still working away on the next 25um lens.  We're able to get the required wavefront time and time again, but the lateral color is still giving us a challenge!  We have more tooling on the way to help, but are trying to muscle through until it arrives, which could be the end of this coming week.  It should give us much more control.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All said, we're very, very confident we'll be able to get you compliant product, although the ship date may slip if we can't get the lens to fall within specification without this additional tooling.

I'll chime in again early next week.

Thanks,
Andy

---

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Thursday, April 24, 2014 10:17 AM
**To:** Andrew Dugrenier
**Subject:** RE: Reminder: Target ship date for T2 lens on 4/30

Thank you.

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Thursday, April 24, 2014 5:08 AM
**To:** Huang, Billy; Leon, John; Johnson, Rod; Brad Piccirillo; Thompson, Dan; Yarussi, Rick; Barada, Andrew; Tang, Jerry
**Cc:** Schmid, James; Rich Trissel; Onaka, Ron
**Subject:** RE: Reminder: Target ship date for T2 lens on 4/30

Good Morning –

We are working towards this date.  I should know my confidence level by the end of tomorrow.

Thanks,
Andy

---

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Wednesday, April 23, 2014 7:32 PM
**To:** Andrew Dugrenier; Leon, John; Johnson, Rod; Brad Piccirillo; Thompson, Dan; Yarussi, Rick; Barada, Andrew; Tang, Jerry
**Cc:** Schmid, James; Rich Trissel; Onaka, Ron
**Subject:** Reminder: Target ship date for T2 lens on 4/30

Hi, Andy:

Please confirm the 4/30 ship date is on track.

Best regards,

Billy

---

**From:** Huang, Billy
**Sent:** Wednesday, April 23, 2014 7:26 AM
**To:** 'Andrew Dugrenier'; Leon, John; Johnson, Rod; Brad Piccirillo; Thompson, Dan; Yarussi, Rick; Barada, Andrew; Tang, Jerry
**Cc:** Schmid, James; Rich Trissel; Onaka, Ron
**Subject:** Target ship date for T2 lens on 4/30

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0010591

Hi, Andy:

As we are approaching April 30th quickly, please provide daily status for the next T2 lens to confirm the 4/30 ship date is on track.

Best regards,


**Billy Huang**
**Sr. Materials Manager**

nanometrics
Direct USA: **408-545-6277**
E-mail: bhuang@nanometrics.com
------------------------------------------------------------
Corporate Headquarters:
------------------------------------------------------------
Nanometrics Incorporated
1550 Buckeye Drive
Milpitas, CA 95035 USA

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 29

| From: | Leon, John [/O=NANOMETRICS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JLEON] |
| Sent: | 7/9/2014 10:49:35 AM |
| To: | Brad Piccirillo [Brad.Piccirillo@osi.us.com]; Barada, Andrew [abarada@nanometrics.com] |
| CC: | Thompson, Dan [dthompson@nanometrics.com]; Huang, Billy [bhuang@nanometrics.com]; Andrew Dugrenier |
| | [Andy.Dugrenier@osi.us.com]; Summer Dumont [Summer.Dumont@osi.us.com] |
| Subject: | RE: 25 micron lens needs |

Brad,

We have not qualified the 25micron OSI lenses. Here is the current game plan:

We need 3 sets of T1 and T2 25 micron lenses as soon as possible for nanometrics to test and qualify. How we treat the remaining lenses on the existing PO will be based upon the results of the 3 sets T1 and T2 lenses that OSI manufactures for Nanometrics testing.

When can we receive a shipping schedule from OSI in respect to the next 3 sets of T1 and T2?


John Leon
VP of World Wide Operations
nanometrics

Direct USA: 408-545-6156
Mobile USA: 408-561-5834
E-mail: jleon@nanometrics.com

--------------------------------------------------
Corporate Headquarters:
--------------------------------------------------
Nanometrics Incorporated
1550 Buckeye Drive
Milpitas, CA 95035 USA


www.nanometrics.com

*What's the fastest way to get Nano Technical Support? Submit an email to tps@nanometrics.com!*

This e-mail and any file transmitted with it, is confidential and intended solely for the person or organisation to which it is addressed. It may contain privileged or confidential information and, if you are not the intended recipient, you must not disclose, copy, distribute or take any action in reliance upon it. Any views or opinions presented are solely those of the author and do not necessarily represent those of Nanometrics inc. If you have received this E-mail in error, please notify us as soon as possible and delete it from all data storage systems. All reasonable steps have been taken to ensure that this e-mail and its attachments are free from computer viruses. Nanometrics accepts no liability in respect of any loss, cost, damage or expenses suffered as a result of accessing this message or any of its attachments.


**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Wednesday, July 09, 2014 6:44 AM
**To:** Barada, Andrew
**Cc:** Thompson, Dan; Leon, John; Huang, Billy; Andrew Dugrenier; Summer Dumont
**Subject:** FW: 25 micron lens needs

We need to move forward on these, so our game plan at this end is to stick to the PO, which is for 12 of each T1 and T2 lens.



**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

**From:** Brad Piccirillo
**Sent:** Monday, July 07, 2014 1:32 PM
**To:** Drew Barada
**Cc:** Dan Thompson; John Leon; Billy Huang; Andy Dugrenier
**Subject:** 25 micron lens needs

Can one of you guys please give us some insight on your upcoming T1 and T2 needs for the 25 micron lenses?  We have to make conversions on these and we want to do it appropriately......

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

CONFIDENTIAL

# EXHIBIT 30

Message
_____

**From:**       Brad Piccirillo [/O=OEXCH015/OU=EXCHANGE ADMINISTRATIVE GROUP
                (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BRAD.PICCIRILLO_OSI]
**Sent:**       6/18/2014 1:40:48 PM
**To:**         Summer Dumont [Summer.Dumont@osi.us.com]
**CC:**         Brad Piccirillo [Brad.Piccirillo@osi.us.com]
**Subject:**    Fwd: 25 micron production quote
**Attachments:** Nanometrics1867a.docx

Summer,

Please make a copy of the attached quote and put it in my desk. Also, save a copy of this quote into my quote folder so I have it as a reference. Thanks, you're ugly, and have a fine evening.....

Brad

Sent by a not-so-smart phone user

-------- Original message --------
From: Brad Piccirillo
Date:06/18/2014 12:11 PM (GMT-07:00)
To: John Leon
Subject: 25 micron production quote

John,

Here's the production quote for the 25 micron lenses.

Brad



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0064344



## Optical Solutions Incorporated

26 Bull Run
Charlestown, NH  03603

phone: (603) 826-4411
fax: (603) 826-4488

Company: Nanometrics
attention: John Leon
phone: 408 545-6156

date: 6/18/14
log#: 1867a
page: 1 of 1

**Ref: 25 MICRON REFRACTIVE SE OBJECTIVE, 0.10NA, 190-1700NM**

John,

Here's the quote for the very high end refractive objective that Tony identified as marketing's future "necessity" ie. <25 micron spot size, etc.  Based on our meeting and subsequent excel spreadsheet emailed to us all by Dan Thompson on 6/19/13 (LensesNeededMatrix.xlsx), this would be the 5th lens option identified as Atlas III (logic), Lens #5.  It is designed to achieve; 0.10NA (3.75 mm EPD, 18.75mm EFL), 190-1700nm (195nm min design wavelength), +/-0.064mm Image Height, <65um Axial Color, <0.025 waves RMS wavefront at 633nm, >13mm Working Distance, Total Track < 83mm (Image to Stop Distance), with predicted On-Axis Lateral Color within Specification.

**Item 1: 25 MICRON REFRACTIVE SE OBJECTIVE, 0.10NA, 190-1700nm NANOMETRICS PN7710-0 42674 (T1 lens), OSI PN 5252 (finite conjugate)**
*50 units = $29,850.00 ea.
NRE (production) = $208,00.00

**Item 2: 25 MICRON REFRACTIVE SE OBJECTIVE, 0.10NA, 190-1700nm NANOMETRICS PN 7710-042675 (T2 lens), OSI PN 5262 (infinite conjugate)**
*50 units = 29,890.00 each
NRE (production) = $228,000.00

* 50 unit quantity pricing represents 50 units of each item (ie. 50 sets) - essentially,  this is 100 unit pricing broken out into two items.

Delivery: 26-30 weeks initial shipment. Sets will be shipped at an agreed schedule and quantity.

We hope this meets your needs.  Let me know if you need anything more from us.

Sincerely,

Bradley J. Piccirillo

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0064345

# EXHIBIT 31

| | |
|---|---|
| **From:** | Thompson, Dan [/o=nanometrics/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=dthompson] |
| **Sent:** | 6/18/2014 2:03:26 PM |
| **To:** | Yarussi, Rick; Barada, Andrew [abarada@nanometrics.com] |
| **CC:** | Huang, Billy [bhuang@nanometrics.com]; Leon, John [jleon@nanometrics.com]; Beddard, Tony [tbeddard@nanometrics.com] |
| **Subject:** | RE: 25 micron production quote |

No specs changed, only pricing.  I don't understand how NRE fits into the quote—it appears he wants us to pay NRE again prior to our next order.

---

**From:** Yarussi, Rick
**Sent:** 2014-06-18 Wednesday 1:40 PM
**To:** Barada, Andrew
**Cc:** Thompson, Dan; Huang, Billy; Leon, John; Beddard, Tony
**Subject:** Re: 25 micron production quote

Adding Tony.

I didn't change or add anything.  Did the previous quote include the birefringence spec? That's the only thing I can think of.

Sent from my phone. Pardon the fat thumb typos...

On Jun 18, 2014, at 1:16 PM, "Barada, Andrew" <abarada@nanometrics.com> wrote:

Adding Rick to the question.....

DrewB

---

**From:** Leon, John
**Sent:** Wednesday, June 18, 2014 1:04 PM
**To:** Thompson, Dan
**Cc:** Barada, Andrew; Huang, Billy
**Subject:** FW: 25 micron production quote

Dan,

Do you have any idea why the price quote would change for these lenses? Did we change the performance spec or the scope of work?

JL

---

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Wednesday, June 18, 2014 12:12 PM
**To:** Leon, John
**Subject:** 25 micron production quote

John,

**Exhibit 00187**

Andrew Barada

Here's the production quote for the 25 micron lenses.

Brad
<Nanometrics1867a.docx>
<mime-attachment>

CONFIDENTIAL

# EXHIBIT 32

Message

| | |
|---|---|
| **From:** | Brad Piccirillo [/O=OEXCH015/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BRAD.PICCIRILLO_OSI] |
| **Sent:** | 7/9/2014 3:21:52 PM |
| **To:** | Rich Trissel [richtrissel@gmail.com] |
| **Subject:** | Fwd: 25 micron production quote |

FYI

Brad

Sent by a not-so-smart phone user

-------- Original message --------
From: Brad Piccirillo
Date:07/09/2014 6:20 PM (GMT-05:00)
To: "Leon, John"
Subject: RE: 25 micron production quote

John,

You were on the conference call with me and Bruce, you remember, the one that he said he was going to get me NRE monies, then never got back to me. I agree the risk of doing the cash on this stuff I bought was solely on my hook. As a point if reference Nanometrics paid/offered exactly zero cents on the stuff I bought. That's ok man, I asked and you said no..... also on that phone call was a discussion on unit pricing for BOTH lenses. At that timei identified the original quote was based on a process consistent with our intended process for the 40 micron lens. Based on the R&D needed to figure out the stability issues related to the 40 micron lens (which I TOTALLY flipped the bill for and made you aware that it was a $700k solution, that nano again didn't offer any financial support). Again, I'm stand up and kept matchring on! In that conversation, it was stated AND that the 25 micron lens would maintain the 24 piece quantity pricing for the 100 piece quantity. Since this verbal agreement I have sent you many emails stating the production pricing.

I'm not sure where you are coming from with this however, we are either going to partner up in the correct manner, or issues are going to arise that will be detrimental to both of us. I really really need you to step up on this and place an order for at least 100 each for both the 25 micron and 40 micron lenses. I have a company to run and will not sit around idle waiting for Nano to decide.

Brad

Sent by a not-so-smart phone user

-------- Original message --------
From: "Leon, John"
Date:07/09/2014 2:24 PM (GMT-05:00)
To: Brad Piccirillo
Subject: RE: 25 micron production quote

EXHIBIT 276
_B. P._
6/30/22 S.D
PENGAD 800-631-6989

Brad,

We have a difference of understanding. Here is my recap. The production pricing staying the same as the initial pricing was only in respect to the 40micron lenses. The 25 micron lense was not part of the discussion. The initial NRE quote was based on OSI design which Nanometrics was not been privy to and thus the NRE would have been set entirely on OSI known variables and risks. While we recognize the difficulty in the designing and manufacturing of the 25micron solution...we have not had any discussion regarding an increase in NRE costs for the 25micron lenses.

I acknowledge the point of reference that you have identified in OSI investment for the 40 micron. Nanometrics made concession in the 40 micron cost to benefit OSI as a gesture of healthy partnering with OSI in helping to hurdle the startup costs for OSI. The OSI investment was not a nanometrics captive resource for capacity or capability and is a business decision made solely by OSI for OSI business needs.

The proposal for 25 micron has increased significantly and both production cost and in NRE cost Nanometrics had not planned this into the cost model.


John Leon
**VP of World Wide Operations**
nanometrics

Direct  USA:  **408-545-6156**
Mobile USA:  **408-561-5834**
E-mail: jleon@nanometrics.com

--------------------------------------------------
**Corporate Headquarters:**
--------------------------------------------------
Nanometrics Incorporated
1550 Buckeye Drive
Milpitas, CA 95035 USA

www.nanometrics.com

***What's the fastest way to get Nano Technical Support? Submit an email to tps@nanometrics.com!***

This e-mail and any file transmitted with it, is confidential and intended solely for the person or organisation to which it is addressed. It may contain privileged or confidential information and, if you are not the intended recipient, you must not disclose, copy, distribute or take any action in reliance upon it. Any views or opinions presented are solely those of the author and do not necessarily represent those of Nanometrics inc. If you have received this E-mail in error, please notify us as soon as possible and delete it from all data storage systems. All reasonable steps have been taken to ensure that this e-mail and its attachments are free from computer viruses. Nanometrics accepts no liability in respect of any loss, cost, damage or expenses suffered as a result of accessing this message or any of its attachments.

---

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Tuesday, July 08, 2014 5:09 PM
**To:** Leon, John
**Subject:** Re: 25 micron production quote

Hi John,

Pricing didn't go up on these.  Just to recap, the original quote was based on a process developed prior to all the stability issues.  Since then we have had to deal with issues related to correcting this problem for which I identified this problem during my conversations with you and Bruce. At that time I conveyed to you both that production pricing would be the same as the initial 24 unit pricing.  We all agreed that this was acceptable.  Regarding the NRE charges.  These costs are representative of our current situation where we

have developed an appropriate manufacturing means for creating a lens that meets both .025TWF and 2 microns lateral color.  Based on our prototype efforts, the cost associated with setting up to make such an extremely difficult lens is a cost that to accompany this part.  Realistically, my numbers added up more than twice what I quoted however, I did not feel it appropriate to pass all the costs along to you.  Just as a point of reference, I dropped somewhere between $1.5M and $2M last year to set up for the 40 micron lenses and didn't ask for any support.  Beyond that, to date, the 40 micron lens is not even break even for us.  I'm looking ahead, just like you probably are, with the expectation that the long haul will outweigh the upfront costs.

I hope this answers your concern.

Sent from Somewhere (Probably New Hampshire)

---

**From:** Leon, John
**Sent:** Tuesday, July 8, 2014 7:22 PM
**To:** Brad Piccirillo

Brad,

I have reviewed this "new" quote for the 25micron.

I have noticed that the Production cost and the NRE cost have both increased significantly in comparison to the original quote (see attached).

Can you help to explain or clarify why the proposed increase?

John Leon
**VP of World Wide Operations**
nanometrics

Direct USA: **408-545-6156**
Mobile USA: **408-561-5834**
E-mail: jleon@nanometrics.com

---------------------------------------------------------
**Corporate Headquarters:**
---------------------------------------------------------
Nanometrics Incorporated
1550 Buckeye Drive
Milpitas, CA 95035 USA

www.nanometrics.com
*What's the fastest way to get Nano Technical Support? Submit an email to* tps@nanometrics.com*!*

This e-mail and any file transmitted with it, is confidential and intended solely for the person or organisation to which it is addressed. It may contain privileged or confidential information and, if you are not the intended recipient, you must not disclose, copy, distribute or take any action in reliance upon it. Any views or opinions presented are solely those of the author and do not necessarily represent those of Nanometrics inc. If you have received this E-mail in error, please notify us as soon as possible and delete it from all data storage systems. All reasonable steps have been taken to ensure that this e-mail and its attachments are free from computer viruses. Nanometrics accepts no liability in respect of any loss, cost, damage or expenses suffered as a result of accessing this message or any of its attachments.

---

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Wednesday, June 18, 2014 12:12 PM
**To:** Leon, John
**Subject:** 25 micron production quote

John,

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Here's the production quote for the 25 micron lenses.

Brad

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0042917

# EXHIBIT 33

---

**Message**

| | |
|---|---|
| **From:** | Rich Trissel [richtrissel@gmail.com] |
| **Sent:** | 7/10/2014 3:40:35 PM |
| **To:** | Brad Piccirillo [Brad.Piccirillo@osi.us.com] |
| **Subject:** | Re: FW: 25 and 40 micron long term pricing |

Ok.  Good luck.  Nano sucks!  Are we back to square one on the pricing?!  That is not legit.

On Thursday, July 10, 2014, Brad Piccirillo <Brad.Piccirillo@osi.us.com> wrote:

> FYI
>
> I won't respond to this until I see the UV cement work.  If it does, you may not even need to come out as we can literally put one of these together in a day……

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

---

**From:** Leon, John [mailto:jleon@nanometrics.com]
**Sent:** Thursday, July 10, 2014 3:18 PM
**To:** Brad Piccirillo
**Cc:** Beddard, Tony
**Subject:** RE: 25 and 40 micron long term pricing

Brad,

I'm not sure what this means. "I will hold this offer till the end of business Friday 7/11".

Let's get our plans aligned.



EXHIBIT
3
-7-
31
20
Crawford

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0064294

Up to now we do not have a good working set of 25micron T1 and T2 lenses from OSI. We need three sets of 25micron T1 and T2 lenses as soon as possible in order to test and qualify the 25 micron lenses. When can we get ship dates for those 3 sets?

We have PO coverage for 12 sets and I am sure you can agree that before we can transition to production we must have a working solution. In the production volumes we do not understand and do not have agreement on a price increase in Lenses nor in NRE. Original quote for NRE was $54,350. The most recent proposal increases the NRE to $436K ($381,650 increase) the production cost of the actual lense increases from $17,460 to $29,890 ($12,430 increase). this most recent proposal is a gap in understanding that we need to clear up. We need your help to reach a cost model that allows Nanometrics to be competitive in our market space.

The 40 micron lenses have PO coverage for about another 15 sets and we are within a reorder window. we are reviewing our Customer forecast to determine follow order requirements. It is important to understand that we would expect the production pricing for the follow on orders of 40 micron lenses.

The priority right now, is to get 3 sets of 25micron lenses to Nano. When can we expect to receive ship commitments for 3 sets of 25 micron lenses?

John Leon

**VP of World Wide Operations**

nanometrics

Direct USA: **408-545-6156**

Mobile USA: **408-561-5834**

E-mail. jleon@nanometrics.com

---------------------------------------------

**Corporate Headquarters:**

---------------------------------------------

Nanometrics Incorporated
1550 Buckeye Drive
Milpitas, CA 95035 USA

**www.nanometrics.com**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                            OSI0064295

***What's the fastest way to get Nano Technical Support? Submit an email to
tps@nanometrics.com!***

This e-mail and any file transmitted with it, is confidential and intended solely for the person or organisation to which it is addressed. It may contain privileged or confidential information and, if you are not the intended recipient, you must not disclose, copy, distribute or take any action in reliance upon it. Any views or opinions presented are solely those of the author and do not necessarily represent those of Nanometrics Inc. If you have received this E-mail in error, please notify us as soon as possible and delete it from all data storage systems. All reasonable steps have been taken to ensure that this e-mail and its attachments are free from computer viruses. Nanometrics accepts no liability in respect of any loss, cost, damage or expenses suffered as a result of accessing this message or any of its attachments.

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Thursday, July 10, 2014 6:03 AM
**To:** Leon, John
**Subject:** 25 and 40 micron long term pricing

John,

I am trying to give you long term pricing commitment so you can plan accordingly.  In return, I am looking for short term commitments from Nano so that I can plan accordingly.  As I mentioned, I will maintain consistent pricing throughout the term of this project – for however long that is…..  In fairness, I will hold this offer till the end of business Friday 7/11.

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 34

Message
_____

| | |
|---|---|
| **From**: | Brad Piccirillo [/O=OEXCH015/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BRAD.PICCIRILLO_OSI] |
| **Sent**: | 2/6/2014 7:18:00 AM |
| **To**: | Summer Dumont [Summer.Dumont@osi.us.com]; Frost, Christy (cfrost@nanometrics.com) [cfrost@nanometrics.com] |
| **CC**: | Leon, John (jleon@nanometrics.com) [jleon@nanometrics.com] |
| **Subject**: | RE: Payment Status |
| **Attachments**: | Brad Piccirillo.vcf |

OK guys, that's enough tracking down payment.  Here's the deal with this as we move forward, we will not ship anything from this facility if payments are 7 or more days overdue.

Just so you both know, we are hoping to ship the 25 micron lens tomorrow.  This will not ship if payment is not received.

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

---

**From:** Summer Dumont
**Sent:** Thursday, February 06, 2014 10:16 AM
**To:** Frost, Christy (cfrost@nanometrics.com)
**Cc:** Leon, John (jleon@nanometrics.com); Brad Piccirillo
**Subject:** RE: Payment Status

Hi Christy and John,

Please update us on payment status as soon as possible.

Thanks,
Summer

**Summer Dumont**
Optical Solutions, Inc.
Office Administrator

Summer.Dumont@OSI.us.com
(603) 826-4411 Voice
(603) 826-4488 Fax

26 Bull Run
Charlestown, NH 03603

---

**From:** Summer Dumont
**Sent:** Wednesday, February 05, 2014 1:30 PM
**To:** Frost, Christy (cfrost@nanometrics.com)
**Cc:** Leon, John (jleon@nanometrics.com)
**Subject:** Payment Status

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hi Christy,

Can you please let me know when we can expect payment for OSI invoices 3272a, 3277 and 3278?

Thanks,
Summer



**Summer Dumont**
Optical Solutions, Inc.
Office Administrator

Summer.Dumont@OSI.us.com
(603) 826-4411 Voice
(603) 826-4488 Fax

26 Bull Run
Charlestown, NH 03603

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 35

Message
_____

| | |
|---|---|
| **From**: | Schmid, James [jschmid@nanometrics.com] |
| **Sent**: | 9/15/2014 2:54:42 PM |
| **To**: | Brad Piccirillo [Brad.Piccirillo@osi.us.com]; Summer Dumont [Summer.Dumont@osi.us.com] |
| **CC**: | Andrew Dugrenier [Andy.Dugrenier@osi.us.com]; Leon, John [jleon@nanometrics.com]; Huang, Billy [bhuang@nanometrics.com] |
| **Subject**: | Revised PO 59325 and new PO 6110304292 attached |
| **Attachments**: | PO 059325_4.pdf; PO 6110304292_0.pdf |

Hi Brad/Summer,

    Attached is a revised PO 59325 updating the price for line #9 to $29,870.00 and also a new order for another (20) sets of 40um lenses.

Please confirm receipt of PO's and I will work with accounting to get the past due invoices in this weeks check run.

Thank you,
**Jim Schmid**
Sr. Planner/Buyer

**nano**metrics
Direct USA: **408-545-6296**
Facimile USA: **408-433-4699**
E-mail: jschmid@nanometrics.com



EXHIBIT 277
PENGAD 800-631-6989
b. P.
6/30/22 -8N

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 1 of 4

**nano**metrics

NANOMETRICS INCORPORATED
1550 Buckeye Drive
Milpitas 95035
(408) 545-6000
http://www.nanometrics.com

# Purchase Order

| | |
|---|---|
| Supplier: | OPTICAL SOLUTIONS INC.<br>26 Bull Run<br>Charlestown, NH 03603<br>United States |
| Ship To: | NANOMETRICS INCORPORATED<br>1550 Buckeye Drive<br>Milpitas, CA  95035<br>United States |
| Bill To: | NANOMETRICS INCORPORATED<br>1550 Buckeye Drive<br>1550 Buckeye Drive<br>Milpitas, CA  95035<br>United States |

**Note: This purchase order number must appear on all invoices, shipping documents and cartons pertaining to this order.**

| | |
|---|---|
| Date: | 26-DEC-2013 |
| PO: | 059325 Rev. 4 |
| Type: | Standard   Purchase Order |
| Status: | APPROVED |
| Vendor #: | 3961 |
| Buyer: | James Schmid |
| Terms: | Net 30 days |

| | | | |
|---|---|---|---|
| Contact: | B PICCIRILLO (603 | | |
| Phone: | (603) 826-4411 | | |
| Fax: | (603) 826-4488 | | |
| Ship Via: | PILOT | FOB: | Resale Number |
| | | | SR-GH-102-042309 |

NOTE:  All Deliveries to 1550 Buckeye Dr Must be made at RECEIVING DOCK

~REFERENCE LOG# 1867~~NOTE: PO REVISED TO AMEND PRICING FOR (18)~LENSES ON LINE #9.~~RECEIVING DEPT:
PLEASE CONTACT HAIMING WANG~(X12121) UPON RECEIPT.

| Line | Part Number/ Description/ Current Rev/Rel. | Revision | Quantity | U/M | Due Date | Job # / Req # | W/H / Source | Unit Price | Extension/ Tax |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SE LENS,.25 MICRON<br>PAD,190-1700 - ENG MATERIAL | | 6 | Each | 30-SEP-14 | | Nanometrics US<br>( Milpitas ) | 29,870.00 | 179,220.00 |
| | Vendor P/N: | | | | | | | Tax Code: | |
| Comments | | | | | | | | | |

| Line | Part Number/ Description/ Current Rev/Rel. | Revision | Quantity | U/M | Due Date | Job # / Req # | W/H / Source | Unit Price | Extension/ Tax |
|---|---|---|---|---|---|---|---|---|---|
| 9 | SE LENS,.25 MICRON<br>PAD,190-1700 - ENG MATERIAL | | 18 | Each | 30-SEP-14 | | Nanometrics US<br>( Milpitas ) | 29,870.00 | 537,660.00 |
| | Vendor P/N: | | | | | | | Tax Code: | |
| Comments | | | | | | | | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0063525

Page **2** of 4

## Purchase Order # 059325

| Subtotal (before discounts) | USD 716,880.00 |
|---|---|
| Misc. Charges | |
| Sales Tax | |
| **TOTAL** | USD 716,880.00 |

**Important**: Be sure the PO# is on all invoices, shipping documents and cartons.

Buyer:

### INSTRUCTIONS TO VENDOR
NO RESPONSIBILITY WILL BE ASSUMED FOR VERBAL ORDERS.
ANY CHANGES MUST BE CONFIRMED IN WRITING
ALL MATERIALS must be forwarded in accordance with routing instructions above or as furnished by us prior to shipment, otherwise any difference in freight rates and extra cost of transportation will be charged to your account.
Acceptance of this order constitutes agreement to all terms and conditions shown on the following page and/or attached and made part of this purchase order.
AN EQUAL OPPORTUNITY EMPLOYER

James Schmid        jschmid@nanometrics.com

_____
                                    AUTHORIZED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0063526

NANOMETRICS, INC.

TERMS AND CONDITIONS OF PURCHASE

1.  ACCEPTANCE: Acceptance by the persons to whom this Order is addresses ("Seller") must be in exact compliance with its terms and shall be effective only upon receipt by Nanometrics of the acknowledgment portion of this Order Form signed by Seller, or, upon commencement of performance by Seller pursuant to this Order. A failure to object promptly in writing to any such term shall constitute its acceptance by Seller. Any terms and conditions stated by the Seller in acknowledging receipt of this Order which attempts to modify, contradict, or add to its provisions shall not be binding unless expressly agreed to in writing by Nanometrics.

2.  PACKING AND TRANSPORTATION: All shipments will be packed to prevent damage in transit, assure lowest transportation cost and meet carriers tariff requirements. No charge to Nanometrics will be made for boxing, crating, or storage without its prior written authorization.

3.  SHIPPING; DELIVER; RISK OF LOSS: (a) Delivery schedules as provide in connection with this Order by Nanometrics shall be binding upon Seller. Time  shall be of the essence with respect to any delivery or work schedule hereunder, if without authorization from Nanometrics, Seller ships goods so as to arrive more than two (2) days in advance of schedule, Nanometrics may either return the goods or store them at Sellers expense and risk. Any anticipated or actual delays in shipments shall be reported immediately to Nanometrics. Upon receiving such a report, Nanometrics may at its sole discretion either approve a revised schedule or, by written notice, terminate this Order in whole or in part without further liability to Seller, except for goods delivered or service performed prior to the date on which notice of termination is given to Seller. (b) Seller shall be liable for any damages resulting to Nanometrics as a result of any revision in schedule or termination under subparagraph (a) of this clause, unless the delay is due to causes beyond Sellers control and without its fault or negligence. Failure or delay by a subcontractor of Seller of any tier shall not excuse Seller unless it arises from causes beyond the control of both the Seller and the subcontractor and without the fault or negligence of either of them, and the supplies or services to be furnished by the subcontractor where not obtainable from other sources in time sufficient to permit the Seller to meet the schedule. (c) In case it is determined at any time that a delay is excusable under subparagraph (b) of this clause, any termination of this Order, in whole or in part by Nanometrics under subparagraph (a) of this clause shall be in accordance with clause 5 below entitled " CHANGES". (d) it is the Sellers responsibility to furnish the exact quantities called for on this Order, and no variation will be accepted as compliance, except by prior written agreement. Nanometrics may return excess shipments (or make other disposition at Sellers direction) at Sellers expense. (e) if shipment as specified on this order is "F.O.B Nanometrics," then Seller shall retain title to the goods, pay shipping costs and bear the risk of loss or damage until delivery is made to Nanometrics at the place designated on this Order, as specified on this order is approval and instructions from Nanometrics.  If the shipment is to be "F.O.B. Sellers Plant," then Seller shall be the cost of delivery of goods to a carrier of the type specified by Nanometrics. Title to the goods shall pass upon their delivery to the carrier and receipt of the necessary documentation by Nanometrics. Nanometrics shall pay all shipping cost and bear the risk of loss or damage to the goods in transit. Notwithstanding the foregoing, Seller shall be liable for any loss or damage discovered after transfer of title which is determined by Nanometrics to be a result of faulty packaging or handling by Seller.

4.  INSPECTION: TESTING: REJECTIONS: (a) Acceptance by Nanometrics of the  items to be supplied under this Order shall not occur until final inspection and testing at Nanometrics plant, not withstanding any payment or other prior inspections or design approvals. If any of the goods or services provided hereunder are found to be defective in material or workmanship, or otherwise not in conformity with the requirements of this Order, at any time within one (1) year after delivery, Nanometrics shall have the right to reject and return such goods or services at Sellers expense (including Nanometrics handling charges), or require that such defects be corrected, or such goods be replaced promptly with satisfactory goods, materials or workmanship, such adjustments to include an equitable reduction in the price of this Order for rejected items. Seller shall bear all risk of loss or damage in connection with rejected goods or services after receiving notice of rejection from Nanometrics. If Nanometrics so rejects the goods or if Seller, when required by Nanometrics, fails to proceed promptly with the replacement or correction thereof, Nanometrics may either terminate this Order for default or may replace or correct such goods, using other sources and in either event may charge Seller the cost of damage occasioned thereby. (b) Seller shall not resubmit rejected items for Nanometrics without prior written approval and instructions by Nanometrics. Seller shall identify resubmitted items as previously rejected. Nanometrics may witness final tests and inspect quality assurance records at Sellers plant prior to delivery of units and items purchased under this Order. Inspection by Nanometrics shall not relieve Seller from responsibility for quality control and inspection. Nothing in this clause 4 shall limit any of Nanometrics rights under any warranty or other clause of the contract formed pursuant to this Order.

5.  CHANGES:
(a) Nanometrics may at anytime, by written order, make changes within the general scope of this Order, in any one or more of the following:
    (1)   The drawings, designs, or specifications for goods which are to be specially manufactured in accordance herewith.
    (2)   The method of shipment or packing.
    (3)   The place of delivery, inspection, and acceptance.
(b) Nanometrics may change its schedule of delivery dates and the qualities of items specified therein, including the cancellation of the items, at any time. The price and payment schedule shall be automatically modified to reflect such changes.
(c) Nanometrics technical personnel may exchange technical information with Sellers technical personnel concerning goods to be furnished hereunder, pay shipping cost and bear the risk of loss or damage until delivery is made to Nanometrics at the place designated on this Order. Nanometrics shall not be bound by any change or adjustments affected by Seller unless it is authorized by Nanometrics in accordance with subparagraph (c) 0f this clause. Subject to the qualification of subparagraph 5 (b), If any such change causes an increase or decrease in the cost of, or the time required to performance of this Order, or otherwise affects any other provision of this Order, and equitable adjustment shall be negotiated in the price or delivery schedules, or both , and in such other provisions of this Order as may be so affected, such adjustment shall be accomplished by a written amendment of this Order signed by Nanometrics. Any claim by the Seller for adjustment under this clause must be asserted within twenty (20) days from  the date of receipt by the Seller of Nanometrics if it decides that the facts justify such action, may receive and act upon any such claim asserted at any time prior to final payment under this Order. However, nothing in this clause shall excuse the Seller from proceeding with its contract under this Order as changed.

6.  UNAUTHORIZED CHANGES IN APPROVED DESIGNS PARTS OR PROCESSES: Seller specifically agrees that it shall make no changes in any design, configurations, material, part or manufacturing process which has been approved by Nanometrics and which is applicable to this order without the prior approval by Nanometrics. Breach of this obligation shall be considered a material breach of contract.

7.  COMPLIANCE WITH LAWS: Seller represents that the goods to be furnished hereunder were or will be produced in compliance with the requirements of the Fair Labor Standards Act of 1938 as amended. Seller shall comply with all other applicable Federal, state, and local laws, rules, and regulations.

8.  TAXES: except as may be otherwise provided in this Order, the price includes all applicable Federal, state, or local taxes and duties.

9.  DEFAULT: Seller shall be in default in its performance of this Order for any action or omission constituting to breach of contract of law, including but not limited to: (a) Sellers failure to deliver the goods in compliance with the delivery schedule. (b) Sellers failure to comply within ten (10) days of having received written notice from Nanometrics with any other provision of this Order; (c) sellers failure to make progress so as to endanger performance; or (d) Sellers breach of the warranties set forth in clause 10. Notice of default will be given by Nanometrics to Seller, If Seller is in default Nanometrics may terminate this Order of any part thereof and invoke all rights and remedies provided by law or under this Order for any part thereof and invoke all rights and remedies provided by law or under this Order, including but not limited to the procurement of similar goods from other supplies in such terms and conditions as Nanometrics determines to be appropriate. Nanometrics may charge Seller for any excess costs thereby incurred, in addition to any other damages it suffers as a result the default.

10.  WARRANTIES: (a) Acceptance of the Order by Seller constitutes its affirmation that goods delivered hereunder are warranted against defects in materials or workmanship and will conform with the specifications, model, or other description of goods contained in this Order. These warranties shall extend to the future performance of the goods provided pursuant to this Order. Such warranties, together with Sellers service warranties and guarantees, if any, shall survive inspection, testing, acceptance of, and payment for the items provided hereunder and shall run to Nanometrics, its successors, assigns, and customers. ( b) Except for talent defects and defects which may no reasonable be discovered until the later performance of the goods sold under this Order, notice of any defect or nonconformity shall be given by Nanometrics to the Seller within one (1) year after acceptance. Notice of an expected defect shall be given promptly upon its discovery. Nanometrics may, at its option, return for credit or require prompt correction or replacement of the defective or nonconforming items at Sellers excese expense. However, Seller shall not replace or correct defective items except under Nanometrics written authorization. Items required to be corrected or replaced shall be subject to the applicable provisions of clause 4 hereof in the same manner and to the same extent as item rejected after initial inspection and testing.

11.  CONFIDENTIAL INFORMATION: (a) Goods made in accordance with Nanometrics' specification, drawings, or samples, shall not be furnished or quoted for any other person or firm nor shall they be copied, sold, offered, or advertised for sale by Seller without the written consent of Nanometrics. All  specifications, drawings, technical, data, tools, jigs, dyes, fixtures, materials and other items either furnished by Nanometrics or the cost

which is charged to Nanometrics shall be returned to Nanometrics without additional cost immediately upon request. Seller agrees to protect all materials subject to such confidences against unauthorized disclosure, to mark all such items with the legend " Property of Nanometrics Corporation," and to use such items only in filling orders from Nanometrics. Seller shall be liable for any loss or damage to any item covered by this clause. (b) Any knowledge, data or information with Seller has disclosed or shall hereafter disclose to Nanometrics in connection with the goods or services covered by this Order not, unless otherwise specifically agreed upon in writing by Nanometrics, be deemed to be confidential or proprietary information and shall be acquired free from any restrictions (other than a claim or patent infringement) as a part of the consideration for this order. (c) Seller shall not, without first obtaining Nanometrics consent, in any manner advertise or publish this fact that the goods ordered hereunder have been contracted for or furnished. Details of this order shall not be disclosed to any third party, nor shall goods be made to Nanometrics designs or specifications be supplied to any third party without written consent.

12.  INDEMNIFICATION: In the event Seller, its employees, agents or subcontractors enters premises occupied or under control of Nanometrics or its customers in the performance of it obligations under this Order, Seller shall identify and hold Nanometrics, its officers, directors, employees and customers harmless from any loss, cost, damage, expense liability by reason of loss, property damage or personal injury, of any nature or kind whatsoever arising out of, as result of, or in connection with such performance and occasioned in whole or in part by the acts or omissions of Seller, its employees, agents or subcontractors. In addition, except as specifically provide in this Order, seller shall indemnify Nanometrics against any other loss, cost, damage, expense or liability by reason of loss, property damage or personal injury of any nature or kind whatsoever, arising out of any performance by Seller under this Order, and occasioned by the acts or omissions of the Seller, its agents, employees, or subcontractors.

13.  PATENT INDEMNITY: (a) Nanometrics shall hold Seller harmless against any expenses or loss resulting from infringement of any patent or trademark due to compliance with Nanometrics designs, specifications or instructions. (b) Seller warrants and guarantees that items delivered under this Order do not infringe any valid patent, trademark or copyright owned or controlled by any other corporation, firm or person. Except as otherwise provided, in subparagraph 13(a) Seller shall defend any suit or proceeding brought against Nanometrics, its successors or assigns, so far as the same is based on a claim that any product, or any part thereof, furnished under this Order, constitutes an infringement of any trademark or patent of the United States or any foreign country or justification. Seller shall be notified promptly in writing and given authority, information, and assistance for the defense of the same by Nanometrics (at Sellers expense). Seller shall pay all damages and costs awarded therein against Nanometrics, its successors or assigns, the right to continue using said product or part, held to constitute an infringement and the use of said product or any part is enjoined, Seller shall, it its own expense, either procure for Nanometrics, it successors or assigns, the right to continue using said product or part, replace the same with noninfringing products, or modify it so it becomes noninfringing.

14.  NON-ASSIGNMENT: Any assignment by Seller of this Order, any interest herein, or any payment due hereunder, or any delegation of Sellers obligations hereunder, without the written consent of Nanometrics shall void. All claims for monies due or to become due from Nanometrics shall be subject to setoff or counterclaim arising out of this Order or any other Nanometrics contract with Seller whether before of after the date of this Order.

15.  TERMINATION: If seller ceases to conduct its operations in the normal course of business (including inability to meet its obligations as they mature) or if any proceeding under any bankruptcy or insolvency laws is brought against Seller or receiver for Seller is appointed or applied for, or an assignment for the benefit of creditors is made by Seller, Nanometrics may terminate this Order without liability except for deliveries previously made for goods and subsequently delivered in accordance with the terms of this Order.

16.  GENERAL: (a) Non Waiver. Failure by Nanometrics to enforce at any time or for any period of time any of the provisions hereof shall not be construed to be a waiver of such provisions nor the right of Nanometrics thereafter to enforce each and every provision herein contained. (b) Entire Agreement. This Order and its related schedules constitutes the entire understanding between the parties with respect to goods and services and supersedes all previous negations, commitments and writings with respect thereto. No alteration, modification, or amendment to duly authorized representatives of both parties. (c) Governing Law. This Order shall be governed in all respects and interpreted in accordance with the laws of the State of California.

## Acceptance Critera for Fabricated Parts

1.  Cosmetic Inspection for sheet metal and machine parts after coating:
    - Parts will be free of blemishes which will include the following:
        a.  Discoloration - Any change from original color or unintended inconsistent color.
        b.  Glossiness - An area of excessive or deficient gloss.
        c.  Lint - Any unintended foreign substance in the coating or on the surface.
        d.  Marks - Pits, sanding or other marks on the base material that remain visible after coating.
        e.  Blisters - Non adhesion. Lack of proper sticking of the coating to the surface.
        f.  Non-uniform coverage - Areas that have an insufficient or excessive coating.
        g.  Runs - Excessive coating that causes drips or non-uniform coverage.
        h.  Scratches - Shallow grooves.
        i.  Specks - Small Particles.
    - Cosmetic Inspection of finished parts shall be performed as the last inspection by Nanometrics and the first inspection by the customer.
    - Manufacturing steps that might affect finished part appearance shall be prepared to enable compliance with this cosmetic specification.
2.  Any discrepancy of the model and the detailed drawing will require immediate notification to Nanometrics for resolution prior to fabrication.

Any fabricated part associated with Mil Spec-A-8625(current Revision), Type II or III callout will require special plating conforming to Nanometrics plating requirements identified in document 7540-029779, current revision.  Any parts not conforming to this document is subject to rejection and will not be responsible for any associated costs.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0063528

Page **1** of **5**

**nano**metrics

NANOMETRICS INCORPORATED
1550 Buckeye Drive
Milpitas 95035
(408) 545-6000
http://www.nanometrics.com

# Purchase Order

| | |
|---|---|
| Supplier: | OPTICAL SOLUTIONS INC.<br>26 Bull Run<br>Charlestown, NH 03603<br>United States |

| Ship To: | NANOMETRICS INCORPORATED<br>1550 Buckeye Drive<br>Milpitas, CA  95035<br>United States |
|---|---|

| Bill To: | NANOMETRICS INCORPORATED<br>1550 Buckeye Drive<br>1550 Buckeye Drive<br>Milpitas, CA  95035<br>United States |
|---|---|

**Note: This purchase order number must appear on all invoices, shipping documents and cartons pertaining to this order.**

| | |
|---|---|
| Date: | 05-SEP-2014 |
| PO: | 6110304292 Rev. 0 |
| Type: | Standard   Purchase Order |
| Status: | APPROVED |
| Vendor #: | 3961 |
| Buyer: | James Schmid |
| Terms: | Net 30 days |

| | |
|---|---|
| Contact: | B PICCIRILLO (603 |
| Phone: | (603) 826-4411 |
| Fax: | (603) 826-4488 |
| Ship Via: | |

FOB:

NOTE:  All Deliveries to 1550 Buckeye Dr Must be made at RECEIVING DOCK

Resale Number
SR-GH-102-042309

| Line | Part Number/ Description/ Current Rev/Rel. | Revision | Quantity | U/M | Due Date | Job # / Req # | W/H / Source | Unit Price | Extension/ Tax |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 7710-040479  ASSY,LENS,SE OBJECTIVE,200-1700NM Rev:A | A 0 | 5 | Each | 06-MAR-15 | | Nanometrics US ( Milpitas ) | 9,700.00 | 48,500.00 |
| | Vendor P/N: | | | | | | | Tax Code: | |

**Comments**

| Line | Part Number/ Description/ Current Rev/Rel. | Revision | Quantity | U/M | Due Date | Job # / Req # | W/H / Source | Unit Price | Extension/ Tax |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 7710-043471  LENS,4017,T1,RC2,200-1700NM Rev:B | B 0 | 5 | Each | 06-MAR-15 | | Nanometrics US ( Milpitas ) | 9,700.00 | 48,500.00 |
| | Vendor P/N: | | | | | | | Tax Code: | |

**Comments**

| Line | Part Number/ Description/ Current Rev/Rel. | Revision | Quantity | U/M | Due Date | Job # / Req # | W/H / Source | Unit Price | Extension/ Tax |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 7710-040479  ASSY,LENS,SE OBJECTIVE,200-1700NM Rev:A | A 0 | 5 | Each | 10-APR-15 | | Nanometrics US ( Milpitas ) | 9,700.00 | 48,500.00 |
| | Vendor P/N: | | | | | | | Tax Code: | |

**Comments**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| Line | Part Number/ Description/ Current Rev/Rel. | Revision | Quantity | U/M | Due Date | Job # / Req # | W/H / Source | Unit Price | Extension/ Tax |
|------|---------------------------------------------|----------|----------|-----|----------|---------------|--------------|------------|----------------|
| 4 | 7710-043471 LENS,4017,T1,RC2,200-1700NM Rev:B | B 0 | 5 | Each | 10-APR-15 | | Nanometrics US ( Milpitas ) | 9,700.00 | 48,500.00 |
| | Vendor P/N: | | | | | | | Tax Code: | |

**Comments**

| Line | Part Number/ Description/ Current Rev/Rel. | Revision | Quantity | U/M | Due Date | Job # / Req # | W/H / Source | Unit Price | Extension/ Tax |
|------|---------------------------------------------|----------|----------|-----|----------|---------------|--------------|------------|----------------|
| 5 | 7710-040479 ASSY,LENS,SE OBJECTIVE,200-1700NM Rev:A | A 0 | 5 | Each | 22-MAY-15 | | Nanometrics US ( Milpitas ) | 9,700.00 | 48,500.00 |
| | Vendor P/N: | | | | | | | Tax Code: | |

**Comments**

| Line | Part Number/ Description/ Current Rev/Rel. | Revision | Quantity | U/M | Due Date | Job # / Req # | W/H / Source | Unit Price | Extension/ Tax |
|------|---------------------------------------------|----------|----------|-----|----------|---------------|--------------|------------|----------------|
| 6 | 7710-043471 LENS,4017,T1,RC2,200-1700NM Rev:B | B 0 | 5 | Each | 22-MAY-15 | | Nanometrics US ( Milpitas ) | 9,700.00 | 48,500.00 |
| | Vendor P/N: | | | | | | | Tax Code: | |

**Comments**

| Line | Part Number/ Description/ Current Rev/Rel. | Revision | Quantity | U/M | Due Date | Job # / Req # | W/H / Source | Unit Price | Extension/ Tax |
|------|---------------------------------------------|----------|----------|-----|----------|---------------|--------------|------------|----------------|
| 7 | 7710-040479 ASSY,LENS,SE OBJECTIVE,200-1700NM Rev:A | A 0 | 5 | Each | 10-JUL-15 | | Nanometrics US ( Milpitas ) | 9,700.00 | 48,500.00 |
| | Vendor P/N: | | | | | | | Tax Code: | |

**Comments**

| Line | Part Number/ Description/ Current Rev/Rel. | Revision | Quantity | U/M | Due Date | Job # / Req # | W/H / Source | Unit Price | Extension/ Tax |
|------|---------------------------------------------|----------|----------|-----|----------|---------------|--------------|------------|----------------|
| 8 | 7710-043471 LENS,4017,T1,RC2,200-1700NM Rev:B | B 0 | 5 | Each | 10-JUL-15 | | Nanometrics US ( Milpitas ) | 9,700.00 | 48,500.00 |
| | Vendor P/N: | | | | | | | Tax Code: | |

**Comments**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0063530

## Purchase Order # 6110304292

**Important**: Be sure the PO# is on all invoices, shipping
documents and cartons.

| | |
|---|---|
| Subtotal (before discounts) | USD 388,000.00 |
| Misc. Charges | |
| Sales Tax | |
| **TOTAL** | USD 388,000.00 |

**INSTRUCTIONS TO VENDOR**

NO RESPONSIBILITY WILL BE ASSUMED FOR VERBAL ORDERS.
ANY CHANGES MUST BE CONFIRMED IN WRITING
ALL MATERIALS must be forwarded in accordance with routing instructions above or as furnished by us
prior to shipment, otherwise any difference in freight rates and extra cost of transportation will be charged to
your account.
Acceptance of this order constitutes agreement to all terms and conditions shown on the following page
and/or attached and made part of this purchase order.
AN EQUAL OPPORTUNITY EMPLOYER

Buyer:

James Schmid      jschmid@nanometrics.com

_____
AUTHORIZED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0063531

**NANOMETRICS, INC.**

**TERMS AND CONDITIONS OF PURCHASE**

1.   ACCEPTANCE: Acceptance by the persons to whom this Order is addresses ("Seller") must be in exact compliance with its terms and shall be effective only upon receipt by Nanometrics of the acknowledgment portion of this Order Form signed by Seller, or, upon commencement of performance by Seller pursuant to this Order. A failure to object promptly in writing to any such term shall constitute its acceptance by Seller. Any terms and conditions stated by the Seller in acknowledging receipt of this Order which attempts to modify, contradict, or add to its provisions shall not be binding unless expressly agreed to in writing by Nanometrics.

2.   PACKING AND TRANSPORTATION: All shipments will be packed to prevent damage in transit, assure lowest transportation cost and meet carriers tariff requirements. No charge to Nanometrics will be made for boxing, crating, or storage without its prior written authorization.

3.   SHIPPING, DELIVER, RISK OF LOSS: (a) Delivery schedules as provide in connection with this Order by Nanometrics shall be binding upon Seller. Time  shall be of the essence with respect to any delivery or work schedule hereunder, if without authorization from Nanometrics, Seller ships goods so as to arrive more than two (2) days in advance of schedule, Nanometrics may either return the goods or store them at Sellers expense and risk. Any anticipated or actual delays in shipments shall be reported immediately to Nanometrics. Upon receiving such a report, Nanometrics may at its sole discretion either approve a revised schedule or, by written notice, terminate this Order in whole or in part without further liability to Seller, except for goods delivered or service performed prior to the date on which notice of termination is given to Seller. (b) Seller shall be liable for any damages resulting to Nanometrics as a result of any revision in schedule or termination under subparagraph (a) of this clause, unless the delay is due to causes beyond Sellers control and without its fault or negligence. Failure or delay by a subcontractor of Seller of any tier shall not excuse Seller unless it arises from causes beyond the control of both the Seller and the subcontractor and without the fault or negligence of either of them; and the supplies or services to be furnished by the subcontractor where not obtainable from other sources in time sufficient to permit the Seller to meet the schedule. (c) In case it is determined at any time that a delay is excusable under subparagraph (b) of this clause, any termination of this Order, in whole or in part by Nanometrics under subparagraph (a) of this clause shall be in accordance with clause 5 below entitled " CHANGES". (d) it is the Sellers responsibility to furnish the exact quantities called for on this Order, and no variation will be accepted as compliance, except by prior written agreement. Nanometrics may return excess shipments (or make other disposition at Sellers direction) at Sellers expense. (e) if shipment as specified on this order is "F.O.B Nanometrics," then Seller shall retain title to the goods, pay shipping costs and bear the risk of loss or damage until  delivery is made to Nanometrics at the place designated on this Order, as specified on this order is approval and instructions from Nanometrics.  if the shipment is to be "F.O.B. Sellers Plant," then Seller shall be the cost of delivery of goods to a carrier of the type specified by Nanometrics. Title to the goods shall pass upon their delivery to the carrier and receipt of the necessary documentation by Nanometrics. Nanometrics shall pay all shipping cost and bear the risk of loss or damage to the goods in transit. Notwithstanding the foregoing, Seller shall be liable for any loss or damage discovered after transfer of title which is determined by Nanometrics to be a result of faulty packaging or handling by Seller.

4.   INSPECTION: TESTING: REJECTIONS: (a) Acceptance by Nanometrics of the  items to be supplied under this Order shall not occur until final inspection and testing at Nanometrics plant, not withstanding any payment or other prior inspections or design approvals. if any of the goods or services provided hereunder are found to be defective in material or workmanship, or otherwise not in conformity with the requirements of this Order, at any time within one (1) year after delivery, Nanometrics shall have the right to reject and return such goods or services at Sellers expense (including Nanometrics handling charges), or require that such defects be corrected, or such goods be replaced promptly with satisfactory goods, materials or workmanship, such adjustments to include an equitable reduction in the price of this Order for rejected items. Seller shall bear all risk of loss or damage in connection with rejected goods or services after receiving notice of rejection from Nanometrics. If Nanometrics so rejects the goods or if Seller, when required by Nanometrics, fails to proceed promptly with the replacement or correction thereof, Nanometrics may either terminate this Order for default or may replace or correct such goods, using other sources and in either event may charge Seller the cost of damage occasioned thereby. (b) Seller shall not resubmit rejected items for Nanometrics without prior written approval and instructions by Nanometrics. Seller shall identify resubmitted items as previously rejected. Nanometrics may witness final tests and inspect quality assurance records at Sellers plant prior to delivery of units and items purchased under this Order. Inspection by Nanometrics shall not relieve Seller from responsibility for quality control and inspection. Nothing in this clause 4 shall limit any of Nanometrics rights under any warranty or other clause of the contract formed pursuant to this Order.

5.   CHANGES:

(a) Nanometrics may at anytime, by written order, make changes within the general scope of this Order, in any one or more of the following:

    (1)   The drawings, designs, or specifications for goods which are to be specially manufactured in accordance herewith.

    (2)   The method of shipment or packing.

    (3)   The place of delivery, inspection, and acceptance.

(b) Nanometrics may change its schedule of delivery dates and the qualities of items specified therein, including the cancellation of the items, at any time. The price and payment schedule shall be automatically modified to reflect such changes.

(c) Nanometrics technical personnel may exchange technical information with Sellers technical personnel concerning goods to be furnished hereunder, pay shipping cost and bear the risk of the loss or damage until delivery is made to Nanometrics at the place designated on this Order. Nanometrics shall not be bound by any change or adjustments affected by Seller unless it is authorized by Nanometrics in accordance with subparagraph (d) Of this clause. Subject to the qualification of subparagraph 5 (b), if any such change causes an increase or decrease in the cost of, or the time required to performance of this Order, or otherwise affects any other provision of this Order, and equitable adjustment shall be negotiated in the price or delivery schedules, or both , and in such other provisions of this Order as may be so affected, such adjustment shall be accomplished by a written amendment of this Order signed by Nanometrics. Any claim by the Seller for adjustment under this clause must be asserted within twenty (20) days from the date of receipt by the Seller of Nanometrics if it decides that the facts justify such action, may receive and act upon any such claim asserted at any time prior to final payment under this Order. However, nothing in this clause shall excuse the Seller from proceeding with its contract under this Order as changed.

6.   UNAUTHORIZED CHANGES IN APPROVED DESIGNS PARTS OR PROCESSES: Seller specifically agrees that it shall make no changes in any design, configurations, material, part or manufacturing process which has been approved by Nanometrics and which is applicable to this order without the prior approval by Nanometrics. Breach of this obligation shall be considered a material breach of contract.

7.   COMPLIANCE WITH LAWS: Seller represents that the goods to be furnished hereunder were or will be produced in compliance with the requirements of the Fair Labor Standards Act of 1938 as amended. Seller shall comply with all other applicable Federal, state, and local laws, rules, and regulations.

8.   TAXES: except as may be otherwise provided in this Order, the price includes all applicable Federal, state, or local taxes and duties.

9.   DEFAULT: Seller shall be in default in its performance of this Order for any action or omission constituting to breach of contract of law, including but not limited to: (a) Sellers failure to deliver the goods in compliance with the delivery schedule. (b) Sellers failure to comply within ten (10) days of having received written notice from Nanometrics with any other provision of this Order. (c) sellers failure to make progress so as to endanger performance; or (d) Sellers breach of the warranties set forth in clause 10. Notice of default will be given by Nanometrics to Seller. If Seller is in default Nanometrics may terminate this Order of any part thereof and invoke all rights and remedies provided by law or under this Order or any part thereof and invoke all rights and remedies provided by law or under this Order, including but not limited to the procurement of similar goods from other supplies in such terms and conditions as Nanometrics determines to be appropriate. Nanometrics may charge Seller for any excess costs thereby incurred, in addition to any other damages it suffers as a result the default.

10.   WARRANTIES: (a) Acceptance of the Order by Seller constitutes its affirmation that goods delivered hereunder are warranted against defects in materials or workmanship and will conform with the specifications, model, or other description of goods contained in this Order. These warranties shall extend to the future performance of the goods provided pursuant to this Order. Such warranties, together with Sellers service warranties and guarantees, if any, shall survive inspection, testing, acceptance of, and payment for the items provided hereunder and shall run to Nanometrics, its successors, assigns, and customers. ( b) Except for latent defects and defects which may no reasonable be discovered until the later performance of the goods sold under this Order, notice of any defect or nonconformity shall be given by Nanometrics to the Seller within one (1) year after acceptance. Notice of an exceeded defect shall be given promptly upon its discovery. Nanometrics may, at its option, return for credit or require prompt correction or replacement of the defective or nonconforming items at Sellers expense. However, Seller shall not replace or correct defective items except under Nanometrics written authorization. Items required to be corrected or replaced shall be subject to the applicable provisions of clause 4 hereof in the same manner and to the same extent as item rejected after initial inspection and testing.

11.   CONFIDENTIAL INFORMATION: (a) Goods made in accordance with Nanometrics' specification, drawings, or samples, shall not be furnished or quoted for any other person or firm nor shall they be copied, sold, offered, or advertised for sale by Seller without the written consent of Nanometrics. All  specifications, drawings, technical, data, tools, jigs, dyes, fixtures, materials and other items either furnished by Nanometrics or the cost of

OSI0063532

which is charged to Nanometrics shall be returned to Nanometrics without additional cost immediately upon request. Seller agrees to protect all materials subject to such confidences against unauthorized disclosure, to mark all such items with the legend " Property of Nanometrics Corporation," and to use such items only in filling orders from Nanometrics. Seller shall be liable for any loss or damage to any item covered by this clause. (b) Any knowledge, data or information with Seller has disclosed or shall hereafter disclose to Nanometrics in connection with the goods or services covered by this Order shall not, unless otherwise specifically agreed upon in writing by Nanometrics, be deemed to be confidential or proprietary information and shall be acquired free from any restrictions (other than a claim or patent infringement) as a part of the consideration for this order. (c) Seller shall not, without first obtaining Nanometrics consent, in any manner advertise or publish this fact that the goods ordered hereunder have been contracted for or furnished. Details of this order shall not be disclosed to any third party, nor shall goods be made to Nanometrics designs or specifications be supplied to any third party without written consent.

12. INDEMNIFICATION: In the event Seller, its employees, agents or subcontractors enters premises occupied or under control of Nanometrics or its customers in the performance of it obligations under this Order, Seller shall identify and hold Nanometrics, its officers, directors, employees and customers harmless from any loss, cost, damage, expense liability by reason of loss, property damage or personal injury, of any nature or kind whatsoever arising out of, as result of, or in connection with such performance and occasioned in whole or in part by the acts or omissions of Seller, its employees, agents or subcontractors. In addition, except as specifically provide in this Order, seller shall indemnify Nanometrics against any other loss, cost, damage, expense or liability by reason of loss, property damage or personal injury of any nature or kind whatsoever, arising out of any performance by Seller under this Order, and occasioned by the acts or omissions of the Seller, its agents, employees, or subcontractors.

13. PATENT INDEMNITY: (a) Nanometrics shall hold Seller harmless against any expenses or loss resulting from infringement of any patent or trademark due to compliance with Nanometrics designs, specifications or instructions. (b) Seller warrants and guarantees that items delivered under this Order do not infringe any valid patent, trademark or copyright owned or controlled by any other corporation, firm or person. Except as otherwise provided, in subparagraph 13(a) Seller shall defend any suit or proceeding brought against Nanometrics, its successors or assigns, so far as the same is based on a claim that any product, or any part thereof, furnished under this Order, constitutes an infringement of any trademark or patent of the United States or any foreign country or justification. Seller shall be notified promptly in writing and given authority, information, and assistance for the defense of the same by Nanometrics (at Sellers expense). Seller shall pay all damages and costs awarded therein against Nanometrics, its successors or assigns. In case any part thereof, is in such suit held to constitute an infringement and the use of said product or any part is enjoined, Seller shall, it its own expense, either procure for Nanometrics, it successors or assigns, the right to continue using said product or part, replace the same with noninfringing products, or modify it so it becomes noninfringing.

14. NON-ASSIGNMENT: Any assignment by Seller of this Order, any interest herein, or any payment due hereunder, or any delegation of Sellers obligations hereunder, without the written consent of Nanometrics shall void. All claims for monies due or to become due from Nanometrics shall be subject to setoff or counterclaim arising out of this Order or any other Nanometrics contract with Seller whether before of after the date of this Order.

15. TERMINATION: If seller ceases to conduct its operations in the normal course of business (including inability to meet its obligations as they mature) or if any proceeding under any bankruptcy or insolvency laws is brought against Seller or receiver for Seller is appointed or applied for, or an assignment for the benefit of creditors is made by Seller, Nanometrics may terminate this Order without liability except for deliveries previously made for goods and subsequently delivered in accordance with the terms of this Order.

16. GENERAL: (a) Non Waiver. Failure by Nanometrics to enforce at any time or for any period of time any of the provisions hereof shall not be construed to be a waiver of such provisions nor the right of Nanometrics thereafter to enforce each and every provision herein contained. (b) Entire Agreement. This Order and its related schedules constitutes the entire understanding between the parties with respect to goods and services and supersedes all previous negations, commitments and writings with respect thereto. No alteration, modification, or amendment to duly authorized representatives of both parties.  (c) Governing Law. This Order shall be governed in all respects and interpreted in accordance with the laws of the State of California.

<u>Acceptance Critera for Fabricated Parts</u>

1. Cosmetic inspection for sheet metal and machine parts after coating:

    (a) Parts will be free of blemishes which will include the following:

        a.    Discoloration - Any change from original color or unintended inconsistent color.

        b.    Glossiness - An area of excessive or deficient gloss.

        c.    Lint - Any unintended foreign substance in the coating or on the surface.

        d.    Marks - Pits, sanding or other marks on the base material that remain visible after coating.

        e.    Blisters - Non adhesion. Lack of proper sticking of the coating to the surface.

        f.    Non-uniform coverage - Areas that have an insufficient or excessive coating.

        g.    Runs - Excessive coating that causes drips or non-uniform coverage.

        h.    Scratches - Shallow grooves.

        i.    Specks - Small Particles.

    (b) Cosmetic Inspection of finished parts shall be performed as the last inspection by Nanometrics and the first inspection by the customer.

    (c) Manufacturing steps that might affect finished part appearance shall be prepared to enable compliance with this cosmetic specification.

2. Any discrepancy of the model and the detailed drawing will require immediate notification to Nanometrics for resolution prior to fabrication.

Any fabricated part associated with Mil Spec-A-8625(current Revision), Type II or III callout will require special plating conforming to Nanometrics plating requirements identified in document 7540-029779, current revision.  Any parts not conforming to this document is subject to rejection and will not be responsible for any associated costs.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0063533

# EXHIBIT 36

Message
_____

| | |
|---|---|
| **From**: | Brad Piccirillo [/O=OEXCH015/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BRAD.PICCIRILLO_OSI] |
| **Sent**: | 9/23/2014 3:17:33 AM |
| **To**: | John Leon [jleon@nanometrics.com] |
| **Subject**: | Re: 40 and 25 micron lens pricing |

John,

I'm sure you find my continued offers favorable as they represent a quarter million dollar savings on a 50 pc. set.  I thing Moore's Law is catching up to your industry.  Each node you guys keep competing for becomes increasingly more difficult with manufacturing costs that are no longer linear ie. this stuff is getting more difficult to make and has a higher price tag. Next year we're only looking at a third the quantity I was expecting so it's not looking favorable on that front.  As I've told you many times, two years into this thing and I'm not even close to breaking even on these lenses. Pushing me more and more on this issue is not going to end favorably for either of us.  Call me any time you want but at the end of business today I insist on an arrangement to move forward with, or an arrangement to finish up this 20 set requirement (because I would NEVER leave you or anyone else hanging) then we'll both call it a day with each other.

Brad

Sent from Somewhere (Probably New Hampshire)

**From:** Leon, John
**Sent:** Monday, September 22, 2014 5:06 PM
**To:** Brad Piccirillo

Brad,
I appreciate the flexibility on order quantities. This is a step in a favorable direction. We are challenged with costing and we must continue to figure out the costing as our Customers are reluctant to place orders at current cost models.

Can we have a phone call this afternoon or tomorrow?

John Leon
**VP of World Wide Operations**
nanometrics

Direct  USA:  **408-545-6156**
Mobile USA:  **408-561-5834**
E-mail:  jleon@nanometrics.com

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Thursday, September 18, 2014 1:53 PM
**To:** Leon, John
**Subject:** RE: 40 and 25 micron lens pricing

John,

OSI0042675

Let's work together on the 40 and 25 micron lenses.  We have a long term run on these lenses, and I want us to both be in agreement on pricing so that we don't have to keep coming back to this arena. As I explained to you, and I believe you understand, the unit price increase is due the increased manufacturing difficulty associated with maintaining lens stability - so that it achieves your desired stress levels.  The pricing you keep referring to was based on a whole different manufacturing scenario - I have said may times that the new "revised" price is $15k, you keep referring back to the $9,700....  Attached is an old quote, for the old version lens that has a 20 piece price of $13,420.00 each.  I propose we use one standard price for this lens that applies to any quantity (if you need a couple, and we have them in inventory, use the same unit price.  I expect that when you do order though, it will be in fairly substantial quantities, say at least 20 sets, so that we can gear up to manufacture in a reasonably economical.  What I don't want to happen by making this offer is a nickel and dime scenario where we don't have any in stock and you order only a few – this is will not be economically sound.  I don't foresee this happening as long as we work together......).  I will meet you half way between the old unit price of $9,700, and the existing unit price of $15,000 ie. $12,350 – I expect you will find this agreeable as it represents an equally distributed split for both of us.  It will help minimize costs on smaller quantities - such as the 20 sets you are currently ordering on PO#6110304292 Rev.0.

The 25 micron lens is a whole different animal.  Based on the extreme nature of this lens the $29,870 unit price is a value.  I will make the same offer on this lens regarding unit price ie. any reasonably small quantity will have the same unit price as larger quantities.....

Brad

---

**From:** Leon, John [mailto:jleon@nanometrics.com]
**Sent:** Wednesday, September 17, 2014 8:38 PM
**To:** Brad Piccirillo
**Subject:** RE: conf call

Sorry...been caught up in strategy meeting for 2 days.

I will call you at 8:30 our time tomorrow.

Sent via the Samsung GALAXY S®4, an AT&T 4G LTE smartphone

-------- Original message --------
From: Brad Piccirillo <Brad.Piccirillo@osi.us.com>
Date: 09/17/2014 5:31 PM (GMT-08:00)
To: "Leon, John" <jleon@nanometrics.com>
Subject: RE: conf call

I was expecting a phone call from you today. We need to work something out on the 40 micron lenses. I can't afford to continue to lose money on this project...... I would appreciate the standard $15k unit price on these, especially with the small quantity you are asking for. Regardless, let's get moving on this as there are greater things to plan for - like the 25 micron lenses that will inevitably catch on....

Brad

Sent by a not-so-smart phone user

-------- Original message --------

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

From: "Leon, John"
Date:09/16/2014 1:46 PM (GMT-05:00)
To: Brad Piccirillo
Subject: conf call

Brad I am tied up in a strategy meeting. I will call you at lunch break

John Leon
VP of Operations
Nanometrics
1550 Buckeye Drive
Milpitas, Ca. 95035
Office: 408.545.6156

Internal: 12156

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 37

# Optical Solutions Incorporated

26 Bull Run
Charlestown, NH   03603

phone: (603) 826-4411
fax: (603) 826-4488

Company: Nanometrics
attention: John Leon
phone: 408 545-6156

date: 6/18/14
log#: 1867b
page: 1 of 2

**Ref: 25 MICRON REFRACTIVE SE OBJECTIVE, 0.10NA, 190-1700NM**

John,

Here's the quote for the very high end refractive objective that Tony identified as marketing's future "nec essity" ie. <25 micron spot size, etc.  Based on our meeting and subsequent excel spreadsheet emailed to us all by Dan Thompson on 6/19/13 (LensesNeededMatrix.xlsx), this would be the 5th lens option identifie d as Atlas III (logic), Lens #5.  It is designed to achieve; 0.10NA (3.75mm EPD, 18.75mm EFL), 190-1700nm (195nm min design wavelength), +/-0.064mm Image Height, <65um Axial Color, <0.025 waves RMS wavef ront at 633nm, >13mm Working Distance, Total Track < 83mm (Image to Stop Distance), with predicted O n-Axis Lateral Color within Specification.

**Item 1: 25 MICRON REFRACTIVE SE OBJECTIVE, 0.10NA, 190-1700nm NANOMETRICS PN7710-042674 (T1 lens), OSI PN 5252 (finite conjugate)**
*50 units = $29,850.00 ea.
** 50 units = $22,387.50 ea.
NRE (production) = $208,000.00

**Item 2: 25 MICRON REFRACTIVE SE OBJECTIVE, 0.10NA, 190-1700nm NANOMETRICS PN 7710-042675 (T 2 lens), OSI PN 5262 (infinite conjugate)**
*50 units = 29,890.00 ea.
** 50 units = $22,417.50 ea.
NRE (production) = $228,000.00

* 50 unit quantity pricing represents 50 units of each item (ie. 50 sets) - essentially, this is 100 unit pricing broken out into two items.

**AMENDED 1/14/15**
**** Price reduced 25% to stop John Leon from nagging me to death……**

Delivery: 26-30 weeks initial shipment. Sets will be shipped at an agreed schedule and quantity.

We hope this meets your needs.  Let me know if you need anything more from us.

Sincerely,


Bradley J. Piccirillo

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
OSI0524091

# EXHIBIT 38

Message

| | |
|---|---|
| **From:** | Brad Piccirillo [/O=OEXCH015/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BRAD.PICCIRILLO_OSI] |
| **Sent:** | 2/6/2015 6:32:36 PM |
| **To:** | Leon, John [jleon@nanometrics.com] |
| **Subject:** | RE: |

Ok, here's the deal. Is the engineering challenge due to OSI's solution being to expensive OR is it a problem determining a solution via another supplier? If OSi's 25 micron matched lens is the ultimate technical solution that's an important factor - on which you and I (only you and I) can resolve and create a win win scenario. If nano believes there is an alternative solution that meets or exceeds OSI's solution that is an entirely different scenario. Do, key me know if nano's best technical approach for culturing future business is with our lens and you and I will make this happen.........


Brad


-------- Original message --------
From: "Leon, John" <jleon@nanometrics.com>
Date: 02/06/2015 9:17 PM (GMT-05:00)
To: Brad Piccirillo <Brad.Piccirillo@osi.us.com>
Subject: RE:

Hey Brad...yeah I just seen the text and this email. I am driving out for the weekend. What funny guy called you?

If it's ok I can call you tomorrow to discuss. I know you lowered your original price. So far the cost is still too much of a hurdle for commercial value to offset the tool  market value.

The 25 micron is still an unresolved engineering challenge.

John Leon
Vice President of
World Wide Operations
Ph. 408.545.6156
Mo.408.561.5834


-------- Original message --------
From: Brad Piccirillo
Date:02/06/2015 5:35 PM (GMT-08:00)
To: "Leon, John"
Subject:

John, I got a funny call from a guy in California just after I sent you the below text. Did you get this text from me earlier this afternoon?

Hey, what's the poop on the 25 micron lenses. I feel this is something that needs to be addressed soon. I know I just reduced the priced but have not heard from you since. What's happening? Is there anything I can do to offer addition input so this project moves forward?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Brad

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0042302

# EXHIBIT 39

Message

| | |
|---|---|
| **From:** | Brad Piccirillo |
| **Sent:** | 2/26/2015 11:44:07 AM |
| **To:** | 'Leon, John' [jleon@nanometrics.com] |
| **Subject:** | RE: Next Set |

John,

The new supply/set of lenses directly ordered to support the quantity 40 PO are scheduled to hit assembly within the next couple weeks.  We have been muscling our way through our current inventory to meet your interim expedited needs. The expectation was that we would ship 1 set per week thru the end of February, and two sets per week thereafter, which we are still on schedule to do.  We are doing everything we can to accelerate deliveries further.

Brad

**From:** Leon, John [mailto:jleon@nanometrics.com]
**Sent:** Thursday, February 26, 2015 2:37 PM
**To:** Brad Piccirillo
**Subject:** RE: Next Set

Brad,

I understand your perspective and we have a common goal. The gap here is that we need 2 sets per week for a short period of time and then you can scale back to 1 one week and 2 the next week alternating. We have been asking for 2 per week since January and we were assured that with the manufacturing improvements OSI would get there soon. 2 per week has not happened and we fall further behind. Anything you can do to catch up would be great.

The 25 micron is a project on hold for now.

John Leon
Vice President of
World Wide Operations
Ph. 408.545.6156
Mo.408.561.5834

-------- Original message --------
From: Brad Piccirillo
Date:02/26/2015 11:20 AM (GMT-08:00)
To: "Leon, John"
Subject: FW: Next Set

John,

See below.  It appears Nano's needs have increased again. As you know, it's tough for us to fluctuate our manufacturing to meet your ever changing demands - this is why we should put a liability PO in place.  Regardless, to date, I have covered inventory expenses so that Nano can support market potentials AND OSI can be viewed as a superior supplier.  As you can see, what Jim is asking for represents significant costs to OSI.  As I commented to you before, I prefer to stay out of mainstream production and that Rich and Jim/Billy should establish a fundamental basis for meeting each other's needs.  We have worked together for many years now, and it's apparent that Nanometrics is in a continual reactionary relationship with it's customers - something we both need to work together on if we are to be successful.  To say the least, I take this role very seriously.  Supporting your next 6 months production needs will obviously imposes a serious demand on our manufacturing -for both your needs as well as our other customers.  Before I discuss this with Rich, I want to know from you, where do we stand with the production order for the 25 micron lenses?

OSI0042180

Brad

-----Original Message-----
From: Rich Trissel
Sent: Thursday, February 26, 2015 11:51 AM
To: Brad Piccirillo
Subject: FW: Next Set
Importance: High

Hey Brad,

This just came in from Jim.  We are already working to an extremely aggressive schedule and now they are asking for an even faster one.  This is very, very ambitious and, to have any chance of achieving this, we will need to ramp up which will have a significant cost impact on OSI.

Rich

-----Original Message-----
From: Schmid, James [mailto:jschmid@nanometrics.com]
Sent: Thursday, February 26, 2015 8:16 AM
To: Rich Trissel
Cc: Huang, Billy
Subject: RE: Next Set
Importance: High

Hi Rich,
    This is not good. Even if you start shipping 2 sets a week next week we won't catch up to our MRP requirements until almost the end of June. I'm also concerned about where the new PO requirements begin. With us originally thinking May would be okay but now need to start receiving those lenses by mid Mar. Would you be able to start shipping against new PO by then? Please review the attached schedule and let me know if at any point you could accelerate the build schedule to exceed the 2 sets a week. Please let me know as soon as possible as I will need to escalate this as it will greatly impact our production schedule.

Thank you,
Jim

-----Original Message-----
From: Rich Trissel [mailto:Rich.Trissel@osi.us.com]
Sent: Thursday, February 26, 2015 7:22 AM
To: Schmid, James
Subject: RE: Next Set

Hi Jim,

Our next delivery will be next week.

Rich

-----Original Message-----
From: Schmid, James [mailto:jschmid@nanometrics.com]
Sent: Wednesday, February 25, 2015 2:54 PM
To: Rich Trissel
Cc: Liu, Summer
Subject: RE: Next Set
Importance: High

Hi Rich,
    Please let me know if the next lens or set is still on schedule for this week and if tomorrow ship is possible or if it's looking like Friday. If you need Friday to get a set please proceed with that ship schedule.

Thank you,
Jim

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 40

| From: | Crawford, Bruce [/O=NANOMETRICS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BCRAWFORD] |
|---|---|
| Sent: | 8/7/2013 12:54:16 PM |
| To: | Huang, Billy [bhuang@nanometrics.com] |
| Subject: | RE: PO 59325 - OPTICAL SOLUTIONS INC. |

thanks

**Bruce A. Crawford**
**Chief Operating Officer**
Direct: (408) 545-6155  Milpitas, Ca.
Direct: (541) 322-2508 Bend, Or.
Cell:   (541) 460-3010
Fax:    (408) 232-5910 Milpitas, Ca.
E-Mail: bcrawford@nanometrics.com

---

**From:** Huang, Billy
**Sent:** Wednesday, August 07, 2013 12:16 PM
**To:** Crawford, Bruce
**Cc:** Leon, John
**Subject:** PO 59325 - OPTICAL SOLUTIONS INC.

Bruce:

It was approved in SYSPRO at 11:07 AM.  I did not copy you when I sent out the email.  Sorry………

Billy

---

**From:** Huang, Billy
**Sent:** Wednesday, August 07, 2013 11:07 AM
**To:** Schmid, James
**Cc:** Wang, Haiming; Barada, Andrew; Leon, John
**Subject:** RE: PO 59325 - OPTICAL SOLUTIONS INC.

Approved in SYSPRO.

Thanks.

---

**From:** Schmid, James
**Sent:** Wednesday, August 07, 2013 10:59 AM
**To:** Huang, Billy
**Cc:** Wang, Haiming; Barada, Andrew; Crawford, Bruce; Leon, John
**Subject:** RE: PO 59325 - OPTICAL SOLUTIONS INC.

Billy,
    Please review requisition 54915 at your earliest convenience.

Thank you,
**Jim Schmid**
Sr. Planner/Buyer

CONFIDENTIAL

NANO_000039924

**nano**metrics
**Direct  USA:**  **408-545-6296**
**Facimile USA:**  **408-433-4699**
**E-mail**: jschmid@nanometrics.com

---

**From:** Crawford, Bruce
**Sent:** Wednesday, August 07, 2013 10:57 AM
**To:** Schmid, James; Leon, John
**Cc:** Wang, Haiming; Barada, Andrew; Huang, Billy
**Subject:** RE: PO 59325 - OPTICAL SOLUTIONS INC.

It's approved

**Bruce A. Crawford**
**Chief Operating Officer**
Direct: (408) 545-6155  Milpitas, Ca.
Direct: (541) 322-2508 Bend, Or.
Cell:    (541) 460-3010
Fax:    (408) 232-5910 Milpitas, Ca.
E-Mail: bcrawford@nanometrics.com

---

**From:** Schmid, James
**Sent:** Wednesday, August 07, 2013 10:22 AM
**To:** Leon, John
**Cc:** Wang, Haiming; Barada, Andrew; Huang, Billy; Crawford, Bruce
**Subject:** RE: PO 59325 - OPTICAL SOLUTIONS INC.

John,
    I have regenerated the requisition in syspro and have sent it to Billy based on you and Bruce's approvals. Please confirm this is still a go and I should send Brad the revised PO today.

Thank you,
**Jim Schmid**
**Sr. Planner/Buyer**

**nano**metrics
**Direct  USA:**  **408-545-6296**
**Facimile USA:**  **408-433-4699**
**E-mail**: jschmid@nanometrics.com

---

**From:** Leon, John
**Sent:** Tuesday, August 06, 2013 3:49 PM
**To:** Schmid, James; Crawford, Bruce
**Cc:** Wang, Haiming; Barada, Andrew; Huang, Billy
**Subject:** RE: PO 59325 - OPTICAL SOLUTIONS INC.

APPROVED.

Bruce please approve

CONFIDENTIAL                                                                        NANO_000039925

**From:** Schmid, James
**Sent:** Tuesday, August 06, 2013 3:40 PM
**To:** Leon, John
**Cc:** Wang, Haiming; Barada, Andrew; Huang, Billy
**Subject:** RE: PO 59325 - OPTICAL SOLUTIONS INC.

John,
    Req 54903 is now in your approval queue for the correction of the 18pcs (9set) unit cost for the above PO.

Thank you,
**Jim Schmid**
**Sr. Planner/Buyer**

**nano**metrics
**Direct  USA: 408-545-6296**
**Facimile USA: 408-433-4699**
**E-mail**: jschmid@nanometrics.com

---

**From:** Schmid, James
**Sent:** Tuesday, August 06, 2013 1:33 PM
**To:** Leon, John
**Cc:** Wang, Haiming; Barada, Andrew; Huang, Billy (bhuang@nanometrics.com)
**Subject:** RE: PO 59325 - OPTICAL SOLUTIONS INC.

John,
    Please advise if you would like me to revise the PO? The changes Brad indicates below will raise the overall PO value from $547,850.00 to $659,540.00 and I am still waiting for email approval from Bruce Crawford. Please send that along with your approval to amend PO as described below.

Thank you,
**Jim Schmid**
**Sr. Planner/Buyer**

**nano**metrics
**Direct  USA: 408-545-6296**
**Facimile USA: 408-433-4699**
**E-mail**: jschmid@nanometrics.com

---

**From:** Leon, John
**Sent:** Friday, August 02, 2013 8:39 AM
**To:** Brad Piccirillo; Schmid, James
**Cc:** Wang, Haiming; Barada, Andrew
**Subject:** RE: PO 59325 - OPTICAL SOLUTIONS INC.

Brad,

My misunderstanding. I derived this from our phone conversation and misunderstood what you were communicating. It is still a reduced cost from the original quote and we appreciate you working to reduce costs. We recognize the difficulty in achieving the product performance that we are requesting and we are equally anxious to deploy a product that will be in a league of its own.

CONFIDENTIAL

We will revise the PO.

**John Leon**
**Sr. Director of World Wide Operations**

**nano**metrics

**Direct  USA: 408-545-6156**
**Mobile USA: 408-561-5834**
**E-mail**: jleon@nanometrics.com

------------------------------------------------------
Corporate Headquarters:
------------------------------------------------------
Nanometrics Incorporated
1550 Buckeye Drive
Milpitas, CA 95035 USA

www.nanometrics.com
*What's the fastest way to get Nano Technical Support? Submit an email to* tps@nanometrics.com*!*

This e-mail and any file transmitted with it, is confidential and intended solely for the person or organisation to which it is addressed. It may contain privileged or confidential information and, if you are not the intended recipient, you must not disclose, copy, distribute or take any action in reliance upon it. Any views or opinions presented are solely those of the author and do not necessarily represent those of Nanometrics inc. If you have received this E-mail in error, please notify us as soon as possible and delete it from all data storage systems. All reasonable steps have been taken to ensure that this e-mail and its attachments are free from computer viruses. Nanometrics accepts no liability in respect of any loss, cost, damage or expenses suffered as a result of accessing this message or any of its attachments.

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Friday, August 02, 2013 6:29 AM
**To:** Schmid, James
**Cc:** Leon, John; Wang, Haiming; Barada, Andrew
**Subject:** Re: PO 59325 - OPTICAL SOLUTIONS INC.

Guys,

The attached PO is not what I agreed to with John. It was suppose to be the 12 set price applied to the 3 set requirement, with a contingency that we would "deal with" residual costs if additional requirements weren't needed (probably 50% of the residual PO value).  This solved both our problems.  For you, reduction in unit pricing.  For me, the ability to make additional parts so that we are not stuck flipping the bill for time and effort to muster up additional units once your customers realize exactly what you are sitting on (there was a serious cost to us the past few months trying to make extras parts from basically nothing).  We did it in support of Nano's marketing efforts, and did not pass costs along to you.  The same things going to happen this time, but on a much larger scale because these things will be in a league of their own, and I expect huge customer interest.  Even though I feel it is totally wrong that you applied the 240 unit production pricing to 8 of these sets, I understand that you are trying to minimize the upfront engineering costs.  Based on the fact that the last order went from prototype quantities directly to 100 units (50 sets), I expect this will not only happen again, it will be on a larger scale. It is not my intention to over inflate the cost of your product, but you should understand and appreciate how much time, effort and talent goes into making optics at this level, and it's extremely expensive to develop something like this.  It is always my intention to create a win-win scenario, and not to burden the engineering process with undo costs, as we both know the reward lies in presenting a superior product that will generate significant market interest.  I have been looking at my quote and will try and help reduce this cost burden even further.  You guys shouldn't look at this purchase order as a bottom line cost to make 3 sets, it should be viewed as a conduit that covers product realization, ironing out engineering

concerns, providing a buffer to risk, and supports additional customer interests to fill the void when product requirements are needed and our ability to make more product in non existent.  I'll bet you anything you want the lay on the table, that these 12 sets will not be enough to carry us over this threshold!  Anyway, I will meet you half way on the extra 8 sets by offering a unit price between the 12 set ($29,870) and 100 set pricing ($17,460), which is $23,665.

Just so there's no confusion the PO should reflect this:

6 @ $29,870 = $179,220
18 @ $23,665 = $425,970
NRE = $54,350

If any of you are reading this and pissing and moaning about the cost, you're on the wrong page.  We are about to knock the socks off your competition!!!

Sent from Somewhere (Probably New Hampshire)

---

**From:** Schmid, James
**Sent:** Thursday, August 1, 2013 5:30 PM
**To:** Brad Piccirillo
**Cc:** Leon, John, Wang, Haiming, Barada, Andrew

Hi Brad,
    Attached is a PO for items from your log#1867. Please confirm receipt of PO and let me know if everything looks good to you. Thank you and have a nice rest of your day.

Regards,
Jim Schmid
Sr. Planner/Buyer
nanometrics
Direct  USA:  408-545-6296
Facimile USA:  408-433-4699
E-mail: jschmid@nanometrics.com


------------------------------------------------------------
Corporate Headquarters:
------------------------------------------------------------

Nanometrics Incorporated
1550 Buckeye Drive
Milpitas, CA 95035 USA


www.nanometrics.com


This e-mail and any file transmitted with it, is confidential and intended solely for the person or organisation to which it is addressed. It may contain privileged or confidential information and, if you are not the intended recipient, you must not disclose, copy, distribute or take any action in reliance upon it. Any views or opinions presented are solely those of the author and do not necessarily represent those of Nanometrics inc. If you have received this E-mail in error, please notify us as soon as possible and delete it from all data storage

                                                     NANO_000039928

systems. All reasonable steps have been taken to ensure that this e-mail and its attachments are free from computer viruses. Nanometrics accepts no liability in respect of any loss, cost, damage or expenses suffered as a result of accessing this message or any of its attachments.

CONFIDENTIAL

NANO_000039929

# EXHIBIT 41

**Addendum to Purchase Agreement**

This Addendum to Purchase Order numbers 055637 and 059325 (Addendum) between Optical Solutions Incorporated (OSI) and Nanometrics Incorporated ("Nano") amends Purchase Order No. 055637 dated December 19, 2012, and 059325 dated August 1, 2013 (aggregately the "PO").  Unless modified herein, all terms in the PO shall remain unchanged and in full force and effect.

1. **Introduction**

   The purpose of this Addendum is to document an exclusive product supply agreement between OSI and Nano. This addendum will address all small spot lens listed below for future purchases as listed in 2.2 below.

2. **Definitions**

   **2.1 Exclusive Supplier** shall mean Nano will purchase all Small Spot Lens, as defined in Section 2.2 below, required for commercial sale from Optical Solutions Incorporated (OSI).

   **2.2 Small Spot Lens** shall mean the following lenses which meet the specifications and commercial product performance specifications established by Nano in the applicable design specification:
   - SE lens set in 6 element 190-1700 wavelength and 35um spot size  (design specification attached)
   - SE lens set (in 6-8element, reference) 190-1700 wavelength and 25um spot size (design specification to be provided by Nano)
   - SR lens set (in 6-8 element, reference)190-1700 wavelength 25um spot size (Impulse head) (design specification to be provided by Nano)
   - SR lens set (in 6-8 element, reference)190-1700 wavelength 25um spot size (NGSR) (design specification to be provided by Nano)
   - Future NextGen Reflective optics (design specification and commercial requirements to be provided by Nano)

3. **Supply Terms**

   If, on or before the date of completion established in the design specification, which date may be amended by mutual agreement, OSI is able to produce small spot lens which meets the specifications and commercial product performance specifications established by Nano in the applicable design specifications, OSI shall be Nano's Exclusive Supplier of Small Spot Lens for the commercial life of the products in which the Small Spot Lens are deployed.

4. **Other Terms**

   **4.1** In the event that OSI is not able to meet the product specifications, commercial product performance, or peak volumes to meet Nano's commercial requirements, which may be reviewed and modified to allow for OSI to have reasonable ramp up time to meet such commercial volumes, Nano may purchase Small Spot Lens from alternative suppliers. Notwithstanding the foregoing, Nano shall give notice to OSI in the event that such commercial

1

EXHIBIT  3
_ 4 _ 31
Crawford   22

PENGAD 800-631-6989

requirements have increased, and OSI shall have a reasonable period of time to ramp up to meet such commercial volumes.

**4.2** Purchase of Small Spot Lens shall be at the price and terms and conditions set forth in the PO. For those lens not yet subject to a PO, price will be negotiated by the parties and terms and conditions shall be Nano standard terms and conditions.

**4.3** OSI may not assign or otherwise transfer this agreement without the advance written consent of Nano.

Approved and Agreed OSI

By: Bruce A. Crawford

Title:  Chief Operations Officer

Nanometrics Incorporated

By: _____

Title: _President_ _____

Date: 09/09/13

Date: _09/09/13_ _____

2

NANO_000041018

# EXHIBIT 42

| From: | Crawford, Bruce [/O=NANOMETRICS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BCRAWFORD] |
|---|---|
| Sent: | 9/27/2013 11:36:34 AM |
| To: | Brad Piccirillo (Brad.Piccirillo@osi.us.com) [Brad.Piccirillo@osi.us.com] |
| CC: | Beddard, Tony [tbeddard@nanometrics.com]; Leon, John [jleon@nanometrics.com] |
| Subject: | FW: |
| Attachments: | Brad Piccirillo.vcf; OSI - Nanometrics NRE.pdf |

I don't understand the price reduction and we don't know if the future design will meet spec.  Can we have a schedule against forecast of price reduction and a method to reduce Nano exposure on design shortfalls.

B

Bruce A. Crawford
Chief Operating Officer
Direct: (408) 545-6155  Milpitas, Ca.
Direct: (541) 322-2508 Bend, Or.
Cell:    (541) 460-3010
Fax:     (408) 232-5910 Milpitas, Ca.
E-Mail: bcrawford@nanometrics.com

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Friday, September 27, 2013 8:20 AM
**To:** Crawford, Bruce
**Subject:**

Bruce,

I don't pressure people on stuff like this as  I believe money is simply a tool, just like a screwdriver..... In this case, I purchased what I felt was the necessary manufacturing infrastructure to directly support the production requirements of the current 6 element lens design, plus the initial expectations related to the upcoming 8 element design. It was my decision to purchase what I felt we needed so no skin off your ass if you chose not to fund this.  My goal was to make provisions to support upcoming requirements without the delay of waiting for this stuff to be made while we drift further and further back with our ability to meet your production needs.  I could have waited, but I felt the benefits would outweigh the risks..... Anyway, if you chose to cough up the $1.45M (after taxes please) and capitalize on the unit price reduction that I've outlined on my quote, the choice is yours. Do me a favor though, make a decision on this PRIOR to our start of manufacture of the 8 element design as it will impact the costing structure I have already outlined.

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com



EXHIBIT
- 5 - 3/31/22
Crawford

NANO_000041187

| | |
|---|---|
| **Full Name:** | Brad Piccirillo |
| **Last Name:** | Piccirillo |
| **First Name:** | Brad |
| **Company:** | Optical Solutions Inc. |
| **Business Address:** | 26 Bull Run Charlestown, NH 03603 |
| **Business Phone:** | (603) 826-4411 |
| **Mobile Phone:** | (603) 504-2305 |
| **Web Page:** | www.opticalsolutionsinc.com |
| **E-mail:** | Brad.Piccirillo@OSI.us.com |

NANO_000041188

# AMORTIZATION SCHEDULE

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $1,450,000.00 | 09-26-2013 | 12-31-2018 | 800171853 | 21 | 53414 | *** | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "****" has been omitted due to text length limitations.

**Borrower:**   Optical Solutions Inc
26 Bull Run
Charlestown, NH  03603

**Lender:**   Savings Bank of Walpole
Marlboro Street Office
84 Marlboro Street
PO Box 744
Keene, NH  03431

**Disbursement Date:** September 26, 2013
**Interest Rate:** 3.750

**Repayment Schedule:** Irregular
**Calculation Method:** 365/365 U.S. Rule

| Payment Number | Payment Date | Payment Amount | Interest Paid | Principal Paid | Remaining Balance |
|---|---|---|---|---|---|
| 1 | 12-31-2013 | 14,301.37 | 14,301.37 | 0.00 | 1,450,000.00 |
| **2013 TOTALS:** | | **14,301.37** | **14,301.37** | **0.00** | |
| 2 | 03-31-2014 | 13,407.53 | 13,407.53 | 0.00 | 1,450,000.00 |
| 3 | 06-30-2014 | 13,556.51 | 13,556.51 | 0.00 | 1,450,000.00 |
| 4 | 09-30-2014 | 13,705.48 | 13,705.48 | 0.00 | 1,450,000.00 |
| 5 | 12-31-2014 | 13,705.48 | 13,705.48 | 0.00 | 1,450,000.00 |
| 6 | 12-31-2014 | 290,000.00 | 0.00 | 290,000.00 | 1,160,000.00 |
| **2014 TOTALS:** | | **344,375.00** | **54,375.00** | **290,000.00** | |
| 7 | 03-31-2015 | 10,726.03 | 10,726.03 | 0.00 | 1,160,000.00 |
| 8 | 06-30-2015 | 10,845.21 | 10,845.21 | 0.00 | 1,160,000.00 |
| 9 | 09-30-2015 | 10,964.38 | 10,964.38 | 0.00 | 1,160,000.00 |
| 10 | 12-31-2015 | 10,964.38 | 10,964.38 | 0.00 | 1,160,000.00 |
| 11 | 12-31-2015 | 290,000.00 | 0.00 | 290,000.00 | 870,000.00 |
| **2015 TOTALS:** | | **333,500.00** | **43,500.00** | **290,000.00** | |
| 12 | 03-31-2016 | 8,111.92 | 8,111.92 | 0.00 | 870,000.00 |
| 13 | 06-30-2016 | 8,111.68 | 8,111.68 | 0.00 | 870,000.00 |
| 14 | 09-30-2016 | 8,200.82 | 8,200.82 | 0.00 | 870,000.00 |
| 15 | 12-31-2016 | 8,200.82 | 8,200.82 | 0.00 | 870,000.00 |
| 16 | 12-31-2016 | 290,000.00 | 0.00 | 290,000.00 | 580,000.00 |
| **2016 TOTALS:** | | **322,625.24** | **32,625.24** | **290,000.00** | |
| 17 | 03-31-2017 | 5,362.85 | 5,362.85 | 0.00 | 580,000.00 |
| 18 | 06-30-2017 | 5,422.60 | 5,422.60 | 0.00 | 580,000.00 |
| 19 | 09-30-2017 | 5,482.19 | 5,482.19 | 0.00 | 580,000.00 |
| 20 | 12-31-2017 | 5,482.19 | 5,482.19 | 0.00 | 580,000.00 |
| 21 | 12-31-2017 | 290,000.00 | 0.00 | 290,000.00 | 290,000.00 |
| **2017 TOTALS:** | | **311,749.83** | **21,749.83** | **290,000.00** | |
| 22 | 03-31-2018 | 2,681.51 | 2,681.51 | 0.00 | 290,000.00 |
| 23 | 06-30-2018 | 2,711.30 | 2,711.30 | 0.00 | 290,000.00 |
| 24 | 09-30-2018 | 2,741.10 | 2,741.10 | 0.00 | 290,000.00 |
| 25 | 12-31-2018 | 292,741.10 | 2,741.10 | 290,000.00 | 0.00 |
| **2018 TOTALS:** | | **300,875.01** | **10,875.01** | **290,000.00** | |
| **TOTALS:** | | **1,627,426.45** | **177,426.45** | **1,450,000.00** | |

**NOTICE:** This is an estimated loan amortization schedule. Actual amounts may vary if payments are made on different dates or in different amounts.

LASER PRO Lending, Ver. 13.2.0.018  Copr. Harland Financial Solutions, Inc. 1997, 2013.  All Rights Reserved.   NH  TR-1774  PR-5

NANO_000041189

# EXHIBIT 43

Message

| | |
|---|---|
| **From**: | Holly Piccirillo [bhpicc@gmail.com] |
| **Sent**: | 11/19/2013 9:51:01 AM |
| **To**: | Brad Piccirillo [Brad.Piccirillo@osi.us.com] |
| **Subject**: | Re: FW: |

Well written!

On Tue, Nov 19, 2013 at 12:42 PM, Brad Piccirillo <Brad.Piccirillo@osi.us.com> wrote:

FYI



**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

**From:** Brad Piccirillo
**Sent:** Tuesday, November 19, 2013 12:03 PM
**To:** Bruce Crawford
**Subject:**

Bruce,

Here's the simplest overview I can come up with.

First, so you don't have to read between the lines, if I were in your shoes I would want to know, "what does OSI need" and "how does what's on our plate today affect current and future work and/or relations". So here you have it. I started, and have owned this company since 1996, with the fundamental mindset that we would provide optical solutions beyond what this industry has to offer. Our track record has proven that we have risen to this level. Without boring you with the details, OSI has developed very high end talents that are utilized to partner with customers in a manner that I would view as "extremely high level partnering". Consistent with this philosophy are loyal relationships that exist with only a select few customers. This has always been a good business model for us, for which we have enjoyed a simple path of manufacturing very profitable, small production R&D jobs. As we all know, responsibilities change and time

**Exhibit
0134**
6/7/2022
Piccirillo

OSI0058097

keeps moving on. Even though I'm still in my 40's, this company has progressed to a level that demands that I make provisions for its future - if I don't start transitioning this company it would go stagnant without the opportunity for growth to occur in my inevitable absence. I've always felt it my obligation to ensure that the right infrastructure be in place before I could seriously head down this path. This is a very unselfish position on my part as I could have continued on for the next 10 years or so and walked away financially sound. Anyway, I tell you this as it plays a part in what is on our collective table.

I consider the pro's and cons for both of us as follows:

Pro's – Nanometrics represents a perfect marriage to OSI as the products you demand are beyond the scope of manufacturing for 99% of the companies out there. This relationship, if successful, will provide both our companies with consistent work and will result in products that lead the marketplace. I believe that Nano desires to invest in OSI as sole provider of their optics, in return, OSI is willing to be a sole supplier to Nano. In my opinion, there is no better relationship than this as it requires that your competition find a better winning combination than what we can develop! If we both don't get selfish, the uniqueness of this relation is truly something that will enable both our companies to grow and stay ahead of our competition. I view this like a band. Very seldom does a relationship form that produces greatness such as a Pink Floyd or Led Zeppelin. I don't know how this happens, but for some reason, the talent AND chemistry existed within these bands. More often than not, a talented bunch of musicians get together and it falls apart (usually due to one of the members thinking they solely possess the unique quality that drives the band)- Creed, Boston, Journey….. I state this as it's essential that we develop the appropriate fundamental relationship so that we don't have unrest and create potentials that can degrade the vision of what we are trying to establish.

Con's – We are both embarking to creating advancements in our technologies. Since we are both industry leaders in advanced solutions, it requires that we continually push the envelope of what is possible. Encompassed within these unknowns is the potential for significant risk and significant reward. It is my position, as I am sure it is yours (as we both understand that we MUST continually press these areas if we are to move forward) that a correct constructive relationship exist. As for me, I'm all in! Also, as for me, OSI is a small company that requires significant infrastructure in order to meet Nano's needs. As we have been discussing, our attempt at meeting these needs has proven to be a significant financial burden (although I am not one bit disappointed in where we are at). The engineering and manufacturing expertise we have gained over the past six month will prove invaluable for our future long term success. I would sum it up as "technical accomplishment at the sacrifice of cash". How I see our technology, I believe we have a firm handle on the 40 micron SE lens and have a game plan in place for coming up with an engineering solution for a 25 micron SE lens. As we both know, the 25 micron lens is a much more difficult lens to manufacture, especially to the levels you need. Although I am not afraid of this endeavor (as I am 100% confident we will develop the product you need), we are in the same situation as the initial 40 micron lens, where we don't have margin to apply the proper engineering in order to develop the product ie. we will again need to muscle our way through with the hope of "nailing it" the first time. Obviously, if it doesn't prove successful, we will scurry around trying to evaluate the results and make decisions to correct for them. I state this as it again represents an unknown outcome. The benefit we now have, unlike before, is our experience with the 40 micron lens – this will prove huge. No need to further explain this scenario as I'm sure you get the picture. My only concern/comment is that if it's unsuccessful, we'll need to devote all of our resources to deal with it and find ourselves dealing with costs again – this isn't a negative comment, just a realistic view.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Neither Pro or Con - My business side for doing anything is that I "do it right, or don't do it at all". As I have made you aware, I just dropped $1.45M and am considering another $330K for incorporating the correct capacities in this place in support of your parts (I didn't have a loan prior to this). As I initially thought, and as I see playing out, once we were successful in yielding a product, Nano demands would go up. I made the decision to spend this money as it was a much better transition for us to develop your initial product while being burdened with implementing additional machines and employees vs. accepting orders based on a finished product with known manufacturability (meaning that Nano would have insisted on a very explicit delivery schedule and marketing would have committed/projected customer deliveries based on minimal turnaround). The latter of the two would have been a total disaster and as it sits now we are both in a much better position.

Here's the real deal right now. As I stated in my previous letter, since the beginning of the year OSI is at a loss between $650 - $750K directly related to the development and production of the 40 micron lens. Prior to going into this effort we had $0 on our LOC, and are now exactly at $300K. Again, prior to going into this I had $0 in loans, and now have $1.45M with another $300K expected. Plain and simple that's it…….

Here's what we can expect right now. The 40 micron lens is developed to a production level. Based on the increased difficulty of making these products to meet the low retardance/stability, we will need to maintain $15k unit pricing on the production volumes. Consistent with the increased difficulty of manufacture, the 25 micron lens unit price will need to increase proportionally (@ 55%).

My personal assessment of the current financial situation. We can look at this two ways. 2). We can simply assess the costs on the table and balance them or 2). We can look at the long term goals for both of us. I don't want to speak for Nano so you'll need to fill in that blank. As for me, I HATE loans – I've never had them, and hate the fact that they are on my table now. I care much more about dealing with the LOC and loan, then I do the $650 - $700K. It would be much more beneficial to me if you came up with a creative way of dealing with those.

I am sorry we are both in this situation. For the most part it's simply a function of money so, depending on how you look at it it can either be a simple fix or one with heartburn. Either way, I look forward to working with Nano till the day I shit can this silly thing called work so let's please work something out that benefits us all…….!

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0058100

# EXHIBIT 44

# FILED UNDER SEAL

## (REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL)

| From: | Barada, Andrew [/O=NANOMETRICS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=ABARADA] |
| Sent: | 2/23/2014 12:10:20 PM |
| To: | Crawford, Bruce [bcrawford@nanometrics.com]; Beddard, Tony [tbeddard@nanometrics.com] |
| Subject: | RE: Optics Update? |

Bruce and Tony,

We are currently executing a comprehensive test matrix using both the Apps tool and the 450 tool in in order to find the best combination of lens, SE slit, and Illumination aperture that provides the optimal performance for both spot size and precision. The best combination measured to date is to use the ███████████████████████████████████████████

We are struggling to find the optimal combination without resorting to the ████████████████ Rick predicted that using the ███████████████████████████ should give us the best results, but last night's data does not support this. We are continuing on with the test matrix while Rick and the team determine why we had the shortfall in performance.

In the meantime, we are preparing for the arrival of the ███████ lens late Tuesday evening or early Wednesday morning per Rick's latest information from ███████████████████ and should give us the best performance possible

Apps is ready to test for spot size and precision on the tsmc wafers in whatever configuration engineering deems is adequate, but unfortunately we have not determined what that configuration is yet. But this weekend's test matrix will provide a roadmap for getting to that configuration.

A conference call at 4:30pm today is scheduled to review the latest data collected and to revalidate the test plan going forward.

Regards,

DrewB

**From:** Crawford, Bruce
**Sent:** Sunday, February 23, 2014 8:09 AM
**To:** Beddard, Tony; Barada, Andrew
**Subject:** Optics Update?

CONFIDENTIAL



**Bruce A. Crawford**
Chief Operating Officer
Direct: (408) 545-6155  Milpitas, Ca.
Direct: (541) 322-2508 Bend, Or.
Cell:    (541) 460-3010
Fax:     (408) 232-5910 Milpitas, Ca.
E-Mail: bcrawford@nanometrics.com

CONFIDENTIAL

NANO_000042984

# EXHIBIT 45

**EXHIBIT**
3
13
Crawford

| From: | Huang, Billy [/O=NANOMETRICS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BHUANG] |
|---|---|
| Sent: | 4/14/2014 5:05:18 PM |
| To: | Leon, John [jleon@nanometrics.com]; Crawford, Bruce [bcrawford@nanometrics.com] |
| CC: | Thompson, Dan [dthompson@nanometrics.com]; Barada, Andrew [abarada@nanometrics.com]; Hazelton, Andrew [ahazelton@nanometrics.com]; Onaka, Ron [ronaka@nanometrics.com]; Phelan, Lana [lphelan@nanometrics.com]; Tang, Jerry [jerry.tang@nanometrics.com] |
| Subject: | RE: Update on Atlas II+ upgrade kit 2014-04-14 |

John and Bruce:

Please see status below.

Billy

Atlas II+
Upgrade kit

| | Need date | Owner | Status | Note |
|---|---|---|---|---|
| Kit | 15-Apr | LEON | ON TRACK | |
| Woollam SE | 15-Apr | Dan/John | ON TRACK | Received at NANO. |
| Optic 25 um/T2 | 15-Apr | John | <span style="color:red">DELIVERY ON TRACK, BUT LATERAL COLOR OUT OF SPEC BY 3.3 MICRON.</span> | One T2 lens shipped out 4/14. Not meet Lateral Color Spec. Requested OSI to provide target ship date for the next T2 lens. |
| MG 6X | <span style="color:red">17-Apr</span> | Billy | <span style="color:red">Delayed.</span> | Frank (Dir of Eng) stated that potting process was delayed. Target ship date: 4/16. MG is providing daily status. Completed potting Monday.  Right now the lens is going through 24-hour curing. Will advise if ship date is bettered. |
| Illumination Aperture | 15-Apr | Billy | Will transfer X3 from Engineering to Inventory. | |
| Spectrometer | 15-Apr | Billy | ON TRACK | |
| Source translation stage | 15-Apr | Billy | ON TRACK | |

CONFIDENTIAL

| Receiver translation Stage | 15-Apr | Billy | ON TRACK | |
|---|---|---|---|---|

# EXHIBIT 46

# FILED UNDER SEAL

# EXHIBIT 47

# FILED UNDER SEAL

# EXHIBIT 48

| | |
|---|---|
| **From**: | Yarussi, Rick [/O=NANOMETRICS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=RYARUSSI] |
| **Sent**: | 2/17/2014 4:27:37 PM |
| **To**: | Brad Piccirillo [Brad.Piccirillo@osi.us.com]; Thompson, Dan [dthompson@nanometrics.com]; Barada, Andrew [abarada@nanometrics.com]; Rich Trissel [richtrissel@gmail.com]; Andrew Dugrenier [Andy.Dugrenier@osi.us.com] |
| **CC**: | Beddard, Tony [tbeddard@nanometrics.com]; Kinney, Patrick [pkinney@nanometrics.com] |
| **Subject**: | RE: 2517 Lens Status at Nanometrics |

My comments below in green.

---

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Monday, February 17, 2014 1:51 PM
**To:** Yarussi, Rick; Thompson, Dan; Barada, Andrew; Rich Trissel; Andrew Dugrenier
**Cc:** Beddard, Tony; Kinney, Patrick
**Subject:** RE: 2517 Lens Status at Nanometrics

The alignment of the lens is not based on any housing feature/reference (in both the 40 micron and 25 micron assembly). This could be the root cause of such large LC values. Only two of the 10um of LC can be attributed to this.

It could also be why the 40 micron lenses are a bit higher then expected in LC, but work perfectly...... Jury is still out on system matching due to LC variations.

The 25 micron is much more sensitive, so if you are off a bit it will escalate the LC value very quickly. According to the black box model the focusing lens would have to be tilted 1 degree to cause 4um of LC.

I would image both of them in the real application before I came to any conclusions!!! We did use them in the real application. See the data Dan sent, below. The LC was the same in the actual system as it was in both QC tests.

Brad

Sent by a not-so-smart phone user

-------- Original message --------
From: "Yarussi, Rick"
Date:02/17/2014 4:21 PM (GMT-05:00)
To: "Thompson, Dan" ,Brad Piccirillo ,"Barada, Andrew" ,Rich Trissel ,Andrew Dugrenier
Cc: "Beddard, Tony" ,"Kinney, Patrick"
Subject: RE: 2517 Lens Status at Nanometrics

The LC bench takes out the off axis LC completely, as long as the optical axis of the lens is concentric with the mechanical axis. If it's not concentric, then some off axis LC will show up in the result.

It looked like 2um out of the 10um on the source lens was off axis LC.

**Exhibit
0052**
Kinney

ATTORNEY EYES ONLY - HIGHLY CONFIDENTIAL

**From:** Thompson, Dan
**Sent:** Monday, February 17, 2014 1:13 PM
**To:** Brad Piccirillo; Yarussi, Rick; Barada, Andrew; Rich Trissel; Andrew Dugrenier
**Cc:** Beddard, Tony; Kinney, Patrick
**Subject:** RE: 2517 Lens Status at Nanometrics

We asked that question, but since we got such similar results from the LC bench and the SR-based test, we believe this is not from misalignment. From the black box model, you should be able to estimate how much misalignment would be necessary to induce 9 um lateral color. You can also calculate how much you would need to move the compensating element to undo that and what the induced WFE would be.

We also see the LC in the knife-edge scan from the SE.



**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** 2014-02-17 Monday 1:05 PM
**To:** Yarussi, Rick; Barada, Andrew; Rich Trissel; Andrew Dugrenier
**Cc:** Beddard, Tony; Thompson, Dan; Kinney, Patrick
**Subject:** RE: 2517 Lens Status at Nanometrics

OK, something seems seriously out of whack here!  We were expecting less than 2 microns for both of these.  As a derivative of the design, and the sensitivity of each element with relationship to each other, it demands that everything work in unison.  With astigmatism and coma as low as these assemblies have, the decenters, tip/tilts and wedge HAVE to be low! These are the only contributors to lateral color.........  Is the lens cocked during your test generating true lateral color and not "on-axis lateral color"?

ATTORNEY EYES ONLY - HIGHLY CONFIDENTIAL

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

---

**From:** Yarussi, Rick [mailto:ryarussi@nanometrics.com]
**Sent:** Monday, February 17, 2014 2:21 PM
**To:** Brad Piccirillo; Barada, Andrew; Rich Trissel; Andrew Dugrenier
**Cc:** Beddard, Tony; Thompson, Dan; Kinney, Patrick
**Subject:** RE: 2517 Lens Status at Nanometrics

About 9-10um for the focusing lens and 4-5um for the collecting lens.  The focusing lens was measured two ways – the usual way we've been doing it, and the new LC bench.  We got the same result within 1um.

Axial color was close to nominal.

Rick

---

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Monday, February 17, 2014 11:01 AM
**To:** Barada, Andrew; Rich Trissel; Andrew Dugrenier
**Cc:** Beddard, Tony; Thompson, Dan; Kinney, Patrick; Yarussi, Rick
**Subject:** RE: 2517 Lens Status at Nanometrics

We can't measure the lateral color but I expect it to be under 4 microns. How "bad" is it?

Brad

Sent by a not-so-smart phone user

-------- Original message --------
From: "Barada, Andrew"
Date:02/17/2014 1:54 PM (GMT-05:00)
To: Brad Piccirillo ,Rich Trissel ,Andrew Dugrenier
Cc: "Beddard, Tony" ,"Thompson, Dan" ,"Kinney, Patrick" ,"Yarussi, Rick"
Subject: 2517 Lens Status at Nanometrics

Brad,

Welcome back.  We missed you on the 10am/1pm conference call this morning as we wanted to provide you with an update on the lens performance results so far.

Although the Zygo wavefront measurements made at Nano validated OSI measurements, we found high lateral color in the lenses and will need to replace them as soon as possible.  Rick will provide details on the specific lens performance data.

We can continue to use the existing lenses for pathfinder work to characterize the lenses but matching them to the next set of lenses may be problematic.

When can you deliver the next set?  Specifically we are looking to replace the T2 infinite conjugate lens first as that one is the more critical of the two.

We have completed the setup of the lateral color test bench and have validated its performance. Using the LC test bench at OSI will be a great help for ensuring the next lens meets the LC spec so we need your schedule to ensure that it arrives with sufficient time to setup and test it prior to use during the assembly process.  Let us know.

Thanks.

DrewB

---

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Monday, February 17, 2014 8:57 AM
**To:** Yarussi, Rick; Rich Trissel
**Cc:** Beddard, Tony; Barada, Andrew; Thompson, Dan; Kinney, Patrick; Andrew Dugrenier
**Subject:** RE: black box files

Rick,

The simplest way to generate an accurate measurement for this is to evaluate it via. your machine tool.  The fact is, the index of these material are very low, plus the wavelength range is extremely long, so the coatings can only provide a minimal amount of throughput enhancement. Rule of thumb is to expect approx. half the surface losses - 1.5% vs 3%.

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

---

**From:** Yarussi, Rick [mailto:ryarussi@nanometrics.com]
**Sent:** Sunday, February 16, 2014 9:55 PM
**To:** Rich Trissel
**Cc:** Brad Piccirillo; Beddard, Tony; Barada, Andrew; Thompson, Dan; Kinney, Patrick
**Subject:** black box files

Rich,

The BlackBox files we have don't seem to include coatings so we can't calculate what the T vs wavelength should be.

Can you send two BlackBox files with:
1)      Just the source side, including coatings on the lenses.
2)      Entire system, including coatings on the lenses. It can be straight through, or have a perfect mirror as the sample, either way.

Thanks,

Rick

NANO_000472363

# EXHIBIT 49

# FILED UNDER SEAL

## (REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL)

| From: | Kinney, Patrick [/O=NANOMETRICS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=PKINNEY] |
|---|---|
| Sent: | 2/16/2014 8:04:06 PM |
| To: | Beddard, Tony [tbeddard@nanometrics.com]; Barada, Andrew [abarada@nanometrics.com]; Yarussi, Rick [ryarussi@nanometrics.com]; Li, Randy [rli@nanometrics.com]; Thompson, Dan [dthompson@nanometrics.com]; Ford, Brandon [bford@nanometrics.com] |
| Subject: | RE: Christmas Comes Early ... |

Yes, we still have not tested precision, stability, and some other important parameters, so it would be best to wait until we have more data to broadcast the

The solution we are testing (Dan's idea) is probably the best possible situation.  It has the least possible negative impact on matching. ███████████████████████████████████
████████████████████████████████

---

**From:** Beddard, Tony
**Sent:** Sunday, February 16, 2014 7:28 PM
**To:** Kinney, Patrick; Barada, Andrew; Yarussi, Rick; Li, Randy; Thompson, Dan; Ford, Brandon
**Subject:** RE: Christmas Comes Early ...

Thanks Patrick et al,
GREAT news!
My temptation to send this to Bruce Crawford was immense… But, I don't want to raise expectations until you guy's are fully "thumbs up" ☺

Again, many thanks for all your support on this over the holiday weekend, its greatly appreciated.

When will we know if "good enough"?

T

**Tony Beddard**
**Vice President, Engineering / R&D**

**Direct  UK:**   **+44 (0)1904 529712**
**Direct  USA:**  **+1     408-545-6191**
**Mobile UK:**    **+44 (0)7834 636520**
**Mobile USA:**   **+1     408-766-9615**

**E-mail**: **tbeddard@nanometrics.com**

------------------------------------------------
**Corporate Headquarters:**
------------------------------------------------
Nanometrics Incorporated
1550 Buckeye Drive
Milpitas, CA 95035 USA

------------------------------------------------
Nanometrics UK Ltd
------------------------------------------------
Units 3-7 Rose Avenue
York Business Park
Nether Poppleton
York YO26 6RU
United Kingdom
------------------------------------------------

**Exhibit 0050**
Kinney

NANO_000472305

[www.nanometrics.com](www.nanometrics.com)

This e-mail and any file transmitted with it, is confidential and intended solely for the person or organisation to which it is addressed. It may contain privileged or confidential information and, if you are not the intended recipient, you must not disclose, copy, distribute or take any action in reliance upon it. Any views or opinions presented are solely those of the author and do not necessarily represent those of Nanometrics inc. If you have received this E-mail in error, please notify us as soon as possible and delete it from all data storage systems. All reasonable steps have been taken to ensure that this e-mail and its attachments are free from computer viruses. Nanometrics accepts no liability in respect of any loss, cost, damage or expenses suffered as a result of accessing this message or any of its attachments.

**From:** Kinney, Patrick
**Sent:** 16 February 2014 19:04
**To:** Barada, Andrew; Yarussi, Rick; Li, Randy; Thompson, Dan; Ford, Brandon
**Cc:** Beddard, Tony
**Subject:** Christmas Comes Early ...

After discussing results with Randy and Dan we decided to try a "Hail Mary" solution for this evening (Dan's idea). 

The tool is not stabilized yet, nor optimized, but here are the initial results:

Signal levels are much better
Spot size is better than OSI+OSI.
AOI adjustment is not a problem.

I think this is the solution we should pursue.

Pat





**From:** Barada, Andrew
**Sent:** Sunday, February 16, 2014 5:44 PM
**To:** Yarussi, Rick
**Cc:** Kinney, Patrick; Li, Randy; Thompson, Dan; Ford, Brandon
**Subject:** Re: Intensity (JAW vs OSI)

This looks like a good plan.  Brandon is out.  Can you measure the lens on the IMpulse?

Patrick: do you have any new data today?

When can we have a call to get everyone aligned for the next steps?  What is happening on the tool overnight?
DrewB

*Sent from my Verizon Wireless 4G LTE DROID*


"Yarussi, Rick" <ryarussi@nanometrics.com> wrote:

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

**From:** Yarussi, Rick
**Sent:** Sunday, February 16, 2014 3:33 PM
**To:** Li, Randy; Thompson, Dan
**Cc:** Barada, Andrew; Kinney, Patrick; Ford, Brandon
**Subject:** RE: Intensity (JAW vs OSI)

Here's the spreadsheet in case you want to add to it after making changes to the system.

**From:** Yarussi, Rick
**Sent:** Sunday, February 16, 2014 3:27 PM
**To:** Li, Randy; Thompson, Dan
**Cc:** Barada, Andrew; Kinney, Patrick; Ford, Brandon
**Subject:** RE: Intensity (JAW vs OSI)

Thanks. Here is the intensity ratio. Randy, were the intensities collected on the same sample?

NANO_000472310

**From:** Li, Randy
**Sent:** Sunday, February 16, 2014 3:18 PM
**To:** Yarussi, Rick; Thompson, Dan
**Cc:** Barada, Andrew; Kinney, Patrick; Ford, Brandon
**Subject:** RE: Intensity (JAW vs OSI)

Data attached...

---

**From:** Yarussi, Rick
**Sent:** Sunday, February 16, 2014 11:50 AM
**To:** Thompson, Dan; Li, Randy
**Cc:** Barada, Andrew; Kinney, Patrick; Ford, Brandon
**Subject:** RE: Intensity (JAW vs OSI)

Fine but I don't need those.  Can't you just block the lamp and collect the intensity spectra?  That's what I need.

---

**From:** Thompson, Dan
**Sent:** Sunday, February 16, 2014 11:48 AM
**To:** Yarussi, Rick; Li, Randy
**Cc:** Barada, Andrew; Kinney, Patrick
**Subject:** RE: Intensity (JAW vs OSI)

Actually there are three lower-level cals: non-linearity, stray light, and electrical noise. We can run all three.

---

**From:** Thompson, Dan
**Sent:** 2014-02-16 Sunday 11:45 AM
**To:** Yarussi, Rick; Li, Randy
**Cc:** Barada, Andrew; Kinney, Patrick
**Subject:** RE: Intensity (JAW vs OSI)

I didn't ask Randy to run the stray light cal, but sometimes he does. Randy?

---

**From:** Yarussi, Rick
**Sent:** 2014-02-16 Sunday 11:14 AM
**To:** Li, Randy

CONFIDENTIAL

NANO_000472311

**Cc:** Barada, Andrew; Thompson, Dan; Kinney, Patrick
**Subject:** RE: Intensity (JAW vs OSI)
**Importance:** High

We really need to know if the dark is subtracted from that data so we can tell if there is an absorption issue in the UV. Block the light and take a scan and send.

Rick

---

**From:** Yarussi, Rick
**Sent:** Friday, February 14, 2014 8:53 PM
**To:** Li, Randy
**Cc:** Barada, Andrew; Thompson, Dan; Kinney, Patrick
**Subject:** Re: Intensity (JAW vs OSI)

Hmmm...  Do you know if dark is subtracted?  If not it will mess up the ratios.  Can you block the light and take one more and send it?

Thanks


Sent from my phone. Pardon the fat thumb typos...

On Feb 14, 2014, at 7:56 PM, "Li, Randy" <rli@nanometrics.com> wrote:


Hi Rick,

Here are the intenstiy different between ███████████████████

Thanks
Randy

<image001.jpg>
<JAW Vs OSI_M11.csv>

NANO_000472312