1  COOLEY LLP
   KATHLEEN H. GOODHART (165659)
2  (kgoodhart@cooley.com)
   AMY M. SMITH (287813)
3  (amsmith@cooley.com)
   ELIZABETH SANCHEZ SANTIAGO (333789)
4  (lsanchezsantiago@cooley.com)
   3 Embarcadero Center, 20th Floor
5  San Francisco, CA  94111-4004
   Telephone:     (415) 693-2000
6  Facsimile:     (415) 693-2222

7  Attorneys for Defendant
   NANOMETRICS INCORPORATED, now known as
8  ONTO INNOVATION INC.

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE DIVISION

12

13  OPTICAL SOLUTIONS, INC. a New          Lead Case No.  5:18-cv-00417-BLF
    Hampshire corporation,                 Case No. 5:18-cv-03276
14
                 Plaintiff,                **EXHIBITS 50-83 TO DECLARATION OF AMY
15                                         SMITH IN SUPPORT OF DEFENDANT
         v.                                NANOMETRICS INC.'S MOTION FOR
16                                         SUMMARY JUDGMENT**
    NANOMETRICS INCORPORATED, a
17  Delaware corporation,

18               Defendant.

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

EXHIBITS 50-83 TO DECL. OF A. SMITH
ISO MOT. FOR SUMMARY JUDGMENT
5:18-CV-00417-BLF

# EXHIBIT 50

# FILED UNDER SEAL

# EXHIBIT 51

| From: | Huang, Billy [/O=NANOMETRICS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BHUANG] |
|---|---|
| Sent: | 5/8/2014 7:24:28 AM |
| To: | Andrew Dugrenier [Andy.Dugrenier@osi.us.com]; Brad Piccirillo [Brad.Piccirillo@osi.us.com]; Barada, Andrew [abarada@nanometrics.com]; Leon, John [jleon@nanometrics.com]; Johnson, Rod [rjohnson@nanometrics.com]; Thompson, Dan [dthompson@nanometrics.com]; Yarussi, Rick [ryarussi@nanometrics.com]; Tang, Jerry [jerry.tang@nanometrics.com] |
| CC: | Schmid, James [jschmid@nanometrics.com]; Onaka, Ron [ronaka@nanometrics.com]; richtrissel@gmail.com; Hazelton, Andrew [ahazelton@nanometrics.com] |
| Subject: | RE: Follow Up: Target ship date for T2 lens |

Hi, Andy:

Acknowledged the status.

Every day counts.  Please use "best efforts" approach to estimate the target ship date by 3:00 PM PST today so that Nanometrics can plan for schedule adjustment and resource allocation accordingly.

Best regards,

Billy

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Thursday, May 08, 2014 6:43 AM
**To:** Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** RE: Follow Up: Target ship date for T2 lens

Good Morning Billy –

At this point we cannot meet the 5/9 ship date.

The good news is that the new tooling worked as planned and we're able to dial in lateral color.

Right now we're still tweaking to bring in both the transmitted wavefront and lateral color.

Thanks,
Andy

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Wednesday, May 07, 2014 9:10 PM
**To:** Andrew Dugrenier; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** RE: Follow Up: Target ship date for T2 lens

Hi, Andy:

Please advise the status of meeting 5/9 target ship date.

Best regards,

**Exhibit
0111**

6/6/2022
Dugrenier

CONFIDENTIAL

Billy

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Tuesday, May 06, 2014 2:16 PM
**To:** Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** RE: Follow Up: Target ship date for T2 lens

Hi Billy –

We're using the additional tooling which is working as planned so far.

After our first iteration, we still don't have an acceptable level for lateral color.

Transmitted wavefront, as before, is not a problem at all.

If I'm not able to get lateral color by the end of the day tomorrow, we will not meet the 5/9 ship date.

I'll keep you posted.

Thanks,
Andy

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Monday, May 05, 2014 7:11 PM
**To:** Andrew Dugrenier; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** Follow Up: Target ship date for T2 lens

Hi, Andy:

Please advise the status of meeting 5/9 target ship date.

Regards,

Billy

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Friday, May 02, 2014 2:50 PM
**To:** Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** RE: Target ship date for T2 lens

Hi Billy –

I received the new tooling today and have started setting it up.  I hope to get some initial results over the weekend.

IF the new approach works as planned, my new target date would be a week from today, May 9th.

Thanks,
Andy

CONFIDENTIAL

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Thursday, May 01, 2014 9:17 PM
**To:** Andrew Dugrenier; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** RE: Target ship date for T2 lens

Hi, Andy:

Acknowledged the status.  Thank you and OSI team's efforts.

Please use the "best efforts" approach to derive a new target ship date.

Best regards,

Billy

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Thursday, May 01, 2014 2:14 PM
**To:** Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** RE: Target ship date for T2 lens

Hi Billy —

Unfortunately I still haven't been able to lock down lateral color, but the good news is that I'll be picking up the new tooling tomorrow.

I'll let you know how that works.

Thanks,
Andy

---

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Wednesday, April 30, 2014 7:16 PM
**To:** Andrew Dugrenier; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** RE: Target ship date for T2 lens

Hi, Andy:

Please advise lateral color lock down status and the target ship date.
Best regards,

Billy

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Tuesday, April 29, 2014 4:20 PM
**To:** Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** Re: Target ship date for T2 lens on 4/30

CONFIDENTIAL

Hi Billy-
Unfortunately we're not there yet- still battling lateral color. I'm working with the tooling we have until the new tooling is ready which should be by the end of the week. I'll let you know if I'm able to lock down the lateral color tomorrow.
Thanks,
Andy

---

**From**: Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent**: Tuesday, April 29, 2014 02:53 PM
**To**: Andrew Dugrenier; Brad Piccirillo; Barada, Andrew <abarada@nanometrics.com>; Leon, John <jleon@nanometrics.com>; Johnson, Rod <rjohnson@nanometrics.com>; Thompson, Dan <dthompson@nanometrics.com>; Yarussi, Rick <ryarussi@nanometrics.com>; Tang, Jerry <jerry.tang@nanometrics.com>
**Cc**: Schmid, James <jschmid@nanometrics.com>; Onaka, Ron <ronaka@nanometrics.com>; richtrissel@gmail.com <richtrissel@gmail.com>
**Subject**: RE: Target ship date for T2 lens on 4/30

Hi, Andy:

Please provide status and assessment for target ship date of 4/30.

Best regards,
Billy

---

**From**: Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent**: Monday, April 28, 2014 3:26 PM
**To**: Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc**: Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject**: Re: Target ship date for T2 lens on 4/30

Hi Billy-
While we are very close, the 4/30 ship date would be optimistic at this point. We are making every effort to deliver this lens asap.

Thanks, Andy

---

**From**: Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent**: Monday, April 28, 2014 02:46 PM
**To**: Brad Piccirillo; Barada, Andrew <abarada@nanometrics.com>; Andrew Dugrenier; Leon, John <jleon@nanometrics.com>; Johnson, Rod <rjohnson@nanometrics.com>; Thompson, Dan <dthompson@nanometrics.com>; Yarussi, Rick <ryarussi@nanometrics.com>; Tang, Jerry <jerry.tang@nanometrics.com>
**Cc**: Schmid, James <jschmid@nanometrics.com>; Onaka, Ron <ronaka@nanometrics.com>; Rich Trissel (richtrissel@gmail.com) <richtrissel@gmail.com>
**Subject**: RE: Target ship date for T2 lens on 4/30

Hi, Andy and Brad:

Please advise the status of the next T2 lens ship date.  Is 4/30 ship date on track?
Regards,

NANO_000458225

Billy

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Friday, April 25, 2014 1:54 PM
**To:** Barada, Andrew; Huang, Billy; Andrew Dugrenier; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; Rich Trissel (richtrissel@gmail.com)
**Subject:** RE: Target ship date for T2 lens on 4/30

Drew,

Hoping to have completed tooling by end of next week. We have developed a process that allows us to fix everything in place, except for one lens, so we simply need to translate that around till we find its optimal position. If we had a way of monitoring this movement relative to the lc it produces, we would be locking these things in place and shipping finish parts to you. In this view, we need nano to create an lc bench that allows us to do that.

We determined why, and have made corrections for the variation that occurred in final lc measurements on the last lens. Measurements were taken at the wrong working distance ie, it was set up for T1 distance when we made a T2 (or the other way around). Anyway, it wasn't a situation where something unexpectedly shifted.....

Brad

Sent by a not-so-smart phone user


-------- Original message --------
From: "Barada, Andrew"
Date:04/25/2014 4:38 PM (GMT-05:00)
To: Brad Piccirillo ,"Huang, Billy" ,Andrew Dugrenier ,"Leon, John" ,"Johnson, Rod" ,"Thompson, Dan" ,"Yarussi, Rick" ,"Tang, Jerry"
Cc: "Schmid, James" ,"Onaka, Ron" ,"Rich Trissel (richtrissel@gmail.com)"
Subject: RE: Target ship date for T2 lens on 4/30

Brad,

What is your timeframe for the new tooling that you are having made and what support are you looking for from us?  Do you have an active alignment concept that you are implementing or are you in need of us working with you to develop this capability?

And finally, do you still have a commit to ship on 4/30?

Regards,
Drew Barada
Nanometrics Inc.

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Friday, April 25, 2014 1:34 PM
**To:** Huang, Billy; Andrew Dugrenier; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Barada, Andrew; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; Rich Trissel (richtrissel@gmail.com)
**Subject:** RE: Target ship date for T2 lens on 4/30

CONFIDENTIAL

We are soooooo closer on these things we can smell it! Consistent with many in the past, have a continual chain of finished assemblies that meet the .025 TWF - so this process that the tolerances of the optics we have assembled can yield both twf and lc. The problem is that we need more sophisticated tooling for tweaking the lc in - this is already designed and being made. What we REALLY REALLY NEED is the ability for the lc bench to have active alignment capabilities. The time and effort associated with making little tweaks, taking a measurement (which is a 45 minute process) is exhausting and is like finding a needle in a haystack.


Brad

Sent by a not-so-smart phone user


-------- Original message --------
From: "Huang, Billy"
Date:04/25/2014 4:25 PM (GMT-05:00)
To: Andrew Dugrenier ,"Leon, John" ,"Johnson, Rod" ,Brad Piccirillo ,"Thompson, Dan" ,"Yarussi, Rick" ,"Barada, Andrew" ,"Tang, Jerry"
Cc: "Schmid, James" ,"Onaka, Ron" ,"Rich Trissel (richtrissel@gmail.com)" ,"Huang, Billy"
Subject: RE: Target ship date for T2 lens on 4/30

Hi, Andy:

Thank you for the update.

It is disappointing to learn that the 4/30 ship date may slip.  Efforts to maintain the 4/30 ship date are greatly appreciated. Please keep us posted.

In addition, as Jim Schmid mentioned in his previous email, Nanometrics has not completed the performance evaluation of the sample lens which we received on 4/15.

Best regards,

Billy

| LENS  #1 | SHIPPED, ENGINEERING UNIT |
| LENS #2 | SHIPPED 4/14 |
| LENS #3 | TARGET SHIP DATE 4/30, DOCK DATE 5/1 |
| LENS #4 | TARGET SHIP DATE 5/15, DOCK DATE 5/16 |

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Friday, April 25, 2014 1:08 PM
**To:** Huang, Billy
**Subject:** RE: Reminder: Target ship date for T2 lens on 4/30

Hi Billy –

NANO_000458227

We're still working away on the next 25um lens.  We're able to get the required wavefront time and time again, but the lateral color is still giving us a challenge!  We have more tooling on the way to help, but are trying to muscle through until it arrives, which could be the end of this coming week.  It should give us much more control.

All said, we're very, very confident we'll be able to get you compliant product, although the ship date may slip if we can't get the lens to fall within specification without this additional tooling.

I'll chime in again early next week.

Thanks,
Andy

---

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Thursday, April 24, 2014 10:17 AM
**To:** Andrew Dugrenier
**Subject:** RE: Reminder: Target ship date for T2 lens on 4/30

Thank you.

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Thursday, April 24, 2014 5:08 AM
**To:** Huang, Billy; Leon, John; Johnson, Rod; Brad Piccirillo; Thompson, Dan; Yarussi, Rick; Barada, Andrew; Tang, Jerry
**Cc:** Schmid, James; Rich Trissel; Onaka, Ron
**Subject:** RE: Reminder: Target ship date for T2 lens on 4/30

Good Morning –

We are working towards this date.  I should know my confidence level by the end of tomorrow.

Thanks,
Andy

---

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Wednesday, April 23, 2014 7:32 PM
**To:** Andrew Dugrenier; Leon, John; Johnson, Rod; Brad Piccirillo; Thompson, Dan; Yarussi, Rick; Barada, Andrew; Tang, Jerry
**Cc:** Schmid, James; Rich Trissel; Onaka, Ron
**Subject:** Reminder: Target ship date for T2 lens on 4/30

Hi, Andy:

Please confirm the 4/30 ship date is on track.

Best regards,

Billy

---

**From:** Huang, Billy
**Sent:** Wednesday, April 23, 2014 7:26 AM
**To:** 'Andrew Dugrenier'; Leon, John; Johnson, Rod; Brad Piccirillo; Thompson, Dan; Yarussi, Rick; Barada, Andrew; Tang,

NANO_000458228

Jerry
**Cc:** Schmid, James; Rich Trissel; Onaka, Ron
**Subject:** Target ship date for T2 lens on 4/30

Hi, Andy:

As we are approaching April 30th quickly, please provide daily status for the next T2 lens to confirm the 4/30 ship date is on track.

Best regards,

**Billy Huang**
**Sr. Materials Manager**

**nano**metrics
**Direct  USA:** **408-545-6277**
**E-mail:** bhuang@nanometrics.com
----------------------------------------------------------
**Corporate Headquarters:**
----------------------------------------------------------
Nanometrics Incorporated
1550 Buckeye Drive
Milpitas, CA 95035 USA

CONFIDENTIAL

# EXHIBIT 52

| | |
|---|---|
| **From**: | Thompson, Dan [/o=nanometrics/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=dthompson] |
| **Sent**: | 5/24/2014 5:35:08 AM |
| **To**: | Barada, Andrew; Yarussi, Rick [ryarussi@nanometrics.com]; Brad Piccirillo (Brad.Piccirillo@osi.us.com) [Brad.Piccirillo@osi.us.com]; Andrew Dugrenier (Andy.Dugrenier@osi.us.com) [Andy.Dugrenier@osi.us.com]; Wang, Li [li.wang@nanometrics.com] |
| **Subject**: | RE: Follow Up: Target ship date for the next three 25 Micron T2 lenses |

Brad/Andy:

I'm all for OSI getting a full understanding of the LC bench, so I'm not disturbing the other email thread about that.

But I'm having a hard time with the statement, "The variable we seem to be missing is a good understanding of the LC bench." This implies that there isn't a second problem, which is the stability of the lockdown process. If the lockdown process is stable, then the change from 2 to 7 at lockdown is primarily LC measurement error. And if the LC measurement error is off that far, then the idea that LC was ever 2 microns is meaningless.

If even half the change in LC from 2 um to 7 um is lockdown shift, that's almost twice the 2 micron LC spec. (Yes, that's the spec.)

Please address whether the lockdown process is under review.

--Dan

---

**From:** Barada, Andrew
**Sent:** 2014-05-22 Thursday 1:31 PM
**To:** Yarussi, Rick; Johnson, Rod
**Cc:** Thompson, Dan; Leon, John; Tang, Jerry
**Subject:** Fwd: Follow Up: Target ship date for the next three 25 Micron T2 lenses

Rick/Rod,
Please respond to the LC bench setup questions below.

DrewB

*Sent from my Verizon Wireless 4G LTE DROID*

-------- Original Message --------
Subject: RE: Follow Up: Target ship date for the next three 25 Micron T2 lenses
From: Andrew Dugrenier <Andy.Dugrenier@osi.us.com>
To: "Thompson, Dan" <dthompson@nanometrics.com>,"Huang, Billy" <bhuang@nanometrics.com>,Brad Piccirillo <Brad.Piccirillo@osi.us.com>,"Barada, Andrew" <abarada@nanometrics.com>,"Leon, John" <jleon@nanometrics.com>,"Johnson, Rod" <rjohnson@nanometrics.com>,"Yarussi, Rick" <ryarussi@nanometrics.com>,"Tang, Jerry" <jerry.tang@nanometrics.com>
CC: "Schmid, James" <jschmid@nanometrics.com>,"Onaka, Ron" <ronaka@nanometrics.com>,richtrissel@gmail.com,"Hazelton, Andrew" <ahazelton@nanometrics.com>

Good Morning –

OK, here's the deal.

CONFIDENTIAL

The final numbers I measured on serial number 3 are .024 waves rms transmitted wavefront, and 7um lateral color.  Basically, it is very similar to the last T2 we sent you.

The point that I want to emphasize here is that we had dialed down the LC to better than 2um during the assembly process.

The variable we seem to be missing is a good understanding of the sensitivities of the LC bench.  It seems to be quite sensitive to the position of the lens train with respect to the PSD.

Also, please remember that we have substantially different values from datum [A] to the focal points of the finite and infinite conjugates.

Could you please send us the correct position of the PSD with respect to datum [A] (or the focal point, whichever's easier) for each of the conjugates?

I'm assuming the fiber should be positioned at the lens' focal point, and that the image on the PSD should be as sharp (focused) as possible.

Also, what kind of tolerances should be acceptable for these positions?

I already have the next T2 lens assembly in process and dialed in for transmitted wavefront.  However, we're hesitant to dial in the lateral color and lock it down if we're unsure about the test set-up.

I consider the situation we're in now to be similar to the retardance issue we had with the 40um lens assembly.  Once we had the ability to accurately measure it, we had the ability to dial it down.

That said, with this 25um lens assembly, we just need to have a better understanding of the LC bench so we can accurately dial down the lateral color and get you the best lens possible.  We're right there!

I'll send along the tracking number as soon as I have it.

Thanks,
Andy

---

**From:** Thompson, Dan [mailto:dthompson@nanometrics.com]
**Sent:** Wednesday, May 21, 2014 6:00 PM
**To:** Huang, Billy; Andrew Dugrenier; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com; Hazelton, Andrew
**Subject:** RE: Follow Up: Target ship date for the next three 25 Micron T2 lenses

Andy:

Great news! Will you send the final WFE/LC numbers when they're available?

--Dan

---

**From:** Huang, Billy
**Sent:** 2014-05-21 Wednesday 12:47 PM
**To:** Andrew Dugrenier; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com; Hazelton, Andrew
**Subject:** RE: Follow Up: Target ship date for the next three 25 Micron T2 lenses

CONFIDENTIAL

Andy:

Thank you.  Please provide tracking number once the shipment is fulfilled.

Billy

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Wednesday, May 21, 2014 11:59 AM
**To:** Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com; Hazelton, Andrew
**Subject:** RE: Follow Up: Target ship date for the next three 25 Micron T2 lenses

Good afternoon Billy –

Yes – we're on target to ship tomorrow, 5/22.

Best,
Andy

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Wednesday, May 21, 2014 9:49 AM
**To:** Brad Piccirillo; Andrew Dugrenier; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com; Hazelton, Andrew
**Subject:** RE: Follow Up: Target ship date for the next three 25 Micron T2 lenses

Hi, Brad or Andy:

Please confirm the target ship date of 5/22 is on track.
Best regards,

Billy

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Saturday, May 17, 2014 4:58 AM
**To:** Huang, Billy; Andrew Dugrenier; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com; Hazelton, Andrew
**Subject:** RE: Follow Up: Target ship date for the next three 25 Micron T2 lenses

Hi Billy,

Due to new fixturing and our commitment to continually advance both manufacturing and methods/processing, we finally figuted out what makes this baby tick! I am very please with where we are at in developing a process for this lens, especially in such a short period of time, as creating this technology requires a ton of upfront engineering. As with the 40 micron lens, a year and a half later, we are still improving the process..... We are in the beginning stages of this process with the 25 micron lens, so there is a long way to go,  but our current scenario is getting us there.  Not sure if you are paying attention to the performance of the most recent 40

micron lenses, but this product demonstrates results you can achieve by continually improving a process; one where three of the last handful of lenses sent to you achieved .011, .013, and .009 TWF (theoretical is .006)!

Right now we have developed a process on the 25 micron lens that allows us to achieve desired specifiation. I have seen TWF's as low as .019 and LC down to 1 micron. As time goes, just like the 40 micron lens, the 25 micron lens will continually improve. For now, the one thing you can rest assured of, is that we are very confident in our ability to reproduce this lens.  As of last night, we have a lens that yielded .023 TWF with 2.0 microns LC. If all goes as planned, we will be able to ship this part mid next week.  More important then shipping this one piece of product, is our understanding of what attributes (that make up this lens) effect it's performance. As can be expected, there is much more development needed however,  our current processing gets us there.

Due to the technical challenges related to making such a difficult product,  I expect that you are encouraged by what I have commented on above.  If you would like to discuss this further, please feel free to give me a call.

Brad

Sent from who knows where.....


-------- Original message --------
From: "Huang, Billy" <bhuang@nanometrics.com>
Date: 05/16/2014 11:38 PM (GMT-05:00)
To: Andrew Dugrenier <Andy.Dugrenier@osi.us.com>,Brad Piccirillo <Brad.Piccirillo@osi.us.com>,"Barada, Andrew" <abarada@nanometrics.com>,"Leon, John" <jleon@nanometrics.com>,"Johnson, Rod" <rjohnson@nanometrics.com>,"Thompson, Dan" <dthompson@nanometrics.com>,"Yarussi, Rick" <ryarussi@nanometrics.com>,"Tang, Jerry" <jerry.tang@nanometrics.com>
Cc: "Schmid, James" <jschmid@nanometrics.com>,"Onaka, Ron" <ronaka@nanometrics.com>,richtrissel@gmail.com,"Hazelton, Andrew" <ahazelton@nanometrics.com>
Subject: Follow Up: Target ship date for the next three 25 Micron T2 lenses

Hi, Andy:

Please provide status for the following items.

1.    Identify gating items / actions for the following categories.
•    Technical feasibility and repeatability
•    Materials constraints
•    Capacity constraints – tooling and equipment
•    Capacity constraints – skilled labor
2.    Confirm the ship date for 5/22 is on track.
Regards,
Billy


**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Wednesday, May 14, 2014 6:01 AM
**To:** Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry

NANO_000474242

**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com; Hazelton, Andrew
**Subject:** RE: Target ship date for the next three 25 Micron T2 lenses

Good Morning Billy –

We made some very positive headway yesterday, with results much closer to what we expect on this lens.  With that said, we're very confident in our ability to build this lens.

Unfortunately, this product and manufacturing process is not yet what we'd consider to be mature, but we are gaining!

When our company president/owner visited Nanometrics last year, it was asked what kind of product would be Nanometric's "dream lens" or the "catch all."  This implies that the lens described is a very high performing lens, and further suggests some very challenging tolerances – not only with the fabrication of the individual lenses themselves, but especially with the opto-mechanical positioning and alignment, without inducing too much stress.  This challenge should not be discounted.

We've already proven we have the capability to fully design and build this lens.  Now, we're working very hard to deliver you additional product, at the same time improving the process by gaining better controls over the alignment and repeatability.  This has proven to be an iterative process, and is not yet deterministic, thus the difficulty in providing accurate schedules.

However, as previously stated, we are gaining every day, and fully expect to bring this lens to a similar position as the 40um lenses.

I'll answer the email below in more detail by the end of the week.

Thanks and regards,
Andy

---

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Tuesday, May 13, 2014 12:00 PM
**To:** Andrew Dugrenier; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com; Hazelton, Andrew
**Subject:** RE: Target ship date for the next three 25 Micron T2 lenses

Andy:

It is disappointing to learn the "optimistic" schedule is in June for the next two lenses.  This will affect our revenue shipment which is not acceptable.

Please develop a recovery plan to identify the gating items / actions in the following categories by Friday 5/16 this week.  The goal is to improve the ship schedule.

- Technical feasibility and repeatability
- Materials constraints
- Capacity constraints – tooling and equipment
- Capacity constraints – skilled labor

CONFIDENTIAL

NANO_000474243

Regards,

Billy

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Tuesday, May 13, 2014 6:28 AM
**To:** Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com; Hazelton, Andrew
**Subject:** RE: Target ship date for the next three 25 Micron T2 lenses

Good Morning Billy –

I believe an optimistic schedule would be

6/6 and 6/20,

following the shipment of the lens currently being processed.

Thanks,
Andy

---

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Monday, May 12, 2014 6:52 PM
**To:** Andrew Dugrenier; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com; Hazelton, Andrew
**Subject:** Target ship date for the next three 25 Micron T2 lenses

## Hi, Andy:

For planning purpose, please provide the next two T2 lenses target ship date beyond the one shipping on 5/22.  Knowing this is an estimated schedule, please use "best efforts" approach such as one week apart, or two weeks apart to derive an estimated ship schedule.

Best regards,

Billy

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Friday, May 09, 2014 10:51 AM
**To:** Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com; Hazelton, Andrew
**Subject:** RE: Follow Up: Target ship date for T2 lens

Good Afternoon Billy –

NANO_000474244

We're still in the process of tweaking our procedure.  As previously stated, the new tooling works as predicted, and we're able to dial down the LC.  Now we just have to find the balance between LC and transmitted wavefront.

At this point my target ship date is May 22nd.

There are still a few challenges for us to resolve, and as we work through those, I should have much more certainty with the ship date.

As this is obviously an extremely challenging lens to align, we appreciate Nanometric's patience and willingness to work with us.  We understand the importance of this project and want to provide you a top-performing product.

Best,
Andy

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Thursday, May 08, 2014 6:26 PM
**To:** Andrew Dugrenier; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com; Hazelton, Andrew
**Subject:** RE: Follow Up: Target ship date for T2 lens

Hi, Andy:

There is a 4:00 PM PST meeting to review the schedule.  Efforts to provide a target ship date are greatly appreciated.

Best regards,

Billy

**From:** Huang, Billy
**Sent:** Thursday, May 08, 2014 7:24 AM
**To:** 'Andrew Dugrenier'; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com; Hazelton, Andrew
**Subject:** RE: Follow Up: Target ship date for T2 lens

Hi, Andy:

Acknowledged the status.

Every day counts.  Please use "best efforts" approach to estimate the target ship date by 3:00 PM PST today so that Nanometrics can plan for schedule adjustment and resource allocation accordingly.

Best regards,

Billy

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Thursday, May 08, 2014 6:43 AM
**To:** Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry

NANO_000474245

**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** RE: Follow Up: Target ship date for T2 lens

Good Morning Billy –

At this point we cannot meet the 5/9 ship date.

The good news is that the new tooling worked as planned and we're able to dial in lateral color.

Right now we're still tweaking to bring in both the transmitted wavefront and lateral color.

Thanks,
Andy

---

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Wednesday, May 07, 2014 9:10 PM
**To:** Andrew Dugrenier; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** RE: Follow Up: Target ship date for T2 lens

Hi, Andy:

Please advise the status of meeting 5/9 target ship date.

Best regards,

Billy

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Tuesday, May 06, 2014 2:16 PM
**To:** Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** RE: Follow Up: Target ship date for T2 lens

Hi Billy –

We're using the additional tooling which is working as planned so far.

After our first iteration, we still don't have an acceptable level for lateral color.

Transmitted wavefront, as before, is not a problem at all.

If I'm not able to get lateral color by the end of the day tomorrow, we will not meet the 5/9 ship date.

I'll keep you posted.

Thanks,
Andy

CONFIDENTIAL                                                    NANO_000474246

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Monday, May 05, 2014 7:11 PM
**To:** Andrew Dugrenier; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** Follow Up: Target ship date for T2 lens

Hi, Andy:

Please advise the status of meeting 5/9 target ship date.

Regards,

Billy

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Friday, May 02, 2014 2:50 PM
**To:** Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** RE: Target ship date for T2 lens

Hi Billy –

I received the new tooling today and have started setting it up.  I hope to get some initial results over the weekend.

IF the new approach works as planned, my new target date would be a week from today, May 9th.

Thanks,
Andy

---

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Thursday, May 01, 2014 9:17 PM
**To:** Andrew Dugrenier; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** RE: Target ship date for T2 lens

Hi, Andy:

Acknowledged the status.  Thank you and OSI team's efforts.

Please use the "best efforts" approach to derive a new target ship date.

Best regards,

Billy

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Thursday, May 01, 2014 2:14 PM
**To:** Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** RE: Target ship date for T2 lens

CONFIDENTIAL

Hi Billy –

Unfortunately I still haven't been able to lock down lateral color, but the good news is that I'll be picking up the new tooling tomorrow.

I'll let you know how that works.

Thanks,
Andy

---

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Wednesday, April 30, 2014 7:16 PM
**To:** Andrew Dugrenier; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** RE: Target ship date for T2 lens

Hi, Andy:

Please advise lateral color lock down status and the target ship date.
Best regards,

Billy

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Tuesday, April 29, 2014 4:20 PM
**To:** Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** Re: Target ship date for T2 lens on 4/30

Hi Billy-
Unfortunately we're not there yet- still battling lateral color. I'm working with the tooling we have until the new tooling is ready which should be by the end of the week. I'll let you know if I'm able to lock down the lateral color tomorrow.
Thanks,
Andy

---

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Tuesday, April 29, 2014 02:53 PM
**To:** Andrew Dugrenier; Brad Piccirillo; Barada, Andrew <abarada@nanometrics.com>; Leon, John <jleon@nanometrics.com>; Johnson, Rod <rjohnson@nanometrics.com>; Thompson, Dan <dthompson@nanometrics.com>; Yarussi, Rick <ryarussi@nanometrics.com>; Tang, Jerry <jerry.tang@nanometrics.com>
**Cc:** Schmid, James <jschmid@nanometrics.com>; Onaka, Ron <ronaka@nanometrics.com>; richtrissel@gmail.com <richtrissel@gmail.com>
**Subject:** RE: Target ship date for T2 lens on 4/30

Hi, Andy:

Please provide status and assessment for target ship date of 4/30.

Best regards,
Billy

CONFIDENTIAL

NANO_000474248

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Monday, April 28, 2014 3:26 PM
**To:** Huang, Billy; Brad Piccirillo; Barada, Andrew; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; richtrissel@gmail.com
**Subject:** Re: Target ship date for T2 lens on 4/30

Hi Billy-
While we are very close, the 4/30 ship date would be optimistic at this point. We are making every effort to deliver this lens asap.

Thanks, Andy

---

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Monday, April 28, 2014 02:46 PM
**To:** Brad Piccirillo; Barada, Andrew <abarada@nanometrics.com>; Andrew Dugrenier; Leon, John <jleon@nanometrics.com>; Johnson, Rod <rjohnson@nanometrics.com>; Thompson, Dan <dthompson@nanometrics.com>; Yarussi, Rick <ryarussi@nanometrics.com>; Tang, Jerry <jerry.tang@nanometrics.com>
**Cc:** Schmid, James <jschmid@nanometrics.com>; Onaka, Ron <ronaka@nanometrics.com>; Rich Trissel (richtrissel@gmail.com) <richtrissel@gmail.com>
**Subject:** RE: Target ship date for T2 lens on 4/30

Hi, Andy and Brad:

Please advise the status of the next T2 lens ship date.  Is 4/30 ship date on track?
Regards,

Billy

---

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Friday, April 25, 2014 1:54 PM
**To:** Barada, Andrew; Huang, Billy; Andrew Dugrenier; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; Rich Trissel (richtrissel@gmail.com)
**Subject:** RE: Target ship date for T2 lens on 4/30

Drew,

Hoping to have completed tooling by end of next week. We have developed a process that allows us to fix everything in place, except for one lens, so we simply need to translate that around till we find its optimal position. If we had a way of monitoring this movement relative to the lc it produces, we would be locking these things in place and shipping finish parts to you. In this view, we need nano to create an lc bench that allows us to do that.

We determined why, and have made corrections for the variation that occurred in final lc measurements on the last lens. Measurements were taken at the wrong working distance ie, it was set up for T1 distance when we made a T2 (or the other way around). Anyway, it wasn't a situation where something unexpectedly shifted.....

Brad

CONFIDENTIAL

NANO_000474249

Sent by a not-so-smart phone user


-------- Original message --------
From: "Barada, Andrew"
Date:04/25/2014 4:38 PM (GMT-05:00)
To: Brad Piccirillo ,"Huang, Billy" ,Andrew Dugrenier ,"Leon, John" ,"Johnson, Rod" ,"Thompson, Dan" ,"Yarussi, Rick" ,"Tang, Jerry"
Cc: "Schmid, James" ,"Onaka, Ron" ,"Rich Trissel (richtrissel@gmail.com)"
Subject: RE: Target ship date for T2 lens on 4/30

Brad,

What is your timeframe for the new tooling that you are having made and what support are you looking for from us?  Do you have an active alignment concept that you are implementing or are you in need of us working with you to develop this capability?

And finally, do you still have a commit to ship on 4/30?

Regards,
Drew Barada
Nanometrics Inc.

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Friday, April 25, 2014 1:34 PM
**To:** Huang, Billy; Andrew Dugrenier; Leon, John; Johnson, Rod; Thompson, Dan; Yarussi, Rick; Barada, Andrew; Tang, Jerry
**Cc:** Schmid, James; Onaka, Ron; Rich Trissel (richtrissel@gmail.com)
**Subject:** RE: Target ship date for T2 lens on 4/30

We are soooooo closer on these things we can smell it! Consistent with many in the past, have have a continual chain of finished assemblies that meet the .025 TWF - so this process that the tolerances of the optics we have assembled can yield both twf and lc. The problem is that we need more sophisticated tooling for tweaking the lc in - this is already designed and being made. What we REALLY REALLY NEED is the ability for the lc bench to have active alignment capabilities. The time and effort associated with making little tweaks, taking a measurement (which is a 45 minute process) is exhausting and is like finding a needle in a haystack.


Brad

Sent by a not-so-smart phone user


-------- Original message --------
From: "Huang, Billy"
Date:04/25/2014 4:25 PM (GMT-05:00)
To: Andrew Dugrenier ,"Leon, John" ,"Johnson, Rod" ,Brad Piccirillo ,"Thompson, Dan" ,"Yarussi, Rick" ,"Barada, Andrew" ,"Tang, Jerry"
Cc: "Schmid, James" ,"Onaka, Ron" ,"Rich Trissel (richtrissel@gmail.com)" ,"Huang, Billy"
Subject: RE: Target ship date for T2 lens on 4/30

Hi, Andy:

CONFIDENTIAL

Thank you for the update.

It is disappointing to learn that the 4/30 ship date may slip.  Efforts to maintain the 4/30 ship date are greatly appreciated. Please keep us posted.

In addition, as Jim Schmid mentioned in his previous email, Nanometrics has not completed the performance evaluation of the sample lens which we received on 4/15.

Best regards,

Billy

| LENS #1 | SHIPPED, ENGINEERING UNIT |
| LENS #2 | SHIPPED 4/14 |
| LENS #3 | TARGET SHIP DATE 4/30, DOCK DATE 5/1 |
| LENS #4 | TARGET SHIP DATE 5/15, DOCK DATE 5/16 |

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Friday, April 25, 2014 1:08 PM
**To:** Huang, Billy
**Subject:** RE: Reminder: Target ship date for T2 lens on 4/30

Hi Billy –

We're still working away on the next 25um lens.  We're able to get the required wavefront time and time again, but the lateral color is still giving us a challenge!  We have more tooling on the way to help, but are trying to muscle through until it arrives, which could be the end of this coming week.  It should give us much more control.

All said, we're very, very confident we'll be able to get you compliant product, although the ship date may slip if we can't get the lens to fall within specification without this additional tooling.

I'll chime in again early next week.

Thanks,
Andy

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Thursday, April 24, 2014 10:17 AM
**To:** Andrew Dugrenier
**Subject:** RE: Reminder: Target ship date for T2 lens on 4/30

Thank you.

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Thursday, April 24, 2014 5:08 AM
**To:** Huang, Billy; Leon, John; Johnson, Rod; Brad Piccirillo; Thompson, Dan; Yarussi, Rick; Barada, Andrew; Tang, Jerry
**Cc:** Schmid, James; Rich Trissel; Onaka, Ron
**Subject:** RE: Reminder: Target ship date for T2 lens on 4/30

CONFIDENTIAL

NANO_000474251

Good Morning –

We are working towards this date.  I should know my confidence level by the end of tomorrow.

Thanks,
Andy

---

**From:** Huang, Billy [mailto:bhuang@nanometrics.com]
**Sent:** Wednesday, April 23, 2014 7:32 PM
**To:** Andrew Dugrenier; Leon, John; Johnson, Rod; Brad Piccirillo; Thompson, Dan; Yarussi, Rick; Barada, Andrew; Tang, Jerry
**Cc:** Schmid, James; Rich Trissel; Onaka, Ron
**Subject:** Reminder: Target ship date for T2 lens on 4/30

Hi, Andy:

Please confirm the 4/30 ship date is on track.

Best regards,

Billy

---

**From:** Huang, Billy
**Sent:** Wednesday, April 23, 2014 7:26 AM
**To:** 'Andrew Dugrenier'; Leon, John; Johnson, Rod; Brad Piccirillo; Thompson, Dan; Yarussi, Rick; Barada, Andrew; Tang, Jerry
**Cc:** Schmid, James; Rich Trissel; Onaka, Ron
**Subject:** Target ship date for T2 lens on 4/30

Hi, Andy:

As we are approaching April 30th quickly, please provide daily status for the next T2 lens to confirm the 4/30 ship date is on track.

Best regards,


**Billy Huang**
**Sr. Materials Manager**

**nano**metrics
**Direct  USA:** **408-545-6277**
**E-mail:** bhuang@nanometrics.com
------------------------------------------------------
**Corporate Headquarters:**
------------------------------------------------------
Nanometrics Incorporated
1550 Buckeye Drive
Milpitas, CA 95035 USA

CONFIDENTIAL

NANO_000474252

CONFIDENTIAL

NANO_000474253

# EXHIBIT 53

| From: | Thompson, Dan [/o=nanometrics/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=dthompson] |
|---|---|
| Sent: | 8/25/2014 7:57:11 PM |
| To: | Lien, Angela; Yarussi, Rick [ryarussi@nanometrics.com]; Wong, Herman [hwong@nanometrics.com]; Barada, Andrew [abarada@nanometrics.com] |
| CC: | Wang, Li [li.wang@nanometrics.com]; Barada, Andrew [abarada@nanometrics.com]; Onaka, Ron [ronaka@nanometrics.com]; Nguyen, Thanh-My [tnguyen@nanometrics.com]; Schmid, James [jschmid@nanometrics.com]; Phelan, Lana [lphelan@nanometrics.com] |
| Subject: | RE: ECO 8019 (ATLAS II): OSI Lenses; Need update Specifications |

Ron:

Engineering is currently not choosing to make an amendment to this spec because:
• As of now, there is no demand for Atlas II+T and no other targeted implementation for these lenses.
• The spec in the system is the purchase spec for the only existing order. We cannot change the requirements for this order.
• The most recent quote for lenses (beyond the initial order) was at a price point far beyond Nano's willingness to pay.

In the unlikely even that Nano comes back to these lenses, we will amend the spec as necessary.

--Dan

**From:** Thompson, Dan
**Sent:** 2014-08-15 Friday 3:23 PM
**To:** Lien, Angela; Yarussi, Rick; Wong, Herman
**Cc:** Wang, Li; Barada, Andrew; Onaka, Ron; Nguyen, Thanh-My; Schmid, James; Phelan, Lana
**Subject:** RE: ECO 8019 (ATLAS II): OSI Lenses; Need update Specifications

I know. This week I worked on the older one. If I see Rick, I'll bug him about this one. I think we need him to do this one right.

**From:** Lien, Angela
**Sent:** 2014-08-15 Friday 2:46 PM
**To:** Thompson, Dan; Yarussi, Rick; Wong, Herman
**Cc:** Wang, Li; Barada, Andrew; Onaka, Ron; Nguyen, Thanh-My; Schmid, James; Phelan, Lana
**Subject:** RE: ECO 8019 (ATLAS II): OSI Lenses; Need update Specifications

Re-send. Round 3.

Herman,
Please work with Dan and Rick to get some progress on your ECO 8019. Attached.

Thank you,
Angela

**From:** Lien, Angela
**Sent:** Tuesday, July 29, 2014 3:36 PM
**To:** Thompson, Dan; Yarussi, Rick; Wong, Herman
**Cc:** Wang, Li; Barada, Andrew; Onaka, Ron; Nguyen, Thanh-My; Schmid, James; Phelan, Lana
**Subject:** RE: ECO 8019 (ATLAS II): OSI Lenses; Need update Specifications

Hello Dan, Rick,

**Exhibit 00188**
Andrew Barada

I would like to follow up the status for this ECO.

Thank you,
Angela

---

**From:** Lien, Angela
**Sent:** Wednesday, July 09, 2014 5:15 PM
**To:** Thompson, Dan; Yarussi, Rick
**Cc:** Wang, Li; Barada, Andrew; Onaka, Ron; Wong, Herman; Nguyen, Thanh-My; Schmid, James; Phelan, Lana
**Subject:** ECO 8019 (ATLAS II): OSI Lenses; Need update Specifications

Hello Dan, Rick,

ECO 8019 (see attached) has revised a couple Optical Solutions lenses which need your help to provide the update specifications.

ECO is pending on the update specs for ECO Implementation and Purchasing.

Please help provide update specs as follow:

- 7710-040479 (Rev. 1 to "A")        ASSY,LENS,SE OBJECTIVE,200-170NM
  o   Delete: 7710-040479; Add: **Optical Solution 5235**

- 7710-043471 (Rev. A to "B")        LENS,4017,T1,RC2,200-1700NM
  o   Delete: 7710-043471; Add: **Optical Solution 5261**

- 7710-042674 (Rev. 1 to "A")        LENS,2517,T1,RC2
  o   Delete: 2517-FC; Add: **Optical Solution 5252**

- 7710-042675 (Rev. 1 to "A")        LENS,2517,T2,RC2
  o   Delete: 2517-IC; Add: **Optical Solution 5262**

**Thank you,**
**Angela**

CONFIDENTIAL

# EXHIBIT 54

# FILED UNDER SEAL

# EXHIBIT 55

**From:** Brad Piccirillo [Brad.Piccirillo@osi.us.com]
**Sent:** 9/11/2014 10:16:44 AM
**To:** Thompson, Dan [dthompson@nanometrics.com]
**Subject:** RE: 25 micron lens needs

That IS goofy looking........

**From:** Thompson, Dan [mailto:dthompson@nanometrics.com]
**Sent:** Wednesday, September 10, 2014 10:40 PM
**To:** Brad Piccirillo
**Subject:** RE: 25 micron lens needs

The new #007. In spec, but goofy looking.



The new #003





**From:** Thompson, Dan
**Sent:** 2014-09-03 Wednesday 7:05 PM
**To:** Brad Piccirillo
**Subject:** RE: 25 micron lens needs

Looks good so far. The %Energy numbers are not high, but that was on the test bench, so I'm not sure how well optimized it is yet. But the vitals are there.

| Source | Lens | Date | Type (T1/T2) | Axial | X Lateral | Y Lateral | x sigma | ysigma | x 6sigma | y 6sigma | Spherical | COMA | ASTIGMATISM | PV Wave | RMS wave | Retardance @ 200nm | Spot Size % 200nm - 1000nm | Spot Size % MSE 200nm - 1000nm | Spot Size% 200nm- 1500nm | Spot Size % MSE 200nm - 1500nm | RC2 SE+MM WV SE Spot %Energy 190-800nm | RC2 SE+MM WV SE Spot MSE 190-800nm | RC2 SE+MM WV Full Range %Energy | RC2 SE+MM WV Full Rnage MSE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OSI 25µm PN 5262 | #002 | | T2 | 86.1 | [illegible] | 0.3816 | 1.5258 | 0.0363 | 9.1548 | 0.2178 | NA | NA | NA | NA | NA | 1.101965 | 99.81 | 7.287 | 99.88 | 7.583 | | | | |
| Job 1948 (upgrade kit #2) | #003 | | T2 | 100.1 | 5.70016 | 0.624951 | 1.150192 | 0.197236 | 6.9012 | 1.1834 | NA | NA | NA | NA | NA | 2.19 | 100 | 17.05 | NA | NA | | | | |
| Job 1947 (upgrade kit #3) | #005 | 2014-06-17 | T2 | 113.8 | 1.925 | 0.159 | 0.3943 | 0.0371 | 2.365852 | 0.222387 | [illegible] | 0.156 | 0.056 | 0.131 | 0.023 | 2.75 | 99.54 | 29.531 | 99.537 | 27.311 | | | | |
| PO 59325 | #006 | 2014-07-30 | T2 | 99.4 | 1.7131 | 0.5696 | 0.4438 | 0.1249 | 2.6628 | 0.7494 | -0.049 | 0.089 | 0.065 | 0.122 | 0.021 | 2.03 | NA | NA | NA | NA | | | [illegible] | 7.5 |
| OSI 25µm PN 5252 | #003 | 2014-09-03 | T1 | 96.0 | 1.8812 | 0.3616 | 0.3611 | 0.0981 | 2.1666 | 0.5886 | -0.053 | 0.093 | 0.034 | 0.127 | 0.019 | 1.64 | NA | NA | NA | NA | 99.54 | 12.29 | 99.54 | 15 |
| OSI 25µm PN 5262 | #007 | | T2 | 85.6 | 1.7903 | 0.324 | 0.3783 | 0.0572 | 2.2698 | 0.3432 | -0.043 | 0.029 | 0.007 | 0.154 | 0.016 | 2.73 | | | | | | | | |

Lateral #007



Lateral #003



CONFIDENTIAL



**From:** Thompson, Dan
**Sent:** 2014-09-02 Tuesday 6:04 PM
**To:** Brad Piccirillo
**Subject:** RE: 25 micron lens needs

Still waiting for data.

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** 2014-09-02 Tuesday 5:01 PM
**To:** Thompson, Dan
**Subject:** RE: 25 micron lens needs

Wake me up when you're done.....

CONFIDENTIAL

Brad

Sent by a not-so-smart phone user

-------- Original message --------
From: "Thompson, Dan"
Date:08/25/2014 11:15 PM (GMT-05:00)
To: Brad Piccirillo , "Leon, John" , "Barada, Andrew"
Cc: "Huang, Billy" , Andrew Dugrenier , Summer Dumont
Subject: RE: 25 micron lens needs

I'll keep an eye out for the test data. It may take some days before our Quality department runs it.

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** 2014-08-21 Thursday 7:31 AM
**To:** Leon, John; Barada, Andrew
**Cc:** Thompson, Dan; Huang, Billy; Andrew Dugrenier; Summer Dumont
**Subject:** RE: 25 micron lens needs

The third set of 25 micron lenses are shipping today, you'll have them tomorrow.

Brad

**From:** Leon, John [mailto:jleon@nanometrics.com]
**Sent:** Thursday, August 14, 2014 2:55 PM
**To:** Brad Piccirillo; Barada, Andrew
**Cc:** Thompson, Dan; Huang, Billy; Andrew Dugrenier; Summer Dumont
**Subject:** RE: 25 micron lens needs

Thank you Brad...

Sent via the Samsung GALAXY S®4, an AT&T 4G LTE smartphone

-------- Original message --------
From: Brad Piccirillo <Brad.Piccirillo@osi.us.com>
Date: 08/14/2014 11:50 AM (GMT-08:00)
To: "Leon, John" <jleon@nanometrics.com>,"Barada, Andrew" <abarada@nanometrics.com>
Cc: "Thompson, Dan" <dthompson@nanometrics.com>,"Huang, Billy" <bhuang@nanometrics.com>,Andrew Dugrenier <Andy.Dugrenier@osi.us.com>,Summer Dumont <Summer.Dumont@osi.us.com>
Subject: RE: 25 micron lens needs

Another set of 25 micron lenses were shipped today, you'll have them tomorrow.

Brad

CONFIDENTIAL

**From:** Leon, John [mailto:jleon@nanometrics.com]
**Sent:** Wednesday, July 09, 2014 1:50 PM
**To:** Brad Piccirillo; Barada, Andrew
**Cc:** Thompson, Dan; Huang, Billy; Andrew Dugrenier; Summer Dumont
**Subject:** RE: 25 micron lens needs

Brad,

We have not qualified the 25micron OSI lenses. Here is the current game plan:

We need 3 sets of T1 and T2 25 micron lenses as soon as possible for nanometrics to test and qualify. How we treat the remaining lenses on the existing PO will be based upon the results of the 3 sets T1 and T2 lenses that OSI manufactures for Nanometrics testing.

When can we receive a shipping schedule from OSI in respect to the next 3 sets of T1 and T2?

**John Leon**
**VP of World Wide Operations**
**nanometrics**

**Direct USA:** **408-545-6156**
**Mobile USA:** **408-561-5834**
**E-mail:** jleon@nanometrics.com

-------------------------------------------------
**Corporate Headquarters:**
-------------------------------------------------
Nanometrics Incorporated
1550 Buckeye Drive
Milpitas, CA 95035 USA

www.nanometrics.com

***What's the fastest way to get Nano Technical Support? Submit an email to tps@nanometrics.com!***

This e-mail and any file transmitted with it, is confidential and intended solely for the person or organisation to which it is addressed. It may contain privileged or confidential information and, if you are not the intended recipient, you must not disclose, copy, distribute or take any action in reliance upon it. Any views or opinions presented are solely those of the author and do not necessarily represent those of Nanometrics inc. If you have received this E-mail in error, please notify us as soon as possible and delete it from all data storage systems. All reasonable steps have been taken to ensure that this e-mail and its attachments are free from computer viruses. Nanometrics accepts no liability in respect of any loss, cost, damage or expenses suffered as a result of accessing this message or any of its attachments.

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Wednesday, July 09, 2014 6:44 AM
**To:** Barada, Andrew
**Cc:** Thompson, Dan; Leon, John; Huang, Billy; Andrew Dugrenier; Summer Dumont
**Subject:** FW: 25 micron lens needs

We need to move forward on these, so our game plan at this end is to stick to the PO, which is for 12 of each T1 and T2 lens.

NANO_000477762

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

**From:** Brad Piccirillo
**Sent:** Monday, July 07, 2014 1:32 PM
**To:** Drew Barada
**Cc:** Dan Thompson; John Leon; Billy Huang; Andy Dugrenier
**Subject:** 25 micron lens needs

Can one of you guys please give us some insight on your upcoming T1 and T2 needs for the 25 micron lenses?  We have to make conversions on these and we want to do it appropriately......

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

CONFIDENTIAL

# EXHIBIT 56

# FILED UNDER SEAL

## (REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL)

| From: | Wang, Li [/O=NANOMETRICS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LI.WANG] |
|---|---|
| Sent: | 10/27/2014 6:16:41 PM |
| To: | Beddard, Tony [tbeddard@nanometrics.com]; Leon, John [jleon@nanometrics.com]; Barada, Andrew [abarada@nanometrics.com]; Yarussi, Rick [ryarussi@nanometrics.com]; Hazelton, Andrew [ahazelton@nanometrics.com] |
| CC: | Thompson, Dan [dthompson@nanometrics.com]; Kinney, Patrick [pkinney@nanometrics.com]; Li, Randy [rli@nanometrics.com] |
| Subject: | OSI 2517 lens testing result |

John/Tony,

As discussed last week, we'd like to do a quick test on a set of OSI lenses against ⬛⬛⬛⬛⬛⬛ Since we have been in crunch time to get ⬛⬛⬛ based small spot package figured out for ⬛⬛⬛ we wanted to limit OSI lens test to minimum level without extensive testing and troubleshooting, unless the spot size result shows substantial benefits, which would warrant more attention. Randy and Pat did the spot size measurement on a set of OSI lenses in the config of ⬛⬛⬛⬛⬛ The result is shown in the graph below. The condition for the MG lens data is ⬛⬛⬛⬛⬛ ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ As we can see, OSI lenses didn't show very encouraging result under the condition we tested. ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

unless we invest a lot of more energy into troubleshooting it.

Given the result, we should still focus on MG config development for now and may revisit OSI lenses when we hit a wall on MG lenses on something.



Thanks,

Li Wang, Ph.D.

**Exhibit 00190**
Andrew Barada

NANO_000036974

Director of advanced metrology technology
Nanometrics Incorporated
++++++++++++++++
Direct: 408-545-6461
Mobile: 408-499-8993
++++++++++++++++

CONFIDENTIAL

NANO_000036975

# EXHIBIT 57

Message

_____

**From:**      Rich Trissel [richtrissel@gmail.com]
**Sent:**      7/9/2013 12:58:04 PM
**To:**        Brad Piccirillo [Brad.Piccirillo@osi.us.com]
**Subject:**   Re: FW: Refractive SE Objective, 0.10NA


What part of 'meets all specs' does he not understand?  Wanker.

On Tuesday, July 9, 2013, Brad Piccirillo wrote:

> Rich,
>
>
> I already sent over the quote and presentation.  Bruce responded with this. Thoughts?
>
>
> **Brad Piccirillo**
> Optical Solutions Inc.
> President
> (603) 826-4411 Work
> (603) 504-2305 Mobile
> Brad.Piccirillo@OSI.us.com
> 26 Bull Run
> Charlestown, NH 03603
> www.opticalsolutionsinc.com
>
>
> **From:** Crawford, Bruce [mailto:bcrawford@nanometrics.com]
> **Sent:** Tuesday, July 09, 2013 1:48 PM
> **To:** Brad Piccirillo; Leon, John; Beddard, Tony
> **Cc:** Wang, Haiming; Barada, Andrew
> **Subject:** RE: Refractive SE Objective, 0.10NA
>
>
> # Can we have a comparison slide with expected outcomes against critical spec needs ie, spot size, etc.
>
>
> B
>
>
> Bruce A. Crawford

**Exhibit
00174**

Andrew Barada

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Chief Operating Officer

Direct: (408) 545-6155  Milpitas, Ca.

Direct: (541) 322-2508 Bend, Or.

Cell:   (541) 460-3010

Fax:   (408) 232-5910 Milpitas, Ca.

E-Mail: bcrawford@nanometrics.com

---

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Tuesday, July 09, 2013 10:20 AM
**To:** Leon, John
**Cc:** Crawford, Bruce; Beddard, Tony
**Subject:** Refractive SE Objective, 0.10NA

Gentlemen,

Attached is a thing of beauty!  I know of no other that can make such a lens so I leave it up to you guys to sell this little darlin'.  I guarantee you this lens will way out perform (and be more consistent) then anything your competition would ever come close to realizing!!!!!

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0056204

# EXHIBIT 58

Message

| | |
|---|---|
| **From:** | Brad Piccirillo |
| **Sent:** | 11/8/2012 11:35:03 AM |
| **To:** | 'Gibb, Scott' [sgibbs@nanometrics.com] |
| **Subject:** | RE: Request for Quotation for Microscope Objective |
| **Attachments:** | Brad Piccirillo.vcf; Nanometrics1850.docx; OSI - Nanometrics.pptx |

Scott,

Attached is your quote for the Objective Lens. We would really like to work with you on these so please work with us to make that happen........

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

---

**From:** Gibb, Scott [mailto:sgibbs@nanometrics.com]
**Sent:** Thursday, October 25, 2012 7:52 PM
**To:** Brad Piccirillo
**Cc:** Blasenheim, Barry
**Subject:** Request for Quotation for Microscope Objective

Hi Brad,

Attached is our lens specification for your review and quotation.

Please provide quotations for three prototype lenses, and quantities of 50 and 100 production lenses per year.

Let me know if you have any questions.

Scott Gibb
Sr. Optical Engineer
Nanometrics Inc.
1550 Buckeye Dr.
Milpitas, CA
(408) 545 6379



EXHIBIT 254
B.P.
6/30/22 8D

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0026849

Contact

| | |
|---|---|
| **Full Name**: | Brad Piccirillo |
| **Last Name**: | Piccirillo |
| **First Name**: | Brad |
| **Company**: | Optical Solutions Inc. |
| **Business Address**: | 26 Bull Run Charlestown, NH 03603 |
| **Business Phone**: | (603) 826-4411 |
| **Mobile Phone**: | (603) 504-2305 |
| **Web Page**: | www.opticalsolutionsinc.com |
| **E-mail**: | Brad.Piccirillo@OSI.us.com |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



**Optical Solutions Incorporated**

26 Bull Run 4411
Charlestown, NH   03603

phone:   (603)  826-4411

fax: (603) 826-4488

Company: Nanometrics
date:
11/7/12
attention: Scott Gibb
log#: 1850
phone: 408 545-6379
page:
1 of 2

Ref: ASSY, LENS, SE OBJECTIVE, 200-1700NM, PN 7710-040479

Scott,

It has been a pleasure working with you up to this point. I very much look forward to developing a long term relationship with Nanometrics. As I am sure you are aware, there aren't many folks out there possessing the ability to design, fabricate, assemble and test optics as sensitive as this objective lens. As you commented during our initial conversation, OSI came highly recommended to you by your associates at Lockheed. Since then, I have collaborated with you on a full range of topics including; material selection, tolerancing, manufacturing limits and other topics that will help influence the outcome of this project.  I have also provided PowerPoint sides demonstrating some of our capabilities.  I have taken the time to prepare yet another PowerPoint presentation for your review as I believe it contains more insight regarding OSI's enabling technologies which Nanometrics may find extremely useful for obtaining optical solutions for future needs.  For example, our capabilities related to optical contacting of dissimilar materials: this area, to my knowledge, has pretty much eluded everyone, for which OSI has had great success.  If you take a peek at slide 3, we worked with a customer to layout a circuit board that allowed positioning of the underside surface containing a very small InP APD so that it located within 15 microns of center to a Si solid telescope lens that we fabricated.  Just for point of reference, Indium Phosphide (InP) is an extremely soft brittle material and Silicon (Si) is a very hard material.  This project was a great success, for which our customer is considering 100's to 1000's more.  This past summer we were presented with a very unique lithography application – which may be a little more in line with your market. We were tasked to fabricate a lithography grade CaF2 aspheric lens to yield < 1/10th wave irregularity and < 8 Angstrom surface roughness.  You can't see it too well on slide 4 however, the aspheric interferogram reads < 1/10th wave (.158 fringes) with surface roughness measured in the 5-6 Angstrom range.  The other part of this project was to optically contact prisms made from dissimilar materials.  As you are aware, there are no optical cements that transmit in the UV and IR so these applications require optical contacting.  Again, OSI

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0026851

was able to successfully demonstrate our ability to optically contact materials that were; dissimilar, similar, soft contacted to hard, hard to hard, soft to soft, etc. As I commented previously, OSI does not formally market itself, so in this case it took this particular customer nearly two years to find us.  In that time frame, pretty much the whole world exhausted its ability to come up with a manufacturing solution for these problems.  Multiple European, Far East and Domestic companies tried to fabricate this lens and optically contact these prisms, but were all unsuccessful, except for OSI.

I put some notes on the attached slides:

- The reflective grating in slide 5 is unique because the best efficiency obtained to date on such an optic is between 30–40%, ours met theoretical at 93%.
- Slide 6 instrument is only possible due to OSI's ability to fabricate the high precision refractive grisms needed to combine all four 10 Meter telescopes.
- Slide 7 is an important slide for your purposes as the contract for these passive athermal assemblies was awarded to OSI solely to mitigate risk as they heard "we were the best".  Although these assemblies are extremely demanding from a fabrication and performance standpoint, all 60 assemblies (20 of each FOV) met theoretical MTF!  We are currently under contract to make 35 more of each assembly.  Based on manufacturing capacities needed to satisfy this customers needs, it should prove assuring that OSI can meet the quantity requirements you are asking for in this SOW.
- Slide 8 is an example of a large f/0.8 cryogenic assembly that OSI designed and fabricated with our optical designer Rich Trissel.
- Slide 9 may shed some light on some geometries that may help in future endeavors.  In the bottom right hand corner, there is a very unique lens that may be of interest. It's a 4x4 lenslet array in support of a 200 – 800nm application, made from BaF2 that possesses 16 different aspheric lens, all yielding f/1.0 diffraction limited performance!

I have presented these items for your consideration for many reasons.  First, I hope they instill confidence that we can technically meet the challenges associated with your current SOW for these Objective Lenses.  Also, I hope they create an image in your mind that OSI is truly a unique company, one that possesses manufacturing techniques that are beyond any other optics manufacturer. Not only do we plan to utilize our unique manufacturing and tolerancing capabilities on these assemblies, we hope that based on the superior performance we intend to achieve, that the results of this initial collaboration will get you thinking of creative ways on how to utilize OSI's potentials in support of creating, developing, and implementing these advanced optical solutions for solving future Nanometrics applications!

Item 1: ASSY, LENS, SE OBJECTIVE, 200–1700NM, PN 7710–040479
3 units = $49,380.00 ea.
50 units = $36, 920.00 ea.
100 units = $27,840.00 ea.
*NRE Charges = $42,000.00

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0026852

* NRE Charges include; Optical Engineering Design Verification and Discussion, Tolerance Analysis, Lens Drawing Generation, Mechanical Engineering/Design, Tooling/Fixtures, Source (deuterium lamp), Filters, and PSD.

Delivery: 18-22 months

We hope this response meets your needs.  Please feel free to contact me if you have any questions or concerns.  We look forward to working with you on this project.

Sincerely,


Bradley J. Piccirillo

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0026853

# EXHIBIT 59

Message

| | |
|---|---|
| **From:** | Brad Piccirillo |
| **Sent:** | 11/29/2012 1:18:20 PM |
| **To:** | 'Gibb, Scott' [sgibbs@nanometrics.com] |
| **Subject:** | RE: Request for Quotation for Microscope Objective |
| **Attachments:** | Brad Piccirillo11.vcf; Nanometrics1850.docx |

Scott,

I've eliminated it and made it look like this was the original quote. I've deleted the other files in my computer, so this is all that exists at my end.

Thanks for your help. I look forward to working on this project with you.

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

---

**From:** Gibb, Scott [mailto:sgibbs@nanometrics.com]
**Sent:** Thursday, November 29, 2012 4:02 PM
**To:** Brad Piccirillo
**Subject:** RE: Request for Quotation for Microscope Objective

I suppose you might as well eliminate it. It will look better for you don't you think and probably be less confusing to us.

This pricing makes you competitive.

Scott

---

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Thursday, November 29, 2012 12:36 PM
**To:** Gibb, Scott
**Subject:** RE: Request for Quotation for Microscope Objective

Scott,

Do you want me to eliminate the first section, the one with higher pricing scheme, or just leave it as currently is?

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com



EXHIBIT 255
B.P.
6/30/22 SR
PENGAD 800-631-6989

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**From:** Gibb, Scott [mailto:sgibbs@nanometrics.com]
**Sent:** Wednesday, November 28, 2012 6:46 PM
**To:** Brad Piccirillo
**Subject:** RE: Request for Quotation for Microscope Objective

Brad,

Yes, this would be helpful to us. Can you add this language to a new quotation and re-quote for 4 prototypes?

Also, and this is important, can you bring the schedule in at all on these prototypes? For example, can you quote the following options:

- Price of 4 prototypes if delivered by end of February
- Price of 4 prototypes if delivered by end of March
- Price of 4 prototypes if delivered by end of April
- Price of 4 prototypes if delivered by end of May

I realize expediting optics is difficult, but we're willing to pay an expedite fee if it would provide an incentive to deliver sooner. If you can't expedite for one or more of the above months can you let us know why (educate us on the issues)?

Your quantity 50 price is more like 5x the competition, so even if you delivered on these 4 prototypes we'd still go with the other shop for the higher quantities assuming they meet specs. We're interested in reducing schedule risk, so we're going to propose a plan to buy from multiple shops, but there's no guarantee the executives will approve of this huge expenditure.

Second chance here buddy. Door is still open.

Scott

---

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Wednesday, November 28, 2012 1:40 PM
**To:** Gibb, Scott
**Subject:** RE: Request for Quotation for Microscope Objective

Scott,

I appreciate you not being upset with our emails of yesterday – I am definitely NOT!

OK, here's what I think of your request for price reduction. It appears that I am at least 3 time higher than your desired price range, making it difficult to simply slash it down by such a large factor. I know that we will be successful making these so I'm not worried about the technical aspects. I also know that my potential merger, if it goes through, represents a scenario where we can reduce the unit pricing. If I interpret your below comments correctly, the essence of your note is greater weighed on the risk of one of your shop not being able to deliver (at a reasonable price). Knowing that a redesign is extremely costly, and knowing that we will be successful on these objectives, I will make you a backstop off if the other folks don't come through – which is, I will reduce my current 50 and 100 piece pricing by a factor of two. This gets you somewhere in the range of your desired pricing, allows me to establish a relationship with you, and creates an avenue from which my potential merger to consider. Does this sound like it would be helpful to you?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0026715

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

---

**From:** Gibb, Scott [mailto:sgibbs@nanometrics.com]
**Sent:** Wednesday, November 28, 2012 1:08 PM
**To:** Brad Piccirillo
**Subject:** RE: Request for Quotation for Microscope Objective

Thanks Brad. We have more projects coming up in the months and years ahead and your name will be on the list of shops that we send our request for quotations to.

Thanks for helping me out with the tolerancing and material specification in the areas you did.

I'll keep your business merger and these emails between us, but please let us know if you can offer us something better in price for this current lens. There's no guarantee the shop we go with will deliver. If no one can make this lens for a reasonable price, then chances are we'll have to go back to the drawing board on the lenses or maybe the whole instrument.

---

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Wednesday, November 28, 2012 7:17 AM
**To:** Gibb, Scott
**Subject:** FW: Request for Quotation for Microscope Objective

Damn cell phones..... see below in red.

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

---

**From:** Brad Piccirillo
**Sent:** Tuesday, November 27, 2012 6:19 PM
**To:** sgibbs@nanometrics.com
**Subject:** RE: Request for Quotation for Microscope Objective

I understand. Thank you for these comments, these seem realistic and appropriate.

I enjoyed our conversations and the work that we did, it definitely has potential for a win-win on future stuff. I am very sincere when I tell you that OSI has freaky good manufacturing capabilities - literally second to none. Excluding the cost of our stuff, a typical customer will make any provisions possible so they can wok with us. My hard part is getting them to work with us for the first time!

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0026716

Do me a favor if you could. Please don't share any of my email comments ~~if~~ of today with anyone over there. Please portray OSI as a supportive company, one with advanced manufacturing capabilities, but is expensive. As I told you yesterday, I may work out a deal ~~winterizing h~~ with a very large company (much larger than Melles, or CVI, etc) and if all goes well, I will be able to present you with OSI ~~equity~~ quality and/or solutions at a much more reasonable cost - probably within ~~you~~ your desired ~~drive~~ price range ~~foe~~ for these lenses!

Anyway, please don't take my comments to heart, I enjoy working with you and ~~thes~~ this is only one of your application needs........

Brad

Sent from my Verizon Wireless 4G LTE Smartphone

"Gibb, Scott" <sgibbs@nanometrics.com> wrote:
Brad,

I'm sorry that you feel misled. If you would have provided a competitive price, I could have made a strong case in favor of your shop, and you might have won this job. I had no idea what your prices were going to be relative to theirs. I didn't show the design to them or you prior to when you saw it. I honestly believed you could win this job.

Scott

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Tuesday, November 27, 2012 1:51 PM
**To:** Gibb, Scott
**Subject:** RE: Request for Quotation for Microscope Objective

Scott,

It doesn't seem logical to me that you would tap into other sources for advise if you have "two suppliers that have provided excellent products and service for us over the years", especially if it represents a potential for risk – cost excluded. No biggie, as we obviously have different views on this. Not that my advice means anything to you, but when you approach a person and/or a company like OSI (a company that typically makes products that are beyond industry standards), there are certain expectations that develop right from the initial conversation. In future, please be courteous to this fact when and if this scenario comes across your plate.

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

**From:** Gibb, Scott [mailto:sgibbs@nanometrics.com]
**Sent:** Tuesday, November 27, 2012 1:27 PM
**To:** Brad Piccirillo
**Subject:** RE: Request for Quotation for Microscope Objective

Brad,

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0026717

It certainly isn't true that the outcome of the project was predetermined, however there was inertia to go with either of the two suppliers that have provided excellent products and service for us over the years.  Using a new supplier is usually more of a risk than sticking with existing good suppliers.  You know that.

Why would we switch to a new supplier that costs more if our existing suppliers have already proven they can fabricate a similar lens (the predecessor to this current lens)?  If there's a good reason to switch we'd switch, but right now, why should we switch?

Scott

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Tuesday, November 27, 2012 6:33 AM
**To:** Gibb, Scott
**Subject:** RE: Request for Quotation for Microscope Objective

Scott,

In a lot of ways this is disappointing to hear.  Usually when a customer approaches me for help with material selection, optical tolerancing and manufacturability, the outcome is a lot different than "folks here are more familiar with this other reputable shop and they believe this other shop will provide acceptable lenses".  My expectation is that a viable incumbent isn't part of the picture because if they were, the process we spent time on would not have been part of your design considerations.

Anyway, there's not much I can do about this because even if I were to buy in to your pricing range, I get the impression the outcome of this project was predetermined and OSI didn't have a chance from the get go.

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

**From:** Gibb, Scott [mailto:sgibbs@nanometrics.com]
**Sent:** Monday, November 26, 2012 6:30 PM
**To:** Brad Piccirillo
**Subject:** RE: Request for Quotation for Microscope Objective

Brad,

There's an extremely high probability that we'll go with another supplier unless you can find a way to bring the price down to our target range of $5000-$10,000 per lens at the quantity 50 pricing.  If you're on the low side of that range chances will be higher that you'll get an order.  Yep, performance is important, but folks here are more familiar with this other reputable shop and they believe this other shop will provide acceptable lenses.

If you decide to provide us with another quotation for the quantity 50 and 100 prices, we'd also like to know prototype pricing for quantity 4 lenses with options for expedited delivery in February, and March.  I realize optics fabrication isn't well suited to being expedited, but we have an urgent need and would like to know how much it would cost to get the prototypes in February, and how much it would cost to get them in March.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0026718

Scott

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Monday, November 26, 2012 1:56 PM
**To:** Gibb, Scott
**Subject:** RE: Request for Quotation for Microscope Objective

Are you saying that you are going with them?  I would think that quality would be the main driver, but not sure what your ultimate decision considerations are?  I suspect the prototypes are a small cost compared to your higher quantity needs and that you would want to get these from a couple different folk for comparison.  I can assure you that due to the tight tolerancing, each provider will yield different performance...........

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
25 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

**From:** Gibb, Scott [mailto:sgibbs@nanometrics.com]
**Sent:** Monday, November 26, 2012 4:50 PM
**To:** Brad Piccirillo
**Subject:** RE: Request for Quotation for Microscope Objective

All the quotes are in.  The last supplier came in significantly less than your shop both on prototypes and high volume production.

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Monday, November 26, 2012 1:27 PM
**To:** Gibb, Scott
**Subject:** RE: Request for Quotation for Microscope Objective

Scott,

After you get your last quote in tomorrow let's talk.  My expectation is that there won't be a huge price disparity so OSI will be a viable option.  From there, I'll basically tell you that this other company is a very large optics manufacturing based entity, one with a worldwide presence for which you will definitely know who they are, then I'll coordinate a good faith trip to meet with your team at your facility.  This is risky for me however, all I ask is that you make a decision to go with us on the prototype quantity.  From there, I know OSI's quality will speak for itself and I will have time to transfer this technology in support of lower unit volume pricing.  One last comment; when you find OSI's performance superior to anything you are accustomed to, if this acquisition doesn't take place, I can assure you that we are in a standalone position to fabricate the higher quantities your are looking for.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0026719

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

---

**From:** Gibb, Scott [mailto:sgibbs@nanometrics.com]
**Sent:** Monday, November 26, 2012 4:01 PM
**To:** Brad Piccirillo
**Subject:** RE: Request for Quotation for Microscope Objective

Thanks Brad.  Let's talk this over again after the remaining quote comes in.  I'll need to hear from you what part of this you want me to share with the decision makers here.  Right now, I'm only hinting that you are looking into a lower pricing strategy, but I'm not providing any details of what that is.

Scott

---

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Monday, November 26, 2012 12:41 PM
**To:** Gibb, Scott
**Subject:** RE: Request for Quotation for Microscope Objective

Scott,

Talked this over with the other company and we're both on the same page.  As we discussed, if you place an order with us for the prototypes, we (myself along with one of their higher level representatives) will visit your facility for introductions with the purpose of creating a common path forward.  Also, as you made mention to, it is all our expectations that this proposed relationship will yield more conducive higher quantity pricing.

Not only is it my goal to create a win-win scenario for all of us, I can assure you that the technology we bring to the table for making your objectives is second to none.

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

---

**From:** Gibb, Scott [mailto:sgibbs@nanometrics.com]
**Sent:** Monday, November 26, 2012 1:29 PM
**To:** Brad Piccirillo
**Subject:** RE: Request for Quotation for Microscope Objective

I put the spec out to three vendors.  Heard from you and another.  Should hear from the third in another day.  Looks like we might send it out to a fourth.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0026720

Scott

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Monday, November 19, 2012 12:25 PM
**To:** Gibb, Scott
**Subject:** RE: Request for Quotation for Microscope Objective

Talk to me Kimosabi, what's up at your end?

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

**From:** Gibb, Scott [mailto:sgibbs@nanometrics.com]
**Sent:** Thursday, November 08, 2012 4:47 PM
**To:** Brad Piccirillo
**Subject:** RE: Request for Quotation for Microscope Objective

Brad,

Thanks for your quotation.  I've looked it over and have passed it on to Barry and my manager.  We're still waiting for the other quotations to come in.

Have a good weekend - I'll be out tomorrow.
Scott

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Thursday, November 08, 2012 11:35 AM
**To:** Gibb, Scott
**Subject:** RE: Request for Quotation for Microscope Objective

Scott,

Attached is your quote for the Objective Lens.  We would really like to work with you on these so please work with us to make that happen……..

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

**From:** Gibb, Scott [mailto:sgibbs@nanometrics.com]
**Sent:** Thursday, October 25, 2012 7:52 PM

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0026721

**To:** Brad Piccirillo
**Cc:** Blasenheim, Barry
**Subject:** Request for Quotation for Microscope Objective

Hi Brad,

Attached is our lens specification for your review and quotation.

Please provide quotations for three prototype lenses, and quantities of 50 and 100 production lenses per year.

Let me know if you have any questions.

Scott Gibb
Sr. Optical Engineer
Nanometrics Inc.
1550 Buckeye Dr.
Milpitas, CA
(408) 545 6379

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0026722

Contact

_____

| | |
|---|---|
| **Full Name**: | Brad Piccirillo |
| **Last Name**: | Piccirillo |
| **First Name**: | Brad |
| **Company**: | Optical Solutions Inc. |

| | |
|---|---|
| **Business Address**: | 26 Bull Run Charlestown, NH 03603 |

| | |
|---|---|
| **Business Phone**: | (603) 826-4411 |
| **Mobile Phone**: | (603) 504-2305 |

| | |
|---|---|
| **Web Page**: | www.opticalsolutionsinc.com |

| | |
|---|---|
| **E-mail**: | Brad.Piccirillo@OSI.us.com |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



### Optical Solutions Incorporated

26 Bull Run                                                phone:  (603)  826–
4411
Charlestown, NH  03603                                     fax: (603) 826–4488

Company: Nanometrics                                                    date:
11/7/12
attention: Scott Gibb                                      log#: 1850
phone: 408 545–6379                                                    page:
1 of 3

Ref: ASSY, LENS, SE OBJECTIVE, 200–1700NM, PN 7710–040479

Scott,

It has been a pleasure working with you up to this point. I very much look forward to developing a long term relationship with Nanometrics. As I am sure you are aware, there aren't many folks out there possessing the ability to design, fabricate, assemble and test optics as sensitive as this objective lens. As you commented during our initial conversation, OSI came highly recommended to you by your associates at Lockheed. Since then, I have collaborated with you on a full range of topics including; material selection, tolerancing, manufacturing limits and other topics that will help influence the outcome of this project. I have also provided PowerPoint sides demonstrating some of our capabilities. I have taken the time to prepare yet another PowerPoint presentation for your review as I believe it contains more insight regarding OSI's enabling technologies which Nanometrics may find extremely useful for obtaining optical solutions for future needs. For example, our capabilities related to optical contacting of dissimilar materials: this area, to my knowledge, has pretty much eluded everyone, for which OSI has had great success. If you take a peek at slide 3, we worked with a customer to layout a circuit board that allowed positioning of the underside surface containing a very small InP APD so that it located within 15 microns of center to a Si solid telescope lens that we fabricated. Just for point of reference, Indium Phosphide (InP) is an extremely soft brittle material and Silicon (Si) is a very hard material. This project was a great success, for which our customer is considering 100's to 1000's more. This past summer we were presented with a very unique lithography application – which may be a little more in line with your market. We were tasked to fabricate a lithography grade CaF2 aspheric lens to yield < 1/10th wave irregularity and < 8 Angstrom surface roughness. You can't see it too well on slide 4 however, the aspheric interferogram reads < 1/10th wave (.158 fringes) with surface roughness measured in the 5–6 Angstrom range. The other part of this project was to optically contact prisms made from dissimilar materials. As you are aware, there are no optical cements that transmit in the UV and IR so these applications require optical contacting. Again, OSI

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                          OSI0026724

was able to successfully demonstrate our ability to optically contact materials that were; dissimilar, similar, soft contacted to hard, hard to hard, soft to soft, etc. As I commented previously, OSI does not formally market itself, so in this case it took this particular customer nearly two years to find us.  In that time frame, pretty much the whole world exhausted its ability to come up with a manufacturing solution for these problems.  Multiple European, Far East and Domestic companies tried to fabricate this lens and optically contact these prisms, but were all unsuccessful, except for OSI.

I put some notes on the attached slides:

- The reflective grating in slide 5 is unique because the best efficiency obtained to date on such an optic is between 30-40%, ours met theoretical at 93%.
- Slide 6 instrument is only possible due to OSI's ability to fabricate the high precision refractive grisms needed to combine all four 10 Meter telescopes.
- Slide 7 is an important slide for your purposes as the contract for these passive athermal assemblies was awarded to OSI solely to mitigate risk as they heard "we were the best".  Although these assemblies are extremely demanding from a fabrication and performance standpoint, all 60 assemblies (20 of each FOV) met theoretical MTF!  We are currently under contract to make 35 more of each assembly.  Based on manufacturing capacities needed to satisfy this customers needs, it should prove assuring that OSI can meet the quantity requirements you are asking for in this SOW.
- Slide 8 is an example of a large f/0.8 cryogenic assembly that OSI designed and fabricated with our optical designer Rich Trissel.
- Slide 9 may shed some light on some geometries that may help in future endeavors.  In the bottom right hand corner, there is a very unique lens that may be of interest. It's a 4x4 lenslet array in support of a 200 - 800nm application, made from BaF2 that possesses 16 different aspheric lens, all yielding f/1.0 diffraction limited performance!

I have presented these items for your consideration for many reasons.  First, I hope they instill confidence that we can technically meet the challenges associated with your current SOW for these Objective Lenses.  Also, I hope they create an image in your mind that OSI is truly a unique company, one that possesses manufacturing techniques that are beyond any other optics manufacturer. Not only do we plan to utilize our unique manufacturing and tolerancing capabilities on these assemblies, we hope that based on the superior performance we intend to achieve, that the results of this initial collaboration will get you thinking of creative ways on how to utilize OSI's potentials in support of creating, developing, and implementing these advanced optical solutions for solving future Nanometrics applications!

Item 1: ASSY, LENS, SE OBJECTIVE, 200-1700NM, PN 7710-040479
4 units = $25,380.00 ea.
50 units = $14,300.00 ea.
100 units = $11,900.00 ea.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

*NRE Charges = $42,000.00

SOW NOTES:  We realize our unit costing is in excess of other competitor bids however, we feel strongly that our ability to achieve higher quality performance exceeds our competition and is worth the value added cost. We also feel that we are technically competent meeting the tolerances and/or performance provided in the SOW, such that your exposure to risk is greatly diminished.

*  NRE Charges include; Optical Engineering Design Verification and Discussion, Tolerance Analysis, Lens Drawing Generation, Mechanical Engineering/Design, Tooling/Fixtures, Source (deuterium lamp), Filters, and PSD.

Delivery Incentives:
12 weeks – $60,000 bonus for four prototypes or $30,000 for two prototypes
13 weeks – $50,000 bonus for four prototypes or $25,000 for two prototypes
14 weeks – $40,000 bonus for four prototypes or $20,000 for two prototypes
15 weeks – $30,000 bonus for four prototypes or $15,000 for two prototypes
16 weeks – $25,000 bonus for four prototypes or $12,500 for two prototypes
17 weeks – $20,000 bonus for four prototypes or $10,000 for two prototypes
18 weeks – $15,000 bonus for four prototypes or $7,500 for two prototypes
19 weeks – $10,000 bonus for four prototypes or $5,000 for two prototypes
20 weeks – $6,000 bonus for four prototypes or $3,000 for two prototypes
21 weeks – $3,000 bonus for four prototypes or $1,500 for two prototypes
22 weeks – $1,000 bonus for four prototypes or $500 for two prototypes
23 weeks – no bonus

Delivery Penalties:
24 weeks – if not delivered, $1,000 reduction
25 weeks – if not delivered, $3,000 reduction
26 weeks – if not delivered, $6,000 reduction
27 weeks – if not delivered, $10,000 reduction
28 weeks – if not delivered, $15,000 reduction


We hope this response meets your needs.  Please feel free to contact me if you have any questions or concerns.  We look forward to working with you on this project.

Sincerely,


Bradley J. Piccirillo

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 60

**Message**

| | |
|---|---|
| **From:** | Brad Piccirillo [/O=OEXCH015/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BRAD.PICCIRILLO_OSI] |
| **Sent:** | 12/18/2013 9:37:21 AM |
| **To:** | Barada, Andrew [abarada@nanometrics.com] |
| **CC:** | Andrew Dugrenier [Andy.Dugrenier@osi.us.com] |
| **Subject:** | RE: today's call |
| **Attachments:** | Brad Piccirillo2.vcf |

We do the edging here now.  Just for point of reference, we do EVERYTHING in this facility except for coating.  We are edging parts now and trying to coordinate coatings.  Best we can do is get in the first run on January 6th (please don't ask us to find alternate coaters as I am very devoted to our suppliers and there's no way I am risking these sensitive parts).  I don't think this is the gating item anyway as the optics are continue to prove difficult.

I thought Tim's experience with TSMC was extremely positive ie. you have a great product and when marryied with a great performing 25 micron lens will be an excellent enabling technology for them to move forward with.  I did not hear that he got the shit kicked out of him…….  Anyway, we will prevail on this product!

Keep making comments like your last sentence and I will include you (along with Bruce and Tim) to stay home and simply send a heartfelt postcard………..

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

---

**From:** Barada, Andrew [mailto:abarada@nanometrics.com]
**Sent:** Wednesday, December 18, 2013 12:25 PM
**To:** Brad Piccirillo
**Cc:** Andrew Dugrenier
**Subject:** RE: today's call

No problem.

Can you provide an update on your plans for sending the completed elements out for edging and then on to the coater?  When we last spoke you said that you would talk to your suppliers about getting a batch of elements done before the shutdown in order to minimize bunching up the batch processing in the New Year.

From what I heard about Tim Stultz's (Nano President) visit to tsmc he was indeed placed in a seat of honor at the supplier day and then got hammered for not having the 25um spot lenses available last month.  So yes, this is a very big deal not only to us but also to tsmc (and by extension their customers like Apple, Dell, etc…..).

My suggestion for making you REALLY happy: ship the 2517 lenses early and we can kill the daily calls……..as I know how much you like talking to us on a daily basis…..

DrewB

EXHIBIT
3
- 9 - 31
22
Crawford
PENGAD 800-631-6989

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Wednesday, December 18, 2013 8:35 AM
**To:** Barada, Andrew
**Cc:** Andrew Dugrenier
**Subject:** today's call

Drew,

Andy and I can't participate in today's call as we have customers arriving at 12:30.  If it makes you feel any better, I had to put up with listening to Bruce and John tell me how one of your guys (Tim I think) just attended a TSMC supplier conference where he sat in the front row and got ear time regarding the significance of your products marriaged to a 25 micron lens.  I fell asleep half way through, but woke up when Bruce commented that if we were successful, that he and Tim (?) would fly out to OSI to thanks the folks here.  I told them that if they REALLY wanted to make us happy, they should simply send us a postcard..............

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

# EXHIBIT 61

Message

| From: | Brad Piccirillo [/O=OEXCH015/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BRAD.PICCIRILLO_OSI] |
|---|---|
| Sent: | 11/6/2013 3:58:25 PM |
| To: | Andrew Dugrenier [Andy.Dugrenier@osi.us.com] |
| Subject: | RE: |

I agree. I'm depending on you man so whatever financial (our other) means that I have I will throw it all in.

I think you should put a red rtv set together and I'll test the retardance when I get back. Full spot on 2,3,4,5 with 6 dos on 1 and 6.


Brad

Sent by a not-so-smart phone user



-------- Original message --------
From: Andrew Dugrenier <Andy.Dugrenier@osi.us.com>
Date: 11/06/2013 2:13 PM (GMT-08:00)
To: Brad Piccirillo <Brad.Piccirillo@osi.us.com>
Subject: RE:


Right –

We've got to have some kind of fail-safe to mitigate risk.

I hear you on the 40 micron lens – I can't tell you how disappointed I was today, and many days prior.  Trust me – I've lost plenty of sleep over this darn thing.
But – I also know that we've made some stellar lenses, and that nothing that's really good comes without a struggle.  We'll get there – we just have to find what combo works for these things!

So far, SN's 6 and 7 looked the best, so I'm wondering if the Red RTV has the stability – retardance issue or not….

We just have to hang in – and make sure our customer will hang with us – and we'll both be successful.

---

**From:** Brad Piccirillo
**Sent:** Wednesday, November 06, 2013 4:10 PM
**To:** Andrew Dugrenier
**Subject:**

I think we should make a parallel mechanical design on the 25 micron nano lens. We can't afford to make a fixed one and not get the TWF then not have an alternative back up that nd potential . I assume the cells can stay the same for both. The housing and adjustment features will need to be added to an alternative house.  Please, please, please get these into the machine shop.  I just got off the phone with Bruce and Tony from Nano and they begged me for Dec. 6th and I told them no way. We are shooting for mid to end of year.



Exhibit
0082
6/6/2022
Dugrenier

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0012196

If we don't perform on these 40 micron lenses, I'm not sure this company can recover with the overhead and minimal current orders needed to cover our bills. I've never been so worried in my entire life!

Brad

Sent by a not-so-smart phone user

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0012197

# EXHIBIT 62

Message

| | |
|---|---|
| **From**: | Rich Trissel [richtrissel@gmail.com] |
| **Sent**: | 3/24/2014 2:08:34 PM |
| **To**: | Andrew Dugrenier [Andy.Dugrenier@osi.us.com] |
| **CC**: | Brad Piccirillo [Brad.Piccirillo@osi.us.com] |
| **Subject**: | Re: LC question |

I suspect a LC test problem with those results.  The aperture size shouldn't matter but stop it down if you can just in case the spot is too big and it's messing up the PSD centroiding.

0.022 is rockin' !!  Try tweaking element 8 a bunch to reduce the LC and then re-check WFE.

Rich

On Monday, March 24, 2014, Andrew Dugrenier <Andy.Dugrenier@osi.us.com> wrote:


Hi Rich –


Kind of a weird question for you:  Will the size of the aperture stop change the value of LC on the lens?


I'm guessing not – but don't want to rely on my guess.  When we're measuring LC, the aperture stop is bigger than it is in the final assembly.


I got a transmitted wavefront of .022 wave RMS on the damned lens but the LC is measuring at around 8.5.  WTH?  My plan is to measure the lens they sent in case the damned bench just isn't measuring well.  Nano said the measurements themselves look good – but I'm skeptical.


Thanks!


Andy

**Exhibit 0106**

6/6/2022
Dugrenier

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 63

Message
_____

**From**:       Rich Trissel [richtrissel@gmail.com]
**Sent**:       4/11/2014 2:36:31 PM
**To**:         Andrew Dugrenier [Andy.Dugrenier@osi.us.com]
**CC**:         Brad Piccirillo [Brad.Piccirillo@osi.us.com]
**Subject**:    RE: Alignment Procedure


Hi Andy,

If the LC tester is that sensitive and not repeatable then something is not right and we need to fix it.  We have to be able to trust it and get repeatable results.  Sounds like there is something flaky or loose in the tester.

The 0.022 is excellent but 7um is going to be an issue and I'd seriously consider NOT shipping that to them since it is not an improvement from the last ones and is likely an issue.

Rich

_____
**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Friday, April 11, 2014 7:24 AM
**To:** Rich Trissel
**Cc:** Brad Piccirillo
**Subject:** RE: Alignment Procedure

Thanks Rich –

I agree!  Something doesn't seem right with that element 8...


Brad/Rich –

Either something shifted or something happened with the LC test.  The wavefront error for the 25um lens I finished up this morning held at 0.022 waves RMS, but the LC tested at 7um – and I performed the test twice.  So, not as good as we were hoping, and not as good as the 3.8um I measured before bonding everything.

Rich, I found I had to move the fiber closer to the lens to get a focused image on the PSD, which I thought was weird.  The stack is held in a fixture that mimics the final assembly – I'll have to see which conjugate the fixture was designed for, though.   The other difference is the fixture doesn't have the smaller aperture stop like the final housing does.  How much would these differences have on the final LC value?

I feel the test itself is really, really picky.  Some tests I've done match what Nanometrics had gotten, some don't match.  I just wish I could trust it more.

All said, I don't know if they can use this lens or not.  Definitely hugely disappointing considering the amount of time we've put into this.  The process definitely needs to be improved!!

Brad – I'll hold the lens until Monday and we can decide whether to ship it or not.


Andy

**Exhibit
0108**

6/6/2022
Dugrenier

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**From:** Rich Trissel [mailto:richtrissel@gmail.com]
**Sent:** Thursday, April 10, 2014 8:19 PM
**To:** Andrew Dugrenier
**Cc:** Brad Piccirillo
**Subject:** RE: Alignment Procedure

Hmmm is right.  You should have been able to get a bit under 0.02 (mostly spherical) with ele 1-7.

If you had 0.02 and it went to 0.03 with ele 8 then either it was WAY off in alignment or there is something wrong with that particular lens.  You might want to try a different one.

Rich

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Thursday, April 10, 2014 1:32 PM
**To:** Rich Trissel
**Cc:** Brad Piccirillo
**Subject:** RE: Alignment Procedure

Hmmm –

Unfortunately that didn't work out as well as I had hoped!  Adding element 8 threw out the transmitted wavefront – I couldn't get it much better than around .030, and the lateral color was way out as well.

Should I have seen better numbers with only elements 1 – 7?  I was getting around 0.020 waves.

Thanks,
Andy

---

**From:** Rich Trissel [mailto:richtrissel@gmail.com]
**Sent:** Thursday, April 10, 2014 2:07 PM
**To:** Andrew Dugrenier
**Cc:** Brad Piccirillo
**Subject:** RE: Alignment Procedure

Hi Andy –

This all makes sense and sounds good.  Using the ZYGO for the mask is fine.  The 3.75mm is at element 1 and it should be 4.6mm at the ZYGO.

The distance between the Edmund lens and element 1 is not too sensitive as you're seeing.

Let me know how the LC turns out.  In theory, you should get it down to less than 2 um but that might take too many iterations.

Rich

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Thursday, April 10, 2014 10:00 AM
**To:** Rich Trissel
**Cc:** Brad Piccirillo
**Subject:** RE: Alignment Procedure

Hi Rich –

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

I tried this procedure today.  It's a little finicky – but I think I got somewhere.

Is it ok if I only use the mask on the zygo to stop it down to 3.75?

I did the whole setup as you instructed – got the flat good to the columnated beam first, got the transmission lens set up and back-reflected that so it was aligned and then put the stack in between.

It doesn't seem to be too sensitive to the "Z" position of the lens…. Does that make sense?

Anyhow, then I rotated the cells to get the absolute best coma I could, and with concentric fringes.  The resulting transmitted wavefront is right around .020 waves RMS.  Sound about right?

My plan is to just tack these cells in place using UV glue, and then add element 8 to the front of the stack, again in front of the interferometer and then do the LC test.

I had made a new fixture which mechanically aligns element 8 to the rest of the stack much more precisely, and that worked for the first lens.  The transmitted wavefront came in, I tightened everything together and the resulting LC was pretty good at 3.8 um.

This current stack, however, gave me some trouble, so I decided to try making it simpler by aligning elements 1 – 7 first.  Plus, we wanted to try to manipulate the LC by moving around element 8 only, and this will allow us to.

All said, please let me know if this all looks OK so far!

Thanks,
Andy


**From:** Rich Trissel [mailto:richtrissel@gmail.com]
**Sent:** Tuesday, April 01, 2014 5:32 PM
**To:** Andrew Dugrenier
**Cc:** Brad Piccirillo
**Subject:** RE: Alignment Procedure

Great.  Bear in mind that you want the input beam diameter from the ZYGO to be 4.6mm so that when the converging beam gets to element 1 it is the correct diameter of 3.75mm.

Rich

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Tuesday, April 1, 2014 2:22 PM
**To:** Rich Trissel
**Cc:** Brad Piccirillo
**Subject:** RE: Alignment Procedure

Thanks Rich –

That will work a lot easier!!!

Best,
Andy

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**From:** Rich Trissel [mailto:richtrissel@gmail.com]
**Sent:** Tuesday, April 01, 2014 5:17 PM
**To:** Andrew Dugrenier
**Cc:** Brad Piccirillo
**Subject:** RE: Alignment Procedure

OK, Edmund p/n 67150 (25mm OD, 250mm FL) will work.  The spacing from the lens to element 1 is 57.3mm.  p/n 67166 is the AR-coated version if you prefer that.  They are both in stock according to the website.

Rich

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Tuesday, April 1, 2014 1:16 PM
**To:** Rich Trissel
**Subject:** RE: Alignment Procedure

Right  -

WOW – I need to get more sleep!!

---

**From:** Rich Trissel [mailto:richtrissel@gmail.com]
**Sent:** Tuesday, April 01, 2014 4:14 PM
**To:** Andrew Dugrenier; Brad Piccirillo
**Subject:** RE: Alignment Procedure

You mean between the plano/convex and element 1, right?

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Tuesday, April 1, 2014 1:10 PM
**To:** Rich Trissel; Brad Piccirillo
**Subject:** RE: Alignment Procedure

Hi Rich –

Is there another option which allows for more room between element 7 and the plano/convex lens?  At least 25mm would be good!

Please let us know if this is possible.

Thanks,
Andy

---

**From:** Rich Trissel [mailto:richtrissel@gmail.com]
**Sent:** Saturday, March 22, 2014 2:56 PM
**To:** Brad Piccirillo; Andrew Dugrenier
**Subject:** Alignment Procedure

Hi Guys,

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

I've been thinking about the best way to align elements 1-7 without element 8 in front of the ZYGO.  Luckily the wavefront with just those elements is actually quite good and nearly collimated.  Attached is a layout of what you want to do using an Edmund catalog plano-convex lens (to collimate the light out of the lens), part #32890.  You may want to get the AR-coated one (part #47354) also just in case there is too strong of an interference pattern from the plano and convex surfaces interfering.  This will make the tip/tilt alignment tougher though.

The first step is to put a high quality flat reference mirror (as shown) in front of the ZYGO without any lenses.  Tip/tilt to null and then don't align it again.

Then, insert the Edmunds lens and tip/tilt by back-reflecting the plano surface and center (translation) using a pinhole.  Normal method.

Then insert elements 1-7 and adjust focus by adjusting the spacing between the Edmunds and elements 1-7.  Now, you can tweak these 7 elements without element 8 confusing things.  Note that there are 0.033 waves RMS (single-pass) of residual spherical using only elements 1-7.  You want to measure over the regular 3.75mm clear aperture.  Don't tweak these elements further since they should be good at this point.

Once you have the best WFE you can get (looking at primarily coma and astigmatism), remove the Edmunds lens and the flat reference mirror and insert element8 and center it up using the regular reference spherical mirror (usual procedure).  This should result in good WFE and a centered element8.  Then you can move to the LC tester and tweak ONLY element8 to remove LC.

Rich

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0000420

# EXHIBIT 64

| | |
|---|---|
| **From:** | Rich Trissel [richtrissel@gmail.com] |
| **Sent:** | 5/22/2014 4:41:08 PM |
| **To:** | 'Andrew Dugrenier' [Andy.Dugrenier@osi.us.com] |
| **CC:** | 'Brad Piccirillo' [Brad.Piccirillo@osi.us.com] |
| **Subject:** | RE: email to Nano |

Nope, that doesn't explain the change unless the light was way out of focus on the PSD in one of the cases.  Something must have shifted.  Bummer.

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Thursday, May 22, 2014 2:38 PM
**To:** Rich Trissel
**Cc:** Brad Piccirillo
**Subject:** RE: email to Nano

Let's go for around 2mm off in the positive direction.  In other words, let's say around 206mm got us a LC value of around 4um or so, and around 204mm gets us a value of around 7um.

---

**From:** Rich Trissel [mailto:richtrissel@gmail.com]
**Sent:** Thursday, May 22, 2014 5:31 PM
**To:** Andrew Dugrenier
**Cc:** Brad Piccirillo
**Subject:** RE: email to Nano

Cool.  And what about the second test you did in the other fixture?  What were those spacings?  I'm trying to see if there was a big change in the spacings that would account for a large change in the LC measurement.

Thanks,

Rich

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Thursday, May 22, 2014 2:23 PM
**To:** Rich Trissel
**Cc:** Brad Piccirillo
**Subject:** RE: email to Nano

Hi Rich –

OK- for the infinite lens conjugate, I measured approx. 204mm from the PSD to the vertex of lens 8, and just about 15mm from the fiber to the vertex of lens 8, for the best focus on the PSD.

Hopefully that helps!

Thanks,
Andy

---

**From:** Rich Trissel [mailto:richtrissel@gmail.com]
**Sent:** Thursday, May 22, 2014 4:44 PM

**Exhibit 0114**
6/6/2022
Dugrenier

TRISSEL_004136

**To:** Andrew Dugrenier
**Cc:** Brad Piccirillo
**Subject:** RE: email to Nano

Hi Andy –

I'm pretty sure the spacings for the 40um lens will be different than the 25um lens so I'm not going to speculate on that at this point.

For the 25um lens, the difference between the LC testing configurations for the two conjugate lenses should be very small.  What are the spacings I asked about (fiber to lens and lens to PSD)?  I need those so I can evaluate if the LC measurements are affected.

Rich

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Thursday, May 22, 2014 1:26 PM
**To:** Rich Trissel
**Cc:** Brad Piccirillo
**Subject:** RE: email to Nano

Hi Rich –

OK – the distance from Nanometric's mechanical interface, their datum [A], to the focal point of the infinite conjugate is 71.98.

The same distance for the finite conjugate is 75.27 (which I have to check, because I have another number here of 74.35).  Either way – we're talking millimeters difference between the two.

How do we know how to position this bad boy in front of the PSD?

Should datum [A] always fall on the same point on the bench – no matter if it's a 40um or 25um lens or if it's infinite or finite?

Nanometrics didn't give any implicit directions on how to set up the bench…. Only to adjust the fiber with respect to the lens so that the image on the PSD is as sharp as possible.

Any insight you can give us is extremely appreciated!  It's frustrating to get such a good later color number – only to have it go away because of a different offset with respect to the instrument.

Thanks man!

Andy

---

**From:** Rich Trissel [mailto:richtrissel@gmail.com]
**Sent:** Thursday, May 22, 2014 3:23 PM
**To:** Andrew Dugrenier
**Cc:** Brad Piccirillo
**Subject:** RE: email to Nano

Hi Andy,

TRISSEL_004137

Thanks for keeping me in the loop.  The lens is designed for collimation but in the LC test station it is not used that way.  The output from the fiber is focused on the PSD and the relative spacing from the fiber to the lens and the lens to the PSD is relevant.  The finite conjugate lens can be tested in the same configuration and its LC is also sensitive to those same spacings.

Call any time.

Rich

---

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Thursday, May 22, 2014 8:36 AM
**To:** richtrissel@gmail.com
**Cc:** Brad Piccirillo
**Subject:** email to Nano

Hi Rich –

Just to keep you in the loop:

I had glued the stack together the other day and loaded the stack into the housing.

I got the final numbers today and got .024 waves rms wavefront and 7um lateral color.

I found I had to adjust the fiber closer to the v-block, and upon closer inspection noticed that my cylinder didn't allow my fixture to bottom out where it's supposed to.  So, my bad – I screwed up the cyclinder and didn't properly mimic where the final housing would hold the stack in relation to the PSD.

Therefore, as like before, the LC numbers changed on me.  Similar problem, different fixture.

I know I owe you numbers for the differences in locating features in relation to the optical train – which I'll get you soon.

It seems that the location of the lenses themselves with respect to the PSD definitely have a huge effect on the numbers we get in the end.  This is weird to me, in that we're testing the infinite lens (T2) so the light coming out should be collimated, right?  How does this change with the finite conjugate lens?  We're also testing this thing basically backwards, right?

I'll get you some more info – and then maybe we can chat.  I feel that I just don't understand enough of what's happening, but need to in order to have the ability to adjust these things and improve the numbers.

I also wanted to let you know that in my next email to Nanometrics, I'll be voicing my concerns over the lateral color bench which should buy us some time.

Thanks Rich!
Andy

TRISSEL_004138

# EXHIBIT 65

**From:**       Rich Trissel [richtrissel@gmail.com]
**Sent:**        6/3/2014 10:53:56 AM
**To:**          Andrew Dugrenier [Andy.Dugrenier@osi.us.com]
**CC:**          Brad Piccirillo [Brad.Piccirillo@osi.us.com]
**Subject:**     Re: 25um testing procedure

Bummer.

On Tuesday, June 3, 2014, Andrew Dugrenier <Andy.Dugrenier@osi.us.com> wrote:

OK --

So I wasn't able to mechanically align E8 with the rest of the stack using the air-bearing centering gage.  E8's too light and the gage just pushes it around.  Plus -- it's hard to use that instrument because of the grooves in the OD's of the cells, and because right now there are also buttons of glue holding everything together.

All said, I just went back to the V-block approach to align 8 with the rest of the stack.

I haven't tested wavefront, but instead went right to the lateral color bench.  I got just under 15um.

It might just be coincidence, but when I got really good wavefront yesterday by centering 8 and then tested the lateral color, I also got 15.  I'll test wavefront next (after lunch) just to see what it is.

Maybe it's possible stack 1-7 isn't good enough???

**From:** Rich Trissel [mailto:richtrissel@gmail.com]
**Sent:** Tuesday, June 03, 2014 11:18 AM
**To:** Andrew Dugrenier
**Cc:** Brad Piccirillo
**Subject:** Re: 25um testing procedure

Hi Andy,

I got everything and it all looks good except one step (#4) and you may still be ok based on what you're observing.  Can we talk soon?

Rich

On Tue, Jun 3, 2014 at 7:58 AM, Andrew Dugrenier <Andy.Dugrenier@osi.us.com> wrote:

Hi again Rich --



Exhibit
0118
6/6/2022
Dugrenier

TRISSEL_004204

I hope all of those pictures came through ok.

Here's what I do:

1)   With flat transmission sphere installed and aligned in zygo, align flat mirror at far end of set-up and fix it.  It's not moved again.

2)   Align edmund plano/convex lens in 5-axis mount.  Tip/tilt lens to get spherical return fringes on interferometer – the "bullseye."

3)   Place lens stack on v-block in between edmund lens and plano mirror, approx. 58mm from vertex of edmund lens.  Manually position (tip/translate in x-axis only) until two returns can be seen.  One is the back reflection of element 1, one is the transmitted wavefront of the entire lens.

4)   Tip/tilt the lens stack AND translate the edmund lens so that the returns are on top of each other and lined up with the crosshairs of the interferometer.

5)   At this point you should see something close to what I've sent as a picture.  The inner most circle of fringes is the transmitted wavefront.  The tighter bullseye around that is the return of element 1, and the fainter bullseye around that is the edmund lens.  I continue to tip/tilt the lens stack and translate the edmund lens to maintain the bullseyes around the transmitted wavefront return, while trying to attain the best bullseye with the transmitted wavefront return.

I did initially find the height of the focus of the edmund lens using a pinhole and it looked to be pretty darn close to the center of the lens stack.  It's a pretty picky set-up… if something was off, I don't believe you'd be able to get all of the bullseyes, etc.

Please let me know how everything looks to you.

Thanks again for your help with this, Rich!

Best,

Andy

TRISSEL_004205

# EXHIBIT 66

Message

| | |
|---|---|
| **From**: | Brad Piccirillo [/O=OEXCH015/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BRAD.PICCIRILLO_OSI] |
| **Sent**: | 6/25/2014 3:28:19 PM |
| **To**: | Andrew Dugrenier [Andy.Dugrenier@osi.us.com]; Rich Trissel [richtrissel@gmail.com] |
| **Subject**: | RE: RE: |

Originally we don't realize how sensitive E8 was, so by design it wasn't a bad thing to constrain E8 while leaving the rest alone. It just turned it to be the opposite of what we expected. So.... we need to design around it now!

Sent from who knows where.....

-------- Original message --------
From: Andrew Dugrenier <Andy.Dugrenier@osi.us.com>
Date: 06/25/2014 7:57 PM (GMT-02:00)
To: Brad Piccirillo <Brad.Piccirillo@osi.us.com>,Rich Trissel <richtrissel@gmail.com>
Subject: RE: RE:

Right –
Element 8 can't be just hanging out. The whole idea is that E8 centers the stack within the housing and also positions the stack axially. The housing doesn't physically touch the stack anywhere else, so all the UV epoxy has to do is hold the position of the stack as the injectable epoxy is injected and cures. That's why I'm rooting for a stronger epoxy… and I've also got some ideas for allowing room for a greater amount…

**From:** Brad Piccirillo
**Sent:** Wednesday, June 25, 2014 5:20 PM
**To:** Rich Trissel; Andrew Dugrenier
**Subject:** RE: RE:

Simple test, cut off the nose cone of the housing where E7 and E8 meet and see what happens to LC.

I dont think it's a problem with the uv cement we are currently using, as I have seen cells that repeated twf and lc results for days. It's the forces that are being applied to the E8 cell when it's mounted into the housing.

Andy, I see why you want to evaluate a stiffer cement. For obvious reasons, if we loosen up the relationship of E8 to the housing, it will simply be hanging there and could be problematic. On the other hand, we know the current uv cement holds true position. Our orimary goal is to get these guys a lens that meets .025/2 so it might be worth the risk to change nothing more than the exit diameter of the housing so that it doesn't come in contact with cell 8. At least this buys us time to evaluate epoxy problems related to E8 as uts used in the application while we are internalky evaluating better cements.

**Exhibit 0124**
6/6/2022
Dugrenier

OSI0010417

Sent from who knows where.....


-------- Original message --------
From: Rich Trissel <richtrissel@gmail.com>
Date: 06/25/2014 7:01 PM (GMT-02:00)
To: Andrew Dugrenier <Andy.Dugrenier@osi.us.com>,Brad Piccirillo <Brad.Piccirillo@osi.us.com>
Subject: RE: RE:

Uh-oh.  Element 8 can not be in mechanical contact with the housing.  Any lateral loading will move it and cause LC.  The stack needs to be bonded to the housing away from ele 8 and ele 8 needs to be clear of the housing.

**From:** Andrew Dugrenier [mailto:Andy.Dugrenier@osi.us.com]
**Sent:** Wednesday, June 25, 2014 1:42 PM
**To:** Brad Piccirillo
**Cc:** richtrissel@gmail.com
**Subject:** RE: RE:

Element 8 is held by mechanical contact with the housing itself.  None of the epoxy injected comes in contact with Element 8.

I don't believe the injected epoxy itself is moving anything.  I do use a minimal amount – just enough to hold the stack's position within the housing.

I believe the problem to be the UV epoxy.  If the stack is strong enough on its own, it will be able to withstand getting assembled into the final housing.  That's what we need to happen.  We need to try more epoxies and determine which is strong enough to hold everything right where it needs to be.

I have another UV curable epoxy which has a slightly less hardness, but a much higher stiffness and modulus of elasticity.  This might be a better choice.  I also have a message into Barry – our contact at the epoxy place – to see what else he suggests.

I'm going to try a little experiment with this new epoxy first before using it on an actual assembly.

Honestly – what I need is more time – and that seems like something Nano's not willing to give us...

**From:** Brad Piccirillo
**Sent:** Wednesday, June 25, 2014 4:23 PM
**To:** Andrew Dugrenier
**Cc:** richtrissel@gmail.com
**Subject:** RE: RE:

Andy,

Try simply drilling out the epoxy that is holding cell 8 and see what happens.  This element doesn't have the radial stiffness the other elements have - I think that's the underlying issue here.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Sent from who knows where.....


-------- Original message --------
From: Andrew Dugrenier <Andy.Dugrenier@osi.us.com>
Date: 06/25/2014 5:53 PM (GMT-02:00)
To: Brad Piccirillo <Brad.Piccirillo@osi.us.com>
Cc: richtrissel@gmail.com
Subject: RE: RE:

Hi Brad –

I didn't heat this one at all -- I just let the epoxy cure overnight.  I'm not sure if it has to do with cementing the stack into the housing, or if the epoxy we're using is strong enough to hold 8 stationary enough.

Have you been in contact with Nano?

Should we see if they can use this one or not?


---

**From:** Brad Piccirillo
**Sent:** Wednesday, June 25, 2014 3:49 PM
**To:** Andrew Dugrenier
**Subject:** RE:

Andy,

My texts are not going through so I had to come back to the room.

I was able to text with Rich before it stopped working. He thinks it has to do with heating of the housing for curing the epoxy. It has to have something to do with the final cementing of the cells to the housing!  I think we have the game plan for the cells with the uv cement.  I also think three uv spots on element 8 is sufficient. Please call Rich immediatly to discuss this (or Rich, please call Andy). We can't push out delivery of the next one to mid next week!

Rich, wecwill have more cells done by the end of this week. Do we need to fly you back out here so that we can complete at least two assemblies back to back so that we know we have a proven process? If you think this is a good idea, call Summer and make arrangements today.



Sent from who knows where.....

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

-------- Original message --------
From: Andrew Dugrenier <Andy.Dugrenier@osi.us.com>
Date: 06/25/2014 1:10 PM (GMT-02:00)
To: Brad Piccirillo <Brad.Piccirillo@osi.us.com>
Subject: RE:

I feel sick to my stomach --

The lateral color jumped to 5.8um, so that f-ing sucks.

The transmitted wavefront looks gorgeous at 0.016 waves!

This is the first time anything's moved after assembly into the housing.  I'm wondering if the three dots weren't enough to hold it in place… well, that's obviously the case.

Anyhow – your call -- do we contact Nanometrics and let them know we have this one?  I can have it packaged and ready to go today.

Mike and Bill are working on more components – one of them I didn't want them to work on until tomorrow, so that the darn thing could cure for a few days.  I'll have all components needed for the next build on Friday.

So, that's where I'm at.  Not sure if you still want me to come up to Montreal or not.  I had been looking forward to the trip, but also understand we've got to figure out this damned lens.

That's great your meetings are going well – good to have some good news once in a while.

Let me know your thoughts,
Andy

---

**From:** Brad Piccirillo
**Sent:** Wednesday, June 25, 2014 9:51 AM
**To:** Andrew Dugrenier
**Subject:**

Really good dinner/meeting yesterday with the Germans!

Meeting with Nikon for lunch then hanging with Felix and the rest of the NOVA crew the rest of the day.  Are you going to make it up here today?

Sent from who knows where.....

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 67

| | |
|---|---|
| **From:** | Rich Trissel [richtrissel@gmail.com] |
| **Sent:** | 6/25/2014 3:59:26 PM |
| **To:** | 'Brad Piccirillo' [Brad.Piccirillo@osi.us.com] |
| **Subject:** | RE: |

Yeah, I noticed that.  He also won't use your (very good) idea to center E8 to E7 and then simply line them up with E1-E6 on the v-block.  No fancy fixtures, no stress, nada.  That's really the best way to do this.  Then open the housing up by 0.001 – 0.002" and we're golden.  What can I do?  How can I help prevent the insanity?  I want us to 'win' on this and collect our bounty.  I've only got a fraction of what you have riding on this but it's still significant $$ (and I HATE to fail).

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Wednesday, June 25, 2014 3:37 PM
**To:** Rich Trissel
**Subject:** RE:

You are right.  I didn't realize E8 was supporting the stack until today. He has getting a stronger cement on his brain so he's not going to use the procedure I described in my last email - watch...

Sent from who knows where.....

-------- Original message --------
From: Rich Trissel <richtrissel@gmail.com>
Date: 06/25/2014 8:30 PM (GMT-02:00)
To: Brad Piccirillo <Brad.Piccirillo@osi.us.com>
Subject: RE:

Yes, and no.  He knows how critical E8 is and yet he still has a design that stresses it.  If you knew that you'd NEVER have loaded it up and bonded it.  How many more little mysteries like this do we have to reveal before this is done right?  3 weeks ago we thought we had it.  Still ain't got it.  Tick tock.  $30M?  Really?  On this guy?  Really?  Insane, just insane.

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Wednesday, June 25, 2014 2:26 PM
**To:** Rich Trissel
**Subject:**

Rich,

I don't think Andy is doing anything wrong. We are moving forward but keep getting faced with unfortunate situatiins that happen to cause problems on an inconsistent basis. I would have assembled this set of cells into the housing exactly like he did ie check the stack before you put it into the cell, use epoxy without heat,  and place the housing in the vertical positionto cure.....

Sent from who knows where.....

**Exhibit
0194**

Richard Trissel

Third-Party Production

# EXHIBIT 68

Message

| | |
|---|---|
| **From:** | Brad Piccirillo [/O=OEXCH015/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BRAD.PICCIRILLO_OSI] |
| **Sent:** | 6/25/2014 1:33:48 PM |
| **To:** | Rich Trissel [richtrissel@gmail.com]; Andrew Dugrenier [Andy.Dugrenier@osi.us.com] |
| **Subject:** | RE: RE: |

Guys,  we're getting there but we are seriously running out of time.

Rich,  your comment: "Contrary to what you believe, Nano can and will bail on this if we don't deliver soon.  They've likely already reverse-engineered the design and have the best shops in the world bidding on it.  Bank on that.  Yo-yo hates us and getting bids is cheap.  Nano has too much riding on this to go sole source regardless of what they tell you.  I'm worried buddy.  Really." - I agree with this, so we need to get them good parts really soon to minimize further internal discussions related to other sources and plug up the hole created by not producing parts in a timely manner.  Every day that goes by without us shipping dependable parts on a repeatable basis is jeopardizing us as a supplier.....

Sent from who knows where.....

-------- Original message --------
From: Rich Trissel <richtrissel@gmail.com>
Date: 06/25/2014 6:18 PM (GMT-02:00)
To: Brad Piccirillo <Brad.Piccirillo@osi.us.com>,Andrew Dugrenier <Andy.Dugrenier@osi.us.com>
Subject: RE: RE:

Where does the epoxy contact the stack when it is bonded into the housing?  If possible, we want no epoxy anywhere near ele8 and the bare minimum elsewhere since the lens sees very little stress or shock or thermal changes.

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Wednesday, June 25, 2014 1:12 PM
**To:** Andrew Dugrenier
**Cc:** richtrissel@gmail.com
**Subject:** RE: RE:

Andy,

Shit, I thought heating if was the culpret! So you are saying that the stack that was put in met the. 025 TWF and 2 LC. You simply put the cell stack into the housing,  let it sit overnight without heating it, and measured the assembly today to find that the TWF didn't change and the LC jumped up to 5.8? If that's truely the case, the epoxy is the issue. I would recommend that we either find a different epoxy, or do everything the same as we are now except, only put epoxyin the holes that line up with the airspacer cells and tack those to the  housing.

**Exhibit 0125**
6/6/2022
Dugrenier

Sent from who knows where.....


-------- Original message --------
From: Andrew Dugrenier <Andy.Dugrenier@osi.us.com>
Date: 06/25/2014 5:53 PM (GMT-02:00)
To: Brad Piccirillo <Brad.Piccirillo@osi.us.com>
Cc: richtrissel@gmail.com
Subject: RE: RE:

Hi Brad —

I didn't heat this one at all — I just let the epoxy cure overnight.  I'm not sure if it has to do with cementing the stack into the housing, or if the epoxy we're using is strong enough to hold 8 stationary enough.

Have you been in contact with Nano?

Should we see if they can use this one or not?


**From:** Brad Piccirillo
**Sent:** Wednesday, June 25, 2014 3:49 PM
**To:** Andrew Dugrenier
**Subject:** RE:

Andy,

My texts are not going through so I had to come back to the room.

I was able to text with Rich before it stopped working. He thinks it has to do with heating of the housing for curing the epoxy. It has to have something to do with the final cementing of the cells to the housing!  I think we have the game plan for the cells with the uv cement.  I also think three uv spots on element 8 is sufficient. Please call Rich immediatly to discuss this (or Rich, please call Andy). We can't push out delivery of the next one to mid next week!

Rich, wecwill have more cells done by the end of this week. Do we need to fly you back out here so that we can complete at least two assemblies back to back so that we know we have a proven process? If you think this is a good idea, call Summer and make arrangements today.



Sent from who knows where.....


-------- Original message --------
From: Andrew Dugrenier <<u>Andy.Dugrenier@osi.us.com</u>>

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Date: 06/25/2014 1:10 PM (GMT-02:00)
To: Brad Piccirillo <Brad.Piccirillo@osi.us.com>
Subject: RE:

I feel sick to my stomach --

The lateral color jumped to 5.8um, so that f-ing sucks.

The transmitted wavefront looks gorgeous at 0.016 waves!

This is the first time anything's moved after assembly into the housing. I'm wondering if the three dots weren't enough to hold it in place... well, that's obviously the case.

Anyhow – your call – do we contact Nanometrics and let them know we have this one? I can have it packaged and ready to go today.

Mike and Bill are working on more components – one of them I didn't want them to work on until tomorrow, so that the darn thing could cure for a few days. I'll have all components needed for the next build on Friday.

So, that's where I'm at. Not sure if you still want me to come up to Montreal or not. I had been looking forward to the trip, but also understand we've got to figure out this damned lens.

That's great your meetings are going well – good to have some good news once in a while.

Let me know your thoughts,
Andy

---

**From:** Brad Piccirillo
**Sent:** Wednesday, June 25, 2014 9:51 AM
**To:** Andrew Dugrenier
**Subject:**

Really good dinner/meeting yesterday with the Germans!

Meeting with Nikon for lunch then hanging with Felix and the rest of the NOVA crew the rest of the day. Are you going to make it up here today?

Sent from who knows where.....

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 69

| | |
|---|---|
| **From:** | Rich Trissel [richtrissel@gmail.com] |
| **Sent:** | 6/25/2014 8:06:17 AM |
| **To:** | Brad Piccirillo [brad.piccirillo@osi.us.com] |
| **Subject:** | Well? |

Any word from Andy?  If this shits the bed, I'm gonna be pissed.  I know you have MUCH more riding on this than I do but goddammit I want this to succeed.  What he did was fucked up.  We may get lucky but, once again, he's endangering the whole thing.  You need to face the fact that Andy needs to be out of the critical path.  He's B team (or worse).  This won't be the last time he endangers the order.

Contrary to what you believe, Nano can and will bail on this if we don't deliver soon.  They've likely already reverse-engineered the design and have the best shops in the world bidding on it.  Bank on that.  Yo-yo hates us and getting bids is cheap.  Nano has too much riding on this to go sole source regardless of what they tell you.  I'm worried buddy.  Really.

**Exhibit
0193**

Richard Trissel

TRISSEL_004642

# EXHIBIT 70

Message

| | |
|---|---|
| **From**: | Brad Piccirillo [/O=OEXCH015/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BRAD.PICCIRILLO_OSI] |
| **Sent**: | 7/8/2015 4:10:23 PM |
| **To**: | Dennis McAllister [denmcallister@opticraftinc.com] |
| **Subject**: | Fwd: OSI meeting |

Fuck! I put those lenses together myself.  Maybe not, Andy did the first few sets.... I hate shit like this, we have a lot riding I this!


 My life it's like a bouncy ball that sings "fuck, fuck, fuck...."

Brad


-------- Original message --------
From: Brad Piccirillo <Brad.Piccirillo@osi.us.com>
Date: 07/08/2015 7:06 PM (GMT-05:00)
To: "Riedl, Ingo" <iriedl@nanometrics.com>
Cc: Rich Trissel <Rich.Trissel@osi.us.com>
Subject: RE: OSI meeting

Ingo,

They should have tested well based on our ability to measure (meaning, if the lateral color is off its because the test bench we have stinks). On the 40 micron lenses we had to come up with another way of doing it. This is why I put in my quote that Nano needs to provide the same bench you use to test these (it should be a reduced version of what you actually use in your instrument/tool). Otherwise, the optical performance (transmitted wavefront) should be everything you are asking for.....


Brad


-------- Original message --------
From: "Riedl, Ingo" <iriedl@nanometrics.com>
Date: 07/08/2015 6:57 PM (GMT-05:00)
To: Brad Piccirillo <Brad.Piccirillo@osi.us.com>
Cc: Rich Trissel <Rich.Trissel@osi.us.com>
Subject: Re: OSI meeting

Brad

We just issues a $494K PO to OSI.

With regards to the 25 micron lenses
We have not completed the testing as of today. Your first set didn't do well but the engineers keep testing more

Once I have a "green light" from engineering and if the OSI lenses provided favorable results I am happy to discuss the order volume as per your suggestion

**Exhibit 0200**

Richard Trissel

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Thanks

Ingo



Sent from my iPhone


On Jul 8, 2015, at 11:27 AM, Brad Piccirillo <Brad.Piccirillo@osi.us.com> wrote:

> Ingo,
>
> We need to make sure we get off on the right foot here because delivery of these very sophisticated
> assemblies can be a serious issue.  It will take months to get material in, gear up for production,
> fabricate, and assemble and test these things.  If we are to have any chance of creating a win-win here
> you will need to put your best foot forward and get us under contract ASAP.  Just like the 40 micron
> lenses, you will need to commit to a 60 piece order NOW (like today), then very shortly figure out your
> blanket order needs and get a PO going for those.  If I commit to the $20,900.00 each on the 60 pc.
> quantity, can you place an order immediately?
>
> Brad
>
> **From:** Riedl, Ingo [mailto:iriedl@nanometrics.com]
> **Sent:** Wednesday, July 08, 2015 2:14 PM
> **To:** Brad Piccirillo
> **Cc:** Rich Trissel
> **Subject:** RE: OSI meeting
>
> Brad,
>
> Thanks for sharing the old quotation with me. In case your 25micron lens will be accepted by our R&D
> department we need to see improvements in lead time and pricing.
> A lead time of 26-30 weeks is not acceptable and with an agreed upon rolling forecast of 6-12 month
> should not be more than 8 weeks and really go down to 4 weeks.
> Your pricing needs to be at $20,900 for 60ea a year to have a chance of consideration.
>
> While we are evaluating your samples, please work on new proposals for us.
>
> Many thanks
>
> Ingo
>
> **From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
> **Sent:** Friday, June 26, 2015 3:13 PM
> **To:** Riedl, Ingo
> **Cc:** Rich Trissel
> **Subject:** RE: OSI meeting
>
> Ingo,
>
> Attached is production pricing for the 25 micron lenses.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Brad

**From:** Riedl, Ingo [mailto:iriedl@nanometrics.com]
**Sent:** Friday, June 19, 2015 7:58 PM
**To:** Brad Piccirillo
**Cc:** Rich Trissel
**Subject:** RE: OSI meeting

Brad,

Thanks for the detailed explanations.  Here is what I found out. Initially there were a lot of struggles to get OSI up and running to produce what we needed. You got there but the "time to market" is a very critical component in our business and we jointly missed out on that KPI. The quality was an issue as well and has been solved most recently. That are all good things. I got you back in and your samples you have provided some time ago are now under review. Once we got the results and they are positive you are back in the "game". If the results are not as expected it will be difficult to find reasons for promoting OSI as a key supplier for this new lens. Having said that and based on what you are taking pride in(best in class quality), I would say we have good chance to get OSI back. While I am working on this internally I want you to rethink your pricing strategy and provide us with  some more appealing price structure. I want you to quote an annual demand of 100 and 150 units.

Looking forward to a mutually beneficial business relationship.

Best,

Ingo


**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Thursday, June 18, 2015 7:16 PM
**To:** Riedl, Ingo
**Cc:** Rich Trissel
**Subject:** RE: OSI meeting

Ingo,

It's funny you state it that way because it infers that "their" lens and "our" lens are the same - they are far from it. By design "their" lens will NEVER achieve the performance "ours" does. The only reason Nano can't distinguish between the two is because your instrument (Atlas III) isn't developed to a level that allows for it. I think you are getting there though.  After you left, we had our scheduled conference call with Rodney. As we listened to what he had to say, it became apparent that the lens you are using is in fact limited and causing technical issues. One of the primary concerns he mentioned was related to the spot size the lens produced above 1000nm. He told us the current lens held a 25 micron spot from 195nm thru 1000nm, but then performance dropped dramatically as  it blossomed to about 40 microns by the time it reached the end of your desired range of 1700nm. We explained to him that the lens we provide maintains a 25 micron spot from 195nm thru 1700nm ─ that's literally twice the wavelength range, which translates to greater data acquisition and more detailed features for your customer to evaluate. (Please note that this is only one example of how our lens outperforms the one you are referring to.) We also mentioned to him that Nano already has a few sets of these lenses if he wanted to evaluate them.  We discussed a bunch of other stuff, but our conversation must have peaked his interest because we received an email from him the next day asking us to describe the performance

OSI0040991

characteristics of our lens. We sent the information he requested that same day. It has been a few weeks, and as of today he has not responded. I'm actually quite surprised by this – the information provided to him should answer all his questions and concerns. I was really expecting we would have heard from him by now.

What I don't understand in all of this is that in order for Nanometrics to maintain a competitive advantage, it requires that you continue to develop products that enable your customers to interpret finer and finer details. For years now, OSI has been subject to Nano's overwhelming drive for minimizing supplier costs vs teaming up on existing technology, and collaborating on enabling technology that will lead to securing future business. I realize cost is very important, something we need to create a win-win scenario on, but Nano products sold strictly on cost alone, at the sacrifice to product performance, is a losing proposition. I have spent years trying to make Nano understand the importance of what OSI has to offer. I have brought it to many people's attention that OSI not only has you covered with the 25 micron technology node, we have you covered for the next node as well. For some reason, the importance of this knowledge has had no influence on how Nano proceeds with business related to OSI. It has been very difficult to watch Nano's progression over the past few years (at least as it relates to OSI). The 25 micron lens is a product Nano spent much time and effort on, only to realize that a manufacturing solution could not be found. OSI offered the design and build of the most extreme solution – one you designated as the "bonus lens" (it was the "catch all" lens that met EVERY high end optical performance criteria needed to support your Atlas III). Not only were we successful in bringing this lens to realization, we were able to match each lens to within 2 microns lateral color. This was a huge  performance characteristic because we were told that Intel  (and others) would love to have that tool-to-tool relationship. This whole scenario, one that I thought was a hugely positive thing, turned out to be a struggle between Nanometrics and OSI because of  pricing. Nano in turn designed a far less performing lens (with a cheaper manufacturing solution) that they are now running with, but with serious limitations.

OSI is now looking ahead and has been trying to support and collaborate with Nanometrics on the next generation node. We have visited to discuss this collaboration, but are unable to even get specifications for us to provide a bid against. This project is particularly frustrating as it appears Nano has gone with other suppliers, for which all are failing to produce a viable solution. As I mentioned above, OSI already has a solution for this node. For the life of me, I cannot understand why Nano keeps hanging their hat on this so called OSI pricing obstacle - especially when we already have a solution AND Nano is in jeopardy of not getting a product to market! I can't be the only one that looks at this and realizes there is a tremendous cost associated with working with suppliers that ultimately don't produce a product that meets your needs. It's not the costs associated with working with a supplier that doesn't come through for you that matters most, this pales in comparison to the costs associated with not getting a product to market in support of the next generation node. A far less costly example, but worthy of noting, is Nano spending a  painstaking number of  years working with a supplier for the manufacture of NGSR, only to come to the end, where again, a supplier couldn't meet your needs. And again,  OSI could have made that product with our eyes closed. And again, OSI asked for the specs but never got them. Nano ultimately decided to discontinue that product -  I don't get this as we definitely had you covered!!!!!!!!!!

I know this email has not yet answered your original question regarding our pricing compared to our 'competitors'. I felt it was important that you had a larger picture than just our price. In response to that question, the 25 micron lens we are trying to provide to you  is a bargain at twice the price of  the product you are trying to incorporate into Atlas III. There's not much more I can say here Ingo, except that one of two things are happening: either OSI is getting a bad rap; OR the importance of our relationship, what we have and how it relates to Nano market potentials, are undervalued or completely misunderstood. Best I can offer...

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI continues to desire to work with Nano. I hope this email provides you with enough data to better understand what OSI has to offer.  I look forward to moving forward!

Brad

---

**From:** Riedl, Ingo [mailto:iriedl@nanometrics.com]
**Sent:** Thursday, June 18, 2015 4:23 PM
**To:** Brad Piccirillo
**Cc:** Rich Trissel
**Subject:** RE: OSI meeting

Brad,

Sorry for my late response. I appreciated your and Rich's time touring me around your fine operations. I am currently catching up on things, but do understand that your pricing for the lenses you wanted to produce for us where twice as high as your competitors. Are you aware of that fact?

Thanks

Ingo

---

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Thursday, June 04, 2015 11:38 AM
**To:** Riedl, Ingo
**Cc:** Rich Trissel
**Subject:** OSI meeting

Ingo,

It was a pleasure meeting you yesterday.  I hope you found your visit worthwhile…….

Rich and I discuss a bunch of technical stuff with Rodney (after you left) for which he is asking us for some data.  We just sent him a response answering detailed questions he had regarding the 25 micron lens (remember, the Aluminum looking lens that you held).

Anyway, safe travels.  I look forward to meeting with you again soon.

Brad

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 71

Message

---

**From:**     Rich Trissel [richtrissel@gmail.com]
**Sent:**     7/9/2014 4:24:48 PM
**To:**       Brad Piccirillo [Brad.Piccirillo@osi.us.com]
**Subject:**  RE: 25um

Ugh.  You either got light a fire under this guy or get someone else in there to make these.  You're not asking for that much extra time.  WTF?  When I was his age I was working 60-80 hours a week and committing myself to my projects.  That's the difference – he ain't committed and you HAVE to be if you want to be on the A Team.  He just doesn't have it.  Sorry buddy but as I've been saying you have to man up and confront him.  You pussy out now, you'll pay huge later.

The Nano emails looks ominous.  They don't seem hungry for these now.  Hmmm ...  Bummer.  Big bummer.

---

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Wednesday, July 9, 2014 3:51 PM
**To:** Rich Trissel
**Subject:** Fwd: 25um

I can't get this kid to understand!


Brad

Sent by a not-so-smart phone user


-------- Original message --------
From: Brad Piccirillo
Date:07/09/2014 5:42 PM (GMT-05:00)
To: Andrew Dugrenier
Subject: RE: 25um

Well...... I got an email from John starting that they won't place an order for more 25 micron lenses and they want a schedule for what we owe them. I've been doing this a long time my friend, and we are definitely not in a good spot!


Brad

Sent by a not-so-smart phone user


-------- Original message --------
From: Andrew Dugrenier
Date:07/09/2014 5:21 PM (GMT-05:00)
To: Brad Piccirillo
Subject: RE: 25um

Nah – we'll get them a few to play with.

We'll eventually work through all of the bugs – even the 40um took us a few months to figure everything out!

**Exhibit
0126**
6/6/2022
Dugrenier

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0064301

**From:** Brad Piccirillo
**Sent:** Wednesday, July 09, 2014 4:49 PM
**To:** Andrew Dugrenier
**Subject:** RE: 25um

We don't want drifting!

We are about to loss the 25 micron job with Nano. It's taking us too long and they are looking else where.


Brad

Sent by a not-so-smart phone user


-------- Original message --------
From: Andrew Dugrenier
Date:07/09/2014 4:34 PM (GMT-05:00)
To: Brad Piccirillo
Subject: 25um


Hi Brad –

I just tested the LC on that lens again, and this time got 0.7 and 1um.  Not sure for the difference in the measurements from when we first measured it – unless it's drifting in the right direction!

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0064302

# EXHIBIT 72

Message

---

| | |
|---|---|
| **From:** | Brad Piccirillo [/O=OEXCH015/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BRAD.PICCIRILLO_OSI] |
| **Sent:** | 7/19/2014 7:07:43 PM |
| **To:** | Rich Trissel [richtrissel@gmail.com] |
| **Subject:** | RE: 25um lens |

I'm a extremely calm person when it comes to stuff like this however, if we lose nano Andy's ass is gone......


Brad

Sent by a not-so-smart phone user


-------- Original message --------
From: Rich Trissel
Date:07/19/2014 7:21 PM (GMT-05:00)
To: Brad Piccirillo
Subject: Re: 25um lens

I got my fingers crossed that Nano doesn't pull the plug next week before they get a lens.

Happy hour yet?  I might start early this evening.  This really stresses me out.  I don't know how you can stay calm with so much riding on this.

Rich

On Saturday, July 19, 2014, Brad Piccirillo <Brad.Piccirillo@osi.us.com> wrote:
  Let's see what happens....


  Brad

  Sent by a not-so-smart phone user


  -------- Original message --------
  From: Brad Piccirillo
  Date:07/19/2014 6:21 PM (GMT-05:00)
  To: Andrew Dugrenier
  Subject: RE: 25um lens

  Andy, not totally sure what needs to be modified......

  From my standpoint, I don't care what we do, but a set of 25 micron lenses need to by end of business day Wednesday, then another set need to shop the week after, and the third set had to ship by your wedding. nothing short of this needs to happen!


  Brad

**Exhibit
0127**

6/6/2022
Dugrenier

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Sent by a not-so-smart phone user


-------- Original message --------
From: Andrew Dugrenier
Date:07/18/2014 5:44 PM (GMT-05:00)
To: Brad Piccirillo
Subject: 25um lens


Hey man –


Hope your tourney went well.


I wasn't able to get the assembly all together because for both housings I have, I can't get the end cap to screw on.  A while back, I had (what I thought was) everything fixed.  Looks like I missed a couple.  All said, I've got to drop off some stuff at Warner anyhow, so I'll do that first thing Monday morning and get both housings fixed so we can get that assembly finished up.


As for the new stack, it's not quite there yet.  I had it down to around .020 and then lost it.  I have a couple ideas on how to fix this problem.


Our delivery of new lenses was a lot later than they usually are (figures), but I did get a bunch of stuff potted.


Have a good weekend and catch you Monday.  By the way – Shawn's starting on Monday too.  I asked Donna to think about what he can help her with starting out.


Thanks,

Andy

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 73

Message

| | |
|---|---|
| **From**: | Brad Piccirillo |
| **Sent**: | 9/5/2014 10:29:43 AM |
| **To**: | 'Rich Trissel' [richtrissel@gmail.com] |
| **Subject**: | RE: Fw: 25 micron lens needs |

I just talked with Tony.  They definitely lost all the 25 micron business.  He said it was "predominantly due to the delay in the lens".  The light source was an issue but not as much.  Realistically, to meet their customer's needs, they needed the lens in November.  Looking back, I don't think we could have met that delivery however, we took way too long......

**From:** Rich Trissel [mailto:richtrissel@gmail.com]
**Sent:** Friday, September 05, 2014 2:25 AM
**To:** Brad Piccirillo
**Subject:** Re: Fw: 25 micron lens needs

Oh boy.  Too many friggin delays ...  Do you think they want the reflective design now?

Let's figure out a time to talk today.  I'm 7 hours ahead of you so maybe pick a time around noon or so your time?

This sucks on many levels.

Rich

On Thursday, September 4, 2014, Brad Piccirillo <Brad.Piccirillo@osi.us.com> wrote:

Worst case scenario my friend.  From what John said, they weren't able to demonstrate the lens met a 25 micron spot in a timely manner so TSMC went with their competition.  Net result is that they didn't get any orders for the 25 micron lenses.  However, the industry has stated that it is skipping the 48 layer structure (40 micron lens) and is moving directly to the 96 layer structures – which requires the 25 micron lens.  I said to him that they better do something quick to capture this market as all they have right now is the 40 micron lens applications to support.  He agreed to increase the unit price on the remaining parts.  He said that Nano needs to keep working on a solution for this as it's their future – at least that is promising........  Their need for 40 micron lenses has fallen as well.  Instead of a 50 set purchase for next year, they are looking at 20-25 sets. I'm sitting here writing this in a very depressed state!

**From:** Rich Trissel [mailto:richtrissel@gmail.com]
**Sent:** Thursday, September 04, 2014 11:11 AM
**To:** Brad Piccirillo
**Subject:** Re: Fw: 25 micron lens needs

Hei hei (that's Finnish) Buddy,

We're having loads of fun.  We're going to have such a blast traveling together (soon).

**Exhibit
0196**

Richard Trissel

OSI0042755

That test data is FANTASTIC!  Play the game but hold tight on price.  These lenses are worth it and they'll just mark up their system accordingly.

Rich

On Thursday, September 4, 2014, Brad Piccirillo <Brad.Piccirillo@osi.us.com> wrote:

Amigo,

Hope you and Nancy are having fun!

The lenses are looking promising!!!

I have a call scheduled for 8:00 PST tomorrow morning with John Leon.  He is holding up payment due to the pricing difference so this should be a fun one.  Good news is that I am sure he has heard that these lenses are kick ass........

Sent from Somewhere (Probably New Hampshire)

**From:** Thompson, Dan
**Sent:** Wednesday, September 3, 2014 10:04 PM
**To:** Brad Piccirillo

Looks good so far. The %Energy numbers are not high, but that was on the test bench, so I'm not sure how well optimized it is yet. But the vitals are there.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0042756

| Name | Lens | Date | Type (T1/T2) | Azial | X Lateral | Y Lateral | x sigma | y sigma | x delpma | y delpma | Sandroxl | CORA | ASTIGMATIS/LU | R2 sinus | RMS wave | Retardance e @ 250 nm | Spot Size lo 200nm 100nm | Spot Size 200nm 1900nm % MSE | Spot Size% 200nm 1300nm | Spot Size % MSE 200nm 1900nm | RC2 SE+WM WV SE Jaxot %dnergy Spot MSE 198-800nm | RC2 SE+WM WV SE Spot MSE 195-800nm | RC2 SE+MW WV Full Pange %Energy | RC2 SE+MW WV Full Pange MSE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OSI 25μm PN 5262 | #002 | | T2 | 96.1 | 0.2816 | 1.3238 | 0.9263 | 9.1549 | 0.2178 | NA | NA | NA | NA | NA | 1.10196B | P9.81 | 7.297 | 99.86 | 7.893 | | | | |
| Lot 1948 (originalmit #05) | #003 | | T2 | 100.1 | 0.624911 | 1.59202 | 0.197256 | 0.9012 | 1.5814 | NA | NA | NA | NA | NA | 3.19 | 100 | 57.05 | NA | | | | | |
| Lot 1967 (originalmit #06) | #005 | 3014-04-17 | T2 | 115.8 | 1.935 | 0.159 | 0.3943 | 0.9571 | 2.363802 | 0.212367 | | 0.156 | 0.036 | 0.331 | 0.023 | 2.75 | 36.54 | 29.735 | 99.387 | 27.313 | | | | |
| PS 53935 | #006 | 3014-07-30 | T2 | 99.6 | 1.7131 | 0.5696 | 0.2436 | 0.1249 | 2.9628 | 0.7996 | -0.029 | 0.969 | 0.695 | 0.132 | 0.021 | 2.00 | NA | NA | NA | | | | | 7.5 |
| OSI 26μm PN 5262 | #003 | 3014-08-01 | T1 | 98.0 | 1.8812 | 0.3636 | 0.7811 | 0.9981 | 2.1666 | 0.9886 | -0.063 | 0.993 | 0.634 | 0.127 | 0.018 | 1.66 | NA | NA | NA | 99.94 | 12.29 | 99.94 | 25 |
| OSI 25μm PN 5262 | #007 | | T2 | 95.6 | 1.9903 | 0.934 | 0.3713 | 0.9874 | 2.1699 | 0.9682 | -0.043 | 0.929 | 0.607 | 0.154 | 0.026 | 2.75 | NA | NA | NA | | | | |

Lateral #007



Lateral #003

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0042758





**From:** Thompson, Dan
**Sent:** 2014-09-02 Tuesday 6:04 PM
**To:** Brad Piccirillo
**Subject:** RE: 25 micron lens needs

Still waiting for data.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0042759

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** 2014-09-02 Tuesday 5:01 PM
**To:** Thompson, Dan
**Subject:** RE: 25 micron lens needs


Wake me up when you're done.....



Brad


Sent by a not-so-smart phone user


-------- Original message --------

From: "Thompson, Dan"

Date:08/25/2014 11:15 PM (GMT-05:00)

To: Brad Piccirillo , "Leon, John" , "Barada, Andrew"

Cc: "Huang, Billy" , Andrew Dugrenier , Summer Dumont

Subject: RE: 25 micron lens needs


I`ll keep an eye out for the test data. It may take some days before our Quality department runs it.


**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** 2014-08-21 Thursday 7:31 AM
**To:** Leon, John; Barada, Andrew
**Cc:** Thompson, Dan; Huang, Billy; Andrew Dugrenier; Summer Dumont
**Subject:** RE: 25 micron lens needs

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

The third set of 25 micron lenses are shipping today, you'll have them tomorrow.

Brad

---

**From:** Leon, John [mailto:jleon@nanometrics.com]
**Sent:** Thursday, August 14, 2014 2:55 PM
**To:** Brad Piccirillo; Barada, Andrew
**Cc:** Thompson, Dan; Huang, Billy; Andrew Dugrenier; Summer Dumont
**Subject:** RE: 25 micron lens needs

Thank you Brad...

Sent via the Samsung GALAXY S®4, an AT&T 4G LTE smartphone

-------- Original message --------
From: Brad Piccirillo <Brad.Piccirillo@osi.us.com>
Date: 08/14/2014 11:50 AM (GMT-08:00)
To: "Leon, John" <jleon@nanometrics.com>,"Barada, Andrew" <abarada@nanometrics.com>
Cc: "Thompson, Dan" <dthompson@nanometrics.com>,"Huang, Billy" <bhuang@nanometrics.com>,Andrew Dugrenier <Andy.Dugrenier@osi.us.com>,Summer Dumont <Summer.Dumont@osi.us.com>
Subject: RE: 25 micron lens needs

Another set of 25 micron lenses were shipped today, you'll have them tomorrow.

Brad

---

**From:** Leon, John [mailto:jleon@nanometrics.com]
**Sent:** Wednesday, July 09, 2014 1:50 PM
**To:** Brad Piccirillo; Barada, Andrew
**Cc:** Thompson, Dan; Huang, Billy; Andrew Dugrenier; Summer Dumont
**Subject:** RE: 25 micron lens needs

Brad,

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

We have not qualified the 25micron OSI lenses. Here is the current game plan:

We need 3 sets of T1 and T2 25 micron lenses as soon as possible for nanometrics to test and qualify. How we treat the remaining lenses on the existing PO will be based upon the results of the 3 sets T1 and T2 lenses that OSI manufactures for Nanometrics testing.

When can we receive a shipping schedule from OSI in respect to the next 3 sets of T1 and T2?

John Leon

**VP of World Wide Operations**

nanometrics

Direct  USA:  **408-545-6156**

Mobile USA:  **408-561-5834**

E-mail: jleon@nanometrics.com

---------------------------------------------------------

**Corporate Headquarters:**

---------------------------------------------------------
Nanometrics Incorporated
1550 Buckeye Drive
Milpitas, CA 95035 USA

**www.nanometrics.com**

***What's the fastest way to get Nano Technical Support? Submit an email to tps@nanometrics.com!***

This e-mail and any file transmitted with it, is confidential and intended solely for the person or organisation to which it is addressed. It may contain privileged or confidential information and, if you are not the intended recipient, you must not disclose, copy, distribute or take any action in reliance upon it. Any views or opinions presented are solely those of the author and do not necessarily represent those of Nanometrics inc. If you have received this E-mail in error, please notify us as soon as possible and delete it from all data storage systems. All reasonable steps have been taken to ensure that this e-mail and its attachments are free from computer viruses. Nanometrics accepts no liability in respect of any loss, cost, damage or expenses suffered as a result of accessing this message or any of its attachments.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Wednesday, July 09, 2014 6:44 AM
**To:** Barada, Andrew
**Cc:** Thompson, Dan; Leon, John; Huang, Billy; Andrew Dugrenier; Summer Dumont
**Subject:** FW: 25 micron lens needs

We need to move forward on these, so our game plan at this end is to stick to the PO, which is for 12 of each T1 and T2 lens.

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

**From:** Brad Piccirillo
**Sent:** Monday, July 07, 2014 1:32 PM
**To:** Drew Barada
**Cc:** Dan Thompson; John Leon; Billy Huang; Andy Dugrenier
**Subject:** 25 micron lens needs

Can one of you guys please give us some insight on your upcoming T1 and T2 needs for the 25 micron lenses?  We have to make conversions on these and we want to do it appropriately……

**Brad Piccirillo**
Optical Solutions Inc.
President
(603) 826-4411 Work
(603) 504-2305 Mobile
Brad.Piccirillo@OSI.us.com
26 Bull Run
Charlestown, NH 03603
www.opticalsolutionsinc.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 74

Message

---

**From:**     Rich Trissel [/O=OEXCH015/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RICH.TRISSEL_OSI]
**Sent:**     2/13/2015 12:24:12 PM
**To:**       Mike Van Vranken [Mike.VanVranken@osi.us.com]; Donna Morancy [Donna.Morancy@osi.us.com]
**CC:**       Summer Dumont [Summer.Dumont@osi.us.com]; Brad Piccirillo [Brad.Piccirillo@osi.us.com]
**Subject:**  RE: Nano Delivery Schedule


Hi Mike,

Note that there are 2 ship dates in every week starting in March.

Rich

-----Original Message-----
From: Mike Van Vranken
Sent: Friday, February 13, 2015 12:17 PM
To: Rich Trissel; Donna Morancy
Cc: Summer Dumont; Brad Piccirillo
Subject: RE: Nano Delivery Schedule

I might be confused.  If we are supposed to ship 2 sets a week starting in March why do all the March
dates say 1 set?
_____
From: Rich Trissel
Sent: Friday, February 13, 2015 1:31 PM
To: Mike Van Vranken; Donna Morancy
Cc: Summer Dumont; Brad Piccirillo
Subject: Nano Delivery Schedule

Hello,

As per our discussion this morning, here is the delivery schedule for the 25um and 40um lenses:

25um
1 set per month starting in January.  So, since January was a wipe-out due to the 40um chaos, we want to
ship 2 sets in Feb.  If we can go faster than this, great.  We can decide to inventory them or ship them
based on what's happening.

02/20 1 set
02/27 1 set
03/27 1 set
04/24 1 set
05/22 1 set

Donna, am I correct that we currently owe 5 sets (10 lens assemblies) of the 25um?  If we owe more, then
this pace continues until the order is complete.

40um (20 set order, PO 6110304292 Rev. 3)
1 set per week for Feb and then 2 sets per week starting in March:

02/05 1 set (shipped)
02/20 1 set
02/27 1 set
03/03 1 set
03/06 1 set
03/10 1 set
03/13 1 set
03/17 1 set
03/20 1 set
03/24 1 set
03/27 1 set
03/31 1 set
04/03 1 set
04/07 1 set
04/10 1 set
04/14 1 set
04/17 1 set
04/21 1 set
04/24 1 set
04/28 1 set

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                          OSI0061428

This does not include any replacments which, depending on our acceptance of a few marginal returns, could be anywhere from 2 - 6 lenses (not sets).  We have shipped 4 replacements in the last 3 weeks.

40um (25 set order, PO 6110306335)
Here are the dates written in the PO:

06/05 5 sets
06/26 5 sets
07/10 5 sets
07/31 5 sets
08/21 5 sets

Bearing in mind Nano's delivery revision history and the 2 sets/wk pace, we will start manufacturing against this order immediately following the previous order:

05/01 1 set
05/05 1 set
05/08 1 set
05/12 1 set
05/15 1 set
05/19 1 set
05/22 1 set
05/29 1 set (Holiday week)
etc.

I hesitate to go beyond this date since we all know it's pure speculation this far out.  We will ship these out as we make them unless Nano requests otherwise but, hopefully, at this point we are ahead of the curve and will no longer be constantly harrassed.  If we have to inventory a few of these sets, that's all good.  We ordered 200 blanks (100+100) so we will very likely yield much more than the 90 required.

Rich

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    OSI0061429

# EXHIBIT 75

Message

---

**From**: Brad Piccirillo
**Sent**: 6/26/2015 3:07:39 PM
**To**: 'Riedl, Ingo' [iriedl@nanometrics.com]
**CC**: Rich Trissel [Rich.Trissel@osi.us.com]
**Subject**: RE: OSI meeting
**Attachments**: Nanometrics1867c.docx

Ingo,

Attached is production pricing for the 25 micron lenses.

Brad

---

**From:** Riedl, Ingo [mailto:iriedl@nanometrics.com]
**Sent:** Friday, June 19, 2015 7:58 PM
**To:** Brad Piccirillo
**Cc:** Rich Trissel
**Subject:** RE: OSI meeting

Brad,

Thanks for the detailed explanations.  Here is what I found out. Initially there were a lot of struggles to get OSI up and running to produce what we needed. You got there but the "time to market" is a very critical component in our business and we jointly missed out on that KPI. The quality was an issue as well and has been solved most recently. That are all good things. I got you back in and your samples you have provided some time ago are now under review. Once we got the results and they are positive you are back in the "game". If the results are not as expected it will be difficult to find reasons for promoting OSI as a key supplier for this new lens. Having said that and based on what you are taking pride in(best in class quality), I would say we have good chance to get OSI back. While I am working on this internally I want you to rethink your pricing strategy and provide us with  some more appealing price structure. I want you to quote an annual demand of 100 and 150 units.

Looking forward to a mutually beneficial business relationship.

Best,

Ingo

---

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Thursday, June 18, 2015 7:16 PM
**To:** Riedl, Ingo
**Cc:** Rich Trissel
**Subject:** RE: OSI meeting

Ingo,

It's funny you state it that way because it infers that "their" lens and "our" lens are the same - they are far from it. By design "their" lens will NEVER achieve the performance "ours" does. The only reason Nano can't distinguish between the two is because your instrument (Atlas III) isn't developed to a level that allows for it. I think you are getting there though.  After you left, we had our scheduled conference call with Rodney. As we listened to what he had to say, it

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0041059

Exhibit
0287

became apparent that the lens you are using is in fact limited and causing technical issues. One of the primary concerns he mentioned was related to the spot size the lens produced above 1000nm. He told us the current lens held a 25 micron spot from 195nm thru 1000nm, but then performance dropped dramatically as  it blossomed to about 40 microns by the time it reached the end of your desired range of 1700nm. We explained to him that the lens we provide maintains a 25 micron spot from 195nm thru 1700nm – that's literally twice the wavelength range, which translates to greater data acquisition and more detailed features for your customer to evaluate. (Please note that this is only one example of how our lens outperforms the one you are referring to.) We also mentioned to him that Nano already has a few sets of these lenses if he wanted to evaluate them.  We discussed a bunch of other stuff, but our conversation must have peaked his interest because we received an email from him the next day asking us to describe the performance characteristics of our lens.  We sent the information he requested that same day. It has been a few weeks, and as of today he has not responded. I'm actually quite surprised by this – the information provided to him should answer all his questions and concerns. I was really expecting we would have heard from him by now.

What I don't understand in all of this is that in order for Nanometrics to maintain a competitive advantage, it requires that you continue to develop products that enable your customers to interpret finer and finer details. For years now, OSI has been subject to Nano's overwhelming drive for minimizing supplier costs vs teaming up on existing technology, and collaborating on enabling technology that will lead to securing future business. I realize cost is very important, something we need to create a win-win scenario on, but Nano products sold strictly on cost alone, at the sacrifice to product performance, is a losing proposition.  I have spent years trying to make Nano understand the importance of what OSI has to offer.  I have brought it to many people's attention that OSI not only has you covered with the 25 micron technology node, we have you covered for the next node as well. For some reason, the importance of this knowledge has had no influence on how Nano proceeds with business related to OSI.  It has been very difficult to watch Nano's progression over the past few years (at least as it relates to OSI). The 25 micron lens is a product Nano spent much time and effort on, only to realize that a manufacturing solution could not be found.  OSI offered the design and build of the most extreme solution – one you designated as the "bonus lens" (it was the "catch all" lens that met EVERY high end optical performance criteria needed to support your Atlas III).  Not only were we successful in bringing this lens to realization, we were able to match each lens to within 2 microns lateral color. This was a huge  performance characteristic because we were told that Intel  (and others) would love to have that tool-to-tool relationship. This whole scenario, one that I thought was a hugely positive thing, turned out to be a struggle between Nanometrics and OSI because of  pricing.  Nano in turn designed a far less performing lens (with a cheaper manufacturing solution) that they are now running with, but with serious limitations.

OSI is now looking ahead and has been trying to support and collaborate with Nanometrics on the next generation node.  We have visited to discuss this collaboration, but are unable to even get specifications for us to provide a bid against. This project is particularly frustrating as it appears Nano has gone with other suppliers, for which all are failing to produce a viable solution.  As I mentioned above, OSI already has a solution for this node.  For the life of me, I cannot understand why Nano keeps hanging their hat on this so called OSI pricing obstacle - especially when we already have a solution AND Nano is in jeopardy of not getting a product to market!  I can't be the only one that looks at this and realizes there is a tremendous cost associated with working with suppliers that ultimately don't produce a product that meets your needs.  It's not the costs associated with working with a supplier that doesn't come through for you that matters most, this pales in comparison to the costs associated with not getting a product to market in support of the next generation node.  A far less costly example, but worthy of noting, is Nano spending a  painstaking number of  years working with a supplier for the manufacture of NGSR, only to come to the end, where again, a supplier couldn't meet your needs. And again,  OSI could have made that product with our eyes closed.  And again, OSI asked for the specs but never got them.  Nano ultimately decided to discontinue that product -  I don't get this as we definitely had you covered!!!!!!!!!!

I know this email has not yet answered your original question regarding our pricing compared to our 'competitors'. I felt it was important that you had a larger picture than just our price. In response to that question, the 25 micron lens we are trying to provide to you  is a bargain at twice the price of  the product you are trying to incorporate into Atlas III.  There's not much more I can say here Ingo, except that one of two things are happening: either OSI is getting a bad rap; OR the importance of our relationship, what we have and how it relates to Nano market potentials, are undervalued or completely misunderstood.  Best I can offer...

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0041060

OSI continues to desire to work with Nano. I hope this email provides you with enough data to better understand what OSI has to offer. I look forward to moving forward!

Brad

---

**From:** Riedl, Ingo [mailto:iriedl@nanometrics.com]
**Sent:** Thursday, June 18, 2015 4:23 PM
**To:** Brad Piccirillo
**Cc:** Rich Trissel
**Subject:** RE: OSI meeting

Brad,

Sorry for my late response. I appreciated your and Rich's time touring me around your fine operations. I am currently catching up on things, but do understand that your pricing for the lenses you wanted to produce for us where twice as high as your competitors. Are you aware of that fact?

Thanks

Ingo

---

**From:** Brad Piccirillo [mailto:Brad.Piccirillo@osi.us.com]
**Sent:** Thursday, June 04, 2015 11:38 AM
**To:** Riedl, Ingo
**Cc:** Rich Trissel
**Subject:** OSI meeting

Ingo,

It was a pleasure meeting you yesterday. I hope you found your visit worthwhile…….

Rich and I discuss a bunch of technical stuff with Rodney (after you left) for which he is asking us for some data. We just sent him a response answering detailed questions he had regarding the 25 micron lens (remember, the Aluminum looking lens that you held).

Anyway, safe travels. I look forward to meeting with you again soon.

Brad

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0041061

# OSI

## *Optical Solutions Incorporated*

26 Bull Run
Charlestown, NH   03603

phone: (603) 826-4411
fax: (603) 826-4488

Company: Nanometrics
attention: John Leon / Ingo Riedl
phone: 408 545-6156 / 408 545-6155

date: 6/18/14
log#: 1867c
page: 1 of 2

**Ref: 25 MICRON REFRACTIVE SE OBJECTIVE, 0.10NA, 190-1700NM**

John,

Here's the quote for the very high end refractive objective that Tony identified as marketing's future "necessity" ie. <25 micron spot size, etc.  Based on our meeting and subsequent excel spreadsheet emailed to us all by Dan Thompson on 6/19/13 (LensesNeededMatrix.xlsx), this would be the 5th lens option identified as Atlas III (logic), Lens #5.  It is designed to achieve; 0.10NA (3.75mm EPD, 18.75mm EFL), 190-1700nm (195nm min design wavelength), +/-0.064mm Image Height, <65um Axial Color, <0.025 waves RMS wavefront at 633nm, >13mm Working Distance, Total Track < 83mm (Image to Stop Distance), with predicted On-Axis Lateral Color within Specification.

**Item 1: 25 MICRON REFRACTIVE SE OBJECTIVE, 0.10NA, 190-1700nm NANOMETRICS PN7710-042674 (T1 lens), OSI PN 5252 (finite conjugate)**
*50 units = $29,850.00 ea.
** 50 units = $22,387.50 ea. (less 25%)
*** 100 units = $20,895.00 ea. (less 30%)
*** 150 pcs. = $19,402.50 ea. (less 35%)
NRE (production) = $208,000.00

**Item 2: 25 MICRON REFRACTIVE SE OBJECTIVE, 0.10NA, 190-1700nm NANOMETRICS PN 7710-042675 (T2 lens), OSI PN 5262 (infinite conjugate)**
*50 units = 29,890.00 ea.
** 50 units = $22,417.50 ea. (less 25%)
*** 100 pcs. = $20,923.00 ea. (less 30%)
*** 150 pcs. = $19,428.50 ea. (less 35%)
NRE (production) = $228,000.00

*** Notes: Based on the lateral color measurements on the 40 micron lenses our current test/measurement bench is not sufficient for measuring the high accuracies needed for these 25 micron lenses.  Nano must provide us with their actual lateral color "test bench/tool".  This is extremely important!

* 50 unit quantity pricing represents 50 units of each item (ie. 50 sets) - essentially, this is 100 unit pricing broken out into two items.

**AMENDED 1/14/15**
**** Price reduced 25% to stop John Leon from nagging me to death......**

**Amended 6/26/15**
**\*** 100 pc. and 150 pc. unit pricing added.  Also, Notes regarding lateral color test bench included.**

Delivery: 26-30 weeks initial shipment. Sets will be shipped at an agreed schedule and quantity.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

We hope this meets your needs.  Let me know if you need anything more from us.

Sincerely,


Bradley J. Piccirillo

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
OSI0041063

# EXHIBIT 76

Message

---

| | |
|---|---|
| **From**: | Brad Piccirillo [/O=OEXCH015/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BRAD.PICCIRILLO_OSI] |
| **Sent**: | 2/8/2016 7:12:14 AM |
| **To**: | Mike Van Vranken [Mike.VanVranken@osi.us.com]; Dennis McAllister [denmcallister@opticraftinc.com] |
| **CC**: | Rich Trissel [Rich.Trissel@osi.us.com]; Matthew Grabowski [Matthew.Grabowski@osi.us.com] |
| **Subject**: | RE: 25 midcron lenses |

OK, I'm concerned now.

Brad Piccirillo
603 504-2305

---

**From:** Mike Van Vranken
**Sent:** Monday, February 08, 2016 9:09 AM
**To:** Brad Piccirillo; Dennis McAllister
**Cc:** Rich Trissel; Matthew Grabowski
**Subject:** RE: 25 midcron lenses

Rich and I have been working for a few weeks trying to model every dimension of each element. Even those not called out on the specifications. We organized the parts to maximize radii and reduce the chance of any contact. Apparently it still did not work. There are 4 other sets that we did the same with. We may want to try those as well. We can remake more lenses and cells but it seems like we don't know what the problem is so making them again may just produce the same results. All of these parts are within the original designed specs. Additionally we physically dug out epoxy from the 5s to allow more space and I personally ground down the height of the 4s to give maximal clearance.

---

**From:** Brad Piccirillo
**Sent:** Monday, February 08, 2016 8:51 AM
**To:** Dennis McAllister
**Cc:** Mike Van Vranken; Rich Trissel; Matthew Grabowski
**Subject:** 25 midcron lenses

I talked to Dennis about this yesterday but wanted to send out an email to everyone.

I was at the shop yesterday with Donna going over the 25 micron lenses. In short, her opinion is that the lenses are hitting each other. She was able to stack cells 1-4 easily and produce a very low TWF. 5 hours later she couldn't get 5-8 to behave like they should. It is her opinion that if these lenses weren't hitting she could stack and align a set within an hour. With that being said, and from what I have gathered, one of three things is happening; lens 4 is physically hitting 5, cell 5 has to much RTV on it causing lens 4 to hit it, or cell number 5 is cut to thin violating the allowable airspace needed. Donna also commented that the 3-6 lenses are all scratched. After all the time Donna has tried to get these to align, it's apparent these cells are not going to get us there and we need to make new ones in order to correct this problem.

Brad Piccirillo
603 504-2305

**Exhibit 0204**

Richard Trissel

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 77

Message

---

**From:** Rich Trissel [Rich.Trissel@osi.us.com]
**Sent:** 8/31/2016 3:14:37 PM
**To:** Dennis McAllister [denmcallister@opticraftinc.com]
**Subject:** RE: 25 micron

yes. God help us

---

**From:** Dennis McAllister [mailto:denmcallister@opticraftinc.com]
**Sent:** Wednesday, August 31, 2016 10:49 AM
**To:** Rich Trissel
**Subject:** Fwd: 25 micron

Is this statement true ?

---------- Forwarded message ----------
From: **Mike Van Vranken** <Mike.VanVranken@osi.us.com>
Date: Wed, Aug 31, 2016 at 1:36 PM
Subject: RE: 25 micron
To: Dennis McAllister <denmcallister@opticraftinc.com>

I have absolutely no idea if the parts are good enough to make a working system. We would only know if we tried to put one together and then try and trouble shoot where the problem is. I quantively measured 2 sets of parts providing Rich every mechanical dimension so he could model contact points. Then organized the parts into "working" assemblies. Still haven't gotten one of those to work yet.

---

**From:** Dennis McAllister [denmcallister@opticraftinc.com]
**Sent:** Wednesday, August 31, 2016 11:42 AM
**To:** Mike Van Vranken
**Subject:** 25 micron

OK

You are off the hook

Do not try to assemble any more 25 micron lenses. What I need to know is do we have enough compliant components to put them together ?

Do we know they are good ?

...

**Exhibit
0205**

Richard Trissel

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Dennis McAllister
VP Operations
Opticraft Inc.
**781-938-0456**


--
Dennis McAllister
VP Operations
Opticraft Inc.
781-938-0456

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0227524

# EXHIBIT 78

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER

## ASSET PURCHASE AGREEMENT

THIS ASSET PURCHASE AGREEMENT (this "Agreement"), entered into this 1st day of July, 2015, is by and between Opticraft Acquisition Company, Inc., a New Hampshire corporation with its principal place of business in Charlestown, New Hampshire ("Buyer") Opticraft, Inc., a Massachusetts corporation with its principal place of business in Woburn, Massachusetts ("Seller") and Dennis McAllister, the president of Seller ("McAllister").

**Preliminary Statement**.  Seller is in the business of manufacturing optical components and associated products (the "Business").  Buyer wishes to purchase from Seller, and Seller wishes to sell to Buyer, certain substantially all of the assets associated with the Business, on the terms and subject to the conditions set forth in this Agreement.

**Agreement**.  In consideration of the mutual covenants contained in this Agreement, and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows:

1.    Purchase and Sale.

    1.1    Acquired Assets.  Subject to the terms and conditions set forth in this Agreement, Seller agrees to convey, transfer, assign and deliver to Buyer, and Buyer shall acquire and take assignment of, all of the tangible and intangible assets of Seller pertaining to the Business, wherever located, excluding only those items identified as excluded below (the "Acquired Assets").  The Acquired Assets include, without limitation:

        (i)    Inventory and work in progress, raw materials and supplies ("Inventory"), manufactured and purchased parts, tools, tooling and other manufacturing items;

        (ii)    All machinery, equipment, furniture, furnishings, and fixtures;

        (iii)    All business records, including without limitation, customer lists, lists of prospective customers, files and records, personnel files and marketing materials;

        (iv)    All computer hardware and other computer equipment, tools, instruments and other tangible personal property, and all computer software, owned, leased or licensed, to the extent transferable or assignable;

        (v)    All prepaid expenses, claims, deposits, prepayments, refunds, causes of action, rights of recovery, warranty rights, rights of set-off and rights of recoupment;

        (vi)    All of Seller's rights under the existing business contracts and agreements; and all commitments, claims and rights under any orders, contracts and proposals relating to the Business (collectively, the "Assigned Contracts");

        (vii)    All licenses and permits that can be transferred to Buyer together with, if any, all rights of renewal and amenities thereto;

**Exhibit
0002**

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER

(viii)   All of the Seller's Intellectual Property (as defined in <u>Section 6.11</u>) related to the Business and set forth on <u>Schedule 1.1(viii)</u>;

(ix)   All goodwill associated with the Business; and

(x)   All other assets necessary for the operation of the Business including, but not limited to the fixed assets and excluding the Excluded Assets (as defined in <u>Section 1.2</u>).

1.2   <u>Excluded Assets</u>.  Notwithstanding the foregoing, the parties agree that the following are expressly excluded from this purchase and sale and are not included in the Acquired Assets ("Excluded Assets"):  All cash on hand, the loan made by Seller to Dennis McAlliser in an approximate principal amount of $272,252 (as of March 31, 2015), bank accounts, corporate tax refunds to Seller, accounts receiveable, and all employee benefit plans and other personal property of Seller, as set forth on <u>Schedule 1.2</u>.

2.   <u>Consideration for Acquired Assets</u>.

2.1   <u>Purchase Price</u>.  Buyer will pay to Seller $1,250,000 for the Acquired Assets (the "Purchase Price").  No portion of the Purchase Price shall be due and payable at Closing (as hereinafter defined).  The Purchase Price shall be evidenced by a promissory note, in substantially the form attached as **<u>Exhibit A</u>**, issued by Buyer to Seller with interest set at the mid-term annual Applicable Federal Rate for the month in which the Closing occurs (the "Note").  The Note shall be due and payable in full on or before the third anniversary date of the Closing, with annual payments of principal and interest in an amount not less than Five Hundred Thousand Dollars ($500,000.00) during each of 2016 and 2017, and a final payment in 2018 to pay the Note in full.  The Note shall not contain a prepayment penalty in the event that the Buyer elects to pay more than the minimum payment.  Payments under the Note shall be subject to offset for any breach of this Agreement or for Seller's or McAllister's indemnification obligations hereunder.

2.2   <u>Liabilities</u>.  Buyer will assume only the following liabilities:  sales taxes payable related to the sale of the Business that are the legal responsibility of a buyer , and obligations under agreements specifically assumed in writing by the Buyer, if any.  Buyer will not assume or become responsible for any other liabilities whether contingent, disclosed, or otherwise including but not limited to accounts payable, federal, state, local or other taxes, tort claims or litigation, whether pending or threatened or otherwise reduced to judgment, expenses for pension-or profit sharing plans or accident and health plans for any employees, bank loans, environmental liabilities or undisclosed liabilities.

000085

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER

2.3    Allocation of Purchase Price.  The Purchase Price shall be allocated to the Acquired Assets in a reasonable manner consistent with Section 1060 of the Internal Revenue Code of 1986, as amended (the "Code") and the Treasury regulations thereunder (and any similar provision of state, local or foreign law, as appropriate) as follows (the "Purchase Price Allocation"):

| | | |
|---|---|---|
| Inventory | $ | 10,000 |
| Machinery and Equipment | $ | 350,000 |
| Good Will and Intellectual Property | $ | 860,000 |
| Non-Competition Agreement | $ | 30,000 |
| Total Purchase Price | $ | 1,250,000 |

Seller and Buyer agree to file all Tax Returns (including, if applicable, Form 8594) in a manner consistent with this Section 2.3.  Seller and Buyer agree to consult with each other with respect to all issues related to this allocation in connection with any tax audits, controversies, or litigation.

3.    Closing.  The closing of the purchase contemplated in this Agreement (the "Closing")  shall be held on or before July 1, 2015 remotely via exchange of documents. The date and time of closing are herein referred to as the "Closing Date."

4.    Proration of Expenses.  At the Closing, the following items will be apportioned and paid by Seller or Buyer, as the case may be:

4.1    Lease payments;

4.2    Utility bills; and

4.3    Prepayments under any Assigned Contracts, including, but not limited to, rent and prepaid advertising.

5.    Bulk Sales Taxes.  The parties hereby waive compliance with the provisions of any bulk sales, bulk transfer or similar legal requirements of any jurisdiction (other than those relating to taxes) that may otherwise be applicable with respect to the sale of any or all of the Acquired Assets to Buyer; it being understood that any liabilities arising out of the failure of the Seller to comply with such requirements and provisions of any bulk sales, bulk transfer or similar legal requirements of any jurisdiction (including those relating to taxes) shall be treated as excluded liabilities.

6.    Representations and Warranties of Seller.  To induce Buyer to enter into this Agreement, Seller and McAllister jointly and severally make the following representations and warranties to Buyer, each of which is true and correct as of the date hereof and each of which shall, as a condition to Buyer's obligation to close, be true and correct as of the Closing Date as if made on the Closing Date:

6.1    Organization and Authority.  Seller is a corporation company duly organized, validly existing and in good standing under the laws of the State of Massachusetts, and has all requisite authority and power to enter into this Agreement.  This Agreement is the

3

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER

legal, valid and binding obligation of Seller, enforceable in accordance with its terms.  The execution, delivery and performance of this Agreement by Seller has been duly authorized by all necessary company action.  This Agreement is the legal, valid and binding obligation of McAllister, enforceable in accordance with its terms.

6.2    No Other Agreements to Sell or Options.  Neither Seller nor McAllister has any commitment or legal obligation, absolute or contingent, to any person or firm other than Buyer, to (i) sell, assign or transfer all or substantially all of the assets of Seller, (ii) effect any merger, consolidation or other reorganization of Seller, or (iii) enter into an agreement which would conflict with this Agreement.  There are no outstanding options, rights, agreements, commitments or demands of any character relating to the acquisition of the Acquired Assets or the Business by any party other than Buyer.

6.3    No Conflicts.  Neither the execution or delivery of this Agreement by Seller or McAllister nor the consummation by Seller or McAllister of the transactions contemplated herein will (a) result in a breach of the terms, or provisions of, the Articles of Incorporation or Bylaws of Seller, (b) require on the part of the Seller or McAllister any notice to or filing with or any consent of any governmental authority, (c) conflict with, result in a breach of, constitute (with or without due notice or lapse of time or both) a default under, result in the acceleration of obligation under, create in any party the right to terminate, modify or cancel, or require any notice, consent or waiver under, any contract or instrument to which Seller is a party or by which Seller is bound to or to which any of the Acquired Assets is subject, (d) result in the imposition of any lien upon any of the Acquired Assets or violate any order, statute, rule or regulation applicable to Seller or any of the Acquired Assets, except for the consents listed on Schedule 6.3 (the "Required Consents").

6.4    Title to and Condition of Assets.  Seller is the lawful owner of, has marketable title to, and has the full right to sell, transfer and assign all of the Acquired Assets. All of the Acquired Assets are free and clear of all security interests, liens, mortgages, debts, leases (or subleases), conditional sales agreements, title retention agreements, claims, encumbrances of any kind or restrictions against transfer or assignment and there are no filings in any registry of deeds in any jurisdiction or under the Uniform Commercial Code or similar statute in any jurisdiction showing Seller as debtor which create or perfect a security interest, lien, mortgage or encumbrance on the Acquired Assets. Each tangible Acquired Asset is free from material defects, has been maintained in accordance with normal industry practice, is in good operating condition and repair (subject to normal wear and tear) and is suitable for the purposes for which it presently is used and, to the knowledge of Seller, there are no facts or conditions affecting the Acquired Assets which could, individually or in the aggregate, interfere in any material respect with the use, occupancy or operation thereof as currently used, occupied or operated, or their adequacy for such use.

6.5    Financial Statements of Seller.  Seller has provided to Buyer true and complete copies of (a) its accountant reviewed balance sheets and statements of income and cash flows of Seller as of year-end 2014  and (b) an income statement, balance sheet and statement of cash flows for the period ending March 31, 2015, including the year-end balance sheet dated March 31, 2015 (the "Most Recent Balance Sheet Date") (collectively, the "Financial Statements").  The Financial Statements have been prepared in accordance with GAAP applied

4

000085

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER

on a consistent basis throughout the periods covered thereby, fairly present the financial condition, results of operations and cash flows of Seller as of the respective dates thereof and for the periods referred to therein and are consistent with the books and records of Seller.

　　　　6.6　　Undisclosed Liabilities.  Seller does not have any Liability (whether known or unknown, whether absolute or contingent, whether liquidated or unliquidated and whether due or to become due), except for (a) Liabilities shown on the Most Recent Balance Sheet, (b) Liabilities which have arisen since the Most Recent Balance Sheet Date in the ordinary course of business consistent with past custom and practice (including with respect to frequency and amount) (the "Ordinary Course of Business") and (c) contractual and other Liabilities incurred in the Ordinary Course of Business which are not required by GAAP to be reflected on a balance sheet.

　　　　6.7　　Accounts Receivable.  All accounts receivable of Seller reflected on the Most Recent Balance Sheet (other than those paid since such date) are valid receivables subject to no setoffs or counterclaims and are current and collectible (within ninety days after the date on which it first became due and payable).  A complete and accurate list of the accounts receivable reflected on the Most Recent Balance Sheet, showing the aging thereof, is included in Schedule 6.7.  All accounts receivable of Seller that have arisen since the Most Recent Balance Sheet Date are valid receivables subject to no setoffs or counterclaims and are collectible (within ninety days after the date on which it first became due and payable).  Seller has not received any written notice from an account debtor stating that any account receivable is subject to any contest, claim or setoff by such account debtor.

　　　　6.8　　Inventory.  All items of Inventory are of good, usable and merchantable quality in all material respects and, except as set forth on Schedule 6.8, do not include obsolete or discontinued items.  Except as set forth on Schedule 6.8, (a) all Inventory is of such quality as to meet the quality control standards of Seller and any applicable governmental quality control standards, (b) all Inventory is recorded on the books of the Business at the lower of cost or market value determined in accordance with GAAP, (c) all Inventory that is finished goods is carried on Seller's books at a value of not more than 80% of its selling price and is saleable in the Ordinary Course of Business, (d) all Inventory that is work in process is carried on Seller's books at a value of not more than raw material value minus the value of customer owned inventory, (e) excess and obsolete Inventory (including finished goods and work in process without an underlying customer order) is carried on Seller's books at a value of $0, and (f) no write-down in inventory has been made or should have been made pursuant to GAAP during the past two years.

　　　　6.9　　No Change.  Since the date of the Financial Statements identified in Section 6.5, Seller has carried on its business only in the ordinary course, and will continue to do so, and there has been no material change in the conditions, assets, liabilities, or business of Seller other than changes arising in the ordinary course of business (which changes have not, in the aggregate, been materially adverse) or other than as specifically authorized by this Agreement.  Seller has not created or incurred any guarantee liability or indebtedness for borrowed money, or created or incurred any indebtedness not for borrowed money except in the ordinary course of business.

5

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER

      6.10   <u>Litigation and Proceedings</u>.  There are no suits, claims, complaints, legal proceedings, administrative enforcement proceedings or legal actions, before any court or governmental authority pending or threatened, against Seller, any of the Acquired Assets or the Business.  There is no material decision, order, judgment, ruling, injunction, award, decree against Seller, any of the Acquired Assets or the Business.

      6.11   <u>Intellectual Property</u>.

       (i)     All of the Intellectual Property of the Seller related to the Business is set forth on <u>Schedule 1.1(viii)</u> attached hereto.  For purposes hereof, the term "Intellectual Property" includes: (a) all trademarks, service marks, trade dress, Internet domain names, logos, trade names and corporate names, including the Opticraft name, and registrations and applications for registration thereof; (b) all copyrights and registrations and applications for registration thereof; (c) all computer software, data and documentation; (d) all lists of subscribers, referral sources and other existing and potential direct and indirect customers; (e) all inventions, trade secrets and confidential business information, whether patentable or nonpatentable and whether or not reduced to practice, know-how, manufacturing and product processes and techniques, research and development information, copyrightable works, financial, marketing and business data, pricing and cost information, business and marketing plans and supplier lists and information; (f) all other proprietary rights relating to any of the foregoing (including remedies against infringements thereof and rights of protection of interest therein under the laws of all jurisdictions); and (g) all copies and tangible embodiments thereof.  The Intellectual Property constitutes all of the intellectual property necessary for the operation of the Business as currently conducted.

       (ii)     The Seller has exclusive ownership of, and has good and valid title to, all of the Intellectual Property, free and clear of any Liens, and has the right to use all of the Intellectual Property without payment to any third party.  The Seller's rights in all of such Intellectual Property are freely transferable.  There are no claims or demands pending or, to the knowledge of the Seller, threatened of any other person pertaining to any of such Intellectual Property and no proceedings have been instituted, or are pending or, to the knowledge of the Seller, threatened against the Seller which challenge the validity and enforceability of the Seller's rights in respect of the Intellectual Property.

       (iii)     The Seller has not granted any licenses or entered into any other agreements, that have not otherwise been terminated, under which the Seller has granted rights to others in Intellectual Property.

      6.12   <u>Assigned Contracts</u>.  As to each Assigned Contract, Seller and McAllister represent that (i) the agreement is legal, valid, binding and enforceable and in full force and effect, (ii) they have delivered to Buyer a complete and accurate copy of such agreement, and (iii) neither Seller or any other party, is in breach or violation of, or default under, any such agreement, and no event has occurred, is pending or is threatened, which, after the giving of notice, with lapse of time, or otherwise, would constitute a breach or default by Seller or, to the knowledge of Seller, any other party under such agreement.

<div align="center">6</div>

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER

6.13    <u>Compliance with Law</u>.  Seller and McAllister have not violated or failed to comply with any statute, law, ordinance, regulation, rule or order of any foreign, federal, state or local government or any other governmental department or agency, or any judgment, decree or order of any court, applicable to its business or operations; and the conduct of the Business is in conformity with all foreign, federal, state and local governmental and regulatory requirements. Neither Seller nor McAllister has received any notice to the effect that, or otherwise been advised that, Seller is not in compliance with, and Seller and McAllister have no reason to anticipate that any presently existing circumstances are likely to result in the violation of, any such statute, law, ordinance, regulation, rule, judgment, decree or order.

6.14    <u>Real Property</u>.

(i)    Seller does not own, and has never owned, any real property.

(ii)    Seller leases the real property located at 17-D Everberg Rd, Woburn, Massachusetts together with all other structures, facilities, improvements, fixtures, systems, equipment and items of property presently or hereafter located thereon attached or appurtenant thereto and all easements, licenses, rights and appurtenances relating to the foregoing (collectively, the "Leased Real Property") from MDG Realty LLC d/b/a Maggiore Development Group ("Landlord") pursuant to a Lease Agreement dated April 9, 1998, as amended by Lease Extension Agreements dated March 25, 2003, December 15, 2005 and a Third Lease Extension Agreement dated May 5, 2011 (as amended to date, the "Lease").  Seller has a valid leasehold interest in the Leased Real Property, free and clear of all Liens.  Buyer has provided Seller with a true and correct copy of the Lease and all modifications and amendments thereto have been delivered or made available to Buyer.  Seller has not received a written notice of any pending condemnation proceedings or eminent domain proceedings of any kind against the Leased Real Property and, to Seller's knowledge, none are threatened against the Leased Real Property.  Except as amended pursuant to documents executed in connection with the Closing, the Lease is in full force and effect and has not been amended, modified or terminated.

(iii)    The Leased Real Property is occupied under a valid and current certificate of occupancy or similar permit.  Such certificate of occupancy shall remain in full force and effect after the Closing and permit the occupancy of the Leased Real Property by Buyer pursuant to the terms of the Lease.

(iv)    Seller has the right to quiet enjoyment of the Leased Real Property for the full term of the Lease, notwithstanding any mortgage, deed of trust or similar instruments for borrowed money (collectively, "Mortgage") that is or in the future becomes a lien against the underlying real property and there is a valid and enforceable nondisturbance agreement with respect to each presently existing Mortgage.  Each Mortgage encumbering the  Leased Real Property that is a matter of public record or exists and the related non-disturbance agreement is listed in <u>Schedule 6.14</u>.

(v)    Except for any exceptions that could not reasonably be expected to have and will not have, individually and in the aggregate, a material adverse effect on the Acquired Assets or Seller's business, the roofs, walls, foundations, water, sewer, plumbing, air conditioning and electrical systems and other major structural components of or located on the

7

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER

Leased Real Property are structurally sound, in reasonably good operating condition, and free from material defects and adequate for conduct of the Business substantially in the manner as currently conducted by Seller.  The Leased Real Property is used in a manner that is permitted under all applicable laws and is not subject to any rights of way, use restriction, easements, reservations or limitations which would restrict Buyer from conducting the Business (as currently conducted) after Closing or increase the costs of operation of such Leased Real Property, except as expressly provided in the Lease.

6.15    Environmental Matters.

(i)    Seller is in compliance, and, at all times has been in compliance, in all material respects with all Environment Laws (as hereinafter defined) applicable to the Acquired Assets or the Business.  Seller has not received any written notice, demand letter or complaint or claim under or relating to any Environmental Law with respect to the Acquired Assets or the Business.

(ii)    All permits required under Environmental Law that are necessary for the Acquired Assets and the Business are set forth on Schedule 6.15, all such material permits are in good standing with no pending violations, and Seller has timely submitted any applications necessary for the renewal or extension of such material permits.

(iii)    As used herein, "Environmental Laws" means Applicable Laws relating to any generation, processing, treatment, storage, abatement, existence, Release, threatened Release or transportation of any Hazardous Substances, the protection of the environment, or human health and safety, including without limitation (i) the following federal statutes, each as now or hereafter amended: the Comprehensive Environmental Response, Compensation and Liability Act, 42 U.S.C. § 9601 et seq.; the Resource Conservation and Recovery Act, 42 U.S.C. § 6901 et seq.; the Clean Water Act, 33 U.S.C. § 1251 et seq.; the Clean Air Act, 42 U.S.C. § 7401 et seq.; the Emergency Planning and Community Right-to-Know Act, 42 U.S.C. § 11001 et seq.; the Oil Pollution Act, 33 U.S.C. §§ 2701 et seq.; the Occupational Safety and Health Act, 29 U.S.C. 651 et seq., and applicable Massachusetts environmental laws, as the same may be amended, and (ii) all other requirements pertaining to reporting, licensing, permitting, investigation, transportation, treatment, storage, disposal or remediation of releases or threatened releases of Hazardous Substances into the environment, or relating to the manufacture, processing, distribution, use, sale, treatment, receipt, storage, disposal, transport or handling of Hazardous Substances.  As used herein, "Hazardous Substances" means any substance that:  (i) is or contains asbestos, urea formaldehyde foam insulation, polychlorinated biphenyls, petroleum or petroleum-derived substances or wastes, radon gas or related materials; (ii) requires investigation, removal or remediation under any Environmental Law, or is defined, listed or identified as a "hazardous waste" or "hazardous substance" thereunder; or (iii) is toxic, explosive, corrosive, flammable, infectious, radioactive, carcinogenic, mutagenic, or otherwise hazardous and is regulated by any governmental authority or Environmental Law.

6.16    Insurance.  Schedule 6.16 sets forth a list and brief description, specifying insurer, policy number, coverage limits and any pending claim thereunder of more than $1,000, of all policies or bindings of fire, liability, workmen's compensation, vehicular, health, life,

8

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER

disability and other insurance held by or on behalf of Seller.  Seller has received no notice of cancellation or non-renewal of any such policy or binder.  Such policies are in full force and effect on the date hereof and Seller will continue such policies in force through the Closing Date. Such policies are in amounts and with insurance carriers as are set forth on Schedule 6.16.

6.17    Taxes.  All tax returns that are or were required to be filed through the date hereof by Seller have been filed on a timely basis in accordance with applicable law, regulations and administrative requirements of the appropriate taxing authorities.  All taxes have been fully paid or adequately reflected as a liability on the financial statements; or are being contested by appropriate proceedings; and there are no potential tax deficiencies which have been raised by any taxing authority that might reasonably be expected to have a material adverse effect on the Business.

6.18    Employees.

(i)    Schedule 6.18 contains a list of all employees of Seller, setting forth the following information for each such person: (i) first and last name, (ii) position, (iii) location, (iv) start date, (v) whether the employee is paid based on an annual salary or hourly (and whether exempt or non-exempt), (vi) annual salary or rate of compensation, (vii) overtime rate, if any, (viii) 401(k) enrollment status, (ix) years of service, (x) whether the employee has signed an employment, non-compete or non-disclosure agreement with Seller, and (xi) whether the employee is a citizen of the United States. To the knowledge of Seller, no key employee or group of employees has any plans to terminate employment with Seller (other than for the purpose of accepting employment with Buyer following the Closing) or not to accept employment with Buyer.  Except as disclosed on Schedule 6.18, none of Seller's employees is now or will by the passage of time hereinafter become entitled to receive any vacation time, vacation pay or severance pay attributable to services rendered prior to such date except as disclosed on the Financial Statements.

(ii)    Seller is not a party to or bound by any collective bargaining agreement, nor has any of them experienced any strikes, grievances, claims of unfair labor practices or other collective bargaining disputes.  Seller has no knowledge of any organizational effort made or threatened, either currently or within the past two years, by or on behalf of any labor union with respect to employees of Seller.

(iii)    The Seller  has complied in all material respects with all applicable state and federal equal employment opportunity laws and with other laws related to employment, including those related to wages, hours, worker classification, and collective bargaining.

6.19    Employee Benefit Plans.  Seller has no obligations with respect to pensions, vacations, sick or maternity leave, deferred compensation or fringe benefits of any kind for its past and present employees, other than vacation time as set forth on Schedule 6.18.  All of Seller's pension, profit-sharing and other employee benefit plans and programs applicable to its employees comply with all applicable laws (including the Employee Retirement Income Security Act of 1974, as amended) and the reserves reflected on the Financial Statements (i) are sufficient to cover all obligations relating to the period prior to the Closing Date and (ii) with respect to pension and other retirement plans or funded welfare plans, are fully funded on a sound actuarial

9

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER

basis to the Closing Date.  Seller is not, and has not been, a participant in any multi-employer benefit plan.

6.20    Permits; ITAR.  Schedule 6.20 sets forth a list of all permits, licenses, registrations, certificates, orders, approvals, franchises, variances and similar rights issued by or obtained from any governmental authority by Seller or McAllister and all rights of renewal and amenities thereto issued to or held by Seller or McAllister ("Permits").  Such listed Permits are the only Permits that are required for Seller to conduct its business as presently conducted or as proposed to be conducted.  Each such Permit, including but not limited to, McAllister's International Traffic in Arms Regulation ("ITAR")  certification and Seller's ITAR registration, is in full force and effect; Seller and McAllister are in compliance with the terms of each such Permit; and, to the knowledge of Seller and McAllister, no suspension or cancellation of such Permit is threatened and there is no basis for believing that such Permit will not be renewable upon expiration.   McAllister has provided Buyer with a full and complete copy of all documents related to his ITAR certification.  Seller has provided Buyer with a full and complete copy of all documents related to its ITAR  registration.

6.21    Customers.  Schedule 6.21 sets forth (a) the names and addresses of all customers of Seller that ordered goods and services from Seller during the twelve-month period ended June 30, 2015, and (b) the amount for which each such customer was invoiced during such period and during the preceding calendar year.  Neither Seller nor McAllister has received any notice or has any reason to believe that any significant customer of Seller has reduced or will substantially reduce purchases of Seller's products as a result of dissatisfaction of goods or services of Seller.

6.22    Suppliers; Raw Materials.  Schedule 6.22 sets forth (a) the names and addresses of all suppliers from which Seller ordered raw materials, supplies, merchandise and other goods and services during the eleven-month period ended May 30, 2015, and (b) the amount for which each such supplier invoiced Seller during such period and during the preceding calendar year.  Neither Seller nor McAllister received any notice and does not have any reason to believe that there has been any material adverse change in the price of such raw materials, supplies, merchandise or other goods or services, or that any such supplier will not sell raw materials, supplies, merchandise and other goods to Buyer at any time after the Closing Date on terms and conditions similar to those used in its current sales to Seller, subject to general and customary price increases.  To the best knowledge of Seller and McAllister, no supplier of Seller described in clause (a) of the first sentence of this section has otherwise threatened to take any action described in the preceding sentence as a result of the consummation of the transactions contemplated by this Agreement.

6.23    No Broker's or Finder's Fees.  No agent, broker, investment banker, person or firm acting on behalf of Seller is or will be entitled to any broker's or finder's fee or any other commission or similar fee in connection with any of the transactions contemplated by this Agreement.

6.24    Disclosure.  No representation or warranty by Seller or McAllister in this Agreement nor any exhibit, Schedule, written statement or certificate furnished or to be furnished to Buyer pursuant hereto, or in connection with the transactions contemplated hereby

10

000085

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER

contains any untrue statement of a material fact or omits to state a material fact.  All documents furnished by or on behalf of Seller, McAllister or their representatives to Buyer or its representatives in connection with this transaction and all information contained therein are true, correct and complete as of the date thereof.

7.     <u>Representations and Warranties of Buyer</u>.  To induce Seller to enter into this Agreement, Buyer makes the following representations and warranties to Seller, each of which is true and correct as of the date hereof and each of which shall, as a condition to Seller's obligation to close, be true and correct as of the Closing Date as if made on the Closing Date:

7.1     <u>Organization and Authority</u>.  Buyer is a corporation duly organized, validly existing and in good standing under the laws of the State of New Hampshire, and has all requisite authority and power to enter into this Agreement.  This Agreement is the legal, valid and binding obligation of Buyer, enforceable in accordance with its terms.  The execution, delivery and performance of this Agreement by the Buyer has been duly authorized by all necessary corporate action.

7.2     <u>No Conflicts</u>.  Neither the execution or delivery of this Agreement by Buyer nor the consummation by Buyer of the transactions contemplated herein will result in a breach of the terms, or provisions of, the organizational documents of Buyer, or any material agreement or other instrument to which Buyer is a party.

8.     <u>Employment Agreement</u>.  At Closing, Buyer and McAllister will enter into an Employment Agreement (the "Employment Agreement") on mutually acceptable terms, which Employment Agreement shall provide, among other things, employment by McAllister with the Buyer for a minimum of five years.  The Employment Agreement will also include a non-competition provision by McAllister in favor of Buyer.

9.     <u>ITAR Certification</u>.   Each of the Seller and McAllister covenants and agrees to cooperate with the Buyer to (i) transfer such ITAR registration to Buyer , or, if necessary, (ii) apply for a new ITAR registration for Buyer.  McAllister agrees to keep his ITAR certification current and cooperate with Buyer while obtaining any required licenses and approvals, conducting training and/or company awareness programs, and maintaining robust recordkeeping on all ITAR registration and compliance matters.  Each of Seller and McAllister understands and agrees that their respective covenants and agreements with respect to the ITAR registration and certification set forth in this Section 9 are conditions precedent to Buyer agreeing to enter into this Agreement and purchase the Acquired Assets as provided hereunder, and upon the failure of the Company and McAllister to meet their respective obligations under this Section 9, Buyer may offset its payments under the Note, as well as seek all other remedies at law and in equity.

10.     <u>Non-Competition</u>.

10.1     For a period of five years after the Closing Date, the Seller shall not, either directly or indirectly as a stockholder, investor, partner, consultant or otherwise, engage in the United States of America in any business competitive with the Business as conducted as of the

11

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER

Closing Date.  The Seller shall enforce, for the benefit of the Buyer, all non-competition and similar agreements between the Seller and any other party.

10.2    The Seller agrees that the duration and geographic scope of the non-competition provision set forth in this Section 10 are reasonable.  In the event that any court determines that the duration or the geographic scope, or both, are unreasonable and that such provision is to that extent unenforceable, the Parties agree that the provision shall remain in full force and effect for the greatest time period and in the greatest area that would not render it unenforceable.  The Parties intend that this non-competition provision shall be deemed to be a series of separate covenants, one for each and every county of each and every state of the United States of America where this provision is intended to be effective.

10.3    The Seller shall refer all inquiries regarding the Business, products and services of the Seller to the Buyer.

11.    Covenants of Seller.  Seller and McAllister covenant that:

11.1    Operation of Business Pending Closing.  Pending the closing, Seller will, and McAllister will cause Seller to, operate its business only in the ordinary and usual course of business and will use its best efforts to preserve existing relationships with employees and suppliers and pay all outstanding accounts payable and other liabilities when they become due.

11.2    No Encumbrances.  Neither Seller nor McAllister will hereafter voluntarily mortgage, pledge or subject to lien or other encumbrances the Acquired Assets.

11.3    Disposal of Assets.  Other than in the ordinary course of business or except as may be expressly provided by the terms of this Agreement, Seller will not dispose of any of the Acquired Assets.

11.4    Insurance; Risk of Loss.  Seller will keep all of the Acquired Assets insured in accordance with Seller's present practice, and will maintain and keep same in the same condition and state of repair, reasonable wear and tear excepted.  The risk of loss on the Acquired Assets shall be borne by Seller through the Closing Date.  In the event the Acquired Assets are damaged prior to the Closing Date by fire or other casualty, and such damage equals or exceeds ten percent (10%) of the Purchase Price, Buyer may, by written notice within thirty (30) days of such fire or casualty, elect to (i) terminate this Agreement, in which event all further rights and obligations of the parties shall cease and this Agreement shall become null and void, or (ii) perform this Agreement, in which case Seller shall assign all rights for reimbursement from Seller's insurance policies on the Acquired Assets.

11.5    Indebtedness.  Prior to Closing, Seller shall pay in full all of its indebtedness, including but not limited to its line of credit with Northern Bank & Trust Co. in the current amount of approximately $200,000.

11.6    Employees; WARN.  The Seller shall promptly pay all wages, salaries and other sums due to its employees through the close of business on the Closing Date and terminate the employment of all employees as of such date.  The Seller shall give all notices and make all filings required to comply, if applicable, with the provisions of the Worker Adjustment

12

000085

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER

Retraining and Notification Act and any similar state or local laws with respect to termination of employees of the Seller.

      11.7  <u>Tax Deliverables</u>.  Seller shall be liable for any tax due on account of the sale arising out of this Agreement, and, at or prior to the Closing Date, shall provide Buyer with a Tax Clearance Certificate from  the Massachusetts Department of Taxation stating that the all of Seller's obligations with respect to Massachusetts tax have been satisfied.  In the event Seller fails to so provide such a Certificate,  Buyer shall be entitled to withhold from the Purchase Price any amount required by applicable law, and remit it to the Massachusetts Department of Taxation.

      12.  <u>Seller's Employees</u>.  Effective as of the Closing, the Seller shall terminate the employment of each of its employees.  The Seller hereby consents to the hiring of any such employees by the Buyer and waives, with respect to the employment by the Buyer of such employees, any claims or rights the Seller may have against the Buyer or any such employee under any non-competition, confidentiality or employment agreement.

      13.  <u>Indemnification</u>.

      13.1  <u>Indemnification by Seller and McAllister</u>.  Seller and McAllister each, jointly and severally, agree to defend, indemnify and save Buyer and hold Buyer harmless from and against any claims, demands, actions, causes of action, damages, loss, costs, taxes, diminutions in value, interest on borrowed money, liability, fees (including reasonable attorney's fees) or expense, including amounts spent in investigation, defense or settlement of any claim which may be made or brought against Buyer and/or which Buyer may suffer, sustain or become subject to as a result of, in respect of, or arising out (i) of any material misrepresentation or material breach of any representation, warranty or covenant made by Seller or McAllister, (ii) any liability, obligation or commitment of any nature of Seller or McAllister or relating to the Acquired Assets arising out of transactions entered into or events occurring prior to the Closing Date, or (iii) the Excluded Liabilities.

      13.2  <u>Indemnification by Buyer</u>.  Buyer agrees to defend, indemnify and save Seller harmless from any and all claims, demands, actions, causes of action, damages, loss, costs, taxes, diminutions in value, interest on borrowed money, liability, fees (including reasonable attorney's fees) or expense, including amounts spent in investigation, defense or settlement of any claim which may be made or brought against Seller and/or which Seller may suffer, sustain or become subject to as a result of, in respect of, or arising out of (i) any material misrepresentation or material breach of any representation, warranty or covenant made by Buyer, (ii) any liability, obligation or commitment of any nature of Buyer arising out of this Agreement and the transactions contemplated hereby, or (iii) any claim, obligation or liability pertaining to the Business which arises out of transactions entered into or events occurring on or after the Closing.

      14.  <u>Closing Documents</u>.

      14.1  At the Closing, Seller and McAllister shall deliver to Buyer the following:

13

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER

(i)     A duly executed original Bill of Sale covering all personal property being transferred hereunder;

(ii)    A duly executed original Assignment of Lease assigning the Lease by Seller to Buyer, as well as Landlord's consent to the same;

(iii)   An Assignment of the Assigned Contracts;

(iv)    All documents necessary to transfer or register the Intellectual Property Rights, including use of the name "Opticraft" and the domain name "opticraftinc.com";

(v)     The duly executed Employment Agreement as provided in Section 10 above;

(vi)    A certificate of Good Standing issued by the Commonwealth of Massachusetts, of current date, certifying that Seller is in corporate good standing in that jurisdiction;

(vii)   A Certificate of Tax Clearance from the Massachusetts Department of Revenue;

(viii)  A certificate of the Secretary (or equivalent officer) of Seller certifying that attached thereto are true and complete copies of resolutions adopted by the board of directors and shareholders of Seller authorizing the execution, delivery and performance of the documents proposed by this Agreement and the consummation of the transactions contemplated hereby and thereby, and that all such resolutions are in full force and effect and are the resolutions adopted in connection with the transactions contemplated hereby and thereby;

(ix)    Name change documents to be filed with the Secretary of State of the Commonwealth of Massachusetts to change the Seller's name to a name other than Opticraft so that such name is available for Buyer's use;

(x)     Evidence that all indebtedness of Seller has been paid in full, including but not limited to Seller's line of credit with Northern Bank & Trust Co. in the amount of $200,000; and

(xi)    Such other documents as Buyer may reasonably request in connection with the transactions contemplated hereby.

14.2    At the Closing, Buyer shall deliver to Seller the following:

(i)     The duly executed Note;

(ii)    The duly executed Employment Agreement;

(iii)   A certificate of Good Standing issued by the State of New Hampshire, of current date, certifying that Buyer is in good standing in that jurisdiction; and

14

000085

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER

(iv)    A certificate of the Secretary (or equivalent officer) of Buyer certifying that attached thereto are true and complete copies of resolutions adopted by the board of directors and shareholders of Buyer authorizing the execution, delivery and performance of the documents proposed by this Agreement and the consummation of the transactions contemplated hereby and thereby, and that all such resolutions are in full force and effect and are the resolutions adopted in connection with the transactions contemplated hereby and thereby.

15.    Termination.  This Agreement and the transactions contemplated hereby may be terminated at any time prior to the Closing:

15.1    By mutual written consent of Buyer and Seller; and

15.2    By Buyer pursuant to the provisions of Section 11.4, or in the event that Seller fails to close as provided herein, or otherwise defaults in its obligations hereunder.

16.    Additional Agreements.

16.1    Survival.  The representations, warranties, covenants and agreements of Seller, McAllister and Buyer set forth in this Agreement will survive the Closing Date and terminate twenty-four months after the Closing Date, except for (i) the representations, warranties, covenants and agreements set forth in Sections 6.1 (Organization and Authority), 6.4 (Title to Assets), 6.11(ii) (Intellectual Property), 6.15 (Environmental Matters), 6.17 (Taxes), 6.19 (Employee Benefit Plans), 6.20 (Permits), and 6.24 (No Broker's or Finder's Fees) which shall survive indefinitely, and (ii)  the covenants set forth in Section 10 (Non-Competition) which will survive as set forth in Section 10.  No claim for the recovery of indemnifiable damages based upon the inaccuracy of such representations and warranties may be asserted by a party after the expiration of such time periods; provided, however, that claims first asserted in writing within the applicable periods shall not thereafter be barred.  Such survival shall apply regardless of investigation or disclosure.

16.2    Continuing Assistance.  At any time and from time to time after the Closing, at Buyer's request and without further consideration or compensation whatsoever, Seller and McAllister will execute and deliver, at Buyer's expense, such other instruments of sale, transfer, conveyance, assignment and confirmation and take such action as Buyer may reasonably deem necessary or desirable in order to more effectively transfer, convey and assign to Buyer, and to confirm Buyer's title to, all of the Acquired Assets, to put Buyer in actual possession and operating control thereof and to assist Buyer in exercising all rights with respect thereto.  Subsequent to the Closing, Seller and McAllister will refer all customer, supplier, and other inquiries relating to the Business to Buyer.

17.    No Oral Representations.  The parties agree that there are no representations, warranties, collateral agreements or conditions affecting the Acquired Assets or this Agreement, other than as expressed in this Agreement in writing and all verbal or previous written offers, if any, are hereby canceled and rendered null and void.

18.    Notices.  Except as otherwise expressly set forth in this Agreement, all notices, demands and other communications to be given or delivered under or by reason of the provisions of this Agreement will be in writing and will be deemed to have been given when

15

000085

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

delivered personally, or by documented overnight delivery service, or sent by telecopy, telefax, or other electronic transmission service, provided a confirmation copy is also sent no later than the next business day by first class certified mail, return receipt requested. Notices, demands and communications to Buyer, Seller or McAllister will, unless another address is specified in writing, be sent to the addresses below:

|  |  |
|---|---|
| To Seller and McAllister: | Opticraft, Inc.<br>17-D Everberg Rd.<br>Woburn, MA 01801<br>Attn: Dennis McAllister, President |
| To Buyer: | Opticraft Acquisition Company, Inc.<br>26 Bull Run<br>Charlestown, NH 03603<br>Attn: Brad Piccirillo, President |

19.    <u>Time is of the Essence</u>.  Time shall in all respects be of the essence hereof, and in the event of a written extension of the Closing Date, time shall continue to be of the essence.

20.    <u>Governing Law; Jurisdiction</u>.  The substantive law (without regard to conflicts of laws provisions) of the State of New Hampshire will govern all questions concerning the construction, validity and interpretation of this Agreement and the performance of the obligations imposed by this Agreement.  The parties agree that a court located in the State of New Hampshire shall be the exclusive forum for any lawsuit relating to this Agreement, and each party hereby submits to the jurisdiction of any court of competent jurisdiction in New Hampshire.  Should either party initiate litigation to enforce its rights under this Agreement, the prevailing party in any such proceeding shall be entitled to receive from the other party all costs and expenses, including reasonable attorneys' fees, incurred by the prevailing party in connection with such proceeding.

21.    <u>Miscellaneous</u>.  This Agreement may be amended or modified only by an instrument in writing executed by all of the parties hereto. This Agreement shall be binding upon, and inure to the benefit of, the parties hereto and their respective heirs, administrators, executors, and successors.  This Agreement shall not be assignable by either party without the written consent of the other party.  Whenever possible, each provision of this Agreement will be interpreted in such manner as to be effective and valid under applicable law, but if any provision of this Agreement is held to be prohibited by or invalid under applicable law, such provisions will be ineffective only to the extent of such prohibition or invalidity, without invalidating the remainder of such provision or the remaining provisions of this Agreement. This Agreement represents the entire agreement and understanding of the parties with reference to the subject matter of this Agreement.  This Agreement replaces all prior understandings and agreements of the parties, whether written or oral.  This Agreement may be executed in one or more counterparts, any one of which need not contain the signatures of more than one party, but all such counterparts taken together will constitute one and the same instrument.  This Agreement may be delivered by facsimile copier or electronic transmission.  Except as otherwise expressly provided herein, each party shall pay its own legal, accounting, out-of-

16

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER

pocket and other expenses incurred in connection with transactions contemplated by this Agreement.

**[Signature page follows.]**

17

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER

Executed as of the date first above written.

**BUYER:**

OPTICRAFT ACQUISITION COMPANY,
INC.

By: _____

Bradley J. Piccirillo, President

**SELLER:**

OPTICRAFT, INC.

By: _____

Dennis McAllister, President

_____

Dennis McAllister, individually

**[Signature Page to Asset Purchase Agreement]**

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER

**Exhibit A**
**Form of Promissory Note**

15968087.7

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER

Execution Version

# PROMISSORY NOTE

$1,250,000                                                                                July 1, 2015

On or before June 30, 2018 (the "Maturity Date"), for value received, Opticraft Acquisition Company, Inc., a New Hampshire corporation (the "Borrower"), promises to pay to Opticraft, Inc., a Massachusetts corporation ("Lender"), or order, at 12 Gordon Ave., Salem, NH 03979, or such other place as the holder of this Note may designate, the principal sum of One Million Two Hundred Fifty Thousand Dollars ($1,250,000) (the "Loan") together with accrued interest and charges. Such principal and accrued interest shall be referred to hereinafter as the "Indebtedness."

1.    <u>Payments</u>.  Commencing on June 30, 2016, annual payments of principal and interest in an amount not less than Five Hundred Thousand Dollars ($500,000) shall be made on or before June 30, 2016 and June 30, 2017.  The remaining principal balance of this Note, plus accrued and unpaid interest and any other charges due hereunder, shall be due and payable on the Maturity Date, if not paid sooner.

2.    <u>Interest Rate</u>.  Amounts outstanding under this Note shall accrue interest at a rate of 1.77% (the mid-term applicable federal rate for the month of July, 2015).  Interest shall be calculated on the basis of actual days elapsed and a 365-day year and 366-day leap year.

3.    <u>Prepayment</u>.  This Note may be prepaid, in whole or in part, at any time without penalty.

4.    <u>Events of Default; Acceleration</u>.  In the event the Borrower fails to pay unpaid principal or accrued and unpaid interest when due, the holder of this Note shall give Borrower notice in writing, said notice to be delivered by first class mail, return receipt requested, of the default, and Borrower shall have thirty days from the date said notice is received to cure said default.

7.    <u>No Waiver</u>.  Lender's failure to exercise any rights or remedies hereunder shall not constitute a waiver of such right in the event of a subsequent default.

8.    <u>Offset</u>.  Payments due from Borrower to Lender shall be subject to offset for any breach by Seller of indemnification obligation of Lender contained in the Asset Purchase Agreement between Lender and Borrower dated June 30, 2015 with respect to the purchase by Borrower of Lender's business of manufacturing optical components and associated products.

9.    <u>General</u>.  Presentment for payment, protest, notice of protest, demand, and notice of non-payment are hereby waived by all makers, sureties, guarantors and endorsers.  This Note shall be binding upon Borrower, and its successors and assigns.  This Note shall be governed by the laws of the State of New Hampshire, without regard to its principles of conflict of laws.  If any provision of this Note should conflict with applicable law, such conflict shall not affect any other provision which can be given effect without the conflicting provision, and to this end the provisions of this Note are declared to be severable.

000085

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER

IN WITNESS WHEREOF, the undersigned has executed this Note as of the date set forth above.

BORROWER:

**OPTICRAFT ACQUISITION
COMPANY, INC.**

By:_____
        Bradley R. Piccirillo, President

Lender joins in the execution of this Note to acknowledged and agree to the provisions of section 8 hereof.

LENDER:

**OPTICRAFT, INC.**

By:_____
        Dennis McAllister, President

*[Signature page to Opticraft Acquisition Company, Inc. Promissory Note]*

16006383.1

000085

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

### Schedule 1.1 (vii)
### Intellectual Property

- Opticraft name

- Domain name www.opticraftinc.com

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER

## Schedule 1.2
## Excluded Assets

NONE.

2

000085

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER

## Schedule 6.3
## Required Consents

- The Lease Agreement dated April 9, 1998, by and between Seller and MDG Realty LLC d/b/a Maggiore Development Group as amended to date requires consent of MDG Realty LLC before it can be assigned to Buyer.

3

000085

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER

## Schedule 6.7
## Account Receivable

See attached.

4

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

6/30/15 at 15:27:00.08

Page: 1

OPTICRAFT INC.
## Aged Receivables
As of Mar 31, 2015

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer<br>Bill To Contact<br>Telephone 1 | Invoice/CM # | Date | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|---|
| AMF<br>AMF OPTICS<br>BOB LAFRENIERE<br>781-933-6125 | 110670<br>110671 | 3/19/15<br>3/19/15 | 2,500.00<br>1,250.00 | | | | 2,500.00<br>1,250.00 |
| AMF<br>AMF OPTICS | | | 3,750.00 | | | | 3,750.00 |
| BARR<br>MATERION BARR PRECISION<br><br>978-692-7513 | 110651<br>110654<br>110655<br>110656<br>110658<br>110664<br>110668<br>110672<br>110680<br>110682 | 3/9/15<br>3/11/15<br>3/12/15<br>3/12/15<br>3/13/15<br>3/17/15<br>3/17/15<br>3/19/15<br>3/31/15<br>3/31/15 | 2,000.00<br>5,775.00<br>3,325.00<br>2,475.00<br>915.00<br>650.00<br>3,250.00<br>3,575.00<br>3,550.00<br>9,750.00 | | | | 2,000.00<br>5,775.00<br>3,325.00<br>2,475.00<br>915.00<br>650.00<br>3,250.00<br>3,575.00<br>3,550.00<br>9,750.00 |
| BARR<br>MATERION BARR PRECISION | | | 35,265.00 | | | | 35,265.00 |
| CLEARALIGN<br>CLEAR ALIGN<br><br>603-889-2116 X 223 | 110630<br>110631<br>110636<br>110666 | 2/25/15<br>2/25/15<br>2/27/15<br>3/18/15 | <br><br><br>1,030.00 | 7,000.00<br>2,500.00<br>1,000.00 | | | 7,000.00<br>2,500.00<br>1,000.00<br>1,030.00 |
| CLEARALIGN<br>CLEAR ALIGN | | | 1,030.00 | 10,500.00 | | | 11,530.00 |
| DRS-TS<br>DRS NETWORK & IMAGING S<br><br>321-727-3672 | 110618<br>110619 | 2/17/15<br>2/17/15 | | 3,250.00<br>3,272.00 | | | 3,250.00<br>3,272.00 |
| DRS-TS<br>DRS NETWORK & IMAGING S | | | | 6,522.00 | | | 6,522.00 |
| ENERGETIQ<br>ENERGETIQ TECHNOLOGY, I<br><br>781-939-0763 | 110661<br>110679 | 3/17/15<br>3/26/15 | 13,750.00<br>4,700.00 | | | | 13,750.00<br>4,700.00 |
| ENERGETIQ<br>ENERGETIQ TECHNOLOGY, I | | | 18,450.00 | | | | 18,450.00 |
| FM-SPECTRO<br>SPECTRO SCIENTIFIC<br><br>978-486-0123 | 110632<br>110633<br>110683 | 2/25/15<br>2/25/15<br>3/31/15 | <br><br>14,592.00 | 1,634.00<br>699.00 | | | 1,634.00<br>699.00<br>14,592.00 |
| FM-SPECTRO<br>SPECTRO SCIENTIFIC | | | 14,592.00 | 2,333.00 | | | 16,925.00 |

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER

OPTICRAFT INC.
## Aged Receivables
As of Mar 31, 2015

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer<br>Bill To Contact<br>Telephone 1 | Invoice/CM # | Date | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|---|
| INRAD<br>INRAD OPTICS<br><br>201-767-1910 | 110484<br>110637<br>110642 | 10/31/14<br>2/27/15<br>3/3/15 | <br><br>450.00 | <br>2,000.00 | | 4,800.00 | 4,800.00<br>2,000.00<br>450.00 |
| INRAD<br>INRAD OPTICS | | | 450.00 | 2,000.00 | | 4,800.00 | 7,250.00 |
| IPG<br>IPG PHOTONICS CORPORATI<br>Alison Rice<br>508-373-1161 | 110665 | 3/18/15 | 1,200.00 | | | | 1,200.00 |
| IPG<br>IPG PHOTONICS CORPORATI | | | 1,200.00 | | | | 1,200.00 |
| ITT<br>EXELIS, INC. - GS DIV<br><br>260-451-6000 | 110634<br>110644<br>110676<br>110678 | 2/26/15<br>3/4/15<br>3/24/15<br>3/25/15 | <br>2,250.00<br>250.00<br>11,250.00 | 2,625.00 | | | 2,625.00<br>2,250.00<br>250.00<br>11,250.00 |
| ITT<br>EXELIS, INC. - GS DIV | | | 13,750.00 | 2,625.00 | | | 16,375.00 |
| LOI<br>II-VI OPTICAL SYSTEMS<br>MONA DeFAZIO<br>714-247-7100 | 110588<br>110602<br>110603<br>110617<br>110657<br>110659<br>110667<br>110675 | 1/15/15<br>2/3/15<br>2/4/15<br>2/17/15<br>3/12/15<br>3/13/15<br>3/18/15<br>3/24/15 | <br><br><br><br>3,145.00<br>7,230.00<br>3,885.00<br>4,680.00 | <br>25.00<br>4,705.00<br>5,095.00 | 21.00 | | 21.00<br>25.00<br>4,705.00<br>5,095.00<br>3,145.00<br>7,230.00<br>3,885.00<br>4,680.00 |
| LOI<br>II-VI OPTICAL SYSTEMS | | | 18,940.00 | 9,825.00 | 21.00 | | 28,786.00 |
| LTS<br>LTS RESEARCH LABORATOR<br><br>800-709-2808 | 110595 | 1/23/15 | | | 18.00 | | 18.00 |
| LTS<br>LTS RESEARCH LABORATOR | | | | | 18.00 | | 18.00 |
| NOVOTECH<br>NOVOTECH INC.<br>Irwin<br>978-929-9458 | 110653 | 3/10/15 | 1,309.00 | | | | 1,309.00 |
| NOVOTECH<br>NOVOTECH INC. | | | 1,309.00 | | | | 1,309.00 |

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER

OPTICRAFT INC.
## Aged Receivables
As of Mar 31, 2015

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer<br>Bill To Contact<br>Telephone 1 | Invoice/CM # | Date | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|---|
| OSI<br>OPTICAL SOLUTIONS, INC.<br><br>603-826-4411 | 110649<br>110660<br>110662<br>110674 | 3/6/15<br>3/16/15<br>3/17/15<br>3/23/15 | 12,145.00<br>3,600.00<br>3,500.00<br>3,733.00 | | | | 12,145.00<br>3,600.00<br>3,500.00<br>3,733.00 |
| OSI<br>OPTICAL SOLUTIONS, INC. | | | 22,978.00 | | | | 22,978.00 |
| PM<br>PIONEER MATERIALS, INC.<br><br>714-721-5332 | 110677 | 3/25/15 | 600.00 | | | | 600.00 |
| PM<br>PIONEER MATERIALS, INC. | | | 600.00 | | | | 600.00 |
| RC<br>REYNARD CORPORATION<br>Jean Reynard<br>949-366-8866 | 110609<br>110611<br>110612<br>110620<br>110621<br>110622<br>110629<br>110646<br>110647<br>110652<br>110669<br>110681 | 2/10/15<br>2/11/15<br>2/11/15<br>2/18/15<br>2/18/15<br>2/18/15<br>2/23/15<br>3/5/15<br>3/6/15<br>3/9/15<br>3/18/15<br>3/31/15 | 500.00<br>26,212.77<br>4,178.37<br>25,447.77<br>3,750.00 | 45,465.80<br>5,750.00<br>1,720.00<br>23,725.00<br>3,096.00<br>1,400.00<br>5,400.00 | | | 45,465.80<br>5,750.00<br>1,720.00<br>23,725.00<br>3,096.00<br>1,400.00<br>5,400.00<br>500.00<br>26,212.77<br>4,178.37<br>25,447.77<br>3,750.00 |
| RC<br>REYNARD CORPORATION | | | 60,088.91 | 86,556.80 | | | 146,645.71 |
| RPO<br>ROCHESTER PRECISION OPTI<br>HELEN BILAK<br>585-292-5450 | 110639<br>110648<br>110663<br>110673 | 2/27/15<br>3/6/15<br>3/17/15<br>3/20/15 | 6,425.00<br>810.00<br>2,610.00 | 2,400.00 | | | 2,400.00<br>6,425.00<br>810.00<br>2,610.00 |
| RPO<br>ROCHESTER PRECISION OPTI | | | 9,845.00 | 2,400.00 | | | 12,245.00 |
| RRC<br>RemoteReality Corporation<br><br>508-870-1500 | 110514<br>110528 | 11/13/14<br>11/21/14 | | | | 15,941.00<br>4,970.00 | 15,941.00<br>4,970.00 |
| RRC<br>RemoteReality Corporation | | | | | | 20,911.00 | 20,911.00 |
| SYN-FAB<br>SYN-FAB HIGH-TEMP. & IND. | 110640 | 2/27/15 | | 4,068.00 | | | 4,068.00 |

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER

OPTICRAFT INC.
## Aged Receivables
As of Mar 31, 2015

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer<br>Bill To Contact<br>Telephone 1 | Invoice/CM # | Date | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|---|
| RONNIE SUMMERS<br>251-633-4942 | | | | | | | |
| SYN-FAB<br>SYN-FAB HIGH-TEMP. & IND. | | | | 4,068.00 | | | 4,068.00 |
| ZC&R<br>ABRISA TECHNOLOGIES | 110643 | 3/3/15 | 1,500.00 | | | | 1,500.00 |
| 310-381-3060 | | | | | | | |
| ZC&R<br>ABRISA TECHNOLOGIES | | | 1,500.00 | | | | 1,500.00 |
| Report Total | | | 203,747.91 | 126,829.80 | 39.00 | 25,711.00 | 356,327.71 |

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER

## Schedule 6.8
### Inventory

NONE.

5

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER

### Schedule 6.14
### Non-Disturbance Agreement

NONE.

6

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER

## Schedule 6.15
### Environmental Permits

NONE.

7

000085

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## Schedule 6.16
## Insurance

See attached.

000085

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## INSURANCE LIST

| NAME | ADDRESS | TYPE | ACCT/CUST# | POLICY# | CLAIMS Y/N |
|---|---|---|---|---|---|
| FALLON HEALTH | PO BOX 847231<br>BOSTON, MA 02284-7231 | HEALTH | C004512409C01 | | N |
| METLIFE | PO BOX 804466<br>KANSAS CITY, MO 64180-4466 | DENTAL<br>LIFE  (25K) | TM05999234 0001 | | N |
| AFLAC<br>EMPLOYEE PAID | WORLDWIDE HEADQUARTERS<br>COLUMBUS, GA  31999 | DISABILITY<br>ACCIDENT<br>LIFE | PF225 | | N |
| LIBERTY MUTUAL INSURANCE | 62 MAPLE AVENUE<br>KEENE, NH 03431 | BUS AUTO<br>COMMERCIAL PKG<br>WORKERS COMP | 501495750<br>501495750<br>501495750 | BAS55880005*<br>BKS55880005*<br>XWS55880005* | N<br>N<br>N |

* SEE ATTACHED FOR COVERAGE LIMITS

# Liberty Mutual. INSURANCE

**Coverage is Provided In**
*Ohio Security Insurance Company*

NCCI Co. No. 19291

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Policy Number:
XWS (15) 55 88 00 05
Prior Policy Number:
XWS (14) 55 88 00 05

MA Risk ID    000131530

## Workers Compensation and Employers Liability Insurance Policy Information Page

**ITEM 1: The Insured & Mailing Address**

OPTICRAFT INC
17 D EVERBERG RD
WOBURN, MA 01801

**Agent Mailing Address & Phone No.**

(781) 933-3100
SALEM FIVE INS SERVICES, LLC
445 MAIN ST
WOBURN, MA 01801

___Individual ___Partnership
X  Corporation or

FEIN: 042727035     NAICS:333249

Other workplaces not shown above:

**ITEM 2**  **The policy period is** from  12/09/2014 to  12/09/2015    *12:01 am Standard Time at the insured's mailing address.*

**ITEM 3**   **A. Workers Compensation Insurance:** Part One of the policy applies to the Workers Compensation Law of the states listed here:   MA

**B. Employers Liability Insurance:** Part Two of the policy applies to work in each state listed in Item 3.A.
The limits of our liability under Part Two are:

| | | |
|---|---|---|
| Bodily Injury by Accident | $100,000 | each accident |
| Bodily Injury by Disease | $500,000 | policy limit |
| Bodily Injury by Disease | $100,000 | each employee |

**C. Other States Insurance:** Part Three of the policy applies to the states, if any, listed here: See Extension of Information Page
**D. This policy includes these endorsements and schedules:**  See Policy Forms and Endorsements Summary

**ITEM 4**   The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans. All information required below is subject to verification and change by audit.

| Classifications | Code No. | Premium Basis - Total Estimated Annual Remuneration | Rate per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|

See Extension of Information Page(s)

| | |
|---|---|
| Total Estimated Annual Premium | $8,673.00 |
| Total Surcharges and Assessments | $464.00 |

**Minimum Premium**    $190.00         MA

If indicated below, interim adjustments of premiums shall be made.

| | |
|---|---|
| Total Estimated Cost | $9,137.00 |
| Deposit Premium | $9,137.00 |

Servicing Office and Issue Date    Mass/Connecticut/Rhode Island
10/27/14

Countersigned by: _____

**To report a claim, call your Agent or 1-800-362-0000**
WC 00 00 01 A (WC 30 10 E)

© 1987 National Council on Compensation Insurance, Inc.

10/27/14    55880005    N0123382    450    PCAOPPNO    INSURED COPY    000561    PAGE  11  OF  42

000085



**Liberty Mutual.**
INSURANCE

*Coverage is Provided In:*
Ohio Security Insurance Company

Policy Number:
BKS (15) 55 88 00 05
Policy Period:
**From 12/09/2014 To 12/09/2015**
*12:01 am Standard Time
at Insured Mailing Location*

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER

## Commercial Property
## Declarations Schedule

| Named Insured | Agent |
|---|---|
| OPTICRAFT INC | (781) 933-3100<br>SALEM FIVE INS SERVICES, LLC |

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

Insurance at the described premises applies only for coverages for which a limit of insurance is shown. Optional coverages apply only when entries are made in this schedule.

### 0001  17 Everberg Rd Unit D, Woburn, MA 01801-1019

**Property Characteristics**

Description:

Construction: Masonry Non-Combustible

**Your Business Personal Property Coverage**

Occupancy: Optical Goods Manufacturing

**Description**

| | |
|---|---|
| Limit of Insurance - Replacement Cost | $1,507,861 |
| Coinsurance | 80% |
| Inflation Guard - Annual Increase | 4% |
| **Covered Causes of Loss** | |
| Special Form - Including Theft | |
| Deductible | $1,000 |
| *Premium* | *$6,165.00* |

**Personal Property of Others Coverage**

**Description**

| | |
|---|---|
| Limit of Insurance - Replacement Cost | $31,646 |
| Coinsurance | 80% |
| **Covered Causes of Loss** | |
| Special Form - Including Theft | |
| Deductible | $1,000 |
| *Premium* | *$127.00* |

**To report a claim, call your Agent or 1-800-362-0000**

DS 70 23 01 08

| 10/27/14 | 55880005 | N0123382 | 450 | PCAOPPNO | INSURED COPY | 000560 | PAGE 32 OF 160 |
|---|---|---|---|---|---|---|---|

000085



## Liberty Mutual. INSURANCE

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

*Coverage is Provided In:*
Ohio Security Insurance Company

# Commercial Property Declarations Schedule

Policy Number:
BKS (15) 55 88 00 05
Policy Period:
*From* 12/09/2014 To 12/09/2015
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| OPTICRAFT INC | (781) 933-3100<br>SALEM FIVE INS SERVICES, LLC |

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

### Continuation of 17 Everberg Rd Unit D, Woburn, MA 01801-1019

| Business Income and Extra Expense Coverage | Description | |
|---|---|---|
| | Limit of Insurance - Other than Rental Value | $210,000 |
| | Monthly Limit of Indemnity | 1/3 |
| | Covered Causes of Loss | |
| | Special Form - Including Theft | |
| | *Premium* | **$1,456.00** |

| Equipment Breakdown Coverage | This Equipment Breakdown insurance applies to the coverages shown for this location. The Equipment Breakdown limit(s) of insurance and deductible are included in, and not in addition to, the limits and deductible shown for the Building, Your Business Personal Property, Your Business Personal Property of Others, Tenants Improvements and Betterments, Business Income and Extra Expense, Business Income Without Extra Expense, and Extra Expense coverages. | |
|---|---|---|
| | *Premium* | **$582.00** |

## SUMMARY OF OTHER PROPERTY COVERAGES

| Property Extension Endorsement | Description | |
|---|---|---|
| | Manufacturers Plus Extension | $315.00 |
| | *Premium* | **$315.00** |

| Commercial Property Schedule Total: | | **$8,645.00** |
|---|---|---|

---

*To report a claim, call your Agent or 1-800-362-0000*



**Liberty Mutual.**
INSURANCE

Coverage Is Provided In
Ohio Security Insurance Company

## Commercial General Liability Declarations

Basis: Occurrence

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Policy Number
BKS   (15)  55 88 00 05
Policy Period:
From 12/09/2014 To 12/09/2015
12:01 am Standard Time
at Insured Mailing Location

| Named Insured | Agent |
|---|---|
| OPTICRAFT INC | (781) 933-3100 |
| | SALEM FIVE INS SERVICES, LLC |

## SUMMARY OF LIMITS AND CHARGES

**Commercial General Liability Limits of Insurance**

| DESCRIPTION | LIMIT |
|---|---|
| Each Occurrence Limit | 1,000,000 |
| Damage To Premises Rented To You Limit (Any One Premises) | 300,000 |
| Medical Expense Limit (Any One Person) | 15,000 |
| Personal and Advertising Injury Limit | 1,000,000 |
| General Aggregate Limit (Other than Products - Completed Operations) | 2,000,000 |
| Products - Completed Operations Aggregate Limit | 2,000,000 |

**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| General Liability Schedule Totals | 1,001.00 |
| Certified Acts of Terrorism  Coverage | 10.00 |

*Total Advance Charges:*   **$1,011.00**
*Note: This is not a bill*

**To report a claim, call your Agent or 1-800-362-0000**

DS 70 22 01 08

10/27/14        55880005        N0123382        450                PCAOPPNO                INSURED COPY        000560        PAGE  35  OF  160

000085



**Liberty Mutual.**
**INSURANCE**

Coverage is Provided in:

Ohio Security Insurance Company

**Business Automobile
Policy Declarations**

Policy Number:
BAS (15) 55 88 00 05
Policy Period:
From 12/09/2014 To 12/09/2015
12:01 am Standard Time
at Insured Mailing Location

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER

## ITEM ONE:

| Named Insured | Agent |
|---|---|
| OPTICRAFT INC | (781) 933-3100<br>SALEM FIVE INS SERVICES, LLC |

## ITEM TWO: SCHEDULE OF COVERAGES AND COVERED AUTOS

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTO Section of the Business Auto Coverage Form next to the name of the coverage.

*See Business Auto Coverage Form CA 00 01 for Covered Auto Symbol Descriptions

| COVERAGES | LIMIT | PREMIUM |
|---|---|---|
| Compulsory Bodily Injury (MA Only) | $20,000 each person,     $40,000 each accident<br>Covered Auto Symbol(s)  08, 09* | Included |
| Property Damage<br>(Compulsory Limit - MA Only) | $5,000 each accident<br>Covered Auto Symbol(s)  08, 09* | Included |
| Liability Insurance<br>Optional Liability Insurance (MA only) | $1,000,000 each accident<br><br>Covered Auto Symbol(s)  08, 09* | $138.00 |
| Terrorism Coverage | | Included |

*Total Provisional Charges:*   **$138.00**
*Note: This is not a bill*

## ITEM FOUR: HIRED AUTO COVERAGE

| | Estimated Annual<br>Cost of Hire | Rate Per Each<br>$100 Annual<br>Cost of Hire | |
|---|---|---|---|
| Liability | If Any | 1.918 | $69.00 |

Cost of Hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or employees or their family or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

To report a claim, call your Agent or 1-800-362-0000

DS 70 43 01 08

000085

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER

**Schedule 6.18**
**Employees**

See attached.  All of Seller's employees are U.S. citizens.  None of Seller's employees have signed employment agreements, confidentiality agreements or non-competition agreements.

9

000085

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER

**Employee List**

PLANHDR

| CLMNHDR | Employee Name | Date of Birth | Date of Hire | Date of Rel | Position | Compensation | Salary/Hourly | Exempt/Non | 401K | VAC | SICK/PER | US CITIZEN |
|---------|---------------|---------------|--------------|-------------|----------|--------------|---------------|------------|------|-----|----------|------------|
| DETAIL1 | DICALOGERO, CHRISTINE | 3/14/1957 | 1/15/2001 | | Office Mgr | 72k /yr | S | E | Y | 13 | 2 | Y |
| DETAIL1 | GERAS, ADAM | 4/23/1981 | 4/12/2004 | | Opt. Technician | 26.50/hr | H | N | Y | 12 | 1 | Y |
| DETAIL1 | GOMEZ-RESTREPO, JULIANA | 6/6/1986 | 11/9/2009 | | Opt. Technician | 20.00/hr | H | N | N | 8 | 1 | Y |
| DETAIL1 | GORDON, KATHLEEN | 10/22/1959 | 10/31/2005 | | Cleaning Tech | 18.00/hr | H | N | Y | 14 | 6 | Y |
| DETAIL1 | KLEMCZAK, SCOTT | 1/20/1986 | 8/20/2007 | | D.T. Lead | 27.50/hr | H | N | N | 13 | 5 | Y |
| DETAIL1 | MCALLISTER, DENNIS | 8/10/1959 | 7/18/1994 | | President | 164k/yr | S | E | N | | | Y |
| DETAIL1 | MCALLISTER, RAYMOND | 3/18/1955 | 7/21/1997 | | Plant Mgr | 30.00/hr | H | N | N | 14 | 5 | Y |
| DETAIL1 | MCALLISTER, RYAN | 9/25/1981 | 6/26/2000 | | Production Mgr | 50.75/hr | H | N | N | 16 | 2 | Y |
| DETAIL1 | MCALLISTER, SEAN | 10/25/1984 | 10/2/2002 | | Opt. Technician | 25.00/hr | H | N | N | | | Y |
| DETAIL1 | NEWCOMB, RICHARD | 10/21/1982 | 10/12/2010 | | Opt. Technician | 25.00/hr | H | N | N | 11 | 3 | Y |
| DETAIL1 | TRAN, MICHAEL | 2/4/1985 | 8/21/2006 | | Opt. Technician | 30.00/hr | H | N | Y | 11 | 7 | Y |
| DETAIL1 | WILLSON, RICHARD | 9/17/1953 | 12/18/1984 | | | 101.5k/yr | S | E | Y | 16 | 7 | Y |
| DETAIL1 | DY, THOUCH | 5/15/1954 | 5/16/1994 | 1/19/2015 | Opt. Technician | 27.50/hr | H | N | N | 18 | 7 | Y |
| DETAIL1 | MCALLISTER, RASMA | 11/17/1954 | 3/6/2006 | 7/28/2014 | QA Technician | 20.50/hr | H | N | N | 13 | 2 | Y |

O/T RATE     1.5 HR OVER 40     HOURS

000085

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER

## Schedule 6.20
## Permits

Seller is registered with ITAR, under ITAR REG CODE: M17949 EXPIRES AUGUST 31, 2015.

10

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER

**Schedule 6.21**
**Customers**

See attached.

11

000085

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Customer Master File List

Filter Criteria Includes: 1) Active Customers/Prospects. Report order is by ID.

| Customer | Address Line 1 | Address Line 2 | City ST ZIP | Sales-6/30/15 | Sales-5/31/15 | Sales-4/30/15 | Sales-3/31/15 | Sales-2/28/15 | Sales-1/31/15 | Sales-12/31/14 | Sales-11/30/14 | Sales-10/31/14 | Sales-9/30/14 | Sales-8/31/14 | Sales-7/31/14 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ADAMWORKS, LLC | 7367 S. REVERE PARKWAY | BLDG 2 UNIT 2 | CENTENNIAL, CO 80112 | | | | | | | | | | | 11,600.00 | | 11,600.00 |
| AMF OPTICS | 30 NASHUA STREET | | WOBURN, MA 01801 | 2,100.00 | | | 3,750.00 | | | -7.00 | | | | | | 5,843.00 |
| AMORPHOUS MATERIALS, INC. | 3130 BENTON STREET | | GARLAND, TX 75042 | | | 2,470.00 | | | | 575.00 | | 5,100.00 | 500.00 | | 925.00 | 9,370.00 |
| MATERION BARR PRECISION OPTICS | 6 THIN FILM COATINGS | 2 LYBERTY WAY | WESTFORD, MA 01886 USA | 78,621.30 | 37,410.00 | 61,439.50 | 40,930.00 | 16,194.50 | 17,320.00 | 10,318.00 | 30,256.00 | 42,323.44 | 68,776.00 | 37,260.00 | 36,914.75 | 477,765.90 |
| BEAM PRECISION OPTICS INC | 50 PATCH POND ROAD | UNIT 4 | CENTER OSSIPEE, NH 03814 | | | 3,706.00 | | | | -999.55 | | | | | | 2,706.45 |
| BUCCINI INSTRUMENT COMPANY | 118 BRAXIO LANE | | WILMINGTON, NC 28409 | | | | | | | | | | | | | 322.00 |
| CALYPSO RESOURCES, INC. | 655 Summer Street | Suite 304 | Boston, MA 02210 | | | | | | | | 4,285.00 | 3,260.00 | 6,255.00 | | | 13,800.00 |
| CASCADE OPTICAL CORPORATION | 1225 E. HUNTER AVENUE | | SANTA ANA, CA 92705 | | | | | | | | 2,830.00 | | | | | 2,830.00 |
| CLEAR ALIGN | 120 DEREV ROAD | PO BOX 240 | HUDSON, NH 03051 | | | 5,000.00 | 1,030.00 | 10,500.00 | | | | | | | | 16,530.00 |
| CONNORS INDUSTRIALS, INC. | P.O. BOX 1926 | | HIGHLAND, IN 46322 | | 3,385.00 | | | | 6,764.00 | | | 4,060.00 | | 2,717.00 | | 16,926.00 |
| DRS NETWORK & IMAGING SYSTEMS, LLC | 100 NORTH BABCOCK STREET | | MELBOURNE, FL 32935 | | | | | 6,522.00 | 19,950.00 | | 750.00 | 2,700.00 | 50,625.00 | 39,900.00 | 39,900.00 | 160,347.00 |
| DEPOSITION SCIENCES INC. | 3300 COFFEY LANE | | SANTA ROSA, CA 95403 | | | | | | | | | 900.00 | | | | 900.00 |
| EASTMAN CHEMICAL COMPANY | ACCOUNTS PAYABLE DEPARTMENT | PO BOX 511 | KINGSPORT, TN 37662 | | | | | | | | | | | | 3,950.00 | 3,950.00 |
| ELTEC INSTRUMENTS, INC. | P.O. Box 9610 | | Daytona Beach, FL 32120-9610 USA | | | 1,600.00 | | | | | | | | | | 1,600.00 |
| ENERGETIQ TECHNOLOGY, INC. | 7 CONSTITUTION WAY | | WOBURN, MA 01801 | | | | 18,450.00 | | | 13,772.50 | | | | | | 47,072.50 |
| SPECTRO SCIENTIFIC | 1 EXECUTIVE DRIVE | SUITE 101 | CHELMSFORD, MA 01824-2563 | 16,175.00 | 20,992.00 | 34,130.00 | 14,592.00 | 2,333.00 | 4,869.00 | 1,841.00 | 55,187.00 | 14,332.00 | | 875.00 | 13,750.00 | 166,208.00 |
| HARDRIC LABORATORIES, INC. | 55 MIDDLESEX STREET | | NORTH CHELMSFORD, MA 01863 | | 4,000.00 | | | | | | | | | | 7,200.00 | 11,200.00 |
| INNOVATIVE FABRICATION | 44 STEEDMAN STREET | UNIT 11 | LOWELL, MA 01851 | | | | | 1,500.00 | | 1,500.00 | 225.00 | 1,000.00 | -400.00 | 1,358.00 | 700.00 | 5,468.00 |
| B-VI INCORPORATED | 375 Saxonburg Blvd. | | Saxonburg, PA 16056 | | | | | | | | 3,500.00 | | 984.00 | | | 4,484.00 |
| IBRAD OPTICS | 181 LEGRAND AVE | | NORTHVALE, NJ 07647 | | | | 8,759.00 | 450.00 | 2,000.00 | | 8,535.00 | 4,800.00 | 10,775.00 | 8,400.00 | | 43,709.00 |
| IPG PHOTONICS CORPORATION | ACCOUNTS PAYABLE | PO BOX 21630 | LEHIGH VALLEY, PA 18002-1630 | | | 11,349.96 | 1,200.00 | | 3,000.00 | 14,519.00 | 4,250.00 | 1,000.00 | | | 250.00 | 35,568.96 |
| EXELIS, INC. - GS DIV | ACCOUNTS PAYABLE SRS | PO BOX 13606 | ROCHESTER, NY 14613-3606 | 3,244.50 | 12,730.50 | 7,470.00 | 13,750.00 | 72,747.50 | | 200,590.00 | | | 65,795.00 | | | 376,327.50 |
| INTERNATIONAL WAFER SERVICE, INC. | 850 COYOTE HILL ROAD | | COLFAX, CA 95713 | | | | | | | | | | | 100.00 | | 100.00 |
| JGM ASSOCIATES, INC. | 13 KINGSDALE STREET | | BURLINGTON, MA 01803 | | | | | | | | | | 260.00 | | | 260.00 |
| L-3 COMM. CINCINNATI ELECTRONICS | 7500 Innovation Way | Accounts Payable | Mason, OH 45040-9699 | | | | | | | | | | | | | |
| IMMIC - ORLANDO | M011 | 5600 SAND LAKE ROAD | ORLANDO, FL 32819 | | | | | | | | | | | | 52,244.00 | 52,244.00 |
| THE BERND GROUP | P.O. BOX 2245 | | DUNEDIN, FL 34697 | | 4,905.00 | 340.00 | | | | | | | | | | 5,245.00 |
| B-VI OPTICAL SYSTEMS | 36570 Briggs Road | | Murrieta, CA 92563 | 22,250.00 | 5,390.00 | | 11,140.00 | 14,895.00 | 29,155.00 | 11,843.00 | 3,930.00 | | | | | 98,603.00 |
| LTS RESEARCH LABORATORIES, INC. | 37 RAMLAND RD. | | ORANGEBURG, NY 10962 | 350.00 | | 7,550.00 | | 1,652.00 | 368.00 | 2,050.00 | 1,200.00 | | | | | 13,170.00 |
| MIT PLASMA & SCIENCE FUSION CTR. | Accounts Payable | PO BOX 9169 | Cambridge, MA 02139 USA | | | | | | | | | | | | 808.00 | 808.00 |
| NOVOTECH INC. | 916 Main Street | | Acton, MA 01720 USA | 4,280.00 | 14,030.00 | 4,610.00 | 1,309.00 | | | | | 6,000.00 | | | | 30,239.00 |
| NUCOR STEEL | P.O. BOX 2259 | | MT. PLEASANT, SC 29465-2259 | | | 312.00 | | | | | | | | 509.50 | | 821.50 |
| NUCOR STEEL | P.O. BOX 30 | | ARMOREL, AR 72310 | | | | | | | | | 2,512.00 | | | | 2,512.00 |
| OPTICAL SOLUTIONS, INC. | 26 BURL RUN | | CHARLESTOWN, NH 03603 | 206,300.20 | 6,678.00 | | 22,978.00 | 11,912.00 | 7,287.00 | 5,615.00 | | | | | | 260,770.20 |
| PHOENIX INFRARED, INC. | 3 Foundry Street | | PHOENIX, MA 01832 USA | | | | | | | | 430.00 | 450.00 | | | | 870.00 |
| PIONEER MATERIALS INC | 3357 CANDLEWOOD ROAD | | Torrance, CA 90505 | 7,750.00 | 2,500.00 | 2,500.00 | 1,850.00 | | 370.00 | 4,990.00 | 3,000.00 | 185.00 | -100.00 | | 1,250.00 | 24,295.00 |
| R & D INNOVATIVE SOLUTIONS INC | 443 RICHMOND ROAD | SUITE 814 | OTTOWA, ON K2A 3W6 CANADA | | | | | | | | | 325.00 | | | | 325.00 |
| RAMBUS DELAWARE LLC | 1050 ENTERPRISE WAY | SUITE 700 | SUNNYVALE, CA 94089 | | 1,512.00 | | | | | | | | | | | 1,512.00 |
| RAYTHEON COMPANY | P.O. BOX 650039 | | DALLAS, TX 75265-0039 | | | | | | | | | | | | | |
| REYNARD CORPORATION | 1020 Calle Sombra | | SAN CLEMENTE, CA 92673 USA | 173,377.20 | 12,845.00 | 21,018.89 | 60,088.91 | 87,036.80 | | 23,946.00 | 5,330.00 | 6,020.00 | 2,765.00 | 500.00 | 2,530.00 | 395,457.80 |
| ROCHESTER PRECISION OPTICS, LLC | 850 JOHN STREET | | W HENRIETTA, NY 14586 | 2,000.00 | | 1,275.00 | 9,845.00 | 2,400.00 | | 1,200.00 | 11,506.00 | 11,096.00 | 4,200.00 | 5,320.00 | 6,980.00 | 55,837.00 |
| RemoteReality Corporation | 100 Northfield Drive | Suite 205 | Windsor, CT 06095 | | | | | | | | 20,911.00 | | | | | 20,911.00 |
| SEMI-CONDUCTOR DEVICES | PO BOX 2250 | | Heidi 71021 Israel | 1,380.00 | | 3,634.00 | | | | | | 3,208.00 | | 558.00 | 3,457.50 | 12,237.50 |
| SPECIALTY METAL FILMS CO. LLC | 1248 HIGHLAND STREET | | HOLLISTON, MA 01746 | | | | | | | | | | 632.00 | | | 632.00 |
| SPECTRAL SYSTEMS | 35 CORPORATE PARK DRIVE | | HOPEWELL JUNCTION, NY 12533 USA | | | | | | | | | | 15,810.00 | 3,075.00 | | 18,175.00 |
| SPECTRUM THIN FILMS | 135 MARCUS BLVD. | | HAUPPAUGE, NY 11788 | | | | | | | | 798.00 | | 550.00 | | | 1,348.00 |
| L3 INTEGRATED OPTICAL SYSTEMS- SSG | 65 Josephs Road | | Wilmington, MA 01887 | | | 4,530.00 | | | | | | | | | | 4,530.00 |
| STINGRAY OPTICS, LLC | 310 MARLBORO STREET | 2ND FLOOR | KEENE, NH 03431 | | | | | | 878.00 | 1,750.00 | 1,000.00 | | 8,000.00 | | | 11,628.00 |
| SYNTAB HIGH-TEMP. & IND. CCTV EQUIPMEN | 7863 SCHILLINGER PARK ROAD | | MOBILE, AL 36608 | | | 5,075.00 | | 4,068.00 | | 2,857.00 | | | | 4,736.00 | | 16,736.00 |
| THERMAL CONDUCTIVE BONDING, INC. | 135 GREAT OAKS BLVD. | SUITE 30 | SAN JOSE, CA 95119 | | | | | | | -1,250.00 | | | | | 2,150.00 | 900.00 |
| TriArtec | 15 A Street | | Burlington, MA 01803-3404 | | 300.00 | | | 1,000.00 | 500.00 | | | | | | 500.00 | 2,300.00 |
| ABRISA TECHNOLOGIES | ZC&R COATINGS FOR OPTICS, DIV. | 1401 ABALONE AVE. | Torrance, CA 90501 USA | | | 1,500.00 | | | | | 1,500.00 | | 1,585.00 | | | 4,585.00 |
| GENVAC AEROSPACE | 100 ALPHA PARK | | CLEVELAND, OH 44143 | 4,635.00 | | | | | | | | | | | | 4,635.00 |
| UC-SD | DISBURSEMENTS | 9500 GILMAN DRIVE MC 0955 | La JOLLA, CA 92093-0955 | 580.00 | | | | | | | | | | | | 580.00 |

7/1/2015 at 11:13 AM

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## Schedule 6.22
## Suppliers

See attached.

16048345.1

12

Vendor List

Filter Criteria includes: 1) Active Vendors. Report order is by ID.

| Vendor | Address line 1 | Address line 2 | City ST ZIP | Payments for May 31, 2015 | Payments for Apr 30, 2015 | Payments for Mar 31, 2015 | Payments for Feb 28, 2015 | Payments for Jan 30, 2015 | Payments for Dec 31, 2014 | Payments for Nov 30, 2014 | Payments for Oct 31, 2014 | Payments for Sep 30, 2014 | Payments for Aug 31, 2014 | Payments for Jul 31, 2014 | Payments for Jun 30, 2014 | TOTAL | RM-VENDOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Poland Spring Water | | PO Box 856192 | Louisville, KY 40285-6192 | | | | | | | | | 249.26 | | 90.43 | | 487.87 | 827.56 |
| AD Services Unlimited | 11 Gordus Ave | | Salem, NH 03079 USA | | | | | | | | | | | | | | 207.10 |
| ADT Security Services | PO Box 371947 | | Pittsburgh, PA 15250-7967 USA | | | 177.22 | | | | | | 207.10 | | | | | |
| AFLAC | ATTN: REMITTANCE PROCESSING SE | 1932 WYNNTON ROAD | COLUMBUS, GA 31999-0797 | | | 366.33 | | 170.63 | | | | | 134.35 | | 171.71 | | 609.97 |
| Advanced Glass Industries | 1335 Emerson Street | | Rochester, NY 14606 USA | | | 732.64 | | 732.64 | 366.32 | 366.32 | 366.32 | | 366.32 | | 366.32 | 1,098.56 | 4,762.16 |
| AMERICAN GAS PRODUCTS | 24 VINE STREET | | Everett, MA 02149 | | | | | | | | | | 1,669.65 | | | | 1,669.65 |
| Amerdxeon Materials Inc. | 3130 Benton Street | | Garland, TX 75042 USA | 48.39 | 44.24 | 48.39 | 48.39 | 47.01 | 246.57 | | 649.15 | | | | | | 1,132.14 |
| Marxxee Development Group | 102 New Boston Street | | Woburn, MA 01801 USA | | | | | | 1,176.00 | | | | 1,045.00 | 570.00 | 5,940.00 | | 8,731.00 |
| CORNERSTONE RETIREMENT PLAN ADMIN. LLC | 951 JEFFERSON BOULEVARD | SUITE 3001 | WARWICK, RI 02886 | 8,175.00 | 5,775.00 | 5,775.00 | | 11,550.00 | 5,775.00 | | 6,095.33 | 5,775.00 | 5,775.00 | 5,775.00 | 22,062.82 | | 82,333.15 |
| REPUBLIC SERVICES #055 | PO Box 9001099 | | LOUISVILLE, KY 40290-1099 USA | | | 462.50 | | | 462.50 | 700.00 | | 462.50 | | | | | 1,687.50 |
| Business Systems Technology | 410 Manchester Road | | LOUISVILLE, KY 40290-1099 USA | | | 165.55 | 170.43 | 171.12 | 113.85 | 201.29 | 198.75 | 170.43 | | 341.24 | 169.82 | 172.59 | 1,875.01 |
| BLUE THUNDER TECHNOLOGIES | ONE CORPORATE ROAD | | ENFIELD, CT 06082 | | | 557.47 | 506.36 | 490.42 | 922.56 | | | | | | 840.50 | | 940.50 |
| CALYPSO RESOURCES, INC. | 655 Summer Street | Suite # 304 | Boston, MA 02210 | 3,905.00 | 10,065.00 | | 9,100.00 | 15,400.00 | 22,800.00 | | 502.20 | 583.74 | 387.47 | 488.80 | 487.22 | 876.13 | 5,802.47 |
| CHESTNUT HILL REALTY CORP. | P.O. BOX 4160 | | WOBURN, MA 01885-4160 | 1,405.00 | 1,050.00 | 1,050.00 | | | 2,100.00 | 1,050.00 | | 9,725.00 | | 19,812.30 | 10,475.00 | 44,658.75 | 145,941.85 |
| CLEANHARBORS | PO Box 3442 | | Boston, MA 02241-3442 | | | 1,028.88 | | | | | | 2,100.00 | 1,055.00 | 1,050.00 | 950.00 | | 1,028.88 |
| COMCAST | PO BOX 1577 | | NEWARK, NJ 07101-1577 | 123.71 | 123.71 | | | | 371.13 | 134.52 | 108.76 | 108.76 | | 317.52 | | 211.14 | 1,399.05 |
| City of Woburn Fire Department | Woburn Fire Prevention | PO Box 99 | Woburn, MA 01801-0199 USA | | | | | | | | | | | 40.00 | | | 40.00 |
| Cyaid Products LLC | 509 Dora Celeste Drive | | Las Vegas, NM 87701 USA | | | 162.50 | | | | | | 175.00 | | | | 175.00 | 512.50 |
| Equit Corporation | PO Box 9046 | 105 West Hints Road | Wheeling, IL 60090-6058 USA | | | | | | 958.75 | | | | | | | 155.00 | 1,697.39 |
| NOROSON EFD LLC | 40 CATAMORE BLVD. | | EAST PROVIDENCE, RI 02914 | | | 185.31 | | | | | | | 543.31 | | | | 185.31 |
| Emineas Technologies Inc. | P.O. Box 55051 | | Phoenix, AZ 85072-7031 USA | | | | | | 385.12 | 501.60 | | | | | | | 185.31 |
| EVERSOURCE | PO BOX 660369 | | DALLAS, TX 75266-0369 | 262.75 | | | | | | | | | 965.76 | 304.40 | | | 2,156.85 |
| FAIRFIELD CRYSTAL TECHNOLOGY | 8 SOUTH END PLAZA | | New Milford, CT | 1,765.80 | | | | 650.00 | | | 416.00 | 444.00 | | | 953.45 | | 262.75 |
| FALLON COMMUNITY HEALTH PLAN | BILLING OPERATIONS | P.O. BOX 55472 | BOSTON, MA 02205-5472 | 7,190.05 | 7,706.65 | 7,706.65 | 7,706.65 | 6,793.26 | 6,793.26 | 6,793.26 | 6,793.26 | 6,793.26 | 332.00 | 7,660.61 | 7,869.04 | 9,061.25 | 5,061.25 |
| Foley Engineering Inc. | 17 Everberg Rd. | | Woburn, MA 01801 USA | | | 4,000.00 | | | | | | | | | | | 59,465.66 |
| Ferro-Ceramic Grinding Inc. | 3 Cornell Place | | Wilmington, MA 01887 USA | | | | | | | | | | | | 733.91 | | 4,000.00 |
| Glass Fab Inc. | 257 Ormond Street | | Rochester, NY 14605 USA | 8,175.00 | 6,442.00 | 5,797.75 | 1,312.50 | 802.50 | 222.00 | | 2,875.00 | 1,365.00 | 463.80 | | 733.91 | | 733.91 |
| Henneas Quartz America, LLC | PO Box 910026 | | Dallas, TX 75391-0026 | | | | | | | | | | | | 3,484.00 | | 30,937.55 |
| S.I. HOWARD GLASS CO., INC | 379 SOUTHWEST CUTOFF | | WORCESTER, MA 01604 | | 225.00 | | | | | 20,726.05 | | | | | | | 24,254.25 |
| HOYA CORPORATION USA | 600 NORTH McCARTHY BLVD. | SUITE 120 | MILPITAS, CA 95035-5120 | | | | | | | | | | | | | 225.00 | 225.00 |
| Innovative Fabrication Inc. | 44 Stedman Street | Unit 11 | Lowell, MA 01851 USA | 409.00 | | | | | | | | | | | | | 760.00 |
| INDUSTRIAL TOOL SUPPLY, INC. | 46 NEWHALL STREET | | LOWELL, MA 01852 | | | | | | | 268.00 | | | | | 1,200.00 | | 1,897.00 |
| IUDD PAPER COMPANY | 55 Pawtucket Avenue | | East Providence, RI 02916 | 524.53 | | | | | 556.99 | 223.55 | | | | | | | 780.54 |
| Kirk & Kirk CPA's P.C. | 10 Cedar Street | Suite 16 | Woburn, MA 01803 USA | 1,025.00 | 1,025.00 | | 1,025.00 | 2,050.00 | | 655.16 | | 516.39 | | | 648.50 | | 2,144.57 |
| NATIONAL GRID | PO Box 11735 | 45118-22390 | NEWARK, NJ 07101-4735 USA | 840.01 | 894.90 | 836.31 | | | | 1,025.00 | 1,025.00 | | 1,025.00 | 1,025.00 | 3,075.00 | | 12,300.00 |
| Keystone Crystal Corporation | 140 Green Manor Drive | | Butler, PA 16002 USA | | | 7,372.00 | | 522.37 | 48.41 | 46.75 | | 50.40 | 54.92 | 311.65 | 401.13 | | 4,057.15 |
| KEY DIAMOND | 2645 DRAD | VILLE ST-LAURENT | Quebec, Quebec H4S 1E7 CANADA | 480.00 | 390.00 | 560.00 | | | 1,625.00 | 545.00 | 2,100.00 | | | | 3,235.00 | 12,917.00 | |
| LIBERTY MUTUAL INSURANCE | PO BOX 2051 | | KEENE, NH 03431-7051 | 1,200.00 | | | 3,215.64 | | 4,773.37 | | 745.00 | 3,020.00 | 240.00 | 560.00 | 4000.00 | 720.00 | 6,669.69 |
| Lattice Materials LLC | 516 E.Tamarack Street | | Bozeman, MT 30715 USA | 402.50 | | 400.00 | | 1,125.75 | | | 400.00 | 651.60 | | 2,175.50 | | 5,552.70 | 17,956.46 |
| SATISOH NORTH AMERICA, INC. | PO Box 685058 | | Chicago, IL 60695-5058 USA | | | | 1,619.84 | 150.58 | | | | 138.22 | 138.22 | 277.60 | | 3,334.56 | |
| METLIFE | P.O. BOX 804466 | | KANSAS CITY, MO 64180 | 1,437.51 | 1,341.11 | 1,341.11 | 1,341.11 | 1,341.11 | 1,341.11 | 1,341.11 | 1,341.11 | 1,341.11 | 1,341.11 | 1,341.11 | 1,418.30 | | 16,266.91 |
| Miller-Stephenson Chemical Co. | 55 Backus Ave. | | Danbury, CT 06810-7320 USA | 9.07 | 191.40 | | | 390.67 | | | | 400.35 | | | 155.88 | | 1,557.60 |
| Moova Nanotechnology Systems, LLC | ATTN: ACCOUNTS RECEIVABLE | 230 OLD HOMESTEAD HIGHWAY | Swanzey, NH 03446 | | 2,700.00 | 970.00 | | | | | 2,800.00 | | 532.00 | | 7,002.00 | | 7,002.00 |
| NICHOLAS SINK | 1/9 PRESIDENTS LANE | | QUINCY, MA 02169 | 2,725.00 | 2,725.00 | 2,850.00 | | | | | | | | | | | 8,300.00 |
| Novotech Inc. | 916 Main Street | | Acton, MA 01720 USA | | | | | | | 874.30 | | | | | 5,145.40 | | 6,018.20 |
| EVERSOURCE | PO Box 660369 | 2618 021 1000 | Dallas, TX 75266-0369 USA | | 2,411.30 | 2,000.00 | 2,773.72 | | | 1,625.56 | 1,895.59 | 2,075.60 | | 5,376.82 | 1,379.68 | 1,347.70 | 30,884.37 |
| EVERSOURCE | PO Box 660369 | 2618 024 1007 | Dallas, TX 75266-0369 USA | | | 232.13 | 86.53 | 97.32 | 399.15 | 1,002.93 | 1,155.17 | | 1,121.20 | 951.36 | 97.54 | | 5,145.40 |
| Pill Manufacturing, Inc. | 29 Industrial Park Drive | | Pelham, NH 03076 USA | | | | | | | | | | 5,193.75 | | | | 7,393.30 |
| Phoenix Infrared Inc. | | 3 Foundry Street | Lowell, MA 01852 USA | 7,000.00 | 1,575.00 | | | 3,768.92 | | | 3,486.00 | | 5,381.00 | 1,000.00 | | | 20,810.92 |
| PI - KEM LTD | UNIT 20 TAME VALLEY BUSINESS C | MAGNUS, TAMWORTH | STAFFORDSHIRE B77 5BY United Kingdom | | | | | | | | | | 942.50 | | | | 942.50 |
| POLAND SPRING DIRECT | 6215 6661 MIGH HWY | SUITE 4 | LOUISVILLE, KY 40295-6015 | 197.11 | 345.46 | 38.35 | 152.25 | 317.14 | 76.11 | | 93.93 | | | | | | 1,220.50 |
| Quality Thin Films Inc. | 141 Burbank Rd. | | Oldsmar, FL 34677 USA | | | | | 1,500.60 | 1,200.00 | | | 6,000.00 | | | 12,000.00 | | 20,700.00 |
| BORM & HAAS CHEMICALS, LLC | | 455 FOREST STREET | MARLBOROUGH, MA 01752 | 6,201.56 | 12,784.62 | 2,166.46 | 47,016.00 | 51,591.56 | | 6,877.95 | 1,722.12 | 4,140.30 | | | 6,877.95 | | 176,369.80 |
| Raynard Corporation | 1020 Calle Sombra | | San Clemente, CA 92673 USA | | | | | | | | | 8,055.00 | | | | | 8,055.00 |
| SCHOTT GLASS MALAYSIA COMP. SDN. BHD. | 2024 TKT PERUSAHAAN 6 | FTZ2 - 13600 PERAI | PENANG MALAYSIA | | | | 2,000.00 | | | | | | | | | | 8,055.00 |
| SCHUBERT LAW OFFICES | 100 WEBSTER STREET | | MANCHESTER, NH 03104 | | | | 200.00 | | | | | | | | | | 200.00 |
| Scemtec Inc. | PO Box 143 | | LeRoy, NY 14482 USA | | | | | 324.00 | | | | | | | | | 324.00 |
| Sdxtt North America, Inc. | P.O.Box 13236 | | Newark, NJ 07101-3231 | | | | | | | | 3,342.50 | | | | | | 3,342.50 |
| Semiconductor Materials Inc. | P.O.Box 148 | | Torrance, CA 90507 USA | | | | | | | | | | | 271.50 | | | 271.50 |
| C.R. LAURENCE CO., INC. | | P.O. BOX 58923 | LOS ANGELES, CA 90058-0923 USA | | 248.34 | | | | | | | | | | 252.11 | | 271.50 |
| Steadbasik | 2904 Perkins Dr. | | Denham Springs, LA # 22786 | | | | | | | | | | | | | | 500.45 |
| SOUTHWESTERN INDUSTRIES, INC. | 2615 HOMESTEAD PLACE | | RANCHO DOMINGUEZ, CA 90220-5600 | 225.00 | | | | | | | | 249.00 | | | | | 474.00 |
| Tape Products Company | 11630 Deerfield Road | | Cincinatti, OH 45244-1510 USA | 283.92 | | | | | 283.92 | | | | | | 122.47 | | 567.01 |
| R-VI Incorporated | PO. Box 6466750 | | Pittsburgh, PA 15264-0675 USA | | | 13,677.00 | | | | | | | | | 355.40 | | 503.24 |
| United Lens Company, Inc. | 259 Worcester Street | | Southbridge, MA 01550 USA | | | | | | 1,400.00 | 234.00 | | 4,375.00 | | 700.00 | 5,249.00 | | 18,926.00 |
| Uniless Corporation | ATTN: ACCOUNTS RECEIVABLE | 2200 SLAKESIDE DRIVE | BLAKESLEE, PA 60085 | | | | | | | 123.04 | | | | | | 6,709.00 |
| Uniless Corporation | Industrial Park Drive | | Nashua, NH 03062 USA | 266.44 | 183.63 | 177.69 | 179.41 | 535.51 | 225.10 | | 235.28 | 272.30 | 247.64 | 173.06 | 509.27 | | 513.37 |
| Unicore Optical Materials USA Inc. | PO Box 737 | | Quapaw, OK, 74363 USA | | | | | | | | | | | 1,055.74 | | 1,055.74 |
| United Parcel Service | PO Box 7247-0244 | 052-054 | Philadelphia, PA 19170-0001 USA | 2,167.66 | 1,507.68 | 2,300.45 | | 520.06 | 625.31 | 571.55 | 1,082.43 | 793.97 | 953.66 | 733.23 | 733.23 | | 1,035.74 |
| UPS Supply Chain Solutions, Inc. | 28013 Network Place | | Chicago, IL 60673-1280 | 460.56 | | | | | | | | | | | | | 460.56 |
| Universal Thin Film Lab Corp. | 232 North Plank Road | | Newburgh, NY 12550 USA | 2,000.00 | 6,000.00 | | | 7,200.00 | | | | 3,800.00 | | | | | 19,000.00 |
| VITAL MATERIALS CO., LTD | P.O. BOX 15234 | | ALBANY, NY 12212-5124 | 255.05 | 255.16 | 248.97 | 259.92 | 253.87 | 253.63 | 201.30 | 244.51 | 445.27 | 226.03 | 223.05 | 2,943.74 | | 2,943.74 |
| 3M COMPANY - ROYERSFORD | ROOM 2901-2903 EXCHANGE SQ. | NO. 268 DONG FENG ZHONG ROAD | GUANGZHOU 510030 CHINA | 13,005.00 | 4,104.25 | | | 1,924.19 | | | | | | 637.49 | | | 23,677.93 |
| 3M COMPANY - ROYERSFORD | 506 ENTERPRISE DR. | | ROYERSFORD, PA 19465 USA | | | | | 678.11 | | | | | | | | | 1,315.60 |
| GRAINGER | Dept. 890904377 | | Palatine, IL 60038-0001 USA | 700.57 | | | | | | 134.40 | 115.72 | 205.38 | 144.18 | 57.66 | 550.40 | | 1,908.31 |
| | | | | | | | | | | | | | | | | | 897,425.67 |

# EXHIBIT 79

Message

**From:**      Rich Trissel [richtrissel@gmail.com]
**Sent:**      7/19/2014 8:08:42 AM
**To:**        Brad Piccirillo [Brad.Piccirillo@osi.us.com]
**Subject:**   Re: 25um lens

Wow.  Just when I thought we were out if the woods.  Wow.  He just doesn't care.  Or, he's so incompetent he's dangerous.  Either way you are risking it all on this guy.  Are you on drugs or just fucking stupid?  It just keeps going on and on and on...  This won't be the last time he does this.  He just ... Fuck it.

On Friday, July 18, 2014, Brad Piccirillo <Brad.Piccirillo@osi.us.com> wrote:
FYI - clowns.....


Brad

Sent by a not-so-smart phone user


-------- Original message --------
From: Andrew Dugrenier
Date:07/18/2014 5:44 PM (GMT-05:00)
To: Brad Piccirillo
Subject: 25um lens


Hey man –


Hope your tourney went well.


I wasn't able to get the assembly all together because for both housings I have, I can't get the end cap to screw on.  A while back, I had (what I thought was) everything fixed.  Looks like I missed a couple.  All said, I've got to drop off some stuff at Warner anyhow, so I'll do that first thing Monday morning and get both housings fixed so we can get that assembly finished up.


As for the new stack, it's not quite there yet.  I had it down to around .020 and then lost it.  I have a couple ideas on how to fix this problem.


Our delivery of new lenses was a lot later than they usually are (figures), but I did get a bunch of stuff potted.

**Exhibit
0195**

Richard Trissel

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                    OSI0064286

Have a good weekend and catch you Monday.  By the way – Shawn's starting on Monday too.  I asked Donna to think about what he can help her with starting out.

Thanks,

Andy

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0064287

# EXHIBIT 80

Message

| | |
|---|---|
| **From**: | Dennis McAllister [denmcallister@opticraftinc.com] |
| **Sent**: | 1/22/2016 9:18:37 AM |
| **To**: | Rich Trissel [Rich.Trissel@osi.us.com] |
| **CC**: | Matthew Grabowski [Matthew.Grabowski@osi.us.com]; Brad Piccirillo [Brad.Piccirillo@osi.us.com] |
| **Subject**: | Re: 25 micron lenses and Headwall |

I will let him know

On Jan 22, 2016 12:08 PM, "Rich Trissel" <Rich.Trissel@osi.us.com> wrote:
Ok. If there was interference it should have been around the edge.

Mike should be cc'd on any delivery emails since he schedules that.

Rich

Sent from my iPhone

On Jan 22, 2016, at 8:36 AM, Brad Piccirillo <Brad.Piccirillo@osi.us.com> wrote:

> Just a comment. If E4 was hitting E5, make sure you thoroughly check E5 to make sure it didn't
> get scratched (especially on the apex). I know it's an obvious comment but it's worth throwing it
> out there.
>
> Also, in Nano's response to me yesterday, Rodney commented that they were "set with the 25
> micron lenses". I say this because when you make the next shipment MAKE SURE THE
> BALANCE OF WHAT WE OWE GETS SHIPPED TOGETHER. All good parts so they don't
> get rejected. I foresee a battle over $180k worth of parts they don't really need, but since
> Rodney is engineering, I'm not too worried about it because we have a valid contact for these
> things......
>
> Brad
>
>
> -------- Original message --------
> From: Rich Trissel <Rich.Trissel@osi.us.com>
> Date: 01/21/2016 3:48 PM (GMT-05:00)
> To: Brad Piccirillo <Brad.Piccirillo@osi.us.com>, Dennis McAllister
> <denmcallister@opticraftinc.com>
> Cc: Matthew Grabowski <Matthew.Grabowski@osi.us.com>
> Subject: RE: 25 micron lenses and Headwall
>
> I think I just found the culprit. I believe the interference is between ele4 and ele5 and is due to the OD of
> the cc surface on ele4 being too large. It's REALLY tight right there.
>
> If we can increase the flat on that surface, which is ok as far as CA, then that will do the trick. I've asked
> Mike if he thinks that's easy to do.
>
> Rich

**Exhibit
0203**
Richard Trissel

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                    OSI0073517

**From:** Brad Piccirillo
**Sent:** Thursday, January 21, 2016 12:11 PM
**To:** Rich Trissel; Dennis McAllister
**Cc:** Matthew Grabowski
**Subject:** RE: 25 micron lenses and Headwall

Ok, I don't need to know evening, and leave that up to you ladies, but at least give me your confidence level on a remedy?

Brad

-------- Original message --------
From: Rich Trissel <Rich.Trissel@osi.us.com>
Date: 01/21/2016 3:00 PM (GMT-05:00)
To: Brad Piccirillo <Brad.Piccirillo@osi.us.com>, Dennis McAllister <denmcallister@opticraftinc.com>
Cc: Matthew Grabowski <Matthew.Grabowski@osi.us.com>
Subject: RE: 25 micron lenses and Headwall

There's more to it than that.  We're working it.

Rich

---

**From:** Brad Piccirillo
**Sent:** Thursday, January 21, 2016 10:59 AM
**To:** Rich Trissel; Dennis McAllister
**Cc:** Matthew Grabowski
**Subject:** RE: 25 micron lenses and Headwall

That should be straight forward to evaluate, we know the distances we cut from the apex of the lens to the airspace/flat of each cell?

Brad

-------- Original message --------
From: Rich Trissel <Rich.Trissel@osi.us.com>
Date: 01/21/2016 1:47 PM (GMT-05:00)
To: Brad Piccirillo <Brad.Piccirillo@osi.us.com>, Dennis McAllister <denmcallister@opticraftinc.com>
Cc: Matthew Grabowski <Matthew.Grabowski@osi.us.com>
Subject: RE: 25 micron lenses and Headwall

Don't know yet.  If it is an airspace that is too small then a shim might do the trick.

Rich

---

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**From:** Brad Piccirillo
**Sent:** Thursday, January 21, 2016 10:39 AM
**To:** Rich Trissel; Dennis McAllister
**Cc:** Matthew Grabowski
**Subject:** RE: 25 micron lenses and Headwall

I expect it's only between two interfaces so can we fix it by remaking one cell and modifying the other?

Brad


-------- Original message --------
From: Rich Trissel <Rich.Trissel@osi.us.com>
Date: 01/21/2016 1:31 PM (GMT-05:00)
To: Brad Piccirillo <Brad.Piccirillo@osi.us.com>, Dennis McAllister
<denmcallister@opticraftinc.com>
Cc: Matthew Grabowski <Matthew.Grabowski@osi.us.com>
Subject: RE: 25 micron lenses and Headwall

I've been working with Mike on figuring out the 25um lens problem.  Could be errors in the cell fab that allow two elements to physically interfere.  Obviously, that's a HUGE issue.

I also spoke to Mike about Headwall.  He thinks that with Matt's new MatLab program, and some tweaks, that good Headwall parts might be possible soon.  Matt, have you spoken to Brad about the latest?

Rich


**From:** Brad Piccirillo
**Sent:** Thursday, January 21, 2016 10:01 AM
**To:** Dennis McAllister
**Cc:** Matthew Grabowski; Rich Trissel
**Subject:** 25 micron lenses and Headwall

Guys,


We are at $100K shipments this month – we need a minimum of $208K each month for OSI just to cover bills.  I can't afford another October and November – seriously, I'm tapped out.  The balance of the 25 micron lenses and the Headwall parts needs to ship ASAP!


Not to scare anyone but right now we have $1.2M in receivables.  There will be absolutely nothing left after taxes, profit sharing, and the balance owed on last years loan for the machines.  I'm always a positive minded thinking person but we need to make this happen pronto!

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

On a much more positive note, we are absorbing the materials costs for Trex right now so hopefully that will pan out for better cash flow after April.  However, we need to get from here to there……..


Brad Piccirillo

<u>603 504-2305</u>

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0073520

# EXHIBIT 81

---

Message

| | |
|---|---|
| **From**: | Dennis McAllister [denmcallister@opticraftinc.com] |
| **Sent**: | 6/22/2016 10:32:05 AM |
| **To**: | Brad Piccirillo [Brad.Piccirillo@osi.us.com] |
| **Subject**: | Re: 25 micron lenses |

I will get you a detailed answer in less than an hour. The last shipment of 40 micron is end of Sept according to the updated po. Give me an hour.

On Jun 22, 2016 1:28 PM, "Brad Piccirillo" <Brad.Piccirillo@osi.us.com> wrote:

Dennis/Mike,


I'm not getting a warm fuzzy feeling about the 25 micron lenses.  These need to be done by the last shipment of 40 micron lenses.  It is the last opportunity we will have to send these parts to the customer without them rejecting them.  This order is years old and I can justify final shipment on that order as the date will coincide with the last 40 micron shipment and there are no other orders with this customer ie. I can tell them that we have been holding off but now that there are no open orders, we had to ship these parts. Again, it's the only justifiable chance I have to explain this on parts that are literally years past due.  Also,  we are not lighting it up with shipments these days and the balance of this order represents 1-2 yearly salaries - so we need to make sure this happens…….


Brad Piccirillo

603 504-2305



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0074827

# EXHIBIT 82

Message

**From**:      Brad Piccirillo
**Sent**:      9/4/2014 2:20:53 PM
**To**:        John Leon [jleon@nanometrics.com]

John,

I have been disappointed since our conversation in hearing that Nano was too late to market with a proven 25 micron solution.  Since then I have been rationalizing the situation, and based on what I understand, you have an optic that supports the best possible scenario; image quality, matching, low retardence, software that seems to be in place and functional, and the high intensity light source that currently has a work-around but still needs to be developed. Based on the fact that your market has decided it will jump to the 96 layer application (which requires 25 micron lens performance), I believe Nano is in a good position to demonstrate that it has a superior product to offer!  I firmly believe that Nano will be successful is capturing future work, and at the end of the day, will generate a solid platform from which to grow from.  In this view, I want you to know that I am positioning OSI squarely behind your efforts,  and will ensure that whatever future needs you require from us will be met.  I can't make your customers buy into your product however, I can sure as hell make sure that this company meets the demands that you ask of us!

I hope this situation turns around quickly for you.  As always, if there is anything you need from me, please don't hesitate to ask.

Brad

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 83

Message

| From: | Brad Piccirillo [/O=OEXCH015/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BRAD.PICCIRILLO_OSI] |
|---|---|
| Sent: | 1/28/2015 8:37:01 AM |
| To: | Dennis McAllister [denmcallister@opticraftinc.com] |
| CC: | Rich Trissel [Rich.Trissel@osi.us.com] |
| Subject: | RE: 40um and 25um DT Elements |

Although this doesn't necessity meet the "random" nature Zemax sets performance contributions to, it's my impression the mere fact that these are done singly (randomness has to be a result) so I would expect that the driving attributes related to irregularity, ct, ROC and tip/tilt, will ultimately drive us to the expected performance. I short, I would think that all of these lenses are fine. If we have to mix and match element 3's that's a two second concern.

Brad

-------- Original message --------
From: Dennis McAllister <denmcallister@opticraftinc.com>
Date: 01/28/2015 8:27 AM (GMT-08:00)
To: Brad Piccirillo <Brad.Piccirillo@osi.us.com>
Cc: Rich Trissel <Rich.Trissel@osi.us.com>
Subject: Re: 40um and 25um DT Elements

We get both bumps and holes.   These features are common from polishing especially soft materials. Changing the radii from steep to flat ( this is what polishers like ) tends to leave a hole , polishing from flat to steep tends to leave a bump.  If the polisher only applies polishing compound from the edge , the center of the lens does not get as much polishing compound at the center. ( polishing 101 )

 So the question becomes , at what level is it unacceptable ?  Or is it not ever acceptable ?   Would it mean we would have to mix and match lenses that work well together ?

On Wed, Jan 28, 2015 at 10:11 AM, Brad Piccirillo <Brad.Piccirillo@osi.us.com> wrote:

> Rich can answer this a lot better than I can however, I believe that the "main" issue is that all the parts that possess this "shape" are all concave in the middle so it becomes an additive where they all face in the same direction. Plus. They are perfectly centered on the part.

From: Dennis McAllister [mailto:denmcallister@opticraftinc.com]
Sent: Wednesday, January 28, 2015 11:08 AM
To: Brad Piccirillo; Rich Trissel
Subject: Re: 40um and 25um DT Elements

Hey Rich

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0042323

We have a bunch of the 103 and 104 elements we are getting ready to ship.   I am looking at every interferogram and final ct before they get shipped so if Donna rejects anything it is on me.

Surface quality is another issue because I am old.

Here is my concern.   We are cutting these on the diamond turning machine 10 microns over the top of the ct spec. This way we know we need to be at least 5 microns under the top to be sure we are removing enough material. The run times are the same for both sides , we start off with 1.0 micron aluminum oxide which is pretty rough stuff just to get rid of all the diamond turning features and remove stock quickly.   I have no doubt we are removing 7 to 10 microns per side , but when I look at the final interferograms many of them have the M or W feature at some level. The irregularity spec is 1 fringe and for the most part we are at .3 fringes or less ( 40 micron lenses ).  Even surfaces that measure .1 fringe we can see these sort of shapes.   ( not all lenses have this feature )

  So I need to know what you think. Do you want me to send you some interferograms ?  What did the interferograms look like from the parts Kelly was making , are they the same  or was the shape more pronounced .

On Thu, Jan 22, 2015 at 8:12 PM, Brad Piccirillo <Brad.Piccirillo@osi.us.com> wrote:

Dennis,

Please read this email. It is a good overview of where Rich and I are with OSI. I have spent 19 years developing this company (along with the reputation we have within this industry). It's very important that this whole thing be taken for the run it deserves. We all know there are issues within OSI. Whether they should, or shouldn't be there doesn't matter. What matters is that they are there, and are affecting our path. You two obviously know that it is us three that will be drive this bus - I personally think it's going to be a beautiful ride..... We do need to deal with these issues and create an invested team before we can move forward with anything. In a very short period of time we have accomplished amazing things. We are sitting on a $4M backlog with potentially a couple more million this year (just from osi), and have yet to tap into what Tony can bring to the table, add all the potentials Opticraft has to offer, and have yet to feel the positive impact production orders from Nanometers, LOGOS, and Wavefront.

The fact is; we are going to need to produce quality parts while making these transitions. It may get difficult, abd we'll need to deal with whatever comes or way, but you two should know that I am betting everything I own on the both of you. Please work together to accomplish what we envision this partnership should be. Not to sound like a pussy, but for some reason, my heart and business sense keep telling me to stay out of the manufacturing end, and to depend on you two to completely manage that front, while I concentrate on business development and the marriage of these two companies. Please tell me if this is the right thing to do? If not, advise me otherwise and I will do whatever necessary......

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                          OSI0042324

Brad

-------- Original message --------
From: Rich Trissel <Rich.Trissel@osi.us.com>
Date: 01/22/2015 8:47 PM (GMT-05:00)
To: Brad Piccirillo <Brad.Piccirillo@osi.us.com>
Subject: RE: 40um and 25um DT Elements

Yup.  At a minimum, anyone on the "team" has to share a common goal and be willing and able to support reaching that goal.  Kelly ain't and Bill is a maybe.  I want to keep Mike (and the rest of the crew) but only if he meets the "team" member criteria.

**From:** Brad Piccirillo
**Sent:** Thursday, January 22, 2015 5:41 PM
**To:** Rich Trissel
**Subject:** RE: 40um and 25um DT Elements

I agree, it has to boil down to what we consider a "team".

Brad

-------- Original message --------
From: Rich Trissel <Rich.Trissel@osi.us.com>
Date: 01/22/2015 8:34 PM (GMT-05:00)
To: Brad Piccirillo <Brad.Piccirillo@osi.us.com>
Subject: FW: 40um and 25um DT Elements

This is what I sent to Mike yesterday.  No response.  So, I sent him another email.  If no response by the time I wake tomorrow, I'll call and ask him and Kelly WTF.  I'm done fucking around.  If we have employees that are not responsive or are acting dismissive, they're gone.  It may boil down to you, me, Summer, Donna, Jason, Shawn, and maybe Dan.  So be it.  We'll hire another DT guy and perhaps a production control guy and keep moving forward.  Dennis may get REAL busy if this all goes south.  Again, so be it.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**From:** Rich Trissel
**Sent:** Wednesday, January 21, 2015 3:47 PM
**To:** Mike Van Vranken
**Subject:** 40um and 25um DT Elements

Hi Mike,

I think we are in Shitville.  Again.  How much material is Kelly polishing off of the DT elements?  I was told that the nominal amount has always been 5-10um.  It has to be this.  Any less and there is too much residual asphericity from DT.

Here is what I sent Donna regarding the 25um stack she is currently working on:

I double-checked the actuals in the model and the spherical should be VERY good with this set of elements.  The fact that we have this much spherical means we are seeing the same effect we are seeing with the 40um lenses.  I firmly believe that there is residual aspheric shape on some (or all) of the DT elements and that the residual shape has the same sign (ie dip in the middle, not bump) so they are adding up and resulting in an end-to-end spherical that is too high.  It is very likely that this is due to insufficient material being removed from the surfaces in polishing.  We HAVE to remove at least 5um and preferably more like 10um per surface in polishing.  The elements could pass for irregularity since that spec assumes a random non-centered aberration.  However, if they are all irregular (aspheric) and within spec, but the irregularity is centered AND the same sign, we're hosed.  So, it is very likely the DT elements will need to be re-tested for irregularity and specifically for asphericity.  If they all have the same shape with the same sign and centered, that's the issue and we'll have to re-do or replace the worst offenders.  I don't think a shim will cure this since the shim would have to be so thick that the other optical properties (axial color, focal length, etc.) will move out of spec.

This same thing applies for the 40um.

Please ask Kelly how much material he took off of e3, e4, and e5 for the last batch (the ones that, I think, are out to Carmelo).  If it was only 1-2um then it is likely that all of those have to be re-done or replaced.

Rich

--

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0042326

Dennis McAllister

President

Opticraft Inc.

<u>781-938-0456</u>

--

Dennis McAllister
President
Opticraft Inc.
781-938-0456

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OSI0042327