1  COOLEY LLP
   KATHLEEN H. GOODHART (165659)
2  (kgoodhart@cooley.com)
   AMY M. SMITH (287813)
3  (amsmith@cooley.com)
   ELIZABETH SANCHEZ SANTIAGO (333789)
4  (lsanchezsantiago@cooley.com)
   3 Embarcadero Center, 20th Floor
5  San Francisco, CA  94111-4004
   Telephone:     (415) 693-2000
6  Facsimile:     (415) 693-2222

7  Attorneys for Defendant
   NANOMETRICS INCORPORATED, now known as
8  ONTO INNOVATION INC.

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

12

13  OPTICAL SOLUTIONS, INC. a New          Lead Case No.  5:18-cv-00417-BLF
    Hampshire corporation,                 Case No. 5:18-cv-03276
14
                   Plaintiff,              **DECLARATION OF DANIEL W. THOMPSON
15                                         IN SUPPORT OF DEFENDANT
          v.                               NANOMETRICS INC.'S MOTION FOR
16                                         SUMMARY JUDGMENT**
    NANOMETRICS INCORPORATED, a
17  Delaware corporation,

18                 Defendant.

19

20

21

22

23

24

25

26

27

28

I, Daniel W. Thompson, declare as follows:

**1.**     I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.

**2.**     I am a Principal Scientist at Onto Innovation, formerly known as Nanometrics Incorporated ("Nanometrics").  I previously held the title of Research Scientist at Nanometrics.  I have been a scientist in Nanometrics' engineering group since 2010.  As Principal Scientist, I work with our Spectroscopic Ellipsometer ("SE") subsystem and optical lens suppliers whose lenses may be integrated into Nanometrics semiconductor metrology equipment.

**3.**     As part of my job responsibilities as a Nanometrics employee, I routinely emailed suppliers, including Optical Solutions, Inc. ("OSI"), and other Nanometrics personnel in the regular course of my work.  I retained these emails on my Nanometrics account.  The emails I sent or received described below were made at or near the time of my communication and kept in the course of Nanometrics' regularly conducted business activities.  Sending and receiving these emails was a regular practice of Nanometrics' and my business activities as a scientist at Nanometrics.

**Nanometrics and the Semiconductor Industry**

**4.**     Nanometrics manufactures and sells semiconductor metrology equipment ("tools") to perform quality control on semiconductor wafers.  Nanometrics incorporates optical lenses into its tools.

**5.**     Every few years, the semiconductor industry develops the next generation of semiconductor wafer technology, called a "node."  With each node, the semiconductor chips get smaller and more technologically sophisticated, so the semiconductor manufacturers—our customers—select new metrology equipment to measure the new wafers. The customer selects a single "tool of record" to measure all wafers in that node to ensure accuracy and consistency of measurements over time and across wafers, a concept referred to in the industry as "copy exact." We compete to be selected as the tool of record by demonstrating that its tool satisfies the customer's performance and commercial requirements before its competition.  When our tool is chosen as the tool of record, it becomes the exclusive supplier of the customer's tool needs for the life of the node.  On the other hand, if we do not meet the customer's performance and commercial

requirements by the time the customer is ready to select a tool, then we lose that business to a competitor. Because the customer will keep the competitor's tool in place for purposes of copy exact, we would lose many years' worth of business with that customer, for the rest of the node and potentially beyond, as the incumbent competitor would have the advantage for securing the next node.

6.       Just as we must compete to win its customers' business as tool of record, its suppliers compete to win its business as supplier of record for critical parts within the tool. If Nanometrics is selected as tool of record, then all of the parts in the tool are also locked in to maintain copy exact. Thus, before selecting a supplier of record, we must be confident that the supplier meets our technical requirements on a consistent basis, meets the delivery schedule, and offers its products at an acceptable price for the life of the node. A supplier that fails to meet these conditions introduces unacceptable risk to the success of our tool and our business with our customer.

**25 Micron Design Specifications**

7.       In 2013, we were competing to win tool of record for TSMC's next node. In order to win the TSMC business, we needed to demonstrate that the tool could measure a 25 micron spot size by the end of 2013, when TSMC planned to make its tool selection. Demonstrating that capability required two 25 micron prototype optical lenses meeting our specifications before December 2013.

8.       We sent the 25 micron specifications to OSI in June 2013 so that OSI could quote the 25 micron lens if it determined it was capable of designing and manufacturing that lens in the time frame required. On June 21, 2013, Scott Gibb of Nanometrics copied me on the email he sent to Mr. Piccirillo and Mr. Piccirillo's optical lens designer, Rich Trissel, attaching "the specification for the 25um Box Refractive SE Lens Feasibility Study." The attached document labeled "25um Box Refractive SE Lens Feasibility Study Specification" contained the specifications for the 25 micron lens. The document was styled as a "feasibility study," meaning that it asked OSI to determine the feasibility of designing and building a lens that could achieve the necessary 25 micron spot size for the 190-1700nm wavelength range and meet other identified specifications, including but not limited to lateral color, axial color, transmitted wavefront error, and aberrations

such as spherical, coma, and astigmatism.  A true and correct copy of this June 21, 2013 email is attached as **Exhibit 46** to the Declaration of Amy Smith ("Smith Declaration").

**9.** On July 9, 2013, OSI gave John Leon and Bruce Crawford of Nanometrics OSI's quote to design and build the 25 micron lens ("July 2013 Quote").  (*See* Smith Decl. Ex. 1.) Although I was not copied on the email attached as **Exhibit 13** to the Smith Declaration, I received the July 2013 Quote later and am familiar with the contents of that document through my work with OSI and the 25 micron lens.  The July 2013 Quote states that OSI's 25 micron lens was "designed to achieve" the specifications identified in more detail in **Exhibit 46**.

**10.** In August 2013, after OSI told Nanometrics that it had designed a lens that met all specifications, Nanometrics issued a purchase order for the 25 micron lens with a delivery deadline of December 10, 2013 (the "25 Micron PO").  (*See* Smith Decl. Ex. 17.)  OSI needed to meet the December 2013 deadline so that we would have time to install two of OSI's 25 micron lenses in the tool, and to adequately prepare the tool for shipment to TSMC by the end of December, because TSMC was going to evaluate at the end of 2013 to make its tool of record decision.

**11.** After the 25 Micron PO was issued, we met with OSI on August 13, 2013 to discuss the design and next steps.  I attended that meeting.  At that meeting, no one from Nanometrics told OSI that its design was "qualified" in the sense that Nanometrics agreed the design would produce manufactured lenses that meet Nanometrics' specifications.  Although OSI provided a "black box" file showing the outputs of its 25 micron design in the Zemax design software, OSI never disclosed the design prescription itself, because OSI wanted to maintain ownership of the intellectual property of the design.  Without access to OSI's software inputs or the prescription, we could not validate whether the design and OSI's manufacturing processes would yield manufactured lenses that meet Nanometrics' specifications.  Only the performance of the 25 micron lenses that OSI actually built and delivered to us would determine whether or not OSI's design met specifications.

**12.** On the same day as the meeting with OSI, we updated the specification document to remove "feasibility study" study from the title because OSI had determined feasibility and was proceeding to build lenses it promised were designed to meet all specifications.  I received a copy of the updated document on August 13, 2013, entitled "25um Box Refractive SE Lens Specification

Rev 3." These were the final specifications that OSI received for the 25 micron lenses, and the final specifications that OSI was required to meet for the 25 micron lenses ("25 Micron Specifications"). A true and correct copy of the 25 Micron Specifications is attached as **Exhibit 47** to the Smith Declaration. Nanometrics did not make any further changes to this specification document or the specifications that OSI was required to meet.

**OSI Did Not Deliver 25 Micron Lenses By December 10, 2013**

13.     Nanometrics had designed a 40 micron lens that OSI was manufacturing pursuant to a purchase order. In light of OSI's difficulties with the 40 micron lens, we determined it was necessary to institute near daily, hour-long conference calls with OSI employees beginning November 5, 2013 through at least April 1, 2014 to try to hold OSI accountable to delivery deadlines for the 25 micron lenses as well as the 40 micron lenses OSI was also building for Nanometrics. My colleagues and I spent hours on these calls, asking pointed questions and overseeing OSI's operations process to try to ensure that lenses were built to specification and delivered on time. We did not need to spend nearly this much time with any other supplier, and this was time we could have spent on other tasks. We begged OSI to honor its December delivery date and made it clear that OSI's delay was jeopardizing our chance to win business with TSMC.

14.     Despite these efforts, OSI missed the December 10, 2013 deadline to deliver, and did not deliver the first two 25 micron lenses until February 14, 2014. A true and correct copy of the email Andrew Dugrenier of OSI sent to me and others on February 13, 2014 to notify us that OSI's "first set of 25um lenses are shipped" is attached as **Exhibit 23** to the Smith Declaration. After OSI notified Nanometrics that it would not deliver lenses by the deadline, a Nanometrics engineer, Rick Yarussi, created his own 25 micron lens design, and Nanometrics asked another optical lens manufacturer to submit a quote to build that lens according to Mr. Yarussi's design. In light of the drastic shift in OSI's representations regarding its 25 micron lens—a "thing of beauty" with 24 lenses to be delivered by December 10, 2013—Nanometrics clearly needed an alternative.

15.     Nanometrics intended to use the first pair of 25 micron lenses together on the tool that it would send to TSMC for evaluation—one lens would be in the T1 "focusing lens" position, and the other would be in the T2 "collecting lens" position.

**16.** However, OSI's first two 25 micron lenses failed Nanometrics' specification of maximum 2 micron lateral color, which prevented the lenses from meeting the 25 micron spot size requirement. On February 17, 2014, Andrew Barada of Nanometrics emailed Mr. Piccirillo and others at OSI to report the high lateral color test results and tell them that OSI "will need to replace [the lenses] as soon as possible." A true and correct copy of the February 17, 2014 email, which I received as well, is attached as **Exhibit 48** to the Smith Declaration.

**17.** In that same February 17, 2014 email exchange with OSI, Rick Yarussi of Nanometrics noted that both lenses had high lateral color (4-5 microns in one lens, 9-10 microns in the other) after testing on the "quality control" tests and on the tool itself. In this email exchange, I also explained to OSI that the high lateral color was observed in our knife-edge scan test—which is used for measuring spot size—when the lenses were tested on the tool.

**18.** Because the lateral color was so high in the first two OSI lenses, we could not use both lenses in the tool as planned. Instead, my team and I were forced to test many different combinations of lenses, across optical lens suppliers and lens designs, to try to find an alternative, backup solution to the problem caused by OSI's pair of lenses failing specifications. On or around February 16, 2014, our team came up with the solution of using one OSI 25 micron lens in combination with another vendor's lens. Patrick Kinney of Nanometrics, one of the scientists I worked with on the testing, sent emails on February 16, 2014 reporting our progress, characterizing this as a potential "Hail Mary." A true and correct copy of Mr. Kinney's February 16, 2014 email to me and others at Nanometrics is attached as **Exhibit 49** to the Smith Declaration.

**19.** However, this combination—what Mr. Kinney called the "Hail Mary" solution— was Nanometrics' only option to ship a tool for a demonstration to TSMC before TSMC decided on a tool for its next node. However, the lens combination could not overcome the failings of the OSI 25 micron lens, and so that tool did not satisfy TSMC's 25 micron small spot requirement and was not accepted by TSMC. Mr. Kinney documented the test results and findings in a PowerPoint he sent to me and others on April 7, 2014. A true and correct copy of this April 7, 2014 presentation is attached as **Exhibit 50** to the Smith Declaration.

**20.** Nanometrics tried to salvage its changes at the TSMC business by planning to send

Cooley LLP

6.

**Declaration of Daniel Thompson
ISO Nanometrics' Mot. for Summ. J.
5:18-cv-00417-BLF**

new lenses for installation on the tool shipped to TSMC.  These lenses would be included in "upgrade kits" sent to TSMC to be installed in the tool.  The hope was that Nanometrics' tool could achieve the 25 micron spot size performance requirements if Nanometrics replaced the initial lenses with 25 micron lenses that met specifications.  But OSI continued to miss the later committed ship dates and was unable to deliver lenses that met specifications.  Specifically, OSI was not able to build lenses with less than 2 microns lateral color that also met the transmitted wavefront specification.  On April 11, 2014, I asked OSI whether they could improve lateral color and ship the lenses by April 14, 2014.  Mr. Dugrenier replied, "unfortunately, the current lens cannot be improved" and "lateral color [was] proving to be even more of a challenge" than transmitted wavefront, which itself was "a huge challenge to overcome" for OSI.  As it turned out, OSI had not yet "overcome" its challenges with resolving high lateral color in its 25 micron lenses, as that problem continued for months.  A true and correct copy of the April 11, 2014 email I sent and the April 12, 2014 email I received are attached as **Exhibit 26** to the Smith Declaration.

21.     Almost a month later, OSI was still unable to meet specifications, and Mr. Dugrenier told us by email that "[a]t this point we cannot meet the 5/9 ship date."  A true and correct copy of this May 8, 2014 email I received is attached as **Exhibit 51** to the Smith Declaration.  Billy Huang of Nanometrics replied to Mr. Dugrenier, stating "Every day counts," and asked OSI to use "best efforts" to estimate a target date by which it could ship lenses.

22.     OSI did not ship on May 9, but committed to ship by May 22, 2014, a delayed date that Mr. Huang told OSI on May 9 would "severely jeopardize our customer commitment."  A true and correct copy of this May 9, 2014 email is attached as **Exhibit 27** to the Smith Declaration.

23.     OSI tried to blame its inability to ship lenses that met specifications on the lateral color test bench Nanometrics provided.  OSI struggled to use the test bench, despite getting help from Rod Johnson of Nanometrics, who would check OSI's test bench data to make sure it was providing accurate results.  I did not think the lateral color test bench was the cause of OSI's challenges with the lens, because OSI was also reporting large differences between their initial lateral color results (which were closer to 2 microns) and the high lateral color results after the lens assembly was "locked down" by fixing the lens elements in the housing with adhesive or other

undisclosed methods.  On May 24, 2014, I wrote to OSI that blaming the lateral color test bench "implies that there isn't a second problem, which is the stability of the lockdown process.  If the lockdown process is stable, then the change from 2 to 7 at lockdown is primarily LC measurement error.  And if the LC measurement error is off that far, then the idea that LC was ever 2 microns is meaningless."  A true and correct copy of the email I sent to OSI is attached as **Exhibit 52** to the Smith Declaration.

24.     On July 9, 2014, John Leon of Nanometrics told OSI that Nanometrics "ha[d] not qualified the 25micron [sic] OSI lenses," and we needed three sets of lenses as soon as possible to test and qualify.  As of July 9, 2014, OSI had only shipped five 25 micron lenses, none of which met specifications.  A true and correct copy of the email that Mr. Leon sent to Mr. Piccirillo on July 9, 2014, which I also received, is attached as **Exhibit 29** to the Smith Declaration.

**Nanometrics Lost the TSMC Business Due to OSI's 25 Micron Lens Delays**

25.     As of August 25, 2014, I knew that Nanometrics had lost the TSMC opportunity and there was no customer demand for the Atlas II+T (the internal name for the TSMC tool) or the 25 micron lenses.  I explained to my colleagues at Nanometrics in an email I sent on August 25, 2014 that there would be no amendment to the 25 micron specification because "there is no demand for Atlas II+T and no other targeted implementation for [OSI's 25 micron] lenses," and "[t]he most recent quote for lenses (beyond the initial order) was at a price point far beyond Nano's willingness to pay."  I also wrote that "[t]he spec in the system is the purchase spec for the only existing order," and "[w]e cannot change the requirements for this order."  A true and correct copy of the August 25, 2014 email I sent is attached as **Exhibit 53** to the Smith Declaration.

26.     In early September 2014, I told Mr. Piccirillo that Nanometrics had lost the TSMC business.

**OSI Did Not Deliver Lenses that Met Design Specifications**

27.     I know from my discussions with Mr. Piccirillo at the time that OSI did not have the ability to test its lenses for axial color or spot size, and OSI was only able to test lateral color using the test bench that Nanometrics provided OSI.

28.     In my role as Research Scientist at the time, I worked with the Nanometrics

employees who performed the various tests on OSI lenses to evaluate whether they met specifications.  I am familiar with Nanometrics' testing capabilities and practices in the 2013 through 2015 time frame.  Nanometrics had the testing capabilities to test OSI lenses for all specifications identified in the 25 Micron Specifications.

29.    Nanometrics engineers in the quality control department tested OSI's lenses using test equipment designed to measure lateral color, axial color, and optical aberrations (transmitted wavefront error, astigmatism, coma, and spherical).  Nanometrics scientists also tested lenses on the tool itself, which was the only application capable of testing actual spot size performance.  It was Nanometrics' practice to run multiple tests on each lens tested if necessary to ensure accurate results.

30.    Lenses that showed potential promise in initial testing were tested on Nanometrics' tool, which more accurately reflected the real conditions under which the lenses would be required to perform.  Lenses that did not show any promise, on the other hand, did not undergo testing.

31.    Nanometrics tested all lenses OSI delivered through 2015, and none of the lenses passed all specifications.  A true and correct copy of a PDF printout of the Excel documenting Nanometrics' test results for the OSI 25 micron lenses ("OSI Test Results") is attached as **Exhibit 54** to the Smith Declaration.  The OSI Test Results document was maintained on Nanometrics' servers by Nanometrics personnel involved in performing tests on OSI's 25 micron lenses.  I routinely referenced this document as part of my responsibilities as Research Scientist at the time.  The OSI Test Results document was created and updated with the results of tests Nanometrics performed on OSI's 25 micron lenses at or near the time the tests were performed.  Creating test records like the OSI Test Results document was a regular practice of Nanometrics' business activities, and Nanometrics kept the OSI Test Results document in the course of Nanometrics' regularly conducted business activities.

32.    In early September 2014, Mr. Piccirillo and I exchanged emails about a pair of lenses that initially looked promising.  I informed Mr. Piccirillo that the results "[l]ook[] good so far," although the "%Energy numbers are not high"—meaning not within specification for the 25 micron spot size.  I noted that the tests were performed on the test bench so I was not sure how well

Cooley LLP

9.

**Declaration of Daniel Thompson
ISO Nanometrics' Mot. for Summ. J.
5:18-cv-00417-BLF**

optimized the result was yet.  I followed up to inform Mr. Piccirillo that lens #007 was "[i]n spec" for lateral color "but goofy looking," and included the graph showing the "goofy looking" result. Mr. Piccirillo agreed "[t]hat IS goofy looking..."  The graph indicated that there was a problem with either the test or the lens.  A true and correct copy of my September 2014 email exchange with Mr. Piccirillo on this issue is attached as **Exhibit 55** to the Smith Declaration.

33.     Despite the initial promise of the lenses described above, once the lenses were tested on the tool, final tests showed that OSI's 25 micron lenses did not meet specification.  Most importantly, the lenses Nanometrics tested on the tool did not satisfy the 25 micron requirement through the entire wavelength as required.  I was involved in this testing.  A true and correct copy of an October 27, 2014 email I received that documents the results of OSI lenses tested on the tool in October 2014 is attached as **Exhibit 56** to the Smith Declaration.

34.     OSI did not complete its delivery of all 25 micron lenses until 2016.  Despite the fact that Nanometrics had no need for the lenses that OSI delivered at that time, and that the shipment was more than two years late, Nanometrics paid for the lenses delivered in October 2016 pursuant to the 25 Micron PO.

**Nanometrics Did Not Sell Tools with Section 2.2 Lenses**

35.     Section 2.2 of the Addendum lists five "small spot" lenses, which are identified in the Addendum by lens type (SE or SR), number of lens elements, wavelength range, spot size, and in some instances, Nanometrics product name.  Nanometrics and OSI never reached an agreement on the price, quantity, or lead time for any of the lenses listed under Section 2.2.

36.     The 40 micron lenses that Nanometrics designed and OSI built are not included within the definition of "small spot lenses" in Section 2.2.  OSI supplied Nanometrics with 40 micron spot size SE lenses with six elements for the 200-1700nm wavelength range.

37.     Nanometrics did not sell any tools with lenses that met the specifications of the first lens in Section 2.2.  This lens is identified in Section 2.2 as a 35 micron spot size SE lens with six elements for the 190-1700nm wavelength range.

38.     Nanometrics did not sell any tools with lenses that met the specifications of the second lens in Section 2.2.  This lens is identified in Section 2.2 as a 25 micron spot size SE lens

1   with six to eight elements for the 190-1700nm wavelength range.  OSI represented that it could

2   design and deliver lenses that met these requirements, but it failed to do so.  Nanometrics never

3   sold any tools with OSI 25 micron lenses, and never sold any tools with the lenses described in the

4   second bullet of Section 2.2.

5       39.     Nanometrics did not sell any tools with the lenses identified in the third, fourth, or

6   fifth bullet under Section 2.2.

7       40.     Ultimately, Nanometrics did not sell any tools with the Section 2.2 lenses.

8       41.     The 25 micron lens that Nanometrics ultimately used for its tools was the in-house

9   design Nanometrics developed and pursued after OSI told Nanometrics it would not deliver lenses

10  by the Date of Completion, and this design is not included in the Section 2.2 lenses.

11      I declare under penalty of perjury that the foregoing is true and correct. Executed on

12  March 1, 2023, in Milpitas, California.

13                                          */s/ Daniel W. Thompson*
                                            Daniel W. Thompson

14

15              **CIVIL L.R. 5-1 (H)(3) ATTESTATION**

16      Pursuant to Civil Local Rule 5-1 (h)(3), I, Amy M. Smith, hereby attest under penalty of

17  perjury that concurrence in the filing of this document has been obtained from all signatories.

18  Dated: March 1, 2023                    COOLEY LLP

19                                          */s/ Amy M. Smith*
                                            Amy M. Smith

20

21  281330762

22

23

24

25

26

27

28