COOLEY LLP
KATHLEEN H. GOODHART (165659)
(kgoodhart@cooley.com)
AMY M. SMITH (287813)
(amsmith@cooley.com)
ELIZABETH SANCHEZ SANTIAGO (333789)
(lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

Attorneys for Defendant
NANOMETRICS INCORPORATED, now known as
ONTO INNOVATION INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPTICAL SOLUTIONS, INC. a New Hampshire corporation,<br><br>Plaintiff,<br><br>v.<br><br>NANOMETRICS INCORPORATED, a Delaware corporation,<br><br>Defendant. | Lead Case No.  5:18-cv-00417-BLF<br>Case No. 5:18-cv-03276<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT NANOMETRICS, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:           June 29, 2023<br>Time:          9:00 a.m.<br>Courtroom: 3<br>Judge:         Hon. Beth Labson Freeman |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

[PROPOSED] ORDER RE
NANOMETRICS' MOT. FOR SUMM. J.
5:18-CV-00417-BLF

# ORDER

This matter is before the Court on Defendant Nanometrics Inc.'s Motion for Summary Judgment ("Motion"), which seeks an order granting summary judgment in favor of Nanometrics and dismissing with prejudice Plaintiff Optical Solutions, Inc.'s claims for breach of contract and promissory estoppel.

The Court has heard the argument of counsel and has considered the papers and materials submitted in support of and in opposition to the Motion. Having considered the Parties' submissions, the Court has determined that for all of the reasons stated in the Motion, Nanometrics is entitled to dismissal of Plaintiff's claims as alleged in Plaintiff's Fourth Amended Complaint (ECF No. 92) as a matter of law. Therefore, it is hereby:

1. **ORDERED** that the Motion is **GRANTED**; *and*

2. **ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Date: _____

Honorable Beth Labson Freeman
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

[PROPOSED] ORDER RE NANOMETRICS'
MOT. FOR SUMM. J.
5:18-CV-00417-BLF