DANIEL W. BALLESTEROS, BAR NO. 142003
dan.ballesteros@hogefenton.com
REMINGTON A. LENTON-YOUNG, BAR NO. 295392
remington.lenton-young@hogefenton.com
HOGE, FENTON, JONES & APPEL, INC.
55 South Market Street, Suite 900
San Jose, California 95113-2324
Telephone: 408.287.9501
Facsimile: 408.287.2583

MATTHEW JOHNSON (NH13076, PRO HAC VICE)
mjohnson@devinemillimet.com
DEVINE, MILLIMET & BRANCH, P.A.
111 Amherst Street
Manchester, NH 03101
Telephone: (603) 695-8727
Facsimile: (603) 669-8547

Attorneys for Plaintiff
OPTICAL SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| OPTICAL SOLUTIONS INC., a New Hampshire corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NANOMETRICS INCORPORATED, now known as ONTO INNOVATION INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:18-cv-00417-BLF (consolidated)<br><br>**DECLARATION OF MATTHEW R. JOHNSON, ESQUIRE IN SUPPORT OF PLAINTIFF OPTICAL SOLUTIONS, INC.'S OPPOSITION TO DEFENDANT NANOMETRICS INCORPORATED'S MOTION FOR SUMMARY JUDGMENT** |

I, Matthew R. Johnson, Esquire, under oath do depose and say as follows:

1. I am a shareholder in the law firm of Devine Millimet & Branch, P.A. and counsel to the plaintiff, Optical Solutions, Inc. ("OSI"). Except as otherwise noted, I have personal knowledge of the following facts and if called upon to testify could and would competently testify thereto.

-1-

2.      Attached as **Exhibit A** is a true and accurate copy of a document produced by OSI in this case with the Bates No. OSI0025524 through OSI0025534 and authenticated during the deposition of Mr. Piccirillo (**Ex. E,** 11:18-15:9). As further foundation, this document is identified as a Nanometrics Corporation document. This document is being filed provisionally under seal.

3.      Attached as **Exhibit B** is a true and accurate copy of a document produced natively by OSI in this case with a cover Bates No. OSI0001951. This exhibit is presumed to be authentic because it is a Nanometrics' powerpoint presentation. Further foundation is established via the Declaration of Bradley J. Piccirillo at ¶ 2. This document is being filed provisionally under seal.

4.      Attached as **Exhibit C** is a true and accurate copy of excerpts of the deposition transcript for Andrew Barada.

5.      Attached as **Exhibit D** is a true and accurate copy of a purchase order submitted by OSI as an exhibit to its fourth amended complaint. It is not believed that the authenticity of this document is disputed. As further foundation, the document bears the name of Nanometrics on it.

6.      Attached as **Exhibit E** is a true and accurate copy of excerpts of the two days of deposition testimony from Bradley J. Piccirillo.

7.      Attached as **Exhibit F** is a true and accurate copy of email communications and a quote from OSI. Nanometrics already has included this document as part of its filing (**Ex. 13**) so the authenticity of this document is undisputed.

8.      Attached as **Exhibit G** is a true and accurate copy of the initial 25 micron lens purchase orders from August 1, 2013 and August 7, 2013. The first three pages are the original August 1, 2013 purchase order as demonstrated by the date and were produced by OSI in this case with Bates No. OSI0100827-829. The remaining pages include email communications between the parties and the updated purchase order. Nanometrics already has included these remaining pages in its exhibits (**Ex. 17**) so there is no dispute as to these pages. As further authentication and foundation, see the Declaration of Mr. Piccirillo at ¶ 7.

9.      Attached as **Exhibit H** is a true and accurate copy of OSI's answers to interrogatories.

-2-    Case No. 5:18-cv-00417-BLF (consolidated)
DECLARATION OF MATTHEW R. JOHNSON, ESQUIRE IN SUPPORT OF PLAINTIFF OPTICAL SOLUTIONS, INC.'S OPPOSITION TO DEFENDANT NANOMETRICS INCORPORATED'S MOTION FOR SUMMARY JUDGMENT

10. Attached as **Exhibit I** are true and accurate copies of purchase orders entered into by OSI. These documents were produced by OSI and bear the Bates No. ranges of OSI0014053-14057; OSI0078885-86; OSI0083591-93; and OSI0060569-74. Foundation for these documents include **Exhibit H** and the Declaration of Mr. Piccirillo at ¶ 6.

11. Attached as **Exhibit J** is a true and accurate copy of excerpts of the Deposition of John Leon. This document is being filed provisionally under seal.

12. Attached as **Exhibit K** is a true and accurate copy of the email communications between OSI and Nanometrics on August 7, 2013. Nanometrics had introduced this exhibit (**Ex. 17**) so it is not believed that the authenticity or foundation of this exhibit is disputed.

13. Attached as **Exhibit L** is a true and accurate copy of a Declaration executed by John Leon on June 11, 2020. As further foundation for this document, Mr. Leon acknowledged his signature at his deposition. (**Ex. J** at 54:21-55:5)

14. Attached as **Exhibit M** is a true and accurate copy of an exclusive supply agreement executed by OSI and Nanometrics. Nanometrics has also introduced this document (**Ex. 41**) so the authenticity and foundation is not in dispute.

15. Attached as **Exhibit N** is a true and accurate copy of a document produced by OSI with Bates No. OSI0001857-1861. As foundation for this document, see the Declaration of Mr. Piccirillo at ¶ 9 and the Deposition of Mr. Barada, **Ex. C**, at 38:20-39:10. This document is being filed provisionally under seal.

16. Attached as **Exhibit O** is a true and accurate copy of a document produced by OSI with Bates No. OSI0573493-3498. As foundation for this document see the Declaration of Mr. Piccirillo at ¶ 9 and the Deposition of Mr. Barada, **Ex. C** at 41:2-41:8. This document is being filed provisionally under seal.

17. Attached as **Exhibit P** is a true and accurate copy of an email communication between Tony Beddard and Brad Piccirillo dated June 5, 2014 with a Bates No. OSI0043031. As foundation for this email it was produced by OSI in this case and is authenticated by the Declaration of Mr. Piccirillo at ¶ 16. This document is being filed provisionally under seal.

18. Attached as **Exhibit Q** is a true an accurate copy of excerpts of both days of Mr. Richard Trissel's deposition transcripts.

19. Attached as **Exhibit R** is a true and accurate copy of an email communication between Andrew DuGrenier and Richard Trissel with Bates No. Trissel_002416-002423.  This document is presumed authentic as it was produced in response to a subpoena issued to Mr. Trissel by Nanometrics.  In addition, see the Declaration of Mr. Piccirillo at ¶ 14.  This document is being filed provisionally under seal.

20. Attached as **Exhibit S** is a true and accurate copy of an email communication between Mr. Trissel and Mr. Piccirillo dated October 8, 2013.  This document was produced by OSI at Bates No. OSI0012453.  As further foundation, see the Declaration of Mr. Piccirillo at ¶ 14.

21. Attached as **Exhibit T** is a true and accurate copy of email communications between Mr. Trissel and Mr. Piccirillo dated November 19, 2013 with Bates No. OSI0012088-12089.  As further foundation, see the Declaration of Mr. Piccirillo at ¶ 14.

22. Attached as **Exhibit U** is a true and accurate copy of email communications between Mr. Barada and Nanometrics and OSI employees on December 9, 2013 with Bates No. Nano_000463596-3602.  This document is presumed authentic because it was produced by Nanometrics.  This document is being filed provisionally under seal.

23. Attached as **Exhibit V** is a true and accurate copy of a purchase order dated December 28, 2013 and produced by OSI at Bates No. OSI0000034-37.  Nanometrics also has introduced a copy of this document (**Ex. 35**) so the authenticity of this document is not in dispute.

24. Attached as **Exhibit W** is a true and accurate copy of a Nanometrics powerpoint with Bates No. Nano_000473530 dated April 7, 2014.  This document is presumed authentic because it was produced by Nanometrics.  This document is being filed provisionally under seal.

25. Attached as **Exhibit X** is a true and accurate copy of a Nanometrics powerpoint presentation (pages 1 and 3 only to reduce the disclosure of proprietary information) with Bates No. Nano_000408411-13. This document is presumed authentic because it was produced by Nanometrics. This document is being filed provisionally under seal.

26. Attached as **Exhibit Y** is a true and accurate copy of excerpts of the deposition testimony of Srini Vedula.  This document is being filed provisionally under seal.

27. Attached as **Exhibit Z** is a true and accurate copy of a document dated September 29, 2014 from Dan Thompson with a Bates No. Nano_000477161-163.  Mr. Thompson authenticated this document during his deposition.  (**Ex. PP**, 116:17-119:4). This document is also presumed authentic because it was produced by Nanometrics.

28. Attached as **Exhibit AA** is a true and accurate copy of email communications between Mr. Piccirillo and Mr. Yarussi and other Nanometrics' employees dated February 7, 2014 with Bates No. Trissel_003112-113.  This document is presumed authentic because it was produced by Mr. Trissel in response to a subpoena.

29. Attached as **Exhibit BB** is a true and accurate copy of email communications between Nanometric and OSI employees dated April 28, 2014 with Bates No. Nano_000465622-629.  This document is presumed authentic because it was produced by Nanometrics.

30. Attached as **Exhibit CC** is a true and accurate copy of excerpts of the deposition transcript for Andrew Dugrenier.

31. Attached as **Exhibit DD** is a true and accurate copy of an email from Mr. John Leon to Mr. Piccirillo dated July 9, 2014 with Bates No. Nano_000465229-230.  This exhibit is authenticated by Mr. Leon's deposition testimony (**Ex. J,** 163:7-11) and is also presumed authentic because it was produced by Nanometrics.

32. Attached as **Exhibit EE** is a true and accurate copy of a purchase order from Nanometrics dated December 28, 2013 and with Bates No. OSI0000034-37.  Nanometrics has included this document in its filing so there is no dispute as to its authenticity.

33. Attached as **Exhibit FF** is a true and accurate copy of a quote dated October 21, 2014 with bates No. Nano_000139949-139955.  The foundation for this document can be established via the deposition testimony of Dan Thompson, (**Ex. PP,** 167:10-18) and in the fact that this document was produced by Nanometrics.  This document is being filed provisionally under seal.

34. Attached as **Exhibit GG** is a true and accurate copy of an email communication between Mr. Leon and other Nanometrics employees dated December 22, 2014 with Bates No. Nano_000139073-9083. The foundation for this document can be established via the deposition testimony of Dan Thompson (**Ex. PP,** 171:10-172:10) and the document is further presumed to be authentic because it was produced by Nanometrics.

35. Attached as **Exhibit HH** is a true and accurate copy of an email communication between Mr. Vedula and other Nanometrics employees dated July 18, 2014 with Bates No. Nano_00003587. This document was authenticated by Mr. Vedula in his deposition (**Ex. Y,** 93:24-96.2) and produced by Nanometrics so it is presumed authentic.

36. Attached as **Exhibit II** is a true and accurate copy of an email exchange between Mr. Thompson and Mr. Piccirillo dated September 11, 2014 with Bates No. Nano_000477757-77763. This document was produced by Nanometrics so it is presumed authentic.

37. Attached as **Exhibit JJ** is a true and accurate copy of an email from a Nanometrics' employee regarding lens testing dated July 14, 2014. This document bears the Bates No. Nano_000067227-230 and was produced by Nanometrics as part of this case. Mr. Thompson also authenticated this document during his deposition. (**Ex. PP**, 133:7-135:25.)

38. Attached as **Exhibit KK** is a native chart produced by Nanometrics with Bates No. Nano_000466261. Nanometrics already has submitted this exhibit so the authenticity is not disputed. This document is filed provisionally under seal.

39. Attached as **Exhibit LL** is a string of emails between Nanometrics employees dated November 16, 2016 at Bates No. Nano_000482855-57. These documents are presumed authentic because they were produced by Nanometrics.

40. Attached as **Exhibit MM** is an email exchange between Mr. Piccirillo and Mr. Riedl at Nanometrics on June 26, 2015 with Bates No. OSI0041059-63. See the Declaration of Mr. Piccirillo at ¶ 19 for the foundation for this email exchange.

41. Attached as **Exhibit NN** is an email exchange between OSI and Nanometrics employees dated October 25, 2013 with Bates No. Nano_000461599-1602. This email exchange is authenticated by the fact that this email exchange was produced by Nanometrics.

42.  Attached as **Exhibit OO** is a true and accurate copy of the Declaration of Bruce Crawford dated June 6, 2020 with Bates No. OSI0557805-808.

43.  Attached as **Exhibit PP** is a true and accurate copy of excerpts of the deposition of Daniel Thompson.  This document is being filed provisionally under seal.

I declare under penalty of perjury that the foregoing is true and accurate.  Executed on April 13, 2023 in Manchester, New Hampshire.

                                                /s/Matthew R. Johnson
                                            Matthew R. Johnson, Esquire

**Civil L.R. 5-1(h)(3) Attestation**

Pursuant to Civil Local Rules 5-1(h)(3), I, Remington Lenton-Young, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

DATED:  April 14, 2023                  HOGE, FENTON, JONES & APPEL, INC.

                                    By:    */s/ Remington A. Lenton-Young*
                                                  Remington A. Lenton-Young